## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Harrisonburg Division

| | |
|---|---|
| RLI INSURANCE COMPANY, ) | |
| ) | |
|     Plaintiff/Counterclaim Defendant, ) | |
| ) | |
| v. ) | Case No.: 5:18-cv-00066 |
| ) | |
| NEXUS SERVICES, INC., et al. ) | |
| ) | |
|     Defendants/Counterclaim Plaintiffs ) | |
| _____ ) | |

### **DEFENDANTS' NOTICE OF FILING CORRECTED EXHIBITS**

COMES NOW Defendants Nexus Services, Inc., Libre by Nexus, Inc., and Homes by Nexus, Inc. (collectively "Nexus"), pursuant to this Court's Order dated August 7, 2020 (ECF 493), and file the following exhibits with the redactions corrected in accordance with the Order:

1. Plaintiff's Exhibit 1 (previously filed as ECFs 428-1, 486-1);
2. Plaintiff's Exhibit 3 (previously filed as ECFs 428-3, 486-2);
3. Plaintiff's Exhibit 4 (previously filed as ECFs 428-4, 486-3);
4. Plaintiff's Exhibit 5 (previously filed as ECFs 428-5, 486-4);
5. Plaintiff's Exhibit 7 (previously filed as ECFs 428-7, 486-5);
6. Plaintiff's Exhibit 9 (previously filed as ECFs 428-9, 486-6);
7. Plaintiff's Exhibit 11 (previously filed as ECFs 428-11, 486-7);
8. Plaintiff's Exhibit 42 (previously filed as ECFs 428-42, 486-9);
9. Plaintiff's Exhibit 73 (previously filed as ECFs 428-73, 486-10);
10. Plaintiff's Exhibit 85 (previously filed as ECFs 428-85, 486-11);
11. Plaintiff's Exhibit 95 (previously filed as ECFs 428-94, 486-19);
12. Plaintiff's Exhibit 96 (previously filed as ECFs 428-95, 486-20);
13. Plaintiff's Exhibit 97 (previously filed as ECFs 428-96, 486-21);

  14. Plaintiff's Exhibit 100 (previously filed as ECFs 428-99, 486-23).

 Respectfully submitted this 21st day of August 2020,

|  |  |
|---|---|
|  | /s/ MARIO B. WILLIAMS |
|  | Mario B. Williams (VSB #91955) |

NDH LLC
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442 / 404-935-9391 FAX
mwilliams@ndh-law.com

/s/ CHRIS KOWALCZUK
Chris K. Kowalczuk, Esq. (VSB #38108)

P.O. Box 11971
Roanoke, VA 24022
(540) 345-0101
ckkvalaw@gmail.com

/s/ JOHN M. SHOREMAN
John M. Shoreman

MCFADDEN & SHOREMAN
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
(202) 772-3188 / (202)-204-8610 FAX
jmshoreman@verizon.net

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of June, 2020, I have served a true and correct copy of the foregoing **DEFENDANTS' NOTICE OF FILING CORRECTED EXHIBITS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

/s/ MARIO B. WILLIAMS
Mario B. Williams (VSB #91955)