IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **RLI INSURANCE COMPANY** ) | |
| ) | |
| Plaintiff/Counterclaim Defendant, ) | Case No.: |
| ) | 5:18-cv-00066-MFU-JCH |
| v. ) | |
| ) | |
| **NEXUS SERVICES, INC.,** ) | |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | |

## NOTICE OF APPEAL

Defendants, through counsel of record and pursuant to Rule 4 of the Federal Rules of Civil Procedure, hereby appeal to the United States Court of Appeals for the Fourth Circuit. Defendants appeal **all** Orders, including, but not limited to Orders regarding Summary Judgment, Sanctions, and Preliminary Injunctions.

Respectfully submitted this 20th of November 2020,

/s/ MARIO B. WILLIAMS
Mario B. Williams (VSB #91955)

**NDH LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442 / 404-935-9391 FAX
mwilliams@ndh-law.com

/s/JOHN M. SHOREMAN
John M. Shoreman
*Pro Hac Vice*

**MCFADDEN & SHOREMAN**
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
(202) 772-3188/Fax (202)-204-8610
jms@mcfaddenshoreman.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted this 20th day of November 2020,

/s/ MARIO B. WILLIAMS
Mario B. Williams (VSB #91955)

**NDH LLC**
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
404-254-0442 / 404-935-9391 FAX
mwilliams@ndh-law.com