IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Harrisonburg

| | |
|---|---|
| RLI INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 5:18CV00066-MFU-JCH |
| | ) |
| NEXUS SERVICES, INC., | ) |
| LIBRE BY NEXUS, INC., | ) |
| HOMES BY NEXUS, INC., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**MOTION TO COMPEL**
**ENTLEST BRANDS, INC. TO RESPOND TO RLI'S DOCUMENT SUBPOENA**

Judgment-creditor, RLI Insurance Company ("RLI"), by counsel, hereby moves to compel Entlest Brands, Inc. to respond to the Subpoena *Duces Tecum* served on Entlest for documents and records relating to the Defendants and Entlest's relationship thereto within fourteen days and for other related relief, including an award of attorneys' fees. In support of this Motion, RLI Insurance Company files its Memorandum in Support herewith.

WHEREFORE for the foregoing reasons, RLI prays for an Order compelling Entlest Brands, Inc. to respond to the Subpoena *Duces Tecum* within fourteen days. and for any other relief that the Court deems appropriate.

Dated: June 3, 2021

RLI INSURANCE COMPANY

/s/ Dustin M. Paul

Dustin M. Paul (VSB No.: 75287)
Jennifer L. Eaton (VSB No.: 87491)
Vandeventer Black LLP
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600 / Facsimile: 757-446-8670
dpaul@vanblacklaw.com
jeaton@vanblacklaw.com

*Attorneys for Plaintiff RLI Insurance Company*

CERTIFICATE OF SERVICE

I hereby certify that on Thursday, June 03, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

John M. Shoreman
McFadden & Shoreman
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
202-772-3188
Fax: 202-204-8610
Email: jmshoreman@verizon.net

Mario Bernard Williams
NDH LLC
44 Broad Street, NW, Suite 200
Atlanta, GA 30303
404-654-0288
Fax: 404-592-6255
Email: mwilliams@ndh-law.com

**And by certified mail, return receipt requested to:**
Entlest Brands, Inc.
c/o INCORP Services, Inc., Registered Agent
    7288 Hanover Green Dr., Mechanicsville, VA 23111

Entlest Brands, Inc.
370 Neff Ave Ste U,
Harrisonburg, VA, 22801

/s Dustin M. Paul