# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA
## Harrisonburg Division

| | |
|---|---|
| RLI INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 5:18CV00066-MFU-JCH |
| | ) |
| NEXUS SERVICES, INC., | ) |
| LIBRE BY NEXUS, INC., | ) |
| HOMES BY NEXUS, INC., | ) |
| | ) |
| Defendants. | ) |

## REPLY IN SUPPORT OF RLI'S MOTION TO COMPEL
## ENTLEST BRANDS, INC. TO RESPOND TO RLI'S DOCUMENT SUBPOENA

Entlest Brands, Inc. ("Entlest") has failed to respond, let alone raise any challenge, to RLI's Subpoena and subsequent Motion to Compel (Dkt. Nos. 667-668). An order compelling prompt production and imposing sanctions commensurate with Entlest's complete disregard of its discovery obligations is appropriate.

On March 30, 2021, RLI properly effected service of its non-party subpoena *duces tecum* upon Entlest (the "Subpoena"), but Entlest did not produce any documents, serve any objections, or file any responsive motion to the Subpoena, either by its deadline of April 19, 2021, or at any time thereafter. *See* Dkt Nos. 668, 668-1, 668-2. Even upon RLI's filing of the underlying Motion to Compel, Entlest took no action—neither to respond to the Subpoena nor to respond to the motion.[1] Further, Entlest is apparently owned by one of Defendants' members, Richard Moore, rendering its evasive conduct yet another example of the stonewalling that has been prevalent

---

[1] RLI sent a copy of the Motion and Memorandum to Entlest and to Entlest's registered agent by certified mail and received proof of receipt. **Exhibit 1**.

1

throughout the case. Entlest's conduct shows a total disregard for the discovery process and rules of this Court. Accordingly, compelling a substantive production in response to the Subpoena and imposing sanctions commensurate with Entlest's refusal to even engage in discovery is appropriate and necessary.

## CONCLUSION

In light of the abuse of the discovery process and for the reasons more specifically articulated in its Motion to Compel, RLI prays for an Order compelling Entlest to respond to the Subpoena within fourteen days. Additionally, RLI prays for its attorneys' fees in requesting this motion and for any other relief that the Court deems appropriate.

Dated: June 23, 2021

RLI INSURANCE COMPANY

/s/ _____Dustin M. Paul_____

Dustin M. Paul (VSB No.: 75287)
Jennifer L. Eaton (VSB No.: 87491)
Vandeventer Black LLP
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600 / Facsimile: 757-446-8670
dpaul@vanblacklaw.com
jeaton@vanblacklaw.com
*Attorneys for Plaintiff RLI Insurance Company*

CERTIFICATE OF SERVICE

   I hereby certify that on Wednesday, June 23, 2021, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Christopher M. Okay
Chris Okay, Attorney at Law
117 South Lewis Street, Ste. 218
Staunton, VA 24401
chrisokay@icloud.com

Carl A. Anderson
Rock Spring Law Group, PLLC
2000 Pennsylvania Ave. NW
Washington, DC 20006
caa@rockspringlaw.com

John M. Shoreman
McFadden & Shoreman
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
202-772-3188
Fax: 202-204-8610
Email: jmshoreman@verizon.net

Mario Bernard Williams
NDH LLC
44 Broad Street, NW, Suite 200
Atlanta, GA 30303
404-654-0288
Fax: 404-592-6255
Email: mwilliams@ndh-law.com

**By certified mail, return receipt requested to:**

Entlest Brands, Inc.
c/o INCORP Services, Inc., Registered Agent
  7288 Hanover Green Dr., Mechanicsville, VA 23111

Entlest Brands, Inc.
370 Neff Ave Ste U,
Harrisonburg, VA, 22801

                  /s/  Dustin M. Paul