**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Entlest Brands, Inc.
C/O INCORP SERVS. Inc., Reg. Agent
7288 Hanover Green Dr.
Mechanicsville, VA 23111

9590 9402 4311 8190 2335 66

2. Article Number (Transfer from service label)
7015 1520 0002 8278 9294

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X May Collins — ☐ Agent ☐ Addressee
B. Received by (Printed Name): M Collins
C. Date of Delivery:
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail®; ☒ Return Receipt for Merchandise

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Entlest Brands, Inc.
370 Neff Avenue
Suite 4
Harrisonburg, VA 22801

9590 9402 4311 8190 2335 59

2. Article Number (Transfer from service label)
7015 1520 0002 8278 9287

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X CV19CH IAH — ☒ Agent ☐ Addressee
B. Received by (Printed Name): Tw Secured Box
C. Date of Delivery: 6-7-21
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail®; ☒ Return Receipt for Merchandise

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Exhibit 1