**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division**

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Case No.: 5:18-cv-00066-MFU |
| | ) | |
| NEXUS SERVICES, INC., *et. al.* | ) | |
| | ) | |
| Defendant/Counterclaim Plaintiffs | ) | |
| _____ | ) | |

**NEXUS SERVICES, INC., LIBRE BY NEXUS, INC., AND HOMES BY NEXUS'S
SECOND CONSOLIDATED RESPONSE TO RLI'S FIRST SET OF POST-
JUDGMENT INTERROGATORIES AND REQUEST FOR PRODUCTION**

Defendants NEXUS SERVICES, INC., LIBRE BY NEXUS, INC., AND HOMES

BY NEXUS (collectively "Nexus"), by and through their undersigned attorney, at the

direction of Magistrate Judge Hoppe's May 27, 2021, Order (ECF No. 665), hereby

submits this second consolidated response to RLI INSURANCE COMPANY's ("RLI")

First Set of Post-Judgment Interrogatories and Requests for Production (this "Request") as

follows:

**Interrogatories**

1.      Evan Ajin, 30 South Windsong Court, Fischersville, VA 22939, Corporate

Secretary, Nexus.

Exhibit 1

2.      Nexus's substantive response was previously provided to RLI in Nexus's

Response to RLI's First Set of Post-Judgment Interrogatories, ECF No. 658-1, which was

provided to RLI on or before April 30, 2021. Subsequent to that filing, Richard Moore

divested his ownership interest back to the Company.

3.      In response to this item, concurrent with this response, Nexus has provided access

to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information

pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite,

and other financial databases, bank accounts, credit card statements, reports, invoices,

and other related records bearing on Nexus's financial position. As for historical

information responsive to this request, such information has been and will continue to be

included in the detailed financial production provided to RLI in the ongoing Special

Master process. RLI last received an update as to Nexus's financial records on June 7,

2021, and Nexus contemplates that it will continue to provide updates of such financial

information on a monthly basis going forward, in accordance with the Court's Order. All

payroll and other accounting transfers responsive to this interrogatory are included with

the cloud file provided concurrent to this item and in the Special Master production

process.

Moreover, historical information responsive to this interrogatory was further

produced in response to Plaintiff's previous pre-judgment and/or post-judgment

discovery requests.  Nexus does not have access to the specific date or dates that such

production(s) occurred because most of these prior productions were produced through

Exhibit 1

shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

4.      In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

5.      In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be is included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus

Exhibit 1

contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

As for information related to the Company's historic ownership of other entities, responsive information was further produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

6.      In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be Information related to payments made to any Members is included in the detailed financial production provided to RLI in the ongoing Special Master process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

Information related to third parties who maintain the Company's financial records was already produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests.  Nexus does not have access to the specific date or dates

Exhibit 1

that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

RLI recently demonstrated its receipt, possession, and awareness of Nexus's prior discovery responses pertaining to the third parties who maintain Nexus's financial records. RLI's counsel just submitted a letter to the Special Master dated May 18, 2021, which sought additional documents from Nexus pertaining to "Fusion CPA, Grant Thornton, and Randstad," which list demonstrates RLI's prior knowledge of the entities it demands repeat production of here.

7.      Nexus's substantive response that updated vehicle sale documents was previously provided to RLI in Nexus's Response to RLI's First Set of Post-Judgment Interrogatories, ECF No. 658-1, which was provided to RLI on or before April 30, 2021.

Moreover, additional historical information responsive to this interrogatory was further produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

8.       In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices,

Exhibit 1

and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

Moreover, historical information responsive to this interrogatory was further produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

9.      In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it

Exhibit 1

will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

Moreover, historical information responsive to this interrogatory was further produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

10.     In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be included in the detailed financial and client production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order. Likewise, Nexus provides data related to its clients, including their personal contact information and their payment obligations to the Company, on a *daily* basis, in accordance with the Court's Order.

Exhibit 1

Moreover, further explanation about the Company's A/R reporting was provided to RLI in Nexus's Response to RLI's First Set of Post-Judgment Interrogatories, ECF No. 658-1, which was provided to RLI on or before April 30, 2021.

Further, additional historical information responsive to this interrogatory was further produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests. Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

11.     In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

Moreover, historical information responsive to this interrogatory was further produced in response to Plaintiff's previous pre-judgment and/or post-judgment

Exhibit 1

discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

12.      In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be is included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

Moreover, historical information responsive to this interrogatory was further produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

Exhibit 1

13.     In response to this item, concurrent with this response, Nexus has provided access

to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information

pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite,

and other financial databases, bank accounts, credit card statements, reports, invoices,

and other related records bearing on Nexus's financial position. As for historical

information responsive to this request, such information has been and will continue to be

is included in the detailed financial production provided to RLI with the cloud file

provided concurrent to this item and in the Special Master production process. RLI last

received an update as to Nexus's financial records on June 7, 2021, and Nexus

contemplates that it will continue to provide updates of such financial information on a

monthly basis going forward, in accordance with the Court's Order.

