```
                                          Date  1/31/20      Page    2


        LIBRE BY NEXUS INC
        "OPERATING ACCOUNT"


BEST FREE BUSINESS                  XXXXXX4829  (Continued)
-----------------------------  Activity in Date Order  ---------------------------
Date     Description                Check#            Amount           Balance


 1/02 Wire Transfer Debit                          10,000.00-
        ENTLEST
        052202225
        5555 GLENRIDGE CONNECTOR
        SUTIE 200
        SNADY SPRINGS GA
        SUMMIT CMNTY BK
        MOOREFIELD, WV
        NEXUS SERVICES ACCOUNT
        20200102        000001
```

Exhibit 2

Date 1/31/20        Page    10

```
        LIBRE BY NEXUS INC
        "OPERATING ACCOUNT"


BEST FREE BUSINESS                  XXXXXX4829  (Continued)
----------------------------   Activity in Date Order  ---------------------------
Date      Description                  Check#          Amount            Balance




                   20200113          000001
1/13 Wire Transfer Debit                            10,000.00-
         ENTLEST
         052202225
         ▇▇▇▇▇▇
         5555 GLENRIDGE CONNECTOR
         SUTIE 200
         SNADY SPRINGS GA
         SUMMIT CMNTY BK
         MOOREFIELD, WV
         NEXUS SERVICES ACCOUNT
         20200113          000001
```

City National Bank

Exhibit 2

```
                                    Date  1/31/20        Page    17



        LIBRE BY NEXUS INC
        "OPERATING ACCOUNT"



BEST FREE BUSINESS                  XXXXXX4829  (Continued)
----------------------------   Activity in Date Order   ---------------------------
Date      Description                 Check#            Amount              Balance
```

```
                   20200121         000001
1/21 Wire Transfer Debit                          5,000.00-
     ENTLEST
     052202225
     5555 GLENRIDGE CONNECTOR
     SUTIE 200
     SNADY SPRINGS GA
     SUMMIT CMNTY BK
     MOOREFIELD, WV
     NEXUS SERVICES ACCOUNT
     20200121         000001
1/21 Wire Transfer Debit                          5,000.00-
     ENTLEST
     052202225
     5555 GLENRIDGE CONNECTOR
     SUTIE 200
     SNADY SPRINGS GA
     SUMMIT CMNTY BK
     MOOREFIELD, WV
     NEXUS SERVICES ACCOUNT
     20200121         000001
```

Exhibit 2

```
                                          Date  1/31/20        Page    27


        LIBRE BY NEXUS INC
        "OPERATING ACCOUNT"


 BEST FREE BUSINESS                 XXXXXX4829  (Continued)
 ----------------------------  Activity in Date Order  ---------------------------
 Date      Description                 Check#             Amount         Balance




 1/29 Wire Transfer Debit                              5,000.00-
      ENTLEST
      052202225
      5555 GLENRIDGE CONNECTOR
      SUTIE 200
      SNADY SPRINGS GA
      SUMMIT CMNTY BK
      MOOREFIELD, WV
      NEXUS SERVICES ACCOUNT
      20200129          000002
```

Exhibit 2

```
                                      Date  1/31/20       Page    30


        LIBRE BY NEXUS INC
        "OPERATING ACCOUNT"



BEST FREE BUSINESS                XXXXXX4829  (Continued)
----------------------------  Activity in Date Order  --------------------------
Date     Description               Check#              Amount          Balance
                                   000001
 1/30 Wire Transfer Debit                            5,000.00-
      ENTLEST
      052202225
      ██████████
      5555 GLENRIDGE CONNECTOR
      SUTIE 200
      SNADY SPRINGS GA
      SUMMIT CMNTY BK
      MOOREFIELD, WV
      NEXUS SERVICES ACCOUNT
      20200130         000001
```

Exhibit 2

```
                                     Date  5/29/20       Page    25


         LIBRE BY NEXUS INC
         "RESERVE ACCOUNT"


   BEST FREE BUSINESS                XXXXXX4837  (Continued)
   ---------------------------      Activity in Date Order    ---------------------------




   5/22 Wire Transfer Debit                      12,000.00-
        Laura Morton Management
        021302884
        473 Broadway
        Saratoga Springs NY 12866
        TRUST SARATOGA SPG
        SARATOGA SPRINGS, NY
        Nexus Services
        20200522          000002
```

