**To:** Katherine Harrington[kh@fusiontaxes.com]; Trevor McCandless[tm@fusiontaxes.com]
**From:** Richard Moore <rmoore@nexushelps.com>
**Sent:** Wed 8/5/2020 10:04:05 AM
**Subject:** Shareholder Loan
**Received:** Wed 8/5/2020 10:04:42 AM
Nexus Shareholder Loan v20200804.xlsx

I am sending back Shareholder Loan. The items in yellow I disagree with them being on shareholder loan. I disagree with other items as well but these are the ones that I am willing to aggressively fight against! :)

How do we discuss these?

Richard

--
**Richard Moore**
**Executive Vice President**
**Nexus Services Inc.**
**Operations Center**
**113 Mill Place Parkway**
**Suite 103**
**Verona VA 24482**
**(o) +1-540-466-3686**



This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. Nexus Services Inc., 113 Mill Place Pkwy, Suite 103 Verona, VA 24482. WWW.NEXUSHELPS.COM

Exhibit 1

## NEXUS SERVICES INC. (OLD)
## Transaction Report
**January 2017 - December 2020**

| Date | Transaction Type | Num | Adj | Name |
|---|---|---|---|---|
| **Shareholder Loan** | | | | |
| Beginning Balance | | | | |
| 01/01/2017 | Credit Card Expense | | No | Martin's Grocery Store |
| 01/01/2017 | Journal Entry | RE 2016 TIE OUTR | No | |
| 01/01/2017 | Journal Entry | Fusion Test 20170125R | No | |
| 01/04/2017 | Credit Card Expense | | No | United Airlines |
| 01/05/2017 | Credit Card Expense | | No | United Airlines |
| 01/06/2017 | Credit Card Credit | | No | United Airlines |
| 01/06/2017 | Credit Card Expense | | No | Martin's Grocery Store |
| 01/06/2017 | Credit Card Expense | | No | HCM |
| 01/06/2017 | Credit Card Expense | | No | United Airlines |
| 01/07/2017 | Credit Card Expense | | No | Hotels.com |
| 01/08/2017 | Credit Card Expense | | No | Montblanc |
| 01/10/2017 | Credit Card Expense | | No | Seaworld Park |
| 01/24/2017 | Credit Card Credit | | No | Royal Caribbean |
| 02/06/2017 | Credit Card Expense | | No | Walmart |
| 02/08/2017 | Expense | | No | Lens Crafters |
| 02/10/2017 | Credit Card Expense | | No | Seaworld Park |
| 02/20/2017 | Expense | | No | Childrens of Gag Gfits |
| 02/22/2017 | Bill | 3062032848 | No | Amerigas |
| 03/03/2017 | Expense | | No | Rite Aid |
| 03/07/2017 | Expense | | No | The Ritz Carlton |
| 03/08/2017 | Check | VV2109 | No | Richard E. Moore |
| 03/10/2017 | Credit Card Expense | | No | Seaworld Park |
| 03/11/2017 | Expense | | No | The Ritz Carlton |
| 03/12/2017 | Expense | | No | The Ritz Carlton |
| 03/13/2017 | Expense | | No | Rite Aid |
| 03/19/2017 | Expense | | No | Rite Aid |
| 03/21/2017 | Expense | | No | Rite Aid |
| 03/22/2017 | Expense | | No | Rite Aid |
| 03/25/2017 | Credit Card Expense | | No | Top Shop Top Man |
| 03/28/2017 | Credit Card Expense | | No | Nordstrom |
| 04/09/2017 | Credit Card Expense | | No | Playstation Network |
| 04/10/2017 | Credit Card Expense | | No | Seaworld Park |
| 04/11/2017 | Bill | S13343 | No | R. S. Boyers Heating & Air Conditioning, Inc |
| 04/11/2017 | Expense | | No | Rite Aid |
| 04/13/2017 | Expense | | No | MS Events |
| 04/15/2017 | Expense | | No | Pets N Pals |
| 04/16/2017 | Expense | | No | The Ritz Carlton |
| 04/16/2017 | Expense | | No | The Ritz Carlton |

