# EXHIBIT A

**Fangistics LLC**
370 Neff Ave
Harrisonburg, VA  22801 US
hmunzner@entlest.com



# INVOICE

BILL TO
Libre by Nexus

| | INVOICE | 1001 |
| --- | --- | --- |
| | DATE | 05/13/2021 |
| | TERMS | Net 30 |
| | DUE DATE | 06/12/2021 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Social Media Expense | September 2020 | 1 | 1,990.64 | 1,990.64 |

BALANCE DUE  $1,990.64

Pay invoice

**Fangistics LLC**
370 Neff Ave
Harrisonburg, VA  22801 US
hmunzner@entlest.com



# INVOICE

| BILL TO | | | | |
|---|---|---|---|---|
| Libre by Nexus | | INVOICE | | 1002 |
| | | DATE | | 05/13/2021 |
| | | TERMS | | Net 30 |
| | | DUE DATE | | 06/12/2021 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Social Media Expense | October 2020 | 1 | 3,981.18 | 3,981.18 |

BALANCE DUE **$3,981.18**

Pay invoice

**Fangistics LLC**
370 Neff Ave
Harrisonburg, VA  22801 US
hmunzner@entlest.com



# INVOICE

BILL TO
Libre by Nexus

INVOICE 1003
DATE 05/13/2021
TERMS Net 30
DUE DATE 06/12/2021

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Social Media Expense | November 2020 | 1 | 4,976.35 | 4,976.35 |

BALANCE DUE  **$4,976.35**

Pay invoice

Page 1 of 1

**Fangistics LLC**
370 Neff Ave
Harrisonburg, VA  22801 US
hmunzner@entlest.com



# INVOICE

| BILL TO | | | | |
|---|---|---|---|---|
| Libre by Nexus | | INVOICE | | 1004 |
| | | DATE | | 05/13/2021 |
| | | TERMS | | Net 30 |
| | | DUE DATE | | 06/12/2021 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Social Media Expense | December 2020 | 1 | 3,981.18 | 3,981.18 |

BALANCE DUE **$3,981.18**

Pay invoice

Page 1 of 1

**Fangistics LLC**
370 Neff Ave
Harrisonburg, VA  22801 US
hmunzner@entlest.com



# INVOICE

| BILL TO | | INVOICE | 1005 |
|---|---|---|---|
| Libre by Nexus | | DATE | 05/13/2021 |
| | | TERMS | Net 30 |
| | | DUE DATE | 06/12/2021 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Social Media Expense | January 2021 | 1 | 4,424.46 | 4,424.46 |

BALANCE DUE  $4,424.46

Pay invoice

Page 1 of 1

**Fangistics LLC**
370 Neff Ave
Harrisonburg, VA  22801 US
hmunzner@entlest.com



# INVOICE

| BILL TO | | | | | |
|---|---|---|---|---|---|
| Libre by Nexus | | INVOICE | | | 1006 |
| | | DATE | | | 05/13/2021 |
| | | TERMS | | | Net 30 |
| | | DUE DATE | | | 06/12/2021 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Social Media Expense | February 2021 | 1 | 4,424.46 | 4,424.46 |

BALANCE DUE $4,424.46

Pay invoice

**Fangistics LLC**
370 Neff Ave
Harrisonburg, VA 22801 US
hmunzner@entlest.com



# INVOICE

| BILL TO | | INVOICE | 1007 |
| --- | --- | --- | --- |
| Libre by Nexus | | DATE | 05/13/2021 |
| | | TERMS | Net 30 |
| | | DUE DATE | 06/12/2021 |

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| Social Media Expense | March 2021 | 1 | 3,318.37 | 3,318.37 |

BALANCE DUE $3,318.37

Pay invoice

Page 1 of 1

# State Corporation Commission Clerk's Information System

**Entity Information**
Entity Information
Entity Name:
Fangistics LLC
Entity ID:
11041265
Entity Type:
Limited Liability Company
Entity Status:
**Pending Inactive**
Series LLC:
No
Reason for Status:
Annual Registration Fee Past Due
Formation Date:
04/10/2020
Status Date:
05/02/2021
VA Qualification Date:
04/10/2020
Period of Duration:
Perpetual
Industry Code:
0 - General
Annual Report Due Date:
N/A
Jurisdiction:
VA
Charter Fee:
N/A
Registration Fee Due Date:
04/30/2021
Registered Agent Information
RA Type:
Entity

Locality:
HANOVER COUNTY
RA Qualification:
BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA
Name:
INCORP SERVICES, INC.
Registered Office Address:
7288 Hanover Green Dr Ste A, Mechanicsville, VA, 23111 - 1709, USA
Principal Office Address
Address:
370 Neff Ave Ste U, Harrisonburg, VA, 22801 - 3439, USA
Principal Information
Management Structure:
 Manager-Managed

| Filing History | RA History | Name History | Previous Registrations | Protected Series | Garnishment Designees |

Image Request

Back | Return to Search | Return to Results

Back to Login

Privacy Policy    |    Contact Us    Facebook Icon    Twitter Icon