# EXHIBIT G

**TRUSTCO BANK®**
*Your Home Town Bank*

P.O. Box 1082 Schenectady N.Y. 12301-1082
Telephone 518-377-3311

Page 1
Statement Date 5-31-21
Account Number [REDACTED]9475
Enclosure Count 54

NEXUS SERVICES OF VIRGINIA INC
MICHEAL P DONOVAN
1803 PARK CENTER DRIVE STE 205
ORLANDO FL 32835

[REDACTED]9475 HOMETOWN PREMIER BUSINESS

| | | |
|---|---|---|
| Previous Balance | 4-30-21 | 7,555.39- |
| +Deposits/Credits | 41 | 858,461.39 |
| -Checks/Debits | 269 | 855,720.16 |
| -Service Charge | | 25.00 |
| Current Balance | | 4,839.16- |

Average Current Balance 3,968.90-

Average Collected Balance 3,968.90-

-----------------------DESCRIPTIVE TRANSACTIONS-----------------------

| Date | | Description | Amount |
|---|---|---|---|
| 5-03 | [REDACTED] | WEB TO DDA FR DDA [REDACTED]9446 [REDACTED] | 8000.00 |
| 5-03 | | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-03 | | ABSOLUTE INC BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-03 | | Rise BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-03 | | Financial Casual BUSINESS NEXUS SERVICES INC | 4000.00- |
| 5-03 | | Richard Moore BUSINESS NEXUS SERVICES INC | 4000.00- |
| 5-03 | | SONIA [REDACTED] BUSINESS NEXUS SERVICES INC | 5000.00- |
| 5-03 | | NDH LLC BUSINESS NEXUS SERVICES INC | 5000.00- |
| 5-03 | | FELDMANN NAGEL C BUSINESS NEXUS SERVICES INC | 6000.00- |
| 5-03 | | AMEX EPAYMENT ACH PMT Richard Moore | 7302.24- |
| 5-04 | | Rise BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-04 | | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-04 | | Richard Moore BUSINESS NEXUS SERVICES INC | 4000.00- |
| 5-04 | | WEB TO DDA FR DDA [REDACTED]9459 [REDACTED] | 165000.00 |
| 5-04 | | Pd NSF Prior Da[REDACTED] OVERDRAFT FUNDS | 36.00- |
| 5-04 | | Pd NSF Prior Da[REDACTED] OVERDRAFT FUNDS | 36.00- |
| 5-04 | | Pd NSF Prior Da[REDACTED] OVERDRAFT FUNDS | 36.00- |
| 5-04 | | Pd NSF Prior Da[REDACTED] OVERDRAFT FUNDS | 36.00- |
| 5-04 | | Pd NSF Prior Da[REDACTED] OVERDRAFT FUNDS | 36.00- |
| 5-05 | | AMEX EPAYMENT ACH PMT Richard Moore | 15892.23- |
| 5-05 | | ABSOLUTE INC BUSINESS | 1500.00- |

