# EXHIBIT H

Case 5:18-cv-00066-MFU-JCH Document 709-8 Filed 08/01/21 Page 1 of 4 Pageid#: 18485





