IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 5:18-cv-00066 |
| NEXUS SERVICES, INC., | ) ) ) |
| Defendant. | ) |

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW counsel for the Defendant, Christopher M. Okay, a member of the bar of this Court, pursuant to Local Civil Rule 6(d), and moves the Court for admission *pro hac vice* of Juliana Rosetta Woodard Johnson. The grounds for the motion are as follows:

1. Juliana Rosetta Woodard Johnson is a litigation partner with the McNutt Law Firm, PLLC.

   Ms. Johnson has been engaged to as litigation counsel for Defendant Nexus Services, and she is engaged to assist in the defense of Nexus Services in this matter. Ms. Johnson is experienced in complex civil litigation and has extensive experience in the Federal Immigration practice of law. Juliana Rosetta Woodard Johnson's contact information is:

   > Juliana Rosetta Woodard Johnson
   > McNutt Law Firm, PLLC
   > 1712 N Ih 35
   > San Marcos, TX 78666
   > Tel: (512) 667-9231
   > juliana@jmcnuttlaw.com

2. Ms. Johnson is a member in good standing of the Texas Bar (#24099833). She is admitted to practice in the highest court of the State of Texas.

3. Ms. Johnson is registered as a Filing User with the Western District of Virginia Electronic Case Filing Registration pursuant to Fed. R. Civ. P. 5(b) and 77(d).

1

WHEREFORE, based on the foregoing, Counsel respectfully requests that this Court enter an order admitting Juliana Rosetta Woodard *pro hac vice* for this case on behalf of Defendant and further requests that Juliana Rosetta Woodard be allowed to electronically submit and receive notice of documents filed in the ECF system for this matter.

Respectfully submitted this 10th day of August 2021,

/s/ Christopher M Okay
Christopher M. Okay (VSB #35611)

Chris Okay, Attorney at Law
117 South Lewis Street, Suite 218
Staunton, Virginia 24401
(540) 466-3130
chrisokay@icloud.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 4th day of June 2021, a true and correct copy of the foregoing Motion for Admission Pro Hac Vice was filed by undersigned Counsel for Defendant via CM/ECF, which will send a notification of such filing to all counsel of record.

/s/ Christopher M Okay

Chris Okay, Attorney at Law
117 South Lewis Street, Suite 218
Staunton, Virginia 24401
(540) 466-3130
chrisokay@icloud.com

*Counsel for Defendants*