### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | |
|---|---|
| **RLI Insurance Company** | Action No: 5:18CV66 |
| | Date: 8/10/2021 |
| vs. | Judge: Michael F. Urbanski, CUSDJ |
| | Court Reporter: L. Blair |
| **Nexus Services, Inc.** | Deputy Clerk: C.Kemp |

| Plaintiff Attorneys | Defendant Attorneys |
|---|---|
| Vivian Katsantonis | Carl Anderson |
| Christopher Harris | Christopher Okay |
| John Finnegan, III | Juliana Johnson |
| | John Shoreman, via Zoom |
| | Mario Williams, via Zoom |

### LIST OF WITNESSES

| COURT: | PLAINTIFF: | DEFENDANT: |
|---|---|---|
| 1. Gregory St. Ours | 1. David Grycz | 1. Mike Donovan |
| | 2. Raymond Peroutka | 2. Rebecca Wells |

PROCEEDINGS:
Court addresses the parties.
Arguments from Counsel on ECF [680] MOTION to Withdraw as Attorney by Homes by Nexus, Inc., Libre by Nexus, Inc., Nexus Services, Inc.(Mario Williams)and [681] MOTION to Withdraw as Attorney by Homes by Nexus, Inc., Libre by Nexus, Inc., Nexus Services, Inc. (John Shoreman)
Court takes Motions under advisement.
Arguments from Counsel regarding [715] MOTION for Juliana Johnson to Appear Pro Hac Vice. by Homes by Nexus, Inc., Libre by Nexus, Inc., Nexus Services, Inc..
Court will grant [715] MOTION for Juliana Johnson to Appear Pro Hac Vice. by Homes by Nexus, Inc., Libre by Nexus, Inc., Nexus Services, Inc..
Court calls Special Master Gregory St. Ours for status report.
Arguments from Counsel [694] MOTION to Appoint Receiver RLI's Renewed Request for Appointment of Third Party to Perform Specific Acts Ordered under R. 70(a) or Alternatively a Receiver under R. 66 and for Sanctions.
Comments from Court.
Order forthcoming.
Adjourned.

Time in Court:   9:44a-11:46a,12:03p-2:13p,2:34p-4:47p, 4:59p-6:29p (7h55mins)