## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 5:18-cv-00066** |
| | ) | |
| **NEXUS SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF APPEARANCE FOR DEFENDANT

Now comes Co-Counsel for Nexus Services, Inc., Defendant in this action, to notify the Court, its Honorable Clerk, and the Parties to the above proceedings, of her appearance in these matters on behalf of the Defendant, effective the date set forth below.

Counsel is intending its appearance per Pro Hac Vice and is licensed in the State of Texas under Texas State Bar no. 24099833. Pro Hac Vice Motions shall be submitted under a separate filing under the sponsoring Attorney of the Western District of Virginia.

Counsel respectfully requests that the Clerk note Counsel's appearance for Defendant in the record of these matters, and certifies that Counsel for Plaintiff has been notified of the appearance of the undersigned.

Respectfully submitted this 13th day of August, 2021,

/s/ Juliana R Johnson
Juliana R Johnson

McNutt Law Firm, PLLC
1712 N. IH 35
SAN MARCOS, TX 78666
Tel: (512) 667-9231
Fax: (512) 727-0165

Juliana@jmcnuttlaw.com

*Co-Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via CM/ECF, which will send a notification of such filing to all counsel of record.

Respectfully submitted this 13th day of August, 2021


/s/ Juliana R Johnson
Juliana R Johnson

McNutt Law Firm, PLLC
1712 N. IH 35
SAN MARCOS, TX 78666
Tel: (512) 667-9231
Fax: (512) 727-0165
Juliana@jmcnuttlaw.com

*Co-Counsel for Defendants*