## APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

RLI Insurance Co. ) CASE NO.: 5:18CV66
)
v. ) DATE: 8/25/21
)
Nexus Services, Inc. )
)
TYPE OF HEARING: Motions Hrg.    Time in Court: 11:06 - 12:24 = 1 hour 18 min.

***

**PARTIES/SPEAKERS:**

1. USMJ – Joel C. Hoppe
2. π – Dustin Paul
3. Δ – Carl Anderson (blue)
4. Δ – Christopher Okay (gray)
5.
6.
7.
8.
9. deputy clerk – Karen Dotson
10.

***

CD NO(S).    Courtroom 2    RECORDED BY: Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 11:06 | 1,9 | 19 | 1,2 |  | 1,3 | 12:02 | 2 | 20 | 1,4 |
| 7 | 1,2 | 30 | 1,2 |  | 3,1 | 4 | 3 |  | 1,2 |
|  | 1,3 | 32 | 1,3 |  | 3 | 5 | 4 | 21 | 1 |
|  | 1 | 33 | 1,3 | 50 | 1,3 | 8 | 1,4, | 22 | 2, |
| 8 | 3,1 | 37 | 1,3 |  | 1,3 |  | 1,4 | 23 | 1 |
|  | 4,1 | 38 | 1 |  | 1 | 9 | 1 | 24 | 1 |
| 10 | 2, | 39 | 3,1 | 52 | 3 | 10 | 4,1 |  |  |
| 11 | 1,3 |  | 3,1 | 54 | 1 |  | 4 |  |  |
|  | 1,3 | 40 | 3, | 55 | 3,1 | 12 | 1,4 |  |  |
| 15 | 1,3 | 41 | 1,3 | 57 | 2 |  | 1,4 |  |  |
|  | 1,4 |  | 1,3 | 12:00 | 1,2 | 16 | 2,1 |  |  |
| 17 | 1,2 | 42 | 1,3 |  | 1,4 | 17 | 4 |  |  |
|  | 1,2 |  | 1,3 | 1 | 1,4 | 18 | 1,4 |  |  |