# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**RLI Insurance Company**

vs.

**Nexus Services, Inc.**

Action No:   5:18cv66
Date:   8/25/21
Judge:   Joel C. hoppe, USMJ
Court Reporter:   Karen Dotson, FTR
Deputy Clerk:   Karen Dotson

Plaintiff Attorney(s)
Dustin Paul

Defendant Attorney(s)
Carl Anderson &
Christopher Okay

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Motions Hearing:
#686 Motion to Compel Attendance at Motion for Contempt Hearing
#684 Motion for Contempt against Defendants
#677 Motion for Contempt (Sanctions) against Entities

Opening remarks by counsel
Mr. Paul argues motions for contempt and asks for sanctions and attorneys fees
Mr. Anderson argues
Mr. Okay argues
Nexus will submit sworn declaration
Court to issue an order

Time in court: 11:06 am – 12:24 pm = 1 hour and 18 minutes