IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| RLI Insurance Company, | ) | |
|     Plaintiff, | ) | Civil Action No. 5:18-cv-00066 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Nexus Services, Inc. et al, | ) | By:   Joel C. Hoppe |
|     Defendants. | ) |         United States Magistrate Judge |
| | ) | |

This matter is before the Court on Plaintiff RLI Insurance Company's ("RLI") Motion for Contempt against Defendants Nexus Services, Inc., Libre by Nexus, Inc., and Homes by Nexus, Inc. (collectively, "Nexus"), ECF No. 684, and on RLI's Motion for Contempt against non-parties Nexus Commercial Ventures, LLC, Nexus Properties, LLC, and One Fish, Two Fish, LLC (collectively, "the Entities"), ECF No. 677. The Court heard argument on these motions at an in-person hearing on August 25, 2021.

For the reasons stated on the record, Nexus and the Entities are DIRECTED to submit sworn declarations within seven (7) days from the date of this Order identifying "with specificity and particularity," *see* Order of May 27, 2021 ¶¶ 1–2, ECF No. 665, what information they have produced in response to each of RLI's post-judgment interrogatories and requests for production. Specifically, Nexus must clearly articulate: (1) what specific information and/or documents they have produced in response to each of RLI's discovery requests, (2) where, specifically, they have produced it, and (3) when they produced it. Blanket assertions that Nexus and the Entities have generally produced documents responsive to RLI's requests are insufficient and do not assist the Court in determining what, specifically, Nexus and the Entities have provided in response to each of RLI's discovery requests. RLI may file a sworn declaration in response to Nexus's and the Entities' declarations within seven (7) days from the date of their filing.

It is so ORDERED.

The Clerk shall send certified copies of this Order to the parties.

ENTER: August 25, 2021

Joel C. Hoppe
United States Magistrate Judge