**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:18-cv-00066 |
| | ) | |
| NEXUS SERVICES, INC., et al., | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF FILING**

Pursuant to the Court's Order of August 25, 2021 (ECF 733) (Hon. Joel C. Hoppe),

attached hereto as Exhibits 1 and 2, please find the Declaration Under Penalty of

Perjury of Micheal Donovan.

Dated: September 1, 2021.

/s/ CHRISTOPHER M. OKAY
Christopher M. Okay (VSB #35611)
Chris Okay, Attorney at Law
117 South Lewis Street, Suite 218
Staunton, Virginia 24401
Tel: (540) 466-3130
chrisokay@icloud.com

/s/ CARL A. ANDERSON
Carl A. Anderson
Rock Spring Law Group, PLLC
1050 30th Street, NW
Washington, DC 20007
Tel: (202) 258-2776
caa@rockspringlaw.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of September, 2021, a copy of the foregoing was filed via

CM/ECF, which will send a notification of such filing to all counsel of record.


By: _____

/s/ CHRISTOPHER M. OKAY
Christopher M. Okay (VSB #35611)
Chris Okay, Attorney at Law
117 South Lewis Street, Suite 218
Staunton, Virginia 24401
Tel: (540) 466-3130
chrisokay@icloud.com

/s/ CARL A. ANDERSON
Carl A. Anderson
Rock Spring Law Group, PLLC
1050 30th Street, NW
Washington, DC 20007
Tel: (202) 258-2776
caa@rockspringlaw.com

*Counsel for Defendant*