IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 5:18cv00066-MFU-JCH |
| | ) | |
| NEXUS SERVICES, INC., | ) | |
| LIBRE BY NEXUS, INC., | ) | |
| HOMES BY NEXUS, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## MOTION FOR WITHDRAWAL

NOW COMES Jennifer L. Eaton, hereby respectfully moves to withdrawal as counsel of record for Plaintiff RLI Insurance Company ("RLI"), for the reasons set forth in the Memorandum in Support.

WHEREFORE, Jennifer L. Eaton for the reasons stated in the accompanying Memorandum in Support and for good cause shown, respectfully moves to withdraw as counsel for RLI in this action, that the Clerk's Office remove her name from the list of individuals who receive notices through the CM/ECF system for this case, and for such other and further relief as the Court finds appropriate.

Dated:  September 21, 2021

RLI INSURANCE COMPANY

 /s/  Jennifer L. Eaton

Dustin M. Paul (VSB No.: 75287)
Jennifer L. Eaton (VSB No.: 87491)
Vandeventer Black LLP
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600 / Facsimile: 757-446-8670
dpaul@vanblacklaw.com
jeaton@vanblacklaw.com

*Attorneys for Plaintiff RLI Insurance Company*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on Tuesday, September 21, 2021, I will electronically file the foregoing

with the Clerk of Court using the CM/ECF system, which will then send a notification of such

filing (NEF) to the following:

Christopher M. Okay                        Carl A. Anderson
Chris Okay, Attorney at Law                Rock Spring Law Group, PLLC
117 South Lewis Street, Ste. 218           2000 Pennsylvania Ave. NW
Staunton, VA 24401                         Washington, DC 20006
chrisokay@icloud.com                       caa@rockspringlaw.com

Juliana R. Johnson
McNutt Law Firm, PLLC
1712 S. IH 35
San Marcos, TX 78666
512 -667-9231
Fax: 512-727-0165
Juliana@jmcnuttlaw.com

                                           /s/ Jennifer L. Eaton

4815-3291-2892, v. 1