# EXHIBIT A

## NEXUS' REPORTED GROSS DAILY RECEIPTS vs. AMOUNTS ACTUALLY RECEIVED

### July 1, 2021 – November 15, 2021

| Month | Total Gross Daily Receipts (Per Lightspeed Records) | 20% of Receipts (Nexus' Commitment) | Total Amount Actually Received by RLI (Delta) |
|---|---|---|---|
| July 2021 | $1,347,740 | $269,548.00 | $63,061[1] (-$206,487) |
| August 2021 | $1,289,107 | $257,821.40 | $211,498.40 (-$46,323) |
| September 2021 | $1,127,176 | $225,435.20 | $141,413.28 (-$84,021.92) |
| October 2021 | $1,144,928 | $228,985.60 | $118,081.30 (-$110,904.30) |
| November 1- 15, 2021 (estimate based on average of first 15 days from prior four months)[2] | $564,175.25 | $112,835.05 | $39,027.80 (-$73,807.25) |
| **Total** | **$5,473,126.25** | **$1,094,625.25** | **$573,081.78** **(-$521,543.47)** |

---

[1] This figure includes the money orders totaling $46,325 that RLI received on July 2, 6, 8, and 9, 2021. From the July 15, 2021 status hearing through July 31, 2021, RLI received only $16,736 from Nexus in funds that were intended to comprise "20% collateral payments."
[2] Nexus has not produced Lightspeed data for November 2021.

