IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXUS SERVICES, INC., )<br>)<br>Defendant. ) | Civil Action No.<br>5:18-cv-66-MFU-JCH |

**NOTICE OF DECLARATION**

Now comes Counsel for Nexus Services, Inc., Defendant in this action, to notify the Court, that on January 11, 2022, Counsel submits the attached declaration listing current addresses for Mr, Donovan, Mr. Moore, and Mr. Ajin pursuant to the Court's Order (ECF 761) instructing counsel to do so.

Respectfully submitted this 11th day of January 2022,

/s/ CHRISTOPHER M. OKAY
Christopher M. Okay

Christopher M. Okay (VSB #35611)
Chris Okay, Attorney at Law
117 South Lewis Street, Suite 218
Staunton, Virginia 24401
(540) 466-3130
chrisokay@icloud.com


///////

/s/ CARL A. ANDERSON
Carl A. Anderson

1

Carl A. Anderson
Rock Spring Law Group, PLLC
1050 30th Street, NW
Washington, DC 20007
Tel: (202) 258-2776
caa@rockspringlaw.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed via CM/ECF, which will send a notification of such filing to all counsel of record.

    Respectfully submitted this 11th day of January 2022,

/s/ CARL A. ANDERSON
Carl A. Anderson

Carl A. Anderson
Rock Spring Law Group, PLLC
1050 30th Street, NW
Washington, DC 20007
Tel: (202) 258-2776
caa@rockspringlaw.com

*Counsel for Defendants*