# EXHIBIT K

# ALL "20% COLLATERAL" PAYMENTS RECEIVED BY RLI[1]

7/1/21 – 2/23/22 (Updated Version of Ex. G to Suppl. Katsantonis Decl., ECF No. 760-3)[2]

**JULY 2021**

| Date Deposit Received | Amount Received by RLI | Nexus-assigned "Business Date" of Receipts |
|---|---|---|
| July 1 | XXX | n/a |
| July 2 | $15,500 | n/a |
| July 3 | XXX | n/a |
| July 4 | XXX | n/a |
| July 5 | XXX | n/a |
| July 6 | $9,325 | n/a |
| July 7 | XXX | n/a |
| July 8 | $16,500 | n/a |
| July 9 | $5,000 | n/a |
| July 10 | XXX | n/a |
| July 11 | XXX | n/a |
| July 12 | XXX | n/a |
| July 13 | XXX | n/a |
| July 14 | XXX | n/a |
| July 15 | XXX | n/a |
| July 16 | XXX | n/a |
| July 17 | XXX | n/a |
| July 18 | XXX | n/a |
| July 19 | XXX | n/a |
| July 20 | XXX | n/a |
| July 21 | XXX | n/a |
| July 22 | $18.00 | July 4 |
| July 23 | $5,000 | July 5 |
| July 24 | XXX | n/a |
| July 25 | XXX | n/a |
| July 26 | $4,264.60 | July 5 |
| July 27 | XXX | n/a |
| July 28 | XXX | n/a |
| July 29 | XXX | n/a |
| July 30 | $7,453.40 | July 6 |
| July 31 | XXX | n/a |
| **Total July 2021 Deposits** | **$63,061** | |

---

[1] Nexus is not paying any other collateral security, including the Additional Collateral required to be paid upon receipt of each Notice to Deliver under ¶ A.2 of the October 23, 2020 Order.

[2] Although Nexus first offered to make "$20% collateral" deposits upon the Court's appointment of the Special Master in April 2021, Nexus made no collateral deposits before May 2021, during which it paid a total of only $4,500, and then made no collateral deposits whatsoever in June 2021.

**AUGUST 2021**

| Date Payment Received | Amount Received by RLI | Nexus-assigned "Business Date" of Receipts |
|---|---|---|
| August 1 | XXX | n/a |
| August 2 | $8,775 | July 7, 2021 |
| August 3 | $7,053.40 | July 8, 2021 |
| August 4 | $8,992.80 | July 8, 2021 |
| August 5 | $3,785.20<br>$4,279.60 | July 11, 2021<br>July 10, 2021 |
| August 6 | $7,285.20 | July 12, 2021 |
| August 7 | XXX | n/a |
| August 8 | XXX | n/a |
| August 9 | $63,687.80 (total) | 7/13/21 - $6,735<br>7/30/21 - $19,618<br>7/31/21 - $20,660.40<br>8/1/21 -$16,674.40 |
| August 10 | XXX | n/a |
| August 11 | $6,896<br>$9,726 | n/a<br>n/a |
| August 12 | $5,044.60<br>$5,817.60 | July 16, 2021<br>July 14, 2021 |
| August 13 | $4,411.60 | July 17, 2021 |
| August 14 | XXX | n/a |
| August 15 | XXX | n/a |
| August 16 | $8,457.40<br>$4,447.00 | July 19, 2021<br>n/a |
| August 17 | $6,148 | July 24, 2021 |
| August 18 | XXX | n/a |
| August 19 | $7,233.40 | July 21, 2021 |
| August 20 | $7,796.20 | July 22, 2021 |
| August 21 | XXX | n/a |
| August 22 | XXX | n/a |
| August 23 | XXX | n/a |
| August 24 | $5,528 | July 25, 2021 |
| August 25 | XXX | n/a |
| August 26 | $8,009 | July 27, 2021 |
| August 27 | $7,487.20<br>$13,230 | August 9, 2021<br>July 29, 2021 |
| August 28 | XXX | n/a |
| August 29 | XXX | n/a |
| August 30 | XXX | n/a |
| August 31 | $7,407.40 | July 23, 2021 |
| **Total August 2021 Deposits** | **$211,498.40** | |

