✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

RLI INSURANCE COMPANY

V.

NEXUS SERVICES, INC.

## EXHIBIT AND WITNESS LIST

Case Number: 5:18CV00066

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Michael F. Urbanski, CUSDJ | Katsantonis, Paul, Harris, Finnegan | Anderson, Okay |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/25/2022 | Judy Webb | Kristin Ayersman |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 |   | 2/25/2022 | y | y | proposed order re receivership |
| 2 |   | 2/25/2022 | y | y | proposed order re receivership |
|   | 1 | 2/25/2022 | y | y | Indemnity Information (Donovan) |
| 3 |   | 2/25/2022 | y | y | Nexus Services Inc. Balance Sheet as of 12/31/21 (Donovan) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages