# Nexus Services Inc.
# Balance Sheet
As of December 31, 2021

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       0006 - 1st Bank Operating | 1,392.81 |
|       0097 - Woodforest - Operating | 0.00 |
|       0105 - Woodforest - Deposit | 0.00 |
|       0290 - Suntrust - Libre Operating | 0.00 |
|       0382 - Great Western - Operating | 0.00 |
|       0440 - Suntrust - Libre Deposit | 0.00 |
|       0593 - Bancorp - Operating | 0.00 |
|       0726 - Synovus - Deposit | 770.09 |
|       0734 - Synovus - Operating | 1,220.81 |
|       0809 - Great Western - Deposit | 0.00 |
|       1681 - Bank of Texas - Deposit | 0.00 |
|       1692 - Bank of Texas - Oper | 0.00 |
|       2175 - TCF - Operating | 2,050.68 |
|       2176 - TCF - Deposit | 111.20 |
|       2355 - M & T - Program/Payroll Acct | 0.00 |
|       2363 - M & T - Operating | 0.00 |
|       2371 - M & T - Expense | 0.00 |
|       2474 - BB&T Libre Holding | -55.00 |
|       2482 - BB&T Libre Operating | -19.05 |
|       2620 - GAMER OASIS, LLC (SUMMIT BANK) | 365.96 |
|       2650 - 5/3rd Bank - Deposit | 0.00 |
|       2668 - 5/3rd Bank - Operating | 0.00 |
|       2695 - SUMMIT (GAMER OASIS, LLC) | 8,246.11 |
|       2702 - Citibank - Libre - Operating | 0.00 |
|       2710 - Citibank - Deposit | 0.00 |
|       2775 - Ozarks - Operating | 0.00 |
|       2783 - Ozarks - Deposit | 0.00 |
|       3122 - Key Bank - Operating | 0.00 |



PLAINTIFF'S EXHIBIT 3 — 5:18CV66 2/25/22

| Account | Amount |
|---|---|
| 3130 - Key Bank - Deposit Acct | 0.00 |
| 3177 - TD Bank - Operating | 0.00 |
| 3185 - TD Bank - Deposit | 0.00 |
| 3797 - City - Properties - Oper | 0.00 |
| 3805 - City - Commercial - Operating | 0.00 |
| 3813 - City - Caridades Operating | 0.00 |
| 3821 - City - Caridades Payroll | 0.00 |
| 4167 - City - Investigations | 0.00 |
| 4175 - City - One Fish, Two Fish | 0.00 |
| 4369 - BOA - Nexus Libre | 0.00 |
| 4569 - Academy - Operating | 0.00 |
| 4580 - Academy - Deposit | 0.00 |
| 4749 - Bank of the West - Libre Deposit | 0.00 |
| 4756 - Bank of the West - Libre Operating | 0.00 |
| 4787 - City - Services Operating | 0.00 |
| 4795 - City - Services Payroll | 0.00 |
| 4803 - City - Services Reserve | 0.00 |
| 4852 - City - Secure Operating | 0.00 |
| 4860 - City - Secure Expense | 0.00 |
| 4878 - City - Homes Operating | 0.00 |
| 4886 - City - Homes Reserve | 39,463.89 |
| 4894 - City - Homes Expense 4894 | 486,874.25 |
| 4903 - BBVA Compass - Libre Operating | 0.00 |
| 5721 - BBVA Compass - Libre Deposit | 0.00 |
| 5873 - M & T - Savings | 0.00 |
| 6198 - City - Properties - Savings | 0.50 |
| 6206 - City - One Fish - Savings | 0.00 |
| 6214 - City - Investigations/Security Savings | 0.00 |
| 6219 - M & T - Savings | 0.00 |
| 6426 - Wells Fargo - Libre | 0.00 |
| 6434 - Wells Fargo - Deposit | 0.00 |
| 6442 - Wells Fargo - Libre | 0.00 |
| 6459 - Wells Fargo - Operating | 0.00 |
| 6478 - Pendleton - Libre Exp | 100.11 |
| 6529 - M&T - Operating | 0.00 |
| 6533 - Washington Fed - Operating | 55.02 |
| 6537 - M & T - Expense | 0.00 |

