FILED: March 21, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2253
(5:18-cv-00066-MFU-JCH)
_____

RLI INSURANCE COMPANY

    Plaintiff - Appellee

v.

NEXUS SERVICES, INC.; LIBRE BY NEXUS, INC.; HOMES BY NEXUS, INC.

    Defendants - Appellants

_____

M A N D A T E
_____

The judgment of this court, entered January 27, 2022, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk