IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| RLI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 5:18cv00066-MFU-JCH |
| ) | |
| NEXUS SERVICES, INC., ) | |
| LIBRE BY NEXUS, INC., ) | |
| HOMES BY NEXUS, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## NOTICE REGARDING JUDGE HOPPE'S DECEMBER 16, 2021 SHOW CAUSE ORDER

After hearing testimony and argument on February 25, 2022, this Court still has before it Judge Hoppe's Show Cause Order regarding the failure of Defendants and their related entities to meaningful participate in the post-judgment discovery in this case. At the February 25, 2022, hearing Mr. Donovan, owner of all the entities, represented to the Court that the entities had "no excuse for [their non-compliance] other than to say we were waiting for that KLD Discovery. Once we get it, we will produce and I will supplement." Dkt 782 at 97:15-23. Mr. Donovan represented at that hearing that that were paying KLD Discovery and had access at the time of the hearing. *Id.* at 98:7-9.

As with almost every promise in this case, Donovan's promise was empty. More than three months from these representation to the Court, neither Defendants nor the related entities have produced the promised materials nor served any amended interrogatories. Plaintiff renews its request to grant the contempt sanctions outlined in Dkt. 780.

Dated:  June 8, 2022

              RLI INSURANCE COMPANY

               /s/  Dustin M. Paul

Dustin M. Paul (VSB No.: 75287)
Vandeventer Black LLP
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600 / Facsimile: 757-446-8670
dpaul@vanblacklaw.com
*Attorneys for Plaintiff RLI Insurance Company*

## CERTIFICATE OF SERVICE

  I hereby certify that on Wednesday, June 08, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

               /s/  Dustin M. Paul

4876-6842-2676, v. 3