IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY,  )<br>　　Plaintiff,　　　　　　　　)<br>　　　　　　　　　　　　　　)　Case No. 5:18-cv-00066<br>v.　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　)<br>NEXUS SERVICES, INC., et al., )　By:　Michael F. Urbanski<br>　　Defendants.　　　　　　　)　　　Chief United States District Judge<br>　　　　　　　　　　　　　　) | |

### ORDER

In response to the court's instruction in its July 8, 2022, Order, Plaintiff RLI Insurance Company ("RLI") has submitted a brief and memorandum in support of its request for attorneys' fees and costs. ECF No. 799. The brief and memorandum are related to RLI's Motions to Compel, ECF Nos. 650 and 652, and Motions for Contempt, ECF Nos. 677 and 684. The matter is hereby **REFERRED** to the Honorable Joel C. Hoppe, United States Magistrate Judge, for the completion of a report and recommendation.

The Clerk is directed to send certified copies of this Order to all counsel of record and to the Honorable Joel C. Hoppe, United States Magistrate Judge.

It is so **ORDERED**.

Entered:　August 18, 2022

*Digitally signed by Michael F. Urbanski　Chief U.S. District Judge*
*Date: 2022.08.18 10:11:56 -04'00'*

Michael F. Urbanski
Chief United States District Judge