**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Harrisonburg**

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXUS SERVICES, INC., )<br>LIBRE BY NEXUS, INC., )<br>HOMES BY NEXUS, INC., )<br>)<br>Defendants. )<br>_____ ) | C.A. No. 5:18CV00066-MFU-JCH |

**NOTICE OF SUBPOENAS**

Please be advised, pursuant to Rule 45(a)(4) of the Federal Rules of Civil Procedure, RLI Insurance Company, by and through the undersigned counsel, intends to serve the attached Subpoenas. It is anticipated that the Subpoenas will be served on or after December 9, 2022.

Dated: December 8, 2022

RLI INSURANCE COMPANY

  /s/ Dustin M. Paul

Dustin M. Paul (VSB No.: 75287)
Jennifer L. Eaton (VSB No.: 87491)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600
Facsimile: 757-446-8670
Dustin.Paul@wrvblaw.com
Jennifer.Eaton@wrvblaw.com
*Attorneys for Plaintiff RLI Insurance Company*