IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

|  |  |  |
|---|---|---|
| RLI INSURANCE COMPANY, | ) ) ) | Civil Action No. 5:18-cv-066 |
| Plaintiff, | ) ) |  |
| v. | ) ) | By:   Michael F. Urbanski |
| NEXUS SERVICES, INC. et al., | ) ) | Chief United States District Judge |
| Defendants. | ) ) |  |

## ORDER

This matter is before the court on plaintiff RLI Insurance Company's ("RLI") motion to increase sanctions against defendants Nexus Services, Inc., Libre by Nexus, Inc., and Homes by Nexus, Inc., (collectively "the Nexus defendants"), three related entities, Nexus Commercial Ventures, LLC, Nexus Properties, LLC, and One Fish, Two Fish, LLC, and certain individual owners. Mot. to Increase Sanctions, ECF No. 806. The court also has before it the Report and Recommendation entered by Magistrate Judge Joel C. Hoppe on December 1. 2022. ECF No. 812.

After hearing argument on February 14, 2023, the court took the matter under advisement to consider all measures available to the court to enforce its orders. Hr'g Mins., ECF No. 823, at 1. The court stated: "It is time to comply, period, end of story. The Court is going to consider all lawful options consistent with the rule of law to ensure compliance with the Court's orders. . . . I have given the Nexus folks every opportunity that is possible, and it's time they follow the Court's orders, period. It is time." Hr'g Tr., ECF No. 831, at 17.

On March 30, 2023, the Nexus defendants filed a Supplemental Notice Related to Contempt Proceedings detailing recent efforts to comply with the court's discovery orders. Suppl. Notice, ECF No. 834.

Plaintiff RLI is **DIRECTED** to respond to the Nexus defendants' Supplemental Notice on or before April 13, 2023, after which the court will enter a Memorandum Opinion and Order addressing all outstanding issues.

It is so **ORDERED**.

Entered: April 5, 2023

Digitally signed by Michael F. Urbanski     Chief U.S. District Judge
Date: 2023.04.05 10:58:44 -04'00'

Michael F. Urbanski
Chief United States District Judge