# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **RLI INSURANCE COMPANY,** ) <br> Plaintiff ) <br> ) | **Civil Action No. 5:18-cv-00066** |
| v. ) <br> ) | By:   Michael F. Urbanski |
| **NEXUS SERVICES, INC., et al.,** ) <br> Defendants ) | Chief United States District Judge |

## ORDER

As set forth in the accompanying memorandum opinion, the court **ORDERS** the following:

1. The court calculates the amount of monetary contempt fines imposed in the Order dated July 8, 2022, ECF No. 797, and incurred from July 11, 2022, through June 1, 2023, against defendants Nexus Services, Inc., Libre by Nexus, Inc., Homes by Nexus, Inc. (collectively referred to as "Nexus"); Nexus Commercial Ventures, LLC, Nexus Properties, LLC, One Fish, Two Fish, LLC (collectively referred to as "the Entities"); and Micheal Donovan, all of whom are jointly and severally liable for the contempt fines, to be **$315,000.00**. The Clerk is **DIRECTED** to docket a Judgment in this case against Nexus, the Entities, and Donovan, jointly and severally, and payable to RLI in the amount of **$315,000.00**.

2. As the court is imposing new contempt sanctions as reflected in this Order, it is **ORDERED** that the monetary contempt sanctions ordered by the court on July 8, 2022, be, and hereby are, **TERMINATED**.

3. Nexus and the Entities are **ORDERED** to comply with Judge Hoppe's Orders of May 27, 2021, and August 25, 2021, to provide sworn and complete answers to RLI's post-

judgment interrogatories and produce the documents requested by RLI in its request for production of documents and subpoenas. Nexus and the Entities have until **June 30, 2023**, to comply with the Orders, serve the interrogatory answers, and produce the documents.

4. On or before June 30, 2023, RLI is **DIRECTED** to notify the court as to whether Nexus and the Entities have provided sworn and complete answers to interrogatories and produced the documents requested.

5. In the event Nexus and the Entities do not provide sworn and complete answers to interrogatories by the June 30, 2023, deadline, as a further contempt sanction, the court will **ORDER** the United States Marshal to take Nexus's officers, Micheal Donovan and Evan Ajin, into civil confinement until sworn and complete interrogatory answers are served.

6. In the event Nexus and the Entities do not produce the documents requested and subpoenaed by RLI from Nexus and the Entities by the June 30, 2023, deadline, as a further contempt sanction, the court will **ORDER** the appointment of an independent forensic accountant to serve as a Receiver for the limited purpose of taking possession of the books and records of Nexus and the Entities and allowing the discovery of the documents requested and subpoenaed by RLI from Nexus and the Entities. The parties may submit names of independent forensic accountants to serve as Receiver within fourteen (14) days of the date of this Order.

It is so **ORDERED**.

Entered: June 1, 2023

*Digitally signed by Michael F. Urbanski   Chief U.S. District Judge*
*Date: 2023.06.01 17:48:39 -04'00'*

Michael F. Urbanski
Chief United States District Judge