## ABSTRACT OF JUDGMENT

Case Name: RLI Insurance Company v. Nexus Services, Inc. et al

Case Number: **5:18-cv-00066**

| Name(s) of Parties against whom Judgment(s) have been obtained | Name(s) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Nexus Services, Inc., Libre by Nexus, Inc., and Homes by Nexus, Inc., (collectively referred to as "Nexus"); Nexus Commercial Ventures, LLC, Nexus Properties, LLC, One Fish, Two Fish, (collectively referred to as "the Entities") and Micheal Donovan, jointly and severally liable for the contempt fines | RLI Insurance Company |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $315, 000.00 | Dustin Mitchell Paul, Esq.<br>Vandeventer Black LLP<br>101 W. Main Street, Suite 500<br>Norfolk, VA 23510<br><br>Brian C. Padove, Esq.<br>John E. Sebastian, Esq.<br>Watt, Tieder, Hoffar & Fitzgerald, LLP<br>10 S. Wacker Drive, Suite 1100<br>Chicago, IL 60606<br><br>Christopher Matthew Harris, Esq.<br>Vivian Katsantonis, Esq.<br>John Francis Finnegan, III, Esq.<br>Watt Tieder Hoffar & Fitzgerald, LLP<br>1765 Greensboro Station Place, Ste 1000<br>McLean, VA 22102 | 6/2/2023 |

I CERTIFY that the foregoing is a correct Abstract of Judgment

Clerk's Office
United States District Court for
the Western District of Virginia

Date: 06/05/2023

LAURA A. AUSTIN, Clerk of Court

By: Deputy Clerk