**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Harrisonburg**

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>)<br>  Plaintiff, )<br>)<br>  v. )<br>)<br>NEXUS SERVICES, INC., *et al*., )<br>)<br>  Defendants. )<br>_____ ) | C.A. No. 5:18cv00066-MFU-JCH |

**RLI'S PROPOSED INDEPENDENT
FORENSIC ACCOUNTANTS TO SERVE AS RECEIVER**

Plaintiff and Judgment-Creditor, RLI Insurance Company ("RLI"), by counsel, pursuant to the Court's Order dated June 1, 2023 (Dkt. No. 848), hereby submits Matthew O. McDonald, CPA/CFF, CFE at Keiter and Brian Burns, CPA, ABV, CFF, ASA, MAFF at Forvis.  Copies of their *Curriculum Vitae* and Firm Statement of Qualifications are attached for each as Exhibit 1 and 2.

Dated: June 15, 2023

RLI INSURANCE COMPANY

 /s/     Dustin M. Paul

Dustin M. Paul (VSB No.: 75287)
Jennifer L. Eaton (VSB No.: 87491)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600 / Facsimile: 757-446-8670
dustin.paul@wrvblaw.com
jennifer.eaton@wrvblaw.com
*Attorneys for Plaintiff RLI Insurance Company*

4815-5384-6245, v. 1