**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Harrisonburg**

| | |
|---|---|
| RLI INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 5:18cv00066-MFU-JCH |
| | ) |
| NEXUS SERVICES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## **NOTICE**

To date, RLI has not received any other documents or discovery responses since the Court's Order of June 2, 2023. RLI will provide an update if it receives anything between today and June 30th. In anticipation of continued non-compliance by Nexus and the related entities, RLI respectfully files the proposed order, attached as Exhibit 1, for the appointment of a Receiver as contemplated by the June 2, 2023 order of this Court.

Dated: June 20, 2023

                                                        RLI INSURANCE COMPANY

                                                        /s/    Dustin M. Paul

Dustin M. Paul (VSB No.: 75287)
Jennifer L. Eaton (VSB No.: 87491)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600 / Facsimile: 757-446-8670
dustin.paul@wrvblaw.com
jennifer.eaton@wrvblaw.com
*Attorneys for Plaintiff RLI Insurance Company*