# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **RLI INSURANCE COMPANY,** | ) |
| | ) |
| Plaintiff, | ) Case No. 5:18-cv-066 |
| | ) |
| v. | ) By:    Michael F. Urbanski |
| | ) Chief United States District Judge |
| **NEXUS SERVICES, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter was referred to the Honorable Joel C. Hoppe, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition as to plaintiff RLI Insurance Company's request for attorneys' fees and costs. ECF No. 802. The Magistrate Judge filed a report and recommendation on December 1, 2022, recommending that the court award $20,743.00 in attorneys' fees and $1,074.52 in related expenses. ECF No. 812, at 2. No objections to the report and recommendation have been filed, and the court is of the opinion that the report should be adopted in its entirety.

As such, it is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's report and recommendation is **ADOPTED in its entirety**, and that RLI Insurance Company is awarded Twenty-One Thousand Eight Hundred Seventeen and 52/100 Dollars ($21,817.52) in attorneys' fees and expenses.

The Clerk is directed to send a certified copy of this Order to counsel of record.

It is **SO ORDERED**.

Entered: June 26, 2023

*[Signature]*
Digitally signed by Michael F. Urbanski Chief U.S. District Judge
Date: 2023.06.26 11:25:35 -04'00'

Michael F. Urbanski
Chief United States District Judge