AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Western District of Virginia

RLI Insurance Company )
_____ )
*Plaintiff* )
v. ) Civil Action No.  5:18-cv-00066
Nexus Services, Inc. et al )
_____ )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)*   RLI Insurance Company   recover from the
defendant *(name)*   Nexus Services, Inc., Libre by Nexus, Inc., and Homes by Nexus, Inc.   the amount of
$21,817.52   dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____   recover costs from the plaintiff *(name)* _____

☒ other:   The total fee award of $21,817.52 should be jointly and severally imposed on the Nexus defendants,
the Entities, and Mr. Donovan.

.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Michael F. Urbanski, Chief United States District Judge   xxxxxxxxxxxxxx
6/26/2023 Order

.

Date:  6/27/2023

*CLERK OF COURT*

_J. Vasquez_, Deputy Clerk
_____
*Signature of Clerk or Deputy Clerk*