# This IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF VIRGINIA
### Harrisonburg

| | | |
|---|---|---|
| RLI INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 5:18cv00066-MFU-JCH |
| | ) | |
| NEXUS SERVICES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **NOTICE**

Consistent with the Court's direction in its June 2, 2023, Memorandum Opinion, RLI hereby notifies the Court that, late in the evening on June 29, 2023, RLI received purported supplemental discovery responses from Nexus. Because of the late nature of this production, RLI has not had sufficient time to review and represent to the Court whether or not Nexus has produced complete answers to interrogatories and fully produced the documents requested by RLI in its post-judgment discovery. RLI plans to review the production and assess whether the production is in compliance with this Court's Opinion as soon as practicable and will advise the Court of the same upon completion.

Counsel for Nexus, Zachary Lawrence, advised the undersigned counsel that he does not represent the Entities (Nexus Commercial Ventures, LLC, Nexus Properties, LLC, and One Fish, Two Fish, LLC). Since the Court's June 2, 2023, Memorandum Opinion, RLI has not received any discovery production from the Entities.

Dated: June 30, 2023

RLI INSURANCE COMPANY

/s/  *Jennifer L. Eaton*

Dustin M. Paul (VSB No.: 75287)
Jennifer L. Eaton (VSB No.: 87491)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600 / Facsimile: 757-446-8670
dustin.paul@wrvblaw.com
jennifer.eaton@wrvblaw.com
*Attorneys for Plaintiff RLI Insurance Company*