**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Harrisonburg**

| | |
|---|---|
| RLI INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 5:18cv00066-MFU-JCH |
| NEXUS SERVICES, INC., *et al.*, | ) ) ) |
| Defendants. | ) ) |

## **NOTICE**

Consistent with the Court's direction in its June 2, 2023, Memorandum Opinion, RLI hereby notifies the Court that, late in the evening on June 30, 2023, RLI received purported discovery responses from the Entities (Nexus Commercial Ventures, LLC, Nexus Properties, LLC, and One Fish, Two Fish, LLC). Because of the late nature of this production, RLI has not had sufficient time to review and represent to the Court whether or not the Entities have produced complete responses requested by RLI in its post-judgment discovery. RLI plans to review the production and assess whether the production is in compliance with this Court's Opinion as soon as practicable and will advise the Court of the same upon completion.

Dated: July 3, 2023

                                           RLI INSURANCE COMPANY

                                           /s/ *Jennifer L. Eaton*

Dustin M. Paul (VSB No.: 75287)
Jennifer L. Eaton (VSB No.: 87491)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600 / Facsimile: 757-446-8670
dustin.paul@wrvblaw.com
jennifer.eaton@wrvblaw.com
*Attorneys for Plaintiff RLI Insurance Company*