IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| **RLI INSURANCE COMPANY,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:18-cv-066 |
| | ) | |
| v. | ) | By: Michael F. Urbanski |
| | ) | Chief United States District Judge |
| **NEXUS SERVICES, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On June 2, 2023, the court ordered Defendants Nexus Services, Inc., Libre by Nexus, Inc., and Homes by Nexus, Inc. (collectively, "Nexus") and Nexus Commercial Ventures, LLC, Nexus Properties, LLC, and One Fish, Two Fish, LLC (collectively, the "Entities"), to comply with Judge Hoppe's Orders of May 27, 2021, and August 25, 2021, to provide sworn and complete answers to post-judgment interrogatories propounded by plaintiff RLI Insurance Company ("RLI"), and to produce the documents sought by RLI in its request for production of documents and subpoenas. ECF No. 848. The court provided a deadline of June 30, 2023. Id.

On June 30, 2023, in compliance with the court's order, RLI notified the court that Nexus had received "purported supplemental discovery responses from Nexus" late in the evening of June 29, 2023. ECF No. 855. On July 3, 2023, RLI notified the court that they had received additional discovery responses late in the evening on June 30, 2023. ECF No. 856. At the time of each filing, RLI represented that it had not yet had the opportunity to thoroughly review the material produced.

RLI is **DIRECTED** to complete its review of the materials produced by August 15, 2023, and to provide notify the court as to whether Nexus has provided sworn and complete answers to interrogatories and produced the documents requested.

It is **SO ORDERED**.

Entered: July 15, 2023

Digitally signed by Michael F. Urbanski   Chief U.S. District Judge
Date: 2023.07.15 14:26:17 -04'00'

Michael F. Urbanski
Chief United States District Judge