IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXUS SERVICES INC.,<br>LIBRE BY NEXUS INC.,<br>HOMES BY NEXUS INC.,<br><br>    Defendants. | Case No.: 5:18-CV-00066-MFU-JCH |

### MOTION TO PARTIALLY VACATE, MODIFY, OR IN THE ALTERNATIVE ORDER CONTEMPT PURGED.

COMES NOW Nexus Services, Inc., who, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 60(b)(2), (5), (6) or alternatively under the Court's inherent powers, respectfully requests an order partially vacating its orders entered on July 8, 2022, and June 2, 2023. Specifically, Nexus Services requests the Court partially vacate portions of its June 2, 2023 Order (ECF Doc. No. 848) holding Nexus Parties in contempt and ordering further sanctions, and vacate its previous contempt order entered July 8, 2022 (ECF Doc. No 797) *in toto* or in the alternative Nexus Parties request that the Court modify its June 2023 Order to the same effect and vacate its initial July 2022 Order; or in the alternative simply issue a superseding order holding the contempt purged.

| | |
|---|---|
| Dated: August 27, 2023 | Respectfully submitted, |
| Mexico City, Mexico | /s/Zachary Lawrence |
| | Lawrence Law Firm PLLC<br>166 Five Acres Lane<br>Cold Brook, NY 13324<br>202-468-9486<br>zach@zlawpllc.com<br>*Pro hac vice* (NY Bar No.: 5798202)<br>*Attorney for Nexus Services, Inc.* |