Moreover, historical information responsive to this interrogatory was further

produced in response to Plaintiff's previous pre-judgment and/or post-judgment

discovery requests.  Nexus does not have access to the specific date or dates that such

production(s) occurred because most of these prior productions were produced through

shared drives and/or other similar access that did not result in Bates Stamped production

sets that can be referenced.

14.     The Company is not posting or pledging any collateral, or otherwise setting aside

assets to any surety, insurer, financial institution, or any other entity. As such, there is no

reason why any "collateral" would be unavailable to satisfy the judgment in this case.

Exhibit 1

15.     Nexus's substantive response was previously provided to RLI in Nexus's

Response to RLI's First Set of Post-Judgment Interrogatories, ECF No. 658-1, which was

provided to RLI on or before April 30, 2021.

In response to this item, concurrent with this response, Nexus has provided access

to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information

pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite,

and other financial databases, bank accounts, credit card statements, reports, invoices,

and other related records bearing on Nexus's financial position. As for historical

information responsive to this request, such information has been and will continue to be

included in the detailed financial production provided to RLI with the cloud file provided

concurrent to this item and in the Special Master production process. RLI last received an

update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it

will continue to provide updates of such financial information on a monthly basis going

forward, in accordance with the Court's Order.

Further, historical information responsive to this interrogatory was further

produced in response to Plaintiff's previous pre-judgment and/or post-judgment

discovery requests.  Nexus does not have access to the specific date or dates that such

production(s) occurred because most of these prior productions were produced through

shared drives and/or other similar access that did not result in Bates Stamped production

sets that can be referenced.

Exhibit 1

16.     In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

17.     In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order. Nexus continues to question why a

Exhibit 1

historical record of legal payments is at all relevant to RLI's present efforts to collect

upon the immediate judgment.

18.     In response to this item, concurrent with this response, Nexus has provided access

to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information

pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite,

and other financial databases, bank accounts, credit card statements, reports, invoices,

and other related records bearing on Nexus's financial position. As for historical

information responsive to this request, such information has been and will continue to be

included in the detailed financial production provided to RLI with the cloud file provided

concurrent to this item and in the Special Master production process. RLI last received an

update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it

will continue to provide updates of such financial information on a monthly basis going

forward, in accordance with the Court's Order.

        Moreover, historical information responsive to this interrogatory was further

produced in response to Plaintiff's previous pre-judgment and/or post-judgment

discovery requests.  Nexus does not have access to the specific date or dates that such

production(s) occurred because most of these prior productions were produced through

shared drives and/or other similar access that did not result in Bates Stamped production

sets that can be referenced.

19.     Nexus has no relationship with an entity named "8 bit Gamer Oasis." This

response was previously provided to RLI in Nexus's Response to RLI's First Set of Post-

Exhibit 1

Judgment Interrogatories, ECF No. 658-1, which was provided to RLI on or before on April 30, 2021.

20.     In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

Moreover, historical information responsive to this interrogatory was further produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were fully produced to Plaintiffs through shared drives and/ or other similar access that did not result in Bates Stamped production sets that  can be referenced.

### Requests for Production

1.     Bank statements are included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production

Exhibit 1

process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be produced.

2.      Company transfer statements, if any, would be included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical

Exhibit 1

information responsive to this request, such information has been and will continue to be produced.

Moreover, prior years' documents responsive to this production request were further produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

3.      These documents were previously produced in response to Plaintiff's pre-judgment discovery request(s) prior to October 2020.  Nexus does not have access to the exact date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

4.      P&L statements are included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.  In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other

Exhibit 1

related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be produced.

Moreover, prior years' documents responsive to this production request were further produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

5.     Income statements are included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be produced.

Moreover, prior years' documents responsive to this production request were further produced in response to Plaintiff's previous pre-judgment and/or post-judgment

Exhibit 1

discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

6.      A/R and A/P statements, to the extent the Company maintains them, are included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

Moreover, prior years' documents responsive to this production request were further produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

7.      As soon as the Company's CPAs complete the process of creating tax returns, such returns will be provided to RLI as part of the ongoing Special Master process. Moreover, Nexus provided to RLI Exhibits 16-23 to its May 30, 2021, letter addressed to the Special Master that further addresses this topic.

8.      Nexus provided to RLI Exhibits 24 and 25 to its May 30, 2021, letter addressed to the Special Master that further addresses this topic.

Exhibit 1

Moreover, such tax forms are otherwise included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be produced.

9.    Judgments responsive to this production request were already produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests. Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

10.    The Company has no current liens or encumbrances that would be responsive to this request.

Exhibit 1

11.     Promissory notes, to the extent any exist, would be included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be produced.

Moreover, prior years' documents that would be responsive to this production request were further produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

12.     Written loan documents, to the extent any exist, would be included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's

Exhibit 1

financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be produced.

Moreover, prior years' documents that would be responsive to this production request were further produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

13.    Documents pertaining to the sale or lease of Company property, to the extent any exist, would be included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

Exhibit 1

In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be produced.