Exhibit 2

```
                                          Date  5/29/20        Page    30


        LIBRE BY NEXUS INC
        "RESERVE ACCOUNT"


BEST FREE BUSINESS                   XXXXXX4837  (Continued)
-----------------------------    Activity in Date Order   --------------------------
Date      Description                    Check#            Amount              Balance
```

```
5/27 Wire Transfer Debit                        6,000.00-
     Laura Morton Management
     021302884
     ▓▓▓▓▓▓▓
     473 Broadway
     Saratoga Springs NY 12866
     TRUST SARATOGA SPG
     SARATOGA SPRINGS, NY
```

Exhibit 2

```
                                          Date  5/29/20      Page    31


          LIBRE BY NEXUS INC
          "RESERVE ACCOUNT"


  BEST FREE BUSINESS                  XXXXXX4837  (Continued)
  ---------------------------   Activity in Date Order   ---------------------------
  Date      Description              Check#            Amount            Balance
            Nexus Services
            20200527         000001
  5/27 Wire Transfer Debit                           10,000.00-
       Laura Morton Management
       021302884
       473 Broadway
       Saratoga Springs NY 12866
       TRUST SARATOGA SPG
       SARATOGA SPRINGS, NY
            Nexus Services
            20200527         000001
  5/27 Wire Transfer Debit                           10,000.00-
       Laura Morton Management
       021302884
       473 Broadway
       Saratoga Springs NY 12866
       TRUST SARATOGA SPG
       SARATOGA SPRINGS, NY
            Nexus Services
            20200527         000001
  5/27 Wire Transfer Debit                           10,000.00-
       Laura Morton Management
       021302884
       473 Broadway
       Saratoga Springs NY 12866
       TRUST SARATOGA SPG
       SARATOGA SPRINGS, NY
```

Exhibit 2

```
                                          Date  5/29/20         Page    32



         LIBRE BY NEXUS INC
         "RESERVE ACCOUNT"



  BEST FREE BUSINESS                    XXXXXX4837  (Continued)

  ---------------------------    Activity in Date Order   --------------------------
  Date      Description              Check#            Amount            Balance
            Nexus Services
                           000001
   5/27 Wire Transfer Debit                        10,000.00-
            Laura Morton Management
            021302884
            473 Broadway
            Saratoga Springs NY 12866
            TRUST SARATOGA SPG
            SARATOGA SPRINGS, NY
            Nexus Services
            20200527       000001
```

Exhibit 2

City National Bank

                                    Date  5/29/20        Page    33


        LIBRE BY NEXUS INC
        "RESERVE ACCOUNT"


BEST FREE BUSINESS                  XXXXXX4837  (Continued)
----------------------------    Activity in Date Order   --------------------------
Date      Description                  Check#              Amount            Balance


5/28 Wire Transfer Debit                                 5,000.00-
      Laura Morton Management

Exhibit 2

```
                                    Date  5/29/20        Page    38


        LIBRE BY NEXUS INC
        "RESERVE ACCOUNT"


BEST FREE BUSINESS                  XXXXXX4837  (Continued)
----------------------------  Activity in Date Order  --------------------------
Date      Description                  Check#         Amount              Balance




                20200529         000002
 5/29 Wire Transfer Debit                         12,000.00-
      Laura Morton Management
      021302884
      ▓▓▓▓▓▓▓▓
      473 Broadway
      Saratoga Springs NY 12866
      TRUST SARATOGA SPG
      SARATOGA SPRINGS, NY
      Nexus Services
      20200529         000002
```