Exhibit 1

| Date | Type | Num | Cleared | Payee |
|---|---|---|---|---|
| 04/16/2017 | Expense | | No | The Ritz Carlton |
| 04/16/2017 | Expense | | No | The Ritz Carlton |
| 04/24/2017 | Expense | | No | Kate Spade |
| 05/01/2017 | Check | VV133 | No | Ford Credit |
| 05/02/2017 | Expense | | No | Rite Aid |
| 05/10/2017 | Expense | | No | Rite Aid |
| 05/10/2017 | Credit Card Expense | | No | Seaworld Park |
| 05/14/2017 | Transfer | | No | |
| 05/25/2017 | Check | VV4600 | No | Richard E. Moore |
| 05/25/2017 | Check | VV4599 | No | Richard E. Moore |
| 06/07/2017 | Credit Card Expense | | No | Hawn Quilt Collection |
| 06/07/2017 | Credit Card Credit | | No | Hawn Quilt Collection |
| 06/07/2017 | Credit Card Expense | | No | Hawn Quilt Collection |
| 06/10/2017 | Credit Card Expense | | No | Seaworld Park |
| 06/12/2017 | Credit Card Expense | | No | Fossil |
| 06/13/2017 | Expense | | No | Rite Aid |
| 06/20/2017 | Expense | | No | Walgreens |
| 06/20/2017 | Expense | | No | Kate Spade |
| 06/21/2017 | Expense | | No | Sugarboo & Co |
| 06/25/2017 | Expense | | No | Mulberry Studio |
| 06/28/2017 | Credit Card Expense | | No | Versace |
| 06/30/2017 | Credit Card Expense | | No | Playstation Network |
| 06/30/2017 | Credit Card Expense | | No | Playstation Network |
| 07/27/2017 | Expense | | No | Rite Aid |
| 07/30/2017 | Expense | | No | Walgreens |
| 08/19/2017 | Credit Card Expense | | No | Destination XL |
| 08/26/2017 | Credit Card Expense | | No | Destination XL |
| 09/01/2017 | Credit Card Expense | | No | Nordstrom |
| 09/01/2017 | Credit Card Expense | | No | Nordstrom |
| 09/01/2017 | Credit Card Expense | | No | Nordstrom |
| 09/01/2017 | Credit Card Expense | | No | Nordstrom |
| 09/25/2017 | Expense | | No | Rite Aid |
| 09/25/2017 | Expense | | No | Rite Aid |
| 11/17/2017 | Credit Card Expense | | No | Schewel Furniture |
| 11/30/2017 | Expense | | No | Rite Aid |
| 04/06/2018 | Credit Card Expense | | No | Destination XL |
| 06/11/2018 | Credit Card Expense | | No | Lush |
| 08/31/2018 | Expense | | No | Childrens of Gag Gfits |
| 09/11/2018 | Expense | | No | Rite Aid |
| 05/01/2019 | Expense | | No | Rite Aid |
| 05/08/2019 | Expense | | No | Rite Aid |
| 06/14/2019 | Credit Card Expense | | No | Brookstone |
| 06/18/2019 | Credit Card Expense | | No | Montblanc |
| 03/11/2020 | Expense | | No | GNC |