Continued on Next Page



P.O. Box 1082 Schenectady N.Y. 12301-1082
Telephone 518-377-3311

NEXUS SERVICES OF VIRGINIA INC

Statement Date 5-31-21
Account Number [redacted]9475

| Date | | Description | Amount |
|---|---|---|---|
| 5-05 | [redacted] | NEXUS SERVICES INC Brownstein Hyatt BUSINESS | 1500.00- |
| 5-05 | [redacted] | NEXUS SERVICES INC Brownstein Hyatt BUSINESS | 1500.00- |
| 5-05 | [redacted] | NEXUS SERVICES INC Brownstein Hyatt BUSINESS | 1500.00- |
| 5-05 | [redacted] | NEXUS SERVICES INC FIXIFY SOLUTIONS BUSINESS | 3000.00- |
| 5-05 | [redacted] | NEXUS SERVICES INC South River Secu BUSINESS | 8572.50- |
| 5-05 | [redacted] | NEXUS SERVICES INC Five9 BUSINESS | 4000.00- |
| 5-05 | [redacted] | NEXUS SERVICES INC FELDMANN NAGEL C BUSINESS | 8000.00- |
| 5-05 | [redacted] | NEXUS SERVICES INC Financial Casual BUSINESS | 6000.00- |
| 5-05 | [redacted] | NEXUS SERVICES INC SONIA [redacted] BUSINESS | 4000.00- |
| 5-05 | [redacted] | NEXUS SERVICES INC Richard Moore BUSINESS | 4000.00- |
| 5-05 | [redacted] | NEXUS SERVICES INC Richard Moore BUSINESS | 6000.00- |
| 5-05 | [redacted] | NEXUS SERVICES INC Richard Moore BUSINESS | 4000.00- |
| 5-05 | [redacted] | NEXUS SERVICES INC ADOLF [redacted] BUSINESS | 2300.00- |
| 5-05 | [redacted] | NEXUS SERVICES INC Rise BUSINESS | 2000.00- |
| 5-05 | [redacted] | NEXUS SERVICES INC SELVIN [redacted] BUSINESS | 2000.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC AIA Insurance BUSINESS | 3000.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC Mario [redacted] BUSINESS | 7000.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC Career Builder BUSINESS | 1397.02- |
| 5-06 | [redacted] | NEXUS SERVICES INC Career Builder BUSINESS | 1397.02- |
| 5-06 | [redacted] | NEXUS SERVICES INC Five9 BUSINESS | 4747.88- |
| 5-06 | [redacted] | NEXUS SERVICES INC RED BANYAN GROUP BUSINESS | 3000.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC SONIA [redacted] BUSINESS | 4000.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC American Surety BUSINESS | 2050.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC American Surety BUSINESS | 2000.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC American Surety BUSINESS | 2000.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC American Surety BUSINESS | 2000.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC Richard Moore BUSINESS | 6000.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC Executive Invest BUSINESS | 945.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC Executive Invest BUSINESS | 1382.50- |
| 5-06 | [redacted] | NEXUS SERVICES INC Financial Casual BUSINESS | 6000.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC Rise BUSINESS | 2000.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC Shenandoah LGBTQ BUSINESS | 5000.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC MAXIMILIANO [redacted] BUSINESS | 3000.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC Fusion CPA BUSINESS | 4000.00- |