Sales by Day

Libre By Nexus Inc. - 08/03/2021

| 2021-07-01 to 2021-07-31 | ID |
|---|---|

| Day | Count | Date | Subtotal | Discounts | Tax | Total Tax | Total | Cost | Profit | Margin |
|---|---|---|---|---|---|---|---|---|---|---|
| Thu | 337 | 7/1 | $152061.00 | $0.00 | $0.00 | $0.00 | $152061.00 | $11180.00 | $140881.00 | 92.65% |
| Fri | 161 | 7/2 | $60552.00 | $0.00 | $0.00 | $0.00 | $60552.00 | $-6965.80 | $67517.80 | 111.5% |
| Sat | 89 | 7/3 | $33698.00 | $0.00 | $0.00 | $0.00 | $33698.00 | $6000.00 | $27698.00 | 82.19% |
| Sun | 65 | 7/4 | $23313.00 | $0.00 | $0.00 | $0.00 | $23313.00 | $6000.00 | $17313.00 | 74.26% |
| Mon | 79 | 7/5 | $31843.00 | $0.00 | $0.00 | $0.00 | $31843.00 | $6690.00 | $25153.00 | 78.99% |
| Tue | 77 | 7/6 | $35912.00 | $0.00 | $0.00 | $0.00 | $35912.00 | $8600.00 | $27312.00 | 76.05% |
| Wed | 78 | 7/7 | $46980.00 | $0.00 | $0.00 | $0.00 | $46980.00 | $7580.00 | $39400.00 | 83.87% |
| Thu | 90 | 7/8 | $32517.00 | $0.00 | $0.00 | $0.00 | $32517.00 | $5070.00 | $27447.00 | 84.41% |
| Fri | 80 | 7/9 | $45815.00 | $0.00 | $0.00 | $0.00 | $45815.00 | $9070.00 | $36745.00 | 80.2% |
| Sat | 66 | 7/10 | $20997.00 | $0.00 | $0.00 | $0.00 | $20997.00 | $5490.00 | $15507.00 | 73.85% |
| Sun | 43 | 7/11 | $18781.00 | $0.00 | $0.00 | $0.00 | $18781.00 | $3890.00 | $14891.00 | 79.29% |
| Mon | 64 | 7/12 | $36449.00 | $0.00 | $0.00 | $0.00 | $36449.00 | $5800.00 | $30649.00 | 84.09% |
| Tue | 41 | 7/13 | $32905.00 | $0.00 | $0.00 | $0.00 | $32905.00 | $3490.00 | $29415.00 | 89.39% |
| Wed | 72 | 7/14 | $28778.00 | $0.00 | $0.00 | $0.00 | $28778.00 | $5200.00 | $23578.00 | 81.93% |
| Thu | 70 | 7/15 | $34885.00 | $0.00 | $0.00 | $0.00 | $34885.00 | $-20616.01 | $55501.01 | 159.1% |
| Fri | 76 | 7/16 | $26788.00 | $0.00 | $0.00 | $0.00 | $26788.00 | $7890.00 | $18898.00 | 70.55% |
| Sat | 59 | 7/17 | $21138.00 | $0.00 | $0.00 | $0.00 | $21138.00 | $4600.00 | $16538.00 | 78.24% |
| Sun | 53 | 7/18 | $22735.00 | $0.00 | $0.00 | $0.00 | $22735.00 | $4600.00 | $18135.00 | 79.77% |