**SEPTEMBER 2021**

| Date Payment Received | Amount Received by RLI | Nexus-assigned "Business Date" for Receipts |
|---|---|---|
| September 1 | $8,890.60 | July 26, 2021 |
| September 2 | $3,106.62 | August 8, 2021 |
|  | $6,653.24 | August 10, 2021 |
| September 3 | $9,958.08 | August 3, 2021 |
| September 4 | XXX | n/a |
| September 5 | XXX | n/a |
| September 6 | XXX | n/a |
| September 7 | $7,552.16 | August 4, 2021 |
| September 8 | $6,999.08 | August 5, 2021 |
| September 9 | $14,548.38 | August 2, 2021 |
| September 10 | XXX | n/a |
| September 11 | XXX | n/a |
| September 12 | XXX | n/a |
| September 13 | XXX | n/a |
| September 14 | $5,199.20 | August 7, 2021 |
|  | $3,954.94 | August 13, 2021 |
| September 15 | $6,307.84 | August 11, 2021 |
|  | $5,514.30 | August 21, 2021 |
| September 16 | $5,614.20 | July 20, 2021 |
| September 17 | XXX | n/a |
| September 18 | XXX | n/a |
| September 19 | XXX | n/a |
| September 20 | $6,571.40 | August 18, 2021 |
|  | $9,283.34 | August 20, 2021 |
| September 21 | $6,604.62 | August 16, 2021 |
| September 22 | XXX | n/a |
| September 23 | XXX | n/a |
| September 24 | $7,517.40 | n/a |
| September 25 | XXX | n/a |
| September 26 | XXX | n/a |
| September 27 | $8,451.08 | n/a |
| September 28 | $6,815.16 | August 17, 2021[3] |
| September 29 | XXX | n/a |
| September 30 | $7,111.06 | n/a |
|  | $4,760.58 | n/a |
| **Total September 2021 Deposits** | **$141,413.28** |  |

---

[3] After this deposit, Nexus stopped tying individual deposits to specific daily receipts altogether.

**OCTOBER 2021**

| Date Payment Received | Amount Received by RLI | Nexus-assigned "Business Date" for Receipts |
|---|---|---|
| October 1 | $4,717.20 | n/a |
| October 2 | XXX | n/a |
| October 3 | XXX | n/a |
| October 4 | $8,933.80 | n/a |
| October 5 | $6,191.20 | n/a |
| | $4,615.80 | n/a |
| October 6 | $9,398.20 | n/a |
| October 7 | $8,825.40 | n/a |
| October 8 | $9,976.20 | n/a |
| October 9 | XXX | n/a |
| October 10 | XXX | n/a |
| October 11 | XXX | n/a |
| October 12 | $11,126.60 | n/a |
| October 13 | $9,805.40 | n/a |
| October 14 | $6,323.80 | n/a |
| October 15 | $4,112.00 | n/a |
| October 16 | XXX | n/a |
| October 17 | XXX | n/a |
| October 18 | $4,719.60 | n/a |
| October 19 | $3,017.80 | n/a |
| October 20 | $8,388.00 | n/a |
| October 21 | $17,930.30 | n/a |
| October 22 | XXX | n/a |
| October 23 | XXX | n/a |
| October 24 | XXX | n/a |
| October 25 | XXX | n/a |
| October 26 | XXX | n/a |
| October 27 | XXX | n/a |
| October 28 | XXX | n/a |
| October 29 | XXX | n/a |
| October 30 | XXX | n/a |
| October 31 | XXX | n/a |
| **Total October 2021 Deposits** | **$118,081.30** | |

**NOVEMBER 2021**

| Date Deposit Received | Amount Received by RLI | Nexus-assigned "Business Date" for Receipts |
|---|---|---|
| November 1 | $4,657.20 | n/a |
| November 2 | XXX | n/a |
| November 3 | XXX | n/a |
| November 4 | $18,700.00 | n/a |
| November 5 | XXX | n/a |
| November 6 | XXX | n/a |
| November 7 | XXX | n/a |
| November 8 | XXX | n/a |
| November 9 | $4,390.60 | n/a |
| November 10 | $6,434.00 | n/a |
| November 11 | XXX | n/a |
| November 12 | XXX | n/a |
| November 13 | XXX | n/a |
| November 14 | XXX | n/a |
| November 15 | $4,846.00 | n/a |
| November 16 | XXX | n/a |
| November 17 | $3,896.00 | n/a |
| November 18 | XXX | n/a |
| November 19 | XXX | n/a |
| November 20 | XXX | n/a |
| November 21 | XXX | n/a |
| November 22 | XXX | n/a |
| November 23 | XXX | n/a |
| November 24 | XXX | n/a |
| November 25 | XXX | n/a |
| November 26 | $4,824.00 | n/a |
| November 27 | XXX | n/a |
| November 28 | XXX | n/a |
| November 29 | $3,711.80<br>$3,367.10 | n/a<br>n/a |
| November 30 | XXX | n/a |
| **Total November 2021 Deposits** | **$54,826.70** | |