| Account | Amount |
|---|---:|
| 6541 - Washington Fed - Deposit | 32,230.04 |
| 6545 - M & T - Payroll | 0.00 |
| 6552 - M & T - Security | 0.00 |
| 7160 - 1st National Texas - Dep | 0.00 |
| 7162 - City - Commercial - Savings | 0.00 |
| 7178 - 1st National Texas - Oper | 0.00 |
| 7287 - Regions - Deposit Acct | 0.00 |
| 7295 - Regions - Operating Acct | 0.00 |
| 7554 - West America - Operating | 0.00 |
| 7562 - West America - Deposit | 0.00 |
| 7733 - M & T - Savings | 0.00 |
| 7960 - City - Secure Reimb | 34,000.00 |
| 8491 - BOA - Libre | 0.00 |
| 8501 - BOA - Homes | 0.00 |
| 8527 - BOA - Nexus Libre | 0.00 |
| 8530 - BOA - Nexus Libre | 0.00 |
| 8640 - BOA - Nexus Services | 0.00 |
| 8915 - Iberia - Deposit | 0.00 |
| 8923 - Iberia - Operating | 0.00 |
| 9906 - City - Services Savings | 269,498.88 |
| 9914 - City - Secure Savings | 0.00 |
| 9922 - City - Libre Savings | 81.01 |
| 9997 - 1st Bank - Deposit | -34,929.44 |
| 9998 - Brinks Travel | -179,325.87 |
| Bancorp Dep LINKED | 126,475.88 |
| Bill.com Money In Clearing | -0.51 |
| Cash | 600.00 |
| Checking | -42,500.00 |
| Comerica 16NOV2020 | 2,157.90 |
| COMERICA DEP LINK | 3,084.00 |
| Credit Card Payments | 4,473,724.39 |
| First Colo LINKED 16NOV | 6,039.43 |
| LN-BANCORP-DEPOSIT-0601 | -205,989.05 |
| LN-CITY-OPERATING-4829 | -5,036,521.81 |
| LN-CITY-PROMISE PAY-4845 | 538,896.83 |
| LN-CITY-REIMBURSEMENT-7937 | 825,236.17 |
| LN-CITY-RESERVE-4837 | 1,966,219.30 |

| | | |
|---|---:|---:|
| LN-COMERICA-DEPOSIT 5689 | | 13,259.13 |
| LN-COMERICA-OPERATING-5697 | | 15,940.00 |
| NL-CITY-EXPENSE-6188 | | 852,731.26 |
| NS-CITY-EXPENSE-4811 | | -158,419.96 |
| NS-CITY-EXPENSE-7853 | | 2,604,465.98 |
| NS-CITY-REIMBURSEMENT-7945 | | 2,598,684.68 |
| NS-PENDLETON-OPERATING-5374 | | 26,480.64 |
| **Petty Cash** | | 21,700.00 |
|   Chicago | | 130.00 |
|   Dallas | | 2,750.00 |
|   Hackensack | | 2,300.00 |
|   Houston | | 36,485.84 |
|   Miami | | 3,400.00 |
|   NOHO | | 22,550.00 |
|   Ontario | | 2,520.00 |
|   Orlando | | 550.00 |
|   Phoenix | | 22,200.00 |
|   San Antonio | | 27,700.00 |
|   San Diego | | 1,500.00 |
|   STC | | 150.00 |
|   Tacoma | | 2,000.00 |
|   Tyson's Corner | | 4,550.00 |
|   Verona | | 11,632.00 |
| **Total Petty Cash** | $ | 162,117.84 |
| **Total Bank Accounts** | $ | 9,434,814.10 |
| **Accounts Receivable** | | |
|   Accounts Receivable | | 0.00 |
|   Accounts Receivable - Becky N. | | 0.00 |
|   Accounts Receivable - Erik S. | | 0.00 |
|   Accounts Receivable - Evan A. | | 0.00 |
|   Accounts Receivable - Gordon T | | 0.00 |
|   Accounts Receivable - Jose | | 0.00 |
|   Accounts Receivable - Mike D. | | 0.00 |
|   Accounts Receivable - R. M. | | 0.00 |
|   Accounts Receivable - Tim O. | | 0.00 |
|   Sergio/Briana Anselmo | | 0.00 |
| **Total Accounts Receivable** | $ | 0.00 |

| | |
|---|---:|
| **Other Current Assets** | |
| Cottonwood Escrow | 0.00 |
| Countryside Escrow | 0.00 |
| Four Fifty-Five Escrow | 0.00 |
| Frankliln Root Escrow | 0.00 |
| Inventory Asset | 4,500.00 |
| Investment Escrow | 0.00 |
| Jenny's Creek Escrow | 0.00 |
| Loan Payable | 1,628.16 |
| Lofton Leasing Escrow | 0.00 |
| Middlesex County | 0.00 |
| Mill Place Escrow | 0.00 |
| Music Rights | 0.00 |
| Paige Drive Escrow | 0.00 |
| Prepaid Expenses | 39,413.37 |
| Saint James Escrow | 0.00 |
| Salon Escrow | 0.00 |
| Twenty Twenty Escrow | 0.00 |
| Uncategorized Asset | 7,261.17 |
| Vehicle Deposit | 0.00 |
| **Total Other Current Assets** | $ 52,802.70 |
| **Total Current Assets** | $ 9,487,616.80 |
| **Fixed Assets** | |
| ACCUMULATED AMORTIZATION | 685.50 |
| Accumulated Depreciation | -1,736,336.18 |
| Land | 0.00 |
|   13 Upland Court SD | 0.00 |
|   13 Upland Crt | 0.00 |
|   24 Paige Drive - Land Value | 0.00 |
|   Land - 102 Lake Point | 0.00 |
|   Land - 1060 Jenny's Creek | 0.00 |
|   Land - 107 Granny Smith | 0.00 |
|   Land - 1080 Jenny's Creek | 0.00 |
|   Land - 110 Henry | 0.00 |
|   Land - 1137 Kingsway | 0.00 |
|   Land - 117 Cedarcrest | 0.00 |
|   Land - 13 Upland | 0.00 |