Moreover, prior years' documents that would be responsive to this production request were further produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

14.     The Company is not presently aware of any documents responsive to this request. It will update this response with a supplement if appropriate.

15.     The Company is not presently aware of any material responsive to this request. It will update this response with a supplement if appropriate.

16.     Documents pertaining to loans, to the extent any exist, would be included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue

Exhibit 1

to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be produced.

Moreover, prior years' documents that would be responsive to this production request were further produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

17.    Documents related to payment information of Company clients are included in the detailed client production provided to RLI in the ongoing Special Master process. Nexus provides such data related to its clients, including their payment obligations to the Company, on a *daily* basis, in accordance with the Court's Order. because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

Exhibit 1

Moreover, further explanation about the Company's A/R client payment information was provided to RLI in Nexus's Response to RLI's First Set of Post-Judgment Interrogatories, ECF No. 658-1, which was provided to RLI on or before April 30, 2021.

Further, additional information responsive to this interrogatory was already produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests. Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

18. Documents that would be responsive to this production request, to the extent they exist, were already produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests. Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

19. Documents responsive to this request were previously provided to RLI in Nexus's Response to RLI's First Set of Post-Judgment Interrogatories, ECF No. 658-1, which was provided to RLI on or before April 30, 2021.

Moreover, prior documents that would be responsive to this production request were already produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests. Nexus does not have access to the specific date or dates

Exhibit 1

that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

20.     Documents that would be responsive to this production request, to the extent they exist, were already produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests.  Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

21.     RLI has already garnished multiple Company bank accounts and has confirmation of the Company's EIN number.

22.     A response to this request was previously provided to RLI in Nexus's Response to RLI's First Set of Post-Judgment Interrogatories, ECF No. 658-1, which was provided to RLI on or before April 30, 2021.

There is no application or request for forgiveness concerning a Paycheck Protection Loan to Nexus. Nexus's PPP loan has already been forgiven in its entirety.

23.     A response to this request was previously provided to RLI in Nexus's Response to RLI's First Set of Post-Judgment Interrogatories, ECF No. 658-1, which was provided to RLI on or before April 30, 2021.

Moreover, documents pertaining to this request are included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process because any financial information provided

Exhibit 1

to regulators is the same information provided to RLI. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be produced.

Further, prior years' documents that would be responsive to this production request were already produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests. Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

24.    Credit card statements are included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

Exhibit 1

In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be produced.

25.    Credit card statements are included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be produced.

26.    Financial documents related to payments or transfers are included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's

Exhibit 1

financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be produced.

27.     Company assets, balance sheets, and the like are included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical

Exhibit 1

information responsive to this request, such information has been and will continue to be produced.

28.     Documents related to Company debts are included in the detailed financial production provided to RLI with the cloud file provided concurrent to this item and in the Special Master production process. RLI last received an update as to Nexus's financial records on June 7, 2021, and Nexus contemplates that it will continue to provide updates of such financial information on a monthly basis going forward, in accordance with the Court's Order.

In response to this item, concurrent with this response, Nexus has provided access to RLI's counsel, Vandeventer Black LLP, real-time cloud-based access to information pertaining to Nexus's financial status, including its Quickbooks, Lightspeed, NetSuite, and other financial databases, bank accounts, credit card statements, reports, invoices, and other related records bearing on Nexus's financial position. As for historical information responsive to this request, such information has been and will continue to be produced.

Moreover, additional documents responsive to this request were already produced in response to Plaintiff's previous pre-judgment and/or post-judgment discovery requests. Nexus does not have access to the specific date or dates that such production(s) occurred because most of these prior productions were produced through shared drives and/or other similar access that did not result in Bates Stamped production sets that can be referenced.

Exhibit 1

Respectfully submitted this 17th day of June 2021,

/s/ CARL A. ANDERSON
Carl A. Anderson

Rock Spring Law Group, PLLC
2000 Pennsylvania Ave, NW
Washington, DC 20006
Tel: (202) 258-2776
caa@rockspringlaw.com

*Counsel for Defendant*

Exhibit 1

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was sent via email to the following individuals:

Dustin Mitchell Paul
Vandeventer Black LLP
101 W. Main Street, Suite 500
Norfolk, VA 23510
757-446-8665
Fax: 757 446-8670
Email: [dpaul@vanblacklaw.com](mailto:dpaul@vanblacklaw.com)

Jennifer Lynn Eaton
Vandeventer Black LLP
101 W. Main Street, Suite 500
Norfolk, VA 23510
757-446-8538
Fax: 757-446-8670
Email: [jeaton@vanblacklaw.com](mailto:jeaton@vanblacklaw.com)

Respectfully submitted this 17th day of June 2021,


/s/ CARL A. ANDERSON
Carl A. Anderson


Rock Spring Law Group, PLLC
2000 Pennsylvania Ave, NW
Washington, DC 20006
Tel: (202) 258-2776
caa@rockspringlaw.com

*Counsel for Defendants*

Exhibit 1