Exhibit 2

# NEXUS INVENTORY-APRIL 2020

| NEXUS ENTITY | PROPERTY | LOCATION | TOTAL PAST DUE APRIL 2020 |
|---|---|---|---|
| **LOFTON/COUNTRYSIDE FINANCED PROPERTIES NEXUS WILL KEEP** | | | |
| Nexus | 107 Granny Smith | Timberville | $ 2,866.50 |
| Nexus | 24 Rosette #102 | Fishersville | 3,083.85 |
| Nexus | 24 Rosette #104 | Fishersville | 3,433.00 |
| Nexus | 221 Overview | Waynesboro | 5,375.12 |
| Nexus | 143 Lofty Circle | Stuarts Draft | 20,278.00 |
| Nexus | WP Lot 137 | Fishersville | 4,926.60 |
| One Fish Two Fish | 14 S. Windsong | Fishersville | 6,728.40 |
| One Fish Two Fish | WP Lot 132 | Fishersville | 3,827.25 |
| One Fish Two Fish | WP Lot 133 | Fishersville | 3,827.25 |
| One Fish Two Fish | WP Lot 134 | Fishersville | 3,827.25 |
| Michael P Donovan | WP 70 Sect. 3 | Fishersville | 4,173.50 |
| Michael P Donovan | 47 S. Windsong | Fishersville | 5,461.10 |
| One Fish Two Fish | 116 York Place | Harrisonburg | 16,345.35 |
| Nexus | Note | | 289.80 |
| | | **TOTAL** | **$ 84,442.97** |
| **FOUR FIFTY-FIVE FINANCED PROPERTIES NEXUS WILL KEEP** | | | |
| Richard Moore | 40 S. Windsong | Fishersville | $ 17,990.80 |
| One Fish Two Fish | 312 Evershire | Waynesboro | 15,543.30 |
| Ajin, Evan | 30 S. Windsong | Fishersville | 13,770.40 |
| Nexus | 43 S. Windsong | Fishersville | 18,337.20 |
| Nexus | 33 S. Windsong | Fishersville | - |
| | | **TOTAL** | **$ 65,641.70** |
| **GABLES EAST FINANCED PROPERTIES THAT NEXUS WILL KEEP** | | | |
| One Fish Two Fish | 8 Gables #202 | Fishersville | $ 10,466.40 |
| One Fish Two Fish | 8 Gables #204 | Fishersville | 14,562.20 |
| One Fish Two Fish | 8 Gables #201 | Fishersville | 10,404.10 |
| One Fish Two Fish | 8 Gables G7 | Fishersville | 375.15 |
| One Fish Two Fish | 8 Gables G6 | Fishersville | 375.15 |
| | | **TOTAL** | **$ 36,183.00** |
| | | **GRAND TOTAL** | **$ 186,267.67** |

Exhibit 2

| LOFTON/COUNTRYSIDE FINANCED PROPERTIES TO BE TAKEN BACK | | | | |
|---|---|---|---|---|
| | | | | PAST DUE FORGIVEN |
| Nexus | 659 Claremont | Harrisonburg | $ | 10,624.95 |
| Nexus | 102 Lake Pointe | Farmville | | 7,953.75 |
| Nexus | 110 Henry Avenue | Elkton | | 2,151.45 |
| Nexus | 268 Windsor Drive | Fishersville | | 4,828.95 |
| Nexus | 24 Rosette #202 | Fishersville | | 3,547.20 |
| Nexus | 117 Cedar Crest | Waynesboro | | 4,041.45 |
| Nexus | 30 Laurel Wood | Waynesboro | | 14,966.50 |
| Nexus | 24 Rosette #204 | Fishersville | | 2,677.50 |
| Nexus | 19 Rose Grdn #101 | Fishersville | | 2,529.45 |
| Nexus | 19 Rose Grdn #103 | Fishersville | | 2,677.50 |
| | | **TOTAL** | $ | **55,998.70** |
| **TOWNS ON IMPERIAL PROPERTIES TO BE TAKEN BACK** | | | | |
| One Fish Two Fish | 25 Brooke Street | Staunton | $ | 12,462.45 |
| One Fish Two Fish | 19 Brooke Street | Staunton | | 11,206.75 |
| One Fish Two Fish | 21 Kimberly Street | Staunton | | 6,017.75 |
| One Fish Two Fish | 23 Brooke Street | Staunton | | 11,011.50 |
| One Fish Two Fish | 3 Paige Drive | Staunton | | 6,640.20 |
| One Fish Two Fish | 24 Paige Drive | Staunton | | 10,529.50 |
| Nexus | 17 Kimberly | Staunton | | 11,746.35 |
| Nexus | 19 Kimberly | Staunton | | 10,971.80 |
| Nexus | 15 Kimberly | Staunton | | 7,814.20 |
| Nexus | 2 Paige Drive | Staunton | | 8,282.40 |
| Nexus | 23 Paige Drive | Staunton | | 8,794.80 |
| | | **TOTAL** | $ | **105,477.70** |
| **FOUR FIFTY-FIVE PROPERTIES TO BE TAKEN BACK** | | | | |
| Nexus | 13 Upland Court | Fishersville | $ | 13,095.60 |
| Nexus | 1137 Kingsway | Albemarle | | 9,027.90 |
| | | **TOTAL** | $ | **22,123.50** |
| **GABLES EAST PROPERTIES TO BE TAKEN BACK** | | | | |
| One Fish Two Fish | 8 Gables #203 | Fishersville | $ | 10,315.20 |
| | | **GRAND TOTAL FORGIVEN** | $ | **193,915.10** |