**Total for Shareholder Loan**

Exhibit 1

**TOTAL**

Tuesday, Aug 04, 2020 08:52:03 AM GMT-7 - Accrual Basis

Exhibit 1

| Memo/Description | Account | Split | Amount | Balance |
|---|---|---|---:|---:|
| | | | | 669,048.00 |
| | Shareholder Loan | Chase | 118.04 | 669,166.04 |
| Tie 2016 Financials to 2016 tax return | Shareholder Loan | -Split- | 4,000.00 | 673,166.04 |
| | Shareholder Loan | -Split- | 12,200.11 | 685,366.15 |
| Sam Orlando | Shareholder Loan | AM EX - 12005 (Richard's) | 295.25 | 685,661.40 |
| Sam Orlando | Shareholder Loan | AM EX - 12005 (Richard's) | 649.20 | 686,310.60 |
| Samuel Orlando | Shareholder Loan | AM EX - 12005 (Richard's) | -295.25 | 686,015.35 |
| | Shareholder Loan | Chase | 58.33 | 686,073.68 |
| | Shareholder Loan | Chase | 184.74 | 686,258.42 |
| Adam Donovan | Shareholder Loan | AM EX - 12005 (Richard's) | 427.20 | 686,685.62 |
| Adam Donovan | Shareholder Loan | AM EX - 12005 (Richard's) | 609.00 | 687,294.62 |
| | Shareholder Loan | Chase | 1,063.91 | 688,358.53 |
| | Shareholder Loan | Barclay - 9640 | 72.00 | 688,430.53 |
| | Shareholder Loan | AM EX - 64000 (Services) | -900.00 | 687,530.53 |
| | Shareholder Loan | Capital One - 6556 | 34.37 | 687,564.90 |
| LENSCRAFTERS CHARLOTTESVILLE VA | Shareholder Loan | Chase | 1,812.38 | 689,377.28 |
| | Shareholder Loan | Barclay - 9640 | 72.00 | 689,449.28 |
| CHILDRENSOF GAGIFTSHFISHERSVILLE V | Shareholder Loan | AM EX - 64000 (Services) | 79.61 | 689,528.89 |
| Service for 47 S. Windsong Court | Shareholder Loan | Accounts Payable | 242.66 | 689,771.55 |
| RITE AID STORE - 167VERONA         VA | Shareholder Loan | AM EX - 64000 (Services) | 14.73 | 689,786.28 |
| | Shareholder Loan | AM EX - 12005 (Richard's) | 4,854.73 | 694,641.01 |
| | Shareholder Loan | 4829 - City - Libre Operating | 1,600.00 | 696,241.01 |
| | Shareholder Loan | Barclay - 9640 | 72.00 | 696,313.01 |
| | Shareholder Loan | AM EX - 12005 (Richard's) | 986.17 | 697,299.18 |
| | Shareholder Loan | AM EX - 12005 (Richard's) | 2,912.25 | 700,211.43 |
| RITE AID STORE - 167VERONA         VA | Shareholder Loan | AM EX - 64000 (Services) | 53.63 | 700,265.06 |
| RITE AID STORE - 167VERONA         VA | Shareholder Loan | AM EX - 64000 (Services) | 479.39 | 700,744.45 |
| RITE AID STORE - 167VERONA         VA | Shareholder Loan | AM EX - 64000 (Services) | 13.68 | 700,758.13 |
| RITE AID STORE - 167VERONA         VA | Shareholder Loan | AM EX - 64000 (Services) | 82.97 | 700,841.10 |
| | Shareholder Loan | Barclay - 9640 | 642.86 | 701,483.96 |
| | Shareholder Loan | Barclay - 9640 | 37.07 | 701,521.03 |
| | Shareholder Loan | Barclay - 9640 | 59.99 | 701,581.02 |
| | Shareholder Loan | Barclay - 9640 | 72.00 | 701,653.02 |
| 47 S. Windsong Court | Shareholder Loan | Accounts Payable | 631.00 | 702,284.02 |
| | Shareholder Loan | Chase | 260.00 | 702,544.02 |
| | Shareholder Loan | Chase | 6,031.68 | 708,575.70 |
| PETS-N-PALS 54292980STAUTON        VA | Shareholder Loan | AM EX - 12005 (Richard's) | 5,724.70 | 714,300.40 |
| THE RITZ-CARLTON TYSMC LEAN        VA | Shareholder Loan | AM EX - 12005 (Richard's) | 229.60 | 714,530.00 |
| THE RITZ-CARLTON TYSMC LEAN        VA | Shareholder Loan | AM EX - 12005 (Richard's) | 234.11 | 714,764.11 |