Continued on Next Page

**NOTICE:** *See statement back for important information*



P.O. Box 1082 Schenectady N.Y. 12301-1082
Telephone 518-377-3311

NEXUS SERVICES OF VIRGINIA INC

Statement Date 5-31-21
Account Number [redacted]9475

| Date | | Description | Amount |
|---|---|---|---|
| 5-06 | [redacted] | NEXUS SERVICES INC FIXIFY SOLUTIONS BUSINESS | 3000.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC FIXIFY SOLUTIONS BUSINESS | 3000.00- |
| 5-06 | [redacted] | NEXUS SERVICES INC WEB TO DDA FR DDA [redacted]9459 | 88000.00 |
| 5-06 | [redacted] | WEB TO DDA FR DDA [redacted]9459 | 36000.00 |
| 5-06 | [redacted] | WEB TO DDA FR DDA [redacted]9446 | 20000.00 |
| 5-06 | [redacted] | WEB TO DDA FR DDA [redacted]9446 | 15000.00 |
| 5-06 | [redacted] | WEB TO DDA FR DDA [redacted]9459 | 10000.00 |
| 5-06 | [redacted] | WEB TO DDA FR DDA [redacted]9446 | 3000.00 |
| 5-06 | [redacted] | Pd NSF Prior Da[redacted] OVERDRAFT FUNDS | 36.00- |
| 5-06 | [redacted] | Pd NSF Prior Da[redacted] OVERDRAFT FUNDS | 36.00- |
| 5-06 | [redacted] | Pd NSF Prior Da[redacted] OVERDRAFT FUNDS | 36.00- |
| 5-06 | [redacted] | Pd NSF Prior Da[redacted] OVERDRAFT FUNDS | 36.00- |
| 5-06 | [redacted] | Pd NSF Prior Da[redacted] OVERDRAFT FUNDS | 36.00- |
| 5-07 | [redacted] | Shenandoah LGBTQ BUSINESS NEXUS SERVICES INC | 5000.00- |
| 5-07 | [redacted] | Richard Moore BUSINESS NEXUS SERVICES INC | 6000.00- |
| 5-07 | [redacted] | Richard Moore BUSINESS NEXUS SERVICES INC | 3630.39- |
| 5-07 | [redacted] | NDH LLC BUSINESS NEXUS SERVICES INC | 6500.00- |
| 5-07 | [redacted] | Rise BUSINESS NEXUS SERVICES INC | 3000.00- |
| 5-07 | [redacted] | Financial Casual BUSINESS NEXUS SERVICES INC | 6000.00- |
| 5-07 | [redacted] | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 3000.00- |
| 5-07 | [redacted] | Fusion CPA BUSINESS NEXUS SERVICES INC | 4000.00- |
| 5-10 | [redacted] | AMEX EPAYMENT ACH PMT Richard Moore | 9000.00- |
| 5-10 | [redacted] | Richard Moore BUSINESS NEXUS SERVICES INC | 4000.00- |
| 5-10 | [redacted] | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-10 | [redacted] | WEB TO DDA FR DDA [redacted]9459 | 40000.00 |
| 5-10 | [redacted] | TransferWise Inc TrnWise Richard Moore | 9000.00- |
| 5-11 | [redacted] | AMEX EPAYMENT ACH PMT Richard Moore | 8000.00- |
| 5-11 | [redacted] | ALLY ALLY PAYMT Richard Moore | 532.60- |
| 5-11 | [redacted] | Hunton Andrews K BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-11 | [redacted] | Richard Moore BUSINESS NEXUS SERVICES INC | 5000.00- |
| 5-11 | [redacted] | Executive Invest BUSINESS NEXUS SERVICES INC | 250.00- |
| 5-11 | [redacted] | Digital Third Co BUSINESS NEXUS SERVICES INC | 325.48- |
| 5-11 | [redacted] | Digital Third Co BUSINESS NEXUS SERVICES INC | 321.36- |

Continued on Next Page



P.O. Box 1082 Schenectady N.Y. 12301-1082
Telephone 518-377-3311

Statement Date 5-31-21
NEXUS SERVICES OF VIRGINIA INC Account Number [redacted]9475

| Date | Description | Amount |
|---|---|---|
| 5-11 | Hands of Hope Cl BUSINESS NEXUS SERVICES INC | 1250.00- |
| 5-11 | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 1000.00- |
| 5-11 | WEB TO DDA FR DDA [redacted]9459 | 23000.00 |
| 5-11 | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-11 | ABDULAHI [redacted] BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-11 | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 3000.00- |
| 5-12 | AMEX EPAYMENT ACH PMT Richard Moore | 7500.00- |
| 5-12 | FELDMANN NAGEL C BUSINESS NEXUS SERVICES INC | 4000.00- |
| 5-12 | NDH LLC BUSINESS NEXUS SERVICES INC | 6000.00- |
| 5-12 | Kostelanetz Fink BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-12 | Richard Moore BUSINESS NEXUS SERVICES INC | 5000.00- |
| 5-12 | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-12 | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-12 | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-12 | American Surety BUSINESS NEXUS SERVICES INC | 5550.00- |
| 5-12 | WEB TO DDA FR DDA [redacted]9446 | 20000.00 |
| 5-12 | WEB TO DDA FR DDA [redacted]9446 | 5000.00 |
| 5-12 | Hunton Andrews K BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-12 | Fusion CPA BUSINESS NEXUS SERVICES INC | 4000.00- |
| 5-12 | Wetsel Complex L BUSINESS NEXUS SERVICES INC | 8910.39- |
| 5-13 | WEB TO DDA FR DDA [redacted]9459 | 20500.00 |
| 5-13 | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-13 | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-13 | Kostelanetz Fink BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-13 | Hunton Andrews K BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-13 | FELDMANN NAGEL C BUSINESS NEXUS SERVICES INC | 3000.00- |
| 5-13 | Richard Moore BUSINESS NEXUS SERVICES INC | 5000.00- |
| 5-13 | Shenandoah LGBTQ BUSINESS NEXUS SERVICES INC | 5000.00- |
| 5-13 | NDH LLC BUSINESS NEXUS SERVICES INC | 6000.00- |
| 5-13 | Financial Casual BUSINESS NEXUS SERVICES INC | 6000.00- |
| 5-13 | WEB FR DDA TO DDA [redacted]9446 | 11000.00- |
| 5-14 | WEB TO DDA FR DDA [redacted]9459 | 22000.00 |
| 5-14 | WEB TO DDA FR DDA [redacted]9459 | 16000.00 |
| 5-14 | WEB TO DDA FR DDA [redacted]9459 | 13000.00 |