| Mon | 84 | 7/19 | $42287.00 | $0.00 | $0.00 | $0.00 | $42287.00 | $8400.00 | $33887.00 | 80.14% |
| Tue | 72 | 7/20 | $28071.00 | $0.00 | $0.00 | $0.00 | $28071.00 | $6890.00 | $21181.00 | 75.46% |
| Wed | 75 | 7/21 | $36167.00 | $0.00 | $0.00 | $0.00 | $36167.00 | $5400.00 | $30767.00 | 85.07% |
| Thu | 60 | 7/22 | $38981.00 | $0.00 | $0.00 | $0.00 | $38981.00 | $-11748.79 | $50729.79 | 130.14% |
| Fri | 99 | 7/23 | $37037.00 | $0.00 | $0.00 | $0.00 | $37037.00 | $-35307.21 | $72344.21 | 195.33% |
| Sat | 77 | 7/24 | $30740.00 | $0.00 | $0.00 | $0.00 | $30740.00 | $-23081.02 | $53821.02 | 175.08% |
| Sun | 74 | 7/25 | $27640.00 | $0.00 | $0.00 | $0.00 | $27640.00 | $1315.86 | $26324.14 | 95.24% |
| Mon | 108 | 7/26 | $44453.00 | $0.00 | $0.00 | $0.00 | $44453.00 | $-3281.73 | $47734.73 | 107.38% |
| Tue | 101 | 7/27 | $40045.00 | $0.00 | $0.00 | $0.00 | $40045.00 | $6800.00 | $33245.00 | 83.02% |
| Wed | 113 | 7/28 | $48630.00 | $0.00 | $0.00 | $0.00 | $48630.00 | $-6760.44 | $55390.44 | 113.9% |
| Thu | 148 | 7/29 | $66150.00 | $0.00 | $0.00 | $0.00 | $66150.00 | $6600.00 | $59550.00 | 90.02% |
| Fri | 235 | 7/30 | $98090.00 | $0.00 | $0.00 | $0.00 | $98090.00 | $10600.00 | $87490.00 | 89.19% |
| Sat | 245 | 7/31 | $103302.00 | $0.00 | $0.00 | $0.00 | $103302.00 | $8600.00 | $94702.00 | 91.67% |

|  | Count | Subtotal | Total w/ Tax | Cost | Profit | Margin |
|---|---|---|---|---|---|---|
| Thu | 705 | $324,594.00 | $324,594.00 | $-9,514.80 | $334,108.80 | 102.93% |
| Fri | 651 | $268,282.00 | $268,282.00 | $-14,713.01 | $282,995.01 | 105.48% |
| Sat | 536 | $209,875.00 | $209,875.00 | $1,608.98 | $208,266.02 | 99.23% |
| Sun | 235 | $92,469.00 | $92,469.00 | $15,805.86 | $76,663.14 | 82.91% |
| Mon | 335 | $155,032.00 | $155,032.00 | $17,608.27 | $137,423.73 | 88.64% |
| Tue | 291 | $136,933.00 | $136,933.00 | $25,780.00 | $111,153.00 | 81.17% |
| Wed | 338 | $160,555.00 | $160,555.00 | $11,419.56 | $149,135.44 | 92.89% |