**DECEMBER 2021**

| Date Deposit Received | Amount Received by RLI | Nexus-assigned "Business Date" for Receipts |
|---|---|---|
| December 1 | XXX | n/a |
| December 2 | $4,719.60 | n/a |
| December 3 | $6,290.60 | n/a |
| December 4 | XXX | n/a |
| December 5 | XXX | n/a |
| December 6 | $7,511.00 | n/a |
| December 7 | $7,735.40 | n/a |
| December 8 | $25,453.00 | n/a |
|  | $4,448.80 | n/a |
| December 9 | $6,331.80 | n/a |
| December 10 | $5,114.80 | n/a |
| December 11 | XXX | n/a |
| December 12 | XXX | n/a |
| December 13 | $3,837.00 | n/a |
| December 14 | $5,814.40 | n/a |
| December 15 | $5,811.60 | n/a |
| December 16 | $5,258.20 | n/a |
| December 17 | $11,327.20 | n/a |
| December 18 | XXX | n/a |
| December 19 | XXX | n/a |
| December 20 | XXX | n/a |
| December 21 | XXX | n/a |
| December 22 | $5,160 | n/a |
| December 23 | $6,831.80 | n/a |
| December 24 | $9,289.40 | n/a |
| December 25 | XXX | n/a |
| December 26 | XXX | n/a |
| December 27 | XXX | n/a |
| December 28 | $4,493 | n/a |
|  | $4,165 | n/a |
| December 29 | $4,861.80 | n/a |
| December 30 | XXX | n/a |
| December 31 | XXX | n/a |
| **Total December 2021 Deposits** | **$134,454.40** |  |

**JANUARY 2022**

| Date Deposit Received | Amount Received by RLI | Nexus-assigned "Business Date" for Receipts |
|---|---|---|
| January 1 | XXX | n/a |
| January 2 | XXX | n/a |
| January 3 | $4,629.24 | n/a |
| January 4 | $6,680.30 | n/a |
| January 5 | $7,892.06 | n/a |
| January 6 | XXX | n/a |
| January 7 | XXX | n/a |
| January 8 | XXX | n/a |
| January 9 | XXX | n/a |
| January 10 | $22,349.80 | n/a |
| January 11 | XXX | n/a |
| January 12 | $5,880.00 | n/a |
| January 13 | XXX | n/a |
| January 14 | XXX | n/a |
| January 15 | XXX | n/a |
| January 16 | XXX | n/a |
| January 17 | XXX | n/a |
| January 18 | XXX | n/a |
| January 19 | XXX | n/a |
| January 20 | $9,154.20 | n/a |
| January 21 | XXX | n/a |
| January 22 | XXX | n/a |
| January 23 | XXX | n/a |
| January 24 | XXX | n/a |
| January 25 | XXX | n/a |
| January 26 | XXX | n/a |
| January 27 | XXX | n/a |
| January 28 | XXX | n/a |
| January 29 | XXX | n/a |
| January 30 | XXX | n/a |
| January 31 | XXX | n/a |
| **Total January 2022 Deposits** | **$56,585.60** | |

**FEBRUARY 2022**

| Date Deposit Received | Amount Received by RLI | Nexus-assigned "Business Date" for Receipts |
|---|---|---|
| February 1 | XXX | n/a |
| February 2 | XXX | n/a |
| February 3 | XXX | n/a |
| February 4 | XXX | n/a |
| February 5 | XXX | n/a |
| February 6 | XXX | n/a |
| February 7 | XXX | n/a |
| February 8 | XXX | n/a |
| February 9 | XXX | n/a |
| February 10 | XXX | n/a |
| February 11 | $3,344.00 | n/a |
| February 12 | XXX | n/a |
| February 13 | XXX | n/a |
| February 14 | $3,753.60 | n/a |
| February 15 | $24,000.24 | n/a |
| February 16 | $22,529.32 | n/a |
| February 17 | $21,598.40 | n/a |
| February 18 | $3,855.06 | n/a |
| February 19 | XXX | n/a |
| February 20 | XXX | n/a |
| February 21 | XXX | n/a |
| February 22 | $3,859.24 $3,902.58 | n/a |
| February 23 | XXX | n/a |
| **Total February 1-23, 2022 Deposits** | **$86,842.44** | |