| | |
|---|---|
| **Land - 14 S. Windsong** | 0.00 |
| **Land - 141 Forever Court** | 0.00 |
| **Land - 143 Lofty Circle** | 0.00 |
| **Land - 15 Kimberley** | 0.00 |
| **Land - 17 Kimberley** | 0.00 |
| **Land - 19 Brooke** | 0.00 |
| **Land - 19 Kimberley** | 0.00 |
| **Land - 19 Rose Garden #101** | 0.00 |
| **Land - 19 Rose Garden #103** | 0.00 |
| **Land - 2 Paige Drive** | 0.00 |
| **Land - 21 Kimberley** | 0.00 |
| **Land - 221 Overview** | 0.00 |
| **Land - 23 Brooke Street** | 0.00 |
| **Land - 23 Paige Drive** | 0.00 |
| **Land - 239 Windsor** | 0.00 |
| **Land - 24 Rosette #102** | 0.00 |
| **Land - 24 Rosette #104** | 0.00 |
| **Land - 24 Rosette #202** | 0.00 |
| **Land - 24 Rosette #204** | 0.00 |
| **Land - 25 Brooke St.** | 0.00 |
| **Land - 260 Windsor** | 0.00 |
| **Land - 268 Windsor** | 0.00 |
| **Land - 3 Paige** | 0.00 |
| **Land - 30 Laurel Wood** | 0.00 |
| **Land - 312 Evershire** | 0.00 |
| **Land - 33 S. Windsong** | 0.00 |
| **Land - 37 S. Windsong** | 0.00 |
| **Land - 50 Spring Ridge** | 0.00 |
| **Land - 659 Claremont** | 0.00 |
| **Land - 70 Spring Ridge** | 0.00 |
| **Land - 8 GE 201** | 0.00 |
| **Land - 8 GE 202** | 0.00 |
| **Land - 8 GE 203** | 0.00 |
| **Land - 8 GE 204** | 0.00 |
| **Land - 8 Spring Ridge** | 0.00 |
| **Land - 80 Spring Ridge** | 0.00 |
| **Land - 84 Lofty Circle** | 0.00 |

| | | |
|---|---:|---:|
| Land - 968 Jenny's Creek | | 0.00 |
| Land - 984 Jenny's Creek | | 0.00 |
| Land - Mill Place | | 0.00 |
| Mill Place #3 | | 0.00 |
| **Total Land** | $ | **0.00** |
| **Machinery & Equipment** | | |
| Bobcat S650 Skidsteer | | 41,587.62 |
| Bobcat Skidsteer | | 0.00 |
| Total Bobcat S650 Skidsteer | $ | 41,587.62 |
| Entertainment Equipment | | 26,749.25 |
| Kawasaki - 4 Wheeler Teryx ATV | | 17,329.50 |
| 4-Wheeler | | 0.00 |
| Total Kawasaki - 4 Wheeler Teryx ATV | $ | 17,329.50 |
| **Total Machinery & Equipment** | $ | **85,666.37** |
| **Office Furniture** | | |
| Cubicles | | 9,897.71 |
| Desk | | 4,200.00 |
| Furniture | | 20,040.26 |
| **Total Office Furniture** | $ | **34,137.97** |
| **Office Supplies - Computers** | | 107,089.01 |
| De Lage Copiers | | 128,139.83 |
| Xerox 30PPM - MX1208696 | | 8,500.00 |
| Xerox Color 30 PPM | | 0.00 |
| Total Xerox 30PPM - MX1208696 | $ | 8,500.00 |
| Xerox Copier - AE9550261 | | 8,070.19 |
| Xerox Copier | | 0.00 |
| Total Xerox Copier - AE9550261 | $ | 8,070.19 |
| Xerox Copier - SAE7166346 | | 7,505.78 |
| Xerox Copier - SAE7166346 | | 0.00 |
| Total Xerox Copier - SAE7166346 | $ | 7,505.78 |
| **Total Office Supplies - Computers** | $ | **259,304.81** |
| **Property** | | 0.00 |
| 102 Lake Pointe Rd., Pamplin, Va | | 0.00 |
| 102 Lake Pointe | | 0.00 |
| Total 102 Lake Pointe Rd., Pamplin, Va | $ | 0.00 |
| 1060 Jenny's Creek | | 0.00 |
| 107 Granny Smith Lane, Timberville, VA | | 0.00 |