Countryside includes various wholly-owned subsidiaries

Exhibit 2

**Libre By Nexus Inc.**
NEXUS SERVICES, INC
113 MILL PLACE PARKWAY STE 103
VERONA, VA 24482

VV193

Date: 12/31/2020
Void after 90 days

PAY TO THE ORDER OF: COUNTRYSIDE          $4,001.00

Four thousand one and 00/100 ........................................ Dollars

Firstbank

*Timothy Otonski*

Memo: 16 YORK PLACE

>051404464< 20210104
The First Bank & Trust Co.
Drawee/Transit: 00048/0004
RIN: 767407020000014

48 4.01 04/21

FOR DEPOSIT ONLY

View Image $99,810.66
View Image $49,342.46
View Image $9,931.40
View Image $7,715.25
View Image $6,157.50
View Image $5,406.00
View Image $5,103.00
View Image $5,103.00
View Image $4,001.00

<< < 1 > >>

**Libre By Nexus Inc.**
NEXUS SERVICES, INC
113 MILL PLACE PARKWAY STE 103
VERONA, VA 24482

This is a DeLuxe eCheck. The PAY TO THE ORDER OF line designates the Payee. For questions, call DeLuxe Payment Exchange customer support at 877-318-6944.

VV194

Date 12/31/2020
Void after 90 days

PAY TO THE ORDER OF  COUNTRYSIDE                $5,103.00

Five thousand, one hundred three and 00/100 _____ Dollars

Firstbank

*Timothy Okonski*

Memo  WP-132

>051404464< 20210104
The First Bank & Trust Co.
Drawer#/Trans#: 00048/0004
HIN: 767407020000015

48.4 01/04/21

View Image $99,810.66
View Image $49,342.46
View Image $9,931.40
View Image $7,715.25
View Image $6,157.50
View Image $5,406.00
View Image $5,103.00
View Image $5,103.00
View Image $4,001.00

<< < 1 > >>

Rotate  Print  Close

https://www.netteller.com/login2008/Views/Retail/AccountTransactions.aspx

Exhibit 2

1/2

Libre By Nexus Inc.
NEXUS SERVICES, INC
113 MILL PLACE PARKWAY STE 103
VERONA, VA 24482

VV195

Date: 12/31/2020
Void after 90 days

PAY TO THE ORDER OF: COUNTRYSIDE     $5,103.00

Five thousand, one hundred three and 00/100 Dollars

Firstbank

Memo: WP-133

Timothy Okonski

>051404464< 20210104
The First Bank & Trust Co.
Drawer/Trans#: 00048/0004
HIN: 767407020000016

48 4 01/04/21

FOR DEPOSIT ONLY

| | |
|---|---|
| View Image | $99,810.66 |
| View Image | $49,342.46 |
| View Image | $9,931.40 |
| View Image | $7,715.25 |
| View Image | $6,157.50 |
| View Image | $5,406.00 |
| View Image | $5,103.00 |
| View Image | $5,103.00 |
| View Image | $4,001.00 |

<< < 1 > >>

Rotate   Print   Close

Exhibit 2

```
Libre By Nexus Inc.                                              VV196
NEXUS SERVICES, INC
113 MILL PLACE PARKWAY STE 103
VERONA, VA 24482
                                                     Date  12/31/2020
                                                           Void after 90 days

PAY TO THE
ORDER OF   COUNTRYSIDE                        $ 7,715.25

Seven thousand, seven hundred fifteen and 25/100                  Dollars
Firstbank
                                            Timothy Okanski
Memo  WP-134
```

>051404464< 20210104
The First Bank & Trust Co.
Drawer Transit: 000480004
HIN: 7674070200000017

48.4 01/04/21

FOR DEPOSIT ONLY

View Image $99,810.66
View Image $49,342.46
View Image $9,931.40
View Image $7,715.25
View Image $6,157.50
View Image $5,406.00
View Image $5,103.00
View Image $5,103.00
View Image $4,001.00

<< < 1 > >>