Exhibit 1

| Description | State | Account | Amount | Balance |
|---|---|---|---:|---:|
| THE RITZ-CARLTON TYSMC LEAN | VA | Shareholder Loan AM EX - 12005 (Richard's) | 246.09 | 715,010.20 |
| THE RITZ-CARLTON TYSMC LEAN | VA | Shareholder Loan AM EX - 12005 (Richard's) | 948.52 | 715,958.72 |
| PAYPAL *KATESPADELL 4029357733 | CA | Shareholder Loan AM EX - 64000 (Services) | 18.95 | 715,977.67 |
| 2017 Ford Mustang | | Shareholder Loan 3122 - Key Bank - Operating | 1,294.32 | 717,271.99 |
| RITE AID STORE - 167 VERONA | VA | Shareholder Loan AM EX - 64000 (Services) | 64.17 | 717,336.16 |
| RITE AID STORE - 167 VERONA | VA | Shareholder Loan AM EX - 64000 (Services) | 5.00 | 717,341.16 |
| | | Shareholder Loan Barclay - 9640 | 72.00 | 717,413.16 |
| RM Paid Am Ex | | Shareholder Loan AM EX - 12005 (Richard's) | -5,000.00 | 712,413.16 |
| | | Shareholder Loan 4829 - City - Libre Operating | 1,600.00 | 714,013.16 |
| | | Shareholder Loan 4829 - City - Libre Operating | 1,600.00 | 715,613.16 |
| | | Shareholder Loan Barclay - 9640 | 1,423.66 | 717,036.82 |
| | | Shareholder Loan Barclay - 9640 | -1,423.66 | 715,613.16 |
| | | Shareholder Loan Barclay - 9640 | 1,423.66 | 717,036.82 |
| | | Shareholder Loan Barclay - 9640 | 72.00 | 717,108.82 |
| | | Shareholder Loan Barclay - 9640 | 187.70 | 717,296.52 |
| RITE AID STORE - 167 VERONA | VA | Shareholder Loan AM EX - 64000 (Services) | 36.84 | 717,333.36 |
| WALGREENS MILFORD | CT | Shareholder Loan AM EX - 64000 (Services) | 20.19 | 717,353.55 |
| PAYPAL*KATESPADELL 4029357733 | NY | Shareholder Loan AM EX - 64000 (Services) | 37.91 | 717,391.46 |
| SUGARBOO & CO - SBC7 LAKE BUENA VI | FL | Shareholder Loan AM EX - 64000 (Services) | 2,787.80 | 720,179.26 |
| SP * MULBERRY STUDIO NEW YORK | NY | Shareholder Loan AM EX - 64000 (Services) | 2,242.83 | 722,422.09 |
| | | Shareholder Loan Barclay - 9640 | 1,399.20 | 723,821.29 |
| | | Shareholder Loan Barclay - 9640 | 49.99 | 723,871.28 |
| | | Shareholder Loan Barclay - 9640 | 19.99 | 723,891.27 |
| RITE AID STORE - 183 STUARTS DRAFT | VA | Shareholder Loan AM EX - 64000 (Services) | 18.86 | 723,910.13 |
| WALGREENS PHILADELPHIA | PA | Shareholder Loan AM EX - 64000 (Services) | 9.71 | 723,919.84 |
| | | Shareholder Loan Capital One - 1669 | 428.24 | 724,348.08 |
| | | Shareholder Loan Capital One - 1669 | 495.90 | 724,843.98 |
| | | Shareholder Loan Capital One - 8375 | 73.67 | 724,917.65 |
| | | Shareholder Loan Capital One - 8375 | 41.34 | 724,958.99 |
| | | Shareholder Loan Capital One - 8375 | 200.00 | 725,158.99 |
| | | Shareholder Loan Capital One - 8375 | 200.00 | 725,358.99 |
| | | Shareholder Loan AM EX - 64000 (Services) | 26.83 | 725,385.82 |
| | | Shareholder Loan AM EX - 64000 (Services) | 26.83 | 725,412.65 |
| | | Shareholder Loan Capital One - 1669 | 2,051.72 | 727,464.37 |
| | | Shareholder Loan AM EX - 64000 (Services) | 28.40 | 727,492.77 |
| | | Shareholder Loan AM EX - 64000 (Services) | 84.27 | 727,577.04 |
| | | Shareholder Loan AM EX - 64000 (Services) | 356.32 | 727,933.36 |
| CHILDRENS OF GA GIFTSH FISHERSVILLE | V | Shareholder Loan AM EX - 12005 (Richard's) | 80.52 | 728,013.88 |
| | | Shareholder Loan AM EX - 01003 (Tim's) - Libre | 104.97 | 728,118.85 |
| RITE AID STORE - 311 NEW YORK NY | | Shareholder Loan AM EX - 01003 (Tim's) - Libre | 44.70 | 728,163.55 |
| AplPay RITE AID STOR VERONA VA | | Shareholder Loan AM EX - 01003 (Tim's) - Libre | 25.00 | 728,188.55 |
| | | Shareholder Loan AM EX - 64000 (Services) | 268.14 | 728,456.69 |
| | | Shareholder Loan AM EX - 64000 (Services) | 3,215.03 | 731,671.72 |
| GNC (GENERAL NUTRITION CE SAN JOSE | | Shareholder Loan United Chase - 9949 | 42.18 | 731,713.90 |
| | | | **$ 62,665.90** | |