Continued on Next Page

**NOTICE:** *See statement back for important information*



P.O. Box 1082 Schenectady N.Y. 12301-1082
Telephone 518-377-3311

NEXUS SERVICES OF VIRGINIA INC

Statement Date 5-31-21
Account Number [redacted]9475

| Date | | Description | Amount |
|---|---|---|---|
| 5-14 | [redacted] | WEB TO DDA FR DDA [redacted]9459 [redacted] | 2800.00 |
| 5-14 | [redacted] | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-14 | [redacted] | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-14 | [redacted] | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-14 | [redacted] | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-14 | [redacted] | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-14 | [redacted] | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-14 | [redacted] | Richard Moore BUSINESS NEXUS SERVICES INC | 4641.45- |
| 5-17 | [redacted] | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 4000.00- |
| 5-17 | [redacted] | Richard Moore BUSINESS NEXUS SERVICES INC | 4363.96- |
| 5-17 | [redacted] | AMEX EPAYMENT ACH PMT Richard Moore | 6000.00- |
| 5-17 | [redacted] | WEB FR DDA TO DDA [redacted]9462 [redacted] | 6150.00- |
| 5-18 | [redacted] | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-18 | [redacted] | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 3000.00- |
| 5-18 | [redacted] | WEB TO DDA FR DDA [redacted]9459 [redacted] | 30000.00 |
| 5-18 | [redacted] | Pd NSF Prior Da[redacted] OVERDRAFT FUNDS | 36.00- |
| 5-18 | [redacted] | Pd NSF Prior Da[redacted] OVERDRAFT FUNDS | 36.00- |
| 5-18 | [redacted] | Pd NSF Prior Da[redacted] OVERDRAFT FUNDS | 36.00- |
| 5-18 | [redacted] | Pd NSF Prior Da[redacted] OVERDRAFT FUNDS | 36.00- |
| 5-18 | [redacted] | Pd NSF Prior Da[redacted] OVERDRAFT FUNDS | 36.00- |
| 5-18 | [redacted] | Richard Moore BUSINESS NEXUS SERVICES INC | 5000.00- |
| 5-19 | [redacted] | WEB TO DDA FR DDA [redacted]9459 [redacted] | 9614.00 |
| 5-19 | [redacted] | WEB TO DDA FR DDA [redacted]9459 [redacted] | 5000.00 |
| 5-19 | [redacted] | RETURNED CHECK | 3000.00 |
| 5-19 | [redacted] | RETURNED CHECK | 3000.00 |
| 5-19 | [redacted] | RETURNED CHECK | 3000.00 |
| 5-19 | [redacted] | Rtn NSF Prior [redacted] OVERDRAFT FUNDS | 36.00- |
| 5-19 | [redacted] | Rtn NSF Prior [redacted] OVERDRAFT FUNDS | 36.00- |
| 5-19 | [redacted] | Rtn NSF Prior [redacted] OVERDRAFT FUNDS | 36.00- |
| 5-19 | [redacted] | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-19 | [redacted] | Texas Mutual Payment NEXUS SERVICES INC | 412.07- |
| 5-19 | [redacted] | AMEX EPAYMENT ACH PMT Richard Moore | 2500.00- |
| 5-19 | [redacted] | Richard Moore BUSINESS NEXUS SERVICES INC | 2661.92- |
| 5-19 | [redacted] | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 4000.00- |
| 5-19 | [redacted] | Richard Moore BUSINESS NEXUS SERVICES INC | 5000.00- |
| 5-20 | [redacted] | Bento Technologi Bento Tech | .03 |