Sales by Day

Libre By Nexus Inc. - 09/01/2021

| 2021-08-01 to 2021-08-31 | ID |
|---|---|

| Day | Count | Date | Subtotal | Discounts | Tax | Total Tax | Total | Cost | Profit | Margin |
|---|---|---|---|---|---|---|---|---|---|---|
| Sun | 283 | 8/1 | $112762.00 | $0.00 | $0.00 | $0.00 | $112762.00 | $8800.00 | $103962.00 | 92.2% |
| Mon | 149 | 8/2 | $66129.00 | $0.00 | $0.00 | $0.00 | $66129.00 | $8580.00 | $57549.00 | 87.03% |
| Tue | 101 | 8/3 | $45264.00 | $0.00 | $0.00 | $0.00 | $45264.00 | $7490.00 | $37774.00 | 83.45% |
| Wed | 59 | 8/4 | $34328.00 | $0.00 | $0.00 | $0.00 | $34328.00 | $6290.00 | $28038.00 | 81.68% |
| Thu | 72 | 8/5 | $31814.00 | $0.00 | $0.00 | $0.00 | $31814.00 | $7090.00 | $24724.00 | 77.71% |
| Fri | 91 | 8/6 | $31619.00 | $0.00 | $0.00 | $0.00 | $31619.00 | $7000.00 | $24619.00 | 77.86% |
| Sat | 74 | 8/7 | $25996.00 | $0.00 | $0.00 | $0.00 | $25996.00 | $9000.00 | $16996.00 | 65.38% |
| Sun | 43 | 8/8 | $14121.00 | $0.00 | $0.00 | $0.00 | $14121.00 | $4000.00 | $10121.00 | 71.67% |
| Mon | 75 | 8/9 | $34035.00 | $0.00 | $0.00 | $0.00 | $34035.00 | $7600.00 | $26435.00 | 77.67% |
| Tue | 57 | 8/10 | $30242.00 | $0.00 | $0.00 | $0.00 | $30242.00 | $5070.00 | $25172.00 | 83.24% |
| Wed | 63 | 8/11 | $28672.00 | $0.00 | $0.00 | $0.00 | $28672.00 | $4980.00 | $23692.00 | 82.63% |
| Thu | 33 | 8/12 | $21639.00 | $0.00 | $0.00 | $0.00 | $21639.00 | $3890.00 | $17749.00 | 82.02% |
| Fri | 56 | 8/13 | $17977.00 | $0.00 | $0.00 | $0.00 | $17977.00 | $5000.00 | $12977.00 | 72.19% |
| Sat | 84 | 8/14 | $38414.00 | $0.00 | $0.00 | $0.00 | $38414.00 | $9000.00 | $29414.00 | 76.57% |
| Sun | 90 | 8/15 | $34170.00 | $0.00 | $0.00 | $0.00 | $34170.00 | $7800.00 | $26370.00 | 77.17% |
| Mon | 77 | 8/16 | $30021.00 | $0.00 | $0.00 | $0.00 | $30021.00 | $7800.00 | $22221.00 | 74.02% |
| Tue | 67 | 8/17 | $30978.00 | $0.00 | $0.00 | $0.00 | $30978.00 | $7690.00 | $23288.00 | 75.18% |
| Wed | 52 | 8/18 | $29870.00 | $0.00 | $0.00 | $0.00 | $29870.00 | $5200.00 | $24670.00 | 82.59% |
| Thu | 78 | 8/19 | $32323.00 | $0.00 | $0.00 | $0.00 | $32323.00 | $7200.00 | $25123.00 | 77.72% |
| Fri | 85 | 8/20 | $42197.00 | $0.00 | $0.00 | $0.00 | $42197.00 | $8000.00 | $34197.00 | 81.04% |
| Sat | 85 | 8/21 | $29555.00 | $0.00 | $0.00 | $0.00 | $29555.00 | $-18398.42 | $47953.42 | 162.25% |
| Sun | 70 | 8/22 | $23586.00 | $0.00 | $0.00 | $0.00 | $23586.00 | $6200.00 | $17386.00 | 73.71% |
| Mon | 92 | 8/23 | $44669.00 | $0.00 | $0.00 | $0.00 | $44669.00 | $9600.00 | $35069.00 | 78.51% |
| Tue | 86 | 8/24 | $30956.00 | $0.00 | $0.00 | $0.00 | $30956.00 | $6400.00 | $24556.00 | 79.33% |
| Wed | 87 | 8/25 | $46994.00 | $0.00 | $0.00 | $0.00 | $46994.00 | $5400.00 | $41594.00 | 88.51% |
| Thu | 88 | 8/26 | $44127.00 | $0.00 | $0.00 | $0.00 | $44127.00 | $-19617.16 | $63744.16 | 144.46% |
| Fri | 111 | 8/27 | $49881.00 | $0.00 | $0.00 | $0.00 | $49881.00 | $8200.00 | $41681.00 | 83.56% |
| Sat | 131 | 8/28 | $55633.00 | $0.00 | $0.00 | $0.00 | $55633.00 | $4490.00 | $51143.00 | 91.93% |
| Sun | 114 | 8/29 | $49027.00 | $0.00 | $0.00 | $0.00 | $49027.00 | $5200.00 | $43827.00 | 89.39% |
| Mon | 201 | 8/30 | $89622.00 | $0.00 | $0.00 | $0.00 | $89622.00 | $10780.00 | $78842.00 | 87.97% |
| Tue | 193 | 8/31 | $92486.00 | $0.00 | $0.00 | $0.00 | $92486.00 | $10600.00 | $81886.00 | 88.54% |