| | | |
|---|---|---|
| 107 Granny Smith Lane | | 0.00 |
| Total 107 Granny Smith Lane, Timberville, VA | $ | 0.00 |
| 1080 Jenny's Creek | | 0.00 |
| 110 Henry Ave., Elkton, Va | | 0.00 |
| 110 Henry Avenue | | 0.00 |
| Total 110 Henry Ave., Elkton, Va | $ | 0.00 |
| 1137 Kinsgway Court, Fishersville, VA | | 0.00 |
| 1137 Kingsway, Afton, VA | | 0.00 |
| Total 1137 Kinsgway Court, Fishersville, VA | $ | 0.00 |
| 117 Cedarcrest Dr., Waynesboro, Va | | 0.00 |
| 117 Cedarcrest Drive | | 0.00 |
| Total 117 Cedarcrest Dr., Waynesboro, Va | $ | 0.00 |
| 14 S. Windsong | | 0.00 |
| 141 Forever Crt., Waynesboro, Va | | 0.00 |
| 141 Forever Court | | 0.00 |
| Total 141 Forever Crt., Waynesboro, Va | $ | 0.00 |
| 143 Lofty Circle | | 0.00 |
| 15 Kimberley St., Staunton, Va | | 0.00 |
| 15 Kimberley Street | | 0.00 |
| Total 15 Kimberley St., Staunton, Va | $ | 0.00 |
| 17 Kimberley St., Staunton, Va | | 0.00 |
| 17 Kimberley St. | | 0.00 |
| Total 17 Kimberley St., Staunton, Va | $ | 0.00 |
| 19 Brooke Street | | 0.00 |
| 19 Kimberley St., Staunton, Va | | 0.00 |
| 19 Kimberley Street | | 0.00 |
| Total 19 Kimberley St., Staunton, Va | $ | 0.00 |
| 19 Rose Garden Ln #101, Fishersville, Va | | 0.00 |
| 19 Rose Garden #101 | | 0.00 |
| Total 19 Rose Garden Ln #101, Fishersville, V | $ | 0.00 |
| 19 Rose Garden Ln., #103, Fishersville, Va | | 0.00 |
| 19 Rose Garden #103 | | 0.00 |
| Total 19 Rose Garden Ln., #103, Fishersville, | $ | 0.00 |
| 2 Paige Dr. Staunton, Va | | 0.00 |
| 2 Paige Drive | | 0.00 |
| Total 2 Paige Dr. Staunton, Va | $ | 0.00 |
| 21 Kimberley St. | | 0.00 |

| | | |
|---|---|---:|
| 221 Overview St. | | 0.00 |
| 23 Brooke Street | | 0.00 |
| 23 Paige Dr., Staunton, Va | | 0.00 |
|   23 Paige Drive | | 0.00 |
| Total 23 Paige Dr., Staunton, Va | $ | 0.00 |
| 239 Windsor | | 0.00 |
| 24 Paige Drive | | 0.00 |
| 24 Rosette Ln #102, Fishersville, Va | | 0.00 |
|   24 Rosette Lane #102 | | 0.00 |
| Total 24 Rosette Ln #102, Fishersville, Va | $ | 0.00 |
| 24 Rosette Ln #104, Fishersville, Va | | 0.00 |
|   24 Rosette Lane #104 | | 0.00 |
| Total 24 Rosette Ln #104, Fishersville, Va | $ | 0.00 |
| 24 Rosette Ln #202, Fishersville, Va | | 0.00 |
|   24 Rosette Lane #202 | | 0.00 |
| Total 24 Rosette Ln #202, Fishersville, Va | $ | 0.00 |
| 24 Rosette Ln #204, Fishersville, Va | | 0.00 |
|   24 Rosette Lane #204 | | 0.00 |
| Total 24 Rosette Ln #204, Fishersville, Va | $ | 0.00 |
| 25 Brooke Street | | 0.00 |
| 260 Windsor Drive | | 0.00 |
| 268 Windsor Dr., Fishersville, VA | | 0.00 |
|   268 Windsor Drive | | 0.00 |
| Total 268 Windsor Dr., Fishersville, VA | $ | 0.00 |
| 3 Paige Drive | | 0.00 |
| 30 Laurel Wood Dr., Waynesboro, Va | | 0.00 |
|   30 Laurel Wood Dr. | | 0.00 |
| Total 30 Laurel Wood Dr., Waynesboro, Va | $ | 0.00 |
| 312 Evershire St. | | 0.00 |
| 33 S. Windsong Crt., Fishersville, VA | | 0.00 |
|   33 S. Windsong Drive | | 0.00 |
| Total 33 S. Windsong Crt., Fishersville, VA | $ | 0.00 |
| 37 S. Windsong Dr., Fishersville, VA | | 0.00 |
|   37 S. Windsong, Fishersville, VA | | 0.00 |
| Total 37 S. Windsong Dr., Fishersville, VA | $ | 0.00 |
| 50 Spring Ridge Lane, Fairfield, Va | | 0.00 |
|   50 Spring Ridge Lane | | 0.00 |