Exhibit 1

**$ 62,665.90**

Exhibit 1



Katherine Harrington <kh@fusiontaxes.com>

## Property Financial Company
1 message

**Richard Moore** <rmoore@nexushelps.com>   Wed, Aug 26, 2020 at 6:09 PM
To: Katherine Harrington <kh@fusiontaxes.com>

141 Forever Court - One Fish, Two Fish - TCPE
239 Windsor - One Fish, Two Fish - Marlton
260 Windsor - One Fish, Two Fish - Twenty-Twenty
50 Spring Ridge - Nexus Properties - Roth Partners
70 Spring Ridge - Nexus Properties - Roth Partners
80 Spring Ridge - Nexus Properties - Roth Partners
37 Windsong Court - Nexus Properties - Franklin Root
84 Lofty - Nexus Properties - Twenty-Twenty

331 Windsor and 43 S Windsong Nexus does not own.

I am awaiting the statements for them now.

Richard

--

**Richard Moore**
**Executive Vice President**
**Nexus Services Inc.**
**Operations Center**
113 Mill Place Parkway
Suite 103
Verona VA 24482
**(o) +1-540-466-3686**



This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the

Exhibit 1

Fusion CPA Mail - Property Financial Company

contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. Nexus Services Inc., 113 Mill Place Pkwy, Suite 103 Verona, VA 24482. WWW.NEXUSHELPS.COM

Exhibit 1

# Homes By Nexus Inc
## Balance Sheet
### As of December 31, 2020

|  | Total |  |
|---|---:|---|
| **ASSETS** | | |
|   **Current Assets** | | |
|     **Bank Accounts** | | |
|       3797 - Nexus Properties | 0.00 | |
|       4878 - City National | 0.00 | |
|       4886 - City National | 46.55 | CONFIRMED MATCHED TO NEXUS |
|       4894 - City National | 1,416.11 | DOES NOT MATCH |
|       6198 - Business Savings | 1,554.90 | CONFIRMED MATCHED TO NEXUS |
|       8501 - Bank of America | 0.00 | |
|       9435 - Homes Checking | 0.00 | |
|       9898 - Commercial Savings | 100.06 | NOT SHOWN ON NEXUS |
|     **Total Bank Accounts** | **$ 3,117.62** | |
|     **Accounts Receivable** | | |
|       Accounts Receivable | -5,943.00 | What is this? |
|       Anselmo | 0.00 | |
|       Becky Neal | 60,023.85 | |
|       Blue Ridge Mac | 0.00 | |
|       Erik Schneider | -14,232.05 | |
|         12 Upland | 7,386.62 | |
|         56 Upland | 16,425.71 | |
|         OL-19 | 184.00 | |
|       **Total Erik Schneider** | **$ 9,764.28** | |
|       Evan Ajin | 2,724.00 | |
|         19 Paige | 6,626.54 | |
|         30 Windsong | 25,603.83 | |
|       **Total Evan Ajin** | **$ 34,954.37** | |
|       Jose Mendoza | 10,643.57 | |
|       Tim Okonski | 743.00 | |
|     **Total Accounts Receivable** | **$ 110,186.07** | |
|   **Total Accounts Receivable** | **$ 110,186.07** | Please confirm |
|     **Other Current Assets** | | |
|       Due From Empower | 23.09 | |
|       Due From Libre | 976,283.80 | Due to Libre    $ 1,194,941.22 |
|       Due From Nexus Services | 610,173.10 | Due to Nexus    $ 3,262,402.87 |
|       Due From Serve | 2,072.09 | |
|     **Total Other Current Assets** | **$ 1,588,552.08** | |
|   **Total Current Assets** | **$ 1,701,855.77** | |
| | | |
| **Accounts Payable** | 110125.34 | Please confirm |

Exhibit 1

318151.01

| | |
|---|---|
| $ (218,657.42) | 102789.81 |
| $ (2,652,229.77) | 33014.89 |
| $ (2,870,887.19) | |