Continued on Next Page

**NOTICE:** *See statement back for important information*



P.O. Box 1082 Schenectady N.Y. 12301-1082
Telephone 518-377-3311

NEXUS SERVICES OF VIRGINIA INC

Statement Date 5-31-21
Account Number [redacted]475

| Date | Description | Amount |
|---|---|---|
| 5-20 | Nexus Services Inc. Bento Technologi Bento Tech | .05 |
| 5-20 | Nexus Services Inc. WEB TO DDA FR DDA [redacted]446 | 12000.00 |
| 5-20 | CREDIT MEMO | 100.00 |
| 5-20 | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-20 | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-20 | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-20 | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-20 | Richard Moore BUSINESS NEXUS SERVICES INC | 2194.17- |
| 5-20 | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 3000.00- |
| 5-20 | ABDULAHI [redacted] BUSINESS NEXUS SERVICES INC | 3000.00- |
| 5-20 | Richard Moore BUSINESS NEXUS SERVICES INC | 3000.00- |
| 5-20 | AMEX EPAYMENT ACH PMT Richard Moore | 4000.00- |
| 5-21 | WEB TO DDA FR DDA [redacted]446 | 14000.00 |
| 5-21 | WEB TO DDA FR DDA [redacted]459 | 1200.00 |
| 5-21 | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-21 | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-21 | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-21 | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-21 | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-21 | FIXIFY SOLUTIONS BUSINESS NEXUS SERVICES INC | 3000.00- |
| 5-21 | ABDULAHI [redacted] BUSINESS NEXUS SERVICES INC | 3000.00- |
| 5-21 | AMEX EPAYMENT ACH PMT Richard Moore | 3650.00- |
| 5-21 | Daily OD Fee Charge | 25.00- |
| 5-24 | WEB TO DDA FR DDA [redacted]459 | 14000.00 |
| 5-24 | Pd NSF Prior Da[redacted] OVERDRAFT FUNDS | 36.00- |
| 5-24 | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-24 | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-24 | Pd NSF Prior Day OVERDRAFT FUNDS | 36.00- |
| 5-24 | Digital Third Co BUSINESS NEXUS SERVICES INC | 253.14- |
| 5-24 | Richard Moore BUSINESS NEXUS SERVICES INC | 264.74- |
| 5-24 | KLDiscovery BUSINESS NEXUS SERVICES INC | 270.60- |
| 5-24 | Executive Invest BUSINESS NEXUS SERVICES INC | 1035.00- |
| 5-24 | ABDULAHI [redacted] BUSINESS NEXUS SERVICES INC | 2000.00- |
| 5-24 | Micheal P Donova BUSINESS NEXUS SERVICES INC | 2906.64- |
| 5-24 | Richard Moore BUSINESS | 4000.00- |