|   | Count | Subtotal | Total w/ Tax | Cost | Profit | Margin |
|---|---|---|---|---|---|---|
| Sun | 600 | $233,666.00 | $233,666.00 | $32,000.00 | $201,666.00 | 86.31% |
| Mon | 594 | $264,476.00 | $264,476.00 | $44,360.00 | $220,116.00 | 83.23% |
| Tue | 504 | $229,926.00 | $229,926.00 | $37,250.00 | $192,676.00 | 83.8% |
| Wed | 261 | $139,864.00 | $139,864.00 | $21,870.00 | $117,994.00 | 84.36% |
| Thu | 271 | $129,903.00 | $129,903.00 | $-1,437.16 | $131,340.16 | 101.11% |
| Fri | 343 | $141,674.00 | $141,674.00 | $28,200.00 | $113,474.00 | 80.1% |
| Sat | 374 | $149,598.00 | $149,598.00 | $4,091.58 | $145,506.42 | 97.26% |

1/1

Sales by Day

Libre By Nexus Inc. - 10/01/2021

| 2021-09-01 to 2021-09-30 | ID |
|---|---|

| Day | Count | Date | Subtotal | Discounts | Tax | Total Tax | Total | Cost | Profit | Margin |
|---|---|---|---|---|---|---|---|---|---|---|
| Wed | 269 | 9/1 | $121953.00 | $0.00 | $0.00 | $0.00 | $121953.00 | $10690.00 | $111263.00 | 91.23% |
| Thu | 94 | 9/2 | $41940.00 | $0.00 | $0.00 | $0.00 | $41940.00 | $6490.00 | $35450.00 | 84.53% |
| Fri | 95 | 9/3 | $41012.00 | $0.00 | $0.00 | $0.00 | $41012.00 | $8290.00 | $32722.00 | 79.79% |
| Sat | 57 | 9/4 | $23079.00 | $0.00 | $0.00 | $0.00 | $23079.00 | $4800.00 | $18279.00 | 79.2% |
| Sun | 48 | 9/5 | $15089.00 | $0.00 | $0.00 | $0.00 | $15089.00 | $4400.00 | $10689.00 | 70.84% |
| Mon | 55 | 9/6 | $20560.00 | $0.00 | $0.00 | $0.00 | $20560.00 | $5200.00 | $15360.00 | 74.71% |
| Tue | 61 | 9/7 | $23598.00 | $0.00 | $0.00 | $0.00 | $23598.00 | $5600.00 | $17998.00 | 76.27% |
| Wed | 59 | 9/8 | $31453.00 | $0.00 | $0.00 | $0.00 | $31453.00 | $7800.00 | $23653.00 | 75.2% |
| Thu | 82 | 9/9 | $37555.00 | $0.00 | $0.00 | $0.00 | $37555.00 | $4800.00 | $32755.00 | 87.22% |
| Fri | 73 | 9/10 | $38677.00 | $0.00 | $0.00 | $0.00 | $38677.00 | $8800.00 | $29877.00 | 77.25% |
| Sat | 49 | 9/11 | $18559.00 | $0.00 | $0.00 | $0.00 | $18559.00 | $3200.00 | $15359.00 | 82.76% |
| Sun | 45 | 9/12 | $22244.00 | $0.00 | $0.00 | $0.00 | $22244.00 | $4400.00 | $17844.00 | 80.22% |
| Mon | 55 | 9/13 | $31659.00 | $0.00 | $0.00 | $0.00 | $31659.00 | $6980.00 | $24679.00 | 77.95% |
| Tue | 45 | 9/14 | $25574.00 | $0.00 | $0.00 | $0.00 | $25574.00 | $4400.00 | $21174.00 | 82.8% |
| Wed | 43 | 9/15 | $19185.00 | $0.00 | $0.00 | $0.00 | $19185.00 | $4290.00 | $14895.00 | 77.64% |
| Thu | 68 | 9/16 | $29400.00 | $0.00 | $0.00 | $0.00 | $29400.00 | $5600.00 | $23800.00 | 80.95% |
| Fri | 98 | 9/17 | $42449.00 | $0.00 | $0.00 | $0.00 | $42449.00 | $5200.00 | $37249.00 | 87.75% |
| Sat | 66 | 9/18 | $29072.00 | $0.00 | $0.00 | $0.00 | $29072.00 | $5400.00 | $23672.00 | 81.43% |
| Sun | 64 | 9/19 | $29058.00 | $0.00 | $0.00 | $0.00 | $29058.00 | $3600.00 | $25458.00 | 87.61% |
| Mon | 63 | 9/20 | $26191.00 | $0.00 | $0.00 | $0.00 | $26191.00 | $6800.00 | $19391.00 | 74.04% |
| Tue | 78 | 9/21 | $31582.00 | $0.00 | $0.00 | $0.00 | $31582.00 | $6000.00 | $25582.00 | 81% |
| Wed | 47 | 9/22 | $18768.00 | $0.00 | $0.00 | $0.00 | $18768.00 | $4400.00 | $14368.00 | 76.56% |
| Thu | 48 | 9/23 | $34445.00 | $0.00 | $0.00 | $0.00 | $34445.00 | $4000.00 | $30445.00 | 88.39% |
| Fri | 93 | 9/24 | $45774.00 | $0.00 | $0.00 | $0.00 | $45774.00 | $6200.00 | $39574.00 | 86.46% |
| Sat | 54 | 9/25 | $25800.00 | $0.00 | $0.00 | $0.00 | $25800.00 | $4000.00 | $21800.00 | 84.5% |
| Sun | 97 | 9/26 | $34159.00 | $0.00 | $0.00 | $0.00 | $34159.00 | $7200.00 | $26959.00 | 78.92% |
| Mon | 100 | 9/27 | $46447.00 | $0.00 | $0.00 | $0.00 | $46447.00 | $6800.00 | $39647.00 | 85.36% |
| Tue | 133 | 9/28 | $56636.00 | $0.00 | $0.00 | $0.00 | $56636.00 | $8600.00 | $48036.00 | 84.82% |
| Wed | 131 | 9/29 | $57266.00 | $0.00 | $0.00 | $0.00 | $57266.00 | $6800.00 | $50466.00 | 88.13% |
| Thu | 231 | 9/30 | $107992.00 | $0.00 | $0.00 | $0.00 | $107992.00 | $8600.00 | $99392.00 | 92.04% |