| | | |
|---|---|---|
| Total 50 Spring Ridge Lane, Fairfield, Va | $ | 0.00 |
| 659 Clarmont Ave., Harrisonburg, VA | | 0.00 |
|   659 Claremont Ave, H'burg, VA | | 0.00 |
| Total 659 Clarmont Ave., Harrisonburg, VA | $ | 0.00 |
| 70 Spring Ridge Lane, Fairfield, Va | | 0.00 |
|   70 Spring Ridge Lane | | 0.00 |
| Total 70 Spring Ridge Lane, Fairfield, Va | $ | 0.00 |
| 8 Gables #201 - 12A | | 0.00 |
| 8 Gables #202 - 12B | | 0.00 |
|   8 Gables #202 - 12B  -G17 | | 0.00 |
| Total 8 Gables #202 - 12B | $ | 0.00 |
| 8 Gables #203 - 12D | | 0.00 |
|   8 Gables #203 - 12D - G16 | | 0.00 |
| Total 8 Gables #203 - 12D | $ | 0.00 |
| 8 Gables #204 - 12C | | 0.00 |
| 8 Spring Ridge Lane, Fairfield, VA | | 0.00 |
|   8 Spring Ridge Lane | | 0.00 |
| Total 8 Spring Ridge Lane, Fairfield, VA | $ | 0.00 |
| 80 Spring Ridge Rd., Fairfield, Va | | 0.00 |
|   80 Spring Ridge Lane | | 0.00 |
| Total 80 Spring Ridge Rd., Fairfield, Va | $ | 0.00 |
| 84 Lofty Circle, Stuarts Draft, VA | | 0.00 |
|   84 Lofty Circle | | 0.00 |
| Total 84 Lofty Circle, Stuarts Draft, VA | $ | 0.00 |
| 968 Jenny's Creek | | 0.00 |
| 984 Jenny's Creek | | 0.00 |
| Mill Place Park Bldg 4 | | 0.00 |
| MP Commerce Park | | 0.00 |
| **Total Property** | $ | **0.00** |
| Vehicles | | 124,363.15 |
| 2003 Jaguar X-Type | | 0.00 |
|   2003 Jaguar X-Type | | 0.00 |
| Total 2003 Jaguar X-Type | $ | 0.00 |
| 2004 Dodge Ram - 0831 | | 22,543.24 |
| 2006 Dodge Grand Caravan - 9784 | | 0.00 |
|   2006 Dodge Caravan - 9784 | | 0.00 |
| Total 2006 Dodge Grand Caravan - 9784 | $ | 0.00 |

| | | |
|---|---:|---:|
| 2006 Ford Mustang | | 0.00 |
|   2006 Ford Mustang | | 0.00 |
| **Total 2006 Ford Mustang** | $ | **0.00** |
| 2006 Ford Truck F250 - 2864 | | 18,806.94 |
| 2007 Jeep Wrangler - 7378 | | 0.36 |
|   2007 Jeep Wrangler 7378 | | 0.00 |
| **Total 2007 Jeep Wrangler - 7378** | $ | **0.36** |
| 2008 Dodge Van - 4527 | | 0.00 |
|   2008 Dodge Caravan 4527 | | 0.00 |
| **Total 2008 Dodge Van - 4527** | $ | **0.00** |
| 2008 Ford F150 - 2918 | | 15,595.92 |
| 2011 Dodge Charger - White - 7386 | | 15,380.07 |
| 2012 Honda Accord - Gray - 1470 | | 15,870.27 |
|   2012 Honda Accord - 1470 | | 0.00 |
| **Total 2012 Honda Accord - Gray - 1470** | $ | **15,870.27** |
| 2013 Dodge Avenger - 0731 | | 14,721.85 |
|   2013 Dodge Avenger - 0731 | | 0.00 |
| **Total 2013 Dodge Avenger - 0731** | $ | **14,721.85** |
| 2013 Dodge Charger - 6336 | | 5,000.00 |
| 2013 Dodge Charger - 9857 - E.S. | | 27,014.64 |
|   2013 Dodge Charger - E.S. | | 0.00 |
| **Total 2013 Dodge Charger - 9857 - E.S.** | $ | **27,014.64** |
| 2013 Dodge Charger - White - 8336 | | 22,148.81 |
|   2013 Charger - White - 8336 | | 0.00 |
| **Total 2013 Dodge Charger - White - 8336** | $ | **22,148.81** |
| 2013 Ford Fusion -1492 | | 13,102.09 |
| 2014 Cadillac DTS | | 30,000.00 |
|   2014 Cadillac DTS | | 0.00 |
| **Total 2014 Cadillac DTS** | $ | **30,000.00** |
| 2014 Dodge Charger - Black - 8565 | | 24,755.56 |
|   2014 Dodge Charger - 8565 | | 0.00 |
| **Total 2014 Dodge Charger - Black - 8565** | $ | **24,755.56** |
| 2014 Ford Transit Connect - 3293 | | 49,994.59 |
|   2014 Transit Connect 3293 | | 0.00 |
| **Total 2014 Ford Transit Connect - 3293** | $ | **49,994.59** |
| 2014 Kia Sport Utility - 4843 | | 18,221.29 |
|   2014 Kia Sport 4843 | | 0.00 |