Exhibit 1

City National Bank

```
                                        Date 12/31/20        Page    13


        LIBRE BY NEXUS INC
        "EXPENSE ACCOUNT"
        113 MILL PLACE PKwY #103
        VERONA VA 24482

BEST FREE BUSINESS                 XXXXXX6188  (Continued)

-----------------------------     Activity in Date Order    ---------------------------
Date    Description                      Check#           Amount           Balance


12/21 Wire Transfer Debit                               8,000.00-         50,278.91
      RICHARD MOORE
      021000021
      
      FISHERSVILLE VA
      JPMCHASE
      NEW YORK, NY
      INVOICE REIMBURSEMENT
      20201221         000002
```

Exhibit 1

```
                                        Date  7/31/20         Page     11


        NEXUS SERVICES INC
        113 MILL PLACE PKWY #103
        VERONA VA 24482


COMMERCIAL SAVINGS                      XXXXXX9906  (Continued)
------------------------------ Activity in Date Order ----------------------------
Date   Description                              Amount              Balance

7/31 Wire Transfer Debit                        4,000.00-         15,998.50
     EVAN AJIN
     251483311
     30 S WINDSONG COURT
     FISHERSVILLE VA 22939
     DUPONT COMM CU
     WAYNESBORO, VA
     30 S WINDSONG COURT RENT
     20200731          000002
```

Exhibit 1

```
                                         Date  8/31/20        Page     2


        NEXUS SERVICES INC
        113 MILL PLACE PKWY #103
        VERONA VA 24482


COMMERCIAL SAVINGS                      XXXXXX9906  (Continued)
----------------------------- Activity in Date Order ---------------------------
Date   Description                              Amount              Balance
```

```
8/03 Wire Transfer Debit                        8,075.00-          28,797.00
       EVAN AJIN
       251483311
       30 S WINDSONG COURT
       FISHERSVILLE VA 22939
       DUPONT COMM CU
       WAYNESBORO, VA
       30 S WINDSONG COURT RENT
       20200803          000002
8/03 Excess transaction charge                      1.50-          28,795.50
```

Exhibit 1



**Blake Gaul <bg@fusiontaxes.com>**

---

## Fwd: 2017 Tax Return Entities

**Rebecca Wells** <rw@fusiontaxes.com>         Thu, Apr 23, 2020 at 12:28 PM
To: Blake Gaul <bg@fusiontaxes.com>

Client confirmation...

---------- Forwarded message ---------
From: **Tim Okonski** <tokonski@nexushelps.com>
Date: Wed, Apr 22, 2020 at 2:47 PM
Subject: Re: 2017 Tax Return Entities
To: Rebecca Wells <rw@fusiontaxes.com>


Hi Rebecca, for 2017, yes, the QB file should include all of these companies.  The only ones with transactions would be Libre, Homes, Nexus Services, Inc, and perhaps some Entertainment transactions.

On Tue, Apr 21, 2020 at 11:17 AM Rebecca Wells <rw@fusiontaxes.com> wrote:
> Hi Tim,
>
> Are you doing ok?
>
> We need to confirm that all 5 of the following companies are included in the QBO file that I worked on:
>
>  1. Libre by Nexus Inc
>  2. Secured By Nexus Inc
>  3. Nexus Investigations & Security Inc
>  4. Homes by Nexus Inc
>  5. Entertainment by Nexus Inc
>  6. Nexus Properties LLC (NOT A C-Corp, but rather a disregarded entity)
>
> Thanks!
>
> --
> Rebecca E. Wells, CPA
>
>
> **Fusion CPA**
>
> Four Seasons Hotel & Offices, 30th Floor
> 75 14th St NW, Atlanta, GA 30309
>
> **Confidentiality Notice:**
> The information in this message is confidential and may be legally privileged.  It is intended solely for the addressee.  If you are not the intended recipient, any disclosure, copying, or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited and may be unlawful.  Please immediately contact the sender if you have received this message in error.  Thank you.

--
Rebecca E. Wells, CPA


**Fusion CPA**

Four Seasons Hotel & Offices, 30th Floor
75 14th St NW, Atlanta, GA 30309

Exhibit 1

**Confidentiality Notice:**

The information in this message is confidential and may be legally privileged.  It is intended solely for the addressee.  If you are not the intended recipient, any disclosure, copying, or distribution of the message, or any action or omission taken by you in reliance on it, is prohibited and may be unlawful.  Please immediately contact the sender if you have received this message in error.  Thank you.

Exhibit 1