Continued on Next Page

**NOTICE:** *See statement back for important information*



P.O. Box 1082 Schenectady N.Y. 12301-1082
Telephone 518-377-3311

NEXUS SERVICES OF VIRGINIA INC

Statement Date 5-31-21
Account Number [redacted]475

| Date | | Description | Amount |
|---|---|---|---|
| 5-24 | | NEXUS SERVICES INC<br>FELDMANN NAGEL C BUSINESS | 5000.00- |
| 5-24 | | NEXUS SERVICES INC<br>AMEX EPAYMENT ACH PMT | 5500.00- |
| 5-25 | | Richard Moore<br>TransferWise Inc<br>TrnWise | 9000.00- |
| 5-25 | | Richard Moore<br>WEB TO DDA FR DDA [redacted]459 | 45000.00 |
| 5-25 | | WEB TO DDA FR DDA [redacted]459 | 9000.00 |
| 5-25 | | Pd NSF Prior Da[redacted]<br>OVERDRAFT FUNDS | 36.00- |
| 5-25 | | Pd NSF Prior Da[redacted]<br>OVERDRAFT FUNDS | 36.00- |
| 5-25 | | Pd NSF Prior Da[redacted]<br>OVERDRAFT FUNDS | 36.00- |
| 5-25 | | Pd NSF Prior Da[redacted]<br>OVERDRAFT FUNDS | 36.00- |
| 5-25 | | Pd NSF Prior Da[redacted]<br>OVERDRAFT FUNDS | 36.00- |
| 5-25 | | AMEX EPAYMENT ACH PMT<br>Richard Moore | 5524.00- |
| 5-26 | | FELDMANN NAGEL C BUSINESS<br>NEXUS SERVICES INC | 8000.00- |
| 5-26 | | Richard Moore BUSINESS<br>NEXUS SERVICES INC | 4000.00- |
| 5-26 | | Micheal P Donova BUSINESS<br>NEXUS SERVICES INC | 273.76- |
| 5-26 | | Micheal P Donova BUSINESS<br>NEXUS SERVICES INC | 75.59- |
| 5-26 | | WEB TO DDA FR DDA [redacted]459 | 33000.00 |
| 5-26 | | WEB TO DDA FR DDA [redacted]446 | 25000.00 |
| 5-26 | | WEB TO DDA FR DDA [redacted]459 | 20000.00 |
| 5-26 | | CREDIT MEMO | 13000.00 |
| 5-26 | | Pd NSF Prior Da[redacted]<br>OVERDRAFT FUNDS | 36.00- |
| 5-26 | | Pd NSF Prior Da[redacted]<br>OVERDRAFT FUNDS | 36.00- |
| 5-26 | | Pd NSF Prior Da[redacted]<br>OVERDRAFT FUNDS | 36.00- |
| 5-26 | | Pd NSF Prior Day<br>OVERDRAFT FUNDS | 36.00- |
| 5-26 | | AMEX EPAYMENT ACH PMT<br>Richard Moore | 6500.00- |
| 5-26 | | WEB FR DDA TO DDA [redacted]446 | 13000.00- |
| 5-26 | | WEB FR DDA TO DDA [redacted]446 | 14000.00- |
| 5-27 | | AMEX EPAYMENT ACH PMT<br>Richard Moore | 5761.41- |
| 5-27 | | KMF KMFUSA.com<br>Richard Moore | 388.38- |
| 5-27 | | KMF KMFUSA.com<br>RICHARD MOORE | 759.11- |
| 5-27 | | KMF KMFUSA.com<br>RICHARD MOORE | 741.46- |
| 5-27 | | KMF KMFUSA.com<br>RICHARD MOORE | 759.11- |
| 5-27 | | Executive Invest BUSINESS<br>NEXUS SERVICES INC | 960.00- |
| 5-27 | | WEB TO DDA FR DDA [redacted]459 | 28000.00 |
| 5-27 | | Richard Moore BUSINESS | 864.10- |