|  | Count | Subtotal | Total w/ Tax | Cost | Profit | Margin |
|---|---|---|---|---|---|---|
| Wed | 549 | $248,625.00 | $248,625.00 | $33,980.00 | $214,645.00 | 86.33% |
| Thu | 523 | $251,332.00 | $251,332.00 | $29,490.00 | $221,842.00 | 88.27% |
| Fri | 359 | $167,912.00 | $167,912.00 | $28,490.00 | $139,422.00 | 83.03% |
| Sat | 226 | $96,510.00 | $96,510.00 | $17,400.00 | $79,110.00 | 81.97% |
| Sun | 254 | $100,550.00 | $100,550.00 | $19,600.00 | $80,950.00 | 80.51% |
| Mon | 273 | $124,857.00 | $124,857.00 | $25,780.00 | $99,077.00 | 79.35% |
| Tue | 317 | $137,390.00 | $137,390.00 | $24,600.00 | $112,790.00 | 82.09% |

Sales by Day

Libre By Nexus Inc. - 11/01/2021

| 2021-10-01 to 2021-10-31 | ID |

| Day | Count | Date | Subtotal | Discounts | Tax | Total Tax | Total | Cost | Profit | Margin |
|---|---|---|---|---|---|---|---|---|---|---|
| Fri | 288 | 10/1 | $127265.00 | $0.00 | $0.00 | $0.00 | $127265.00 | $11800.00 | $115465.00 | 90.73% |
| Sat | 114 | 10/2 | $48479.00 | $0.00 | $0.00 | $0.00 | $48479.00 | $7000.00 | $41479.00 | 85.56% |
| Sun | 61 | 10/3 | $23340.00 | $0.00 | $0.00 | $0.00 | $23340.00 | $4800.00 | $18540.00 | 79.43% |
| Mon | 88 | 10/4 | $34650.00 | $0.00 | $0.00 | $0.00 | $34650.00 | $8200.00 | $26450.00 | 76.33% |
| Tue | 76 | 10/5 | $42061.00 | $0.00 | $0.00 | $0.00 | $42061.00 | $8600.00 | $33461.00 | 79.55% |
| Wed | 52 | 10/6 | $22465.00 | $0.00 | $0.00 | $0.00 | $22465.00 | $4600.00 | $17865.00 | 79.52% |
| Thu | 47 | 10/7 | $20825.00 | $0.00 | $0.00 | $0.00 | $20825.00 | $3400.00 | $17425.00 | 83.67% |
| Fri | 65 | 10/8 | $24309.00 | $0.00 | $0.00 | $0.00 | $24309.00 | $6200.00 | $18109.00 | 74.5% |
| Sat | 73 | 10/9 | $34680.00 | $0.00 | $0.00 | $0.00 | $34680.00 | $8400.00 | $26280.00 | 75.78% |
| Sun | 80 | 10/10 | $24580.00 | $0.00 | $0.00 | $0.00 | $24580.00 | $4200.00 | $20380.00 | 82.91% |
| Mon | 50 | 10/11 | $29480.00 | $0.00 | $0.00 | $0.00 | $29480.00 | $5400.00 | $24080.00 | 81.68% |
| Tue | 43 | 10/12 | $21042.00 | $0.00 | $0.00 | $0.00 | $21042.00 | $5000.00 | $16042.00 | 76.24% |
| Wed | 65 | 10/13 | $30365.00 | $0.00 | $0.00 | $0.00 | $30365.00 | $4600.00 | $25765.00 | 84.85% |
| Thu | 36 | 10/14 | $26862.00 | $0.00 | $0.00 | $0.00 | $26862.00 | $4200.00 | $22662.00 | 84.36% |