| | | |
|---|---|---|
| Total 2014 Kia Sport Utility - 4843 | $ | 18,221.29 |
| 2014 Toyota Camry - 5451 | | 17,590.69 |
| 2015 Chevy Suburban | | 32,090.35 |
| 2015 Kia Soul - 1962 | | 0.00 |
|    2015 Kia Soul 1962 | | 0.00 |
| Total 2015 Kia Soul - 1962 | $ | 0.00 |
| 2015 Kia Station Wagon - 3294 | | 18,634.76 |
|    2015 Kia Station Wagon 3294 | | 0.00 |
| Total 2015 Kia Station Wagon - 3294 | $ | 18,634.76 |
| 2015 Kia Station Wagon - 4021 | | 18,634.76 |
|    2015 Kia Station Wagon 4021 | | 0.00 |
| Total 2015 Kia Station Wagon - 4021 | $ | 18,634.76 |
| 2015 Kia Station Wagon 3316 | | 0.00 |
|    2015 Kia Station Wagon 3316 | | 0.00 |
| Total 2015 Kia Station Wagon 3316 | $ | 0.00 |
| 2016 Cadillac Escalade - 8519 | | 96,666.36 |
| 2016 Chevy Tahoe - 3019 | | 72,010.40 |
| 2016 Focus -3836 | | 25,111.68 |
| 2016 Ford Expedition - 2235 | | 84,540.31 |
|    2016 Expedition 2235 | | 1,197.88 |
| Total 2016 Ford Expedition - 2235 | $ | 85,738.19 |
| 2016 Ford Expedition - 5650 | | 82,607.13 |
| 2016 Ford Explorer - 2656 | | 70,819.15 |
| 2016 Ford Explorer - 2778 | | 63,003.48 |
| 2016 Ford Explorer - 9957 | | 0.33 |
| 2016 Ford Focus - 2762 | | 27,598.59 |
| 2016 Ford Focus - 3800 | | 24,026.43 |
| 2016 Ford Focus - 3836 | | 23,893.58 |
| 2016 Ford Focus - 3837 | | 23,843.82 |
| 2016 Ford Focus - 4863 | | 28,110.90 |
| 2016 Ford Focus - 5642 | | 27,546.44 |
| 2016 Ford Focus - 6540 | | 28,429.80 |
| 2016 Ford Transit - 1704 | | 39,559.22 |
| 2016 Ford Transit - 9834 | | 49,885.28 |
| 2016 Ford Van - 2549 | | 48,776.61 |
| 2016 GMC Savana - 1264 | | 38,919.07 |
| 2016 Kia Soul - 1489 | | 23,964.48 |