Continued on Next Page

**NOTICE:** *See statement back for important information*

**TRUSTCO BANK®**
*Your Home Town Bank*

P.O. Box 1082 Schenectady N.Y. 12301-1082
Telephone 518-377-3311

NEXUS SERVICES OF VIRGINIA INC

Statement Date 5-31-21
Account Number [redacted]475

| Date | | Description | Amount |
|---|---|---|---|
| | [redacted] | NEXUS SERVICES INC | |
| 5-27 | | Richard Moore BUSINESS<br>NEXUS SERVICES INC | 892.07- |
| 5-27 | | Executive Invest BUSINESS<br>NEXUS SERVICES INC | 1312.50- |
| 5-27 | | Richard Moore BUSINESS<br>NEXUS SERVICES INC | 1416.23- |
| 5-27 | | Richard Moore BUSINESS<br>NEXUS SERVICES INC | 1470.85- |
| 5-27 | | Big Marco Insura BUSINESS<br>NEXUS SERVICES INC | 1500.00- |
| 5-27 | | Executive Invest BUSINESS<br>NEXUS SERVICES INC | 1875.00- |
| 5-27 | | Fangistics LLC BUSINESS<br>NEXUS SERVICES INC | 1990.64- |
| 5-27 | | Executive Invest BUSINESS<br>NEXUS SERVICES INC | 2344.00- |
| 5-27 | | Executive Invest BUSINESS<br>NEXUS SERVICES INC | 2415.00- |
| 5-27 | | Executive Invest BUSINESS<br>NEXUS SERVICES INC | 2415.00- |
| 5-27 | | Financial Casual BUSINESS<br>NEXUS SERVICES INC | 4000.00- |
| 5-27 | | Richard Moore BUSINESS<br>NEXUS SERVICES INC | 4000.00- |
| 5-27 | | FELDMANN NAGEL C BUSINESS<br>NEXUS SERVICES INC | 4000.00- |
| 5-27 | | American Surety BUSINESS<br>NEXUS SERVICES INC | 8000.00- |
| 5-27 | | WYE COMM BUSINESS<br>NEXUS SERVICES INC | 43247.31- |
| 5-28 | | WEB TO DDA FR DDA [redacted]459 | 20000.00 |
| 5-28 | | WEB TO DDA FR DDA [redacted]459 | 11000.00 |
| 5-28 | | WEB TO DDA FR DDA [redacted]446 | 9000.00 |
| 5-28 | | WYE COMM BUSINESS<br>NEXUS SERVICES INC | 43247.31 |
| 5-28 | | Pd NSF Prior Day<br>OVERDRAFT FUNDS | 36.00- |
| 5-28 | | Pd NSF Prior Day<br>OVERDRAFT FUNDS | 36.00- |
| 5-28 | | Pd NSF Prior Day<br>OVERDRAFT FUNDS | 36.00- |
| 5-28 | | Pd NSF Prior Day<br>OVERDRAFT FUNDS | 36.00- |
| 5-28 | | Rtn NSF Prior Day<br>OVERDRAFT FUNDS | 36.00- |
| 5-28 | | Richard Moore BUSINESS<br>NEXUS SERVICES INC | 4000.00- |
| 5-28 | | AMEX EPAYMENT ACH PMT<br>Richard Moore | 4948.18- |
| 5-28 | | FELDMANN NAGEL C BUSINESS<br>NEXUS SERVICES INC | 6000.00- |

---------CHECKS PAID---------

| No. | Date | Amount | No. | Date | Amount |
|---|---|---|---|---|---|
| 67 | 5-03 | 9500.00 | 78* | 5-14 | 6000.00 |
| 68 | 5-04 | 10000.00 | 79 | 5-17 | 9027.99 |
| 69 | 5-06 | 1100.00 | 80 | 5-24 | 9679.13 |
| 70 | 5-05 | 9850.00 | 81 | 5-24 | 3441.12 |
| 71 | 5-05 | 8580.60 | 82 | 5-25 | 9027.99 |
| 72 | 5-06 | 9027.99 | 83 | 5-26 | 2500.00 |
| 73 | 5-06 | 9950.00 | 84 | 5-26 | 10000.00 |
| 74 | 5-07 | 9950.00 | 85 | 5-27 | 9500.00 |
| 75 | 5-10 | 6000.00 | 86 | 5-28 | 9800.00 |
| 76 | 5-10 | 9027.99 | [redacted]50* | 5-03 | 750.63 |