| Fri | 78 | 10/15 | $31493.00 | $0.00 | $0.00 | $0.00 | $31493.00 | $9800.00 | $21693.00 | 68.88% |
| Sat | 47 | 10/16 | $24822.00 | $0.00 | $0.00 | $0.00 | $24822.00 | $5400.00 | $19422.00 | 78.25% |
| Sun | 45 | 10/17 | $17523.00 | $0.00 | $0.00 | $0.00 | $17523.00 | $5200.00 | $12323.00 | 70.32% |
| Mon | 50 | 10/18 | $30148.00 | $0.00 | $0.00 | $0.00 | $30148.00 | $5800.00 | $24348.00 | 80.76% |
| Tue | 48 | 10/19 | $26478.00 | $0.00 | $0.00 | $0.00 | $26478.00 | $4000.00 | $22478.00 | 84.89% |
| Wed | 70 | 10/20 | $26537.00 | $0.00 | $0.00 | $0.00 | $26537.00 | $7400.00 | $19137.00 | 72.11% |
| Thu | 53 | 10/21 | $33683.00 | $0.00 | $0.00 | $0.00 | $33683.00 | $5000.00 | $28683.00 | 85.16% |
| Fri | 74 | 10/22 | $30725.00 | $0.00 | $0.00 | $0.00 | $30725.00 | $7800.00 | $22925.00 | 74.61% |
| Sat | 90 | 10/23 | $33810.00 | $0.00 | $0.00 | $0.00 | $33810.00 | $6400.00 | $27410.00 | 81.07% |
| Sun | 80 | 10/24 | $27249.00 | $0.00 | $0.00 | $0.00 | $27249.00 | $-6826.39 | $34075.39 | 125.05% |
| Mon | 75 | 10/25 | $29412.00 | $0.00 | $0.00 | $0.00 | $29412.00 | $6200.00 | $23212.00 | 78.92% |
| Tue | 93 | 10/26 | $48153.00 | $0.00 | $0.00 | $0.00 | $48153.00 | $7400.00 | $40753.00 | 84.63% |
| Wed | 74 | 10/27 | $34629.00 | $0.00 | $0.00 | $0.00 | $34629.00 | $5600.00 | $29029.00 | 83.83% |
| Thu | 97 | 10/28 | $38825.00 | $0.00 | $0.00 | $0.00 | $38825.00 | $5600.00 | $33225.00 | 85.58% |
| Fri | 126 | 10/29 | $56249.00 | $0.00 | $0.00 | $0.00 | $56249.00 | $7800.00 | $48449.00 | 86.13% |
| Sat | 168 | 10/30 | $70350.00 | $0.00 | $0.00 | $0.00 | $70350.00 | $6600.00 | $63750.00 | 90.62% |
| Sun | 160 | 10/31 | $74439.00 | $0.00 | $0.00 | $0.00 | $74439.00 | $3800.00 | $70639.00 | 94.9% |

| | Count | Subtotal | Total w/ Tax | Cost | Profit | Margin |
|---|---|---|---|---|---|---|
| Fri | 631 | $270,041.00 | $270,041.00 | $43,400.00 | $226,641.00 | 83.93% |
| Sat | 492 | $212,141.00 | $212,141.00 | $33,800.00 | $178,341.00 | 84.07% |
| Sun | 426 | $167,131.00 | $167,131.00 | $11,173.61 | $155,957.39 | 93.31% |
| Mon | 263 | $123,690.00 | $123,690.00 | $25,600.00 | $98,090.00 | 79.3% |
| Tue | 260 | $137,734.00 | $137,734.00 | $25,000.00 | $112,734.00 | 81.85% |
| Wed | 261 | $113,996.00 | $113,996.00 | $22,200.00 | $91,796.00 | 80.53% |
| Thu | 233 | $120,195.00 | $120,195.00 | $18,200.00 | $101,995.00 | 84.86% |