| | | |
|---|---:|---:|
| 2016 Kia Soul - 1618 | | 19,186.89 |
| 2016 Kia Soul - 2842 | | 19,327.70 |
| 2016 Kia Soul - 3334 | | 19,327.70 |
| 2016 Kia Soul - 9191 | | 19,327.70 |
| 2016 Kia Soul - 9830 | | 23,964.48 |
| 2017 - Ford Transit -3841 | | 33,543.95 |
| Chevrolet Suburban | | 45,000.00 |
| Harrisonburg Nissan | | 26,095.46 |
|   Nissan | | 0.00 |
| Total Harrisonburg Nissan | $ | 26,095.46 |
| Homes Ford F250 | | 38,108.94 |
|   Homes Truck | | 0.00 |
| Total Homes Ford F250 | $ | 38,108.94 |
| Mid-Atlantic | | 27,365.19 |
|   Accumulated Depreciation | | 0.00 |
| Total Mid-Atlantic | $ | 27,365.19 |
| Semoran Auto | | 19,808.53 |
|   Semoran | | 0.00 |
| Total Semoran Auto | $ | 19,808.53 |
| Toyota Corolla | | 6,697.66 |
|   Corolla | | 0.00 |
| Total Toyota Corolla | $ | 6,697.66 |
| **Total Vehicles** | **$** | **1,682,734.48** |
| Total Fixed Assets | $ | 326,192.95 |
| Other Assets | | |
|   8 Bit Gamer Oasis | | 29,394.33 |
|   Barren Ridge Road | | 0.00 |
|   Property Security | | 0.00 |
|   Shareholder Loan 20201005 | | 23,094.00 |
|     Evan A | | 106,351.34 |
|     M Donavan | | 329,404.56 |
|     Shareholder Loan-RM | | 576,658.59 |
|       AM EX 12005 | | 130,665.82 |
|       CC- other | | 18,724.39 |
|       Executive (DEPOSIT PAYMENTS Toward St | | -311,200.00 |
|     Total Shareholder Loan-RM | $ | 414,848.80 |
|   Total Shareholder Loan 20201005 | $ | 873,698.70 |

| | | |
|---|---:|---:|
| Transfer of Deposits - sweep | | -327,771.50 |
| Utility Deposits | | 0.00 |
| **Total Other Assets** | $ | 575,321.53 |
| **TOTAL ASSETS** | $ | 10,389,131.28 |
| **LIABILITIES AND EQUITY** | | |
| Liabilities | | |
| Current Liabilities | | |
| Accounts Payable | | |
| Accounts Payable | | -276,276.27 |
| **Total Accounts Payable** | -$ | 276,276.27 |
| Credit Cards | | |
| 1053 - Marriott Personal | | 134,023.07 |
| 3418 - Grow - Rich Personal | | 0.00 |
| Barclay - 5325 | | 0.00 |
| Barclay - 6519 | | 80.64 |
| Barclay - 7670 | | 0.00 |
| Barclay - 9640 | | 119,814.26 |
| Capital One - 1443 | | -3,654.78 |
| Capital One - 1669 | | -18.52 |
| Capital One - 2413 | | 0.00 |
| Capital One - 4409 | | -63.19 |
| Capital One - 6556 | | 0.00 |
| Capital One - 8237 | | 0.00 |
| Capital One - 8375 | | -47.07 |
| Discover | | 0.00 |
| LN-AMEX-LIBRE | | 2,086,570.12 |
| NC-AMEX-CARIDADES | | 32,233.79 |
| NS-AMEX-SERVICES | | -520,192.24 |
| RM-AMEX-PERSONAL | | 147,057.47 |
| RM-UNITED-CHASE | | 2,103.81 |
| **Total Credit Cards** | $ | 1,997,907.36 |
| Other Current Liabilities | | |
| Federal Tax Payable | | 277,791.00 |
| Payroll Tax Payable | | -31,767.97 |
| Payroll Tax Payable 2018 | | 785,261.00 |
| State Tax Payable | | -27,758.36 |
| **Total Other Current Liabilities** | $ | 1,003,525.67 |

| | | |
|---|---:|---:|
| Total Current Liabilities | $ | 2,725,156.76 |
| **Long-Term Liabilities** | | |
| 102 Lake Pointe Road | | 0.00 |
| 1060 Jenny's Creek | | 0.00 |
| 107 Granny Smith Ln | | 0.00 |
| 1080 Jenny's Creek | | 0.00 |
| 110 Henry Avenue | | 0.00 |
| 1137 Kingsway, Afton, VA | | 0.00 |
| 117 Cedarcrest Drive | | 0.00 |
| 13 Upland Court | | 0.00 |
| 14 Camry - 5451 | | 0.00 |
| 14 S. Windsong Crt | | 0.00 |
| 141 Forever Court | | 0.00 |
| 143 Lofty Cr. | | 0.00 |
| 15 Kimberley Street | | 0.00 |
| 17 Kimberley Street | | 0.00 |
| 19 Brooke St. | | 0.00 |
| 19 Kimberley Street | | 0.00 |
| 19 Paige Drive | | 0.00 |
| 19 Rose Garden Lane #101 | | 0.00 |
| 19 Rose Garden Lane, #103 | | 0.00 |
| 2 Paige Drive | | 0.00 |
| 2003 Jag X-Type | | 0.00 |
| **2004 Dodge Ram 3500 - 0831** | | **-2,400.00** |
| 2006 Dodge Caravan | | 0.00 |
| 2006 Ford F250 | | 0.00 |
| 2006 Mustang | | 0.00 |
| 2007 Wrangler 7378 | | 0.00 |
| 2008 Dodge Van - White | | 0.00 |
| 2008 Ford F150 - White - 2918 | | -2,395.92 |
| 2011 Charger - White - 7386 | | 0.00 |
| 2012 Honda Accord | | 0.00 |
| 2013 Dodge Avenger 0731 | | 0.00 |
| 2013 Dodge Charger - 8336 | | 0.00 |
| 2013 Dodge Charger - Silver - 6336 | | -2,800.00 |
| 2013 Fusion - 1492 | | -3,082.49 |
| 2014 Transit 3293 | | 0.00 |