Continued on Next Page

**NOTICE:** *See statement back for important information*

**TRUSTCO BANK®**
*Your Home Town Bank*

P.O. Box 1082 Schenectady N.Y. 12301-1082
Telephone 518-377-3311

NEXUS SERVICES OF VIRGINIA INC

Statement Date 5-31-21
Account Number [redacted]9475

| Check | Date | Amount |
|---|---|---|
| [redacted]51 | 5-03 | 679.38 |
| [redacted]89* | 5-03 | 2000.00 |
| [redacted]90 | 5-03 | 3000.00 |
| [redacted]91 | 5-03 | 3000.00 |
| [redacted]92 | 5-03 | 2000.00 |
| [redacted]93 | 5-04 | 2000.00 |
| [redacted]94 | 5-04 | 2000.00 |
| [redacted]95 | 5-05 | 2000.00 |
| [redacted]96 | 5-05 | 2000.00 |
| [redacted]97 | 5-03 | 3000.00 |
| [redacted]98 | 5-03 | 3362.88 |
| [redacted]99 | 5-06 | 1221.76 |
| [redacted]00 | 5-06 | 150.75 |
| [redacted]01 | 5-06 | 202.19 |
| [redacted]02 | 5-05 | 179.66 |
| [redacted]03 | 5-14 | 3000.00 |
| [redacted]04 | 5-24 | 3000.00 |
| [redacted]04* | 5-18 | 3000.00 |
| [redacted]05 | 5-14 | 3000.00 |
| [redacted]06 | 5-24 | 3000.00 |
| [redacted]06* | 5-18 | 3000.00 |
| [redacted]07 | 5-24 | 3000.00 |
| [redacted]07* | 5-18 | 3000.00 |
| [redacted]08 | 5-19 | 3000.00 |
| [redacted]11* | 5-17 | 720.14 |
| [redacted]13* | 5-24 | 209.10 |
| [redacted]16* | 5-17 | 38.41 |
| [redacted]17 | 5-24 | 913.16 |
| [redacted]18 | 5-17 | 166.68 |
| [redacted]19 | 5-26 | 665.63 |
| [redacted]21* | 5-19 | 4000.00 |
| [redacted]23* | 5-21 | 4000.00 |
| [redacted]24 | 5-25 | 4000.00 |
| [redacted]25 | 5-25 | 4000.00 |
| [redacted]27* | 5-26 | 142.73 |
| [redacted]28 | 5-27 | 132.10 |
| [redacted]11* | 5-17 | 284.15 |

------------------------DAILY BALANCE SUMMARY------------------------

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 4-30 | 7555.39- | 5-03 | 62186.52- | 5-04 | 80633.48 |
| 5-05 | 17741.51- | 5-06 | 65506.38 | 5-07 | 18425.99 |
| 5-10 | 19398.00 | 5-11 | 16718.56 | 5-12 | 9241.83- |
| 5-13 | 28813.83- | 5-14 | 6164.72 | 5-17 | 24586.61- |
| 5-18 | 13766.61- | 5-19 | 11870.60- | 5-20 | 15108.69- |
| 5-21 | 13763.69- | 5-24 | 44380.32- | 5-25 | 22112.31- |
| 5-26 | 9585.98 | 5-27 | 63158.29- | 5-28 | 4839.16- |

* - - - - - - - - - - - -INTEREST SUMMARY- - - - - - - - - - - - - - - *

| | |
|---|---|
| Interest Paid this Year | .00 |
| Interest Withheld this Year | .00 |
| Average Current Balance | 3,968.90- |
| Average Collected Balance | 3,968.90- |

LIKE TRUSTCO BANK ON FACEBOOK!
KEEP UP-TO-DATE WITH YOUR HOME TOWN BANK.
VISIT WWW.FACEBOOK.COM/TRUSTCOBANK
AND CLICK THE LIKE BUTTON TODAY!

**NOTICE:** *See statement back for important information*

Office Depot
DEPOSITED
Paid on Jan 27, 2021
#110945961002
$15.35
Office Depot
DEPOSITED
Paid on Jan 27, 2021
#134187171001
$12.61
Richard E. Moore
DELIVERED
Paid on Jan 27, 2021
#06-20
$4,200.00
Transworld Systems Inc
DEPOSITED
Paid on Jan 26, 2021
#File 13431587
$74.40
Office Depot
DEPOSITED
Paid on Jan 26, 2021
#124488800001
$39.16
Office Depot
DEPOSITED
PAYMENT SCHEDULED BY
Richard Moore
ADMIN
On Jan 26, 2021, 10:44 AM
PAID FROM MY
Bank account
Using debit card ...7424
Payment was processed on
Jan 27, 2021
VENDOR RECEIVED
Delivery by bank transfer
Richard E. Moore (...3939)
Delivery by
Jan 27, 2021
FAST
Memo to vendor
Invoice no. 06-20
Thomas M.
John F.
Raymond P.
Chris H.
Thomas M.
Greg O.