| | |
|---|---:|
| 2016 Focus - 3800 | 17,950.72 |
| 2016 Cadillac Escalade - 8519 | -1,591.89 |
| 2016 Chevrolet Tahoe - 3019 | -2,767.42 |
| 2016 Expedition - 2235 | -8,413.17 |
| 2016 Expedition - 2778 | 0.00 |
| 2016 Expedition - 5650 | 0.00 |
| 2016 Explorer - 2656 | 0.00 |
| 2016 Explorer - 9957 | 0.00 |
| 2016 Focus - 2762 | 0.00 |
| 2016 Focus - 3837 | 0.00 |
| 2016 Focus - 4863 | -11,901.90 |
| 2016 Focus - 5642 | 0.00 |
| 2016 Focus - 6540 | -11,945.67 |
| 2016 Focus -3836 | 0.00 |
| 2016 Savana - 1264 | -1,161.25 |
| 2016 Soul - 1489 | -1,032.45 |
| 2016 Soul - 1618 | 0.00 |
| 2016 Soul - 2842 | 0.00 |
| 2016 Soul - 3334 | 0.00 |
| 2016 Soul - 9191 | 0.00 |
| 2016 Soul - 9830 | -770.17 |
| 2016 Transit - 1704 | 0.00 |
| 2016 Transit - 2549 | 0.00 |
| 2016 Transit - 9834 | 0.00 |
| 2017 - Tran 3841 | 0.00 |
| 21 Kimberley Street | 0.00 |
| 221 Overview, W'boro | 0.00 |
| 23 Brooke St. | 0.00 |
| 23 Paige Drive | 0.00 |
| 239 Windsor Dr | 0.00 |
| 24 Paige | 0.00 |
| 24 Rosette Lane #102 | 0.00 |
| 24 Rosette Lane #104 | 0.00 |
| 24 Rosette Lane #202 | 0.00 |
| 24 Rosette Lane #204 | 0.00 |
| 25 Brooke St. | 0.00 |
| 260 Windsor Drive | 0.00 |

| | |
|---|---:|
| 268 Windsor Drive, Fishersville, VA | 0.00 |
| 3 Paige Dr. | 0.00 |
| 30 Laurel Wood Drive | 0.00 |
| 312 Evershire | 0.00 |
| 317 Overview | 0.00 |
| 33 S. Windsong, Fishersville, VA | 0.00 |
| 331 Windsor Drive | 0.00 |
| 332 Overview Street | 0.00 |
| 37 S. Windsong, Fishersville, VA | 0.00 |
| 50 Spring Ridge | 0.00 |
| 659 Claremont Ave., H'burg, VA | 0.00 |
| 70 Spring Ridge | 0.00 |
| 8 Gable's 201 12A | 0.00 |
| 8 Gable's 202 - 12B | 0.00 |
| 8 Gable's 203 - 12D | 0.00 |
| 8 Gable's 204 12C | 0.00 |
| 8 Gables - G6 | 0.00 |
| 8 Gables - G7 | 0.00 |
| 8 Spring Ridge | 0.00 |
| 80 Spring Ridge, Fairfiled, VA | 0.00 |
| 84 Lofty Cr. | 0.00 |
| 968 Jenny's Creek | 0.00 |
| 984 Jenny's Creek | 0.00 |
| Bobcat S650 | 18,239.95 |
| Chevrolet Suburban | 0.00 |
| DeLage - Copiers | 42,875.75 |
| Kabbage, Inc. | 0.00 |
| Kawasaki - Teryx ATV | 8,722.84 |
| Mill Place Complex | 0.00 |
| Mortgage Payable | 5,632.95 |
| Notes Payable | 0.00 |
| OL-19 Note | 14,013.25 |
| Vehicle Loan Payable | 200,762.02 |
| **Total Long-Term Liabilities** | $ 257,935.15 |
| **Total Liabilities** | $ 2,983,091.91 |
| **Equity** | |
| Homes By Nexus | 0.00 |

| | |
|---|---:|
| Opening Balance Equity | 10,071.11 |
| Retained Earnings | 7,395,968.26 |
| Net Income | |
| **Total Equity** | $ 7,406,039.37 |
| **TOTAL LIABILITIES AND EQUITY** | $ 10,389,131.28 |

esday, Jan 04, 2022 01:08:44 AM GMT-8 - Accrual Basis