**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
VIRGINIA
Harrisonburg Division**

RLI INSURANCE COMPANY,

Plaintiff/Counterclaim Defendant,

v.

Case No.: 5:18-cv-00066-MFU-JCH

NEXUS SERVICES, INC., *et. al.*
Defendant/Counterclaim Plaintiffs

DEFENDANT'S ANSWERS TO INTERROGATORIES

COMES NOW the Defendant, Nexus Services, Inc., ("Nexus") by counsel, and for its

Answers to Plaintiff RLI Insurance Company's Interrogatories, respectfully states as follows:

1. **Please state the name, address, employer, and job title of the individual answering these interrogatories.**
   ANSWER: Evan Ajin, 8 Gables East Blvd., Apt. 204, Fishersville, VA 22939, Corporate Secretary, Nexus Services, Inc. Mr. Ajin previously resided at 30 South Wind Song Court, Fishersville, VA 22939 until in or about January 2020.

2. **Identify all members (or individuals who otherwise hold an ownership interest) of the Company and provide each member's respective membership interest, address, and-in the event of a company or corporate entity-provide the state of incorporation or formation.**

   ANSWER: Currently Micheal Donovan owns 90% ownership interest in Nexus Services, Inc. and Evan Ajin owns 10% interest in Nexus Services, Inc.

1

Previously, up until February 24, 2022, Richard E. Moore owned 39% interest in Nexus Services, Inc.; on that date Mr. Moore transferred his interest in Nexus Services, Inc. to Mr. Donovan.

Mr. Moore and Mr. Donovan reside at 47 South Wind Song Court, Fishersville, VA 22939.

Mr. Ajin previously resided at 30 South Wind Song Court, Fishersville, VA 22939, until in or about January 2020, and currently resides at 8 Gables East Blvd., Apt. 204, Fishersville, VA 22939.

3. **Identify the nature, amount, and basis for any compensation, benefit, loan, distribution, or other financial transfer to a Member (or to the benefit of a Member) in the past 36 months.**

ANSWER: Mr. Ajin received $197,363.90 in compensation in the form of salary for the year 2018.

Mr. Ajin received 159,405.00 in compensation in the form of salary for the year 2019.

Mr. Ajin received $81,311.86 in compensation in the form of salary for the year of 2020.

Mr. Ajin received $72,116.84 in compensation in the form of salary for the year of 2021.

Mr. Ajin received $63,471.75 in compensation in the form of salary for the year of 2022.

Mr. Ajin has received $35,400.00 in compensation in the form of salary for the year of 2023.

Mr. Donovan received $514,787.68 in compensation in the form of salary for the year 2018.

2

Mr. Donovan received $552,311.68 in compensation in the form of salary for the year 2019.

Mr. Donovan received $195,539.50 in compensation in the form of salary for the year of 2020.

Mr. Donovan received $140,276.89 in compensation in the form of salary for the year of 2021.

Mr. Donovan received $75,719.24 in compensation in the form of salary for the year of 2022.

Mr. Donovan has received $27,692.40 in compensation in the form of salary for the year of 2023.

Mr. Moore received $407,813.27 in compensation in the form of salary for the year 2018.

Mr. Moore received $435,800.42 in compensation in the form of salary for the year 2019.

Mr. Moore received $173,060.59 in compensation in the form of salary for the year of 2020.

Mr. Moore received $94,071.72 in compensation in the form of salary for the year of 2021.

Mr. Moore received $51,919.45 in compensation in the form of salary for the year of 2022.

Mr. Moore received $20,769.12 in contract consideration in return for consulting services in the year of 2023.

Mr. Donovan received a salary in his role as president and CEO for services performed for Nexus Services, Inc.

3

Mr. Moore received a salary in his role Executive Vice President for services performed for Nexus Services, Inc. After, divesting himself of interest in Nexus Services, Inc. Mr. Moore received compensation for consulting services provided to Nexus Services, Inc.

All other responsive information, in Company's control and possession, relating to this interrogatory is contained in Company's most recent production, located in folder labeled "OCR & Bates RLI Production March2023," bates numbers 0173497-0173844.

Mr. Ajin received a salary in his role as Vice President of Operations and Corporate Secretary for services performed for Nexus Services, Inc.

No member has taken any distributions in the past 36-month period.

Shareholder loans stopped entirely on May 4 of 2020; all previous shareholder loans and description of the same are contained in Annex 1 and 6, despite diligent searches of the records currently in Nexus Services, Inc.'s custody and control, no other information could be obtained relating to shareholder loans. On information and belief, to the extent other information on such shareholder loans may exist, it would be in the custody and control of the Augusta County Circuit Court, which retains custody of property seized pursuant to search warrants issued by the same Court. The Augusta County Sheriff's Office seized an unknown number of corporate documents on or about, October 5, E2022, pursuant to, search warrant 015CM2200006355, which was for the 113 Mill Place Parkway, Verona, Virginia 24482.

4. **Identify all loans given by the Company to any employee or member of the Company and state the date, amount, terms, and recipient of the loan, and identify any documents, including communications, which support or relate to such a loan.**

4

ANSWER: All loans as well as the amount, recipient, description, *etc.*, are

identified in Annex 1 and 6; all other responsive information, in Company's

control and possession, relating to this interrogatory is contained in

Company's most recent production, located in folder labeled "OCR & Bates

RLI Production March2023," bates numbers 0222739-0222893.

Nexus Services, Inc. has no additional information relating to these loans, nor

despite diligent search could Nexus Services, identify or locate any additional

documents or communications relating to such loans.

On information and belief, to the extent other information on such loans may

exist, it would be in the custody and control of the Augusta County Circuit

Court, which retains custody of property seized pursuant to search warrants

issued by the same Court. The Augusta County Sheriff's Office seized an

unknown number of corporate documents on or about, October 5, 2022,

pursuant to, search warrant 015CM2200006355, which was for the 113 Mill

Place Parkway, Verona, Virginia 24482.

Further, on information and belief, Countryside Services Company, 28

Imperial Drive, Staunton, Virginia 24401, may have additional responsive

information relating to loans and loan documentation. Company attempted to

secure such information and documents diligently, requesting such four

separate times, but has only received the foreclosure notifications produced in

Annex 7 from Countryside Services Company.

5. **To the extent the Company has, or within the last thirty-six months has had, an ownership, membership or shareholder interest in another entity, state the name of the entity, the amount of the interest, the state of incorporation or formation of the entity, and identify any other owners, members, or shareholders and the respective ownership, membership or shareholder percentages, identifying the periods of time in which each such interest was had.**

ANSWER:

Nexus Services, Inc. has never had an interest in any company within the past 36-months. In the interest of candor below are a list of companies that have relationships with Nexus that are owned by shareholders or past shareholders of Nexus

1. Libre by Nexus; incorporated in Georgia; Micheal Donovan (51%), Richard Moore (39%), Evan Ajin (10%); ownership interest has remained constant from the date of incorporation, July 4, 2017 to February 24, 2022. On February 24, 2022, Mr. Donovan acquired Mr. Moore's 39% interest. From that date to present Mr. Donovan has owned 90% and Mr. Ajin has owned 10%..

2. Homes by Nexus Inc.; incorporated in Virginia; Micheal Donovan (51%), Richard Moore (39%), Evan Ajin (10%); ownership interest has remained constant from the date of incorporation, January 1, 2015, to on or about May 31, 2022.

3. Nexus Health, Inc.; incorporated in Virginia; Micheal Donovan (100%); ownership interest has remained constant from the date of incorporation, April 13, 2015, to on or about October 31, 2022.

4. Secure by Nexus, Inc.; incorporated in Virginia; Micheal Donovan (51%), Richard Moore (39%), Evan Ajin (10%); ownership interest has remained constant from the date of incorporation, November 3, 2014, to on or about March 31, 2021.

5. Empower by Nexus Inc.; incorporated in Virginia; Micheal Donovan (51%), Richard Moore (39%), Evan Ajin (10%); ownership interest has

6

remained constant from the date of incorporation, February 19, 2016, to on or about June 30, 2022.

6.  Nexus Retail Brands, Inc.; incorporated in Virginia; Micheal Donovan (51%), Richard Moore (39%), Evan Ajin (10%); ownership interest has remained constant from the date of incorporation, December 13, 2017, to on or about December 31, 2018.

7.  Gamer Oasis, LLC; formed in Virginia; 100% ownership by Richard Moore (from date of formation, January 25, 2018, to present)

8.  Nexus Properties LLC; formed in Virginia, owned mutually between Micheal Donovan and Richard Moore (from date of formation, 07/07/2014, to present).

9.  One Fish Two Fish LLC; formed in Virginia, owned mutually between Micheal Donovan and Richard Moore (from date of formation, 01/14/2016, to present).

10. Nexus Commercial Ventures LLC; formed in Virginia, owned mutually between Micheal Donovan and Richard Moore (from date of formation, 01/14/2016, to present).

11. Nexus Health, Inc.; incorporated in Virginia; Micheal Donovan (51%), Richard Moore (39%), Evan Ajin (10%); ownership interest has remained constant from the date of incorporation, May 13, 2015, to on or about January 16, 2022 when dissolved.

All other information relating to companies listed is provided in Annex 11.


6.  **For the last 36 months, identify the company(s) and/or individual(s) - including, but not limited to, any and all third parties - that have been responsible for maintaining, revising, possessing, or otherwise keeping the Company's financial**

7

**records, a description of the specific responsibility of each such company(s) and/or individual(s), and the period of time in which they had the responsibility**.

ANSWER:

Rebecca Wells, responsible from on or about September 27, 2021 to present; Ms. Wells has acted as CFO of Nexus Services; Ms. Wells was hired by Nexus Services, Inc. as CFO. She handles the day-to-day management of the accounting department.

Timothy Okosnki, responsible from in or about June 2016 to December 31, 2019. Mr. Okonski has acted as CFO of Nexus Services; Mr. Okonski handled the day-to-day operations and management of the accounting team, when he acted as CFO, and now serves as Business and Compliance Manager.

Greg Solsrud, responsible from on or about December 3, 2018 to December 16, 2018. Mr. Solsrud acted as CFO and handled day-to-day operations and management of accounting team.

Beth Hurst, responsible from on or about July 1, 2016 to October 2018; Ms. Hurst acted as Finance Manager, and made decisions relating to coding of transactions, process implementation, and held other related duties.

Ryan Row, responsible from on or about November 27, 2017 to November 2, 2020; Mr. Row acted as a Finance Clerk. Mr. Row's duties included coding invoices, organizing APP, and entering data into Quickbooks.

8

Twana Washington, responsible from on or about April 29, 2019 to September 27, 2021. Ms. Washington acted as a Senior Finance Clerk. Ms. Washington was responsible for managing other financial clerks, coding invoices, organizing APP, and entering data into QuickBooks.

Wanda Barns, responsible from on or about December 3, 2018 to April 8, 2019. Ms. Barns acted as Finance Manager. Ms. Barns duties included coding invoices, organizing APP, and entering data into Quickbooks.

Grant Thorton, responsible from on or about April 11, 2019 to February, 2020. Mr. Thorton altered accounting system from cash accounting to accrual accounting, but ultimately due to cash flow was not maintained.

Ethan Cook, of Foti, Flynn, Lowen & Co, responsible from on or about 2014 to 2019. Mr. Cook was responsible for tax preparations and filings for the years of 2013-2016.

Jazaa Business Services, responsible from February 21, 2022 to present. Jazaa Business Services has been responsible for preparing tax filings for the years of 2019-2022.

Erica April Galla, responsible from August 14, 2022 to November 12, 2022. Ms. Galla provided accounting services relating to the years of 2019-2020.

9

Ira Grace Sabado, responsible from June 23, 2022 to present. Ms. Sabado

provided accounting services relating to the years of 2019-2022.

7. **List by year, make, model, purchase price, VIN, loan balance or lease obligation, if any, and current location of any and all cars, trucks, motorcycles, boats, trailers, and other motor vehicles owned, leased, used by or titled to the Company during the last three years. If the property is not owned by the Company, list the name and address of the owner. If the property has been transferred to another person or entity, list the name, address and telephone number of the transferee, the date of transfer, and the amount paid by transferee.**

ANSWER:

A list of all vehicles which Nexus Services, Inc. has owned or currently owns

is set forth in Annex 2 (attached hereto). Annex 2 lists all information

currently known to Nexus Inc, relating to the purchase, sale, transfer, *etc.* of

each vehicle. All other responsive information, in Company's control and

possession, relating to this interrogatory is contained in Company's most

recent production, located in folder labeled "OCR & Bates RLI Production

March2023," bates numbers 0238346-0239703.

To the extent Annex 2 lists information as "unknown" or "not available" such

information is not currently in the custody and control of Nexus Services, Inc.

Nexus Services, Inc. has diligently searched its own records and contacted

sellers and buyers of vehicles in an attempt to learn further responsive

information to this interrogatory.

To the extent further information may exist, it would be in the custody and

control of the Augusta County Circuit Court, which retains custody of property

seized pursuant to search warrants issued by the same Court. The Augusta

County Sheriff's Office seized an unknown number of corporate documents on

10

or about, October 5, 2022, pursuant to, search warrant 015CM2200006355,

which was for the 113 Mill Place Parkway, Verona, Virginia 24482.

8. **List any and all real property owned by the Company (or in which the Company has had an interest) at any time during the last three years, including a detailed description of the property, purchase price, current value, nature and extent and duration of interest held, amount of any loan balance against the property, the location (including the county), and who, if anyone, currently uses, resides, leases, or otherwise occupies the property. If the property has been transferred to another person or entity, list the name, address and telephone number of the transferee, the date of transfer, and the amount paid by the transferee.**

ANSWER:

All real property Nexus Services, Inc. has owned, or currently owns is set forth in Annex 3 (attached hereto). All other responsive information, in Company's control and possession, relating to this interrogatory is contained in Company's most recent production, located in folder labeled "OCR & Bates RLI Production March2023," bates numbers 0222894-0222907; 0239704-0239729. Annex 3 lists all information currently known to Nexus Services, Inc., relating to the purchase, sale, transfer, *etc*. of real property. Annex 7 has all current loan information to which Nexus Services, Inc., currently has access.

Nexus Services Inc., conducted an extensive search of its own internal records and contacted Countryside Services Company, 28 Imperial Drive, Staunton, Virginia 24401, which on information and belief holds the loans for all real property and purchased or foreclosed upon a significant portion of the real property holdings of Nexus Services, Inc.

To the extent further information may exist, it would be in the custody and control of the Augusta County Circuit Court, which retains custody of property

11

seized pursuant to search warrants issued by the same Court. The Augusta

County Sheriff's Office seized an unknown number of corporate documents on

or about, October 5, 2022, pursuant to, search warrant 015CM2200006355,

which was for the 113 Mill Place Parkway, Verona, Virginia 24482.

9. **List each and every financial institution, including banks, savings and loan associations, credit unions, brokerage houses, or otherwise, where in the last 24 months the Company has had, opened, or applied for an account, been named in any capacity on an account, or has signature authority, including the name, address and telephone number of the institution, the account number, and the current balance of each account.**

ANSWER:

Nexus services has had, opened, or applied for accounts at the institutions

listed in Annex 4. Currently all such accounts are closed, and none continues

to have any balance. All other responsive information, in Company's control

and possession, relating to bank this interrogatory is contained in Company's

most recent production, located in folder labeled "OCR & Bates RLI

Production March2023," bates numbers 00000001-0173496.  To the extent

available, full account numbers have been provided where such has been

impossible to provide, due to the closure of the account, and inaccessibility to

online banking systems, Nexus Services has provided the ending account

numbers available on physical statements and/or account documents.

Despite diligent efforts, including an extensive search of internal documents,

Nexus Services, Inc. can provide no further responsive information to this

interrogatory. To the extent further information may exist, it would be in the

custody and control of the Augusta County Circuit Court, which retains

custody of property seized pursuant to search warrants issued by the same

12

Court. The Augusta County Sheriff's Office seized an unknown number of

corporate documents on or about, October 5, 2022, pursuant to, search warrant

015CM2200006355, which was for the 113 Mill Place Parkway, Verona,

Virginia 24482.

10. **List every person or entity which owes money to the Company in excess of $2,500, including the name, address and phone number, the amount owed, if payments are due, the amount and dates they are due, and the reason the moneys are owed. This list should include all unpaid debts that have matured over the past 36 months regardless of the Company's intentions or expectations regarding recovery or enforcement of such obligations.**

ANSWERS:

Currently, each of the persons or entities listed in Annex 5 owe Nexus

Services, Inc. in excess of $2,500. These amounts are all due in full and are all

immediately due. The amounts are all due pursuant to Nexus Services

Payment Program, by which consumers of services pay for the provision of

services.

All shareholder and employee loans are provided in Annex 6 and Annex 1,

including all information relating to the amounts due, maturation, and reasons

for loan, to the extent that such exist.

All other responsive information, in Company's control and possession,

relating to this interrogatory is contained in Company's most recent

production, located in folder labeled "OCR & Bates RLI Production

March2023," bates numbers 0307875-0319757.

11. **Identify all tangible assets not already listed above that are held by the Company or in which the Company holds an interest with a present value in excess of $1,000.00 and identify the nature and extent of the Company's interest in each such asset.**

13

ANSWER:

Not including any tangible asset listed above, Nexus Services holds a 100%

interest in the following items which on information and belief have a current

value of over $1000:

a.  Xerox Color C60 Production Printer

b.  Decorative Waterfall

c.  Guard Booth (movable)

d.  Desk (decorative)

e.  Employee Exercise Equipment

Various other tangible property is owned by company, which has a market

value close to but under $1000, *e.g.*, used computers, ipones, tablets, *etc.*

**12. Identify all intangible assets not already listed above that are held by the Company or in which the Company holds an interest with a present value in excess of $1,000.00 and identify the nature and extent of the Company's interest in each such asset.**

ANSWER:

Nexus Services holds a 100% interest in the following:

a.  Librebynexus.com (domain)

b.  Nexushelps.com (domain)

c.  Presotolibre.com (domain)

d.  Empowerlaunch.com (domain)

e.  Libre (mobile application)

f.  Tellnexus.com (domain)

g.  Projectnexus.com (domain)

h.   Freebellami.com (domain)

i.   Truthaboutnexus.com (domain)

j.   Meetlibre.com (domain)

k.   Nexustruth.com (domain)

l.   Librefacts.com (domain)

m.   Truthaboutlibre.com (domain)

n.   Factsaboutnexus.com (domain)

o.   Nexusfacts.com (domain)

p.   Fightice.com (domain)

q.   Potential legal claim, Nexus Services Inc. v. Carl Anderson, Rock Spring Law Group, legal malpractice, fraud. Estimated value of claims: An amount in excess of $2 Million Dollars.

r.   Potential legal claim, Nexus Services Inc. v. Donald Smith, 1983 Claims related to illegal search. Estimated value of claims: An amount in excess of $1 Million Dollars.

s.   Potential legal claim, Nexus Services Inc. v. David Briggman, tortious interference. Estimated value of claims: An amount in excess of $2 Million Dollars

**13. Identify all mortgages, deeds of trust, liens, loans or other debts or obligations owed by the Company.**

ANSWER:

Company has an outstanding loan to Subversivo, LLC in the amount of $997,800, of which $500,000 remains outstanding.

15

Currently, Company has an outstanding judgment in the amount of $2,083,398.77  resulting from *JUAN QUINTANILLA VASQUEZ, et al.,  v. LIBRE BY NEXUS, INC.* (17-cv-00755 CW)

Currently, Company has an outstanding judgment in the amount of $1,128,728.69 resulting from *SHERMAN-STOLTZ LAW GROUP, PLLC v NEXUS SERVICES, INC.* (CL22000616-00).

Currently Company has an outstanding judgment in the amount of $540,000.00 resulting from *ECKERT SEAMANS v. NEXUS SERVICES, INC.* (CL21-4749).

Currently, Company has an outstanding judgment in the amount of $263,890.41 resulting from Arbitration conducting by Real Law relating to the Estate of Michael Hassen.

Currently, Company has an outstanding judgment in the amount of $500,000.00 resulting from *NEXUS SERVICES, INC. v. BUDDI US LLC, BUDDI LTD., MONITORING PARTNERS LIMITED* (2020-CA-005809).

Company owes Financial Casualty and Surety Company contingent liabilities for bonds secured by Libre by Nexus in an amount exceeding <u>$60 Million Dollars</u>. Company owes Financial Casualty and Surety Company current liabilities in excess of <u>$3 Million Dollars</u> for bond breaches.

Company owes AIA/International Fidelity contingent liabilities for bonds secured by Libre by Nexus in an amount exceeding <u>$25 Million Dollars</u>. Company owes AIA/International Fidelity current liabilities in excess of <u>$2 Million Dollars</u> for breached bonds.

Company owes American Surety Company contingent liabilities for bonds secured by Libre by Nexus in an amount exceeding <u>$40 Million Dollars</u>.

16

Company owes American Surety Company current liabilities in excess of $500,000.

Company owes Peter Thos. Hansen, P.C. $22,000; Company owes Chris Okay $41,098.65; Company owes Lawrence Law Firm, PLLC $85,307.98 of which $72,038.74 is due immediately.

All debts owed by the Company (including mortgages, deeds of trust, liens, *etc*.) are listed in Annex 7, Annex 3, and documents referenced in Response to Interrogatory 8 above. All other responsive information, in Company's control and possession, relating to this interrogatory is contained in Company's most recent production, located in folder labeled "OCR & Bates RLI Production March2023," bates numbers 0319758-319899.

Nexus Services, Inc. has been unable to locate any additional responsive information, despite diligent efforts, including an extensive search of internal documents and contacting Countryside Services Company, 28 Imperial Drive, Staunton, Virginia 24401 in search of responsive information. Nexus Services, Inc. can provide no further responsive information to this interrogatory.To the extent further information may exist, it would be in the custody and control of the Augusta County Circuit Court, which retains custody of property seized pursuant to search warrants issued by the same Court. The Augusta County Sheriff's Office seized an unknown number of corporate documents on or about, October 5, 2022, pursuant to, search warrant 015CM2200006355, which was for the 113 Mill Place Parkway, Verona, Virginia 24482.


14. **Identify any and all collateral the Company has posted or pledged with, or otherwise set aside or made available to, any surety, insurer, financial institution, or any other entity stating the nature, value and owner(s) of the collateral, the collateral terms, the date of each such transaction and any and all reasons why**

**the Company has not offered or made such collateral available for satisfaction of the judgment in this case.**

ANSWER:

All collateral posted by the Company (including the value, nature, and owner of collateral and terms, *etc.*) are listed in Annexes 3 & 7.

Virtually all collateral listed is facing foreclosure; however, Company offered to convey a deed in trust on real property and rental income of real properties offered in Annexes 3 & 7; however, RLI rejected this offer on or about in July of 2021, when the Honorable Judge Urbanski ordered the parties to mediation. Nexus Services, Inc., posted $832,529.51 in payments to AIA/International Fidelity and made available as general collateral or for specific bond breaches. Company records indicate that $207,000 was specifically paid into a buildup trust account.   Nexus Services, Inc. has not posted or pledged any other property, with the exception of the monies paid to RLI to satisfy the judgment in this case.

 In the interest of candor, Company would note that normal transactions involved third party collateralizers posting security or pledging property. Nexus Services, Inc. has been unable to locate any additional responsive information, despite diligent efforts, including an extensive search of internal documents and contacting Countryside Services Company, 28 Imperial Drive, Staunton, Virginia 24401 in search of responsive information. Nexus Services, Inc. can provide no further responsive information to this interrogatory.To the extent further information may exist, it would be in the custody and control of the Augusta County Circuit Court, which retains custody of property seized pursuant to search warrants issued by the same Court. The Augusta County

18

Sheriff's Office seized an unknown number of corporate documents on or about, October 5, 2022, pursuant to, search warrant 015CM2200006355, which was for the 113 Mill Place Parkway, Verona, Virginia 24482.

15. **Explain and identify in detail how clients of the Company are currently transmitting or otherwise making payments for any goods, services, or other products of the Company and how the Company is receiving such payments, including a listing of all accounts, systems and other mechanisms established or used for the receipt or collection of such payments.**

> <u>ANSWER:</u> Nexus Clients currently make payments via Zoho, an online payment portal at https://books.zoho.com/portal/librebynexus, clients may also call (1-888-997-7646) and pay telephonically by credit or debit card; these transactions are processed by a third-party processing company, Subversivo, LLC pursuant to various services agreements entered into with Subversivo, LLC, which are contained in Annex 10.
>
> Currently Nexus Services, has been unable to establish a lasting relationship with a financial institution because of pending litigation against the CFPB, and utilizes a vendor, Subversivo, LLC, to both process payments and conduct all financial transactions due to the current lack of institutional relationships and because sureties have demanded that an independent third-party actor guarantee all transactions and bonds.

16. **Name all executives or officers of the Company, and any employee who you claim is neither an executive or officer, who received more than $100,000 in salary or compensation (on an annualized basis) in the last year, stating their name, address, position, length of time with the Company, and a general statement of their responsibilities.**

> <u>ANSWER:</u>

19

Each of the following persons was compensated in excess of $100,000 in the last year:

Rebecca Wells, acting as CFO.

Address: 48 Rogers Street Southeast Atlanta, GA 30317

Duties: Ms. Wells acts as CFO; she handles the day-to-day management of the accounting department.

Timothy Shipe, acting as Vice President of Support Services.

Address: 1828 Springhill Road Staunton, VA 24401

Duties: Mr. Shipe oversees the daily operations of non-revenue-generating departments such as Public Relations, Human Resources, Information Technology, Inventory Management, etc.

Michael Song, acting as Outside General Council.

Address: 2844 Yosemite Street, Denver, CO 80238

Duties: Mr. Song oversees all legal matters for the company, organizing different attorneys, and providing counsel to the executive team on legal matters.

**17. State the amount of legal fees the Company has paid in the last 24 months, and identify the recipient of any such funds by date and amount. This request does not seek the nature of the representation or the disclosure of legal advice or services requested or rendered, and this request is not prohibited by the attorney-client privilege.**

ANSWER:

20

All legal fees paid by the Company in the last 24 months and the dates and

amounts paid are listed in Annex 8. To the extent that dates of payment are

unavailable, Company has diligently searched but could not determine the date

of the payments made. To the extent that such dates are not available, and

Company was able to describe payment structure, Company has provided the

same or the total amount remitted to the law firm for the available years.

No other relevant information could be located despite diligent searches of

internal records.

18. **For all amounts that are currently listed in "accounts receivable" in the Company's financial records (or have been listed there in the past 24 months and had an amount of more than $5,000), state the amount, the identity of who owed the amount, describe the reason owed, identify any documentation, including communications, related to, or supporting the amount owed, and identify any note, agreement, or other instrument related to the receivable. Your answer must include those amounts related to Becky Neal, Erik Schneider, Evan A., Gordon Turner, Jose Mendoza, Mike Donovan, Rich M, Tim Okonski, and "Shareholder Loan."**

ANSWER:

Currently, all accounts receivable in excess of $5000 are listed in Annex 5 and

6 and 1. The amounts listed in Annex 5 are all due in full and are all

immediately due. The amounts are all due pursuant to Nexus Services

Payment Program, by which consumers of services pay for the provision of

services.

All information available to Nexus Services, Inc. relating to shareholder loans

is reflected by the information contained in Annex's 6 and 1.

All other responsive information, in Company's control and possession,

relating to this interrogatory is contained in Company's most recent

21

production, located in folder labeled "OCR & Bates RLI Production

March2023," bates numbers 0307875-0319757.

Nexus Services, Inc. has conducted a diligent search of its own records and

could find no further information relating to those loans.

**19. Explain the relationship between Company and 8 bit Gamer Oasis and list and describe any financial transactions between the entities, including their respective officers, members, or shareholders, in the past 48 months.**

ANSWER:

There does not exist any relationship. "8 bit Gamer Oasis" has never been an

entity. 8 Bit Oasis, LLC's assets were purchased by Nexus Services, Inc,

through a subsidiary, in or about January 2018 purchased for $5000, those

assets were later sold to Entlest Brands, Inc., in or about March 2019, for

$25,000. Gamer Oasis, LLC, is a company in which Nexus Services, Inc. has

never had any interest and with which Nexus Services, Inc. has never had any

relationship. Gamer Oasis, LLC, is wholly owned by Entlest Brands, Inc., and

has always been wholly owned by Entlest Brands, Inc. Many of the assets of 8

Bit Oasis, LLC, were later transferred to Gamer Oasis, LLC, after Mr. Moore's

acquisition of those assets as described above.

Nexus Services, Inc., has had no relationship with Gamer Oasis, LLC, nor

have any transactions occurred between Nexus Services, Inc. and Gamer

Oasis, LLC. The only transaction which occurred between Nexus Services,

Inc. and 8 Bit Oasis, LLC is described above.

**20. Identify all other commercial, charitable, or other entities that are or have been funded in whole or in part by the Company over the past three years and for each such entity, identify the basis and extent of such funding, any and all consideration received or expected in exchange for such funding, and any and all relationships between the recipient or other beneficiary of such funding, on the**

22

one hand, and the Company or any of its members, officers or owners, on the other.

ANSWERS:

Currently, all entities as well as the basis and extent of fundings, as well as the consideration received or expected for such funding, and the nature of the relationship is listed in Annex 9. The information contained in Annex 9 represents all responsive information which Nexus Services, could discover after a diligent search of internal corporate records and contacting parties to whom Nexus Services, Inc. provided funding.

**VERIFICATION AND NOTARIZATION**

I, _Evan Ajin_ Evan Ajin am a member of Defendant Nexus Services, Inc. and serve as its Corporate Secretary. I am the agent of Defendant for the purpose of answering the above Interrogatories. I have read the foregoing interrogatories and the answers to those interrogatories, which are true according to the best of my knowledge, information, and belief. I declare under penalty of perjury that the foregoing is true and correct.

Dated this 29th day of June, 2023.

EVAN AJIN

Sworn to me this 29th day of June, 2023.

Notary Public

ALISHA SHARPE
NOTARY PUBLIC
REGISTRATION # 8028664
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 06/30/2026

23

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

RLI INSURANCE COMPANY,

Plaintiff/Counterclaim Defendant,

v.                                          Case No.: 5:18-cv-00066-MFU-JCH

NEXUS SERVICES, INC., *et. al.*

Defendant/Counterclaim Plaintiffs

**DEFENDANT'S ANSWERS TO INTERROGATORIES**

# Annex 1

| | Wage-January | June | December | W-2 totals |
|---|---|---|---|---|
| **2018** | | | | |
| Richard Moore | $ 450,000.20 | $ 400,000.12 | $ 248,000.12 | $ 407,813.27 |
| Michael Donovan | $ 549,999.84 | $ 499,999.76 | $ 275,676.96 | $ 514,787.68 |
| Evan Ajin | $ 219,499.80 | $ 207,910.56 | $ 132,340.00 | $ 197,363.90 |
| **2019** | | | | |
| Evan ajin | $ 109,262.92 | $ 91,948.48 | $ 107,060.20 | $ 159,405.00 |
| Michael Donovan | $ 240,160.44 | $ 340,382.64 | $ 332,166.64 | $ 552,311.68 |
| Richard Moore | $ 181,800.32 | $ 255,768.24 | $ 305,580.08 | $ 435,800.42 |
| **2020** | | | | |
| Evan ajin | $ 95,308.20 | $ 35,706.32 | $ 35,897.68 | $ 81,311.86 |
| Michael Donovan | $ 302,715.20 | $ 73,130.20 | $ 49,994.88 | $ 195,593.50 |
| Richard Moore | $ 266,492.20 | 57085.08 | $ 59,661.16 | $ 173,060.59 |
| **2021** | | | | |
| Evan Ajin | $ 35,973.08 | $ 75,000.12 | $ 75,000.12 | $ 72,116.84 |
| Michael Donovan | $ 44,446.48 | $ 100,000.16 | $ 100,000.16 | $ 140,276.89 |
| Richard Moore | $ 53,771.12 | $ 100,000.16 | $ 100,000.16 | $ 94,071.72 |
| **2022** | | | | |
| Evan Ajin | $ 75,000.12 | $ 60,000.20 | $ 76,700.00 | $ 63,471.75 |
| Michael Donovan | $ 100,000.16 | $ 85,000.24 | $ 60,000.20 | $ 75,719.24 |
| Richard Moore | $ 100,000.16 | $ 52,000.00 | $ 45,021.60 | $ 51,919.45 |
| **2023** | | | | |
| Evan Ajin | 76700 | | | |
| Michael Donovan | 60000.2 | | | |
| Richard Moore | 45021.6 | | | |

## Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Shareholder Loan 20201005** | | | | | | | | |
| 12/31/2018 | Journal Entry | FCPA 2018-61 | | Interest accrual on SH loan | Shareholder Loan 20201005 | -Split- | 23,094.00 | 23,094.00 |
| **Total for Shareholder Loan 20201005** | | | | | | | **$23,094.00** | |
| Evan A | | | | | | | | |
| 01/01/2018 | Journal Entry | FCPA 2018-51 | | RM-to remove bad debt from old employees | Shareholder Loan 20201005:Evan A | -Split- | 106,351.34 | 106,351.34 |
| **Total for Evan A** | | | | | | | **$106,351.34** | |
| M Donavan | | | | | | | | |
| Beginning Balance | | | | | | | | 6,587.99 |
| 01/01/2018 | Journal Entry | FCPA 2018-51 | | RM-to remove bad debt from old employees | Shareholder Loan 20201005:M Donavan | -Split- | 322,816.57 | 329,404.56 |
| **Total for M Donavan** | | | | | | | **$322,816.57** | |
| Shareholder Loan-RM | | | | | | | | |
| Beginning Balance | | | | | | | | 811,834.17 |
| 01/01/2018 | Journal Entry | FCPA 2018-51 | | RM-to remove bad debt from old employees | Shareholder Loan 20201005:Shareholder Loan-RM | -Split- | 88,888.71 | 900,722.88 |
| 02/01/2018 | Deposit | | | 9500 | Shareholder Loan 20201005:Shareholder Loan-RM | LN-CITY-PROMISE PAY-4845 | -25,000.00 | 875,722.88 |
| 04/06/2018 | Credit Card Expense | | Destination XL | | Shareholder Loan 20201005:Shareholder Loan-RM | NS-AMEX-SERVICES_69009 | 84.27 | 875,807.15 |
| 05/25/2018 | Credit Card Expense | | Virginia DMV | | Shareholder Loan 20201005:Shareholder Loan-RM | Shareholder Loan - RM:1053 - Marriott Personal | 100.00 | 875,907.15 |
| 05/30/2018 | Deposit | | | | Shareholder Loan 20201005:Shareholder Loan-RM | NS-CITY-EXPENSE-7853 | -500.00 | 875,407.15 |
| 06/11/2018 | Credit Card Expense | | Lush | | Shareholder Loan 20201005:Shareholder Loan-RM | NS-AMEX-SERVICES_69009 | 356.32 | 875,763.47 |
| 08/31/2018 | Expense | | Childrens of Gag Gifts | CHILDRENSOF GAGIFTSHFISHERSVILLE VA | Shareholder Loan 20201005:Shareholder Loan-RM | Shareholder Loan - RM:RM-AMEX-PERSONAL | 80.52 | 875,843.99 |
| 09/11/2018 | Expense | | Rite Aid | | Shareholder Loan 20201005:Shareholder Loan-RM | LN-AMEX-LIBRE | 104.97 | 875,948.96 |
| 11/09/2018 | Deposit | | Richard E. Moore | Loan Payment | Shareholder Loan 20201005:Shareholder Loan-RM | NS-CITY-EXPENSE-7853 | -5,000.00 | 870,948.96 |
| 12/31/2018 | Journal Entry | FCPA 2018-54 | | to reclass | Shareholder Loan 20201005:Shareholder Loan-RM | -Split- | -224,849.21 | 646,099.75 |
| 12/31/2018 | Journal Entry | FCPA 2018-57 | | to reclass per RM- for his card | Shareholder Loan 20201005:Shareholder Loan-RM | -Split- | -71,172.00 | 574,927.75 |
| 12/31/2018 | Journal Entry | FCPA 2018-60 | | reclass per RW | Shareholder Loan 20201005:Shareholder Loan-RM | -Split- | 1,618.96 | 576,546.71 |
| 05/01/2019 | Expense | | Rite Aid | RITE AID STORE - 311NEW YORK NY | Shareholder Loan 20201005:Shareholder Loan-RM | LN-AMEX-LIBRE | 44.70 | 576,591.41 |
| 05/08/2019 | Expense | | Rite Aid | ApIPay RITE AID STORVERONA VA | Shareholder Loan 20201005:Shareholder Loan-RM | LN-AMEX-LIBRE | 25.00 | 576,616.41 |
| 03/11/2020 | Expense | | GNC | GNC (GENERAL NUTRITION CE SAN JOSE | Shareholder Loan 20201005:Shareholder Loan-RM | Shareholder Loan - RM:RM-UNITED-CHASE | 42.18 | 576,658.59 |
| **Total for Shareholder Loan-RM** | | | | | | | **$ -235,175.58** | |
| AM EX 12005 | | | | | | | | |
| Beginning Balance | | | | | | | | 204,287.90 |
| 01/01/2018 | Journal Entry | 17-2029R | | to reclass | Shareholder Loan 20201005:Shareholder Loan-RM:AM EX 12005 | -Split- | 204,287.90 | 0.00 |
| 12/31/2018 | Journal Entry | FCPA 2018-54 | | to reclass | Shareholder Loan 20201005:Shareholder Loan-RM:AM EX 12005 | -Split- | -147,057.47 | - 147,057.47 |
| 01/01/2019 | Journal Entry | FCPA 2018-54R | | to reclass | Shareholder Loan 20201005:Shareholder Loan-RM:AM EX 12005 | -Split- | 277,723.29 | 130,665.82 |
| **Total for AM EX 12005** | | | | | | | **$334,953.72** | |
| CC- other | | | | | | | | |
| Beginning Balance | | | | | | | | 18,724.39 |
| **Total for CC- other** | | | | | | | | |
| Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | | | | | | | | |
| 04/19/2018 | Deposit | | Richard E. Moore | Loan Payment | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | 7960 - City - Secure Reimb | -200.00 | -200.00 |
| 04/26/2018 | Deposit | | Richard E. Moore | Loan Payment | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | LN-CITY-OPERATING-4829 | -3,500.00 | -3,700.00 |
| 06/20/2018 | Deposit | | Richard E. Moore | Loan Payment | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | NS-CITY-EXPENSE-7853 | -500.00 | -4,200.00 |
| 06/25/2018 | Deposit | | | Loan Payment | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | NL-CITY-EXPENSE-6188 | -500.00 | -4,700.00 |
| 09/21/2018 | Deposit | | Richard E. Moore | Loan Payment | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | NS-CITY-EXPENSE-7853 | -500.00 | -5,200.00 |
| 09/21/2018 | Deposit | | Richard E. Moore | Loan Payment | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | NS-CITY-EXPENSE-7853 | -500.00 | -5,700.00 |
| 10/02/2018 | Deposit | | Richard E. Moore | Loan Payment | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | LN-CITY-OPERATING-4829 | -500.00 | -6,200.00 |
| 10/09/2018 | Deposit | | Richard E. Moore | Loan Payment | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | LN-CITY-OPERATING-4829 | -500.00 | -6,700.00 |
| 10/10/2018 | Deposit | | Richard E. Moore | Loan Payment | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | LN-CITY-OPERATING-4829 | -500.00 | -7,200.00 |
| 11/02/2018 | Deposit | | Richard E. Moore | Loan Payment | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | LN-CITY-OPERATING-4829 | -500.00 | -7,700.00 |
| 11/09/2018 | Deposit | | Richard E. Moore | Loan Payment | Shareholder Loan 20201005:Shareholder Loan-RM:Executive | LN-CITY-OPERATING-4829 | -500.00 | -8,200.00 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | | | Moore | | (DEPOSIT PAYMENTS Toward Shareholder loan) | | | |
| 11/19/2018 | Deposit | | Richard E. Moore | Loan Payment - 0154293548 | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | LN-CITY-OPERATING-4829 | -500.00 | -8,700.00 |
| 11/21/2018 | Deposit | | | Loan Payment - 4065 | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | LN-CITY-OPERATING-4829 | -500.00 | -9,200.00 |
| 12/04/2018 | Deposit | | | Loan Payment - 0154699371 | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | LN-CITY-OPERATING-4829 | -500.00 | -9,700.00 |
| 12/17/2018 | Deposit | | | Executive Loan | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | LN-CITY-OPERATING-4829 | -500.00 | -10,200.00 |
| 12/28/2018 | Deposit | | | | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | NS-CITY-EXPENSE-7853 | -500.00 | -10,700.00 |
| 12/31/2018 | Deposit | | | Executive Loan | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | NS-CITY-EXPENSE-7853 | -500.00 | -11,200.00 |
| 08/12/2019 | Journal Entry | IRS08122019 | | Owner Contribution | Shareholder Loan 20201005:Shareholder Loan-RM:Executive (DEPOSIT PAYMENTS Toward Shareholder loan) | -Split- | -300,000.00 | - |
| | | | | | | | | 311,200.00 |
| **Total for Executive (DEPOSIT PAYMENTS Toward Shareholder loan)** | | | | | | | **$ -** | |
| | | | | | | | **311,200.00** | |
| **Total for Shareholder Loan-RM with sub-accounts** | | | | | | | **$ -** | |
| | | | | | | | **211,421.86** | |
| **Total for Shareholder Loan 20201005 with sub-accounts** | | | | | | | **$240,840.05** | |
| **TOTAL** | | | | | | | **$240,840.05** | |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Shareholder Loan - RM** | | | | | | | | |
| 1053 - Marriott Personal | | | | | | | | |
| 01/01/2018 | Expense | | Chase | | Shareholder Loan - RM:1053 - Marriott Personal | Bank Charges | 85.00 | 85.00 |
| 01/01/2018 | Journal Entry | 17-2029R | | to reclass | Shareholder Loan - RM:1053 - Marriott Personal | -Split- | 141,239.87 | 141,324.87 |
| 01/02/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:1053 - Marriott Personal | Client Services | 50.00 | 141,374.87 |
| 01/02/2018 | Expense | | OnStar | | Shareholder Loan - RM:1053 - Marriott Personal | Cell - Wireless Services | 20.00 | 141,394.87 |
| 01/04/2018 | Expense | | Chase EPay | 3394808411 | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -10,808.22 | 130,586.65 |
| 01/08/2018 | Expense | | Progressive | | Shareholder Loan - RM:1053 - Marriott Personal | Insurance | 661.98 | 131,248.63 |
| 01/08/2018 | Expense | | Chase EPay | 3398224280 | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -5,500.00 | 125,748.63 |
| 01/09/2018 | Expense | | Jams | | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 4,950.00 | 130,698.63 |
| 01/09/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriott Personal | Gross Receipts | 769.87 | 131,468.50 |
| 01/09/2018 | Expense | | Augusta County Circuit Court | Mike's Project (money order) | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 505.44 | 131,973.94 |
| 01/09/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:1053 - Marriott Personal | Client Services | 50.00 | 132,023.94 |
| 01/10/2018 | Expense | | Premium Assignment Co. | | Shareholder Loan - RM:1053 - Marriott Personal | Insurance | 2,499.22 | 134,523.16 |
| 01/10/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:1053 - Marriott Personal | Client Services | 50.00 | 134,573.16 |
| 01/14/2018 | Expense | | Fandango | | Shareholder Loan - RM:1053 - Marriott Personal | Employee:Teambuilding/Meeting | 128.72 | 134,701.88 |
| 01/15/2018 | Expense | | Fandango | | Shareholder Loan - RM:1053 - Marriott Personal | Employee:Teambuilding/Meeting | 112.63 | 134,814.51 |
| 01/15/2018 | Expense | | WPY - WePay | Funeral Expenses | Shareholder Loan - RM:1053 - Marriott Personal | Contributions:Charitable | 1,043.25 | 135,857.76 |
| 01/15/2018 | Expense | | Tysons Market | | Shareholder Loan - RM:1053 - Marriott Personal | Travel Meals | 7.28 | 135,865.04 |
| 01/16/2018 | Expense | | Fogo De Chao | HUDSON GRILLE DT 61 ATLANTA GA | Shareholder Loan - RM:1053 - Marriott Personal | Employee:Teambuilding/Meeting | 500.00 | 136,365.04 |
| 01/16/2018 | Expense | | Benihana | | Shareholder Loan - RM:1053 - Marriott Personal | Employee:Teambuilding/Meeting | 380.01 | 136,745.05 |
| 01/16/2018 | Expense | | Progressive | | Shareholder Loan - RM:1053 - Marriott Personal | Insurance | 300.60 | 137,045.65 |
| 01/16/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:1053 - Marriott Personal | Client Services | 50.00 | 137,095.65 |
| 01/17/2018 | Expense | | Micro Center | MICRO CENTER 81    FAIRFAX        VA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses:Computer | 214.10 | 137,309.75 |
| 01/17/2018 | Expense | | CVS | | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 145.35 | 137,455.10 |
| 01/19/2018 | Expense | | Pay Tel Communications | Timothy Shipe | Shareholder Loan - RM:1053 - Marriott Personal | Client Services | 68.00 | 137,523.10 |
| 01/20/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:1053 - Marriott Personal | Client Services | 50.00 | 137,573.10 |
| 01/20/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:1053 - Marriott Personal | Client Services | 30.00 | 137,603.10 |
| 01/21/2018 | Expense | | PACERMonitor.com | | Shareholder Loan - RM:1053 - Marriott Personal | GPS | 99.20 | 137,702.30 |
| 01/24/2018 | Expense | | Chase EPay | 3423094276 | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,000.00 | 134,702.30 |
| 01/25/2018 | Expense | | Chase EPay | 3423095362 | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,000.00 | 131,702.30 |
| 01/26/2018 | Expense | | Chase EPay | 3423095542 | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,000.00 | 128,702.30 |

## Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 01/29/2018 | Expense | | Chase EPay | 3423095709 | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,000.00 | 125,702.30 |
| 01/30/2018 | Expense | | Chase EPay | E Pay 3427085134 | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -5,923.74 | 119,778.56 |
| 01/31/2018 | Expense | | Tucker, Albin and Associates | | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 122,778.56 |
| 02/01/2018 | Expense | | OnStar | | Shareholder Loan - RM:1053 - Marriott Personal | Cell - Wireless Services | 20.00 | 122,798.56 |
| 02/01/2018 | Expense | | Alamo Drafthouse | | Shareholder Loan - RM:1053 - Marriott Personal | Employee:Teambuilding/Meeting | 100.00 | 122,898.56 |
| 02/02/2018 | Expense | | Professional Bail Agents of the United States | | Shareholder Loan - RM:1053 - Marriott Personal | Marketing | 16,000.00 | 138,898.56 |
| 02/02/2018 | Expense | | Professional Bail Agents of the United States | | Shareholder Loan - RM:1053 - Marriott Personal | Marketing | 2,600.00 | 141,498.56 |
| 02/09/2018 | Expense | | E N Z Trading Solutions | | Shareholder Loan - RM:1053 - Marriott Personal | Marketing | 776.15 | 142,274.71 |
| 02/09/2018 | Expense | | Hotels.com | | Shareholder Loan - RM:1053 - Marriott Personal | Gross Receipts | 275.43 | 142,550.14 |
| 02/12/2018 | Expense | | Chase | | Shareholder Loan - RM:1053 - Marriott Personal | Gross Receipts | 79.35 | 142,629.49 |
| 02/12/2018 | Expense | | Benihana | | Shareholder Loan - RM:1053 - Marriott Personal | Employee:Teambuilding/Meeting | 1,807.15 | 144,436.64 |
| 02/12/2018 | Expense | | Chase | | Shareholder Loan - RM:1053 - Marriott Personal | Bank Charges | 42.90 | 144,479.54 |
| 02/15/2018 | Expense | | Rio Suites | | Shareholder Loan - RM:1053 - Marriott Personal | Gross Receipts | 68.02 | 144,547.56 |
| 02/15/2018 | Expense | | Rio Suites | | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 68.02 | 144,615.58 |
| 02/20/2018 | Expense | | PACERMonitor.com | | Shareholder Loan - RM:1053 - Marriott Personal | GPS | 100.80 | 144,716.38 |
| 02/20/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:1053 - Marriott Personal | Client Services | 50.00 | 144,766.38 |
| 02/20/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:1053 - Marriott Personal | Client Services | 50.00 | 144,816.38 |
| 02/20/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:1053 - Marriott Personal | Client Services | 50.00 | 144,866.38 |
| 02/20/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:1053 - Marriott Personal | Client Services | 50.00 | 144,916.38 |
| 02/22/2018 | Expense | | Chase | | Shareholder Loan - RM:1053 - Marriott Personal | Bank Charges | 22.61 | 144,938.99 |
| 03/03/2018 | Expense | | OnStar | | Shareholder Loan - RM:1053 - Marriott Personal | Gross Receipts | 20.00 | 144,958.99 |
| 03/15/2018 | Expense | | Gallagher's STeak House | | Shareholder Loan - RM:1053 - Marriott Personal | Employee:Teambuilding/Meeting | 1,212.37 | 146,171.36 |
| 03/18/2018 | Expense | | The Ritz Carlton | | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 535.91 | 146,707.27 |
| 03/18/2018 | Expense | | The Ritz Carlton | | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 535.91 | 147,243.18 |
| 03/18/2018 | Expense | | The Ritz Carlton | | Shareholder Loan - RM:1053 - Marriott Personal | -Split- | 489.02 | 147,732.20 |
| 03/20/2018 | Expense | | Chase | 1659 | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -19,853.76 | 127,878.44 |
| 03/21/2018 | Bill Payment (Credit Card) | | Thomson Reuters - West | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 16,000.00 | 143,878.44 |
| 03/21/2018 | Expense | | PACERMonitor.com | | Shareholder Loan - RM:1053 - Marriott Personal | GPS | 100.90 | 143,979.34 |
| 03/21/2018 | Expense | | Thomson Reuters - West | | Shareholder Loan - RM:1053 - Marriott Personal | Security | 16,986.85 | 160,966.19 |
| 03/21/2018 | Expense | | Thomson Reuters - West | | Shareholder Loan - RM:1053 - Marriott Personal | Security | 2,598.75 | 163,564.94 |
| 03/22/2018 | Expense | | Chase | | Shareholder Loan - RM:1053 - | Bank Charges | 45.19 | 163,610.13 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 03/22/2018 | Expense | | Alamo Drafthouse | | Marriott Personal Shareholder Loan - RM:1053 - | Employee:Teambuilding/Meeting | 104.00 | 163,714.13 |
| 03/22/2018 | Expense | | Alamo Drafthouse | | Marriott Personal Shareholder Loan - RM:1053 - | Employee:Teambuilding/Meeting | 130.00 | 163,844.13 |
| 03/22/2018 | Expense | | Alamo Drafthouse | | Marriott Personal Shareholder Loan - RM:1053 - | Employee:Teambuilding/Meeting | 13.00 | 163,857.13 |
| 04/02/2018 | Expense | | OnStar | | Marriott Personal Shareholder Loan - RM:1053 - | Cell - Wireless Services | 20.00 | 163,877.13 |
| 04/20/2018 | Expense | | Facebook | | Marriott Personal Shareholder Loan - RM:1053 - | Marketing | 25.00 | 163,902.13 |
| 04/21/2018 | Expense | | Tumi Stores, Inc | TUMI STORES INC 0000ORLANDO FL | Marriott Personal Shareholder Loan - RM:1053 - | Office Expenses | 1,048.11 | 164,950.24 |
| 04/21/2018 | Expense | | PACERMonitor.com | | Marriott Personal Shareholder Loan - RM:1053 - | GPS | 105.80 | 165,056.04 |
| 04/22/2018 | Expense | | Best Buy | | Marriott Personal Shareholder Loan - RM:1053 - | Office Expenses | 512.87 | 165,568.91 |
| 04/22/2018 | Expense | | Chase | | Marriott Personal Shareholder Loan - RM:1053 - | Bank Charges | 236.38 | 165,805.29 |
| 04/22/2018 | Expense | | Chase | | Marriott Personal Shareholder Loan - RM:1053 - | Bank Charges | 0.83 | 165,806.12 |
| 04/23/2018 | Expense | | Comcast | | Marriott Personal Shareholder Loan - RM:1053 - | Utilities | 359.16 | 166,165.28 |
| 04/24/2018 | Expense | | Condado Vanderbilt H | | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 774.90 | 166,940.18 |
| 04/24/2018 | Expense | | Avis Rent-A-Car | Frank jackson | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 568.58 | 167,508.76 |
| 04/24/2018 | Expense | | Condado Vanderbilt H | | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 180.34 | 167,689.10 |
| 05/02/2018 | Expense | | OnStar | | Marriott Personal Shareholder Loan - RM:1053 - | Cell - Wireless Services | 20.00 | 167,709.10 |
| 05/02/2018 | Expense | | Avis Rent-A-Car | Frank jackson | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 24.95 | 167,734.05 |
| 05/18/2018 | Expense | | Slayton Wireless | | Marriott Personal Shareholder Loan - RM:1053 - | Client Services | 288.81 | 168,022.86 |
| 05/18/2018 | Expense | | Regus Management Group, LLC | | Marriott Personal Shareholder Loan - RM:1053 - | Rent | 3,332.56 | 171,355.42 |
| 05/21/2018 | Expense | | Chase | | Marriott Personal Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -2,500.00 | 168,855.42 |
| 05/21/2018 | Expense | | E Z Pass MA | | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 9.35 | 168,864.77 |
| 05/21/2018 | Expense | | PACERMonitor.com | | Marriott Personal Shareholder Loan - RM:1053 - | Gross Receipts | 121.30 | 168,986.07 |
| 05/22/2018 | Expense | | Comcast | | Marriott Personal Shareholder Loan - RM:1053 - | Utilities | 195.69 | 169,181.76 |
| 05/22/2018 | Expense | | Comcast | | Marriott Personal Shareholder Loan - RM:1053 - | Utilities | 95.69 | 169,277.45 |
| 05/22/2018 | Expense | | Chase | | Marriott Personal Shareholder Loan - RM:1053 - | Gross Receipts | 262.29 | 169,539.74 |
| 05/22/2018 | Expense | | Comcast | | Marriott Personal Shareholder Loan - RM:1053 - | Utilities | 270.80 | 169,810.54 |
| 05/22/2018 | Expense | | Comcast | | Marriott Personal Shareholder Loan - RM:1053 - | Utilities | 270.80 | 170,081.34 |
| 05/22/2018 | Expense | | Comcast | | Marriott Personal Shareholder Loan - RM:1053 - | Utilities | 278.97 | 170,360.31 |
| 05/22/2018 | Expense | | NJ EZ Pass | | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 303.30 | 170,663.61 |
| 05/22/2018 | Expense | | Comcast | | Marriott Personal Shareholder Loan - RM:1053 - | Utilities | 407.81 | 171,071.42 |
| 05/22/2018 | Expense | | Comcast | | Marriott Personal Shareholder Loan - RM:1053 - | Utilities | 434.83 | 171,506.25 |
| 05/22/2018 | Expense | | Intuit - QB Online | | Marriott Personal Shareholder Loan | Software | 15.00 | 171,521.25 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:1053 - Marriott Personal | | | |
| 05/22/2018 | Expense | | Chase | | Shareholder Loan - RM:1053 - Marriott Personal | Bank Charges | 0.01 | 171,521.26 |
| 05/25/2018 | Credit Card Expense | | Virginia DMV | District of Columbia - Nexus 14 Speeding Ticket | Shareholder Loan - RM:1053 - Marriott Personal | Shareholder Loan 20201005:Shareholder Loan-RM | 100.00 | 171,621.26 |
| 05/25/2018 | Credit Card Expense | | EZ Pass NY | VUL6672 | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 99.00 | 171,720.26 |
| 05/25/2018 | Expense | | DC TICKET | | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 100.00 | 171,820.26 |
| 05/26/2018 | Expense | | Port Authority of NY & NJ | PORT AUTHORITY EZPAS(800)333-8655 NY | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 65.00 | 171,885.26 |
| 05/26/2018 | Expense | | EZ Pass NY | | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 34.00 | 171,919.26 |
| 05/27/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 142.42 | 172,061.68 |
| 05/29/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 275.80 | 172,337.48 |
| 05/29/2018 | Expense | | PTC EZ Pass | | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 40.80 | 172,378.28 |
| 05/30/2018 | Expense | | NJ EZ Pass | | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 139.00 | 172,517.28 |
| 05/30/2018 | Expense | | Chase | | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -1,500.00 | 171,017.28 |
| 05/31/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriott Personal | Gross Receipts | 428.01 | 171,445.29 |
| 05/31/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 284.34 | 171,729.63 |
| 05/31/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 284.34 | 172,013.97 |
| 05/31/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 279.63 | 172,293.60 |
| 05/31/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 265.69 | 172,559.29 |
| 06/01/2018 | Expense | | OnStar | | Shareholder Loan - RM:1053 - Marriott Personal | Cell - Wireless Services | 20.00 | 172,579.29 |
| 06/04/2018 | Expense | | Chase | | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -5,000.00 | 167,579.29 |
| 06/05/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 220.38 | 167,799.67 |
| 06/06/2018 | Expense | | PayPal | | Shareholder Loan - RM:1053 - Marriott Personal | Marketing | 12.95 | 167,812.62 |
| 06/06/2018 | Expense | | PayPal | | Shareholder Loan - RM:1053 - Marriott Personal | Marketing | 10.49 | 167,823.11 |
| 06/06/2018 | Credit Card Expense | | Ebay | MaxMark Stamps | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses | 23.44 | 167,846.55 |
| 06/06/2018 | Credit Card Expense | | Comcast | 4591 - 128 W. Market St. | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 100.47 | 167,947.02 |
| 06/06/2018 | Credit Card Expense | | Comcast | 8 GE #204 | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 302.58 | 168,249.60 |
| 06/06/2018 | Credit Card Expense | | EZ Pass | Nexus 20 | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 12.00 | 168,261.60 |
| 06/07/2018 | Expense | | EZ Pass MD | | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 12.00 | 168,273.60 |
| 06/07/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 302.58 | 168,576.18 |
| 06/07/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 100.47 | 168,676.65 |
| 06/08/2018 | Expense | | Chase | | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -2,500.00 | 166,176.65 |
| 06/11/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 456.57 | 166,633.22 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---|---|---------|-------|--------|---------|
| 06/12/2018 | Credit Card Expense | | Tolls by Mail Payment Processing Center | VUL 6672 | | | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 5.00 | 166,638.22 |
| 06/12/2018 | Credit Card Expense | | Tolls by Mail Payment Processing Center | VSY 7849 | | | Shareholder Loan - RM:1053 - Marriott Personal | Gross Receipts | 8.50 | 166,646.72 |
| 06/13/2018 | Expense | | Tolls by Mail Payment Processing Center | TOLLS BY MAIL | 800-333-8655 | NY | Shareholder Loan - RM:1053 - Marriott Personal | Employee:Travel | 8.50 | 166,655.22 |
| 06/13/2018 | Expense | | Tolls by Mail Payment Processing Center | TOLLS BY MAIL | 800-333-8655 | NY | Shareholder Loan - RM:1053 - Marriott Personal | Employee:Travel | 5.00 | 166,660.22 |
| 06/13/2018 | Expense | | J Mark Inc of Central | | | | Shareholder Loan - RM:1053 - Marriott Personal | Contract Labor | 1,723.92 | 168,384.14 |
| 06/14/2018 | Credit Card Expense | | Toll-By-Plate | VTJ 7452 | | | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 100.25 | 168,484.39 |
| 06/14/2018 | Expense | | SunPass | | | | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 100.25 | 168,584.64 |
| 06/14/2018 | Expense | | Intuit - QB Online | | | | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 50.00 | 168,634.64 |
| 06/15/2018 | Expense | | CLASSMAKER.COM | | | | Shareholder Loan - RM:1053 - Marriott Personal | Employee:Teambuilding/Meeting | 39.95 | 168,674.59 |
| 06/17/2018 | Expense | | Comcast | | | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 195.69 | 168,870.28 |
| 06/18/2018 | Expense | | Comcast | | | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 195.69 | 169,065.97 |
| 06/19/2018 | Credit Card Expense | | NC Quick Pass | VUL 6672 | | | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 4.97 | 169,070.94 |
| 06/19/2018 | Credit Card Expense | | Violations Processing Center | VUL 6672 | | | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 28.00 | 169,098.94 |
| 06/19/2018 | Expense | | VA Toll Payment Web | | | | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 28.00 | 169,126.94 |
| 06/20/2018 | Expense | | Comcast | | | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 179.48 | 169,306.42 |
| 06/20/2018 | Expense | | Comcast | | | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 194.69 | 169,501.11 |
| 06/20/2018 | Expense | | NC Quick Pass | NC QUICK PASS 000 RALEIGH | | NC | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 4.97 | 169,506.08 |
| 06/21/2018 | Expense | | Comcast | | | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 429.02 | 169,935.10 |
| 06/21/2018 | Expense | | J Mark Inc of Central | | | | Shareholder Loan - RM:1053 - Marriott Personal | Contract Labor | 1,584.00 | 171,519.10 |
| 06/21/2018 | Expense | | Comcast | | | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 285.01 | 171,804.11 |
| 06/21/2018 | Expense | | PACERMonitor.com | | | | Shareholder Loan - RM:1053 - Marriott Personal | GPS | 106.20 | 171,910.31 |
| 06/21/2018 | Expense | | Comcast | | | | Shareholder Loan - RM:1053 - Marriott Personal | Gross Receipts | 285.01 | 172,195.32 |
| 06/22/2018 | Expense | | Chase | | | | Shareholder Loan - RM:1053 - Marriott Personal | Bank Charges | 248.13 | 172,443.45 |
| 06/25/2018 | Expense | | Chase | PAYMENT | | | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -2,500.00 | 169,943.45 |
| 06/27/2018 | Credit Card Expense | | Manpower | Week Ending 06/24/2018 | | | Shareholder Loan - RM:1053 - Marriott Personal | Gross Receipts | 1,512.00 | 171,455.45 |
| 07/03/2018 | Bill Payment (Credit Card) | | DirectTV | 014771352 | | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 181.44 | 171,636.89 |
| 07/03/2018 | Expense | | Chase | | | | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -4,000.00 | 167,636.89 |
| 07/05/2018 | Expense | | Chase | | | | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -4,000.00 | 163,636.89 |
| 07/09/2018 | Expense | | Chase | | | | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,500.00 | 160,136.89 |
| 07/10/2018 | Bill Payment (Credit Card) | | Excel Heating & Cooling | | | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 636.92 | 160,773.81 |
| 07/11/2018 | Credit Card Expense | | Manpower | Week Ending 07/6/2018 | | | Shareholder Loan - RM:1053 - | Contract Labor | 1,512.00 | 162,285.81 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 07/11/2018 | Bill Payment (Credit Card) | | Harrisonburg Electric Commission | | Marriott Personal Shareholder Loan - RM:1053 - | Accounts Payable | 887.75 | 163,173.56 |
| 07/13/2018 | Credit Card Credit | IVC030000186872 | Manpower | Week Ending: 7/8/2018 | Marriott Personal Shareholder Loan - RM:1053 - | Contract Labor | -1,051.92 | 162,121.64 |
| 07/16/2018 | Expense | | Chase | PAYMENT | Marriott Personal Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -4,000.00 | 158,121.64 |
| 07/18/2018 | Expense | | Chase | PAYMENT | Marriott Personal Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -3,250.00 | 154,871.64 |
| 07/20/2018 | Credit Card Expense | IVC030000187051 | Manpower | Week Ending 07/15/2018 | Marriott Personal Shareholder Loan - RM:1053 - | Contract Labor | 960.00 | 155,831.64 |
| 07/25/2018 | Credit Card Expense | | Manpower | Week Ending 07/22/2018 | Marriott Personal Shareholder Loan - RM:1053 - | Contract Labor | 960.00 | 156,791.64 |
| 07/25/2018 | Expense | | J Mark Inc of Central | | Marriott Personal Shareholder Loan - RM:1053 - | Gross Receipts | 960.00 | 157,751.64 |
| 07/26/2018 | Expense | | State Highway Admin | | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 42.00 | 157,793.64 |
| 07/27/2018 | Expense | | Comcast | | Marriott Personal Shareholder Loan - RM:1053 - | Utilities | 135.64 | 157,929.28 |
| 07/27/2018 | Expense | | Comcast | | Marriott Personal Shareholder Loan - RM:1053 - | Utilities | 95.69 | 158,024.97 |
| 07/27/2018 | Expense | | VA Toll Payment Web | | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 7.00 | 158,031.97 |
| 07/28/2018 | Expense | | Port Authority of NY & NJ | PORT AUTHORITY EZPAS(800)333-8655 NY | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 65.00 | 158,096.97 |
| 07/28/2018 | Expense | | EZ Pass NY | | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 25.50 | 158,122.47 |
| 07/30/2018 | Credit Card Expense | | Violations Processing Center | VUL 6672 | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 26.40 | 158,148.87 |
| 07/30/2018 | Credit Card Expense | | Violations Processing Center | Nexus 15 | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 7.00 | 158,155.87 |
| 07/30/2018 | Expense | | Comcast | | Marriott Personal Shareholder Loan - RM:1053 - | Utilities | 214.69 | 158,370.56 |
| 07/30/2018 | Expense | | VA Toll Payment Web | | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 26.40 | 158,396.96 |
| 07/30/2018 | Expense | | VA Toll Payment Web | | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 7.00 | 158,403.96 |
| 07/30/2018 | Expense | | Chase | PAYMENT | Marriott Personal Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -2,500.00 | 155,903.96 |
| 07/31/2018 | Expense | | OnStar | | Marriott Personal Shareholder Loan - RM:1053 - | Cell - Wireless Services | 20.00 | 155,923.96 |
| 08/01/2018 | Expense | | J Mark Inc of Central | | Marriott Personal Shareholder Loan - RM:1053 - | Gross Receipts | 948.00 | 156,871.96 |
| 08/02/2018 | Credit Card Expense | | Manpower | Week Ending 07/29/2018 | Marriott Personal Shareholder Loan - RM:1053 - | Contract Labor | 948.00 | 157,819.96 |
| 08/03/2018 | Expense | | EZ Pass MD | | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 40.79 | 157,860.75 |
| 08/03/2018 | Expense | | Sherwin-Williams | SHERWIN-WILLIAMS   WAYNESBORO        VA | Marriott Personal Shareholder Loan - RM:1053 - | Job Materials | 164.52 | 158,025.27 |
| 08/03/2018 | Expense | | Republic Services | | Marriott Personal Shareholder Loan - RM:1053 - | Utilities | 1,077.54 | 159,102.81 |
| 08/03/2018 | Bill Payment (Credit Card) | | Republic Services #410 | 3-0410-0006859 | Marriott Personal Shareholder Loan - RM:1053 - | Accounts Payable | 1,077.54 | 160,180.35 |
| 08/05/2018 | Expense | | DirectTV | | Marriott Personal Shareholder Loan - RM:1053 - | Utilities | 110.68 | 160,291.03 |
| 08/06/2018 | Expense | | Chase | PAYMENT | Marriott Personal Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -2,000.00 | 158,291.03 |
| 08/07/2018 | Expense | | Central Florida Expressway | CFX  VES WEBSITE  ORLANDO          FL | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 1.40 | 158,292.43 |
| 08/08/2018 | Credit Card Expense | | Manpower | Week Ending 08/05/2018 | Marriott Personal Shareholder Loan - RM:1053 - | Contract Labor | 960.00 | 159,252.43 |
| 08/08/2018 | Expense | | J Mark Inc of Central | | Marriott Personal Shareholder Loan - RM:1053 - | Contract Labor | 960.00 | 160,212.43 |

## Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| | | | | | Shareholder Loan - RM:1053 - Marriot Personal | | | |
| 08/08/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 544.66 | 160,757.09 |
| 08/11/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 434.76 | 161,191.85 |
| 08/11/2018 | Expense | | Intuit - QB Online | | Shareholder Loan - RM:1053 - Marriot Personal | Dues & Subscriptions | 60.00 | 161,251.85 |
| 08/12/2018 | Expense | | Starbucks | | Shareholder Loan - RM:1053 - Marriot Personal | Travel Meals | 20.80 | 161,272.65 |
| 08/14/2018 | Expense | | Lawyers Weekly | | Shareholder Loan - RM:1053 - Marriot Personal | Dues & Subscriptions | 389.00 | 161,661.65 |
| 08/15/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 559.34 | 162,220.99 |
| 08/15/2018 | Expense | | J Mark Inc of Central | | Shareholder Loan - RM:1053 - Marriot Personal | Contract Labor | 898.08 | 163,119.07 |
| 08/15/2018 | Expense | | CLASSMAKER.COM | | Shareholder Loan - RM:1053 - Marriot Personal | Employee:Teambuilding/Meeting | 39.95 | 163,159.02 |
| 08/16/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 409.26 | 163,568.28 |
| 08/16/2018 | Bill Payment (Credit Card) | | Harrisonburg Electric Commission | | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 641.78 | 164,210.06 |
| 08/16/2018 | Expense | | Harrisonburg Electric Commission | | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 641.78 | 164,851.84 |
| 08/17/2018 | Bill Payment (Credit Card) | | Dominion Virginia Energy | | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 14.95 | 164,866.79 |
| 08/17/2018 | Bill Payment (Credit Card) | | Dominion Virginia Energy | | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 714.75 | 165,581.54 |
| 08/17/2018 | Bill Payment (Credit Card) | | Crestline Specialties, Inc. | 1549887 | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 2,811.35 | 168,392.89 |
| 08/17/2018 | Credit Card Expense | | Manpower | Week Ending 08/12/2018 | Shareholder Loan - RM:1053 - Marriot Personal | Contract Labor | 898.08 | 169,290.97 |
| 08/17/2018 | Expense | | Crestline Specialties, Inc. | | Shareholder Loan - RM:1053 - Marriot Personal | Marketing | 2,811.35 | 172,102.32 |
| 08/17/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 195.69 | 172,298.01 |
| 08/17/2018 | Expense | | Dominion Virginia Energy | | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 729.70 | 173,027.71 |
| 08/20/2018 | Expense | | Mini Stor It | | Shareholder Loan - RM:1053 - Marriot Personal | Rent | 90.00 | 173,117.71 |
| 08/20/2018 | Bill Payment (Credit Card) | | Columbia Gas | Conformation #55232004 | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 29.17 | 173,146.88 |
| 08/20/2018 | Expense | | Bill Matrix Bill Pay | | Shareholder Loan - RM:1053 - Marriot Personal | Gross Receipts | 30.92 | 173,177.80 |
| 08/21/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 270.78 | 173,448.58 |
| 08/21/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 270.78 | 173,719.36 |
| 08/21/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 165.69 | 173,885.05 |
| 08/21/2018 | Expense | | PACERMonitor.com | | Shareholder Loan - RM:1053 - Marriot Personal | GPS | 125.70 | 174,010.75 |
| 08/21/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriot Personal | Gross Receipts | 85.69 | 174,096.44 |
| 08/21/2018 | Expense | | Enterprise Rent-a-Car | | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 14.00 | 174,110.44 |
| 08/21/2018 | Credit Card Expense | | Enterprise Rent-a-Car | Christian Roman | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 14.00 | 174,124.44 |
| 08/21/2018 | Credit Card Expense | | NJ Turnpike Authority | 3 Violations that were disputed | Shareholder Loan - RM:1053 - Marriot Personal | Gross Receipts | 137.60 | 174,262.04 |
| 08/21/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 407.58 | 174,669.62 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 08/22/2018 | Credit Card Expense | | Manpower | Week Ending 08/19/2018 | Shareholder Loan - RM:1053 - Marriot Personal | Contract Labor | 960.00 | 175,629.62 |
| 08/22/2018 | Expense | | NJ EZ Pass | | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 137.60 | 175,767.22 |
| 08/22/2018 | Expense | | Chase | | Shareholder Loan - RM:1053 - Marriot Personal | Bank Charges | 143.92 | 175,911.14 |
| 08/22/2018 | Expense | | J Mark Inc of Central | | Shareholder Loan - RM:1053 - Marriot Personal | Contract Labor | 960.00 | 176,871.14 |
| 08/22/2018 | Bill Payment (Credit Card) | | OUC | | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 355.92 | 177,227.06 |
| 08/27/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriot Personal | -Split- | 231.33 | 177,458.39 |
| 08/27/2018 | Expense | | Chase | PAYMENT | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -3,500.00 | 173,958.39 |
| 08/28/2018 | Credit Card Expense | | | Maryland | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 6.78 | 173,965.17 |
| 08/29/2018 | Expense | | EZ Pass | Robin Fife | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 6.78 | 173,971.95 |
| 08/29/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 292.92 | 174,264.87 |
| 08/29/2018 | Expense | | J Mark Inc of Central | | Shareholder Loan - RM:1053 - Marriot Personal | Contract Labor | 383.04 | 174,647.91 |
| 08/30/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriot Personal | -Split- | 330.83 | 174,978.74 |
| 08/31/2018 | Credit Card Expense | | Manpower | Week Ending 08/26/2018 | Shareholder Loan - RM:1053 - Marriot Personal | Contract Labor | 383.04 | 175,361.78 |
| 09/05/2018 | Expense | | DirectTV | | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 109.45 | 175,471.23 |
| 09/05/2018 | Expense | | J Mark Inc of Central | | Shareholder Loan - RM:1053 - Marriot Personal | Contract Labor | 960.00 | 176,431.23 |
| 09/06/2018 | Expense | | Chase | | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -4,000.00 | 172,431.23 |
| 09/11/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 434.76 | 172,865.99 |
| 09/12/2018 | Expense | | Manpower | Week Ending : 9/9/18 | Shareholder Loan - RM:1053 - Marriot Personal | Contract Labor | 960.00 | 173,825.99 |
| 09/12/2018 | Expense | | J Mark Inc of Central | | Shareholder Loan - RM:1053 - Marriot Personal | Contract Labor | 960.00 | 174,785.99 |
| 09/13/2018 | Expense | | Dominion Virginia Energy | | Shareholder Loan - RM:1053 - Marriot Personal | -Split- | 534.71 | 175,320.70 |
| 09/13/2018 | Bill Payment (Credit Card) | | Dominion Virginia Energy | | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 459.96 | 175,780.66 |
| 09/13/2018 | Credit Card Expense | | Dominion Virginia Energy | 4273497901-Aug Convenience Fee | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 14.95 | 175,795.61 |
| 09/13/2018 | Credit Card Expense | | Dominion Virginia Energy | 5485601339-Aug Convenience Fee | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 14.95 | 175,810.56 |
| 09/13/2018 | Credit Card Expense | | Dominion Virginia Energy | 1889875017-Aug Convenience Fee | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 14.95 | 175,825.51 |
| 09/13/2018 | Credit Card Expense | | Dominion Virginia Energy | 3166318745-Aug Convenience Fee | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 14.95 | 175,840.46 |
| 09/13/2018 | Credit Card Expense | | Dominion Virginia Energy | 5469066384-Aug Convenience Fee | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 14.95 | 175,855.41 |
| 09/15/2018 | Expense | | CLASSMAKER.COM | | Shareholder Loan - RM:1053 - Marriot Personal | Employee:Teambuilding/Meeting | 39.95 | 175,895.36 |
| 09/17/2018 | Bill Payment (Credit Card) | | Law Offices of Jacqueline R. McNutt, P.C. | Conf# B6D-427B5 | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 5,800.00 | 181,695.36 |
| 09/17/2018 | Expense | | Comcast | | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 195.69 | 181,891.05 |
| 09/17/2018 | Expense | | City of Harrisonburg Public Utilities | | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 767.41 | 182,658.46 |
| 09/17/2018 | Expense | | Law Office of Jacquel | | Shareholder Loan - RM:1053 - | Legal Fees | 5,800.00 | 188,458.46 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 09/17/2018 | Bill Payment (Credit Card) | | Harrisonburg Electric Commission | Conf# 07648D | Marriot Personal Shareholder Loan - RM:1053 - | Accounts Payable | 767.41 | 189,225.87 |
| 09/18/2018 | Expense | | Comcast | | Marriot Personal Shareholder Loan - RM:1053 - | Utilities | 195.69 | 189,421.56 |
| 09/19/2018 | Expense | | Mini Stor It | | Marriot Personal Shareholder Loan - RM:1053 - | Rent | 90.00 | 189,511.56 |
| 09/21/2018 | Expense | | Comcast | | Marriot Personal Shareholder Loan - RM:1053 - | -Split- | 1,199.83 | 190,711.39 |
| 09/21/2018 | Expense | | Manpower | Week Ending: 9/16/18 | Marriot Personal Shareholder Loan - RM:1053 - | Contract Labor | 912.00 | 191,623.39 |
| 09/21/2018 | Bill Payment (Credit Card) | | Office Depot | Conf# 429821880 Auth# 00780D | Marriot Personal Shareholder Loan - RM:1053 - | Accounts Payable | 2,035.87 | 193,659.26 |
| 09/25/2018 | Credit Card Expense | | Columbia Gas | Bill Matrix Service Fee - 194669670030008 | Marriot Personal Shareholder Loan - RM:1053 - | Travel | 1.75 | 193,661.01 |
| 09/25/2018 | Credit Card Expense | | Columbia Gas | Bill Matrix Service Fee - 194669670040007 | Marriot Personal Shareholder Loan - RM:1053 - | Travel | 1.75 | 193,662.76 |
| 09/25/2018 | Credit Card Expense | | Columbia Gas | Bill Matrix Service Fee - 194669670050006 | Marriot Personal Shareholder Loan - RM:1053 - | Travel | 1.75 | 193,664.51 |
| 09/25/2018 | Expense | | Six Flags | | Marriot Personal Shareholder Loan - RM:1053 - | Employee:Teambuilding/Meeting | 144.88 | 193,809.39 |
| 09/25/2018 | Bill Payment (Credit Card) | | Harrisonburg Electric Commission | Conf#09427D | Marriot Personal Shareholder Loan - RM:1053 - | Accounts Payable | 367.56 | 194,176.95 |
| 09/25/2018 | Bill Payment (Credit Card) | | Columbia Gas | Conf - 55268084, 55268074, 55268064 - paid through Bill Matrix | Marriot Personal Shareholder Loan - RM:1053 - | Accounts Payable | 94.92 | 194,271.87 |
| 09/27/2018 | Expense | | Manpower | Week Ending: 9/23/18 | Marriot Personal Shareholder Loan - RM:1053 - | Contract Labor | 960.00 | 195,231.87 |
| 09/28/2018 | Bill Payment (Credit Card) | | Comcast | | Marriot Personal Shareholder Loan - RM:1053 - | Accounts Payable | 115.69 | 195,347.56 |
| 10/01/2018 | Credit Card Expense | | Comcast | 8299600480312446 - Past Due Balance | Marriot Personal Shareholder Loan - RM:1053 - | Utilities | 580.02 | 195,927.58 |
| 10/03/2018 | Credit Card Expense | | Comcast | 8299600480310143 | Marriot Personal Shareholder Loan - RM:1053 - | Utilities | 283.08 | 196,210.66 |
| 10/03/2018 | Bill Payment (Credit Card) | | Harrisonburg Electric Commission | Conf# 09795D | Marriot Personal Shareholder Loan - RM:1053 - | Accounts Payable | 732.01 | 196,942.67 |
| 10/03/2018 | Expense | | Chase | | Marriot Personal Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -2,500.00 | 194,442.67 |
| 10/04/2018 | Credit Card Expense | | Dominion Virginia Energy | 7181636395-Aug Convenience Fee | Marriot Personal Shareholder Loan - RM:1053 - | Travel | 14.95 | 194,457.62 |
| 10/04/2018 | Credit Card Expense | | Comcast | 8299600480313774 | Marriot Personal Shareholder Loan - RM:1053 - | Utilities | 305.64 | 194,763.26 |
| 10/04/2018 | Bill Payment (Credit Card) | | Dominion Virginia Energy | Conf # 27700954 | Marriot Personal Shareholder Loan - RM:1053 - | Accounts Payable | 986.95 | 195,750.21 |
| 10/04/2018 | Expense | | Chase | | Marriot Personal Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -2,000.00 | 193,750.21 |
| 10/04/2018 | Expense | | Manpower | Week Ending: 9/30/18 | Marriot Personal Shareholder Loan - RM:1053 - | Contract Labor | 960.00 | 194,710.21 |
| 10/04/2018 | Bill Payment (Credit Card) | | OUC | Conf# 07538D | Marriot Personal Shareholder Loan - RM:1053 - | Accounts Payable | 342.71 | 195,052.92 |
| 10/05/2018 | Expense | | Chase | | Marriot Personal Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -5,000.00 | 190,052.92 |
| 10/12/2018 | Expense | | Chase | | Marriot Personal Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -1,500.00 | 188,552.92 |
| 10/15/2018 | Bill Payment (Credit Card) | | Harrisonburg Electric Commission | | Marriot Personal Shareholder Loan - RM:1053 - | Accounts Payable | 721.58 | 189,274.50 |
| 10/15/2018 | Bill Payment (Credit Card) | | Dominion Virginia Energy | | Marriot Personal Shareholder Loan - RM:1053 - | Accounts Payable | 304.44 | 189,578.94 |
| 10/17/2018 | Bill Payment (Credit Card) | | Office Depot | Auth Code: 00700D | Marriot Personal Shareholder Loan - RM:1053 - | Accounts Payable | 1,537.40 | 191,116.34 |
| 10/17/2018 | Bill Payment (Credit Card) | | Office Depot | Auth Code: 01107D | Marriot Personal Shareholder Loan - RM:1053 - | Accounts Payable | 1,328.87 | 192,445.21 |
| 10/17/2018 | Expense | | Manpower | Week Ending - 10/14/18 | Marriot Personal Shareholder Loan - RM:1053 - | Contract Labor | 960.00 | 193,405.21 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:1053 - Marriott Personal | | | |
| 10/19/2018 | Bill Payment (Credit Card) | | Office Depot | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 2,849.42 | 196,254.63 |
| 10/22/2018 | Expense | | Chase | | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -8,922.55 | 187,332.08 |
| 10/24/2018 | Bill Payment (Credit Card) | | Office Depot | Auth # 08481D | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 2,156.63 | 189,488.71 |
| 10/24/2018 | Bill Payment (Credit Card) | | Republic Services #410 | 3-0410-0006859 | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 1,037.47 | 190,526.18 |
| 10/25/2018 | Bill Payment (Credit Card) | | SVOE | 04230D | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 1,294.07 | 191,820.25 |
| 10/25/2018 | Bill Payment (Credit Card) | | Bright House Networks | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 159.99 | 191,980.24 |
| 10/26/2018 | Bill Payment (Credit Card) | | Columbia Gas | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 100.37 | 192,080.61 |
| 10/26/2018 | Expense | | Manpower | Week Ending: 10/21/18 | Shareholder Loan - RM:1053 - Marriott Personal | Contract Labor | 768.00 | 192,848.61 |
| 10/30/2018 | Credit Card Expense | | Comcast | 8299600480361492 - Conf# 02509D | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 381.71 | 193,230.32 |
| 10/30/2018 | Bill Payment (Credit Card) | | Harrisonburg Electric Commission | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 895.04 | 194,125.36 |
| 10/30/2018 | Bill Payment (Credit Card) | | OUC | Conf# 01518D | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 366.10 | 194,491.46 |
| 10/30/2018 | Bill Payment (Credit Card) | | Violations Processing Center | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 31.50 | 194,522.96 |
| 10/30/2018 | Bill Payment (Credit Card) | | Violations Processing Center | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 30.50 | 194,553.46 |
| 10/30/2018 | Bill Payment (Credit Card) | 1 | Express Lanes | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 24.50 | 194,577.96 |
| 11/07/2018 | Expense | | Manpower | Week Ending - 10/28/18 | Shareholder Loan - RM:1053 - Marriott Personal | Contract Labor | 960.00 | 195,537.96 |
| 11/08/2018 | Bill Payment (Credit Card) | 1 | City of Harrisonburg Public Utilities | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 90.82 | 195,628.78 |
| 11/08/2018 | Expense | | Manpower | Week Ending - 11/4/18 | Shareholder Loan - RM:1053 - Marriott Personal | Contract Labor | 960.00 | 196,588.78 |
| 11/26/2018 | Expense | 5585796 | Elizabeth River Tunnels | Statement # 1004406263 | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 30.53 | 196,619.31 |
| 11/26/2018 | Expense | 01371D | Violations Processing Center | Nexus15 | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 18.50 | 196,637.81 |
| 11/28/2018 | Bill Payment (Credit Card) | 55332064 | Columbia Gas | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 58.31 | 196,696.12 |
| 11/28/2018 | Bill Payment (Credit Card) | 55332084 | Columbia Gas | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 32.64 | 196,728.76 |
| 12/03/2018 | Bill Payment (Credit Card) | 1 | OUC | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 327.08 | 197,055.84 |
| 12/03/2018 | Bill Payment (Credit Card) | 1 | City of Harrisonburg Public Utilities | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 119.09 | 197,174.93 |
| 12/03/2018 | Bill Payment (Credit Card) | 1 | Bright House Networks | Conf# 02948D | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 159.99 | 197,334.92 |
| 12/04/2018 | Bill Payment (Credit Card) | 1 | Pocahontas Parkway | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 58.60 | 197,393.52 |
| 12/10/2018 | Expense | | Manpower | Week Ending - 11/11/2018 | Shareholder Loan - RM:1053 - Marriott Personal | Contract Labor | 960.00 | 198,353.52 |
| 12/12/2018 | Bill Payment (Credit Card) | 1 | Maryland Safe Zones | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 42.00 | 198,395.52 |
| 12/12/2018 | Bill Payment (Credit Card) | 1 | Maryland Safe Zones | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 42.00 | 198,437.52 |
| 12/13/2018 | Bill Payment (Credit Card) | 08170D | Republic Services #410 | 3-0410-0006859 | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 668.73 | 199,106.25 |
| 12/14/2018 | Expense | | Manpower | Week Ending - 11/25/2018 | Shareholder Loan - RM:1053 - Marriott Personal | Contract Labor | 768.00 | 199,874.25 |

## Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 12/17/2018 | Expense | 1954 | Manpower | Week Ending - 12/02/18 | Shareholder Loan - RM:1053 - Marriot Personal | Contract Labor | 960.00 | 200,834.25 |
| 12/18/2018 | Expense | | Manpower | Week Ending - 12/09/18 | Shareholder Loan - RM:1053 - Marriot Personal | Contract Labor | 960.00 | 201,794.25 |
| 12/18/2018 | Bill Payment (Credit Card) | 35200054 | Dominion Virginia Energy | | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 92.11 | 201,886.36 |
| 12/18/2018 | Bill Payment (Credit Card) | 35200084 | Dominion Virginia Energy | | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 70.32 | 201,956.68 |
| 12/18/2018 | Bill Payment (Credit Card) | 35200044 | Dominion Virginia Energy | | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 106.74 | 202,063.42 |
| 12/18/2018 | Bill Payment (Credit Card) | 35200104 | Dominion Virginia Energy | | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 162.34 | 202,225.76 |
| 12/18/2018 | Bill Payment (Credit Card) | 35200204 | Dominion Virginia Energy | | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 222.82 | 202,448.58 |
| 12/18/2018 | Bill Payment (Credit Card) | 00144D | Harrisonburg Electric Commission | | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 636.74 | 203,085.32 |
| 12/28/2018 | Credit Card Credit | | | INTEREST CHARGE REVERSAL | Shareholder Loan - RM:1053 - Marriot Personal | Bank Charges | -0.12 | 203,085.20 |
| 12/30/2018 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriot Personal | Internet/Cable Service | 195.33 | 203,280.53 |
| 12/30/2018 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriot Personal | Internet/Cable Service | 115.69 | 203,396.22 |
| 12/31/2018 | Journal Entry | FCPA 2018-54 | | to reclass | Shareholder Loan - RM:1053 - Marriot Personal | -Split- | -204,412.85 | -1,016.63 |
| 12/31/2018 | Bill Payment (Credit Card) | 1 | Columbia Gas | | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 225.40 | -791.23 |
| 12/31/2018 | Bill Payment (Credit Card) | 1 | Columbia Gas | | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 180.06 | -611.17 |
| 12/31/2018 | Expense | | J Mark Inc of Central | J MARK INC OF CENTRAL F 715-5529122 IA J MARK INC OF CENTRAL F 715-5529122 IA | Shareholder Loan - RM:1053 - Marriot Personal | Contract Labor | 960.00 | 348.83 |
| 12/31/2018 | Expense | | Columbia Gas | BILLPAY-COLUMBIAGASVA 800-543-8911 OH BILLPAY-COLUMBIAGASVA 800-543-8911 OH | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 248.15 | 596.98 |
| 12/31/2018 | Expense | | Chase | | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -4,000.00 | -3,403.02 |
| 12/31/2018 | Expense | | Columbia Gas | BILLPAY-COLUMBIAGASVA 800-543-8911 OH BILLPAY-COLUMBIAGASVA 800-543-8911 OH | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 180.06 | -3,222.96 |
| 12/31/2018 | Bill Payment (Credit Card) | 05015D | Coca-Cola North America | 601729871 | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 673.92 | -2,549.04 |
| 12/31/2018 | Bill Payment (Credit Card) | 1 | Columbia Gas | | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 248.15 | -2,300.89 |
| 12/31/2018 | Expense | | Columbia Gas | BILLPAY-COLUMBIAGASVA 800-543-8911 OH BILLPAY-COLUMBIAGASVA 800-543-8911 OH | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 225.40 | -2,075.49 |
| 01/01/2019 | Journal Entry | FCPA 2018-54R | | to reclass | Shareholder Loan - RM:1053 - Marriot Personal | -Split- | 130,665.82 | 128,590.33 |
| 01/01/2019 | Journal Entry | 2019 1053 BOY Adj | | | Shareholder Loan - RM:1053 - Marriot Personal | -Split- | -112,505.53 | 16,084.80 |
| 01/01/2019 | Credit Card Credit | | | ANNUAL FEE REFUND | Shareholder Loan - RM:1053 - Marriot Personal | Bank Charges | -35.45 | 16,049.35 |
| 01/01/2019 | Credit Card Credit | | | ANNUAL FEE REFUND | Shareholder Loan - RM:1053 - Marriot Personal | Bank Charges | -35.45 | 16,013.90 |
| 01/01/2019 | Expense | | | CCNA 800-638-1985 GA | Shareholder Loan - RM:1053 - Marriot Personal | Travel Meals | 673.92 | 16,687.82 |
| 01/01/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriot Personal | Internet/Cable Service | 265.69 | 16,953.51 |
| 01/01/2019 | Expense | | | ANNUAL MEMBERSHIP FEE | Shareholder Loan - RM:1053 - Marriot Personal | Bank Charges | 85.00 | 17,038.51 |
| 01/02/2019 | Bill Payment (Credit Card) | 1 | Bright House Networks | | Shareholder Loan - RM:1053 - Marriot Personal | Accounts Payable | 159.99 | 17,198.50 |
| 01/02/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriot Personal | Internet/Cable Service | 135.64 | 17,334.14 |
| 01/02/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - | Internet/Cable Service | 95.69 | 17,429.83 |

## Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 01/03/2019 | Expense | | J Mark Inc of Central | J MARK INC OF CENTRAL F 715-5529122 IA J MARK INC OF CENTRAL F 715-5529122 IA | Marriott Personal Shareholder Loan - RM:1053 - | Contract Labor | 960.00 | 18,389.83 |
| 01/03/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Marriott Personal Shareholder Loan - RM:1053 - | Internet/Cable Service | 283.23 | 18,673.06 |
| 01/03/2019 | Expense | | Chase EPay | E Pay | Marriott Personal Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -3,500.00 | 15,173.06 |
| 01/04/2019 | Bill Payment (Credit Card) | 1 | Dominion Virginia Energy | | Marriott Personal Shareholder Loan - RM:1053 - | Accounts Payable | 1,085.65 | 16,258.71 |
| 01/04/2019 | Bill Payment (Credit Card) | 1 | Excel Heating & Cooling | | Marriott Personal Shareholder Loan - RM:1053 - | Accounts Payable | 625.00 | 16,883.71 |
| 01/04/2019 | Expense | | Officialpayments.com | OPC UTL*SERVICE FEE 024 800-487-4567 NE OPC UTL*SERVICE FEE 024 800-487-4567 NE | Marriott Personal Shareholder Loan - RM:1053 - | Bank Charges | 4.50 | 16,888.21 |
| 01/04/2019 | Expense | | City of Takoma Park | TAKOMA PARK PHOTO SPEED 866-8183844 MD TAKOMA PARK PHOTO SPEED 866-8183844 MD | Marriott Personal Shareholder Loan - RM:1053 - | Travel | 42.00 | 16,930.21 |
| 01/04/2019 | Expense | | City of Harrisonburg, Treasurer | OPC*HARRISONBURG CITY TAX 925-855-5000 VA | Marriott Personal Shareholder Loan - RM:1053 - | Taxes & Licenses:Personal Property | 105.70 | 17,035.91 |
| 01/04/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Marriott Personal Shareholder Loan - RM:1053 - | Internet/Cable Service | 285.64 | 17,321.55 |
| 01/04/2019 | Bill Payment (Credit Card) | 09772D | Harrisonburg Electric Commission | | Marriott Personal Shareholder Loan - RM:1053 - | Accounts Payable | 409.71 | 17,731.26 |
| 01/04/2019 | Bill Payment (Credit Card) | 1 | Excel Steel, Inc. | | Marriott Personal Shareholder Loan - RM:1053 - | Accounts Payable | 244.00 | 17,975.26 |
| 01/04/2019 | Bill Payment (Credit Card) | 1 | City of Harrisonburg Public Utilities | | Marriott Personal Shareholder Loan - RM:1053 - | Accounts Payable | 110.20 | 18,085.46 |
| 01/04/2019 | Bill Payment (Credit Card) | 1 | City of Takoma Park | | Marriott Personal Shareholder Loan - RM:1053 - | Accounts Payable | 42.00 | 18,127.46 |
| 01/04/2019 | Expense | | DOMINION ENERGY | DOMINION ENERGY VA NC 877-315-6090 VA | Marriott Personal Shareholder Loan - RM:1053 - | Utilities:Electric | 1,085.65 | 19,213.11 |
| 01/04/2019 | Expense | | Excel Heating & Cooling | EXCEL HEATING & COOLING 540-4339131 VA EXCEL HEATING & COOLING 540-4339131 VA | Marriott Personal Shareholder Loan - RM:1053 - | Repairs & Maintenance | 869.00 | 20,082.11 |
| 01/05/2019 | Expense | | DirectTV | DTV*DIRECTV SERVICE 800-347-3288 CA DTV*DIRECTV SERVICE 800-347-3288 CA | Marriott Personal Shareholder Loan - RM:1053 - | Internet/Cable Service | 109.45 | 20,191.56 |
| 01/07/2019 | Expense | | Dixie Gas & Oil | DIXIE GAS & OIL VERONA 540-248-6273 VA DIXIE GAS & OIL VERONA 540-248-6273 VA | Marriott Personal Shareholder Loan - RM:1053 - | Utilities | 840.10 | 21,031.66 |
| 01/07/2019 | Expense | | J Mark Inc of Central | J MARK INC OF CENTRAL F 715-5529122 IA J MARK INC OF CENTRAL F 715-5529122 IA | Marriott Personal Shareholder Loan - RM:1053 - | Contract Labor | 840.00 | 21,871.66 |
| 01/08/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Marriott Personal Shareholder Loan - RM:1053 - | Internet/Cable Service | 265.69 | 22,137.35 |
| 01/08/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Marriott Personal Shareholder Loan - RM:1053 - | Internet/Cable Service | 85.69 | 22,223.04 |
| 01/14/2019 | Expense | | J Mark Inc of Central | J MARK INC OF CENTRAL F 715-5529122 IA J MARK INC OF CENTRAL F 715-5529122 IA | Marriott Personal Shareholder Loan - RM:1053 - | Contract Labor | 840.00 | 23,063.04 |
| 01/14/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Marriott Personal Shareholder Loan - RM:1053 - | Internet/Cable Service | 435.95 | 23,498.99 |
| 01/14/2019 | Expense | | Chase EPay | E Pay | Marriott Personal Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -4,500.00 | 18,998.99 |
| 01/15/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Marriott Personal Shareholder Loan - RM:1053 - | Internet/Cable Service | 215.69 | 19,214.68 |
| 01/15/2019 | Expense | | Intuit - QB Online | INTUIT *QB ONLINE 800-286-6800 CA INTUIT *QB ONLINE 800-286-6800 CA | Marriott Personal Shareholder Loan - RM:1053 - | Software | 60.00 | 19,274.68 |
| 01/15/2019 | Expense | | ClassMarker.com | CLASSMARKER.COM PLAN WINDALE CLASSMARKER.COM PLAN WINDALE | Marriott Personal Shareholder Loan - RM:1053 - | Software | 39.95 | 19,314.63 |
| 01/16/2019 | Expense | | J Mark Inc of Central | J MARK INC OF CENTRAL F 715-5529122 IA J MARK INC OF CENTRAL F 715-5529122 IA | Marriott Personal Shareholder Loan - RM:1053 - | Contract Labor | 960.00 | 20,274.63 |
| 01/17/2019 | Expense | | Paychex | PAY*PAYCHEX INC 877-838-7950 NY | Marriott Personal Shareholder Loan - RM:1053 - | Payroll | 885.00 | 21,159.63 |
| 01/17/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Marriott Personal Shareholder Loan - RM:1053 - | Internet/Cable Service | 197.80 | 21,357.43 |
| 01/18/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Marriott Personal Shareholder Loan - RM:1053 - | Internet/Cable Service | 197.80 | 21,555.23 |
| 01/18/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Marriott Personal Shareholder Loan - RM:1053 - | Internet/Cable Service | 190.40 | 21,745.63 |

**Nexus Services Inc.**

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | | | | | RM:1053 - Marriott Personal | | | |
| 01/18/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,500.00 | 18,245.63 |
| 01/18/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | NS-CITY-EXPENSE-7853 | -2,500.00 | 15,745.63 |
| 01/21/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 600.27 | 16,345.90 |
| 01/21/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 412.34 | 16,758.24 |
| 01/21/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 187.75 | 16,945.99 |
| 01/21/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 295.03 | 17,241.02 |
| 01/21/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 92.08 | 17,333.10 |
| 01/22/2019 | Expense | | | PURCHASE INTEREST CHARGE PURCHASE INTEREST CHARGE | Shareholder Loan - RM:1053 - Marriott Personal | Bank Charges | 274.08 | 17,607.18 |
| 01/23/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 281.08 | 17,888.26 |
| 01/24/2019 | Expense | | Republic Services | REPUBLIC SERVICES TRASH 866-576-5548 AZ REPUBLIC SERVICES TRASH 866-576-5548 AZ | Shareholder Loan - RM:1053 - Marriott Personal | Disposal Fees | 678.40 | 18,566.66 |
| 01/24/2019 | Expense | | Officialpayments.com | OPC UTL*SERVICE FEE 024 800-487-4567 NE OPC UTL*SERVICE FEE 024 800-487-4567 NE | Shareholder Loan - RM:1053 - Marriott Personal | Bank Charges | 4.50 | 18,571.16 |
| 01/24/2019 | Expense | | DOMINION ENERGY | DOMINION ENERGY VA NC 877-315-6090 VA | Shareholder Loan - RM:1053 - Marriott Personal | Utilities:Electric | 36.34 | 18,607.50 |
| 01/24/2019 | Expense | | DOMINION ENERGY | DOMINION ENERGY VA NC 877-315-6090 VA | Shareholder Loan - RM:1053 - Marriott Personal | Utilities:Electric | 37.25 | 18,644.75 |
| 01/24/2019 | Expense | | DOMINION ENERGY | DOMINION ENERGY VA NC 877-315-6090 VA | Shareholder Loan - RM:1053 - Marriott Personal | Utilities:Electric | 70.91 | 18,715.66 |
| 01/24/2019 | Expense | | | ORLANDOUTILITIES/EZPAY 407-423-9100 FL | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 356.71 | 19,072.37 |
| 01/24/2019 | Expense | | DOMINION ENERGY | DOMINION ENERGY VA NC 877-315-6090 VA | Shareholder Loan - RM:1053 - Marriott Personal | Utilities:Electric | 198.37 | 19,270.74 |
| 01/24/2019 | Expense | | DOMINION ENERGY | DOMINION ENERGY VA NC 877-315-6090 VA | Shareholder Loan - RM:1053 - Marriott Personal | Utilities:Electric | 174.29 | 19,445.03 |
| 01/24/2019 | Expense | | | OPC*HARRISONBURG CITY TAX 925-855-5000 VA | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 105.70 | 19,550.73 |
| 01/25/2019 | Expense | | Columbia Gas | BILLPAY-COLUMBIAGASVA 800-543-8911 OH BILLPAY-COLUMBIAGASVA 800-543-8911 OH | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 200.10 | 19,750.83 |
| 01/26/2019 | Expense | | Bright House Networks | BRIGHT HOUSE NETWORKS 317-972-9700 FL BRIGHT HOUSE NETWORKS 317-972-9700 FL | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 162.39 | 19,913.22 |
| 01/30/2019 | Expense | | J Mark Inc of Central | J MARK INC OF CENTRAL F 715-5529122 IA J MARK INC OF CENTRAL F 715-5529122 IA | Shareholder Loan - RM:1053 - Marriott Personal | Contract Labor | 768.00 | 20,681.22 |
| 01/30/2019 | Expense | | J Mark Inc of Central | J MARK INC OF CENTRAL F 715-5529122 IA J MARK INC OF CENTRAL F 715-5529122 IA | Shareholder Loan - RM:1053 - Marriott Personal | Contract Labor | 960.00 | 21,641.22 |
| 01/30/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,500.00 | 18,141.22 |
| 02/01/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 267.80 | 18,409.02 |
| 02/02/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 137.75 | 18,546.77 |
| 02/02/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 117.80 | 18,664.57 |
| 02/02/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 199.57 | 18,864.14 |
| 02/02/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 97.80 | 18,961.94 |
| 02/02/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 30.00 | 18,991.94 |
| 02/03/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 287.47 | 19,279.41 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 02/04/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriot Personal | Internet/Cable Service | 287.75 | 19,567.16 |
| 02/05/2019 | Expense | | DirectTV | DTV*DIRECTV SERVICE 800-347-3288 CA DTV*DIRECTV SERVICE 800-347-3288 CA | Shareholder Loan - RM:1053 - Marriot Personal | Internet/Cable Service | 112.60 | 19,679.76 |
| 02/05/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -3,500.00 | 16,179.76 |
| 02/06/2019 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriot Personal | Dues & Subscriptions | 658.00 | 16,837.76 |
| 02/06/2019 | Expense | | J Mark Inc of Central | J MARK INC OF CENTRAL F 715-5529122 IA J MARK INC OF CENTRAL F 715-5529122 IA | Shareholder Loan - RM:1053 - Marriot Personal | Contract Labor | 960.00 | 17,797.76 |
| 02/06/2019 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriot Personal | Dues & Subscriptions | 5.97 | 17,803.73 |
| 02/08/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 49.28 | 17,853.01 |
| 02/11/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriot Personal | Internet/Cable Service | 440.19 | 18,293.20 |
| 02/12/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 360.00 | 18,653.20 |
| 02/12/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriot Personal | Internet/Cable Service | 228.58 | 18,881.78 |
| 02/14/2019 | Expense | | J Mark Inc of Central | J MARK INC OF CENTRAL F 715-5529122 IA J MARK INC OF CENTRAL F 715-5529122 IA | Shareholder Loan - RM:1053 - Marriot Personal | Contract Labor | 768.00 | 19,649.78 |
| 02/15/2019 | Expense | | Intuit - QB Online | INTUIT *QB ONLINE 800-286-6800 CA INTUIT *QB ONLINE 800-286-6800 CA | Shareholder Loan - RM:1053 - Marriot Personal | Software | 60.00 | 19,709.78 |
| 02/15/2019 | Expense | | ClassMarker.com | CLASSMARKER.COM PLAN WINDALE CLASSMARKER.COM PLAN WINDALE | Shareholder Loan - RM:1053 - Marriot Personal | Software | 39.95 | 19,749.73 |
| 02/17/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriot Personal | Internet/Cable Service | 197.80 | 19,947.53 |
| 02/18/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriot Personal | Internet/Cable Service | 197.80 | 20,145.33 |
| 02/18/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriot Personal | Internet/Cable Service | 190.40 | 20,335.73 |
| 02/19/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -3,500.00 | 16,835.73 |
| 02/22/2019 | Expense | | | PURCHASE INTEREST CHARGE PURCHASE INTEREST CHARGE | Shareholder Loan - RM:1053 - Marriot Personal | Bank Charges | 279.05 | 17,114.78 |
| 02/25/2019 | Expense | | Dixie Gas & Oil | DIXIE GAS & OIL VERONA 540-248-6273 VA DIXIE GAS & OIL VERONA 540-248-6273 VA | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 876.41 | 17,991.19 |
| 02/26/2019 | Expense | | SunPass | SUNPASS*ACC87591021 888-865-5352 FL | Shareholder Loan - RM:1053 - Marriot Personal | Parking/Tolls | 107.02 | 18,098.21 |
| 02/26/2019 | Expense | | Harrisonburg Electric Commission | HARRISONBURG ELECTRIC CO 540-434-5361 VA HARRISONBURG ELECTRIC CO 540-434-5361 VA | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 545.13 | 18,643.34 |
| 02/26/2019 | Expense | | Republic Services | REPUBLIC SERVICES TRASH 866-576-5548 AZ REPUBLIC SERVICES TRASH 866-576-5548 AZ | Shareholder Loan - RM:1053 - Marriot Personal | Disposal Fees | 674.77 | 19,318.11 |
| 02/26/2019 | Expense | | Harrisonburg Electric Commission | HARRISONBURG ELECTRIC CO 540-434-5361 VA HARRISONBURG ELECTRIC CO 540-434-5361 VA | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 105.51 | 19,423.62 |
| 02/26/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -4,500.00 | 14,923.62 |
| 02/26/2019 | Expense | | DOMINION ENERGY | DOMINION ENERGY VA NC 877-315-6090 VA | Shareholder Loan - RM:1053 - Marriot Personal | Utilities:Electric | 36.61 | 14,960.23 |
| 02/26/2019 | Expense | | DOMINION ENERGY | DOMINION ENERGY VA NC 877-315-6090 VA | Shareholder Loan - RM:1053 - Marriot Personal | Utilities:Electric | 39.11 | 14,999.34 |
| 02/26/2019 | Expense | | SunPass | SUNPASS*ACC58011941 888-865-5352 FL | Shareholder Loan - RM:1053 - Marriot Personal | Parking/Tolls | 44.90 | 15,044.24 |
| 02/26/2019 | Expense | | SunPass | SUNPASS*ACC84807772 888-865-5352 FL | Shareholder Loan - RM:1053 - Marriot Personal | Parking/Tolls | 45.53 | 15,089.77 |
| 02/26/2019 | Expense | | DOMINION ENERGY | DOMINION ENERGY VA NC 877-315-6090 VA | Shareholder Loan - RM:1053 - Marriot Personal | Utilities:Electric | 75.65 | 15,165.42 |
| 02/26/2019 | Expense | | SunPass | SUNPASS*ACC78372901 888-865-5352 FL | Shareholder Loan - RM:1053 - Marriot Personal | Parking/Tolls | 85.94 | 15,251.36 |
| 02/26/2019 | Expense | | DOMINION ENERGY | DOMINION ENERGY VA NC 877-315-6090 VA | Shareholder Loan - RM:1053 - | Utilities:Electric | 90.55 | 15,341.91 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 02/26/2019 | Expense | | EZ Pass | PTC EZPASS CSC WEB IVR state.pa.us PA PTC EZPASS CSC WEB IVR state.pa.us PA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 94.80 | 15,436.71 |
| 02/26/2019 | Expense | | SunPass | SUNPASS*ACC68848627 888-865-5352 FL | Shareholder Loan - RM:1053 - Marriott Personal | Parking/Tolls | 103.27 | 15,539.98 |
| 02/26/2019 | Expense | | Remit-Online.com | REMITONLINECOM-RCHMND PRK 800-9970197 CO | Shareholder Loan - RM:1053 - Marriott Personal | Bank Charges | 103.95 | 15,643.93 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 440.19 | 16,084.12 |
| 02/27/2019 | Expense | | Tolls by Mail Payment Processing Center | TOLLS BY MAIL 800-333-8655 NY TOLLS BY MAIL 800-333-8655 NY | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 22.00 | 16,106.12 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 295.03 | 16,401.15 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 295.03 | 16,696.18 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 287.75 | 16,983.93 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 287.47 | 17,271.40 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 87.80 | 17,359.20 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 117.80 | 17,477.00 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 127.80 | 17,604.80 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 167.75 | 17,772.55 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 187.75 | 17,960.30 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 190.40 | 18,150.70 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 197.80 | 18,348.50 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 199.57 | 18,548.07 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 229.22 | 18,777.29 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 267.80 | 19,045.09 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 267.80 | 19,312.89 |
| 02/27/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 412.39 | 19,725.28 |
| 03/01/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -5,500.00 | 14,225.28 |
| 03/02/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 90.00 | 14,315.28 |
| 03/03/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 30.00 | 14,345.28 |
| 03/05/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 30.00 | 14,375.28 |
| 03/05/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 30.00 | 14,405.28 |
| 03/05/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 20.00 | 14,425.28 |
| 03/06/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 12.10 | 14,437.38 |
| 03/07/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 50.00 | 14,487.38 |
| 03/07/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 50.00 | 14,537.38 |
| 03/12/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 360.00 | 14,897.38 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------|-----|------|------------------|---------|-------|--------|---------|
| | | | | | Shareholder Loan - RM:1053 - Marriott Personal | | | |
| 03/13/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 1,090.00 | 15,987.38 |
| 03/18/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -4,500.00 | 11,487.38 |
| 03/20/2019 | Expense | | ClassMarker.com | CLASSMARKER.COM PLAN WINDALE CLASSMARKER.COM PLAN WINDALE | Shareholder Loan - RM:1053 - Marriott Personal | Software | 39.95 | 11,527.33 |
| 03/20/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 30.24 | 11,557.57 |
| 03/21/2019 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 9.99 | 11,567.56 |
| 03/22/2019 | Expense | | | PURCHASE INTEREST CHARGE PURCHASE INTEREST CHARGE | Shareholder Loan - RM:1053 - Marriott Personal | Bank Charges | 199.35 | 11,766.91 |
| 03/27/2019 | Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN 336-852-7419 NC PAY TEL COMMUNICATIONS IN 336-852-7419 NC | Shareholder Loan - RM:1053 - Marriott Personal | Cell - Wireless Services | 53.00 | 11,819.91 |
| 03/31/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 1,105.00 | 12,924.91 |
| 04/01/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 50.00 | 12,974.91 |
| 04/02/2019 | Expense | | PACERMonitor.com | PACERMONITOR.COM WWW.PACERMONI NY PACERMONITOR.COM WWW.PACERMONI NY | Shareholder Loan - RM:1053 - Marriott Personal | GPS | 99.00 | 13,073.91 |
| 04/02/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 90.00 | 13,163.91 |
| 04/03/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 30.00 | 13,193.91 |
| 04/03/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -2,500.00 | 10,693.91 |
| 04/04/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,500.00 | 7,193.91 |
| 04/08/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -2,500.00 | 4,693.91 |
| 04/09/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,302.36 | 1,391.55 |
| 04/11/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -1,427.00 | -35.45 |
| 04/12/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 360.00 | 324.55 |
| 04/16/2019 | Expense | | Enterprise Rent-a-Car | ENTERPRISE RENT-A-CAR TULSA OK | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Car Rental | 630.03 | 954.58 |
| 04/16/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 50.00 | 1,004.58 |
| 04/16/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 40.00 | 1,044.58 |
| 04/16/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 35.00 | 1,079.58 |
| 04/16/2019 | Expense | | SunPass | SUNPASS*ACC78372901 888-865-5352 FL | Shareholder Loan - RM:1053 - Marriott Personal | Parking/Tolls | 31.90 | 1,111.48 |
| 04/16/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 14.00 | 1,125.48 |
| 04/16/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 6.00 | 1,131.48 |
| 04/16/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -360.00 | 771.48 |
| 04/17/2019 | Expense | | EZ Pass | NJ E-ZPASS VIOLATIONS 888-288-6865 NJ PTC EZPASS CSC WEB IVR state.pa.us PA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 31.00 | 802.48 |
| 04/17/2019 | Expense | | EZ Pass | PORT AUTHORITY E-ZPASS 800-333-8655 NY PTC EZPASS CSC WEB IVR state.pa.us PA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 15.00 | 817.48 |
| 04/19/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -176.90 | 640.58 |
| 04/19/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -976.72 | -336.14 |

## Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 04/20/2019 | Expense | | ClassMarker.com | CLASSMARKER.COM PLAN WINDALE CLASSMARKER.COM PLAN WINDALE | Shareholder Loan - RM:1053 - Marriott Personal | Software | 39.95 | -296.19 |
| 04/20/2019 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 9.99 | -286.20 |
| 04/22/2019 | Expense | | | PURCHASE INTEREST CHARGE PURCHASE INTEREST CHARGE | Shareholder Loan - RM:1053 - Marriott Personal | Bank Charges | 75.27 | -210.93 |
| 04/23/2019 | Credit Card Credit | | | PURCHASE INTEREST CHARGE PURCHASE INTEREST CHARGE | Shareholder Loan - RM:1053 - Marriott Personal | Bank Charges | -0.33 | -211.26 |
| 04/26/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 1,611.09 | 1,399.83 |
| 04/26/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 417.17 | 1,817.00 |
| 04/29/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 705.98 | 2,522.98 |
| 04/30/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 1,105.00 | 3,627.98 |
| 04/30/2019 | Expense | | Enterprise Rent-a-Car | ENTERPRISE RENT-A-CAR TULSA OK | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Car Rental | 834.68 | 4,462.66 |
| 04/30/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -705.98 | 3,756.68 |
| 04/30/2019 | Expense | | DAMAGE RECOVERY INTL | DAMAGE RECOVERY INTL SAINT LOUIS MO DAMAGE RECOVERY INTL SAINT LOUIS MO | Shareholder Loan - RM:1053 - Marriott Personal | Repair & Maintenance | 550.81 | 4,307.49 |
| 04/30/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 385.08 | 4,692.57 |
| 04/30/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 224.63 | 4,917.20 |
| 04/30/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -1,852.45 | 3,064.75 |
| 04/30/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,000.00 | 8,064.75 |
| 04/30/2019 | Expense | | DAMAGE RECOVERY INTL | DAMAGE RECOVERY INTL SAINT LOUIS MO DAMAGE RECOVERY INTL SAINT LOUIS MO | Shareholder Loan - RM:1053 - Marriott Personal | Repair & Maintenance | 749.74 | 8,814.49 |
| 05/01/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -705.98 | 8,108.51 |
| 05/01/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 32.09 | 8,140.60 |
| 05/01/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 449.26 | 8,589.86 |
| 05/01/2019 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 499.00 | 9,088.86 |
| 05/01/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,000.00 | 14,088.86 |
| 05/02/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,000.00 | 19,088.86 |
| 05/02/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 609.71 | 19,698.57 |
| 05/02/2019 | Expense | | PACERMonitor.com | PACERMONITOR.COM WWW.PACERMONI NY PACERMONITOR.COM WWW.PACERMONI NY | Shareholder Loan - RM:1053 - Marriott Personal | GPS | 99.00 | 19,797.57 |
| 05/02/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 90.00 | 19,887.57 |
| 05/03/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -7,309.28 | 12,578.29 |
| 05/03/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 30.00 | 12,608.29 |
| 05/03/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 31.59 | 12,639.88 |
| 05/03/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 2,400.84 | 15,040.72 |
| 05/03/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,000.00 | 20,040.72 |
| 05/03/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - | Credit Card Payments | -5,980.35 | 14,060.37 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 05/04/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 192.54 | 14,252.91 |
| 05/04/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 160.45 | 14,413.36 |
| 05/04/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 160.45 | 14,573.81 |
| 05/05/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -6,633.39 | 7,940.42 |
| 05/06/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 5,000.00 | 12,940.42 |
| 05/06/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 449.26 | 13,389.68 |
| 05/07/2019 | Expense | | | THOMSON WEST*TCD 800-328-4880 MN | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 17,134.03 | 30,523.71 |
| 05/07/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -7,975.87 | 22,547.84 |
| 05/07/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 673.89 | 23,221.73 |
| 05/07/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 5,000.00 | 28,221.73 |
| 05/08/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 3.50 | 28,225.23 |
| 05/08/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 385.08 | 28,610.31 |
| 05/08/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 5,000.00 | 33,610.31 |
| 05/08/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -6,000.00 | 27,610.31 |
| 05/09/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 5,000.00 | 32,610.31 |
| 05/09/2019 | Expense | | EZ Pass | NJ E-ZPASS VIOLATIONS 888-288-6865 NJ PTC EZPASS CSC WEB IVR state.pa.us PA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 294.70 | 32,905.01 |
| 05/09/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -6,500.00 | 26,405.01 |
| 05/09/2019 | Expense | | Capital Beltway Express | CAPITAL BELTWAY EXPRES 855-495-9777 VA CAPITAL BELTWAY EXPRES 855-495-9777 VA | Shareholder Loan - RM:1053 - Marriot Personal | Parking/Tolls | 12.35 | 26,417.36 |
| 05/09/2019 | Expense | | EZ Pass | E-ZPASS MD MPC 800-950-1292 MD PTC EZPASS CSC WEB IVR state.pa.us PA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 18.00 | 26,435.36 |
| 05/09/2019 | Expense | | PACER Service Center | PACER800-676-6856IR 800-676-6856 TX | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 46.10 | 26,481.46 |
| 05/09/2019 | Expense | | EZ Pass | E ZPASS DE  00200725 DOVER DE PTC EZPASS CSC WEB IVR state.pa.us PA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 54.00 | 26,535.46 |
| 05/09/2019 | Expense | | EZ Pass | PORT AUTHORITY E-ZPASS 800-333-8655 NY PTC EZPASS CSC WEB IVR state.pa.us PA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 65.00 | 26,600.46 |
| 05/09/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 128.36 | 26,728.82 |
| 05/10/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -8,500.00 | 18,228.82 |
| 05/10/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 18,549.72 |
| 05/10/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 18,870.62 |
| 05/10/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 5,000.00 | 23,870.62 |
| 05/12/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 360.00 | 24,230.62 |
| 05/13/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 12.00 | 24,242.62 |
| 05/13/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 15.75 | 24,258.37 |
| 05/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 32.09 | 24,290.46 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | Shareholder Loan - RM:1053 - Marriott Personal | | | |
| 05/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 609.71 | 24,900.17 |
| 05/13/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -8,500.00 | 16,400.17 |
| 05/13/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,000.00 | 21,400.17 |
| 05/14/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,000.00 | 26,400.17 |
| 05/14/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 30.00 | 26,430.17 |
| 05/14/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 25.00 | 26,455.17 |
| 05/14/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -8,500.00 | 17,955.17 |
| 05/14/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 40.00 | 17,995.17 |
| 05/14/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 449.26 | 18,444.43 |
| 05/14/2019 | Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN 336-852-7419 NC PAY TEL COMMUNICATIONS IN 336-852-7419 NC | Shareholder Loan - RM:1053 - Marriott Personal | Cell - Wireless Services | 53.00 | 18,497.43 |
| 05/15/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 35.89 | 18,533.32 |
| 05/15/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,000.00 | 23,533.32 |
| 05/15/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 3,885.57 | 27,418.89 |
| 05/15/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 577.62 | 27,996.51 |
| 05/15/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -7,266.07 | 20,730.44 |
| 05/16/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,000.00 | 25,730.44 |
| 05/16/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 320.90 | 26,051.34 |
| 05/16/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -7,500.00 | 18,551.34 |
| 05/17/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,000.00 | 23,551.34 |
| 05/17/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 417.17 | 23,968.51 |
| 05/17/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,766.81 | 20,201.70 |
| 05/20/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,000.00 | 25,201.70 |
| 05/20/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 641.80 | 25,843.50 |
| 05/20/2019 | Expense | | ClassMarker.com | CLASSMARKER.COM PLAN WINDALE CLASSMARKER.COM PLAN WINDALE | Shareholder Loan - RM:1053 - Marriott Personal | Software | 39.95 | 25,883.45 |
| 05/20/2019 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 9.99 | 25,893.44 |
| 05/20/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -7,500.00 | 18,393.44 |
| 05/21/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,000.00 | 23,393.44 |
| 05/21/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -7,500.00 | 15,893.44 |
| 05/21/2019 | Expense | | SunPass | SUNPASS*ACC87591021 888-865-5352 FL | Shareholder Loan - RM:1053 - Marriott Personal | Parking/Tolls | 44.68 | 15,938.12 |
| 05/21/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 352.99 | 16,291.11 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 05/22/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 5,000.00 | 21,291.11 |
| 05/22/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS LYNCHBURG VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 898.52 | 22,189.63 |
| 05/22/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -5,237.15 | 16,952.48 |
| 05/23/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 513.44 | 17,465.92 |
| 05/23/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 5,000.00 | 22,465.92 |
| 05/23/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -5,691.74 | 16,774.18 |
| 05/24/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 5,000.00 | 21,774.18 |
| 05/24/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 738.07 | 22,512.25 |
| 05/24/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -5,397.67 | 17,114.58 |
| 05/27/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 5,000.00 | 22,114.58 |
| 05/28/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -5,898.52 | 16,216.06 |
| 05/28/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 641.80 | 16,857.86 |
| 05/28/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 5,000.00 | 21,857.86 |
| 05/29/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 26.50 | 21,884.36 |
| 05/29/2019 | Expense | | LGBS 91 Express Lanes Tolls | LGBS- 91 EXPRESS LANES 210-4038600 TX LGBS- 91 EXPRESS LANES 210-4038600 TX | Shareholder Loan - RM:1053 - Marriot Personal | Parking/Tolls | 81.90 | 21,966.26 |
| 05/29/2019 | Expense | | EZ Pass | NJ E-ZPASS VIOLATIONS 888-288-6865 NJ PTC EZPASS CSC WEB IVR state.pa.us PA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 87.25 | 22,053.51 |
| 05/29/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 385.08 | 22,438.59 |
| 05/29/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES ATLANTA GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 5,000.00 | 27,438.59 |
| 05/29/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -6,500.00 | 20,938.59 |
| 05/30/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -7,500.00 | 13,438.59 |
| 05/30/2019 | Expense | | Metro Express Lanes | METRO EXPRESS LANES 877-2246511 CA METRO EXPRESS LANES 877-2246511 CA | Shareholder Loan - RM:1053 - Marriot Personal | Parking/Tolls | 55.75 | 13,494.34 |
| 05/30/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 449.26 | 13,943.60 |
| 05/30/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 1,611.09 | 15,554.69 |
| 05/31/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -7,893.31 | 7,661.38 |
| 05/31/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 513.44 | 8,174.82 |
| 05/31/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 545.53 | 8,720.35 |
| 05/31/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -5,580.73 | 3,139.62 |
| 05/31/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 1,105.00 | 4,244.62 |
| 06/01/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 2,369.25 | 6,613.87 |
| 06/01/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 1,950.00 | 8,563.87 |
| 06/01/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 1,421.55 | 9,985.42 |

## Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 06/01/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 947.70 | 10,933.12 |
| 06/01/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,116.10 | 8,817.02 |
| 06/02/2019 | Expense | | PACERMonitor.com | PACERMONITOR.COM WWW.PACERMONI NY PACERMONITOR.COM WWW.PACERMONI NY | Shareholder Loan - RM:1053 - Marriott Personal | GPS | 99.00 | 8,916.02 |
| 06/02/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 90.00 | 9,006.02 |
| 06/03/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,000.00 | 14,006.02 |
| 06/03/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 577.62 | 14,583.64 |
| 06/03/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 30.00 | 14,613.64 |
| 06/03/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 30.00 | 14,643.64 |
| 06/03/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 30.00 | 14,673.64 |
| 06/03/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 30.00 | 14,703.64 |
| 06/04/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,000.00 | 19,703.64 |
| 06/04/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 385.08 | 20,088.72 |
| 06/04/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -8,852.47 | 11,236.25 |
| 06/04/2019 | Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN 336-852-7419 NC PAY TEL COMMUNICATIONS IN 336-852-7419 NC | Shareholder Loan - RM:1053 - Marriott Personal | Cell - Wireless Services | 53.00 | 11,289.25 |
| 06/05/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 545.53 | 11,834.78 |
| 06/05/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,000.00 | 16,834.78 |
| 06/05/2019 | Expense | | MicroBilt Corporation | MicroBilt Corporation 800-8844747 NJ MicroBilt Corporation 800-8844747 NJ | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 73.45 | 16,908.23 |
| 06/05/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -7,500.00 | 9,408.23 |
| 06/06/2019 | Expense | | | NYS DMV TVB 518-4741575 NY | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 403.00 | 9,811.23 |
| 06/06/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 609.71 | 10,420.94 |
| 06/06/2019 | Expense | | | NEW YORK STATE DMV 518-4740904 NY NEW YORK STATE DMV 518-4740904 NY | Shareholder Loan - RM:1053 - Marriott Personal | Taxes & Licenses | 300.00 | 10,720.94 |
| 06/06/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -6,500.00 | 4,220.94 |
| 06/07/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 834.34 | 5,055.28 |
| 06/07/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,943.68 | 2,111.60 |
| 06/08/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -1,312.71 | 798.89 |
| 06/10/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 3,798.89 |
| 06/10/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 160.45 | 3,959.34 |
| 06/11/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 6,959.34 |
| 06/11/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 735.98 | 7,695.32 |
| 06/11/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 417.17 | 8,112.49 |
| 06/11/2019 | Expense | | AT&T | AT&T K022 10765 WWW.ATT.COM PA | Shareholder Loan - RM:1053 - Marriott Personal | Cell - Wireless Services | 35.51 | 8,148.00 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------|------|------|------|------|------|------|------|
| | | | | | - RM:1053 - Marriott Personal | | | |
| 06/11/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -834.34 | 7,313.66 |
| 06/12/2019 | Expense | | Staples | STAPLES      00106716 STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses:Supplies | 632.13 | 7,945.79 |
| 06/12/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 738.07 | 8,683.86 |
| 06/12/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 11,683.86 |
| 06/12/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,935.38 | 7,748.48 |
| 06/12/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 375.49 | 8,123.97 |
| 06/13/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 11,123.97 |
| 06/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 192.54 | 11,316.51 |
| 06/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 789.75 | 12,106.26 |
| 06/14/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 417.17 | 12,523.43 |
| 06/14/2019 | Expense | | The UPS Store | THE UPS STORE WAYNESBORO VA THE UPS STORE WAYNESBORO VA | Shareholder Loan - RM:1053 - Marriott Personal | Shipping and delivery expense | 90.00 | 12,613.43 |
| 06/14/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,378.22 | 9,235.21 |
| 06/14/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 12,235.21 |
| 06/15/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 1,547.91 | 13,783.12 |
| 06/15/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 1,579.50 | 15,362.62 |
| 06/15/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 631.80 | 15,994.42 |
| 06/15/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 1,737.45 | 17,731.87 |
| 06/17/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 20,731.87 |
| 06/17/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -4,149.07 | 16,582.80 |
| 06/17/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 577.62 | 17,160.42 |
| 06/18/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 20,160.42 |
| 06/18/2019 | Expense | | EZ Pass | E-ZPASS MD MPC 800-950-1292 MD PTC EZPASS CSC WEB IVR state.pa.us PA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 6.00 | 20,166.42 |
| 06/18/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -4,500.00 | 15,666.42 |
| 06/19/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 352.99 | 16,019.41 |
| 06/19/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 770.16 | 16,789.57 |
| 06/19/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -4,600.00 | 12,189.57 |
| 06/19/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 32.09 | 12,221.66 |
| 06/19/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 15,221.66 |
| 06/20/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 18,221.66 |
| 06/20/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 545.53 | 18,767.19 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 06/20/2019 | Expense | | ClassMarker.com | CLASSMARKER.COM PLAN NEWCASTLE CLASSMARKER.COM PLAN WINDALE | Shareholder Loan - RM:1053 - Marriott Personal | Software | 39.95 | 18,807.14 |
| 06/20/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -4,500.00 | 14,307.14 |
| 06/20/2019 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 9.99 | 14,317.13 |
| 06/21/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,250.00 | 11,067.13 |
| 06/21/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -7,507.11 | 3,560.02 |
| 06/21/2019 | Expense | | Capital Beltway Express | CAPITAL BELTWAY EXPRES 855-495-9777 VA CAPITAL BELTWAY EXPRES 855-495-9777 VA | Shareholder Loan - RM:1053 - Marriott Personal | Parking/Tolls | 22.10 | 3,582.12 |
| 06/21/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 6,582.12 |
| 06/21/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 513.44 | 7,095.56 |
| 06/22/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 30.00 | 7,125.56 |
| 06/22/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,617.57 | 3,507.99 |
| 06/22/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 30.00 | 3,537.99 |
| 06/22/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 30.00 | 3,567.99 |
| 06/23/2019 | Credit Card Credit | | | PURCHASE INTEREST CHARGE PURCHASE INTEREST CHARGE | Shareholder Loan - RM:1053 - Marriott Personal | Bank Charges | -76.40 | 3,491.59 |
| 06/24/2019 | Expense | | LCC Computers | SQ *LCC COMPUTERS gosq.com VA SQ *LCC COMPUTERS gosq.com VA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses:Computer | 636.00 | 4,127.59 |
| 06/24/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 7,127.59 |
| 06/24/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 898.52 | 8,026.11 |
| 06/25/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 11,026.11 |
| 06/25/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 609.71 | 11,635.82 |
| 06/26/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 14,635.82 |
| 06/26/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 417.17 | 15,052.99 |
| 06/27/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 609.71 | 15,662.70 |
| 06/27/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 352.99 | 16,015.69 |
| 06/27/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 19,015.69 |
| 06/28/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -5,747.67 | 13,268.02 |
| 06/28/2019 | Expense | | AT&T | AT&T K022 10765 WWW.ATT.COM PA | Shareholder Loan - RM:1053 - Marriott Personal | Cell - Wireless Services | 35.51 | 13,303.53 |
| 06/28/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 352.99 | 13,656.52 |
| 06/28/2019 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 499.00 | 14,155.52 |
| 06/28/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 17,155.52 |
| 06/29/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 2,179.71 | 19,335.23 |
| 06/29/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 157.95 | 19,493.18 |
| 06/29/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 1,105.65 | 20,598.83 |

# Nexus Services Inc.

## Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 06/30/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 1,105.00 | 21,703.83 |
| 07/01/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -4,500.00 | 17,203.83 |
| 07/01/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 128.36 | 17,332.19 |
| 07/01/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 834.34 | 18,166.53 |
| 07/01/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 1,547.91 | 19,714.44 |
| 07/01/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 1,579.50 | 21,293.94 |
| 07/01/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 24,293.94 |
| 07/02/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Benefits while Detained | 20.00 | 24,313.94 |
| 07/02/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -5,000.00 | 19,313.94 |
| 07/02/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Benefits while Detained | 40.00 | 19,353.94 |
| 07/02/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Benefits while Detained | 40.00 | 19,393.94 |
| 07/02/2019 | Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN 336-852-7419 NC PAY TEL COMMUNICATIONS IN 336-852-7419 NC | Shareholder Loan - RM:1053 - Marriot Personal | Cell - Wireless Services | 53.00 | 19,446.94 |
| 07/02/2019 | Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN 336-852-7419 NC PAY TEL COMMUNICATIONS IN 336-852-7419 NC | Shareholder Loan - RM:1053 - Marriot Personal | Cell - Wireless Services | 53.00 | 19,499.94 |
| 07/02/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 90.00 | 19,589.94 |
| 07/02/2019 | Expense | | PACERMonitor.com | PACERMONITOR.COM WWW.PACERMONI NY PACERMONITOR.COM WWW.PACERMONI NY | Shareholder Loan - RM:1053 - Marriot Personal | GPS | 99.00 | 19,688.94 |
| 07/02/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 22,688.94 |
| 07/03/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 738.07 | 23,427.01 |
| 07/03/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -6,500.00 | 16,927.01 |
| 07/03/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 30.00 | 16,957.01 |
| 07/03/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 545.53 | 17,502.54 |
| 07/03/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 673.89 | 18,176.43 |
| 07/03/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 21,176.43 |
| 07/04/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 64.18 | 21,240.61 |
| 07/04/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 24,240.61 |
| 07/05/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 27,240.61 |
| 07/05/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 224.63 | 27,465.24 |
| 07/05/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -6,000.00 | 21,465.24 |
| 07/05/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 32.09 | 21,497.33 |
| 07/05/2019 | Expense | | MicroBilt Corporation | MicroBilt Corporation 800-8844747 NJ MicroBilt Corporation 800-8844747 NJ | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 49.95 | 21,547.28 |
| 07/08/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -7,500.00 | 14,047.28 |
| 07/08/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 160.45 | 14,207.73 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | Shareholder Loan - RM:1053 - Marriott Personal | | | |
| 07/08/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 160.45 | 14,368.18 |
| 07/08/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 224.63 | 14,592.81 |
| 07/08/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 256.72 | 14,849.53 |
| 07/08/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 17,849.53 |
| 07/09/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -7,500.00 | 10,349.53 |
| 07/09/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 13,349.53 |
| 07/10/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 32.09 | 13,381.62 |
| 07/10/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 16,381.62 |
| 07/10/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 352.99 | 16,734.61 |
| 07/10/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 705.98 | 17,440.59 |
| 07/10/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 1,050.00 | 18,490.59 |
| 07/10/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 192.54 | 18,683.13 |
| 07/10/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 288.81 | 18,971.94 |
| 07/10/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -6,659.13 | 12,312.81 |
| 07/11/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,802.25 | 8,510.56 |
| 07/11/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 11,510.56 |
| 07/12/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,500.00 | 8,010.56 |
| 07/12/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 577.62 | 8,588.18 |
| 07/12/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 375.00 | 8,963.18 |
| 07/12/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 11,963.18 |
| 07/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 352.99 | 12,316.17 |
| 07/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 3,032.64 | 15,348.81 |
| 07/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 2,590.38 | 17,939.19 |
| 07/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 379.08 | 18,318.27 |
| 07/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 352.99 | 18,671.26 |
| 07/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 189.54 | 18,860.80 |
| 07/14/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -8,122.41 | 10,738.39 |
| 07/15/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 13,738.39 |
| 07/15/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 641.80 | 14,380.19 |
| 07/16/2019 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriott Personal | Internet/Cable Service | 529.47 | 14,909.66 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 07/16/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 17,909.66 |
| 07/16/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 834.34 | 18,744.00 |
| 07/17/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 513.44 | 19,257.44 |
| 07/17/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -4,500.00 | 14,757.44 |
| 07/17/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 17,757.44 |
| 07/18/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 20,757.44 |
| 07/18/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 545.53 | 21,302.97 |
| 07/18/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 26.40 | 21,329.37 |
| 07/18/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 14.00 | 21,343.37 |
| 07/18/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 1.00 | 21,344.37 |
| 07/18/2019 | Expense | | Chase EPay | | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -6,000.00 | 15,344.37 |
| 07/19/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 18,344.37 |
| 07/19/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 417.17 | 18,761.54 |
| 07/19/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 352.99 | 19,114.53 |
| 07/19/2019 | Expense | | EZ Pass | E ZPASS DE   00200725 DOVER DE PTC EZPASS CSC WEB IVR state.pa.us PA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 54.00 | 19,168.53 |
| 07/20/2019 | Expense | | ClassMarker.com | CLASSMARKER.COM PLAN NEWCASTLE CLASSMARKER.COM PLAN WINDALE | Shareholder Loan - RM:1053 - Marriot Personal | Software | 39.95 | 19,208.48 |
| 07/20/2019 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriot Personal | Dues & Subscriptions | 9.99 | 19,218.47 |
| 07/22/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 22,218.47 |
| 07/22/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 481.35 | 22,699.82 |
| 07/22/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 160.45 | 22,860.27 |
| 07/22/2019 | Expense | | American Science Surplus | ASI*AMERICANSCIENCESUR 847-647-0011 IL ASI*AMERICANSCIENCESUR 847-647-0011 IL | Shareholder Loan - RM:1053 - Marriot Personal | Uncategorized Expense | 77.27 | 22,937.54 |
| 07/22/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Benefits while Detained | 40.00 | 22,977.54 |
| 07/22/2019 | Expense | | Chase EPay | | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -6,500.00 | 16,477.54 |
| 07/23/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 19,477.54 |
| 07/23/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 19,798.44 |
| 07/23/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 20,119.34 |
| 07/23/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 288.81 | 20,408.15 |
| 07/23/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 192.54 | 20,600.69 |
| 07/23/2019 | Expense | | Chase EPay | | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -4,000.00 | 16,600.69 |
| 07/24/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 19,600.69 |
| 07/24/2019 | Expense | | Chase EPay | | Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -4,000.00 | 15,600.69 |

## Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 07/24/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 32.09 | 15,632.78 |
| 07/24/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 15,953.68 |
| 07/25/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 16,274.58 |
| 07/25/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 750.00 | 17,024.58 |
| 07/25/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 20,024.58 |
| 07/26/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 23,024.58 |
| 07/26/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 288.81 | 23,313.39 |
| 07/26/2019 | Expense | | EZ Pass | E-ZPASS MD MPC 800-950-1292 MD PTC EZPASS CSC WEB IVR state.pa.us PA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 1.49 | 23,314.88 |
| 07/26/2019 | Expense | | Chase EPay | | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -4,000.00 | 19,314.88 |
| 07/29/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 25.70 | 19,340.58 |
| 07/29/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 417.17 | 19,757.75 |
| 07/29/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 22,757.75 |
| 07/29/2019 | Expense | | Chase EPay | | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -5,000.00 | 17,757.75 |
| 07/30/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 20,757.75 |
| 07/30/2019 | Expense | | Chase EPay | | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -4,000.00 | 16,757.75 |
| 07/30/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 128.36 | 16,886.11 |
| 07/30/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 256.72 | 17,142.83 |
| 07/31/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 224.63 | 17,367.46 |
| 07/31/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 160.45 | 17,527.91 |
| 07/31/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 64.18 | 17,592.09 |
| 07/31/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 1,105.00 | 18,697.09 |
| 07/31/2019 | Expense | | Chase EPay | | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -4,000.00 | 14,697.09 |
| 07/31/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 17,697.09 |
| 08/01/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 20,697.09 |
| 08/02/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 4,580.55 | 25,277.64 |
| 08/02/2019 | Expense | | Chase EPay | CHASE CREDIT CRD | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -6,000.00 | 19,277.64 |
| 08/02/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Benefits while Detained | 15.00 | 19,292.64 |
| 08/02/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Benefits while Detained | 25.00 | 19,317.64 |
| 08/02/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Benefits while Detained | 25.00 | 19,342.64 |
| 08/02/2019 | Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN 336-852-7419 NC PAY TEL COMMUNICATIONS IN 336-852-7419 NC | Shareholder Loan - RM:1053 - Marriot Personal | Cell - Wireless Services | 53.00 | 19,395.64 |
| 08/02/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 90.00 | 19,485.64 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | | | | | Shareholder Loan - RM:1053 - Marriott Personal | | | |
| 08/02/2019 | Expense | | PACERMonitor.com | PACERMONITOR.COM WWW.PACERMONI NY PACERMONITOR.COM WWW.PACERMONI NY | Shareholder Loan - RM:1053 - Marriott Personal | GPS | 99.00 | 19,584.64 |
| 08/02/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 449.26 | 20,033.90 |
| 08/02/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 513.44 | 20,547.34 |
| 08/02/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 23,547.34 |
| 08/03/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 30.00 | 23,577.34 |
| 08/05/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 385.08 | 23,962.42 |
| 08/05/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 26,962.42 |
| 08/05/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 1,547.91 | 28,510.33 |
| 08/05/2019 | Expense | | Chase EPay | CHASE CREDIT CRD | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -11,697.09 | 16,813.24 |
| 08/05/2019 | Expense | | MicroBilt Corporation | MicroBilt Corporation 800-8844747 NJ MicroBilt Corporation 800-8844747 NJ | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 49.95 | 16,863.19 |
| 08/05/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 63.18 | 16,926.37 |
| 08/05/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 417.17 | 17,343.54 |
| 08/06/2019 | Expense | | Chase EPay | CHASE CREDIT CRD | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -2,500.00 | 14,843.54 |
| 08/06/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 513.44 | 15,356.98 |
| 08/06/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 18,356.98 |
| 08/07/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 21,356.98 |
| 08/07/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 385.08 | 21,742.06 |
| 08/07/2019 | Expense | | EZ Pass | NJ E-ZPASS VIOLATIONS 888-288-6865 NJ PTC EZPASS CSC WEB IVR state.pa.us PA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 31.00 | 21,773.06 |
| 08/07/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 352.99 | 22,126.05 |
| 08/08/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 25,126.05 |
| 08/08/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 160.45 | 25,286.50 |
| 08/08/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 64.18 | 25,350.68 |
| 08/08/2019 | Expense | | PACER Service Center | PACER800-676-6856IR 800-676-6856 TX | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 35.70 | 25,386.38 |
| 08/09/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 28,386.38 |
| 08/09/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 352.99 | 28,739.37 |
| 08/09/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -4,000.00 | 24,739.37 |
| 08/09/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 320.90 | 25,060.27 |
| 08/10/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -4,000.00 | 21,060.27 |
| 08/10/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 900.00 | 21,960.27 |
| 08/11/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 2,100.00 | 24,060.27 |

## Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 08/12/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 27,060.27 |
| 08/12/2019 | Expense | | JAMF Software, LLC | JAMF SOFTWARE, LLC HTTPSWWW.JAMF MN | Shareholder Loan - RM:1053 - Marriot Personal | Dues & Subscriptions | 4.00 | 27,064.27 |
| 08/12/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Benefits while Detained | 25.00 | 27,089.27 |
| 08/12/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Benefits while Detained | 25.00 | 27,114.27 |
| 08/12/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Benefits while Detained | 25.00 | 27,139.27 |
| 08/12/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 609.71 | 27,748.98 |
| 08/12/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 375.00 | 28,123.98 |
| 08/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 705.98 | 28,829.96 |
| 08/13/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 31,829.96 |
| 08/14/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 34,829.96 |
| 08/14/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 385.08 | 35,215.04 |
| 08/15/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 385.08 | 35,600.12 |
| 08/16/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 288.81 | 35,888.93 |
| 08/16/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 288.81 | 36,177.74 |
| 08/16/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 31.59 | 36,209.33 |
| 08/16/2019 | Expense | | Chase EPay | CHASE CREDIT CRD | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -4,000.00 | 32,209.33 |
| 08/16/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 35,209.33 |
| 08/19/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 577.62 | 35,786.95 |
| 08/20/2019 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriot Personal | Dues & Subscriptions | 9.99 | 35,796.94 |
| 08/20/2019 | Expense | | ClassMarker.com | CLASSMARKER.COM PLAN NEWCASTLE CLASSMARKER.COM PLAN WINDALE | Shareholder Loan - RM:1053 - Marriot Personal | Software | 39.95 | 35,836.89 |
| 08/20/2019 | Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN 336-852-7419 NC PAY TEL COMMUNICATIONS IN 336-852-7419 NC | Shareholder Loan - RM:1053 - Marriot Personal | Cell - Wireless Services | 53.00 | 35,889.89 |
| 08/21/2019 | Expense | | State Road & Tollway Authority | PAM GA TOLL AUTHORITY W 866-353-0462 WI PAM GA TOLL AUTHORITY W 866-353-0462 WI | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 25.35 | 35,915.24 |
| 08/21/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 26.40 | 35,941.64 |
| 08/21/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 481.35 | 36,422.99 |
| 08/21/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 39,422.99 |
| 08/21/2019 | Expense | | Chase EPay | CHASE CREDIT CRD | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -6,000.00 | 33,422.99 |
| 08/21/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 3.75 | 33,426.74 |
| 08/22/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 224.63 | 33,651.37 |
| 08/22/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 3,000.00 | 36,651.37 |
| 08/22/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 224.63 | 36,876.00 |
| 08/22/2019 | Expense | | Chase EPay | CHASE CREDIT CRD | Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -6,200.00 | 30,676.00 |

## Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 08/23/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Marriot Personal Shareholder Loan - RM:1053 - | Credit Card Payments | -4,000.00 | 26,676.00 |
| 08/23/2019 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Marriot Personal Shareholder Loan - RM:1053 - | Legal Fees | 3,000.00 | 29,676.00 |
| 08/23/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 577.62 | 30,253.62 |
| 08/23/2019 | Expense | | Chase EPay | CHASE CREDIT CRD | Marriot Personal Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -4,500.00 | 25,753.62 |
| 08/24/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Marriot Personal Shareholder Loan - RM:1053 - | Credit Card Payments | -3,000.00 | 22,753.62 |
| 08/26/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 609.71 | 23,363.33 |
| 08/27/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 385.08 | 23,748.41 |
| 08/27/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 385.08 | 24,133.49 |
| 08/28/2019 | Expense | | Chase EPay | CHASE CREDIT CRD | Marriot Personal Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -3,000.00 | 21,133.49 |
| 08/28/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 481.35 | 21,614.84 |
| 08/28/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Benefits while Detained | 35.00 | 21,649.84 |
| 08/28/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Benefits while Detained | 25.00 | 21,674.84 |
| 08/28/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Benefits while Detained | 25.00 | 21,699.84 |
| 08/29/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 352.99 | 22,052.83 |
| 08/29/2019 | Expense | | Chase EPay | CHASE CREDIT CRD | Marriot Personal Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -2,500.00 | 19,552.83 |
| 08/30/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Marriot Personal Shareholder Loan - RM:1053 - | Credit Card Payments | -3,000.00 | 16,552.83 |
| 08/30/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 705.98 | 17,258.81 |
| 08/30/2019 | Expense | | Chase EPay | CHASE CREDIT CRD | Marriot Personal Shareholder Loan - RM:1053 - | LN-CITY-OPERATING-4829 | -3,000.00 | 14,258.81 |
| 08/31/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Marriot Personal Shareholder Loan - RM:1053 - | Security | 1,050.00 | 15,308.81 |
| 08/31/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Marriot Personal Shareholder Loan - RM:1053 - | Security | 1,105.00 | 16,413.81 |
| 09/01/2019 | Expense | | GOOGLE.COM | GOOGLE *GSUITE_fangist cc@google.com CA | Marriot Personal Shareholder Loan - RM:1053 - | Advertising | 4.64 | 16,418.45 |
| 09/02/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 32.09 | 16,450.54 |
| 09/02/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 32.09 | 16,482.63 |
| 09/02/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 32.09 | 16,514.72 |
| 09/02/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Marriot Personal Shareholder Loan - RM:1053 - | Security | 90.00 | 16,604.72 |
| 09/02/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 32.09 | 16,636.81 |
| 09/02/2019 | Expense | | PACERMonitor.com | PACERMONITOR.COM WWW.PACERMONI NY PACERMONITOR.COM WWW.PACERMONI NY | Marriot Personal Shareholder Loan - RM:1053 - | GPS | 99.00 | 16,735.81 |
| 09/03/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA SLAYTON WIRELESS STAUNTON VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 6,318.00 | 23,053.81 |
| 09/03/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 320.90 | 23,374.71 |
| 09/03/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Marriot Personal Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 64.18 | 23,438.89 |
| 09/03/2019 | Expense | | JAMF Software, LLC | JAMF SOFTWARE, LLC HTTPSWWW.JAMF MN | Marriot Personal Shareholder Loan | Dues & Subscriptions | 36.00 | 23,474.89 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | | | | | Shareholder Loan - RM:1053 - Marriott Personal | | | |
| 09/03/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 30.00 | 23,504.89 |
| 09/03/2019 | Expense | | The Toll Roads | THE TOLL ROADS OF OC 949-727-4800 CA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 6.62 | 23,511.51 |
| 09/03/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 224.63 | 23,736.14 |
| 09/04/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 288.81 | 24,024.95 |
| 09/05/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 21,024.95 |
| 09/05/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 32.09 | 21,057.04 |
| 09/05/2019 | Expense | | MicroBilt Corporation | MicroBilt Corporation 800-8844747 NJ MicroBilt Corporation 800-8844747 NJ | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 49.95 | 21,106.99 |
| 09/05/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 32.09 | 21,139.08 |
| 09/05/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 449.26 | 21,588.34 |
| 09/06/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 128.36 | 21,716.70 |
| 09/06/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 32.09 | 21,748.79 |
| 09/06/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 18,748.79 |
| 09/06/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 417.17 | 19,165.96 |
| 09/09/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 32.09 | 19,198.05 |
| 09/09/2019 | Credit Card Payment | | | Payment Thank You - Web | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 16,198.05 |
| 09/09/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 673.89 | 16,871.94 |
| 09/10/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,600.00 | 13,271.94 |
| 09/10/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 32.09 | 13,304.03 |
| 09/10/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 320.90 | 13,624.93 |
| 09/10/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 256.72 | 13,881.65 |
| 09/11/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 6.50 | 13,888.15 |
| 09/11/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 10,888.15 |
| 09/11/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 30.00 | 10,918.15 |
| 09/11/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 36.00 | 10,954.15 |
| 09/11/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Benefits while Detained | 40.00 | 10,994.15 |
| 09/11/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 64.18 | 11,058.33 |
| 09/11/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 160.45 | 11,218.78 |
| 09/11/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 320.90 | 11,539.68 |
| 09/11/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 320.90 | 11,860.58 |
| 09/12/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 224.63 | 12,085.21 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 09/12/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 375.00 | 12,460.21 |
| 09/12/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 802.25 | 13,262.46 |
| 09/12/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -3,000.00 | 10,262.46 |
| 09/12/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 128.36 | 10,390.82 |
| 09/12/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 192.54 | 10,583.36 |
| 09/13/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -3,000.00 | 7,583.36 |
| 09/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 256.72 | 7,840.08 |
| 09/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 256.72 | 8,096.80 |
| 09/13/2019 | Expense | | Tracers Information | Tracers Information 877-7232689 FL Tracers Information 877-7232689 FL | Shareholder Loan - RM:1053 - Marriot Personal | Software | 510.50 | 8,607.30 |
| 09/16/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 3,095.82 | 11,703.12 |
| 09/16/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -3,000.00 | 8,703.12 |
| 09/16/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 64.18 | 8,767.30 |
| 09/16/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 385.08 | 9,152.38 |
| 09/16/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 352.99 | 9,505.37 |
| 09/17/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 9,826.27 |
| 09/18/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Benefits while Detained | 30.00 | 9,856.27 |
| 09/18/2019 | Expense | | Carteret Title | CARTERET TITLE LLC 540-4389531 VA CARTERET TITLE LLC 540-4389531 VA | Shareholder Loan - RM:1053 - Marriot Personal | Uncategorized Expense | 195.00 | 10,051.27 |
| 09/18/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Benefits while Detained | 30.00 | 10,081.27 |
| 09/19/2019 | Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN 336-852-7419 NC PAY TEL COMMUNICATIONS IN 336-852-7419 NC | Shareholder Loan - RM:1053 - Marriot Personal | Cell - Wireless Services | 53.00 | 10,134.27 |
| 09/19/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 609.71 | 10,743.98 |
| 09/19/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 11,064.88 |
| 09/19/2019 | Expense | | | IN *ASSET MANAGEMENT GROU 303-6928445 CO | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 242.50 | 11,307.38 |
| 09/19/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 224.63 | 11,532.01 |
| 09/19/2019 | Expense | | | IN *ASSET MANAGEMENT GROU 303-6928445 CO | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 109.50 | 11,641.51 |
| 09/19/2019 | Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN 336-852-7419 NC PAY TEL COMMUNICATIONS IN 336-852-7419 NC | Shareholder Loan - RM:1053 - Marriot Personal | Cell - Wireless Services | 53.00 | 11,694.51 |
| 09/20/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 224.63 | 11,919.14 |
| 09/20/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 224.63 | 12,143.77 |
| 09/20/2019 | Expense | | ClassMarker.com | CLASSMARKER.COM PLAN NEWCASTLE CLASSMARKER.COM PLAN WINDALE | Shareholder Loan - RM:1053 - Marriot Personal | Software | 39.95 | 12,183.72 |
| 09/20/2019 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriot Personal | Dues & Subscriptions | 9.99 | 12,193.71 |
| 09/20/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -3,000.00 | 9,193.71 |
| 09/23/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 320.90 | 9,514.61 |

## Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 09/23/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 9,835.51 |
| 09/23/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 10,156.41 |
| 09/23/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 128.36 | 10,284.77 |
| 09/23/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 32.09 | 10,316.86 |
| 09/24/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 10,637.76 |
| 09/24/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 160.45 | 10,798.21 |
| 09/24/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -2,000.00 | 8,798.21 |
| 09/24/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 32.09 | 8,830.30 |
| 09/25/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 3,159.00 | 11,989.30 |
| 09/25/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 641.80 | 12,631.10 |
| 09/26/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 12,952.00 |
| 09/27/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 417.17 | 13,369.17 |
| 09/27/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 32.09 | 13,401.26 |
| 09/27/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -3,000.00 | 10,401.26 |
| 09/30/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 1,105.00 | 11,506.26 |
| 09/30/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 11,827.16 |
| 09/30/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 352.99 | 12,180.15 |
| 09/30/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 64.18 | 12,244.33 |
| 10/01/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 3,159.00 | 15,403.33 |
| 10/01/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 3,159.00 | 18,562.33 |
| 10/01/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -2,500.00 | 16,062.33 |
| 10/01/2019 | Expense | | GOOGLE.COM | GOOGLE *GSUITE_fangist cc@google.com CA | Shareholder Loan - RM:1053 - Marriot Personal | Advertising | 48.00 | 16,110.33 |
| 10/01/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 705.98 | 16,816.31 |
| 10/02/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Benefits while Detained | 30.00 | 16,846.31 |
| 10/02/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -2,500.00 | 14,346.31 |
| 10/02/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Benefits while Detained | 20.00 | 14,366.31 |
| 10/02/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Benefits while Detained | 35.00 | 14,401.31 |
| 10/02/2019 | Expense | | GOOGLE.COM | GOOGLE *GSUITE_theboun cc@google.com CA | Shareholder Loan - RM:1053 - Marriot Personal | Advertising | 48.00 | 14,449.31 |
| 10/02/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 90.00 | 14,539.31 |
| 10/02/2019 | Expense | | PACERMonitor.com | PACERMONITOR.COM WWW.PACERMONI NY PACERMONITOR.COM WWW.PACERMONI NY | Shareholder Loan - RM:1053 - Marriot Personal | GPS | 99.00 | 14,638.31 |
| 10/02/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 14,959.21 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | | | | | RM:1053 - Marriott Personal | | | |
| 10/02/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 352.99 | 15,312.20 |
| 10/03/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 320.90 | 15,633.10 |
| 10/03/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,500.00 | 12,133.10 |
| 10/03/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 224.63 | 12,357.73 |
| 10/03/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 30.00 | 12,387.73 |
| 10/04/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -4,000.00 | 8,387.73 |
| 10/04/2019 | Expense | | REDLINE PRINT GROUP | REDLINE PRINT GROUP 702-423-2514 NV REDLINE PRINT GROUP 702-423-2514 NV | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses | 265.21 | 8,652.94 |
| 10/04/2019 | Expense | | MicroBilt Corporation | MicroBilt Corporation 800-8844747 NJ MicroBilt Corporation 800-8844747 NJ | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 49.95 | 8,702.89 |
| 10/04/2019 | Expense | | JAMF Software, LLC | JAMF SOFTWARE, LLC HTTPSWWW.JAMF MN | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 78.00 | 8,780.89 |
| 10/04/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 449.26 | 9,230.15 |
| 10/06/2019 | Expense | | Tracers Information | Tracers Information 877-7232689 FL Tracers Information 877-7232689 FL | Shareholder Loan - RM:1053 - Marriott Personal | Software | 472.50 | 9,702.65 |
| 10/06/2019 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 99.00 | 9,801.65 |
| 10/07/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 256.72 | 10,058.37 |
| 10/07/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 320.90 | 10,379.27 |
| 10/07/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 160.45 | 10,539.72 |
| 10/07/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 7,539.72 |
| 10/07/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 64.18 | 7,603.90 |
| 10/08/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 27.10 | 7,631.00 |
| 10/08/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 224.63 | 7,855.63 |
| 10/09/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 320.90 | 8,176.53 |
| 10/10/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 600.00 | 8,776.53 |
| 10/10/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 577.62 | 9,354.15 |
| 10/11/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 545.53 | 9,899.68 |
| 10/11/2019 | Expense | | AT&T | AT&T SAN JUAN | Shareholder Loan - RM:1053 - Marriott Personal | Cell - Wireless Services | 466.85 | 10,366.53 |
| 10/11/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,500.00 | 6,866.53 |
| 10/12/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 375.00 | 7,241.53 |
| 10/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 32.09 | 7,273.62 |
| 10/16/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 641.80 | 7,915.42 |
| 10/16/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 705.98 | 8,621.40 |
| 10/16/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 6,621.40 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 10/17/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 673.89 | 7,295.29 |
| 10/17/2019 | Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN 336-852-7419 NC PAY TEL COMMUNICATIONS IN 336-852-7419 NC | Shareholder Loan - RM:1053 - Marriot Personal | Cell - Wireless Services | 53.00 | 7,348.29 |
| 10/17/2019 | Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN 336-852-7419 NC PAY TEL COMMUNICATIONS IN 336-852-7419 NC | Shareholder Loan - RM:1053 - Marriot Personal | Cell - Wireless Services | 53.00 | 7,401.29 |
| 10/18/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 449.26 | 7,850.55 |
| 10/18/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 160.45 | 8,011.00 |
| 10/20/2019 | Expense | | ClassMarker.com | CLASSMARKER.COM PLAN NEWCASTLE CLASSMARKER.COM PLAN WINDALE | Shareholder Loan - RM:1053 - Marriot Personal | Software | 39.95 | 8,050.95 |
| 10/20/2019 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriot Personal | Dues & Subscriptions | 9.99 | 8,060.94 |
| 10/21/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 449.26 | 8,510.20 |
| 10/22/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS CHRISTIANSBUR VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 673.89 | 9,184.09 |
| 10/22/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:1053 - Marriot Personal | NS-CITY-EXPENSE-7853 | -2,500.00 | 6,684.09 |
| 10/23/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 6,318.00 | 13,002.09 |
| 10/23/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 192.54 | 13,194.63 |
| 10/24/2019 | Expense | | GTL Inmate Phone Service | GTLINMATE PHONE SVC 877-650-4249 VA GTLINMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services | 30.00 | 13,224.63 |
| 10/24/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 224.63 | 13,449.26 |
| 10/24/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 214.10 | 13,663.36 |
| 10/24/2019 | Expense | | GTL Inmate Phone Service | GTLINMATE PHONE SVC 877-650-4249 VA GTLINMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services | 45.00 | 13,708.36 |
| 10/24/2019 | Expense | | GTL Inmate Phone Service | GTLINMATE PHONE SVC 877-650-4249 VA GTLINMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services | 41.00 | 13,749.36 |
| 10/25/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 352.99 | 14,102.35 |
| 10/25/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 14,423.25 |
| 10/25/2019 | Expense | | GTL Inmate Phone Service | GTLINMATE PHONE SVC 877-650-4249 VA GTLINMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services | 30.00 | 14,453.25 |
| 10/25/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -2,000.00 | 12,453.25 |
| 10/26/2019 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriot Personal | Dues & Subscriptions | 99.00 | 12,552.25 |
| 10/28/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 12,873.15 |
| 10/28/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 13,194.05 |
| 10/28/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 224.63 | 13,418.68 |
| 10/28/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -2,500.00 | 10,918.68 |
| 10/29/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 449.26 | 11,367.94 |
| 10/29/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 11,688.84 |
| 10/29/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -2,500.00 | 9,188.84 |
| 10/29/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 32.09 | 9,220.93 |
| 10/29/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - | Client Services:Cell Phone | 32.09 | 9,253.02 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 10/30/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 352.99 | 9,606.01 |
| 10/30/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 9,926.91 |
| 10/30/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -3,000.00 | 6,926.91 |
| 10/31/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 385.08 | 7,311.99 |
| 10/31/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 385.08 | 7,697.07 |
| 10/31/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 1,105.00 | 8,802.07 |
| 10/31/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 96.27 | 8,898.34 |
| 11/01/2019 | Expense | | Google Service Apps | GOOGLE GSUITE_thebcoun cc@google.com CA | Shareholder Loan - RM:1053 - Marriot Personal | Advertising | 72.37 | 8,970.71 |
| 11/01/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 64.18 | 9,034.89 |
| 11/01/2019 | Expense | | Google Service Apps | GOOGLE GSUITE_fangist cc@google.com CA | Shareholder Loan - RM:1053 - Marriot Personal | Advertising | 48.00 | 9,082.89 |
| 11/01/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -3,000.00 | 6,082.89 |
| 11/02/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 224.63 | 6,307.52 |
| 11/02/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | 90.00 | 6,397.52 |
| 11/02/2019 | Expense | | PACERMonitor.com | PACERMONITOR.COM WWW.PACERMONI NY PACERMONITOR.COM WWW.PACERMONI NY | Shareholder Loan - RM:1053 - Marriot Personal | GPS | 99.00 | 6,496.52 |
| 11/03/2019 | Expense | | JAMF Software, LLC | JAMF SOFTWARE, LLC HTTPSWWW.JAMF MN | Shareholder Loan - RM:1053 - Marriot Personal | Dues & Subscriptions | 96.00 | 6,592.52 |
| 11/03/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA 1 | Shareholder Loan - RM:1053 - Marriot Personal | Security | 30.00 | 6,622.52 |
| 11/04/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 6,943.42 |
| 11/04/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -6,496.52 | 446.90 |
| 11/04/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 767.80 |
| 11/05/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 320.90 | 1,088.70 |
| 11/05/2019 | Expense | | MicroBilt Corporation | MicroBilt Corporation 800-8844747 NJ MicroBilt Corporation 800-8844747 NJ | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 49.95 | 1,138.65 |
| 11/05/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -126.00 | 1,012.65 |
| 11/06/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -641.80 | 370.85 |
| 11/06/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 385.08 | 755.93 |
| 11/06/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 2,369.25 | 3,125.18 |
| 11/07/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -370.85 | 2,754.33 |
| 11/07/2019 | Expense | | Tracers Information | Tracers Information 877-7232689 FL Tracers Information 877-7232689 FL | Shareholder Loan - RM:1053 - Marriot Personal | Software | 372.50 | 3,126.83 |
| 11/08/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 224.63 | 3,351.46 |
| 11/08/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 256.72 | 3,608.18 |
| 11/08/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 224.63 | 3,832.81 |
| 11/08/2019 | Credit Card | | | Payment Thank You-Mobile | Shareholder Loan | Credit Card Payments | -2,754.33 | 1,078.48 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | Payment | | | | - RM:1053 - Marriott Personal | | | |
| 11/09/2019 | Expense | | CHARLOTTESVILLE RADIO GROUP | CHARLOTTESVILLE RADIO 434-220-2300 VA CHARLOTTESVILLE RADIO 434-220-2300 VA | Shareholder Loan - RM:1053 - Marriott Personal | Marketing | 2,065.62 | 3,144.10 |
| 11/09/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -629.22 | 2,514.88 |
| 11/10/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -629.22 | 1,885.66 |
| 11/11/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 4,075.11 | 5,960.77 |
| 11/11/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -1,885.66 | 4,075.11 |
| 11/11/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 14.00 | 4,089.11 |
| 11/11/2019 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 26.40 | 4,115.51 |
| 11/11/2019 | Expense | | PACER Service Center | PACER800-676-6856IR 800-676-6856 TX | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 53.40 | 4,168.91 |
| 11/12/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 160.45 | 4,329.36 |
| 11/12/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 352.99 | 4,682.35 |
| 11/12/2019 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 375.00 | 5,057.35 |
| 11/12/2019 | Expense | | SHERMAN STOLTZ LAW FIRM | SHERMAN STOLTZ LAW GROUP GUM SPRING VA SHERMAN STOLTZ LAW GROUP GUM SPRING VA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,000.00 | 8,057.35 |
| 11/12/2019 | Expense | | SHERMAN STOLTZ LAW FIRM | SHERMAN STOLTZ LAW GROUP GUM SPRING VA SHERMAN STOLTZ LAW GROUP GUM SPRING VA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,815.93 | 13,873.28 |
| 11/13/2019 | Expense | | GTL Inmate Phone Service | GTLINMATE PHONE SVC 877-650-4249 VA GTLINMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services | 45.00 | 13,918.28 |
| 11/13/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 11,918.28 |
| 11/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 160.45 | 12,078.73 |
| 11/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 224.63 | 12,303.36 |
| 11/13/2019 | Expense | | SHERMAN STOLTZ LAW FIRM | SHERMAN STOLTZ LAW GROUP GUM SPRING VA SHERMAN STOLTZ LAW GROUP GUM SPRING VA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,815.92 | 18,119.28 |
| 11/13/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 385.08 | 18,504.36 |
| 11/14/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,500.00 | 16,004.36 |
| 11/14/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 352.99 | 16,357.35 |
| 11/14/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 417.17 | 16,774.52 |
| 11/15/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 6,318.00 | 23,092.52 |
| 11/16/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 128.36 | 23,220.88 |
| 11/16/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 320.90 | 23,541.78 |
| 11/18/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 224.63 | 23,766.41 |
| 11/18/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 224.63 | 23,991.04 |
| 11/18/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,500.00 | 20,491.04 |
| 11/19/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 18,491.04 |
| 11/19/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Cell Phone | 256.72 | 18,747.76 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 11/20/2019 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 9.99 | 18,757.75 |
| 11/20/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 16,757.75 |
| 11/21/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -4,000.00 | 12,757.75 |
| 11/22/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -6,000.00 | 6,757.75 |
| 11/25/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,257.75 | 4,500.00 |
| 11/26/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,500.00 | 2,000.00 |
| 11/27/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 0.00 |
| 11/29/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | -2,000.00 |
| 11/30/2019 | Expense | | Best Buy | BEST BUY 00015347 HARRISONBURG VA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses | 4,424.05 | 2,424.05 |
| 12/01/2019 | Expense | | | ANNUAL MEMBERSHIP FEE ANNUAL MEMBERSHIP FEE | Shareholder Loan - RM:1053 - Marriott Personal | Bank Charges | 95.00 | 2,519.05 |
| 12/01/2019 | Expense | | Apple Store | APPLE.COM/US 800-676-2775 CA APPLE.COM/US 800-676-2775 CA | Shareholder Loan - RM:1053 - Marriott Personal | Software | 389.04 | 2,908.09 |
| 12/01/2019 | Expense | | Apple Store | APPLE.COM/US 800-676-2775 CA APPLE.COM/US 800-676-2775 CA | Shareholder Loan - RM:1053 - Marriott Personal | Software | 3,684.45 | 6,592.54 |
| 12/02/2019 | Expense | | Augusta County | COUNTY OF AUGUSTA 540-2455664 VA COUNTY OF AUGUSTA 540-2455664 VA | Shareholder Loan - RM:1053 - Marriott Personal | City Tax | 51.69 | 6,644.23 |
| 12/02/2019 | Expense | | Augusta County | COUNTY OF AUGUSTA 540-2455664 VA COUNTY OF AUGUSTA 540-2455664 VA | Shareholder Loan - RM:1053 - Marriott Personal | City Tax | 2,314.03 | 8,958.26 |
| 12/02/2019 | Expense | | Augusta County | COUNTY OF AUGUSTA 540-2455664 VA COUNTY OF AUGUSTA 540-2455664 VA | Shareholder Loan - RM:1053 - Marriott Personal | City Tax | 8,573.02 | 17,531.28 |
| 12/02/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,592.54 | 14,938.74 |
| 12/03/2019 | Expense | | Augusta County | COUNTY OF AUGUSTA 540-2455664 VA COUNTY OF AUGUSTA 540-2455664 VA | Shareholder Loan - RM:1053 - Marriott Personal | City Tax | 5,648.50 | 20,587.24 |
| 12/03/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -4,000.00 | 16,587.24 |
| 12/04/2019 | Expense | | Augusta County | COUNTY OF AUGUSTA 540-2455664 VA COUNTY OF AUGUSTA 540-2455664 VA | Shareholder Loan - RM:1053 - Marriott Personal | City Tax | 4,108.00 | 20,695.24 |
| 12/05/2019 | Expense | | Homes by Nexus | 4TEHOMES BY NEXUS INC. VERONA VA 4TEHOMES BY NEXUS INC. VERONA VA | Shareholder Loan - RM:1053 - Marriott Personal | Rent | 2,059.00 | 22,754.24 |
| 12/06/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 19,754.24 |
| 12/07/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -1,000.00 | 18,754.24 |
| 12/09/2019 | Expense | | Waffle Inn | WAFFLE INN INC VERONA VA WAFFLE INN INC VERONA VA | Shareholder Loan - RM:1053 - Marriott Personal | Travel Meals | 18.12 | 18,772.36 |
| 12/09/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,500.00 | 16,272.36 |
| 12/10/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 14,272.36 |
| 12/11/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 11,272.36 |
| 12/12/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,272.36 | 9,000.00 |
| 12/13/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 6,000.00 |
| 12/16/2019 | Expense | | Hilton Hotels | TRU BY HILTON STAUNTON 540-2134000 VA | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Hotels | 495.44 | 6,495.44 |
| 12/16/2019 | Expense | | American Airlines | AMERICAN AIR0017510653386 FORT WORTH TX  1 M IAH DFW  2 M DFW OMA | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Air | 406.00 | 6,901.44 |
| 12/16/2019 | Expense | | United Airlines | UNITED 0167510653530 800-932-2732 TX  121719 1 U IAH ICT UNITED 0167510653530 800-932-2732 TX  121719 1 U IAH ICT | Shareholder Loan - RM:1053 - | Travel:Air | 376.30 | 7,277.74 |

## Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 12/16/2019 | Expense | | Hotels.com | HOTELSCOM9205748821341 HOTELS.COM NV | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | 110.53 | 7,388.27 |
| 12/16/2019 | Expense | | Hilton Hotels | TRU BY HILTON STAUNTON 540-2134000 VA | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | 68.49 | 7,456.76 |
| 12/16/2019 | Expense | | Delta Airlines | DELTA AIR 0067414672897 NORWALK CT  1 M DEN ATL  2 M ATL JAX DELTA AIR 0067414672897 NORWALK CT  1 M DEN ATL  2 M ATL JAX | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Air | 551.00 | 8,007.76 |
| 12/16/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -2,000.00 | 6,007.76 |
| 12/16/2019 | Credit Card Credit | | TRU BY HILTON | TRU BY HILTON STAUNTON STAUNTON VA TRU BY HILTON STAUNTON STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | -51.36 | 5,956.40 |
| 12/16/2019 | Credit Card Credit | | TRU BY HILTON | TRU BY HILTON STAUNTON STAUNTON VA TRU BY HILTON STAUNTON STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | -17.13 | 5,939.27 |
| 12/16/2019 | Expense | | YTEL | YTEL, INC 800-3824913 CA | Shareholder Loan - RM:1053 - Marriot Personal | Office Expenses:Phone | 6,235.10 | 12,174.37 |
| 12/17/2019 | Expense | | American Airlines | PRICELNAMERICAN AIRLI 800-7742354 CT | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Air | 193.16 | 12,367.53 |
| 12/17/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Bus | 129.99 | 12,497.52 |
| 12/17/2019 | Expense | | Hotels.com | HOTELSCOM9210771827412 HOTELS.COM NV | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | 117.04 | 12,614.56 |
| 12/17/2019 | Expense | | Hotels.com | HOTELSCOM9210769282740 HOTELS.COM NV | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | 108.02 | 12,722.58 |
| 12/17/2019 | Expense | | Hotels.com | HOTELSCOM9205759809502 HOTELS.COM NV | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | 106.66 | 12,829.24 |
| 12/17/2019 | Expense | | Hotels.com | HOTELSCOM9210766650161 HOTELS.COM NV | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | 103.87 | 12,933.11 |
| 12/17/2019 | Expense | | Sheraton Hotels | PRICELNSHERATON GATEW 800-774-2354 CT PRICELNSHERATON GATEW 800-774-2354 CT | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | 100.97 | 13,034.08 |
| 12/17/2019 | Expense | | Hotels.com | HOTELSCOM9210767686141 HOTELS.COM NV | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | 97.40 | 13,131.48 |
| 12/17/2019 | Expense | | Hotels.com | HOTELSCOM9210771900930 HOTELS.COM NV | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | 96.77 | 13,228.25 |
| 12/17/2019 | Expense | | Drury Inn & Suites | PRICELNDRURY INN SU 800-774-2354 CT PRICELNDRURY INN SU 800-774-2354 CT | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | 88.97 | 13,317.22 |
| 12/17/2019 | Expense | | Hotels.com | HOTELSCOM9210769540129 HOTELS.COM NV | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | 80.01 | 13,397.23 |
| 12/17/2019 | Expense | | Hotels.com | HOTELSCOM9210769958171 HOTELS.COM NV | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | 37.01 | 13,434.24 |
| 12/17/2019 | Expense | | Delta Airlines | PRICELNDELTA AIR LINE 800-7742354 CT DELTA AIR 0067414672897 NORWALK CT  1 M DEN ATL  2 M ATL JAX | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Air | 4.13 | 13,438.37 |
| 12/17/2019 | Expense | | American Airlines | PRICELNAmerican Airli 800-774-2354 CT | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Air | 3.05 | 13,441.42 |
| 12/17/2019 | Expense | | United Airlines | UNITED AIRLINES | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Air | 2.82 | 13,444.24 |
| 12/17/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -3,000.00 | 10,444.24 |
| 12/17/2019 | Credit Card Credit | | Southwest Airlines | SOUTHWES 5262151809504 800-435-9792 TX  1 Y DAL DAL SOUTHWES 5262151809504 800-435-9792 TX  1 Y DAL DAL | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Air | -248.98 | 10,195.26 |
| 12/17/2019 | Credit Card Credit | | American Airlines | AMERICAN AIR0017510666697 FORT WORTH TX  1 K MCO CLT  2 K CLT MSP AMERICAN AIR0017510666697 FORT WORTH TX  1 K MCO CLT  2 K CLT MSP | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Air | -405.50 | 9,789.76 |
| 12/17/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 3,159.00 | 12,948.76 |
| 12/17/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 481.35 | 13,430.11 |
| 12/17/2019 | Expense | | American Airlines | AMERICAN AIR0017510666697 FORT WORTH TX  121819 1 K MCO CLT  2 K CLT MSP | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Air | 405.50 | 13,835.61 |
| 12/17/2019 | Expense | | Hotels.com | HOTELSCOM9205759875054 HOTELS.COM NV | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | 349.39 | 14,185.00 |
| 12/17/2019 | Expense | | Delta Airlines | DELTA AIR 0067484515786 SEATTLE WA  121819 1 U SAT ATL  2 U ATL BWI DELTA AIR 0067414672897 NORWALK CT  1 M DEN ATL  2 M ATL JAX | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Air | 268.00 | 14,453.00 |
| 12/17/2019 | Expense | | Southwest Airlines | SOUTHWES XXXXXXXXXXXXX 800-435-9792 TX  121819 1 Y BUR PHX | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Air | 265.98 | 14,718.98 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 12/17/2019 | Expense | | Southwest Airlines | SOUTHWES 5262151809504 800-435-9792 TX  121819 1 R LAX PHX | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Air | 248.98 | 14,967.96 |
| 12/18/2019 | Expense | | Hotels.com | HOTELSCOM9205772349210 HOTELS.COM NV | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Hotels | 82.22 | 15,050.18 |
| 12/18/2019 | Expense | | Hotels.com | HOTELSCOM9210778625606 HOTELS.COM NV | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Hotels | 97.40 | 15,147.58 |
| 12/18/2019 | Expense | | | PRICELNLOS ANGELES AI 800-774-2354 CT | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 383.34 | 15,530.92 |
| 12/18/2019 | Expense | | EGENFEE | EGENFEE28307462668 866-397-2677 WA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 7.00 | 15,537.92 |
| 12/18/2019 | Expense | | EGENFEE | EGENFEE28307499387 866-397-2677 WA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 7.00 | 15,544.92 |
| 12/18/2019 | Expense | | EGENFEE | EGENFEE28307538947 866-397-2677 WA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 7.00 | 15,551.92 |
| 12/19/2019 | Expense | | Hotels.com | HOTELSCOM9210798080325 HOTELS.COM NV | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Hotels | 83.89 | 15,635.81 |
| 12/19/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Bus | 68.99 | 15,704.80 |
| 12/19/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Bus | 59.99 | 15,764.79 |
| 12/19/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Bus | 90.99 | 15,855.78 |
| 12/19/2019 | Expense | | Hotels.com | HOTELSCOM9210798411183 HOTELS.COM NV | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Hotels | 97.40 | 15,953.18 |
| 12/19/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Bus | 137.99 | 16,091.17 |
| 12/19/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Bus | 209.99 | 16,301.16 |
| 12/19/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Bus | 247.99 | 16,549.15 |
| 12/19/2019 | Expense | | United Airlines | UNITED 0167484835475 800-932-2732 TX  121919 1 M LGA ORD UNITED 0167510653530 800-932-2732 TX  121719 1 U IAH ICT | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Air | 480.30 | 17,029.45 |
| 12/19/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Bus | 30.99 | 17,060.44 |
| 12/19/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 14,060.44 |
| 12/19/2019 | Expense | | EGENFEE | EGENFEE28312765774 866-397-2677 WA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 7.00 | 14,067.44 |
| 12/19/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Bus | 22.99 | 14,090.43 |
| 12/20/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 11,090.43 |
| 12/21/2019 | Expense | | Ruby Tuesday | RUBY TUESDAY #4882 WAYNESBORO VA RUBY TUESDAY #4882 WAYNESBORO VA | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Meals | 125.33 | 11,215.76 |
| 12/22/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 8,215.76 |
| 12/23/2019 | Expense | | POHANKA CHEVROLET | PMPPOHANKACHEVROLET CHANTILLY VA PMPPOHANKACHEVROLET CHANTILLY VA | Shareholder Loan - RM:1053 - Marriott Personal | Vehicle Maintenance | 3,340.24 | 11,556.00 |
| 12/23/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Bus | 79.99 | 11,635.99 |
| 12/24/2019 | Expense | | | GRILL KABOB TYSONS CORNER VA GRILL KABOB TYSONS CORNER VA | Shareholder Loan - RM:1053 - Marriott Personal | Client Services:Meals | 27.53 | 11,663.52 |
| 12/25/2019 | Expense | | MSC CRUISES | MSC CRUISES USA FORT LAUDERDA FL MSC CRUISES USA FORT LAUDERDA FL | Shareholder Loan - RM:1053 - Marriott Personal | Employee:Gifts | 2,347.16 | 14,010.68 |
| 12/25/2019 | Expense | | Expedia | EXPEDIA 7506283993710 EXPEDIA.COM NV | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Air | 172.00 | 14,182.68 |
| 12/27/2019 | Expense | | Callfire | CALLFIRE.COM 877-8973473 CA | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 2,500.00 | 16,682.68 |
| 12/27/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 13,682.68 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 12/28/2019 | Expense | | Hilton Hotels | TRU BY HILTON STAUNTON 540-2134000 VA | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Hotels | 97.44 | 13,780.12 |
| 12/30/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -3,215.76 | 10,564.36 |
| 12/31/2019 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -3,000.00 | 7,564.36 |
| 01/02/2020 | Expense | | Chase EPay | CHASE CREDIT CRD | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -2,564.36 | 5,000.00 |
| 01/02/2020 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Cell Phone | 6,286.41 | 11,286.41 |
| 01/02/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -2,500.00 | 8,786.41 |
| 01/03/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -2,500.00 | 6,286.41 |
| 01/04/2020 | Expense | | | CONNORS STEAK AND SEAFOOD FRANKLIN TN CONNORS STEAK AND SEAFOOD FRANKLIN TN | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Meals | 1,233.07 | 7,519.48 |
| 01/07/2020 | Expense | | STK Steakhouse | STK NASHVILLE NASHVILLE TN | Shareholder Loan - RM:1053 - Marriot Personal | Employee:Teambuilding/Meeting | 1,118.28 | 8,637.76 |
| 01/07/2020 | Expense | | Chase EPay | | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -3,000.00 | 5,637.76 |
| 01/09/2020 | Expense | | PayPal | PAYPAL SERGIASSOCI 402-935-7733 CA | Shareholder Loan - RM:1053 - Marriot Personal | Office Expenses | 4,000.00 | 9,637.76 |
| 01/09/2020 | Expense | | Chase EPay | | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -2,000.00 | 7,637.76 |
| 01/09/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -2,500.00 | 5,137.76 |
| 01/10/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -2,500.00 | 2,637.76 |
| 01/10/2020 | Expense | | Gorby Peters & Associates | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 GA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 4,000.00 | 6,637.76 |
| 01/11/2020 | Expense | | | MULTISPACE PRKG METERS FORT LAUDERDA FL MULTISPACE PRKG METERS FORT LAUDERDA FL | Shareholder Loan - RM:1053 - Marriot Personal | Travel | 3.00 | 6,640.76 |
| 01/11/2020 | Expense | | Einstein's Brothers Bagels | EINSTEIN BROS BAGELS3672 FORT LAUDERDA FL EINSTEIN BROS BAGELS3672 FORT LAUDERDA FL | Shareholder Loan - RM:1053 - Marriot Personal | Client Services:Meals | 6.59 | 6,647.35 |
| 01/12/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE  01/14 COSTA RICAN COLON 24,000.00 X 0.001758750 EXCHG RATE | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Meals | 42.21 | 6,689.56 |
| 01/12/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE  01/14 COSTA RICAN COLON 10,900.00 X 0.001758715 EXCHG RATE | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Meals | 19.17 | 6,708.73 |
| 01/12/2020 | Expense | | | RESTAURANTE TACONTENTO SAN JOSE  01/14 COSTA RICAN COLON 28,675.00 X 0.001758674 EXCHG RATE RESTAURANTE TACONTENTO SAN JOSE  01/14 COSTA RICAN COLON  28,675.00 X 0.001758674 EXCHG RATE | Shareholder Loan - RM:1053 - Marriot Personal | Travel Meals | 50.43 | 6,759.16 |
| 01/13/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE  01/15 COSTA RICAN COLON 2,700.00 X 0.001766666 EXCHG RATE | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Meals | 4.77 | 6,763.93 |
| 01/13/2020 | Expense | | Regus Management Group, LLC | RMGREGUS 972-340-2021 TX RMGREGUS 972-340-2021 TX | Shareholder Loan - RM:1053 - Marriot Personal | Rent | 969.29 | 7,733.22 |
| 01/13/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE  01/15 COSTA RICAN COLON 5,700.00 X 0.001764912 EXCHG RATE | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Meals | 10.06 | 7,743.28 |
| 01/13/2020 | Expense | | Regus Management Group, LLC | RMGREGUS 972-340-2021 TX RMGREGUS 972-340-2021 TX | Shareholder Loan - RM:1053 - Marriot Personal | Rent | 969.29 | 8,712.57 |
| 01/13/2020 | Expense | | Regus Management Group, LLC | RMGREGUS 972-340-2021 TX RMGREGUS 972-340-2021 TX | Shareholder Loan - RM:1053 - Marriot Personal | Rent | 902.51 | 9,615.08 |
| 01/13/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE  01/15 COSTA RICAN COLON 8,500.00 X 0.001764705 EXCHG RATE | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Meals | 15.00 | 9,630.08 |
| 01/13/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE  01/15 COSTA RICAN COLON 6,300.00 X 0.001765079 EXCHG RATE | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Meals | 11.12 | 9,641.20 |
| 01/14/2020 | Expense | | Chase EPay | | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -2,644.65 | 6,996.55 |
| 01/15/2020 | Expense | | YTEL | YTEL, INC 800-3824913 CA | Shareholder Loan - RM:1053 - Marriot Personal | Office Expenses:Phone | 5,000.00 | 11,996.55 |
| 01/15/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -2,500.00 | 9,496.55 |
| 01/17/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE  01/19 COSTA RICAN COLON | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Meals | 4.79 | 9,501.34 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | | | | 2,700.00 X 0.001774074 EXCHG RATE | Shareholder Loan - RM:1053 - Marriott Personal | | | |
| 01/17/2020 | Expense | | Chase EPay | | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -2,496.55 | 7,004.79 |
| 01/17/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,500.00 | 3,504.79 |
| 01/22/2020 | Expense | | Chase EPay | | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,504.79 | 0.00 |
| 01/24/2020 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 375.00 | 375.00 |
| 01/24/2020 | Expense | | YTEL | YTEL, INC 800-3824913 CA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses:Phone | 9,900.00 | 10,275.00 |
| 01/24/2020 | Expense | | YTEL | YTEL, INC 800-3824913 CA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses:Phone | 9,349.00 | 19,624.00 |
| 01/24/2020 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 375.00 | 19,999.00 |
| 01/24/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 16,999.00 |
| 01/27/2020 | Expense | | West Hollywood Gateway | ABM W HOLLYWOOD GATEWAY 2 W HOLLYWOOD CA | Shareholder Loan - RM:1053 - Marriott Personal | Parking/Tolls | 18.00 | 17,017.00 |
| 01/31/2020 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 1,105.00 | 18,122.00 |
| 01/31/2020 | Expense | | Hotels.com | HOTELSCOM9005241121097 HOTELS.COM WA | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Hotels | 1,773.50 | 19,895.50 |
| 02/02/2020 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 90.00 | 19,985.50 |
| 02/04/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 16,985.50 |
| 02/05/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 14,985.50 |
| 02/06/2020 | Expense | | FedEx | FEDEX OFFIC55200055269 LAS VEGAS NV | Shareholder Loan - RM:1053 - Marriott Personal | Shipping and delivery expense | 13.95 | 14,999.45 |
| 02/06/2020 | Expense | | YTEL | YTEL, INC 800-3824913 CA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses:Phone | 2,000.00 | 16,999.45 |
| 02/10/2020 | Credit Card Payment | | | Payment Thank You - Web | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,999.45 | 14,000.00 |
| 02/11/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 12,000.00 |
| 02/12/2020 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 375.00 | 12,375.00 |
| 02/13/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 10,375.00 |
| 02/14/2020 | Expense | | BUZZOID Dubai | BUZZOID Dubai BUZZOID Dubai | Shareholder Loan - RM:1053 - Marriott Personal | Marketing | 84.99 | 10,459.99 |
| 02/16/2020 | Expense | | Oasis | RIOASIS GARABITO 02/18 COSTA RICAN COLON 16,070.00 X 0.001772868 EXCHG RATE RIOASIS GARABITO 02/18 COSTA RICAN COLON 16,070.00 X 0.001772868 EXCHG RATE | Shareholder Loan - RM:1053 - Marriott Personal | Travel Meals | 28.49 | 10,488.48 |
| 02/21/2020 | Expense | | | LIGHT MY FIRE 208-3772355 ID LIGHT MY FIRE 208-3772355 ID | Shareholder Loan - RM:1053 - Marriott Personal | Contributions:Charitable | 1,004.00 | 11,492.48 |
| 02/21/2020 | Expense | | | LIGHT MY FIRE 208-3772355 ID LIGHT MY FIRE 208-3772355 ID | Shareholder Loan - RM:1053 - Marriott Personal | Contributions:Charitable | 25.00 | 11,517.48 |
| 02/23/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 8,517.48 |
| 02/23/2020 | Expense | | Radio Shack | RADIO SHACK SAN JOSE 02/25 COSTA RICAN COLON 86,765.00 X 0.001756007 EXCHG RATE RADIO SHACK SAN JOSE 02/25 COSTA RICAN COLON 86,765.00 X 0.001756007 EXCHG RATE | Shareholder Loan - RM:1053 - Marriott Personal | Security | 152.36 | 8,669.84 |
| 02/24/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 6,669.84 |
| 02/25/2020 | Expense | | Courtyard | HOTEL COURTYARD BY MARRIO SAN JOSE HOTEL COURTYARD BY MARRIO SAN JOSE | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Hotels | 5,728.60 | 12,398.44 |
| 02/25/2020 | Expense | | Best Buy | BEST BUY 00080895 HOUSTON TX | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses | 19.47 | 12,417.91 |
| 02/27/2020 | Expense | | Capital Grille | CAPITAL GRILLE 0138014 MCLEAN VA CAPITAL GRILLE 0138014 MCLEAN VA | Shareholder Loan - RM:1053 - Marriott Personal | Employee:Teambuilding/Meeting | 800.00 | 13,217.91 |

## Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 02/28/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 11,217.91 |
| 02/28/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 8,217.91 |
| 03/03/2020 | Expense | | Chase EPay | 3/03 WITHDRAWAL EPAY CHASE CREDIT CRD 4569061159 | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -2,217.91 | 6,000.00 |
| 03/04/2020 | Expense | | Chase EPay | 3/04 WITHDRAWAL EPAY CHASE CREDIT CRD 4571207195 | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -3,000.00 | 3,000.00 |
| 03/04/2020 | Expense | | LCC Computers | SQ LCC COMPUTERS gosq.com VA SQ *LCC COMPUTERS gosq.com VA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses:Computer | 1,084.26 | 4,084.26 |
| 03/04/2020 | Expense | | Office Depot | OFFICE DEPOT #1099 DELRAY BEACH FL OFFICE DEPOT #1099 DELRAY BEACH FL | Shareholder Loan - RM:1053 - Marriott Personal | Office Supplies - Computers | 3,755.74 | 7,840.00 |
| 03/05/2020 | Bill Payment (Credit Card) | 1 | PROTRANSLATING | | Shareholder Loan - RM:1053 - Marriott Personal | Accounts Payable | 680.70 | 8,520.70 |
| 03/05/2020 | Expense | | Clark Hill | CLARK HILL PLC 313-965-8801 MI | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 2,184.93 | 10,705.63 |
| 03/05/2020 | Expense | | Eagle Graphics | EAGLE GRAPHICS LLC KAUKAUNA WI EAGLE GRAPHICS LLC KAUKAUNA WI | Shareholder Loan - RM:1053 - Marriott Personal | Uniforms | 266.57 | 10,972.20 |
| 03/05/2020 | Expense | | Auntie Annes | AUNTIE ANNE'S VA108 HARRISONBURG VA AUNTIE ANNE'S VA108 HARRISONBURG VA | Shareholder Loan - RM:1053 - Marriott Personal | Travel Meals | 6.33 | 10,978.53 |
| 03/05/2020 | Expense | | Chase EPay | 3/05 WITHDRAWAL  EPAY CHASE CREDIT CRD 4573098859 | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -1,500.00 | 9,478.53 |
| 03/06/2020 | Expense | | Staples | Staples Inc - VT 888-753-4103 SC | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses:Supplies | 838.57 | 10,317.10 |
| 03/06/2020 | Expense | | Eagle Graphics | EAGLE GRAPHICS LLC KAUKAUNA WI EAGLE GRAPHICS LLC KAUKAUNA WI | Shareholder Loan - RM:1053 - Marriott Personal | Uniforms | 1,120.00 | 11,437.10 |
| 03/06/2020 | Expense | | Chase EPay | 3/06 WITHDRAWAL  EPAY CHASE CREDIT CRD 4575144364 | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -1,500.00 | 9,937.10 |
| 03/06/2020 | Expense | | AAA Membership | AAA MID-ATL R 6400 CHARLOTTESVIL VA AAA MID-ATL R 6400 CHARLOTTESVIL VA | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 21.06 | 9,958.16 |
| 03/06/2020 | Expense | | SunPass | SUNPASSACC98218373 888-865-5352 FL | Shareholder Loan - RM:1053 - Marriott Personal | Parking/Tolls | 23.83 | 9,981.99 |
| 03/06/2020 | Expense | | Vatoll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:1053 - Marriott Personal | Travel | 25.75 | 10,007.74 |
| 03/06/2020 | Expense | | EZ TAG | HCTRA EZ TAG ONLINE 281-8753279 TX HCTRA EZ TAG ONLINE 281-8753279 TX | Shareholder Loan - RM:1053 - Marriott Personal | Parking/Tolls | 35.50 | 10,043.24 |
| 03/06/2020 | Expense | | SunPass | SUNPASSACC98007019 888-865-5352 FL | Shareholder Loan - RM:1053 - Marriott Personal | Parking/Tolls | 40.91 | 10,084.15 |
| 03/06/2020 | Expense | | Mr. J's Bagels & Deli | MR J'S BAGELS & DELI 1 HARRISONBURG VA MR J'S BAGELS & DELI 1 HARRISONBURG VA | Shareholder Loan - RM:1053 - Marriott Personal | Travel Meals | 50.46 | 10,134.61 |
| 03/06/2020 | Expense | | Amazon | AMZN Mktp US5L5UI38O3 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses | 589.66 | 10,724.27 |
| 03/06/2020 | Expense | | Amazon | Amazon.comJ28NV2D03 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses | 429.60 | 11,153.87 |
| 03/07/2020 | Expense | | Central Florida Expressway | CFX VES WEBSITE 407-690-5000 FL CFX VES WEBSITE 407-690-5000 FL | Shareholder Loan - RM:1053 - Marriott Personal | Parking/Tolls | 32.25 | 11,186.12 |
| 03/08/2020 | Expense | | Amazon | AMZN Mktp USK35IS0QR3 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses | 168.46 | 11,354.58 |
| 03/09/2020 | Expense | | Chase EPay | 3/09 WITHDRAWAL EPAY CHASE CREDIT CRD 4579147371 | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -2,191.26 | 9,163.32 |
| 03/09/2020 | Expense | | Chase EPay | 3/09 WITHDRAWAL EPAY CHASE CREDIT CRD 4576892611 | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -1,084.26 | 8,079.06 |
| 03/10/2020 | Expense | | Incorp Services, Inc | LEXINCORP ABOGADOS COSTA SAN JOSE | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 2,500.00 | 10,579.06 |
| 03/10/2020 | Expense | | Chase EPay | 3/10 WITHDRAWAL EPAY CHASE CREDIT CRD 4581473280 | Shareholder Loan - RM:1053 - Marriott Personal | LN-CITY-OPERATING-4829 | -2,500.00 | 8,079.06 |
| 03/10/2020 | Expense | | Augusta County Service Authority | AUGUSTA COUNTY SERVICE 540-2455681 VA AUGUSTA COUNTY SERVICE 540-2455681 VA | Shareholder Loan - RM:1053 - Marriott Personal | Utilities | 852.17 | 8,931.23 |
| 03/11/2020 | Expense | | Staples | Staples Inc - VT 888-753-4103 SC | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses:Supplies | 1,132.98 | 10,064.21 |
| 03/12/2020 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 375.00 | 10,439.21 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 03/12/2020 | Expense | | Harrisonburg Electric Commission | HARRISONBURG ELECTRIC CO 540-434-5361 VA HARRISONBURG ELECTRIC CO 540-434-5361 VA | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 439.16 | 10,878.37 |
| 03/12/2020 | Expense | | Chase EPay | 3/12 WITHDRAWAL EPAY CHASE CREDIT CRD 4584922980 | Shareholder Loan - RM:1053 - Marriot Personal | LN-CITY-OPERATING-4829 | -2,579.06 | 8,299.31 |
| 03/13/2020 | Credit Card Payment | | | Payment Thank You - Web | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -2,985.15 | 5,314.16 |
| 03/15/2020 | Expense | | Amazon | AMZN Mktp US3P6MY2F83 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriot Personal | Office Expenses | 94.99 | 5,409.15 |
| 03/16/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -1,000.00 | 4,409.15 |
| 03/17/2020 | Expense | | Shenandoah Valley Electric Co-Op | SHENANDOAH VALLEY ELEC C 540-434-2200 VA SHENANDOAH VALLEY ELEC C 540-434-2200 VA | Shareholder Loan - RM:1053 - Marriot Personal | Utilities:Electric | 1,138.98 | 5,548.13 |
| 03/17/2020 | Expense | | Augusta County Service Authority | AUGUSTA COUNTY SERVICE 540-2455681 VA AUGUSTA COUNTY SERVICE 540-2455681 VA | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 4.88 | 5,553.01 |
| 03/17/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -1,000.00 | 4,553.01 |
| 03/17/2020 | Expense | | Augusta County Service Authority | AUGUSTA COUNTY SERVICE 540-2455681 VA AUGUSTA COUNTY SERVICE 540-2455681 VA | Shareholder Loan - RM:1053 - Marriot Personal | Utilities | 2.95 | 4,555.96 |
| 03/18/2020 | Expense | | Amazon | Amazon.com9N0PG3VL3 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriot Personal | Office Expenses | 441.60 | 4,997.56 |
| 03/18/2020 | Expense | | Amazon | AMZN Mktp USE95LZ33K3 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriot Personal | Office Expenses | 543.36 | 5,540.92 |
| 03/18/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -409.15 | 5,131.77 |
| 03/19/2020 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriot Personal | Internet/Cable Service | 668.60 | 5,800.37 |
| 03/19/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriot Personal | Credit Card Payments | -1,000.00 | 4,800.37 |
| 03/19/2020 | Expense | | Comcast | COMCAST 800-COMCAST MD | Shareholder Loan - RM:1053 - Marriot Personal | Internet/Cable Service | 642.77 | 5,443.14 |
| 03/20/2020 | Credit Card Credit | | Amazon.com | Amazon.com Amzn.com/bill WA Amazon.com Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriot Personal | Office Expenses:Artwork | -441.60 | 5,001.54 |
| 03/21/2020 | Expense | | Amazon | AMZN Mktp US4Y9QD9GU3 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriot Personal | Office Expenses | 220.00 | 5,221.54 |
| 03/21/2020 | Expense | | Amazon | AMZN Mktp USED8NT6QQ3 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriot Personal | Office Expenses | 103.92 | 5,325.46 |
| 03/22/2020 | Expense | | Food Lion | FOOD LION #2696 FISHERSVILLE VA FOOD LION #2696 FISHERSVILLE VA | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Meals | 33.93 | 5,359.39 |
| 03/23/2020 | Expense | | Amazon | AMZN Mktp USNS55AN8LF3 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriot Personal | Office Expenses | 61.34 | 5,420.73 |
| 03/24/2020 | Expense | | Amazon | AMZN Mktp USNQ2FQ6EH3 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriot Personal | Office Expenses | 90.10 | 5,510.83 |
| 03/27/2020 | Expense | | Amazon | AMZN Mktp USPK0L166A3 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriot Personal | Office Expenses | 737.12 | 6,247.95 |
| 03/31/2020 | Expense | | Amazon | AMZN Mktp USUR1329QU3 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriot Personal | Office Expenses | 130.07 | 6,378.02 |
| 04/01/2020 | Expense | | Costco | COSTCO WHSE #0238 HARRISONBURG VA COSTCO WHSE #0238 HARRISONBURG VA | Shareholder Loan - RM:1053 - Marriot Personal | Office Expenses | 239.40 | 6,617.42 |
| 04/02/2020 | Expense | | Chris K. Kowalczuk, Esq | IN CHRIS K. KOWALCZUK 540-3450101 VA IN CHRIS K. KOWALCZUK 540-3450101 VA | Shareholder Loan - RM:1053 - Marriot Personal | Legal Fees | 5,000.00 | 11,617.42 |
| 04/02/2020 | Credit Card Credit | | American Airlines | AMERICAN AIR0017511695780 FORT WORTH TX 1 O BRO DFW 2 O DFW LAX AMERICAN AIR0017510666697 FORT WORTH TX 1 K MCO CLT 2 K CLT MSP | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Air | -124.60 | 11,492.82 |
| 04/02/2020 | Expense | | American Airlines | AMERICAN AIR0017511695770 FORT WORTH TX 1 O AUS LAX 2 O LAX SEA | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Air | 167.60 | 11,660.42 |
| 04/02/2020 | Expense | | American Airlines | AMERICAN AIR0017511695780 FORT WORTH TX 1 O BRO DFW 2 O DFW LAX | Shareholder Loan - RM:1053 - Marriot Personal | Travel:Air | 124.60 | 11,785.02 |
| 04/03/2020 | Credit Card Credit | | Nest Labs | NEST LABS PALO ALTO CA NEST LABS PALO ALTO CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | -5.00 | 11,780.02 |
| 04/03/2020 | Credit Card Credit | | Nest Labs | NEST LABS PALO ALTO CA NEST LABS PALO ALTO CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | -5.00 | 11,775.02 |
| 04/03/2020 | Credit Card | | Nest Labs | NEST LABS PALO ALTO CA NEST LABS PALO ALTO CA | Shareholder Loan - RM:1053 - Marriot Personal | Security | -5.00 | 11,770.02 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | Credit | | | | Shareholder Loan - RM:1053 - Marriott Personal | | | |
| 04/03/2020 | Credit Card Credit | | Nest Labs | NEST LABS PALO ALTO CA NEST LABS PALO ALTO CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | -5.00 | 11,765.02 |
| 04/03/2020 | Expense | | American Airlines | PRICELNAMERICAN AIRLI 800-7742354 CT | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Air | 10.00 | 11,775.02 |
| 04/03/2020 | Expense | | American Airlines | PRICELNAMERICAN AIRLI 800-7742354 CT | Shareholder Loan - RM:1053 - Marriott Personal | Travel:Air | 10.00 | 11,785.02 |
| 04/03/2020 | Expense | | Amazon | AMZN Mktp USH078N71K3 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses | 63.13 | 11,848.15 |
| 04/03/2020 | Expense | | Chris K. Kowalczuk, Esq | IN CHRIS K. KOWALCZUK 540-3450101 VA IN CHRIS K. KOWALCZUK 540-3450101 VA | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 5,000.00 | 16,848.15 |
| 04/04/2020 | Expense | | Amazon | AMZN Mktp US3W8F98BI3 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses | 315.16 | 17,163.31 |
| 04/04/2020 | Credit Card Credit | | | PRICELN 800-340-0575 CT | Shareholder Loan - RM:1053 - Marriott Personal | Uncategorized Expense | -10.00 | 17,153.31 |
| 04/04/2020 | Expense | | | THE CHEESE SHOP STUARTS DRAFT VA THE CHEESE SHOP STUARTS DRAFT VA | Shareholder Loan - RM:1053 - Marriott Personal | Travel Meals | 61.89 | 17,215.20 |
| 04/04/2020 | Expense | | Bojangles | BOJANGLES 1293 STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Travel Meals | 50.42 | 17,265.62 |
| 04/06/2020 | Credit Card Credit | | Nest Labs | NEST LABS PALO ALTO CA NEST LABS PALO ALTO CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | -5.00 | 17,260.62 |
| 04/06/2020 | Expense | | Costco | COSTCO WHSE #0238 HARRISONBURG VA COSTCO WHSE #0238 HARRISONBURG VA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses | 289.02 | 17,549.64 |
| 04/07/2020 | Credit Card Credit | | Nest Labs | NEST LABS PALO ALTO CA NEST LABS PALO ALTO CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | -5.00 | 17,544.64 |
| 04/07/2020 | Credit Card Credit | | Nest Labs | NEST LABS PALO ALTO CA NEST LABS PALO ALTO CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | -5.00 | 17,539.64 |
| 04/07/2020 | Expense | | TEXTBETTER, INC. | TEXTBETTER, INC. AURORA NE TEXTBETTER, INC. AURORA NE | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 634.95 | 18,174.59 |
| 04/08/2020 | Credit Card Credit | | Nest Labs | NEST LABS PALO ALTO CA NEST LABS PALO ALTO CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | -5.00 | 18,169.59 |
| 04/08/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 16,169.59 |
| 04/10/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -5,000.00 | 11,169.59 |
| 04/12/2020 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 375.00 | 11,544.59 |
| 04/13/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 9,544.59 |
| 04/14/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 6,544.59 |
| 04/15/2020 | Expense | | | Returned Payment | Shareholder Loan - RM:1053 - Marriott Personal | Uncategorized Expense | 2,544.59 | 9,089.18 |
| 04/15/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,544.59 | 6,544.59 |
| 04/16/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 4,544.59 |
| 04/17/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -1,500.00 | 3,044.59 |
| 04/20/2020 | Expense | | | RETURN PMT FEE FOR PAYMNT MADE04/15/2020 | Shareholder Loan - RM:1053 - Marriott Personal | Bank Charges | 28.00 | 3,072.59 |
| 04/20/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,044.59 | 28.00 |
| 04/23/2020 | Expense | | American Arbitration Association | AMERICAN ARBITRATION ASSN 212-7165800 NY AMERICAN ARBITRATION ASSN 212-7165800 NY | Shareholder Loan - RM:1053 - Marriott Personal | Legal Fees | 3,250.00 | 3,278.00 |
| 04/27/2020 | Expense | | Capsule CRM | CAPSULECRM.COMZESTIA INTERNET | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 3,960.00 | 7,238.00 |
| 04/27/2020 | Expense | | Lowe's | LOWES #00646 STAUNTON VA LOWES #00646 STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Repairs & Maintenance | 626.50 | 7,864.50 |
| 04/30/2020 | Expense | | Rent-A-Center | RENT-A-CENTER #0517 800-422-8186 VA RENT-A-CENTER #0517 800-422-8186 VA | Shareholder Loan - RM:1053 - Marriott Personal | Office Furniture:Furniture | 888.92 | 8,753.42 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 05/01/2020 | Expense | | UpWork | Upwork -299235027REF 165-08534100 CA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses | 9,357.55 | 18,110.97 |
| 05/01/2020 | Expense | | ARLO TECHNOLOGIES | ARLO TECHNOLOGIES INC 408-638-3750 CA ARLO TECHNOLOGIES INC 408-638-3750 CA | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 499.00 | 18,609.97 |
| 05/03/2020 | Expense | | Bojangles | BOJANGLES 1293 STAUNTON VA | Shareholder Loan - RM:1053 - Marriott Personal | Travel Meals | 50.42 | 18,660.39 |
| 05/06/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 16,660.39 |
| 05/07/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 13,660.39 |
| 05/08/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 11,660.39 |
| 05/11/2020 | Expense | | Capsule CRM | CAPSULECRM.COMZESTIA INTERNET | Shareholder Loan - RM:1053 - Marriott Personal | Dues & Subscriptions | 2,520.00 | 14,180.39 |
| 05/11/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 12,180.39 |
| 05/12/2020 | Expense | | Nest Labs | NEST LABS 855-469-6378 CA NEST LABS 855-469-6378 CA | Shareholder Loan - RM:1053 - Marriott Personal | Security | 375.00 | 12,555.39 |
| 05/12/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -1,200.00 | 11,355.39 |
| 05/13/2020 | Expense | | Amazon | AMZN Mktp USMC1U632G0 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses | 789.00 | 12,144.39 |
| 05/13/2020 | Expense | | Amazon | AMZN Mktp USMC1039210 Amzn.com/bill WA | Shareholder Loan - RM:1053 - Marriott Personal | Office Expenses | 373.35 | 12,517.74 |
| 05/14/2020 | Expense | | Regus Management Group, LLC | RMGREGUS 972-340-2021 TX RMGREGUS 972-340-2021 TX | Shareholder Loan - RM:1053 - Marriott Personal | Rent | 835.72 | 13,353.46 |
| 05/14/2020 | Expense | | Regus Management Group, LLC | RMGREGUS 972-340-2021 TX RMGREGUS 972-340-2021 TX | Shareholder Loan - RM:1053 - Marriott Personal | Rent | 835.72 | 14,189.18 |
| 05/14/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 11,189.18 |
| 05/15/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 8,189.18 |
| 05/18/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -2,000.00 | 6,189.18 |
| 05/22/2020 | Credit Card Payment | | | Payment Thank You-Mobile | Shareholder Loan - RM:1053 - Marriott Personal | Credit Card Payments | -3,000.00 | 3,189.18 |

**Total for 1053 - Marriott Personal** **$3,189.18**

Barclay - 6519

Beginning Balance — 80.64

**Total for Barclay - 6519**

Barclay - 9640

Beginning Balance — 63,097.83

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 01/04/2018 | Expense | | Credit Card Processing Fee | | Shareholder Loan - RM:Barclay - 9640 | Interest - Credit Card | 17.55 | 63,115.38 |
| 01/14/2018 | Expense | | LogMeIn USA, Inc. | | Shareholder Loan - RM:Barclay - 9640 | Software | 27.90 | 63,143.28 |
| 02/02/2018 | Expense | | Professional B00 of 00 | | Shareholder Loan - RM:Barclay - 9640 | Employee:Teambuilding/Meeting | 14,000.00 | 77,143.28 |
| 03/01/2018 | Expense | | Hotels.com | | Shareholder Loan - RM:Barclay - 9640 | Travel | 761.72 | 77,905.00 |
| 03/01/2018 | Expense | | | | Shareholder Loan - RM:Barclay - 9640 | Employee:Teambuilding/Meeting | 2,076.38 | 79,981.38 |
| 03/01/2018 | Expense | | Outback Steakhouse | OUTBACK 4717    CHARLOTTESVILLE    VA | Shareholder Loan - RM:Barclay - 9640 | Employee:Teambuilding/Meeting | 426.93 | 80,408.31 |
| 03/02/2018 | Expense | | Staples | | Shareholder Loan - RM:Barclay - 9640 | Office Expenses | 435.90 | 80,844.21 |
| 03/02/2018 | Expense | | Henrico General District Court | | Shareholder Loan - RM:Barclay - 9640 | Legal Fees | 172.64 | 81,016.85 |
| 03/02/2018 | Expense | | SQU*SQ The Gateway | | Shareholder Loan - RM:Barclay - 9640 | Employee:Teambuilding/Meeting | 31.85 | 81,048.70 |
| 03/03/2018 | Expense | | TM The Book of Mormon | | Shareholder Loan - RM:Barclay - | Employee:Teambuilding/Meeting | 2,759.20 | 83,807.90 |

# Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---|---------|-------|--------|---------|
| | | | | | | 9640 | | | |
| 03/04/2018 | Expense | | Flight Club | FLIGHT CLUB NEW YORK NEW YORK | NY | Shareholder Loan - RM:Barclay - 9640 | Employee:Teambuilding/Meeting | 3,265.61 | 87,073.51 |
| 03/05/2018 | Expense | | Delta Airlines | | | Shareholder Loan - RM:Barclay - 9640 | Travel | 188.30 | 87,261.81 |
| 03/05/2018 | Expense | | Apple Store | | | Shareholder Loan - RM:Barclay - 9640 | Office Expenses:Supplies | 360.38 | 87,622.19 |
| 03/05/2018 | Expense | | Sephora | | | Shareholder Loan - RM:Barclay - 9640 | Office Expenses | 160.05 | 87,782.24 |
| 03/06/2018 | Expense | | Condado Vanderbilt H | | | Shareholder Loan - RM:Barclay - 9640 | Travel | 214.12 | 87,996.36 |
| 03/06/2018 | Expense | | Pannes Restaurant | | | Shareholder Loan - RM:Barclay - 9640 | Travel Meals | 89.63 | 88,085.99 |
| 03/07/2018 | Expense | | Lily's Chocolatier | | | Shareholder Loan - RM:Barclay - 9640 | Office Expenses | 25.87 | 88,111.86 |
| 03/08/2018 | Expense | | Stubhub | | | Shareholder Loan - RM:Barclay - 9640 | Employee:Teambuilding/Meeting | 981.00 | 89,092.86 |
| 03/08/2018 | Expense | | Stubhub | | | Shareholder Loan - RM:Barclay - 9640 | Employee:Teambuilding/Meeting | 981.00 | 90,073.86 |
| 03/26/2018 | Expense | | Fast Card Fee | | | Shareholder Loan - RM:Barclay - 9640 | Employee:Teambuilding/Meeting | 133.67 | 90,207.53 |
| 03/26/2018 | Expense | | Fast Card Fee | | | Shareholder Loan - RM:Barclay - 9640 | Bank Charges | 15.00 | 90,222.53 |
| 04/01/2018 | Expense | | Alamo Drafthouse | | | Shareholder Loan - RM:Barclay - 9640 | Employee:Teambuilding/Meeting | 133.67 | 90,356.20 |
| 05/01/2018 | Expense | | Credit Card Processing Fee | | | Shareholder Loan - RM:Barclay - 9640 | Late Charge | 27.00 | 90,383.20 |
| 05/04/2018 | Expense | | Credit Card Processing Fee | | | Shareholder Loan - RM:Barclay - 9640 | Credit Card Payments | 107.61 | 90,490.81 |
| 05/14/2018 | Expense | | Fast Card Fee | | | Shareholder Loan - RM:Barclay - 9640 | Bank Charges | 15.00 | 90,505.81 |
| 05/16/2018 | Expense | | Best Buy | | | Shareholder Loan - RM:Barclay - 9640 | Office Expenses | 2,393.45 | 92,899.26 |
| 05/16/2018 | Expense | | Facebook | | | Shareholder Loan - RM:Barclay - 9640 | Marketing | 754.21 | 93,653.47 |
| 05/16/2018 | Expense | | Facebook | | | Shareholder Loan - RM:Barclay - 9640 | Marketing | 751.88 | 94,405.35 |
| 05/17/2018 | Expense | | Facebook | | | Shareholder Loan - RM:Barclay - 9640 | Marketing | 750.00 | 95,155.35 |
| 05/17/2018 | Expense | | Facebook | | | Shareholder Loan - RM:Barclay - 9640 | Marketing | 750.00 | 95,905.35 |
| 05/17/2018 | Expense | | J Mark Inc of Central | | | Shareholder Loan - RM:Barclay - 9640 | Contract Labor | 1,320.00 | 97,225.35 |
| 05/17/2018 | Expense | | Facebook | | | Shareholder Loan - RM:Barclay - 9640 | Marketing | 750.00 | 97,975.35 |
| 05/18/2018 | Expense | | PayPal | | | Shareholder Loan - RM:Barclay - 9640 | Cell - Wireless Services | 750.00 | 98,725.35 |
| 05/18/2018 | Expense | | Vatoll Payment Web | | | Shareholder Loan - RM:Barclay - 9640 | Travel | 26.00 | 98,751.35 |
| 05/18/2018 | Expense | | E Z Pass VA Web | | | Shareholder Loan - RM:Barclay - 9640 | Travel | 500.00 | 99,251.35 |
| 05/19/2018 | Expense | | Wawa | WAWA ORLANDO FL | | Shareholder Loan - RM:Barclay - 9640 | Travel | 44.33 | 99,295.68 |
| 05/19/2018 | Expense | | Exxon Mobil | | | Shareholder Loan - RM:Barclay - 9640 | Travel | 55.38 | 99,351.06 |
| 05/19/2018 | Expense | | Exxon Mobil | | | Shareholder Loan - RM:Barclay - 9640 | Travel | 55.75 | 99,406.81 |
| 05/19/2018 | Expense | | Facebook | | | Shareholder Loan - RM:Barclay - 9640 | Marketing | 750.00 | 100,156.81 |
| 05/19/2018 | Expense | | Wawa | WAWA ORLANDO FL | | Shareholder Loan - RM:Barclay - 9640 | Travel | 40.81 | 100,197.62 |
| 05/19/2018 | Expense | | FedEx Office | | | Shareholder Loan | Office Expenses | 6.78 | 100,204.40 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | - RM:Barclay - 9640 | | | |
| 05/24/2018 | Expense | | Prime 112, LLC | | | Shareholder Loan - RM:Barclay - 9640 | Employee:Teambuilding/Meeting | 1,587.56 | 101,791.96 |
| 05/24/2018 | Expense | | Montblanc | MONTBLANC MCLEAN 332MCLEAN | VA | Shareholder Loan - RM:Barclay - 9640 | Office Expenses | 944.81 | 102,736.77 |
| 06/11/2018 | Expense | | In n Out Burger | | | Shareholder Loan - RM:Barclay - 9640 | Travel Meals | 4.24 | 102,741.01 |
| 06/15/2018 | Expense | | MAIN ENTRANCE - DLR | | | Shareholder Loan - RM:Barclay - 9640 | Employee:Teambuilding/Meeting | 1,630.32 | 104,371.33 |
| 06/15/2018 | Expense | | MAIN ENTRANCE - DLR | | | Shareholder Loan - RM:Barclay - 9640 | Employee:Teambuilding/Meeting | 218.00 | 104,589.33 |
| 07/04/2018 | Expense | | Credit Card Processing Fee | | | Shareholder Loan - RM:Barclay - 9640 | Credit Card Payments | 234.37 | 104,823.70 |
| 07/13/2018 | Expense | | Orlando Starflyer | | | Shareholder Loan - RM:Barclay - 9640 | Travel | 52.00 | 104,875.70 |
| 07/14/2018 | Expense | | Waldorf Bull Bear | | | Shareholder Loan - RM:Barclay - 9640 | Employee:Teambuilding/Meeting | 2,712.85 | 107,588.55 |
| 08/03/2018 | Expense | | Credit Card Processing Fee | | | Shareholder Loan - RM:Barclay - 9640 | Credit Card Payments | 288.03 | 107,876.58 |
| 08/12/2018 | Expense | | Flight Club | FLIGHT CLUB NEW YORKNEW YORK | NY | Shareholder Loan - RM:Barclay - 9640 | Employee:Teambuilding/Meeting | 1,538.49 | 109,415.07 |
| 08/13/2018 | Expense | | Delta Airlines | | | Shareholder Loan - RM:Barclay - 9640 | Travel | 332.20 | 109,747.27 |
| 08/15/2018 | Expense | | | | | Shareholder Loan - RM:Barclay - 9640 | Travel | 1,536.38 | 111,283.65 |
| 08/16/2018 | Expense | | EasyJet | | | Shareholder Loan - RM:Barclay - 9640 | Travel | 1,315.44 | 112,599.09 |
| 08/17/2018 | Expense | | International Currency Exchange | | | Shareholder Loan - RM:Barclay - 9640 | Bank Charges | 39.46 | 112,638.55 |
| 08/22/2018 | Expense | | Harrod's Limited Department Store | | | Shareholder Loan - RM:Barclay - 9640 | Office Expenses | 758.50 | 113,397.05 |
| 08/24/2018 | Expense | | PayPal | | | Shareholder Loan - RM:Barclay - 9640 | Cell - Wireless Services | 9.99 | 113,407.04 |
| 08/28/2018 | Expense | | PayPal | | | Shareholder Loan - RM:Barclay - 9640 | Travel | 13.00 | 113,420.04 |
| 09/01/2018 | Expense | | Credit Card Processing Fee | | | Shareholder Loan - RM:Barclay - 9640 | Utilities | 37.00 | 113,457.04 |
| 09/04/2018 | Expense | | Credit Card Processing Fee | | | Shareholder Loan - RM:Barclay - 9640 | Credit Card Payments | 284.41 | 113,741.45 |
| 11/13/2018 | Expense | | Jeff De Bruges | | | Shareholder Loan - RM:Barclay - 9640 | Travel Meals | 108.85 | 113,850.30 |
| 11/13/2018 | Expense | | International Currency Exchange | | | Shareholder Loan - RM:Barclay - 9640 | Bank Charges | 0.58 | 113,850.88 |
| 12/23/2018 | Expense | | The Tumi Store | | | Shareholder Loan - RM:Barclay - 9640 | Office Expenses | 2,832.33 | 116,683.21 |
| 12/24/2018 | Expense | | Best Buy | | | Shareholder Loan - RM:Barclay - 9640 | Office Expenses | 789.07 | 117,472.28 |
| 12/24/2018 | Expense | | Best Buy | | | Shareholder Loan - RM:Barclay - 9640 | Office Expenses | 2,341.98 | 119,814.26 |
| 12/31/2018 | Journal Entry | FCPA 2018-54 | | to reclass | | Shareholder Loan - RM:Barclay - 9640 | -Split- | 0.00 | 119,814.26 |
| **Total for Barclay - 9640** | | | | | | | | **$56,716.43** | |
| Capital One - 1443 | | | | | | | | | |
| 01/08/2018 | Credit Card Expense | FINCHRG | | Finance Charge | | Shareholder Loan - RM:Capital One - 1443 | Interest - Credit Card | 68.19 | 68.19 |
| 01/08/2018 | Expense | | Capital One | Payment 189008913 | | Shareholder Loan - RM:Capital One - 1443 | LN-CITY-OPERATING-4829 | -110.00 | -41.81 |
| 02/05/2018 | Credit Card Credit | | Capital One | Cash Back Reward | | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -98.00 | -139.81 |
| 02/05/2018 | Expense | | Capital One | | | Shareholder Loan - RM:Capital One - 1443 | Interest - Credit Card | 61.85 | -77.96 |
| 02/25/2018 | Credit Card | | Walmart | | | Shareholder Loan - RM:Capital One - 1443 | Office Expenses | 140.34 | 62.38 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | Expense | | | | - RM:Capital One - 1443 | | | |
| 02/25/2018 | Credit Card Expense | | Sunoco | | Shareholder Loan - RM:Capital One - 1443 | Travel | 15.65 | 78.03 |
| 02/25/2018 | Credit Card Expense | | Sunoco | | Shareholder Loan - RM:Capital One - 1443 | Travel | 1.05 | 79.08 |
| 02/25/2018 | Credit Card Expense | | Rocket Lawyer | | Shareholder Loan - RM:Capital One - 1443 | Legal Fees | 1.00 | 80.08 |
| 03/05/2018 | Credit Card Expense | | Capital One | | Shareholder Loan - RM:Capital One - 1443 | Interest - Credit Card | 56.21 | 136.29 |
| 03/05/2018 | Credit Card Expense | | Z Market | | Shareholder Loan - RM:Capital One - 1443 | Client Services | 4.24 | 140.53 |
| 03/06/2018 | Expense | | Capital One | CRCARDPMT 189223609 | Shareholder Loan - RM:Capital One - 1443 | LN-CITY-OPERATING-4829 | -91.00 | 49.53 |
| 03/21/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -500.00 | -450.47 |
| 03/25/2018 | Credit Card Expense | | Rocket Lawyer | | Shareholder Loan - RM:Capital One - 1443 | Legal Fees | 1.00 | -449.47 |
| 03/28/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -500.00 | -949.47 |
| 03/30/2018 | Credit Card Expense | | Capital One | | Shareholder Loan - RM:Capital One - 1443 | Branch Deposit of Income | 812.00 | -137.47 |
| 03/30/2018 | Credit Card Expense | | Emilios Italian Restaurant | | Shareholder Loan - RM:Capital One - 1443 | Employee:Teambuilding/Meeting | 240.00 | 102.53 |
| 03/30/2018 | Credit Card Expense | | MARTINS | | Shareholder Loan - RM:Capital One - 1443 | Travel Meals | 102.05 | 204.58 |
| 04/01/2018 | Credit Card Expense | | Fandango | | Shareholder Loan - RM:Capital One - 1443 | Employee:Teambuilding/Meeting | 130.50 | 335.08 |
| 04/01/2018 | Credit Card Expense | | Capital One | | Shareholder Loan - RM:Capital One - 1443 | Interest - Credit Card | 61.11 | 396.19 |
| 04/01/2018 | Credit Card Expense | | Fandango | | Shareholder Loan - RM:Capital One - 1443 | Employee:Teambuilding/Meeting | 58.00 | 454.19 |
| 04/04/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -500.00 | -45.81 |
| 04/04/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -87.00 | -132.81 |
| 04/11/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -500.00 | -632.81 |
| 04/18/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -500.00 | -1,132.81 |
| 04/25/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 1443 | Interest - Credit Card | 52.26 | -1,080.55 |
| 04/25/2018 | Expense | | DropBox | DROPBOX*4F7YFSVXDP7RSAN FRANCISCO    CA | Shareholder Loan - RM:Capital One - 1443 | Software | 99.00 | -981.55 |
| 04/25/2018 | Expense | | SQ *ELIZABETH F. DANFORTH | | Shareholder Loan - RM:Capital One - 1443 | Client Services | 1,500.00 | 518.45 |
| 04/25/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -500.00 | 18.45 |
| 04/25/2018 | Expense | | Rocket Lawyer | | Shareholder Loan - RM:Capital One - 1443 | Legal Fees | 1.00 | 19.45 |
| 05/05/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -90.00 | -70.55 |
| 06/05/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -81.00 | -151.55 |
| 06/05/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 1443 | Interest - Credit Card | 61.96 | -89.59 |
| 06/05/2018 | Expense | | Rocket Lawyer | | Shareholder Loan - RM:Capital One - 1443 | Legal Fees | 1.00 | -88.59 |
| 06/25/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 1443 | Interest - Credit Card | 57.11 | -31.48 |
| 06/25/2018 | Expense | | Rocket Lawyer | | Shareholder Loan - RM:Capital One - 1443 | Legal Fees | 1.00 | -30.48 |

## Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 06/30/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -500.00 | -530.48 |
| 07/05/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -91.00 | -621.48 |
| 07/25/2018 | Credit Card Expense | | Rocket Lawyer | | Shareholder Loan - RM:Capital One - 1443 | Dues & Subscriptions | 1.00 | -620.48 |
| 08/05/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Credit Card Payments | -81.00 | -701.48 |
| 08/05/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 1443 | Interest - Credit Card | 50.95 | -650.53 |
| 08/25/2018 | Credit Card Expense | | Walmart | | Shareholder Loan - RM:Capital One - 1443 | Office Expenses | 780.85 | 130.32 |
| 08/25/2018 | Credit Card Expense | | Capital One | | Shareholder Loan - RM:Capital One - 1443 | Interest - Credit Card | 61.32 | 191.64 |
| 08/25/2018 | Credit Card Expense | | Dairy Queen | | Shareholder Loan - RM:Capital One - 1443 | Travel Meals | 33.20 | 224.84 |
| 08/25/2018 | Credit Card Expense | | Rocket Lawyer | | Shareholder Loan - RM:Capital One - 1443 | Dues & Subscriptions | 1.00 | 225.84 |
| 08/26/2018 | Credit Card Expense | | Food Lion | FOOD LION #2696FISHERSVILLEVA | Shareholder Loan - RM:Capital One - 1443 | Office Expenses | 222.85 | 448.69 |
| 08/26/2018 | Credit Card Expense | | Food Lion | FOOD LION #2696FISHERSVILLEVA | Shareholder Loan - RM:Capital One - 1443 | Office Expenses | 44.24 | 492.93 |
| 08/29/2018 | Credit Card Expense | | CVS | CVS/PHARMACY #01552HARRISONBURGVA | Shareholder Loan - RM:Capital One - 1443 | Travel | 31.99 | 524.92 |
| 09/05/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -74.00 | 450.92 |
| 09/10/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -300.00 | 150.92 |
| 09/10/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -600.00 | -449.08 |
| 09/13/2018 | Credit Card Expense | | Diesel | Clothing Store | Shareholder Loan - RM:Capital One - 1443 | Employee:Teambuilding/Meeting | 557.56 | 108.48 |
| 09/13/2018 | Credit Card Expense | | Macy's | | Shareholder Loan - RM:Capital One - 1443 | Office Expenses:Apparel | 467.09 | 575.57 |
| 09/13/2018 | Credit Card Expense | | U Street Parking | SQUARE UP | Shareholder Loan - RM:Capital One - 1443 | Travel | 12.50 | 588.07 |
| 09/14/2018 | Credit Card Expense | | Sunoco | 703-378-2368 | Shareholder Loan - RM:Capital One - 1443 | Travel | 18.17 | 606.24 |
| 09/18/2018 | Credit Card Expense | | El Charro | | Shareholder Loan - RM:Capital One - 1443 | Travel Meals | 43.24 | 649.48 |
| 09/25/2018 | Credit Card Expense | | Rocket Lawyer | 8778810947 | Shareholder Loan - RM:Capital One - 1443 | Dues & Subscriptions | 1.00 | 650.48 |
| 10/01/2018 | Credit Card Expense | | MEN IN BLACK | | Shareholder Loan - RM:Capital One - 1443 | Travel | 19.02 | 669.50 |
| 10/01/2018 | Credit Card Expense | | MEN IN BLACK | | Shareholder Loan - RM:Capital One - 1443 | Travel | 16.94 | 686.44 |
| 10/02/2018 | Credit Card Expense | | | | Shareholder Loan - RM:Capital One - 1443 | Travel | 19.39 | 705.83 |
| 10/05/2018 | Credit Card Expense | | Capital One | | Shareholder Loan - RM:Capital One - 1443 | Interest - Credit Card | 72.96 | 778.79 |
| 10/05/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -96.00 | 682.79 |
| 10/25/2018 | Credit Card Expense | | Rocket Lawyer | 8778810947 | Shareholder Loan - RM:Capital One - 1443 | Dues & Subscriptions | 1.00 | 683.79 |
| 11/05/2018 | Credit Card Expense | | Capital One | | Shareholder Loan - RM:Capital One - 1443 | Interest - Credit Card | 78.45 | 762.24 |
| 11/05/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -110.00 | 652.24 |
| 11/25/2018 | Credit Card Expense | | Rocket Lawyer | 8778810947 | Shareholder Loan - RM:Capital One - 1443 | Dues & Subscriptions | 1.00 | 653.24 |
| 12/05/2018 | Credit Card Expense | | Capital One | | Shareholder Loan - RM:Capital One - 1443 | Interest - Credit Card | 75.24 | 728.48 |

# Nexus Services Inc.

## Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| | | | | | - 1443 | | | |
| 12/05/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -115.00 | 613.48 |
| 12/25/2018 | Credit Card Expense | | Rocket Lawyer | 8778810947 | Shareholder Loan - RM:Capital One - 1443 | Dues & Subscriptions | 1.00 | 614.48 |
| 12/31/2018 | Journal Entry | FCPA 2018-60 | | reclass per RW | Shareholder Loan - RM:Capital One - 1443 | -Split- | -614.48 | 0.00 |
| 01/05/2019 | Credit Card Expense | | Capital One | | Shareholder Loan - RM:Capital One - 1443 | Interest - Credit Card | 78.56 | 78.56 |
| 01/05/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -111.00 | -32.44 |
| 01/21/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -80.77 | -113.21 |
| 02/05/2019 | Credit Card Expense | | Capital One | | Shareholder Loan - RM:Capital One - 1443 | Interest - Credit Card | 76.80 | -36.41 |
| 02/05/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -114.00 | -150.41 |
| 03/05/2019 | Credit Card Expense | | Capital One | | Shareholder Loan - RM:Capital One - 1443 | Interest - Credit Card | 60.50 | -89.91 |
| 03/05/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -111.00 | -200.91 |
| 03/05/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -600.00 | -800.91 |
| 03/06/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -2,793.37 | -3,594.28 |
| 03/15/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1443 | Cash Back Reward | -60.50 | -3,654.78 |
| **Total for Capital One - 1443** | | | | | | | **$ -3,654.78** | |
| Capital One - 1669 Beginning Balance | | | | | | | | 1,950.96 |
| 01/01/2018 | Credit Card Expense | | International Currency Exchange | RMoore | Shareholder Loan - RM:Capital One - 1669 | Bank Charges | 849.40 | 2,800.36 |
| 01/02/2018 | Credit Card Expense | | Capital One | Cash Advance Fee | Shareholder Loan - RM:Capital One - 1669 | Bank Charges | 25.48 | 2,825.84 |
| 01/05/2018 | Credit Card Expense | | Miami-Dade Expressway | EHurst | Shareholder Loan - RM:Capital One - 1669 | Travel | 14.20 | 2,840.04 |
| 01/06/2018 | Credit Card Expense | | NNG NING, Inc | MDonovan | Shareholder Loan - RM:Capital One - 1669 | Software | 59.00 | 2,899.04 |
| 01/12/2018 | Credit Card Expense | | American Airlines | RFife | Shareholder Loan - RM:Capital One - 1669 | Travel | 25.00 | 2,924.04 |
| 01/12/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 1669 | LN-CITY-OPERATING-4829 | -2,899.04 | 25.00 |
| 01/13/2018 | Credit Card Expense | | Giant Food | TShipe | Shareholder Loan - RM:Capital One - 1669 | Employee:Teambuilding/Meeting | 392.72 | 417.72 |
| 01/14/2018 | Credit Card Expense | FINCHRG | | Finance Charge | Shareholder Loan - RM:Capital One - 1669 | Interest - Credit Card | 8.12 | 425.84 |
| 01/16/2018 | Expense | | | | Shareholder Loan - RM:Capital One - 1669 | Travel | 158.00 | 583.84 |
| 01/16/2018 | Expense | | City of Inglewood | | Shareholder Loan - RM:Capital One - 1669 | Legal Fees | 98.00 | 681.84 |
| 01/18/2018 | Expense | | EZ Pass | Robin Fife | Shareholder Loan - RM:Capital One - 1669 | Travel | 6.00 | 687.84 |
| 01/18/2018 | Expense | | EZ Pass | Robin Fife | Shareholder Loan - RM:Capital One - 1669 | Travel | 6.00 | 693.84 |
| 01/19/2018 | Expense | | Free Conference Call.com | | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 2.00 | 695.84 |
| 01/21/2018 | Expense | | Burton's Grill | | Shareholder Loan - RM:Capital One - 1669 | Travel Meals | 170.00 | 865.84 |
| 01/21/2018 | Expense | | Pay Tel Communications | Timothy Shipe | Shareholder Loan - RM:Capital One - 1669 | Client Services | 56.00 | 921.84 |
| 01/23/2018 | Expense | | Pay Tel Communications | Timothy Shipe | Shareholder Loan - RM:Capital One - 1669 | Client Services | 53.00 | 974.84 |

## Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 01/25/2018 | Expense | | | | Shareholder Loan - RM:Capital One - 1669 | Travel Meals | 90.00 | 1,064.84 |
| 01/25/2018 | Expense | | EXXONMOBIL 4805 FORSYTH GA | EXXONMOBIL 97429419NEW MARKETVA | Shareholder Loan - RM:Capital One - 1669 | Travel | 5.01 | 1,069.85 |
| 01/29/2018 | Expense | | Harrisonburg Rockingham G5405643135VA | | Shareholder Loan - RM:Capital One - 1669 | Travel | 712.18 | 1,782.03 |
| 01/29/2018 | Expense | | Harrisonburg Rockingham G5405643135VA | | Shareholder Loan - RM:Capital One - 1669 | Travel | 360.09 | 2,142.12 |
| 01/29/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:Capital One - 1669 | Client Services | 50.00 | 2,192.12 |
| 01/29/2018 | Expense | | Miami-Dade Expressway | | Shareholder Loan - RM:Capital One - 1669 | Travel | 0.50 | 2,192.62 |
| 02/01/2018 | Expense | | Harrisonburg Electric Commission | | Shareholder Loan - RM:Capital One - 1669 | Utilities | 275.71 | 2,468.33 |
| 02/01/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:Capital One - 1669 | Client Services | 50.00 | 2,518.33 |
| 02/01/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:Capital One - 1669 | Client Services | 50.00 | 2,568.33 |
| 02/01/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:Capital One - 1669 | Client Services | 50.00 | 2,618.33 |
| 02/01/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:Capital One - 1669 | Client Services | 50.00 | 2,668.33 |
| 02/01/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:Capital One - 1669 | Client Services | 25.00 | 2,693.33 |
| 02/02/2018 | Expense | | Harrisonburg Electric Commission | | Shareholder Loan - RM:Capital One - 1669 | Utilities | 204.33 | 2,897.66 |
| 02/03/2018 | Expense | | MedExpress Urgent Care, PC Maryland | | Shareholder Loan - RM:Capital One - 1669 | Employee:Background Checks | 35.00 | 2,932.66 |
| 02/04/2018 | Expense | | WAL-MART SUPERCENTERHARRISONBURG VA | WM SUPERCENTER #1344STAUNTONVA | Shareholder Loan - RM:Capital One - 1669 | Travel | 18.39 | 2,951.05 |
| 02/05/2018 | Expense | | Shenandoah Valley | | Shareholder Loan - RM:Capital One - 1669 | Travel | 707.78 | 3,658.83 |
| 02/05/2018 | Expense | | Turbulence Forecast | | Shareholder Loan - RM:Capital One - 1669 | Travel | 19.99 | 3,678.82 |
| 02/05/2018 | Expense | | Turbulence Forecast | | Shareholder Loan - RM:Capital One - 1669 | Travel | 19.99 | 3,698.81 |
| 02/06/2018 | Expense | | Fogo De Chao | | Shareholder Loan - RM:Capital One - 1669 | Employee:Teambuilding/Meeting | 400.00 | 4,098.81 |
| 02/06/2018 | Expense | | NNG NING, Inc | A Fraudulent Company | Shareholder Loan - RM:Capital One - 1669 | Software | 59.00 | 4,157.81 |
| 02/07/2018 | Expense | | Prime 112, LLC | | Shareholder Loan - RM:Capital One - 1669 | Employee:Teambuilding/Meeting | 639.78 | 4,797.59 |
| 02/07/2018 | Expense | | Exxon Mobil | | Shareholder Loan - RM:Capital One - 1669 | Travel | 31.67 | 4,829.26 |
| 02/09/2018 | Expense | | Turbulence Forecast | | Shareholder Loan - RM:Capital One - 1669 | Travel | 19.99 | 4,849.25 |
| 02/12/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -425.84 | 4,423.41 |
| 02/13/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:Capital One - 1669 | Client Services | 50.00 | 4,473.41 |
| 02/13/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:Capital One - 1669 | Client Services | 50.00 | 4,523.41 |
| 02/15/2018 | Expense | | Doctor on Demand | DOCTOR ON DEMAND800-997-6196CA | Shareholder Loan - RM:Capital One - 1669 | Client Services | 75.00 | 4,598.41 |
| 02/15/2018 | Expense | | | | Shareholder Loan - RM:Capital One - 1669 | Interest - Credit Card | 0.19 | 4,598.60 |
| 02/16/2018 | Expense | | State Highway Admin | STATE HIGHWAY ADMIN301-3883199MD | Shareholder Loan - RM:Capital One - 1669 | Travel | 42.00 | 4,640.60 |
| 02/17/2018 | Expense | | Edible Arrangements | EDIBLE ARRANGEMENTS HARRISONBURG          VA | Shareholder Loan - RM:Capital One - 1669 | Marketing | 275.00 | 4,915.60 |
| 02/19/2018 | Expense | | Free Conference Call.com | | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 2.00 | 4,917.60 |

## Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | | | | | - 1669 | | | |
| 02/20/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -94.52 | 4,823.08 |
| 02/20/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -1,000.00 | 3,823.08 |
| 02/20/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -2,500.00 | 1,323.08 |
| 02/21/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -1,000.00 | 323.08 |
| 02/21/2018 | Expense | | State Highway Admin | | Shareholder Loan - RM:Capital One - 1669 | Travel | 42.00 | 365.08 |
| 02/21/2018 | Expense | | VA Toll Payment Web | | Shareholder Loan - RM:Capital One - 1669 | Travel | 0.50 | 365.58 |
| 02/22/2018 | Expense | | Virgin America | VIRGIN AMER 9847050841654BELLEVUEWA TK#: 9847050841654 PSGR: DONOVAN/MICHEAL $1,698.30 ORIG: LAX, DEST: IAD S/O: O CARRIER: VX SVC: J | Shareholder Loan - RM:Capital One - 1669 | Travel | 1,698.30 | 2,063.88 |
| 02/22/2018 | Expense | | Sunbiz.org | SUNBIZ.ORG / FL. FILIN850-245-6939FL | Shareholder Loan - RM:Capital One - 1669 | Office Expenses | 158.75 | 2,222.63 |
| 02/22/2018 | Expense | | EZ Pass | Robin Fife | Shareholder Loan - RM:Capital One - 1669 | Travel | 2.54 | 2,225.17 |
| 02/22/2018 | Expense | | EZ Pass | Robin Fife | Shareholder Loan - RM:Capital One - 1669 | Travel | 92.19 | 2,317.36 |
| 02/23/2018 | Expense | | Toscanova | | Shareholder Loan - RM:Capital One - 1669 | Employee:Teambuilding/Meeting | 241.48 | 2,558.84 |
| 02/23/2018 | Expense | | EZ Pass | Robin Fife | Shareholder Loan - RM:Capital One - 1669 | Travel | 54.00 | 2,612.84 |
| 02/23/2018 | Expense | | EZ Pass | Robin Fife | Shareholder Loan - RM:Capital One - 1669 | Travel | 54.00 | 2,666.84 |
| 02/23/2018 | Expense | | Smitten Ice Cream | | Shareholder Loan - RM:Capital One - 1669 | Employee:Teambuilding/Meeting | 20.00 | 2,686.84 |
| 02/23/2018 | Expense | | Turbulence Forecast | | Shareholder Loan - RM:Capital One - 1669 | Travel | 19.99 | 2,706.83 |
| 02/27/2018 | Expense | | FWB Cutten Road | | Shareholder Loan - RM:Capital One - 1669 | Office Expenses | 41.07 | 2,747.90 |
| 02/28/2018 | Expense | | The Gateway Cafe | | Shareholder Loan - RM:Capital One - 1669 | Travel Meals | 55.30 | 2,803.20 |
| 02/28/2018 | Expense | | The Gateway Cafe | | Shareholder Loan - RM:Capital One - 1669 | Travel Meals | 14.00 | 2,817.20 |
| 03/01/2018 | Expense | | Georgia Secretary of State | GA SECRETARY OF STATATLANTA          GA | Shareholder Loan - RM:Capital One - 1669 | Taxes & Licenses | 725.00 | 3,542.20 |
| 03/01/2018 | Expense | | Godaddy.com | | Shareholder Loan - RM:Capital One - 1669 | Marketing | 125.80 | 3,668.00 |
| 03/01/2018 | Expense | | Godaddy.com | | Shareholder Loan - RM:Capital One - 1669 | Marketing | 50.32 | 3,718.32 |
| 03/02/2018 | Expense | | Hampton University | | Shareholder Loan - RM:Capital One - 1669 | -Split- | 350.00 | 4,068.32 |
| 03/02/2018 | Expense | | Godaddy.com | | Shareholder Loan - RM:Capital One - 1669 | Marketing | 147.80 | 4,216.12 |
| 03/06/2018 | Expense | | NNG NING, Inc | A Fraudulent Company | Shareholder Loan - RM:Capital One - 1669 | Software | 59.00 | 4,275.12 |
| 03/07/2018 | Expense | | Miami-Dade Expressway | | Shareholder Loan - RM:Capital One - 1669 | Travel | 17.20 | 4,292.32 |
| 03/07/2018 | Expense | | Miami-Dade Expressway | | Shareholder Loan - RM:Capital One - 1669 | Travel | 9.40 | 4,301.72 |
| 03/07/2018 | Expense | | Miami-Dade Expressway | | Shareholder Loan - RM:Capital One - 1669 | Travel | 3.40 | 4,305.12 |
| 03/08/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:Capital One - 1669 | Client Services | 75.00 | 4,380.12 |
| 03/09/2018 | Expense | | Pay Tel Communications | Timothy Shipe | Shareholder Loan - RM:Capital One - 1669 | -Split- | 106.00 | 4,486.12 |
| 03/12/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -4,380.12 | 106.00 |
| 03/13/2018 | Expense | | Bill Matrix Bill Pay | | Shareholder Loan - RM:Capital One | Software | 160.91 | 266.91 |

# Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | Shareholder Loan - RM:Capital One - 1669 | | | |
| 03/14/2018 | Expense | | Dominion Virginia Energy | | Shareholder Loan - RM:Capital One - 1669 | Utilities | 354.75 | 621.66 |
| 03/14/2018 | Expense | | Dominion Virginia Energy | | Shareholder Loan - RM:Capital One - 1669 | Utilities | 219.49 | 841.15 |
| 03/14/2018 | Expense | | Orlando Utilities Commission | | Shareholder Loan - RM:Capital One - 1669 | Utilities | 213.82 | 1,054.97 |
| 03/14/2018 | Expense | | Dominion Virginia Energy | | Shareholder Loan - RM:Capital One - 1669 | Utilities | 427.82 | 1,482.79 |
| 03/14/2018 | Expense | | SunPass | | Shareholder Loan - RM:Capital One - 1669 | Travel | 2.50 | 1,485.29 |
| 03/14/2018 | Expense | | Dominion Virginia Energy | | Shareholder Loan - RM:Capital One - 1669 | Utilities | 699.49 | 2,184.78 |
| 03/14/2018 | Expense | | Dominion Virginia Energy | | Shareholder Loan - RM:Capital One - 1669 | Utilities | 437.88 | 2,622.66 |
| 03/15/2018 | Expense | | Trump International Hotel | | Shareholder Loan - RM:Capital One - 1669 | Travel | 39.20 | 2,661.86 |
| 03/15/2018 | Expense | | Trump International Hotel | | Shareholder Loan - RM:Capital One - 1669 | Travel | 35.88 | 2,697.74 |
| 03/15/2018 | Expense | | Intuit - QB Online | | Shareholder Loan - RM:Capital One - 1669 | Software | 20.00 | 2,717.74 |
| 03/15/2018 | Expense | | Trump International Hotel | | Shareholder Loan - RM:Capital One - 1669 | Travel | 243.88 | 2,961.62 |
| 03/15/2018 | Expense | | Trump International Hotel | | Shareholder Loan - RM:Capital One - 1669 | Travel | 201.13 | 3,162.75 |
| 03/15/2018 | Expense | | Trump International Hotel | | Shareholder Loan - RM:Capital One - 1669 | Travel | 180.00 | 3,342.75 |
| 03/15/2018 | Expense | | Trump International Hotel | | Shareholder Loan - RM:Capital One - 1669 | Travel | 60.00 | 3,402.75 |
| 03/15/2018 | Expense | | Trump International Hotel | | Shareholder Loan - RM:Capital One - 1669 | Travel | 46.82 | 3,449.57 |
| 03/16/2018 | Expense | | MedExpress Urgent Care, PC Maryland | | Shareholder Loan - RM:Capital One - 1669 | Employee:Background Checks | 150.00 | 3,599.57 |
| 03/16/2018 | Expense | | Maggiano's | | Shareholder Loan - RM:Capital One - 1669 | Employee:Teambuilding/Meeting | 147.00 | 3,746.57 |
| 03/16/2018 | Expense | | Sky Zone | | Shareholder Loan - RM:Capital One - 1669 | Employee:Teambuilding/Meeting | 119.30 | 3,865.87 |
| 03/16/2018 | Expense | | Autobahn Indoor Speedway | | Shareholder Loan - RM:Capital One - 1669 | Employee:Teambuilding/Meeting | 115.90 | 3,981.77 |
| 03/16/2018 | Expense | | Nayax, LLC | | Shareholder Loan - RM:Capital One - 1669 | Employee:Teambuilding/Meeting | 13.50 | 3,995.27 |
| 03/17/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | Shareholder Loan - RM:Capital One - 1669 | Client Services | 200.00 | 4,195.27 |
| 03/17/2018 | Expense | | Sky Zone | | Shareholder Loan - RM:Capital One - 1669 | Employee:Teambuilding/Meeting | 136.57 | 4,331.84 |
| 03/17/2018 | Expense | | McDonalds | | Shareholder Loan - RM:Capital One - 1669 | Travel Meals | 19.47 | 4,351.31 |
| 03/17/2018 | Expense | | Nayax, LLC | | Shareholder Loan - RM:Capital One - 1669 | Employee:Teambuilding/Meeting | 9.00 | 4,360.31 |
| 03/20/2018 | Expense | | City of Inglewood | | Shareholder Loan - RM:Capital One - 1669 | Legal Fees | 138.00 | 4,498.31 |
| 03/20/2018 | Expense | | Free Conference Call.com | | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 2.00 | 4,500.31 |
| 03/22/2018 | Expense | | Indeed | INDEED    (203)564-2400    CT | Shareholder Loan - RM:Capital One - 1669 | Marketing | 100.00 | 4,600.31 |
| 03/24/2018 | Credit Card Expense | | Champions Louetta Car Wash | CHAMPIONS CAR WASH - VVIENNAVA | Shareholder Loan - RM:Capital One - 1669 | Vehicle Maintenance | 6.00 | 4,606.31 |
| 03/24/2018 | Expense | | Silver Diner | | Shareholder Loan - RM:Capital One - 1669 | Travel Meals | 9.41 | 4,615.72 |
| 03/24/2018 | Credit Card Expense | | Champions Louetta Car Wash | CHAMPIONS CAR WASH - VVIENNAVA | Shareholder Loan - RM:Capital One - 1669 | Vehicle Maintenance | 37.00 | 4,652.72 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|--|---------|-------|--------|---------|
| 03/24/2018 | Expense | | Wendy's | | | Shareholder Loan - RM:Capital One - 1669 | Travel Meals | 8.66 | 4,661.38 |
| 03/26/2018 | Expense | | Turbulence Forecast | | | Shareholder Loan - RM:Capital One - 1669 | Travel | 19.99 | 4,681.37 |
| 03/27/2018 | Expense | | Emilios Italian Restaurant | EMILIO'S ITALIAN RESSTAUNTON | VA | Shareholder Loan - RM:Capital One - 1669 | Travel Meals | 165.00 | 4,846.37 |
| 03/27/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | | Shareholder Loan - RM:Capital One - 1669 | Client Services | 100.00 | 4,946.37 |
| 03/27/2018 | Expense | | Montgomery County Photo | | | Shareholder Loan - RM:Capital One - 1669 | Marketing | 40.00 | 4,986.37 |
| 04/03/2018 | Expense | | New Leader | | | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 3.99 | 4,990.36 |
| 04/12/2018 | Credit Card Credit | | Capital One | Cash Back Reward | | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -2,622.66 | 2,367.70 |
| 04/13/2018 | Expense | | NNG NING, Inc | A Fraudulent Company | | Shareholder Loan - RM:Capital One - 1669 | Software | 59.00 | 2,426.70 |
| 04/14/2018 | Expense | | Intuit - QB Online | | | Shareholder Loan - RM:Capital One - 1669 | Software | 20.00 | 2,446.70 |
| 04/19/2018 | Expense | | EZ Pass | Robin Fife | | Shareholder Loan - RM:Capital One - 1669 | Travel | 29.00 | 2,475.70 |
| 04/19/2018 | Expense | | Free Conference Call.com | | | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 2.00 | 2,477.70 |
| 04/20/2018 | Expense | | American Heart Association | | | Shareholder Loan - RM:Capital One - 1669 | Contributions:Charitable | 500.00 | 2,977.70 |
| 04/20/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | | Shareholder Loan - RM:Capital One - 1669 | Client Services | 100.00 | 3,077.70 |
| 04/21/2018 | Expense | | Babylon Internet | | | Shareholder Loan - RM:Capital One - 1669 | Utilities | 420.00 | 3,497.70 |
| 04/21/2018 | Expense | | One Hour Translation | | | Shareholder Loan - RM:Capital One - 1669 | Legal Fees | 217.78 | 3,715.48 |
| 04/22/2018 | Credit Card Credit | | Babylon Internet | SC*BabylonINTERNET | | Shareholder Loan - RM:Capital One - 1669 | Utilities | -210.00 | 3,505.48 |
| 04/22/2018 | Credit Card Credit | | Babylon Internet | SC*BabylonINTERNET | | Shareholder Loan - RM:Capital One - 1669 | Utilities | -210.00 | 3,295.48 |
| 04/23/2018 | Expense | | Indeed | INDEED      (203)564-2400 | CT | Shareholder Loan - RM:Capital One - 1669 | Marketing | 100.00 | 3,395.48 |
| 04/23/2018 | Expense | | Case Fleet | | | Shareholder Loan - RM:Capital One - 1669 | Software | 266.64 | 3,662.12 |
| 04/25/2018 | Expense | | Pay Tel Communications | Timothy Shipe | | Shareholder Loan - RM:Capital One - 1669 | Client Services | 53.00 | 3,715.12 |
| 04/25/2018 | Expense | | Elizabeth F Danforth | | | Shareholder Loan - RM:Capital One - 1669 | Marketing | 1,000.00 | 4,715.12 |
| 04/25/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | | Shareholder Loan - RM:Capital One - 1669 | Client Services | 50.00 | 4,765.12 |
| 04/28/2018 | Expense | | Cheddar's | | | Shareholder Loan - RM:Capital One - 1669 | Employee:Teambuilding/Meeting | 120.00 | 4,885.12 |
| 04/28/2018 | Expense | | | | | Shareholder Loan - RM:Capital One - 1669 | Travel | 13.99 | 4,899.11 |
| 04/28/2018 | Expense | | Sheetz | | | Shareholder Loan - RM:Capital One - 1669 | Travel Meals | 13.69 | 4,912.80 |
| 04/28/2018 | Expense | | Love's Country | | | Shareholder Loan - RM:Capital One - 1669 | Travel | 8.36 | 4,921.16 |
| 04/28/2018 | Expense | | Love's Country | | | Shareholder Loan - RM:Capital One - 1669 | Travel | 6.08 | 4,927.24 |
| 05/01/2018 | Expense | | GTL Inmate Phone Service | Timothy Shipe | | Shareholder Loan - RM:Capital One - 1669 | Client Services | 50.00 | 4,977.24 |
| 05/03/2018 | Expense | | New Leader | | | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 3.99 | 4,981.23 |
| 05/12/2018 | Credit Card Credit | | Capital One | Cash Back Reward | | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -2,426.70 | 2,554.53 |
| 05/13/2018 | Expense | | NNG NING, Inc | A Fraudulent Company | | Shareholder Loan - RM:Capital One - 1669 | Software | 59.00 | 2,613.53 |

## Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - 1669 | | | |
| 05/14/2018 | Expense | | Intuit - QB Online | | Shareholder Loan - RM:Capital One - 1669 | Software | 20.00 | 2,633.53 |
| 05/14/2018 | Expense | | Circle K | | Shareholder Loan - RM:Capital One - 1669 | Travel | 5.97 | 2,639.50 |
| 05/15/2018 | Expense | | Big Lots Stores | BIG LOTS #5339 00000WAYNESBORO       VA | Shareholder Loan - RM:Capital One - 1669 | Office Expenses | 2,200.00 | 4,839.50 |
| 05/22/2018 | Expense | | Free Conference Call.com | | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 2.00 | 4,841.50 |
| 05/25/2018 | Expense | | Indeed | INDEED      (203)564-2400    CT | Shareholder Loan - RM:Capital One - 1669 | Marketing | 100.00 | 4,941.50 |
| 05/28/2018 | Expense | | Netflix | | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 13.99 | 4,955.49 |
| 06/04/2018 | Expense | | New Leader | | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 3.99 | 4,959.48 |
| 06/05/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -1,000.00 | 3,959.48 |
| 06/12/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -2,639.50 | 1,319.98 |
| 06/12/2018 | Expense | | Capital One - 1669 | Mobile PMT -809147925 | Shareholder Loan - RM:Capital One - 1669 | Credit Card Payments | 2,639.50 | 3,959.48 |
| 06/13/2018 | Expense | | NNG NING, Inc | A Fraudulent Company | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 59.00 | 4,018.48 |
| 06/14/2018 | Expense | | Capital One - 1669 | Mobile PMT -809147925 | Shareholder Loan - RM:Capital One - 1669 | Credit Card Payments | 95.08 | 4,113.56 |
| 06/14/2018 | Expense | | Capital One - 1669 | Mobile PMT -809147925 | Shareholder Loan - RM:Capital One - 1669 | Late Charge | 39.00 | 4,152.56 |
| 06/14/2018 | Expense | | Intuit - QB Online | | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 20.00 | 4,172.56 |
| 07/06/2018 | Expense | | NNG NING, Inc | A Fraudulent Company | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 59.00 | 4,231.56 |
| 07/06/2018 | Expense | | Netflix | | Shareholder Loan - RM:Capital One - 1669 | Marketing | 13.99 | 4,245.55 |
| 07/06/2018 | Expense | | | | Shareholder Loan - RM:Capital One - 1669 | Software | 85.65 | 4,331.20 |
| 07/08/2018 | Expense | | Indeed | INDEED      (203)564-2400    CT | Shareholder Loan - RM:Capital One - 1669 | Marketing | 100.00 | 4,431.20 |
| 07/14/2018 | Expense | | Intuit - QB Online | | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 20.00 | 4,451.20 |
| 07/15/2018 | Expense | | Capital One - 1669 | Mobile PMT -809147925 | Shareholder Loan - RM:Capital One - 1669 | Credit Card Payments | 92.17 | 4,543.37 |
| 07/22/2018 | Expense | | Indeed | INDEED      (203)564-2400    CT | Shareholder Loan - RM:Capital One - 1669 | Marketing | 100.00 | 4,643.37 |
| 07/24/2018 | Credit Card Expense | | Presenter Media | PRESENTERMEDIA605-274-2424SD | Shareholder Loan - RM:Capital One - 1669 | Legal Fees | 49.95 | 4,693.32 |
| 07/26/2018 | Expense | | Expedia | | Shareholder Loan - RM:Capital One - 1669 | Travel | 103.28 | 4,796.60 |
| 07/26/2018 | Expense | | Greyhound Lines | | Shareholder Loan - RM:Capital One - 1669 | Travel | 94.50 | 4,891.10 |
| 08/03/2018 | Expense | | New Leader | | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 7.98 | 4,899.08 |
| 08/06/2018 | Credit Card Expense | | Netflix | Netflix.comnetflix.comCA | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 13.99 | 4,913.07 |
| 08/06/2018 | Expense | | NNG NING, Inc | A Fraudulent Company | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 59.00 | 4,972.07 |
| 08/12/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -4,523.37 | 448.70 |
| 08/14/2018 | Expense | | Intuit - QB Online | | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 20.00 | 468.70 |
| 08/15/2018 | Expense | | Capital One - 1669 | Mobile PMT -809147925 | Shareholder Loan - RM:Capital One - 1669 | Interest - Credit Card | 76.90 | 545.60 |
| 08/22/2018 | Expense | | Indeed | INDEED      (203)564-2400    CT | Shareholder Loan | Marketing | 100.00 | 645.60 |

## Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | | | | | - RM:Capital One - 1669 | | | |
| 08/24/2018 | Credit Card Expense | | American Airlines | AMERICAN AIR0017175894549FORT WORTHTX TK#: 0017175894549 PSGR: MARTINEZMORENO/LILIA $393.30 ORIG: SAT, DEST: CLT S/O: X CARRIER: AA SVC: L ORIG: CLT, DEST: BNA CARRIER: AA SVC: L | Shareholder Loan - RM:Capital One - 1669 | Travel | 393.30 | 1,038.90 |
| 08/24/2018 | Credit Card Expense | | American Airlines | AMERICAN AIR0017175894549FORT WORTHTX TK#: 0017175894549 PSGR: MARTINEZMORENO/LILIA $393.30 ORIG: SAT, DEST: CLT S/O: X CARRIER: AA SVC: L ORIG: CLT, DEST: BNA CARRIER: AA SVC: L | Shareholder Loan - RM:Capital One - 1669 | Travel | 450.20 | 1,489.10 |
| 08/24/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -645.60 | 843.50 |
| 08/24/2018 | Expense | | Hotels.com | | Shareholder Loan - RM:Capital One - 1669 | Travel | 112.99 | 956.49 |
| 08/24/2018 | Expense | | Hotels.com | | Shareholder Loan - RM:Capital One - 1669 | Travel | 238.24 | 1,194.73 |
| 08/24/2018 | Expense | | United Airlines | | Shareholder Loan - RM:Capital One - 1669 | Travel | 280.30 | 1,475.03 |
| 08/24/2018 | Expense | | United Airlines | | Shareholder Loan - RM:Capital One - 1669 | Travel | 393.20 | 1,868.23 |
| 08/24/2018 | Expense | | Delta Airlines | | Shareholder Loan - RM:Capital One - 1669 | Travel | 334.20 | 2,202.43 |
| 08/25/2018 | Expense | | Greyhound Lines | | Shareholder Loan - RM:Capital One - 1669 | Travel | 263.50 | 2,465.93 |
| 08/25/2018 | Expense | | Expedia | | Shareholder Loan - RM:Capital One - 1669 | Travel | 95.21 | 2,561.14 |
| 08/25/2018 | Expense | | Expedia | | Shareholder Loan - RM:Capital One - 1669 | Travel | 124.74 | 2,685.88 |
| 08/27/2018 | Expense | | Sheraton Hotels | | Shareholder Loan - RM:Capital One - 1669 | Travel | 142.38 | 2,828.26 |
| 08/29/2018 | Expense | | Slayton Wireless | | Shareholder Loan - RM:Capital One - 1669 | Client Services | 526.60 | 3,354.86 |
| 08/29/2018 | Expense | | Delta Airlines | | Shareholder Loan - RM:Capital One - 1669 | Travel | 509.80 | 3,864.66 |
| 08/29/2018 | Expense | | United Airlines | | Shareholder Loan - RM:Capital One - 1669 | Travel | 419.20 | 4,283.86 |
| 08/29/2018 | Expense | | Slayton Wireless | | Shareholder Loan - RM:Capital One - 1669 | Client Services | 288.81 | 4,572.67 |
| 08/29/2018 | Expense | | Hotels.com | | Shareholder Loan - RM:Capital One - 1669 | Travel | 225.54 | 4,798.21 |
| 08/29/2018 | Expense | | Slayton Wireless | | Shareholder Loan - RM:Capital One - 1669 | Client Services | 64.18 | 4,862.39 |
| 09/04/2018 | Expense | | New Leader | | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 3.99 | 4,866.38 |
| 09/06/2018 | Credit Card Expense | | Netflix | Netflix.comnetflix.comCA | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 13.99 | 4,880.37 |
| 09/06/2018 | Expense | | NNG NING, Inc | A Fraudulent Company | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 59.00 | 4,939.37 |
| 09/12/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -545.60 | 4,393.77 |
| 09/15/2018 | Expense | | Intuit - QB Online | | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 35.00 | 4,428.77 |
| 09/17/2018 | Credit Card Expense | | One Hour Translation | One Hour Translation800-7203722DC | Shareholder Loan - RM:Capital One - 1669 | Legal Fees | 36.09 | 4,464.86 |
| 09/21/2018 | Credit Card Expense | | Greyhound Lines | GREYHOUND LINES CNP214-849-8966TX | Shareholder Loan - RM:Capital One - 1669 | Travel | 236.50 | 4,701.36 |
| 09/22/2018 | Credit Card Expense | | Indeed | INDEED     (203)564-2400     CT | Shareholder Loan - RM:Capital One - 1669 | Marketing | 100.00 | 4,801.36 |
| 09/26/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -304.89 | 4,496.47 |
| 09/28/2018 | Credit Card Expense | | United Airlines | UNITED 0167211249977800-932-2732TX TK#: 0167211249977 PSGR: MENDOZARODRIGUEZ/ERI $479.20  ORIG: IAH, DEST: FLL S/O: O CARRIER: UA SVC: E | Shareholder Loan - RM:Capital One - 1669 | Travel | 479.20 | 4,975.67 |
| 10/03/2018 | Credit Card Expense | | New Leader | GAN*1125NEWLEADERCIRC888-426-049 1IN | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 3.99 | 4,979.66 |
| 10/06/2018 | Credit Card Expense | | Netflix | Netflix.comnetflix.comCA | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 13.99 | 4,993.65 |

## Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 10/12/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -4,428.77 | 564.88 |
| 10/13/2018 | Credit Card Expense | | NNG NING, Inc | NNG*Ning Interactive650-7133087CA | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 59.00 | 623.88 |
| 10/16/2018 | Credit Card Expense | | SignwinDisplay | SIGNWIN INC626-3220060CA | Shareholder Loan - RM:Capital One - 1669 | Office Expenses | 861.64 | 1,485.52 |
| 10/18/2018 | Credit Card Expense | | Hotels.com | HOTELS.COM110925113366HOTELS.COM WA ARRIVE: 10/18/18 | Shareholder Loan - RM:Capital One - 1669 | Travel | 100.01 | 1,585.53 |
| 10/19/2018 | Credit Card Expense | | | RMP BERKS CREDIT812-6632777PA | Shareholder Loan - RM:Capital One - 1669 | Travel | 980.00 | 2,565.53 |
| 10/19/2018 | Credit Card Expense | | | SCSI-HSA800-4777474WI | Shareholder Loan - RM:Capital One - 1669 | Travel | 521.94 | 3,087.47 |
| 10/19/2018 | Credit Card Expense | | Sentara Collections | 42001 SENTARA BILLING757-2334500VA | Shareholder Loan - RM:Capital One - 1669 | Office Expenses | 341.12 | 3,428.59 |
| 10/20/2018 | Credit Card Expense | | Capital Beltway Express | CAPITAL BELTWAY EXPRES855-495-9777VA | Shareholder Loan - RM:Capital One - 1669 | Travel | 37.15 | 3,465.74 |
| 10/20/2018 | Credit Card Expense | | Shell Oil | SHELL OIL 57544201304SHENANDOAH CAVA | Shareholder Loan - RM:Capital One - 1669 | Travel | 33.53 | 3,499.27 |
| 10/22/2018 | Credit Card Expense | | Casa Bonita | CASA BONITA 361DENVERCO | Shareholder Loan - RM:Capital One - 1669 | Travel Meals | 171.84 | 3,671.11 |
| 10/22/2018 | Credit Card Expense | | Indeed | INDEED203-564-2400CT | Shareholder Loan - RM:Capital One - 1669 | Marketing | 100.00 | 3,771.11 |
| 10/24/2018 | Credit Card Expense | | American Airlines | AMERICAN AIR0017218755210FORT WORTHTX TK#: 0017218755210 PSGR: JONES/NANCY  $505.30  ORIG: CHO, DEST: CLT S/O: X CARRIER: AA SVC: K ORIG: CLT, DEST: ATL CARRIER: AA SVC: K | Shareholder Loan - RM:Capital One - 1669 | Travel | 505.30 | 4,276.41 |
| 10/24/2018 | Credit Card Expense | | Delta Airlines | DELTA AIR 0067218763701BELLEVUEWA TK#: 0067218763701 PSGR: JONES/NANCY  $498.20  ORIG: ATL, DEST: CHO S/O: O CARRIER: DL SVC: H | Shareholder Loan - RM:Capital One - 1669 | Travel | 498.20 | 4,774.61 |
| 10/24/2018 | Credit Card Expense | | Hotels.com | HOTELS.COM152799158083HOTELS.COM WA ARRIVE: 10/24/18 | Shareholder Loan - RM:Capital One - 1669 | Travel | 105.86 | 4,880.47 |
| 10/24/2018 | Credit Card Credit | | American Airlines | AMERICAN AIR0017218755210FORT WORTHTX TK#: 0017218755210 PSGR: JONES/NANCY  - $505.30  ORIG: CHO, DEST: CLT S/O: X CARRIER: AA SVC: K ORIG: CLT, DEST: ATL CARRIER: AA SVC: K | Shareholder Loan - RM:Capital One - 1669 | Travel | -505.30 | 4,375.17 |
| 10/26/2018 | Credit Card Expense | | Delta Airlines | DELTA AIR 0067267122790BELLEVUEWA TK#: 0067267122790 PSGR: SHOREMAN/JOHN  $482.20  ORIG: DCA, DEST: ATL S/O: O CARRIER: DL SVC: M | Shareholder Loan - RM:Capital One - 1669 | Travel | 482.20 | 4,857.37 |
| 10/29/2018 | Credit Card Expense | | Expedia | EXPEDIA 7388636830238EXPEDIA.COMWA ARRIVE: 10/29/18 | Shareholder Loan - RM:Capital One - 1669 | Travel | 70.68 | 4,928.05 |
| 11/05/2018 | Credit Card Expense | | New Leader | GAN*1125NEWLEADERCIRC888-426-049 1IN | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 3.99 | 4,932.04 |
| 11/06/2018 | Credit Card Expense | | Netflix | Netflix.comnetflix.comCA | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 13.99 | 4,946.03 |
| 11/12/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -623.88 | 4,322.15 |
| 11/13/2018 | Credit Card Expense | | NNG NING, Inc | NNG*Ning Interactive650-7133087CA | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 59.00 | 4,381.15 |
| 11/22/2018 | Credit Card Expense | | Indeed | INDEED203-564-2400CT | Shareholder Loan - RM:Capital One - 1669 | Marketing | 100.00 | 4,481.15 |
| 11/28/2018 | Credit Card Expense | | Expedia | EXPEDIA 7388636830238EXPEDIA.COMWA ARRIVE: 10/29/18 | Shareholder Loan - RM:Capital One - 1669 | Travel | 244.82 | 4,725.97 |
| 11/28/2018 | Credit Card Expense | | Hotels.com | HOTELS.COM153748518373HOTELS.COM WA ARRIVE: 11/28/18 | Shareholder Loan - RM:Capital One - 1669 | Travel | 76.56 | 4,802.53 |
| 11/28/2018 | Credit Card Expense | | Hotels.com | HOTELS.COM153748518373HOTELS.COM WA ARRIVE: 11/28/18 | Shareholder Loan - RM:Capital One - 1669 | Travel | 134.04 | 4,936.57 |
| 12/03/2018 | Credit Card Expense | | New Leader | GAN*1125NEWLEADERCIRC888-426-049 1IN | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 3.99 | 4,940.56 |
| 12/06/2018 | Credit Card Expense | | Netflix | Netflix.comnetflix.comCA | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 13.99 | 4,954.55 |
| 12/12/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -4,381.15 | 573.40 |
| 12/13/2018 | Credit Card Expense | | NNG NING, Inc | NNG*Ning Interactive650-7133087CA | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 59.00 | 632.40 |
| 12/17/2018 | Credit Card Expense | | United Airlines | UNITED 0167233026363800-932-2732TX TK#: 0167233026363 PSGR: LANDAUAVIER  $456.04  ORIG: BRO, DEST: IAH S/O: O CARRIER: UA SVC: E ORIG: IAH, DEST: IAD S/O: X CARRIER: UA SVC: E ORIG: IAD, DEST: BUF CARRIER: UA SVC: E | Shareholder Loan - RM:Capital One - 1669 | Travel | 456.04 | 1,088.44 |
| 12/18/2018 | Credit Card Expense | | EGENFEE | EGENFEE*26828467087866-397-2677W A | Shareholder Loan | Travel | 7.00 | 1,095.44 |

## Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| | Expense | | | | - RM:Capital One - 1669 | | | |
| 12/19/2018 | Credit Card Expense | | Delta Airlines | DELTA AIR 0067233446285BELLEVUEWA TK#: 0067233446285 PSGR: LOPEZ/IVAN  $458.80  ORIG: CHO, DEST: ATL S/O: O CARRIER: DL SVC: M ORIG: ATL, DEST: IAH S/O: X CARRIER: DL SVC: M | Shareholder Loan - RM:Capital One - 1669 | Travel | 458.80 | 1,554.24 |
| 12/19/2018 | Credit Card Expense | | Hotels.com | HOTELS.COM154274692496HOTELS.COM WA ARRIVE: 12/19/18 | Shareholder Loan - RM:Capital One - 1669 | Travel | 241.15 | 1,795.39 |
| 12/20/2018 | Credit Card Expense | | Hotels.com | HOTELS.COM153748518373HOTELS.COM WA ARRIVE: 11/28/18 | Shareholder Loan - RM:Capital One - 1669 | Travel | 654.13 | 2,449.52 |
| 12/20/2018 | Credit Card Expense | | | SUNCTRYAIR 3377233803171EAGANMN TK#: 3377233803171 PSGR: SOHAG/MOHAMMAD $259.32 ORIG: MSP, DEST: LAX CARRIER: SY SVC: M | Shareholder Loan - RM:Capital One - 1669 | Travel | 259.32 | 2,708.84 |
| 12/20/2018 | Credit Card Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC877-650-4249AL | Shareholder Loan - RM:Capital One - 1669 | Client Services | 45.00 | 2,753.84 |
| 12/20/2018 | Credit Card Expense | | Hotels.com | HOTELS.COM154301185047HOTELS.COM WA ARRIVE: 12/20/18 | Shareholder Loan - RM:Capital One - 1669 | Travel | 97.75 | 2,851.59 |
| 12/20/2018 | Credit Card Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC877-650-4249AL | Shareholder Loan - RM:Capital One - 1669 | Client Services | 45.00 | 2,896.59 |
| 12/20/2018 | Credit Card Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC877-650-4249AL | Shareholder Loan - RM:Capital One - 1669 | Client Services | 45.00 | 2,941.59 |
| 12/21/2018 | Credit Card Expense | | EGENFEE | EGENFEE*26759756721866-397-2677W A | Shareholder Loan - RM:Capital One - 1669 | Travel | 7.00 | 2,948.59 |
| 12/22/2018 | Credit Card Expense | | Indeed | INDEED203-564-2400CT | Shareholder Loan - RM:Capital One - 1669 | Marketing | 100.00 | 3,048.59 |
| 12/28/2018 | Credit Card Expense | | Delta Airlines | DELTA AIR 0067233446285BELLEVUEWA TK#: 0067233446285 PSGR: LOPEZ/IVAN  $458.80  ORIG: CHO, DEST: ATL S/O: O CARRIER: DL SVC: M ORIG: ATL, DEST: IAH S/O: X CARRIER: DL SVC: M | Shareholder Loan - RM:Capital One - 1669 | Travel | 506.80 | 3,555.39 |
| 12/28/2018 | Credit Card Expense | | Hotels.com | HOTELS.COM153748518373HOTELS.COM WA ARRIVE: 11/28/18 | Shareholder Loan - RM:Capital One - 1669 | Travel | 374.46 | 3,929.85 |
| 12/29/2018 | Credit Card Expense | | JetBlue | JETBLUE 2797235163675SALT LAKE CITUT TK#: 2797235163675 PSGR: CONTRERAS/ELIZABETH  $399.25  ORIG: BUF, DEST: LAX CARRIER: B6 SVC: B | Shareholder Loan - RM:Capital One - 1669 | Travel | 399.25 | 4,329.10 |
| 12/29/2018 | Credit Card Expense | | Expedia | EXPEDIA 7388636830238EXPEDIA.COMWA ARRIVE: 10/29/18 | Shareholder Loan - RM:Capital One - 1669 | Travel | 118.44 | 4,447.54 |
| 12/30/2018 | Credit Card Expense | | EGENFEE | EGENFEE*26771479414866-397-2677W A | Shareholder Loan - RM:Capital One - 1669 | Travel | 7.00 | 4,454.54 |
| 01/02/2019 | Credit Card Expense | | Hotels.com | HOTELS.COM153748518373HOTELS.COM WA ARRIVE: 11/28/18 | Shareholder Loan - RM:Capital One - 1669 | Travel:Hotels | 216.78 | 4,671.32 |
| 01/03/2019 | Credit Card Expense | | Hotels.com | HOTELS.COM154637684632HOTELS.COM WA ARRIVE: 01/03/19 | Shareholder Loan - RM:Capital One - 1669 | Travel:Hotels | 104.87 | 4,776.19 |
| 01/03/2019 | Credit Card Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN336-852-7419NC | Shareholder Loan - RM:Capital One - 1669 | Cell - Wireless Services | 53.00 | 4,829.19 |
| 01/03/2019 | Credit Card Expense | | New Leader | GAN*1125NEWLEADERCIRC888-426-049 1IN | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 3.99 | 4,833.18 |
| 01/03/2019 | Credit Card Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC877-650-4249AL | Shareholder Loan - RM:Capital One - 1669 | Client Services | 50.00 | 4,883.18 |
| 01/03/2019 | Credit Card Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN336-852-7419NC | Shareholder Loan - RM:Capital One - 1669 | Cell - Wireless Services | 43.00 | 4,926.18 |
| 01/03/2019 | Credit Card Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC877-650-4249AL | Shareholder Loan - RM:Capital One - 1669 | Client Services | 40.00 | 4,966.18 |
| 01/06/2019 | Credit Card Expense | | Netflix | Netflix.comnetflix.comCA | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 13.99 | 4,980.17 |
| 01/12/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -632.40 | 4,347.77 |
| 01/13/2019 | Credit Card Expense | | American Airlines | AMERICAN AIR0017239534391FORT WORTHTX TK#: 0017239534391 PSGR: CANTU/GILBERT  $362.00  ORIG: SAT, DEST: DFW S/O: X CARRIER: AA SVC: V ORIG: DFW, DEST: LAX CARRIER: AA SVC: V | Shareholder Loan - RM:Capital One - 1669 | Travel:Air | 362.00 | 4,709.77 |
| 01/13/2019 | Credit Card Expense | | NNG NING, Inc | NNG*Ning Interactive650-7133087CA | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 59.00 | 4,768.77 |
| 01/14/2019 | Credit Card Expense | | EGENFEE | EGENFEE*26828467087866-397-2677W A | Shareholder Loan - RM:Capital One - 1669 | Travel | 7.00 | 4,775.77 |
| 01/16/2019 | Credit Card Expense | | Expedia | EXPEDIA 7388636830238EXPEDIA.COMWA ARRIVE: 10/29/18 | Shareholder Loan - RM:Capital One - 1669 | Travel:Air | 137.99 | 4,913.76 |
| 01/25/2019 | Credit Card Expense | | Securus Correctional Bill Service | SECURUS INMATE CALL-VIDEO800-8446591TX | Shareholder Loan - RM:Capital One - 1669 | Client Services | 28.00 | 4,941.76 |
| 01/29/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -157.74 | 4,784.02 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 01/30/2019 | Credit Card Expense | | Indeed | INDEED203-564-2400CT | Shareholder Loan - RM:Capital One - 1669 | Marketing | 100.00 | 4,884.02 |
| 02/04/2019 | Credit Card Expense | | New Leader | GAN*1125NEWLEADERCIRC888-426-049 1IN | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 3.99 | 4,888.01 |
| 02/06/2019 | Credit Card Expense | | NNG NING, Inc | NNG*Ning Interactive650-7133087CA | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 59.00 | 4,947.01 |
| 02/06/2019 | Credit Card Expense | | Netflix | Netflix.comnetflix.comCA | Shareholder Loan - RM:Capital One - 1669 | Dues & Subscriptions | 13.99 | 4,961.00 |
| 02/12/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -4,775.77 | 185.23 |
| 02/13/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -18.52 | 166.71 |
| 02/13/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 1669 | Cash Back Reward | -185.23 | -18.52 |
| **Total for Capital One - 1669** | | | | | | | **$ -1,969.48** | |
| Capital One - 4409 | | | | | | | | |
| 01/02/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Interest - Credit Card | 118.34 | 118.34 |
| 01/02/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Late Charge | 25.00 | 143.34 |
| 01/05/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Interest - Loan | 111.75 | 255.09 |
| 02/05/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Interest - Credit Card | 101.79 | 356.88 |
| 03/05/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Interest - Credit Card | 77.07 | 433.95 |
| 04/04/2018 | Credit Card Credit | | Microsoft | | Shareholder Loan - RM:Capital One - 4409 | Credit Card Payments | -8.55 | 425.40 |
| 04/04/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Travel | 344.26 | 769.66 |
| 04/05/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Employee:Teambuilding/Meeting | 1,400.55 | 2,170.21 |
| 04/05/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Office Expenses:Computer | 1,364.27 | 3,534.48 |
| 04/08/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Employee:Teambuilding/Meeting | 429.66 | 3,964.14 |
| 04/14/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Travel Meals | 225.87 | 4,190.01 |
| 04/14/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Travel | 14.00 | 4,204.01 |
| 04/15/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Travel Meals | 834.92 | 5,038.93 |
| 04/15/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Travel | 19.86 | 5,058.79 |
| 04/16/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | -Split- | 1,419.16 | 6,477.95 |
| 04/16/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Travel | 205.00 | 6,682.95 |
| 05/01/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Interest - Credit Card | 108.08 | 6,791.03 |
| 05/01/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Late Charge | 35.00 | 6,826.03 |
| 05/15/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Marketing | 2,000.41 | 8,826.44 |
| 06/03/2018 | Credit Card Credit | | | Adjustment | Shareholder Loan - RM:Capital One - 4409 | Credit Card Payments | -8,764.21 | 62.23 |
| 06/06/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Marketing | 1,500.00 | 1,562.23 |
| 06/06/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -2,000.00 | -437.77 |
| 06/15/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Employee:Teambuilding/Meeting | 676.31 | 238.54 |

## Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 06/15/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Interest - Credit Card | 51.55 | 290.09 |
| 06/22/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 4409 | Cash Back Reward | -32.64 | 257.45 |
| 06/25/2018 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -1,000.00 | -742.55 |
| 06/27/2018 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -2,500.00 | -3,242.55 |
| 06/28/2018 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -2,416.52 | -5,659.07 |
| 07/10/2018 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -51.55 | -5,710.62 |
| 07/11/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Travel | 800.00 | -4,910.62 |
| 07/12/2018 | Expense | | Saks Fifth Avenue | SAKS O5 ORLANDO 747ORLANDOFL | Shareholder Loan - RM:Capital One - 4409 | Uniforms | 433.36 | -4,477.26 |
| 07/12/2018 | Expense | | Vineyard Grille | VINEYARD VINES 103ORLANDOFL | Shareholder Loan - RM:Capital One - 4409 | Travel Meals | 401.51 | -4,075.75 |
| 07/12/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Travel | 68.00 | -4,007.75 |
| 07/12/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Uniforms | 747.41 | -3,260.34 |
| 07/12/2018 | Expense | | Lush | LUSH MALL AT MLNA (786ORLANDOFL | Shareholder Loan - RM:Capital One - 4409 | Employee:Incentives | 521.84 | -2,738.50 |
| 07/13/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Employee:Teambuilding/Meeting | 162.06 | -2,576.44 |
| 07/13/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Travel | 70.00 | -2,506.44 |
| 07/13/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Bank Charges | 24.00 | -2,482.44 |
| 07/14/2018 | Credit Card Credit | | Delta Airlines | DELTA 0062332539092DELTA.COMCA TK#: 0062332539092 PSGR: TURLEY/CAMERON | Shareholder Loan - RM:Capital One - 4409 | Travel | -442.20 | -2,924.64 |
| 07/14/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Travel | 1,326.60 | -1,598.04 |
| 07/17/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Employee:Teambuilding/Meeting | 1,126.27 | -471.77 |
| 07/18/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Travel | 233.74 | -238.03 |
| 07/23/2018 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -1,200.00 | -1,438.03 |
| 07/27/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 4409 | Cash Back Reward | -69.73 | -1,507.76 |
| 07/30/2018 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -1,200.00 | -2,707.76 |
| 08/01/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -1,800.00 | -4,507.76 |
| 08/02/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -1,202.86 | -5,710.62 |
| 08/04/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Bank Charges | 39.00 | -5,671.62 |
| 08/04/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Interest - Loan | 11.57 | -5,660.05 |
| 08/12/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Employee:Teambuilding/Meeting | 2,020.28 | -3,639.77 |
| 08/12/2018 | Expense | | BALENCIAGA | BALENCIAGA #716BEVERLY HILLSCA | Shareholder Loan - RM:Capital One - 4409 | Uniforms | 1,642.50 | -1,997.27 |
| 08/15/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Employee:Teambuilding/Meeting | 1,347.95 | -649.32 |
| 08/16/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Bank Charges | 40.44 | -608.88 |
| 08/16/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Interest - Credit Card | 16.08 | -592.80 |

## Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | | | | | - 4409 | | | |
| 08/22/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Travel | 201.54 | -391.26 |
| 08/27/2018 | Expense | | Richard E. Moore | | Shareholder Loan - RM:Capital One - 4409 | Travel | 39.90 | -351.36 |
| 08/28/2018 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -1,000.00 | -1,351.36 |
| 09/04/2018 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -50.57 | -1,401.93 |
| 09/04/2018 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -4,343.18 | -5,745.11 |
| 09/08/2018 | Credit Card Expense | | Tumi Stores, Inc | TUMI STORE 8435NEW YORKNY | Shareholder Loan - RM:Capital One - 4409 | Office Expenses | 2,525.89 | -3,219.22 |
| 09/08/2018 | Credit Card Expense | | AMC Theater | AMC TYSONS CORNER #036MC LEANVA | Shareholder Loan - RM:Capital One - 4409 | Employee:Teambuilding/Meeting | 45.73 | -3,173.49 |
| 09/08/2018 | Credit Card Expense | | AMC Theater | AMC TYSONS CORNER #036MC LEANVA | Shareholder Loan - RM:Capital One - 4409 | Employee:Teambuilding/Meeting | 43.77 | -3,129.72 |
| 09/09/2018 | Credit Card Expense | | QT | QT 1700 91017004ATLANTAGA | Shareholder Loan - RM:Capital One - 4409 | Travel | 11.21 | -3,118.51 |
| 09/09/2018 | Credit Card Expense | | AMC Theater | AMC TYSONS CORNER #036MC LEANVA | Shareholder Loan - RM:Capital One - 4409 | Employee:Teambuilding/Meeting | 9.00 | -3,109.51 |
| 09/13/2018 | Credit Card Expense | | WDW Disney Tickets | WDW DISNEY TICKETS4078285630FL | Shareholder Loan - RM:Capital One - 4409 | Employee:Teambuilding/Meeting | 588.98 | -2,520.53 |
| 09/13/2018 | Credit Card Expense | | Clear Me | CLEARME.COM *855-2532CLEARME.COMNY | Shareholder Loan - RM:Capital One - 4409 | Travel | 179.00 | -2,341.53 |
| 09/14/2018 | Credit Card Expense | | Downtown Disney | DOWNTOWN DISNEY VALETORLANDOFL | Shareholder Loan - RM:Capital One - 4409 | Employee:Teambuilding/Meeting | 30.00 | -2,311.53 |
| 09/22/2018 | Credit Card Expense | | Hot Dog Express | HOT DOG EXPRESS T2 ORDCHICAGOIL | Shareholder Loan - RM:Capital One - 4409 | Travel Meals | 8.91 | -2,302.62 |
| 09/24/2018 | Credit Card Expense | | Honey Baked Ham | HoneyBaked Ham and CafClevelandTN | Shareholder Loan - RM:Capital One - 4409 | Travel Meals | 10.18 | -2,292.44 |
| 09/25/2018 | Credit Card Expense | | CHIC FIL A | CHIC FIL AATLANTAGA | Shareholder Loan - RM:Capital One - 4409 | Travel Meals | 27.50 | -2,264.94 |
| 09/25/2018 | Credit Card Expense | | Boston Market | BOSTON MARKET 1602ATLANTAGA | Shareholder Loan - RM:Capital One - 4409 | Travel Meals | 25.43 | -2,239.51 |
| 09/26/2018 | Credit Card Expense | | CHIC FIL A | CHIC FIL AATLANTAGA | Shareholder Loan - RM:Capital One - 4409 | Travel Meals | 29.25 | -2,210.26 |
| 09/27/2018 | Credit Card Expense | | W Bellevue | AMERICAN 00172632489061BELLEVUEWA | Shareholder Loan - RM:Capital One - 4409 | Travel | 640.20 | -1,570.06 |
| 09/28/2018 | Credit Card Expense | | UNIVERSAL GCC | UNIVERSAL GCC 014002904072244233FL | Shareholder Loan - RM:Capital One - 4409 | Office Expenses | 575.10 | -994.96 |
| 09/28/2018 | Credit Card Expense | | Luxury Mansion Rentals | LUXURY REUNION RENTALS4073991402FL | Shareholder Loan - RM:Capital One - 4409 | Travel | 227.00 | -767.96 |
| 09/28/2018 | Credit Card Expense | | Lanier Parking | LANIER PARKING 10671ATLANTAGA | Shareholder Loan - RM:Capital One - 4409 | Travel | 14.00 | -753.96 |
| 09/30/2018 | Credit Card Expense | | Facebook | FACEBK NK6P6G6Y22Menlo ParkCA | Shareholder Loan - RM:Capital One - 4409 | Marketing | 499.87 | -254.09 |
| 10/03/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 4409 | Cash Back Reward | -140.94 | -395.03 |
| 10/03/2018 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -2,000.00 | -2,395.03 |
| 10/04/2018 | Credit Card Expense | | Facebook | FACEBK NK6P6G6Y22Menlo ParkCA | Shareholder Loan - RM:Capital One - 4409 | Marketing | 750.00 | -1,645.03 |
| 10/05/2018 | Credit Card Expense | | UNIVERSAL GCC | UNIVERSAL GCC 014002904072244233FL | Shareholder Loan - RM:Capital One - 4409 | Office Expenses | 138.44 | -1,506.59 |
| 10/05/2018 | Credit Card Expense | | UNIVERSAL GCC | UNIVERSAL GCC 014002904072244233FL | Shareholder Loan - RM:Capital One - 4409 | Office Expenses | 138.44 | -1,368.15 |
| 10/06/2018 | Credit Card Expense | | Facebook | FACEBK DCPTZFNY22Menlo ParkCA | Shareholder Loan - RM:Capital One - 4409 | Marketing | 750.00 | -618.15 |
| 10/06/2018 | Credit Card Expense | | Walgreens | WALGREENS #7074KISSIMMEEFL | Shareholder Loan - RM:Capital One - 4409 | Client Services | 104.25 | -513.90 |
| 10/07/2018 | Credit Card Expense | | Facebook | FACEBK DCPTZFNY22Menlo ParkCA | Shareholder Loan - RM:Capital One - 4409 | Marketing | 750.00 | 236.10 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | Expense | | | | - RM:Capital One - 4409 | | | |
| 11/01/2018 | Credit Card Expense | | | PAST DUE FEE | Shareholder Loan - RM:Capital One - 4409 | Bank Charges | 36.00 | 272.10 |
| 11/04/2018 | Credit Card Expense | | Capital One | Interest Charge on Purchases | Shareholder Loan - RM:Capital One - 4409 | Interest - Credit Card | 124.23 | 396.33 |
| 11/04/2018 | Credit Card Credit | | Capital One | INTEREST CHARGE ADJUSTMENT | Shareholder Loan - RM:Capital One - 4409 | Interest - Credit Card | -1.35 | 394.98 |
| 11/06/2018 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -2,000.00 | -1,605.02 |
| 11/28/2018 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -2,000.00 | -3,605.02 |
| 11/29/2018 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -2,105.60 | -5,710.62 |
| 12/04/2018 | Credit Card Expense | | Capital One | Interest Charge on Purchases | Shareholder Loan - RM:Capital One - 4409 | Interest - Credit Card | 63.19 | -5,647.43 |
| 12/31/2018 | Journal Entry | FCPA 2018-60 | | reclass per RW | Shareholder Loan - RM:Capital One - 4409 | -Split- | 5,647.43 | 0.00 |
| 01/02/2019 | Credit Card Expense | | | PAST DUE FEE | Shareholder Loan - RM:Capital One - 4409 | Bank Charges | 38.00 | 38.00 |
| 01/04/2019 | Credit Card Expense | | Capital One | Interest Charge on Purchases | Shareholder Loan - RM:Capital One - 4409 | Interest - Credit Card | 1.44 | 39.44 |
| 01/08/2019 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Capital One - 4409 | LN-CITY-OPERATING-4829 | -102.63 | -63.19 |
| **Total for Capital One - 4409** | | | | | | | **$ -63.19** | |
| Capital One - 8375 | | | | | | | | |
| 01/11/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 64.58 | 64.58 |
| 01/11/2018 | Expense | | Hulu | | Shareholder Loan - RM:Capital One - 8375 | Dues & Subscriptions | 11.99 | 76.57 |
| 01/21/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -92.00 | -15.43 |
| 02/11/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 64.23 | 48.80 |
| 02/11/2018 | Expense | | Hulu | | Shareholder Loan - RM:Capital One - 8375 | Dues & Subscriptions | 11.99 | 60.79 |
| 02/21/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -94.00 | -33.21 |
| 03/21/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -94.00 | -127.21 |
| 03/21/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 57.46 | -69.75 |
| 04/21/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -87.00 | -156.75 |
| 04/21/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 63.52 | -93.23 |
| 05/21/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -93.00 | -186.23 |
| 05/21/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 60.91 | -125.32 |
| 06/21/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -90.00 | -215.32 |
| 06/21/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 62.26 | -153.06 |
| 07/21/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -91.00 | -244.06 |
| 07/21/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 60.17 | -183.89 |
| 08/21/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -88.00 | -271.89 |
| 08/21/2018 | Expense | | Capital One | | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 61.51 | -210.38 |
| 09/21/2018 | Credit Card | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -89.00 | -299.38 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | Credit | | | | Shareholder Loan - RM:Capital One - 8375 | | | |
| 09/24/2018 | Credit Card Expense | | Capital One | | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 60.92 | -238.46 |
| 09/24/2018 | Credit Card Expense | | Capital One | CAPITAL ONE MEMBER FEE | Shareholder Loan - RM:Capital One - 8375 | Bank Charges | 19.00 | -219.46 |
| 10/11/2018 | Credit Card Expense | | Capital One | Interest Charge on Purchases | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 58.91 | -160.55 |
| 10/11/2018 | Credit Card Expense | | | 2CO.COM*AIMERSOFT.COMAMSTERDAMN LD | Shareholder Loan - RM:Capital One - 8375 | Travel | 19.95 | -140.60 |
| 10/21/2018 | Credit Card Expense | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -89.00 | -229.60 |
| 11/11/2018 | Credit Card Expense | | Prime video | Prime Video*M84RE1DI1888-802-3080WA | Shareholder Loan - RM:Capital One - 8375 | Employee:Teambuilding/Meeting | 3.99 | -225.61 |
| 11/15/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -3.99 | -229.60 |
| 11/19/2018 | Credit Card Expense | | Prime video | Prime Video*M84RE1DI1888-802-3080WA | Shareholder Loan - RM:Capital One - 8375 | Employee:Teambuilding/Meeting | 13.99 | -215.61 |
| 11/21/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -87.00 | -302.61 |
| 11/23/2018 | Credit Card Expense | | Hotels.com | HOTELS.COM154301185047HOTELS.COM WA ARRIVE: 12/20/18 | Shareholder Loan - RM:Capital One - 8375 | Travel | 322.54 | 19.93 |
| 11/23/2018 | Credit Card Expense | | Hotels.com | HOTELS.COM154301185047HOTELS.COM WA ARRIVE: 12/20/18 | Shareholder Loan - RM:Capital One - 8375 | Travel | 284.58 | 304.51 |
| 11/23/2018 | Credit Card Expense | | Capital One | Interest Charge on Purchases | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 61.43 | 365.94 |
| 12/01/2018 | Credit Card Expense | | Prime video | Prime Video*M84RE1DI1888-802-3080WA | Shareholder Loan - RM:Capital One - 8375 | Employee:Teambuilding/Meeting | 19.99 | 385.93 |
| 12/01/2018 | Credit Card Expense | | Prime video | Prime Video*M84RE1DI1888-802-3080WA | Shareholder Loan - RM:Capital One - 8375 | Employee:Teambuilding/Meeting | 3.99 | 389.92 |
| 12/21/2018 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -95.00 | 294.92 |
| 12/23/2018 | Credit Card Expense | | RISE ORGANIZATION | 540-294-0955 | Shareholder Loan - RM:Capital One - 8375 | Contributions:Charitable | 300.00 | 594.92 |
| 12/24/2018 | Credit Card Expense | | Capital One | Interest Charge on Purchases | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 72.07 | 666.99 |
| 12/31/2018 | Journal Entry | FCPA 2018-60 | | reclass per RW | Shareholder Loan - RM:Capital One - 8375 | -Split- | -666.99 | 0.00 |
| 01/21/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -106.00 | -106.00 |
| 01/24/2019 | Credit Card Expense | | Capital One | Interest Charge on Purchases | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 82.47 | -23.53 |
| 02/21/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -119.00 | -142.53 |
| 02/24/2019 | Credit Card Expense | | Capital One | Interest Charge on Purchases | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 81.88 | -60.65 |
| 03/05/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -1,000.00 | -1,060.65 |
| 03/06/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -2,489.63 | -3,550.28 |
| 03/24/2019 | Credit Card Expense | | Capital One | Interest Charge on Purchases | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 23.01 | -3,527.27 |
| 04/21/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -23.01 | -3,550.28 |
| 09/24/2019 | Credit Card Expense | | Capital One | Interest Charge on Purchases | Shareholder Loan - RM:Capital One - 8375 | Interest - Credit Card | 19.00 | -3,531.28 |
| 10/21/2019 | Credit Card Credit | | Capital One | Cash Back Reward | Shareholder Loan - RM:Capital One - 8375 | Cash Back Reward | -19.00 | -3,550.28 |
| 05/04/2020 | Credit Card Expense | | PayPal | PAYPAL *DCDHOUSE4029357733CA | Shareholder Loan - RM:Capital One - 8375 | Dues & Subscriptions | 2,316.60 | -1,233.68 |
| 05/10/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 5.00 | -1,228.68 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 05/10/2020 | Credit Card Expense | | Boost Mobile | BOOST MOBILE888-266-7848KS | Shareholder Loan - RM:Capital One - 8375 | Client Services | 8.00 | -1,220.68 |
| 05/11/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.99 | -1,216.69 |
| 05/11/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 0.69 | -1,216.00 |
| 05/11/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 2.99 | -1,213.01 |
| 05/11/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 2.99 | -1,210.02 |
| 05/11/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL888-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 2.99 | -1,207.03 |
| 05/11/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 2.99 | -1,204.04 |
| 05/11/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 2.99 | -1,201.05 |
| 05/11/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 1.99 | -1,199.06 |
| 05/11/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CAAPPLE.COM/BILL-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 0.99 | -1,198.07 |
| 05/11/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.99 | -1,194.08 |
| 05/11/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 4.99 | -1,189.09 |
| 05/11/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL1111111111CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 5.98 | -1,183.11 |
| 05/11/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.99 | -1,179.12 |
| 05/12/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 13.97 | -1,165.15 |
| 05/12/2020 | Credit Card Expense | | Facebook | FACEBK ZMEKWSJ3U2Menlo ParkCA | Shareholder Loan - RM:Capital One - 8375 | Marketing | 900.00 | -265.15 |
| 05/12/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.98 | -261.17 |
| 05/14/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 19.99 | -241.18 |
| 05/14/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 14.98 | -226.20 |
| 05/14/2020 | Credit Card Expense | | Prime video | Prime Video*MC4255KX0888-802-3080WA | Shareholder Loan - RM:Capital One - 8375 | Travel Meals | 9.99 | -216.21 |
| 05/15/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 9.99 | -206.22 |
| 05/16/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 20.96 | -185.26 |
| 05/16/2020 | Credit Card Expense | | Amazon MarketPlace | AMZN Mktp US*MC9YH4722Amzn.com/billWA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 18.37 | -166.89 |
| 05/16/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 5.99 | -160.90 |
| 05/16/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 5.99 | -154.91 |
| 05/18/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 14.96 | -139.95 |
| 05/18/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 5.99 | -133.96 |
| 05/18/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 2.00 | -131.96 |
| 05/18/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 2.99 | -128.97 |
| 05/18/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -125.97 |
| 05/19/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One | Office Expenses | 3.00 | -122.97 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - 8375 | | | |
| 05/19/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -119.97 |
| 05/19/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 2.98 | -116.99 |
| 05/19/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -113.99 |
| 05/19/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL1111111111CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -110.99 |
| 05/19/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL1111111111CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 1.00 | -109.99 |
| 05/20/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -106.99 |
| 05/20/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL1111111111CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -103.99 |
| 05/20/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -100.99 |
| 05/20/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 2.98 | -98.01 |
| 05/20/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 0.99 | -97.02 |
| 05/20/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 0.96 | -96.06 |
| 05/20/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 9.99 | -86.07 |
| 05/20/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -83.07 |
| 05/21/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -80.07 |
| 05/21/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -77.07 |
| 05/21/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -74.07 |
| 05/21/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -71.07 |
| 05/21/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL1111111111CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -68.07 |
| 05/21/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL1111111111CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -65.07 |
| 05/21/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -62.07 |
| 05/22/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -59.07 |
| 05/22/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -56.07 |
| 05/22/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -53.07 |
| 05/22/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -50.07 |
| 05/22/2020 | Credit Card Expense | | Apple Store | APPLE.COM/BILL866-712-7753CA | Shareholder Loan - RM:Capital One - 8375 | Office Expenses | 3.00 | -47.07 |
| **Total for Capital One - 8375** | | | | | | | **$ -47.07** | |
| Personal Credit Card Payments | | | | | | | | |
| 01/07/2019 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -111.00 | -111.00 |
| 01/14/2019 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -632.40 | -743.40 |
| 01/18/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card Payments | NL-CITY-EXPENSE-6188 | -975.00 | -1,718.40 |
| 02/04/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal | NL-CITY-EXPENSE-6188 | -750.00 | -2,468.40 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------|------|------|------|------|------|------|------|
| | | | | | Credit Card Payments | | | |
| 02/06/2019 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -114.00 | -2,582.40 |
| 02/07/2019 | Expense | | FBT MERCURY CARD | 401-2096-19 | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -465.45 | -3,047.85 |
| 02/12/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card Payments | NL-CITY-EXPENSE-6188 | -629.03 | -3,676.88 |
| 02/13/2019 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -4,775.77 | -8,452.65 |
| 02/14/2019 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -203.75 | -8,656.40 |
| 03/04/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card Payments | NL-CITY-EXPENSE-6188 | -617.50 | -9,273.90 |
| 03/06/2019 | Expense | | FBT MERCURY CARD | | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -325.30 | -9,599.20 |
| 03/06/2019 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -1,711.00 | -11,310.20 |
| 03/06/2019 | Expense | | Barclay Credit Card | | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -2,000.00 | -13,310.20 |
| 03/07/2019 | Expense | | FBT MERCURY CARD | WITHDRAWAL PAYMENT FBT MERCURY CARD 410-554711-19 | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -5,000.00 | -18,310.20 |
| 03/07/2019 | Expense | | FBT MERCURY CARD | WITHDRAWAL PAYMENT FBT MERCURY CARD 410-561552-19 | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -3,000.00 | -21,310.20 |
| 03/07/2019 | Expense | | Capital One | PAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -5,283.00 | -26,593.20 |
| 03/08/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card Payments | NL-CITY-EXPENSE-6188 | -4,350.00 | -30,943.20 |
| 03/11/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | 0.00 | -30,943.20 |
| 03/13/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card Payments | NL-CITY-EXPENSE-6188 | -5,311.29 | -36,254.49 |
| 03/21/2019 | Expense | | FBT MERCURY CARD | | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -3,500.00 | -39,754.49 |
| 03/25/2019 | Expense | | FBT MERCURY CARD | | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -1,825.04 | -41,579.53 |
| 04/02/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card Payments | NL-CITY-EXPENSE-6188 | -2,734.87 | -44,314.40 |
| 04/02/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card Payments | NL-CITY-EXPENSE-6188 | -617.50 | -44,931.90 |
| 04/02/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -3,500.00 | -48,431.90 |
| 04/02/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card Payments | NL-CITY-EXPENSE-6188 | -4,640.00 | -53,071.90 |
| 05/02/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -1,411.96 | -54,483.86 |
| 05/06/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card | LN-CITY-OPERATING-4829 | -12,613.74 | -67,097.60 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 05/30/2019 | Expense | | FBT MERCURY CARD | | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -1,757.41 | -68,855.01 |
| 06/03/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -7,696.83 | -76,551.84 |
| 06/10/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -4,256.39 | -80,808.23 |
| 06/24/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -11,124.68 | -91,932.91 |
| 07/01/2019 | Expense | | Chase EPay | | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -3,500.00 | -95,432.91 |
| 07/02/2019 | Expense | | Chase EPay | | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -4,070.83 | -99,503.74 |
| 07/15/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -11,622.41 | -111,126.15 |
| 07/23/2019 | Expense | | Chase EPay | | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -3,000.00 | -114,126.15 |
| 07/29/2019 | Expense | | Barclay Credit Card | | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -1,500.00 | -115,626.15 |
| 08/05/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -2,000.00 | -117,626.15 |
| 08/12/2019 | Expense | | Chase EPay | CHASE CREDIT CRD | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -8,000.00 | -125,626.15 |
| 08/13/2019 | Expense | | Barclay Credit Card | | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -1,500.00 | -127,126.15 |
| 08/15/2019 | Expense | | Barclay Credit Card | | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -1,500.00 | -128,626.15 |
| 08/19/2019 | Expense | | Barclay Credit Card | | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -5,000.00 | -133,626.15 |
| 08/26/2019 | Expense | | Chase EPay | CHASE CREDIT CRD | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -7,000.00 | -140,626.15 |
| 09/09/2019 | Expense | | American  Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -3,000.00 | -143,626.15 |
| 09/19/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -2,500.00 | -146,126.15 |
| 09/23/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -3,500.00 | -149,626.15 |
| 09/24/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -3,000.00 | -152,626.15 |
| 09/26/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -3,000.00 | -155,626.15 |
| 09/27/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -3,500.00 | -159,126.15 |
| 09/30/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -4,162.87 | -163,289.02 |
| 09/30/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -8,000.00 | -171,289.02 |

## Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 10/01/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -3,000.00 | -174,289.02 |
| 10/01/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -3,839.63 | -178,128.65 |
| 10/02/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -2,000.00 | -180,128.65 |
| 10/03/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -4,000.00 | -184,128.65 |
| 10/04/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -1,087.18 | -185,215.83 |
| 10/07/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -192.87 | -185,408.70 |
| 10/07/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -4,000.00 | -189,408.70 |
| 10/08/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -615.07 | -190,023.77 |
| 10/10/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | 0.00 | -190,023.77 |
| 10/11/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -915.88 | -190,939.65 |
| 10/16/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 3,500.00 | -187,439.65 |
| 10/16/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -3,788.43 | -191,228.08 |
| 10/16/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -4,500.00 | -195,728.08 |
| 10/17/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 1,101.22 | -194,626.86 |
| 10/18/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 652.49 | -193,974.37 |
| 10/18/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -1,101.22 | -195,075.59 |
| 10/21/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 2,500.00 | -192,575.59 |
| 10/21/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -652.49 | -193,228.08 |
| 10/22/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -3,500.00 | -196,728.08 |
| 10/23/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 3,500.00 | -193,228.08 |
| 10/24/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 3,566.46 | -189,661.62 |
| 10/24/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -3,500.00 | -193,161.62 |
| 10/28/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 2,000.00 | -191,161.62 |
| 10/28/2019 | Expense | | Chase | EPAY | Shareholder Loan | NS-CITY-EXPENSE-7853 | -3,566.46 | |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | | | | | - RM:Personal Credit Card Payments | | | 194,728.08 |
| 10/29/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 3,157.61 | 191,570.47 |
| 10/29/2019 | Deposit | | | Return Item Credit | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | 3,566.46 | 188,004.01 |
| 10/29/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -2,000.00 | - 190,004.01 |
| 10/30/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 1,927.59 | 188,076.42 |
| 10/30/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -3,157.61 | - 191,234.03 |
| 10/31/2019 | Expense | | Chase | EPAY | Shareholder Loan - RM:Personal Credit Card Payments | NS-CITY-EXPENSE-7853 | -1,927.59 | 193,161.62 |
| 11/12/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -8,919.90 | - 202,081.52 |
| 11/13/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -2,957.96 | - 205,039.48 |
| 11/25/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -3,000.00 | - 208,039.48 |
| 12/05/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -4,000.00 | - 212,039.48 |
| 12/06/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -14,000.00 | - 226,039.48 |
| 12/09/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -7,459.85 | - 233,499.33 |
| 12/10/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX LIBRE EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -2,000.00 | - 235,499.33 |
| 12/10/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -6,257.47 | - 241,756.80 |
| 12/11/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -5,810.60 | - 247,567.40 |
| 12/12/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -5,706.01 | - 253,273.41 |
| 12/13/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -3,000.00 | - 256,273.41 |
| 12/16/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -14,850.00 | - 271,123.41 |
| 12/17/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -12,580.00 | - 283,703.41 |
| 12/18/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -3,000.00 | - 286,703.41 |
| 12/23/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -2,800.00 | - 289,503.41 |
| 12/30/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT W8234 | Shareholder Loan - RM:Personal Credit Card Payments | LN-CITY-OPERATING-4829 | -3,000.00 | - 292,503.41 |
| 12/31/2019 | Expense | | American Express | Rich's AMEX 8-13003 - ACH PMT AMEX EPAYMENT | Shareholder Loan - RM:Personal | LN-CITY-OPERATING-4829 | -2,311.04 | - 294,814.45 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | Credit Card Payments | | | |
| 01/06/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 3,000.00 | - 291,814.45 |
| 01/07/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 3,000.00 | - 288,814.45 |
| 01/13/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 2,600.00 | - 286,214.45 |
| 01/15/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 2,497.93 | - 283,716.52 |
| 01/16/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 2,755.19 | - 280,961.33 |
| 01/17/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 3,065.69 | 277,895.64 |
| 02/01/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 4,000.00 | 273,895.64 |
| 03/13/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:Personal Credit Card Payments | Shareholder Loan - RM:RM-UNITED-CHASE | 3,000.00 | 270,895.64 |
| **Total for Personal Credit Card Payments** | | | | | | | | **$ - 270,895.64** |
| **RM-AMEX-PERSONAL** | | | | | | | | |
| 01/01/2018 | Journal Entry | 17-2029R | | to reclass | Shareholder Loan - RM:RM-AMEX-PERSONAL | -Split- | 196,963.26 | 196,963.26 |
| 01/06/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -7,500.00 | 189,463.26 |
| 01/07/2018 | Expense | | Hotel Renaissance | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 376.57 | 189,839.83 |
| 01/07/2018 | Expense | | Hotel Renaissance | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 966.80 | 190,806.63 |
| 01/08/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -4,500.00 | 186,306.63 |
| 01/08/2018 | Expense | | GoGoAir | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 59.95 | 186,366.58 |
| 01/10/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -5,727.00 | 180,639.58 |
| 01/12/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -6,500.00 | 174,139.58 |
| 01/14/2018 | Expense | | American Express | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Bank Charges | 27.00 | 174,166.58 |
| 01/16/2018 | Bill Payment (Credit Card) | | ULine | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Accounts Payable | 54.10 | 174,220.68 |
| 01/16/2018 | Bill Payment (Credit Card) | | ULine | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Accounts Payable | 61.43 | 174,282.11 |
| 01/16/2018 | Bill Payment (Credit Card) | | ULine | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Accounts Payable | 97.34 | 174,379.45 |
| 01/16/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -5,000.00 | 169,379.45 |
| 01/16/2018 | Expense | | ULine | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses:Shipping Supplies | 1,969.61 | 171,349.06 |
| 01/16/2018 | Expense | | ULine | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses:Shipping Supplies | 295.52 | 171,644.58 |
| 01/17/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -4,500.00 | 167,144.58 |
| 01/18/2018 | Expense | | Hyatt Regency | | Shareholder Loan - RM:RM-AMEX-PERSONAL | -Split- | 1,004.64 | 168,149.22 |
| 01/18/2018 | Expense | | Thien Kim Inc | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 45.42 | 168,194.64 |
| 01/19/2018 | Expense | | American Express | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Interest - Credit Card | 548.01 | 168,742.65 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | | | |
| 01/20/2018 | Expense | | Hyatt Regency | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 21,797.06 | 190,539.71 |
| 01/24/2018 | Expense | | Priceline.com | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Gross Receipts | 119.98 | 190,659.69 |
| 01/25/2018 | Expense | | Priceline.com | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 110.97 | 190,770.66 |
| 01/26/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -1,500.00 | 189,270.66 |
| 01/29/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -3,000.00 | 186,270.66 |
| 01/30/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -3,500.00 | 182,770.66 |
| 01/31/2018 | Expense | | George Mason University | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Contributions:Scholarship | 308.11 | 183,078.77 |
| 01/31/2018 | Expense | | LiveAnswer | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses:Phone | 250.00 | 183,328.77 |
| 02/01/2018 | Expense | | monitoring partners | | Shareholder Loan - RM:RM-AMEX-PERSONAL | GPS | 7,114.50 | 190,443.27 |
| 02/01/2018 | Expense | | George Mason University | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Contributions:Scholarship | 11,204.00 | 201,647.27 |
| 02/01/2018 | Expense | | Alamo Drafthouse | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 325.00 | 201,972.27 |
| 02/01/2018 | Expense | | Virginia DMV | VA DMV WAYNESBORO CSWAYNESBORO         VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Taxes & Licenses | 20.00 | 201,992.27 |
| 02/02/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Cash Back Reward | -334.88 | 201,657.39 |
| 02/02/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Cash Back Reward | -334.88 | 201,322.51 |
| 02/02/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Cash Back Reward | -334.88 | 200,987.63 |
| 02/02/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Cash Back Reward | -334.88 | 200,652.75 |
| 02/02/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Cash Back Reward | -334.88 | 200,317.87 |
| 02/02/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Cash Back Reward | -110.97 | 200,206.90 |
| 02/02/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Cash Back Reward | -61.43 | 200,145.47 |
| 02/02/2018 | Expense | | Alamo Drafthouse | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 300.00 | 200,445.47 |
| 02/02/2018 | Expense | | Professional Bail Agents of the United States | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 2,600.00 | 203,045.47 |
| 02/02/2018 | Expense | | Wendy's | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 21.89 | 203,067.36 |
| 02/13/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -5,500.00 | 197,567.36 |
| 02/14/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Gross Receipts | -5,500.00 | 192,067.36 |
| 02/16/2018 | Expense | | American Express | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Interest - Credit Card | 472.45 | 192,539.81 |
| 02/18/2018 | Expense | | Craig's | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 345.83 | 192,885.64 |
| 02/19/2018 | Credit Card Credit | | United Airlines | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | -441.20 | 192,444.44 |
| 02/19/2018 | Expense | | USH Ticketing Retail | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 399.00 | 192,843.44 |
| 02/28/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Cash Back Reward | -250.00 | 192,593.44 |
| 02/28/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Cash Back Reward | -334.88 | 192,258.56 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| 02/28/2018 | Credit Card Credit | | Richard E. Moore | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Cash Back Reward | -334.88 | 191,923.68 |
| 02/28/2018 | Credit Card Credit | | Richard E. Moore | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Cash Back Reward | -334.88 | 191,588.80 |
| 03/02/2018 | Credit Card Credit | | Richard E. Moore | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Credit Card Payments | -9,500.00 | 182,088.80 |
| 03/03/2018 | Expense | | Live Answer | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Office Expenses:Phone | 250.00 | 182,338.80 |
| 03/06/2018 | Credit Card Credit | | Richard E. Moore | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Credit Card Payments | -8,000.00 | 174,338.80 |
| 03/07/2018 | Credit Card Credit | | Richard E. Moore | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Credit Card Payments | -3,000.00 | 171,338.80 |
| 03/09/2018 | Credit Card Credit | | Richard E. Moore | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Credit Card Payments | -7,500.00 | 163,838.80 |
| 03/10/2018 | Expense | | Art of Music | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Marketing | 1,254.98 | 165,093.78 |
| 03/10/2018 | Expense | | MGM-ENT JABBAWOCKEEZ | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Marketing | 220.00 | 165,313.78 |
| 03/11/2018 | Expense | | Hyatt Regency | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Travel | 1,072.32 | 166,386.10 |
| 03/11/2018 | Expense | | Hyatt Regency | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Travel | 130.24 | 166,516.34 |
| 03/11/2018 | Expense | | Gallagher's STeak House | GALLAGHER'S STEAK HOUSE NEW YORK | NY | Shareholder Loan - RM:RM-AMEX- PERSONAL | Travel Meals | 897.62 | 167,413.96 |
| 03/11/2018 | Expense | | Best Buy | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Office Expenses:Computer | 142.34 | 167,556.30 |
| 03/11/2018 | Expense | | Hyatt Regency | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Travel | 169.93 | 167,726.23 |
| 03/11/2018 | Expense | | Tickets In App | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Employee:Teambuilding/Meeting | 862.62 | 168,588.85 |
| 03/12/2018 | Credit Card Credit | | Richard E. Moore | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Credit Card Payments | -7,000.00 | 161,588.85 |
| 03/12/2018 | Expense | | Law Office of David Guy | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Legal Fees | 3,000.00 | 164,588.85 |
| 03/12/2018 | Expense | | Ticketmaster | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Employee:Teambuilding/Meeting | 1,481.20 | 166,070.05 |
| 03/12/2018 | Expense | | Best Buy | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Office Expenses | 305.85 | 166,375.90 |
| 03/12/2018 | Expense | | MTA - Metro Vending Machine | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | -Split- | 80.00 | 166,455.90 |
| 03/12/2018 | Expense | | Apple On Line | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Office Expenses:Cell Phone - Technology Items | 20.69 | 166,476.59 |
| 03/12/2018 | Expense | | Todd English Food Hall | T E BONFIRE REST JAMAICA NY | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Employee:Teambuilding/Meeting | 6.00 | 166,482.59 |
| 03/13/2018 | Expense | | Kelloggs | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Travel Meals | 42.46 | 166,525.05 |
| 03/13/2018 | Expense | | Ticketmaster | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Employee:Teambuilding/Meeting | 406.78 | 166,931.83 |
| 03/13/2018 | Expense | | Benihana | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Employee:Teambuilding/Meeting | 499.94 | 167,431.77 |
| 03/13/2018 | Expense | | stop & Shop | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Travel Meals | 501.09 | 167,932.86 |
| 03/13/2018 | Expense | | Mama Lisa Pizza | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Travel Meals | 508.50 | 168,441.36 |
| 03/13/2018 | Expense | | Telecharge Services | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Marketing | 959.25 | 169,400.61 |
| 03/13/2018 | Expense | | Ticketmaster | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Employee:Teambuilding/Meeting | 1,481.20 | 170,881.81 |
| 03/13/2018 | Credit Card Credit | | Richard E. Moore | | | Shareholder Loan - RM:RM-AMEX- PERSONAL | Credit Card Payments | -5,500.00 | 165,381.81 |
| 03/13/2018 | Expense | | DD/BR | | | Shareholder Loan - RM:RM-AMEX- | Travel Meals | 15.46 | 165,397.27 |

# Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 03/13/2018 | Expense | | NYC Taxi | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 9.49 | 165,406.76 |
| 03/14/2018 | Expense | | United Airlines | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 563.30 | 165,970.06 |
| 03/14/2018 | Expense | | Trump International Hotel | | Shareholder Loan - RM:RM-AMEX-PERSONAL | -Split- | 676.52 | 166,646.58 |
| 03/14/2018 | Expense | | Hotels.com | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 796.56 | 167,443.14 |
| 03/14/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -4,500.00 | 162,943.14 |
| 03/14/2018 | Expense | | Ollies Sichuan Restaurant | Ollies Sichuan Restaurant | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 91.80 | 163,034.94 |
| 03/14/2018 | Expense | | Hotels.com | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 382.77 | 163,417.71 |
| 03/14/2018 | Expense | | Hotels.com | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 156.86 | 163,574.57 |
| 03/14/2018 | Expense | | Execucar | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 149.68 | 163,724.25 |
| 03/14/2018 | Expense | | National Car Rental | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 551.06 | 164,275.31 |
| 03/15/2018 | Expense | | Fogo De Chao | HUDSON GRILLE DT 61 ATLANTA GA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding:Meeting | 350.00 | 164,625.31 |
| 03/15/2018 | Expense | | Hotels.com | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 357.75 | 164,983.06 |
| 03/15/2018 | Expense | | Gallagher's STeak House | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding:Meeting | 1,212.37 | 166,195.43 |
| 03/15/2018 | Expense | | Stubhub | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding:Meeting | 1,713.12 | 167,908.55 |
| 03/15/2018 | Expense | | Trump International Hotel | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 180.00 | 168,088.55 |
| 03/15/2018 | Expense | | Little Star Mart | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 11.56 | 168,100.11 |
| 03/15/2018 | Expense | | Execucar | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 98.56 | 168,198.67 |
| 03/15/2018 | Expense | | Little India Express | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 100.33 | 168,299.00 |
| 03/15/2018 | Expense | | Hotels.com | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 102.54 | 168,401.54 |
| 03/16/2018 | Expense | | Anne Fontaine | VOICE OVER | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 848.00 | 169,249.54 |
| 03/16/2018 | Expense | | American Express | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Interest - Credit Card | 541.93 | 169,791.47 |
| 03/16/2018 | Expense | | Hotels.com | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 466.28 | 170,257.75 |
| 03/16/2018 | Expense | | Fogo De Chao | HUDSON GRILLE DT 61 ATLANTA GA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding:Meeting | 200.00 | 170,457.75 |
| 03/16/2018 | Expense | | Hyatt Regency | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 8.48 | 170,466.23 |
| 03/16/2018 | Expense | | Sunoco | | Shareholder Loan - RM:RM-AMEX-PERSONAL | -Split- | 25.35 | 170,491.58 |
| 03/16/2018 | Expense | | Pinocchios Italian | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 69.42 | 170,561.00 |
| 03/16/2018 | Expense | | Maggiano's | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding:Meeting | 130.00 | 170,691.00 |
| 03/16/2018 | Expense | | Colonial Parking | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 12.00 | 170,703.00 |
| 03/17/2018 | Expense | | Hyatt Regency | | Shareholder Loan - RM:RM-AMEX-PERSONAL | -Split- | 3,689.57 | 174,392.57 |
| 03/17/2018 | Expense | | United Airlines | | Shareholder Loan - RM:RM-AMEX-PERSONAL | -Split- | 949.60 | 175,342.17 |
| 03/17/2018 | Expense | | Fleming's | | Shareholder Loan | Employee:Teambuilding:Meeting | 700.00 | 176,042.17 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| | | | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | | | |
| 03/17/2018 | Expense | | Big Bowl Restaurant | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 224.88 | 176,267.05 |
| 03/17/2018 | Expense | | National Car Rental | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 169.48 | 176,436.53 |
| 03/17/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Credit Card Payments | -6,000.00 | 170,436.53 |
| 03/18/2018 | Credit Card Credit | | United Airlines | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | -82.00 | 170,354.53 |
| 03/18/2018 | Expense | | The Ritz Carlton | | Shareholder Loan - RM/RM-AMEX-PERSONAL | -Split- | 1,460.92 | 171,815.45 |
| 03/18/2018 | Expense | | The Curtis | | Shareholder Loan - RM/RM-AMEX-PERSONAL | -Split- | 1,248.78 | 173,064.23 |
| 03/18/2018 | Expense | | The Ritz Carlton | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 535.91 | 173,600.14 |
| 03/18/2018 | Expense | | Fandango | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 121.50 | 173,721.64 |
| 03/18/2018 | Expense | | Moe's Deli | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 21.18 | 173,742.82 |
| 03/18/2018 | Expense | | 5 Guys | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 25.28 | 173,768.10 |
| 03/19/2018 | Expense | | The Olive Garden | | Shareholder Loan - RM/RM-AMEX-PERSONAL | -Split- | 449.90 | 174,218.00 |
| 03/19/2018 | Expense | | Alamo Drafthouse | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 80.00 | 174,298.00 |
| 03/20/2018 | Expense | | The National Press Club | NATIONAL PRESS CLUB 202-6627586         DC | Shareholder Loan - RM/RM-AMEX-PERSONAL | Marketing | 1,400.11 | 175,698.11 |
| 03/22/2018 | Expense | | Wegman's | Wegmans         Geneseo         NY | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 46.35 | 175,744.46 |
| 03/22/2018 | Expense | | Gateway Cafe | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 62.56 | 175,807.02 |
| 03/22/2018 | Expense | | Alamo Drafthouse | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 400.00 | 176,207.02 |
| 03/23/2018 | Expense | | Cracker Barrel | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 170.78 | 176,377.80 |
| 03/23/2018 | Expense | | Fogo De Chao | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 297.62 | 176,675.42 |
| 03/23/2018 | Expense | | Morton's Steakhouse | MORTON'S RICHMOND 00RICHMOND         VA | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 300.00 | 176,975.42 |
| 03/23/2018 | Expense | | Washington Square | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 9.00 | 176,984.42 |
| 03/23/2018 | Expense | | Hotels.com | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 54.40 | 177,038.82 |
| 03/24/2018 | Expense | | Mandarin Oriental Hotel | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 55.00 | 177,093.82 |
| 03/24/2018 | Expense | | National Car Tolls | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 61.00 | 177,154.82 |
| 03/24/2018 | Expense | | Regal  Stadium 14 | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 101.93 | 177,256.75 |
| 03/24/2018 | Expense | | Best Buy | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Office Expenses | 242.16 | 177,498.91 |
| 03/24/2018 | Expense | | Mandarin Oriental Hotel | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 199.98 | 177,698.89 |
| 03/24/2018 | Expense | | Brick Oven Pizza | A1 BRICK OVEN PIZZA VERNON CT | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 354.07 | 178,052.96 |
| 03/25/2018 | Expense | | Log Cabin BBQ | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 75.00 | 178,127.96 |
| 03/25/2018 | Expense | | Regal Cinemas | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 3.37 | 178,131.33 |
| 03/25/2018 | Expense | | Regal Cinemas | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 189.15 | 178,320.48 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 03/25/2018 | Expense | | Regal Cinemas | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 124.35 | 178,444.83 |
| 03/25/2018 | Expense | | Regal Cinemas | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 5.94 | 178,450.77 |
| 03/25/2018 | Expense | | Regal Cinemas | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 94.32 | 178,545.09 |
| 03/26/2018 | Expense | | Guest Co | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 4,830.86 | 183,375.95 |
| 03/27/2018 | Expense | | Burton's Grill | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 450.00 | 183,825.95 |
| 03/28/2018 | Credit Card Credit | | United Airlines | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | -76.00 | 183,749.95 |
| 03/31/2018 | Expense | | Live Answer | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses:Phone | 250.00 | 183,999.95 |
| 04/02/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -3,300.00 | 180,699.95 |
| 04/03/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -3,500.00 | 177,199.95 |
| 04/03/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -2,250.00 | 174,949.95 |
| 04/04/2018 | Expense | | Walgreens | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 93.16 | 175,043.11 |
| 04/05/2018 | Expense | | Wawa | WAWA ORLANDO FL | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 6.46 | 175,049.57 |
| 04/05/2018 | Expense | | 7-Eleven - Gas | 7-ELEVEN Verona, VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 16.87 | 175,066.44 |
| 04/06/2018 | Expense | | Chef XUE | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 37.62 | 175,104.06 |
| 04/06/2018 | Expense | | GrubHub | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 87.82 | 175,191.88 |
| 04/06/2018 | Expense | | 24/7 LOCKSMITH | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Repair & Maintenance | 225.00 | 175,416.88 |
| 04/06/2018 | Expense | | Office Depot | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 287.00 | 175,703.88 |
| 04/06/2018 | Expense | | Alamo Drafthouse | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 400.00 | 176,103.88 |
| 04/06/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -3,450.00 | 172,653.88 |
| 04/06/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -750.00 | 171,903.88 |
| 04/06/2018 | Credit Card Credit | | Office Depot | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | -96.50 | 171,807.38 |
| 04/07/2018 | Expense | | Hotels.com | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 453.72 | 172,261.10 |
| 04/09/2018 | Expense | | The Olive Garden | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 274.24 | 172,535.34 |
| 04/09/2018 | Expense | | Yankee Candle Company | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 358.09 | 172,893.43 |
| 04/09/2018 | Expense | | Yankee Candle Company | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 534.49 | 173,427.92 |
| 04/09/2018 | Expense | | The Olive Garden | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 121.90 | 173,549.82 |
| 04/09/2018 | Expense | | Yankee Candle Company | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 153.42 | 173,703.24 |
| 04/09/2018 | Expense | | Yankee Candle Company | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 219.04 | 173,922.28 |
| 04/10/2018 | Expense | | National Car Tolls | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 2.10 | 173,924.38 |
| 04/10/2018 | Expense | | The Event Helper | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 283.84 | 174,208.22 |
| 04/10/2018 | Expense | | Walmart | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 54.25 | 174,262.47 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 04/10/2018 | Expense | | Access Event Solutions | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 283.50 | 174,545.97 |
| 04/10/2018 | Expense | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 489.79 | 175,035.76 |
| 04/10/2018 | Expense | | FRECKLES N' FRIENDS | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 1,250.00 | 176,285.76 |
| 04/11/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -3,258.00 | 173,027.76 |
| 04/11/2018 | Expense | | DRI Kutools | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses:Computer | 39.00 | 173,066.76 |
| 04/11/2018 | Expense | | StickersBanners | STICKERSBANNERS   7706227272    GA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 302.00 | 173,368.76 |
| 04/12/2018 | Expense | | Regal Stadium 14 | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 99.76 | 173,468.52 |
| 04/12/2018 | Expense | | Williams Sonoma | WILLIAMS SONOMA CHARLOTTESVILLE VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 32.70 | 173,501.22 |
| 04/12/2018 | Expense | | Burton's Grill | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 355.54 | 173,856.76 |
| 04/12/2018 | Expense | | Burton's Grill | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 114.38 | 173,971.14 |
| 04/12/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -3,450.00 | 170,521.14 |
| 04/13/2018 | Expense | | Exxon Mobil | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 27.00 | 170,548.14 |
| 04/13/2018 | Expense | | National Car Rental | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 95.65 | 170,643.79 |
| 04/13/2018 | Expense | | Access Event Solutions | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 341.65 | 170,985.44 |
| 04/13/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -4,250.00 | 166,735.44 |
| 04/14/2018 | Expense | | Callfire | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 500.00 | 167,235.44 |
| 04/15/2018 | Expense | | Rockingham County Fair Association | tickets | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 2,372.50 | 169,607.94 |
| 04/15/2018 | Expense | | Martin's Grocery Store | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 100.00 | 169,707.94 |
| 04/16/2018 | Expense | | Country Inn & Suites | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 189.79 | 169,897.73 |
| 04/16/2018 | Expense | | Kyoto Japanese Steakhouse | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 603.55 | 170,501.28 |
| 04/16/2018 | Expense | | Courtyard By Marriott | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 3,990.08 | 174,491.36 |
| 04/16/2018 | Expense | | Country Inn & Suites | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 189.79 | 174,681.15 |
| 04/19/2018 | Expense | | Callfire | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 1,250.00 | 175,931.15 |
| 04/19/2018 | Expense | | American Express | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Interest - Credit Card | 570.76 | 176,501.91 |
| 04/20/2018 | Expense | | Red Lobster | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 160.00 | 176,661.91 |
| 04/21/2018 | Expense | | Martin's Grocery Store | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 164.73 | 176,826.64 |
| 04/21/2018 | Expense | | 7-Eleven - Gas | 7-ELEVEN Verona, VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 28.09 | 176,854.73 |
| 04/22/2018 | Expense | | Kyoto Japanese Steakhouse | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 350.00 | 177,204.73 |
| 04/23/2018 | Expense | | Aberdeen Barn | ABERDEEN BARN     CHARLOTTESVIL    VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 450.00 | 177,654.73 |
| 04/24/2018 | Expense | | Callfire | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 500.00 | 178,154.73 |
| 04/24/2018 | Expense | | Burton's Grill | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 400.00 | 178,554.73 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:RM-AMEX-PERSONAL | | | |
| 04/24/2018 | Expense | | Little Maria's Pizza | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 67.29 | 178,622.02 |
| 04/26/2018 | Expense | | Callfire | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 500.00 | 179,122.02 |
| 04/28/2018 | Expense | | The Hotel Roanoke | THE HOTEL ROANOKE & ROANOKE VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 36.00 | 179,158.02 |
| 04/28/2018 | Expense | | Cheddar's | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 22.72 | 179,180.74 |
| 04/28/2018 | Expense | | The Hotel Roanoke | THE HOTEL ROANOKE & ROANOKE VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 24.00 | 179,204.74 |
| 04/29/2018 | Expense | | WISEACRES | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 4.21 | 179,208.95 |
| 04/30/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -3,500.00 | 175,708.95 |
| 04/30/2018 | Expense | | Goodings Supermarket | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 101.23 | 175,810.18 |
| 05/01/2018 | Expense | | Live Answer | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses:Phone | 250.00 | 176,060.18 |
| 05/02/2018 | Expense | | CVS | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses:Decorations | 64.08 | 176,124.26 |
| 05/03/2018 | Expense | | Downtown Disney | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 32.00 | 176,156.26 |
| 05/03/2018 | Expense | | Downtown Disney | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 32.00 | 176,188.26 |
| 05/03/2018 | Expense | | LAZ Parking | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 5.00 | 176,193.26 |
| 05/03/2018 | Expense | | LAZ Parking | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 5.00 | 176,198.26 |
| 05/03/2018 | Expense | | LAZ Parking | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 5.00 | 176,203.26 |
| 05/04/2018 | Expense | | Four Points Hotel | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 7.00 | 176,210.26 |
| 05/04/2018 | Expense | | VCA Simmons | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 941.32 | 177,151.58 |
| 05/05/2018 | Expense | | Coca Cola | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 150.00 | 177,301.58 |
| 05/05/2018 | Expense | | ITUNES | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 9.99 | 177,311.57 |
| 05/05/2018 | Expense | | ITUNES | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 8.99 | 177,320.56 |
| 05/05/2018 | Expense | | Coca Cola | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 1.50 | 177,322.06 |
| 05/05/2018 | Expense | | Coca Cola | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 1.50 | 177,323.56 |
| 05/05/2018 | Expense | | Coca Cola | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 1.50 | 177,325.06 |
| 05/05/2018 | Expense | | ITUNES | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 2.99 | 177,328.05 |
| 05/06/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -3,500.00 | 173,828.05 |
| 05/06/2018 | Expense | | Ruth Chris Steakhouse | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 1,153.53 | 174,981.58 |
| 05/06/2018 | Expense | | Ruth Chris Steakhouse | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 252.31 | 175,233.89 |
| 05/06/2018 | Expense | | Toothsome | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 156.52 | 175,390.41 |
| 05/06/2018 | Expense | | Gramercy | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 9.57 | 175,399.98 |
| 05/06/2018 | Expense | | Toon Games | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Machinery & Equipment:Entertainment Equipment | 37.00 | 175,436.98 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 05/06/2018 | Expense | | Madam Malkins Robes | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 36.12 | 175,473.10 |
| 05/06/2018 | Expense | | Pointe Orlando | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 24.00 | 175,497.10 |
| 05/06/2018 | Expense | | Regal Orlando Pointe | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 63.71 | 175,560.81 |
| 05/07/2018 | Expense | | Publix | PUBLIX #686 00000068JACKSONVILLE        FL | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 102.01 | 175,662.82 |
| 05/07/2018 | Expense | | 7-Eleven - Gas | 7-ELEVEN Verona, VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 26.49 | 175,689.31 |
| 05/07/2018 | Expense | | Valet Parking | VALET PARKING SERVIC844-445-0485        TX | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 16.50 | 175,705.81 |
| 05/07/2018 | Expense | | Exxon Mobile - Items | EXXONMOBIL 4691      PEARSALL        TX | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 4.70 | 175,710.51 |
| 05/07/2018 | Expense | | Valet Parking | VALET PARKING SERVIC844-445-0485        TX | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 16.50 | 175,727.01 |
| 05/07/2018 | Expense | | ITUNES | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 15.98 | 175,742.99 |
| 05/07/2018 | Expense | | ITUNES | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 12.99 | 175,755.98 |
| 05/07/2018 | Expense | | Valet Parking | VALET PARKING SERVIC844-445-0485        TX | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 16.50 | 175,772.48 |
| 05/08/2018 | Expense | | PF Changs | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 263.16 | 176,035.64 |
| 05/08/2018 | Expense | | Valet Parking | VALET PARKING SERVIC844-445-0485        TX | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 14.00 | 176,049.64 |
| 05/08/2018 | Expense | | Parking Meter | NYCDOT PARKING METERLONG IS CITY          NY | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 2.00 | 176,051.64 |
| 05/08/2018 | Expense | | Valet Parking | VALET PARKING SERVIC844-445-0485        TX | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 9.00 | 176,060.64 |
| 05/08/2018 | Expense | | Valet Parking | VALET PARKING SERVIC844-445-0485        TX | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 3.00 | 176,063.64 |
| 05/08/2018 | Expense | | Valet Parking | VALET PARKING SERVIC844-445-0485        TX | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 14.00 | 176,077.64 |
| 05/09/2018 | Expense | | Luigi's Tuscan Grill | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 399.05 | 176,476.69 |
| 05/09/2018 | Expense | | PF Changs | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 342.38 | 176,819.07 |
| 05/09/2018 | Expense | | Michael's Genuine Fo | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 150.00 | 176,969.07 |
| 05/09/2018 | Expense | | ASTA PARKING | PARKING SERVICES 000HARRISONBURG VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 7.00 | 176,976.07 |
| 05/09/2018 | Expense | | Valet Parking | VALET PARKING SERVIC844-445-0485        TX | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 14.00 | 176,990.07 |
| 05/09/2018 | Expense | | Valet Parking | VALET PARKING SERVIC844-445-0485        TX | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 14.00 | 177,004.07 |
| 05/09/2018 | Expense | | ASTA PARKING | PARKING SERVICES 000HARRISONBURG VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 7.00 | 177,011.07 |
| 05/09/2018 | Expense | | Valet Parking | VALET PARKING SERVIC844-445-0485        TX | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 14.00 | 177,025.07 |
| 05/10/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -8,500.00 | 168,525.07 |
| 05/10/2018 | Expense | | The Mens Wearhouse | MEN'S WEARHOUSE      WOODLAND HILLS     CA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 2,178.91 | 170,703.98 |
| 05/10/2018 | Expense | | McDonalds | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 5.72 | 170,709.70 |
| 05/10/2018 | Expense | | Panda Express | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 66.00 | 170,775.70 |
| 05/10/2018 | Expense | | Hotels.com | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 690.80 | 171,466.50 |
| 05/11/2018 | Expense | | Egencia | | Shareholder Loan - RM:RM-AMEX- | Travel | 7.00 | 171,473.50 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-------------------|---------|-------|--------|---------|
| | | | | | PERSONAL | | | |
| 05/11/2018 | Expense | | Egencia | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 7.00 | 171,480.50 |
| 05/11/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -11,000.00 | 160,480.50 |
| 05/11/2018 | Expense | | Egencia | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 244.20 | 160,724.70 |
| 05/11/2018 | Expense | | Ruth Chris Steakhouse | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 1,284.94 | 162,009.64 |
| 05/11/2018 | Expense | | Maggiano's | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 501.00 | 162,510.64 |
| 05/11/2018 | Expense | | Egencia | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 353.20 | 162,863.84 |
| 05/11/2018 | Expense | | Regus Management Group, LLC | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Rent | 2,458.30 | 165,322.14 |
| 05/12/2018 | Expense | | HOUSE ARREST SERVICES | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Legal Fees | 1,345.00 | 166,667.14 |
| 05/12/2018 | Expense | | Wawa - Items | WAWA ORLANDO FL | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 3.17 | 166,670.31 |
| 05/12/2018 | Expense | | Spirit Airlines | SPIRIT AIRLINES   SOUTH FLORIDA   FL | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 987.54 | 167,657.85 |
| 05/12/2018 | Expense | | Facebook | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 750.40 | 168,408.25 |
| 05/12/2018 | Expense | | Facebook | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 750.00 | 169,158.25 |
| 05/12/2018 | Expense | | Best Buy | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 237.50 | 169,395.75 |
| 05/12/2018 | Expense | | Conrad Fort Lauderdale Beach | CONRAD FT LAUDERDALEFORT LAUDERDALE   FL | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 215.71 | 169,611.46 |
| 05/12/2018 | Expense | | Conrad Fort Lauderdale Beach | CONRAD FT LAUDERDALEFORT LAUDERDALE   FL | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 152.64 | 169,764.10 |
| 05/12/2018 | Expense | | Conrad Fort Lauderdale Beach | CONRAD FT LAUDERDALEFORT LAUDERDALE   FL | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 71.23 | 169,835.33 |
| 05/12/2018 | Expense | | Conrad Fort Lauderdale Beach | CONRAD FT LAUDERDALEFORT LAUDERDALE   FL | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 47.70 | 169,883.03 |
| 05/12/2018 | Expense | | Walmart | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 32.52 | 169,915.55 |
| 05/12/2018 | Expense | | 7-Eleven - Gas | 7-ELEVEN Verona, VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 29.05 | 169,944.60 |
| 05/12/2018 | Expense | | ITUNES | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 14.99 | 169,959.59 |
| 05/12/2018 | Expense | | Conrad Fort Lauderdale Beach | CONRAD FT LAUDERDALEFORT LAUDERDALE   FL | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 13.25 | 169,972.84 |
| 05/12/2018 | Expense | | Conrad Fort Lauderdale Beach | CONRAD FT LAUDERDALEFORT LAUDERDALE   FL | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 993.89 | 170,966.73 |
| 05/13/2018 | Expense | | VCA Simmons | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 1,003.20 | 171,969.93 |
| 05/13/2018 | Expense | | Capital Grille | CAPITAL GRILLE080549ORLANDO   FL | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 895.35 | 172,865.28 |
| 05/13/2018 | Expense | | Benihana | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 677.95 | 173,543.23 |
| 05/13/2018 | Expense | | MVCI OCEAN POINTE | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 482.51 | 174,025.74 |
| 05/13/2018 | Expense | | Walmart | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 136.20 | 174,161.94 |
| 05/13/2018 | Expense | | Circle K | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 52.15 | 174,214.09 |
| 05/13/2018 | Expense | | Circle K | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 50.28 | 174,264.37 |
| 05/13/2018 | Expense | | Circle K | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 47.25 | 174,311.62 |
| 05/13/2018 | Expense | | Giordano's Pizza | | Shareholder Loan - RM:RM-AMEX- | Travel Meals | 41.63 | 174,353.25 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---|---------|-------|--------|---------|
| | | | | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | | | |
| 05/13/2018 | Expense | | Taco Bell | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 29.70 | 174,382.95 |
| 05/13/2018 | Expense | | Taco Bell | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 29.57 | 174,412.52 |
| 05/13/2018 | Expense | | Steak N Shake | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 25.30 | 174,437.82 |
| 05/13/2018 | Expense | | Shell - Gas | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 25.10 | 174,462.92 |
| 05/13/2018 | Expense | | Steak N Shake | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 23.81 | 174,486.73 |
| 05/13/2018 | Expense | | Steak N Shake | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 15.57 | 174,502.30 |
| 05/13/2018 | Expense | | Shell - Gas | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 15.34 | 174,517.64 |
| 05/13/2018 | Expense | | Taco Bell | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Office Expenses | 11.33 | 174,528.97 |
| 05/13/2018 | Expense | | Circle K - Items | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 0.16 | 174,529.13 |
| 05/14/2018 | Expense | | 7-Eleven - Gas | 7-ELEVEN Verona, VA | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 17.49 | 174,546.62 |
| 05/14/2018 | Expense | | MVCI OCEAN POINTE | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 482.51 | 175,029.13 |
| 05/15/2018 | Expense | | McDonalds | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 2.80 | 175,031.93 |
| 05/15/2018 | Expense | | Virginia DMV | VA DMV WAYNESBORO CSWAYNESBORO | VA | Shareholder Loan - RM/RM-AMEX-PERSONAL | Taxes & Licenses | 2.00 | 175,033.93 |
| 05/15/2018 | Expense | | Avis Rent-A-Car | Frank jackson | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 305.78 | 175,339.71 |
| 05/16/2018 | Expense | | Virginia DMV | VA DMV WAYNESBORO CSWAYNESBORO | VA | Shareholder Loan - RM/RM-AMEX-PERSONAL | Taxes & Licenses | 2.00 | 175,341.71 |
| 05/17/2018 | Credit Card Credit | | Richard E. Moore | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Credit Card Payments | -3,500.00 | 171,841.71 |
| 05/17/2018 | Expense | | Ruby Tuesday | RUBY TUESDAY     LINTHICUM HEIGHTS   MD | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 250.00 | 172,091.71 |
| 05/17/2018 | Expense | | Taco Bell | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 31.05 | 172,122.76 |
| 05/17/2018 | Credit Card Credit | | LiveAnswer | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Credit Card Payments | -250.00 | 171,872.76 |
| 05/18/2018 | Expense | | Facebook | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Marketing | 750.00 | 172,622.76 |
| 05/18/2018 | Expense | | Facebook | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Marketing | 750.00 | 173,372.76 |
| 05/19/2018 | Expense | | Gallagher's STeak House | GALLAGHER'S STEAK HONEW YORK | NY | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 456.48 | 173,829.24 |
| 05/19/2018 | Expense | | Gallagher's STeak House | GALLAGHER'S STEAK HONEW YORK | NY | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 279.64 | 174,108.88 |
| 05/19/2018 | Expense | | Callfire | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Marketing | 1,250.00 | 175,358.88 |
| 05/19/2018 | Credit Card Credit | | Richard E. Moore | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Credit Card Payments | -1,500.00 | 173,858.88 |
| 05/20/2018 | Expense | | Turkey Hill | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 3.50 | 173,862.38 |
| 05/20/2018 | Expense | | Live Answer | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Office Expenses:Phone | 250.00 | 174,112.38 |
| 05/21/2018 | Expense | | Clementine | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Marketing | 106.26 | 174,218.64 |
| 05/21/2018 | Expense | | Kyoto Japanese Steakhouse | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 491.71 | 174,710.35 |
| 05/21/2018 | Expense | | Facebook | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Marketing | 750.00 | 175,460.35 |

## Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 05/21/2018 | Expense | | Dollar Rent-A-Car | Cesar E Angulo | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 1,213.74 | 176,674.09 |
| 05/21/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -1,500.00 | 175,174.09 |
| 05/21/2018 | Expense | | Shirley's Gourmet Popcorn | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 156.90 | 175,330.99 |
| 05/21/2018 | Expense | | Outback Steakhouse | OUTBACK 4717      CHARLOTTESVILLE    VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 357.18 | 175,688.17 |
| 05/21/2018 | Expense | | Liberty Gas | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 86.01 | 175,774.18 |
| 05/22/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -2,500.00 | 173,274.18 |
| 05/22/2018 | Expense | | Hotels.com | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 134.89 | 173,409.07 |
| 05/23/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -2,500.00 | 170,909.07 |
| 05/23/2018 | Expense | | Facebook | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 750.00 | 171,659.07 |
| 05/23/2018 | Expense | | Avis Rent-A-Car Tolls | Frank jackson | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 21.20 | 171,680.27 |
| 05/25/2018 | Credit Card Credit | | Esurance Insurance | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Insurance | -63.45 | 171,616.82 |
| 05/25/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -5,000.00 | 166,616.82 |
| 05/26/2018 | Expense | | Valet Parking | VALET PARKING SERVIC844-445-0485    TX | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 15.00 | 166,631.82 |
| 05/27/2018 | Expense | | Best Buy | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 140.72 | 166,772.54 |
| 05/27/2018 | Expense | | Corleone's | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 39.96 | 166,812.50 |
| 05/27/2018 | Expense | | Panera Bread | PANERA BREAD #601056ALLEN PARK      MI | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 12.75 | 166,825.25 |
| 05/27/2018 | Expense | | Embassy Suites | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 540.21 | 167,365.46 |
| 05/27/2018 | Expense | | Chima Steakhouse | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 609.05 | 167,974.51 |
| 05/27/2018 | Expense | | Dulles Valet | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 155.00 | 168,129.51 |
| 05/27/2018 | Expense | | Dulles Valet | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 155.00 | 168,284.51 |
| 05/28/2018 | Expense | | Courtyard By Marriott | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 220.54 | 168,505.05 |
| 05/28/2018 | Expense | | Courtyard By Marriott | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 203.75 | 168,708.80 |
| 05/28/2018 | Expense | | Courtyard By Marriott | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 241.33 | 168,950.13 |
| 05/29/2018 | Expense | | American Express | | Shareholder Loan - RM:RM-AMEX-PERSONAL | LN-CITY-OPERATING-4829 | -5,000.00 | 163,950.13 |
| 05/31/2018 | Expense | | Automotive  Aesthetic LLC | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Repair & Maintenance | 250.00 | 164,200.13 |
| 05/31/2018 | Expense | | E3 Expo | E3EXPO 000000001   WASHINGTON      DC | Shareholder Loan - RM:RM-AMEX-PERSONAL | 8 Bit Gamer Oasis | 249.00 | 164,449.13 |
| 05/31/2018 | Expense | | 5 Guys | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 21.62 | 164,470.75 |
| 05/31/2018 | Expense | | Live Answer | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses:Phone | 250.00 | 164,720.75 |
| 05/31/2018 | Expense | | Facebook | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 656.65 | 165,377.40 |
| 05/31/2018 | Expense | | Kyoto Japanese Steakhouse | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 756.62 | 166,134.02 |
| 06/01/2018 | Expense | | Bojangles | BOJANGLES 0438     COLLEGE PARK     GA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 434.60 | 166,568.62 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---|---|---------|-------|--------|---------|
| 06/01/2018 | Expense | | Bojangles | BOJANGLES 0438 | COLLEGE PARK | GA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 60.96 | 166,629.58 |
| 06/01/2018 | Expense | | Sprint Wireless | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Cell - Wireless Services | 300.00 | 166,929.58 |
| 06/02/2018 | Expense | | Bojangles | BOJANGLES 0438 | COLLEGE PARK | GA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 381.11 | 167,310.69 |
| 06/02/2018 | Expense | | Walmart | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 119.52 | 167,430.21 |
| 06/02/2018 | Expense | | Exxon Mobil | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 26.96 | 167,457.17 |
| 06/02/2018 | Expense | | Bojangles | BOJANGLES 0438 | COLLEGE PARK | GA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 5.88 | 167,463.05 |
| 06/03/2018 | Expense | | Little Maria's Pizza | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 36.40 | 167,499.45 |
| 06/04/2018 | Expense | | Facebook | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 750.00 | 168,249.45 |
| 06/04/2018 | Expense | | Facebook | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 750.00 | 168,999.45 |
| 06/04/2018 | Expense | | Facebook | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 750.00 | 169,749.45 |
| 06/05/2018 | Expense | | ITUNES | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 9.99 | 169,759.44 |
| 06/05/2018 | Expense | | Bojangles | BOJANGLES 0438 | COLLEGE PARK | GA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 56.57 | 169,816.01 |
| 06/05/2018 | Expense | | Facebook | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 750.00 | 170,566.01 |
| 06/07/2018 | Expense | | Alamo Drafthouse | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 367.12 | 170,933.13 |
| 06/07/2018 | Expense | | ITUNES | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 15.98 | 170,949.11 |
| 06/08/2018 | Expense | | Alamo Drafthouse | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 103.51 | 171,052.62 |
| 06/09/2018 | Expense | | Cooper's Hawk | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 160.50 | 171,213.12 |
| 06/09/2018 | Expense | | National Car Rental | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 48.34 | 171,261.46 |
| 06/09/2018 | Expense | | National Car Rental | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 15.24 | 171,276.70 |
| 06/09/2018 | Credit Card Credit | | Richard E. Moore | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -2,500.00 | 168,776.70 |
| 06/09/2018 | Credit Card Credit | | Richard E. Moore | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -2,000.00 | 166,776.70 |
| 06/10/2018 | Expense | | Fandango | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 67.77 | 166,844.47 |
| 06/10/2018 | Expense | | National Car Rental | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 8.05 | 166,852.52 |
| 06/10/2018 | Expense | | Fleming's | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 350.00 | 167,202.52 |
| 06/11/2018 | Expense | | Alaska Air | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 25.00 | 167,227.52 |
| 06/11/2018 | Credit Card Credit | | Richard E. Moore | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -3,000.00 | 164,227.52 |
| 06/11/2018 | Expense | | In n Out Burger | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 6.30 | 164,233.82 |
| 06/11/2018 | Expense | | Alaska Air | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 25.00 | 164,258.82 |
| 06/11/2018 | Expense | | Alaska Air | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 25.00 | 164,283.82 |
| 06/12/2018 | Credit Card Credit | | Richard E. Moore | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -3,270.46 | 161,013.36 |
| 06/12/2018 | Expense | | Magees Kitchen | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 35.53 | 161,048.89 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | | | |
| 06/12/2018 | Expense | | Coffee Corner | THE COFFEE BEAN TEA NEW YORK NY | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 9.00 | 161,057.89 |
| 06/12/2018 | Expense | | ITUNES | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 14.99 | 161,072.88 |
| 06/12/2018 | Expense | | Magees Kitchen | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 18.56 | 161,091.44 |
| 06/14/2018 | Expense | | ticket revenue | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 3,600.00 | 164,691.44 |
| 06/14/2018 | Expense | | Avis Rent-A-Car | Frank jackson | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 741.85 | 165,433.29 |
| 06/14/2018 | Expense | | Morton's Steakhouse | MORTON'S RICHMOND 00RICHMOND | VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 700.00 | 166,133.29 |
| 06/14/2018 | Expense | | Morton's Steakhouse | MORTON'S RICHMOND 00RICHMOND | VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 265.00 | 166,398.29 |
| 06/14/2018 | Expense | | Washington Square | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 21.00 | 166,419.29 |
| 06/14/2018 | Expense | | JW Marriott Hotel | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 59.00 | 166,478.29 |
| 06/14/2018 | Expense | | American Express | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Bank Charges | 38.00 | 166,516.29 |
| 06/14/2018 | Expense | | Washington Square | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 21.00 | 166,537.29 |
| 06/14/2018 | Expense | | JW Marriott Hotel | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 59.00 | 166,596.29 |
| 06/16/2018 | Credit Card Credit | | Richard E. Moore | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -5,000.00 | 161,596.29 |
| 06/16/2018 | Expense | | ticket revenue | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 2,700.00 | 164,296.29 |
| 06/17/2018 | Expense | | Facebook | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 749.99 | 165,046.28 |
| 06/17/2018 | Expense | | National Car Rental | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 29.92 | 165,076.20 |
| 06/18/2018 | Expense | | Facebook | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 750.00 | 165,826.20 |
| 06/18/2018 | Expense | | Facebook | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 750.00 | 166,576.20 |
| 06/19/2018 | Credit Card Credit | | Richard E. Moore | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -6,250.00 | 160,326.20 |
| 06/19/2018 | Expense | | Facebook | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 750.00 | 161,076.20 |
| 06/19/2018 | Expense | | Fogo De Chao | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 700.00 | 161,776.20 |
| 06/19/2018 | Expense | | Facebook | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 750.00 | 162,526.20 |
| 06/19/2018 | Expense | | American Express | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Interest - Credit Card | 574.84 | 163,101.04 |
| 06/20/2018 | Expense | | Facebook | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 750.00 | 163,851.04 |
| 06/20/2018 | Expense | | Macy's | MACY'S EAST #166 000RICHMOND VA | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Uniforms | 291.76 | 164,142.80 |
| 06/21/2018 | Expense | | Expedia - Fees | EXPEDIA INC BELLEVUE WA | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 6.00 | 164,148.80 |
| 06/21/2018 | Expense | | FedEx Office | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 44.42 | 164,193.22 |
| 06/22/2018 | Expense | | Spirit Airlines | SPIRIT AIRLINES    SOUTH FLORIDA    FL | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 513.57 | 164,706.79 |
| 06/22/2018 | Expense | | Washington Post | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 10.00 | 164,716.79 |
| 06/23/2018 | Expense | | Dollar Rent-A-Car | Cesar E Angulo | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 10.89 | 164,727.68 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 06/24/2018 | Expense | | Facebook | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 750.00 | 165,477.68 |
| 06/25/2018 | Expense | | Anytime Fitness | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Machinery & Equipment:Entertainment Equipment | 535.00 | 166,012.68 |
| 06/25/2018 | Expense | | Palm Restaurant | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 400.00 | 166,412.68 |
| 06/27/2018 | Expense | | Benihana | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 600.00 | 167,012.68 |
| 06/27/2018 | Expense | | 7-Eleven - Items | 7-ELEVEN Verona, VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 1.80 | 167,014.48 |
| 06/27/2018 | Expense | | 7-Eleven - Gas | 7-ELEVEN Verona, VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 53.90 | 167,068.38 |
| 06/30/2018 | Expense | | Facebook | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 389.16 | 167,457.54 |
| 06/30/2018 | Expense | | Saks Fifth Avenue | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 197.11 | 167,654.65 |
| 06/30/2018 | Expense | | Live Answer | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses:Phone | 250.00 | 167,904.65 |
| 06/30/2018 | Expense | | Nordstrom | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 63.57 | 167,968.22 |
| 07/01/2018 | Expense | | Love's Country Storemax | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 6.79 | 167,975.01 |
| 07/01/2018 | Expense | | Courtyard By Marriott | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 9.38 | 167,984.39 |
| 07/02/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -3,500.00 | 164,484.39 |
| 07/02/2018 | Expense | | Regus Management Group, LLC | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Rent | 2,458.30 | 166,942.69 |
| 07/03/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -5,000.00 | 161,942.69 |
| 07/04/2018 | Expense | | Pilot | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 31.43 | 161,974.12 |
| 07/04/2018 | Expense | | State Line Sparklers | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 1,260.58 | 163,234.70 |
| 07/04/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -3,500.00 | 159,734.70 |
| 07/04/2018 | Expense | | McDonalds | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 4.35 | 159,739.05 |
| 07/05/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -4,000.00 | 155,739.05 |
| 07/05/2018 | Expense | | Cupcake Company | CUPCAKE COMPANY LLC Harrisonburg        VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 33.31 | 155,772.36 |
| 07/05/2018 | Expense | | Dairy Queen | DAIRY QUEEN        NAPLES        FL | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 13.97 | 155,786.33 |
| 07/05/2018 | Expense | | ITUNES | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 9.99 | 155,796.32 |
| 07/05/2018 | Expense | | ITUNES | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 4.99 | 155,801.31 |
| 07/06/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -4,500.00 | 151,301.31 |
| 07/06/2018 | Expense | | Stubhub | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 2,253.00 | 153,554.31 |
| 07/06/2018 | Expense | | Stubhub | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 1,355.00 | 154,909.31 |
| 07/06/2018 | Expense | | VZ Wireless | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Cell - Wireless Services | 518.61 | 155,427.92 |
| 07/07/2018 | Expense | | Benihana | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 94.24 | 155,522.16 |
| 07/07/2018 | Expense | | Fandango | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 48.27 | 155,570.43 |
| 07/07/2018 | Expense | | Fandango | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 144.81 | 155,715.24 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | PERSONAL | | | |
| 07/07/2018 | Expense | | AMC Theater | AMC LA MIRADA 7 | LA MIRADA | CA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding:Meeting | 113.68 | 155,828.92 |
| 07/08/2018 | Expense | | GrubHub | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 85.51 | 155,914.43 |
| 07/09/2018 | Expense | | Peet's Coffee & Tea | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 3.72 | 155,918.15 |
| 07/09/2018 | Expense | | Peet's Coffee & Tea | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 3.72 | 155,921.87 |
| 07/09/2018 | Expense | | Karl Strauss Brewery | KARL STRAUSS BREWINGSAN DIEGO | | CA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding:Meeting | 171.11 | 156,092.98 |
| 07/09/2018 | Expense | | Pizza Hut | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding:Meeting | 200.00 | 156,292.98 |
| 07/09/2018 | Expense | | D'Medici Italian | D'MEDICI ITALIAN CUCSAN DIEGO | | CA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding:Meeting | 1,949.17 | 158,242.15 |
| 07/09/2018 | Credit Card Credit | | Richard E. Moore | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -4,000.00 | 154,242.15 |
| 07/09/2018 | Credit Card Credit | | Richard E. Moore | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -1,200.00 | 153,042.15 |
| 07/10/2018 | Expense | | Exxon Mobil | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 28.76 | 153,070.91 |
| 07/10/2018 | Expense | | Culver's | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 47.27 | 153,118.18 |
| 07/10/2018 | Expense | | Top Villas | PAY*TOP VILLAS 00024CELEBRATION | | FL | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding:Meeting | 340.00 | 153,458.18 |
| 07/10/2018 | Expense | | Top Villas | PAY*TOP VILLAS 00024CELEBRATION | | FL | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding:Meeting | 11,448.00 | 164,906.18 |
| 07/10/2018 | Credit Card Credit | | Richard E. Moore | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -4,000.00 | 160,906.18 |
| 07/10/2018 | Expense | | Culver's | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 30.99 | 160,937.17 |
| 07/10/2018 | Expense | | Pilot | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 25.11 | 160,962.28 |
| 07/10/2018 | Expense | | 7-Eleven - Gas | 7-ELEVEN Verona, VA | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 24.92 | 160,987.20 |
| 07/11/2018 | Expense | | Fuddruckers | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 17.66 | 161,004.86 |
| 07/11/2018 | Expense | | Fuddruckers | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 68.82 | 161,073.68 |
| 07/12/2018 | Expense | | ITUNES | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 25.97 | 161,099.65 |
| 07/12/2018 | Credit Card Credit | | Richard E. Moore | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -4,250.00 | 156,849.65 |
| 07/13/2018 | Expense | | Giodano's of Downtown | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding:Meeting | 137.98 | 156,987.63 |
| 07/14/2018 | Expense | | Country Inn & Suites | Voided | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 0.00 | 156,987.63 |
| 07/14/2018 | Expense | | Sunshine Mart | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 11.57 | 156,999.20 |
| 07/14/2018 | Expense | | Starbucks | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 2.25 | 157,001.45 |
| 07/15/2018 | Expense | | Macy's | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Uniforms | 679.89 | 157,681.34 |
| 07/15/2018 | Expense | | Sports Action Inc | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 123.03 | 157,804.37 |
| 07/15/2018 | Expense | | H & M | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Security | 80.20 | 157,884.57 |
| 07/16/2018 | Expense | | Benihana | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding:Meeting | 700.00 | 158,584.57 |
| 07/17/2018 | Expense | | Texas De Brazil | TEXAS DE BRAZIL | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding:Meeting | 620.00 | 159,204.57 |
| 07/20/2018 | Expense | | American Express | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Interest - Credit Card | 579.76 | 159,784.33 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| | | | | | Shareholder Loan - RM/RM-AMEX-PERSONAL | | | |
| 07/20/2018 | Expense | | Washington Post | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Dues & Subscriptions | 10.00 | 159,794.33 |
| 07/22/2018 | Expense | | GrubHub | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 66.01 | 159,860.34 |
| 07/23/2018 | Expense | | Anettes Chocolates-Ox | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 98.75 | 159,959.09 |
| 07/23/2018 | Credit Card Credit | | Top Villas | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Credit Card Payments | -500.00 | 159,459.09 |
| 07/23/2018 | Expense | | The Olive Press | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 203.40 | 159,662.49 |
| 07/23/2018 | Expense | | GrubHub | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 63.86 | 159,726.35 |
| 07/27/2018 | Expense | | Wal-Mart | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Client Services | 359.59 | 160,085.94 |
| 07/27/2018 | Expense | | GrubHub | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 28.80 | 160,114.74 |
| 07/28/2018 | Expense | | GrubHub | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 35.62 | 160,150.36 |
| 07/28/2018 | Expense | | GrubHub | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 17.46 | 160,167.82 |
| 07/31/2018 | Expense | | Fogo De Chao | HUDSON GRILLE DT 61 ATLANTA GA | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 650.00 | 160,817.82 |
| 07/31/2018 | Expense | | LiveAnswer | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Client Services | 250.00 | 161,067.82 |
| 07/31/2018 | Expense | | Hershey Choc World | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 101.00 | 161,168.82 |
| 08/01/2018 | Expense | | Marketplace | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 11.31 | 161,180.13 |
| 08/02/2018 | Expense | | Morton's Steakhouse | MORTON'S RICHMOND 00RICHMOND        VA | Shareholder Loan - RM/RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 450.00 | 161,630.13 |
| 08/02/2018 | Expense | | Z Market | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 5.31 | 161,635.44 |
| 08/02/2018 | Expense | | The Beekman Hotel | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 10.00 | 161,645.44 |
| 08/02/2018 | Expense | | The Beekman Hotel | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 60.00 | 161,705.44 |
| 08/02/2018 | Expense | | Carlisle Parking | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 67.00 | 161,772.44 |
| 08/02/2018 | Expense | | The Beekman Hotel | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 140.00 | 161,912.44 |
| 08/02/2018 | Expense | | The Beekman Hotel | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | 231.01 | 162,143.45 |
| 08/05/2018 | Expense | | Facebook | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Marketing | 750.00 | 162,893.45 |
| 08/06/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Credit Card Payments | -5,000.00 | 157,893.45 |
| 08/07/2018 | Expense | | CBI*Parallels | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Software | 99.99 | 157,993.44 |
| 08/07/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Credit Card Payments | -6,500.00 | 151,493.44 |
| 08/08/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Credit Card Payments | -5,500.00 | 145,993.44 |
| 08/08/2018 | Credit Card Credit | | United Airlines | MICHAEL DONOVAN 8/7 | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel | -563.20 | 145,430.24 |
| 08/08/2018 | Expense | | The Old Spaghetti Factory | THE OLD SPAGHETTI FALOUISVILLE        KY | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 60.00 | 145,490.24 |
| 08/09/2018 | Expense | | Taco Bell | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 8.05 | 145,498.29 |
| 08/09/2018 | Expense | | Pei Wei | | Shareholder Loan - RM/RM-AMEX-PERSONAL | Travel Meals | 16.08 | 145,514.37 |

# Nexus Services Inc.

## Transaction Report

### January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 08/09/2018 | Expense | | Pei Wei | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 14.07 | 145,528.44 |
| 08/09/2018 | Expense | | Pei Wei | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 36.73 | 145,565.17 |
| 08/09/2018 | Expense | | Fogo De Chao | HUDSON GRILLE DT 61 ATLANTA GA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 167.57 | 145,732.74 |
| 08/09/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -6,250.00 | 139,482.74 |
| 08/10/2018 | Expense | | Tumi Stores, Inc | TUMI STORES INC MIAMI, FL | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 704.90 | 140,187.64 |
| 08/10/2018 | Expense | | Embassy Suites | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 70.36 | 140,258.00 |
| 08/10/2018 | Expense | | Hilton Garden Inn | HILTON HOTELS LINC CDALLAS          TX | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 32.15 | 140,290.15 |
| 08/10/2018 | Expense | | Hilton Garden Inn | HILTON HOTELS LINC CDALLAS          TX | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 32.15 | 140,322.30 |
| 08/10/2018 | Expense | | Burger King | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 18.33 | 140,340.63 |
| 08/10/2018 | Expense | | Morton's Steakhouse | MORTON'S RICHMOND 00RICHMOND          VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 686.45 | 141,027.08 |
| 08/10/2018 | Expense | | PayPal | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Contributions:Charitable | 2,572.80 | 143,599.88 |
| 08/10/2018 | Expense | | AT & T Mobility | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses:Phone | 81.40 | 143,681.28 |
| 08/10/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -6,754.76 | 136,926.52 |
| 08/10/2018 | Expense | | Alaska Air | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 200.00 | 137,126.52 |
| 08/10/2018 | Expense | | Uncle Julio's | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 216.39 | 137,342.91 |
| 08/10/2018 | Expense | | IMP CALLTOPPARK | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses:Phone | 5.80 | 137,348.71 |
| 08/11/2018 | Expense | | GrubHub | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 39.47 | 137,388.18 |
| 08/11/2018 | Expense | | Ruth Chris Steakhouse | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 270.00 | 137,658.18 |
| 08/12/2018 | Expense | | Flight Club | FLIGHT CLUB NEW YORKNEW YORK          NY | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 1,538.49 | 139,196.67 |
| 08/12/2018 | Expense | | Solestage | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 1,533.00 | 140,729.67 |
| 08/12/2018 | Expense | | Hotels.com | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 836.66 | 141,566.33 |
| 08/12/2018 | Expense | | Alaska Air | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 611.20 | 142,177.53 |
| 08/12/2018 | Expense | | Target | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 233.98 | 142,411.51 |
| 08/12/2018 | Expense | | Umami Burger | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 180.71 | 142,592.22 |
| 08/12/2018 | Expense | | In n Out Burger | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 29.18 | 142,621.40 |
| 08/12/2018 | Expense | | Starbucks | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 20.80 | 142,642.20 |
| 08/12/2018 | Expense | | ITUNES | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 19.97 | 142,662.17 |
| 08/12/2018 | Expense | | SM City Parking Meters | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 6.00 | 142,668.17 |
| 08/12/2018 | Expense | | LA City Parking Meter | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 1.50 | 142,669.67 |
| 08/13/2018 | Expense | | Carl's Jr | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 52.46 | 142,722.13 |
| 08/13/2018 | Expense | | Benihana | | Shareholder Loan - RM:RM-AMEX- | Travel Meals | 76.34 | 142,798.47 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---|---------|-------|--------|---------|
| 08/13/2018 | Expense | | Union 76 Gas Station | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 27.18 | 142,825.65 |
| 08/13/2018 | Expense | | BUFORD STAR MART | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 28.58 | 142,854.23 |
| 08/13/2018 | Expense | | Buca di Beppo | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 140.00 | 142,994.23 |
| 08/13/2018 | Expense | | Benihana | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 533.95 | 143,528.18 |
| 08/13/2018 | Expense | | Exxon Mobil | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 70.00 | 143,598.18 |
| 08/13/2018 | Expense | | Exxon Mobil | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 8.08 | 143,606.26 |
| 08/14/2018 | Expense | | FedEx | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Shipping and delivery expense | 54.63 | 143,660.89 |
| 08/14/2018 | Expense | | Morton's Steakhouse | MORTON'S RICHMOND 00RICHMOND | VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 1,081.25 | 144,742.14 |
| 08/15/2018 | Expense | | Super Duper | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 55.06 | 144,797.20 |
| 08/15/2018 | Expense | | Hops & Hominy | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 210.00 | 145,007.20 |
| 08/15/2018 | Expense | | 7-Eleven - Gas | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 59.27 | 145,066.47 |
| 08/15/2018 | Expense | | McDonalds | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 7.45 | 145,073.92 |
| 08/16/2018 | Expense | | Benihana | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 400.00 | 145,473.92 |
| 08/17/2018 | Expense | | Washington Post | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 10.00 | 145,483.92 |
| 08/17/2018 | Expense | | Embarcadero | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 34.50 | 145,518.42 |
| 08/17/2018 | Expense | Ctred | Restaurante Convent De La Mission | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 86.73 | 145,605.15 |
| 08/17/2018 | Expense | | Morton's Steakhouse | MORTON'S RICHMOND 00RICHMOND | VA | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 460.00 | 146,065.15 |
| 08/17/2018 | Expense | | Fuddruckers | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 45.72 | 146,110.87 |
| 08/18/2018 | Expense | | Gro Omflight Shop | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 9.71 | 146,120.58 |
| 08/18/2018 | Expense | | Gro Omflight Shop | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 12.57 | 146,133.15 |
| 08/18/2018 | Expense | | Shell Oil | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 20.69 | 146,153.84 |
| 08/18/2018 | Expense | | In n Out Burger | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 27.19 | 146,181.03 |
| 08/18/2018 | Expense | | The Old Spaghetti Factory | THE OLD SPAGHETTI FALOUISVILLE | KY | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 99.31 | 146,280.34 |
| 08/18/2018 | Expense | | Bobs Steakhouse | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 370.00 | 146,650.34 |
| 08/19/2018 | Expense | | Maggiano's | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 150.00 | 146,800.34 |
| 08/19/2018 | Expense | | Loews Hotels | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 211.51 | 147,011.85 |
| 08/19/2018 | Expense | | WWW.OUI.SNCF | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 262.78 | 147,274.63 |
| 08/20/2018 | Expense | | American Express | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Interest - Credit Card | 592.79 | 147,867.42 |
| 08/20/2018 | Expense | | Neuhaus Brussel | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 434.15 | 148,301.57 |
| 08/20/2018 | Expense | | TST Cortina | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 108.34 | 148,409.91 |
| 08/20/2018 | Expense | | Foot Locker | | | Shareholder Loan | Uniforms | 394.84 | 148,804.75 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | | | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---|---|---------|-------|--------|---------|
| | | | | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | | | |
| 08/20/2018 | Expense | | ZARA METROPOLE | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 686.76 | 149,491.51 |
| 08/21/2018 | Expense | | ITUNES | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 3.99 | 149,495.50 |
| 08/21/2018 | Expense | | ITUNES | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 23.97 | 149,519.47 |
| 08/21/2018 | Expense | | Burlington Coat Factory | BURLNGTON STORES825 MIAMI | FL | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 115.33 | 149,634.80 |
| 08/21/2018 | Expense | | W Bellevue | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 54.46 | 149,689.26 |
| 08/21/2018 | Expense | | BlackLane | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 193.76 | 149,883.02 |
| 08/21/2018 | Expense | | W Bellevue | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 227.68 | 150,110.70 |
| 08/21/2018 | Expense | | Gallagher's STeak House | GALLAGHER'S STEAK HONEW YORK | NY | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 600.00 | 150,710.70 |
| 08/22/2018 | Expense | | TAXI TRIP | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 47.92 | 150,758.62 |
| 08/23/2018 | Expense | | ITUNES | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 32.96 | 150,791.58 |
| 08/24/2018 | Expense | | Pilot | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 57.00 | 150,848.58 |
| 08/24/2018 | Expense | | ITUNES | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 2.99 | 150,851.57 |
| 08/25/2018 | Expense | | Visconti Palace | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 702.57 | 151,554.14 |
| 08/25/2018 | Expense | | Shell - Gas | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 20.50 | 151,574.64 |
| 08/26/2018 | Expense | | Auntie Annes | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 25.24 | 151,599.88 |
| 08/27/2018 | Expense | | Vinny's NY Pizza | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 72.35 | 151,672.23 |
| 08/29/2018 | Expense | | Gamer Oasis | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | 8 Bit Gamer Oasis | 61.36 | 151,733.59 |
| 08/29/2018 | Expense | | El Charro | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 65.46 | 151,799.05 |
| 08/30/2018 | Expense | | Miracle Car Wash | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Vehicle Maintenance | 11.00 | 151,810.05 |
| 08/30/2018 | Expense | | Harrisonburg Self Storage | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Rent | 142.74 | 151,952.79 |
| 08/31/2018 | Expense | | Childrens of Gag Gifts | CHILDRENSOF GAGIFTSHFISHERSVILLE | VA | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Shareholder Loan 20201005:Shareholder Loan-RM | 80.52 | 152,033.31 |
| 08/31/2018 | Expense | | Live Answer | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses:Phone | 250.00 | 152,283.31 |
| 08/31/2018 | Credit Card Credit | | Richard E. Moore | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -6,139.93 | 146,143.38 |
| 08/31/2018 | Expense | | Arby's | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 7.15 | 146,150.53 |
| 09/01/2018 | Expense | | Maggiano's | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 234.67 | 146,385.20 |
| 09/01/2018 | Expense | | Giant Food | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 35.00 | 146,420.20 |
| 09/02/2018 | Expense | | The Olive Garden | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 339.01 | 146,759.21 |
| 09/02/2018 | Expense | | Regal Cinemas | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 101.82 | 146,861.03 |
| 09/03/2018 | Expense | | In Motion Entertainment | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Machinery & Equipment:Entertainment Equipment | 307.38 | 147,168.41 |
| 09/03/2018 | Expense | | Alamo Drafthouse | | | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 326.00 | 147,494.41 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------|------|------|------|------|------|------|------|
| 09/03/2018 | Expense | | 7-Eleven - Gas | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 28.19 | 147,522.60 |
| 09/03/2018 | Expense | | Exxon Mobil | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 36.00 | 147,558.60 |
| 09/03/2018 | Expense | | Tailwind Cho LLC | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 12.76 | 147,571.36 |
| 09/04/2018 | Expense | | Walmart | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 67.24 | 147,638.60 |
| 09/05/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -4,500.00 | 143,138.60 |
| 09/06/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -5,500.00 | 137,638.60 |
| 09/06/2018 | Expense | | Facebook | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 750.00 | 138,388.60 |
| 09/07/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -6,500.00 | 131,888.60 |
| 09/07/2018 | Expense | | GrubHub | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 66.00 | 131,954.60 |
| 09/08/2018 | Expense | | PF Changs | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 215.59 | 132,170.19 |
| 09/08/2018 | Expense | | Facebook | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Marketing | 750.00 | 132,920.19 |
| 09/11/2018 | Expense | | Regus Management Group, LLC | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Rent | 9,921.74 | 142,841.93 |
| 09/12/2018 | Expense | | Blimpie | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 14.51 | 142,856.44 |
| 09/12/2018 | Expense | | Chevron | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 47.89 | 142,904.33 |
| 09/13/2018 | Expense | | 7-Eleven - Gas | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel | 46.85 | 142,951.18 |
| 09/13/2018 | Expense | | GrubHub | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 63.00 | 143,014.18 |
| 09/13/2018 | Expense | | American Express | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 206.00 | 143,220.18 |
| 09/13/2018 | Expense | | Fandango | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 96.54 | 143,316.72 |
| 09/13/2018 | Expense | | American Express | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 337.91 | 143,654.63 |
| 09/14/2018 | Expense | | GrubHub | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 65.00 | 143,719.63 |
| 09/14/2018 | Credit Card Credit | | Richard E. Moore | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Credit Card Payments | -3,500.00 | 140,219.63 |
| 09/14/2018 | Expense | | Fandango | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 86.36 | 140,305.99 |
| 09/14/2018 | Expense | | Apple Store | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses:Computer | 66.20 | 140,372.19 |
| 09/14/2018 | Expense | | Washington Post | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 10.00 | 140,382.19 |
| 09/15/2018 | Expense | | Noodles & Co | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 28.76 | 140,410.95 |
| 09/15/2018 | Expense | | American Express | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 103.00 | 140,513.95 |
| 09/15/2018 | Expense | | Vito Chop House | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 259.79 | 140,773.74 |
| 09/15/2018 | Expense | | Arribas Brothers | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 230.04 | 141,003.78 |
| 09/15/2018 | Expense | | The Art of Disney | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 166.09 | 141,169.87 |
| 09/16/2018 | Expense | | Downtown Disney | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 45.00 | 141,214.87 |
| 09/16/2018 | Expense | | Tony's Italian Restaurant | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 92.03 | 141,306.90 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | PERSONAL | | | |
| 09/16/2018 | Expense | | Lego Shop | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 331.69 | 141,638.59 |
| 09/16/2018 | Expense | | WDW Disney Tickets | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 3,791.44 | 145,430.03 |
| 09/16/2018 | Expense | | FedEx | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Office Expenses | 9.57 | 145,439.60 |
| 09/16/2018 | Expense | | Which Wich | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 9.77 | 145,449.37 |
| 09/16/2018 | Expense | | ITUNES | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Dues & Subscriptions | 14.99 | 145,464.36 |
| 09/17/2018 | Expense | | American Express | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 123.60 | 145,587.96 |
| 09/17/2018 | Expense | | American Express | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Client Services | 360.50 | 145,948.46 |
| 09/17/2018 | Expense | | Papa John's | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Employee:Teambuilding/Meeting | 121.75 | 146,070.21 |
| 09/17/2018 | Expense | | Target | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Contributions:Charitable | 114.27 | 146,184.48 |
| 09/17/2018 | Expense | | What-A-Burger | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Travel Meals | 4.59 | 146,189.07 |
| 09/19/2018 | Expense | | American Express | | Shareholder Loan - RM:RM-AMEX-PERSONAL | Interest - Credit Card | 582.10 | 146,771.17 |
| 11/02/2018 | Expense | | Verizon Wireless | 899700001 | Shareholder Loan - RM:RM-AMEX-PERSONAL | Cell - Wireless Services | 286.30 | 147,057.47 |
| 12/31/2018 | Journal Entry | FCPA 2018-54 | | to reclass | Shareholder Loan - RM:RM-AMEX-PERSONAL | -Split- | -147,057.47 | 0.00 |
| 01/01/2019 | Journal Entry | FCPA 2018-54R | | to reclass | Shareholder Loan - RM:RM-AMEX-PERSONAL | -Split- | 147,057.47 | 147,057.47 |
| **Total for RM-AMEX-PERSONAL** | | | | | | | **$147,057.47** | |
| RM-UNITED-CHASE | | | | | | | | |
| 12/05/2018 | Credit Card Credit | | Delta Airlines | DELTA AIR 0062350398400 DELTA.COM CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | -937.70 | -937.70 |
| 12/05/2018 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 937.70 | 0.00 |
| 12/06/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 759.70 | 759.70 |
| 12/06/2018 | Expense | | Hotels.com | HOTELS.COM153956741619 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 687.69 | 1,447.39 |
| 12/07/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 786.20 | 2,233.59 |
| 12/09/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 548.70 | 2,782.29 |
| 12/09/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 548.70 | 3,330.99 |
| 12/10/2018 | Expense | | Hyatt Hotels | HYATT REGENCY TYSONS COR 8558690846 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 2,700.92 | 6,031.91 |
| 12/10/2018 | Expense | | JetBlue | JETBLUE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 948.20 | 6,980.11 |
| 12/10/2018 | Expense | | Hyatt Hotels | HYATT REGENCY TYSONS COR 8558690846 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 550.78 | 7,530.89 |
| 12/10/2018 | Expense | | Hotels.com | HOTELS.COM154053838231 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 731.54 | 8,262.43 |
| 12/10/2018 | Expense | | Hyatt Hotels | HYATT REGENCY TYSONS COR 8558690846 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 500.00 | 8,762.43 |
| 12/10/2018 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 275.20 | 9,037.63 |
| 12/11/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 311.20 | 9,348.83 |
| 12/12/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 193.50 | 9,542.33 |
| 12/12/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 774.70 | 10,317.03 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 12/12/2018 | Expense | | Hilton Garden Inn | HILTON HOTELS 404-9957500 GA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 2,182.68 | 12,499.71 |
| 12/12/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 774.70 | 13,274.41 |
| 12/12/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 1,015.20 | 14,289.61 |
| 12/12/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 200.00 | 14,489.61 |
| 12/12/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 193.50 | 14,683.11 |
| 12/13/2018 | Expense | | Hotels.com | HOTELS.COM154111530941 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 233.73 | 14,916.84 |
| 12/13/2018 | Expense | | Chase | PAYMENT | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,500.00 | 12,416.84 |
| 12/14/2018 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,500.00 | 9,916.84 |
| 12/14/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 857.20 | 10,774.04 |
| 12/14/2018 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | -968.20 | 9,805.84 |
| 12/14/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 164.00 | 9,969.84 |
| 12/14/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 380.20 | 10,350.04 |
| 12/14/2018 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | -968.20 | 9,381.84 |
| 12/16/2018 | Expense | | Hotels.com | HOTELS.COM154194663778 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 72.83 | 9,454.67 |
| 12/17/2018 | Expense | | Hotels.com | HOTELS.COM154202325646 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 1,971.27 | 11,425.94 |
| 12/17/2018 | Expense | | Hilton Garden Inn | HILTON SAN DIEGO RESORT 619-2764010 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 1,283.67 | 12,709.61 |
| 12/18/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 313.20 | 13,022.81 |
| 12/18/2018 | Expense | | Hyatt Hotels | HYATT REGENCY RESTON 8885886308 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 262.32 | 13,285.13 |
| 12/18/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 19.00 | 13,304.13 |
| 12/18/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 9.00 | 13,313.13 |
| 12/18/2018 | Expense | | Chase | PAYMENT | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,750.00 | 10,563.13 |
| 12/18/2018 | Expense | | Hyatt Hotels | HYATT REGENCY RESTON 8885886308 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 324.94 | 10,888.07 |
| 12/18/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 447.65 | 11,335.72 |
| 12/18/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 1,658.20 | 12,993.92 |
| 12/18/2018 | Expense | | Hyatt Hotels | HYATT REGENCY RESTON 8885886308 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 262.32 | 13,256.24 |
| 12/19/2018 | Expense | | Chase | PAYMENT | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,500.00 | 10,756.24 |
| 12/19/2018 | Expense | | Hyatt Hotels | HYATT REGENCY RESTON 8885886308 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 280.00 | 11,036.24 |
| 12/19/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 897.20 | 11,933.44 |
| 12/19/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 306.80 | 12,240.24 |
| 12/19/2018 | Expense | | Hyatt Hotels | HYATT REGENCY RESTON 8885886308 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 2,072.75 | 14,312.99 |
| 12/20/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 200.00 | 14,512.99 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM-RM-UNITED-CHASE | | | |
| 12/21/2018 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | -19.00 | 14,493.99 |
| 12/21/2018 | Expense | | Hotel Marriot | MARRIOTT NY MARQUIS 866-435-7627 NY | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 375.07 | 14,869.06 |
| 12/21/2018 | Expense | | Hotel Marriot | MARRIOTT NY MARQUIS 866-435-7627 NY | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 320.22 | 15,189.28 |
| 12/21/2018 | Expense | | Hotels.com | HOTELS.COM154311333972 HOTELS.COM WA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 112.01 | 15,301.29 |
| 12/22/2018 | Credit Card Credit | | UA INFLT Houston | UA INFLIGHT PURCH CREDIT | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | -4.75 | 15,296.54 |
| 12/22/2018 | Expense | | PIER SOUTH RESORT AUTOGRAPH COLLECTION | AUTOGRAPH PIER SOUTH RSR IMPERIAL BEAC CA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 1,016.91 | 16,313.45 |
| 12/22/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 254.20 | 16,567.65 |
| 12/22/2018 | Expense | | UA INFLT Houston | UA INFLT | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 19.00 | 16,586.65 |
| 12/22/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 254.20 | 16,840.85 |
| 12/25/2018 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MCLEAN VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 424.40 | 17,265.25 |
| 12/25/2018 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MCLEAN VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 300.08 | 17,565.33 |
| 12/28/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 398.20 | 17,963.53 |
| 12/28/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 398.20 | 18,361.73 |
| 12/28/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 827.65 | 19,189.38 |
| 12/28/2018 | Expense | | United Airlines | | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 827.65 | 20,017.03 |
| 12/28/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 398.20 | 20,415.23 |
| 12/29/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 9.00 | 20,424.23 |
| 12/30/2018 | Expense | | Hilton Garden Inn | HILTON GARDEN INN 949-8594000 CA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 1,072.49 | 21,496.72 |
| 12/30/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 398.20 | 21,894.92 |
| 12/30/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 5.60 | 21,900.52 |
| 12/30/2018 | Expense | | Hilton Garden Inn | HILTON GARDEN INN 949-8594000 CA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 33.40 | 21,933.92 |
| 12/30/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 376.20 | 22,310.12 |
| 12/30/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 376.20 | 22,686.32 |
| 12/30/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 386.00 | 23,072.32 |
| 12/30/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 386.00 | 23,458.32 |
| 12/30/2018 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 386.00 | 23,844.32 |
| 12/31/2018 | Expense | | Hilton Garden Inn | HILTON HOTELS OHARE 773-6868000 IL | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 130.32 | 23,974.64 |
| 12/31/2018 | Expense | | Hilton Garden Inn | HILTON HOTELS OHARE 773-6868000 IL | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 135.02 | 24,109.66 |
| 12/31/2018 | Expense | | Hilton Garden Inn | HILTON HOTELS OHARE 773-6868000 IL | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 239.50 | 24,349.16 |
| 12/31/2018 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | -398.20 | 23,950.96 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 12/31/2018 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel | -9.00 | 23,941.96 |
| 12/31/2018 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel | -5.60 | 23,936.36 |
| 12/31/2018 | Journal Entry | FCPA 2018-54 | | to reclass | Shareholder Loan - RM:RM- UNITED-CHASE | -Split- | -20,436.36 | 3,500.00 |
| 12/31/2018 | Expense | | Chase | PAYMENT | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,500.00 | 0.00 |
| 01/02/2019 | Deposit | | Chase EPay | CHASE EPAY | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | 3,500.00 | 3,500.00 |
| 01/04/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 22.00 | 3,522.00 |
| 01/04/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -4,000.00 | -478.00 |
| 01/04/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 22.00 | -456.00 |
| 01/04/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 22.00 | -434.00 |
| 01/04/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | -3,434.00 |
| 01/06/2019 | Expense | | Hotels.com | HOTELS.COM154713402275 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 319.56 | -3,114.44 |
| 01/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 450.00 | -2,664.44 |
| 01/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 300.00 | -2,364.44 |
| 01/06/2019 | Expense | | Hilton Garden Inn | HILTON HOTELS OHARE 773-6868000 IL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 115.05 | -2,249.39 |
| 01/06/2019 | Expense | | Hilton Garden Inn | HILTON HOTELS OHARE 773-6868000 IL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 115.05 | -2,134.34 |
| 01/07/2019 | Expense | | Chenonceaux | CHENONCEAU DAB CHENONCEAUX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 66.61 | -2,067.73 |
| 01/07/2019 | Expense | | Cofiroute SA | COFIROUTE | Shareholder Loan - RM:RM- UNITED-CHASE | Office Expenses | 26.53 | -2,041.20 |
| 01/07/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 7.90 | -2,033.30 |
| 01/07/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 178.30 | -1,855.00 |
| 01/08/2019 | Credit Card Credit | | Courtyard | COURTYARD PARIS GARE PARIS | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | -22.87 | -1,877.87 |
| 01/08/2019 | Expense | | Courtyard By Marriott | COURTYARD PARIS GARE PARIS | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 450.48 | -1,427.39 |
| 01/08/2019 | Expense | | Courtyard By Marriott | COURTYARD PARIS GARE PARIS | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 811.66 | -615.73 |
| 01/08/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | -3,615.73 |
| 01/08/2019 | Expense | | Dial Cab Company | WWW.DIALACAB.CO.UK LONDON | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 25.19 | -3,590.54 |
| 01/10/2019 | Expense | | Renaissance Hotel | RENAISSANCE HOTELS 020 | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 1,704.97 | -1,885.57 |
| 01/11/2019 | Expense | | Hotel Marriot | MARRIOTT CYPRESS HARBO ORLANDO FL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 208.13 | -1,677.44 |
| 01/11/2019 | Expense | | Doubletree Hotel | DOUBLETREE BY HILTON MIAM MIAMI FL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 235.09 | -1,442.35 |
| 01/11/2019 | Expense | | Doubletree Hotel | DOUBLETREE BY HILTON MIAM MIAMI FL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 247.09 | -1,195.26 |
| 01/11/2019 | Expense | | St. Pancras Renaissance Hotel | ST PANCRAS RENAISSANCE HO LONDON | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 812.60 | -382.66 |
| 01/11/2019 | Expense | | Hotel Marriot | MARRIOTT CYPRESS HARBO ORLANDO FL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 208.13 | -174.53 |
| 01/11/2019 | Expense | | Doubletree Hotel | DOUBLETREE BY HILTON MIAM MIAMI FL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 247.09 | 72.56 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 01/11/2019 | Expense | | Doubletree Hotel | DOUBLETREE BY HILTON MIAM MIAMI FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 245.83 | 318.39 |
| 01/13/2019 | Expense | | Renaissance Hotel | Renaissance Amsterdam Hot Amsterdam | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 816.88 | 1,135.27 |
| 01/14/2019 | Expense | | Hilton Garden Inn | HILTON HOTELS OHARE 773-6868000 IL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 377.53 | 1,512.80 |
| 01/14/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 589.30 | 2,102.10 |
| 01/14/2019 | Expense | | Renaissance Hotel | Renaissance Amsterdam Hot Amsterdam | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 774.50 | 2,876.60 |
| 01/16/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 576.00 | 3,452.60 |
| 01/17/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 438.20 | 3,890.80 |
| 01/17/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | 890.80 |
| 01/17/2019 | Bill Payment (Credit Card) | | Employment Security Dept | | Shareholder Loan - RM:RM-UNITED-CHASE | Accounts Payable | 25.00 | 915.80 |
| 01/19/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 464.30 | 1,380.10 |
| 01/20/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 775.30 | 2,155.40 |
| 01/20/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 653.85 | 2,809.25 |
| 01/20/2019 | Expense | | Little Purse | C1 - LITTLE PURSE NEWARK NJ | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 24.27 | 2,833.52 |
| 01/21/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | -166.48 |
| 01/21/2019 | Expense | | Lanier Parking | LANIER PARKING 10671 ATLANTA GA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 20.00 | -146.48 |
| 01/22/2019 | Expense | | Hyatt Hotels | HYATT ATLANTA MIDTOWN ATLANTA GA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 4,187.22 | 4,040.74 |
| 01/23/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,500.00 | 540.74 |
| 01/23/2019 | Expense | | Westin Hotels | WESTIN HOTEL HERNDON HERNDON VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 250.80 | 791.54 |
| 01/24/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,500.00 | -1,708.46 |
| 01/25/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | Owner's draw | -3,500.00 | -5,208.46 |
| 01/25/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 1,488.55 | -3,719.91 |
| 01/26/2019 | Expense | | Hotel Marriot | MARRIOTT JW HOUSTON HOUSTON TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 358.63 | -3,361.28 |
| 01/27/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 550.70 | -2,810.58 |
| 01/28/2019 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 491.30 | -2,319.28 |
| 01/28/2019 | Credit Card Credit | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -491.30 | -2,810.58 |
| 01/28/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 775.30 | -2,035.28 |
| 01/29/2019 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 562.30 | -1,472.98 |
| 01/29/2019 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 562.30 | -910.68 |
| 01/29/2019 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 562.30 | -348.38 |
| 01/29/2019 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 562.30 | 213.92 |
| 01/30/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -4,000.00 | -3,786.08 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| | | | | | - RM:RM-UNITED-CHASE | | | |
| 01/30/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 865.90 | -2,920.18 |
| 01/30/2019 | Expense | | | O MALONE HOUSTON TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 250.06 | -2,670.12 |
| 01/30/2019 | Expense | | JetBlue | JETBLUE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 120.00 | -2,550.12 |
| 01/31/2019 | Expense | | Airbnb | AIRBNB * HM4S2Q8DP2 415-800-5959 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 681.46 | -1,868.66 |
| 01/31/2019 | Expense | | Doubletree Hotel | DOUBLETREE HOBBY HOUSTON TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 660.79 | -1,207.87 |
| 02/01/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -865.90 | -2,073.77 |
| 02/01/2019 | Expense | | Hilton Garden Inn | HILTON CONRAD 954-4142605 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,207.68 | -866.09 |
| 02/01/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 704.35 | -161.74 |
| 02/01/2019 | Expense | | Westin Hotels | WESTIN RESTON HEIGHTS 703-3919000 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 388.74 | 227.00 |
| 02/01/2019 | Expense | | Hilton Garden Inn | HILTON CONRAD 954-4142605 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 134.91 | 361.91 |
| 02/02/2019 | Expense | | Valet Parking | VALET PARKING CONTE LAKE BUENA VI FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 33.00 | 394.91 |
| 02/02/2019 | Expense | | Valet Parking | VALET PARKING CONTE LAKE BUENA VI FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 33.00 | 427.91 |
| 02/03/2019 | Expense | | Exotic Car Rentals | MPH CLUB LLC 305-3306322 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Car Rental | 1,392.40 | 1,820.31 |
| 02/03/2019 | Expense | | Airbnb | AIRBNB * HM4S2Q8DP2 415-800-5959 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 646.56 | 2,466.87 |
| 02/04/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,500.00 | -33.13 |
| 02/05/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,500.00 | -3,533.13 |
| 02/05/2019 | Expense | | Exotic Car Rentals | MPH CLUB LLC 305-3306322 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Car Rental | 453.00 | -3,080.13 |
| 02/05/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 416.30 | -2,663.83 |
| 02/06/2019 | Expense | | Kimpton Hotels | KIMPTON PALOMAR SAN DIEG SAN DIEGO CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 338.19 | -2,325.64 |
| 02/06/2019 | Expense | | Airbnb | AIRBNB * HM4S2Q8DP2 415-800-5959 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 215.36 | -2,110.28 |
| 02/06/2019 | Expense | | Airbnb | AIRBNB * HM4S2Q8DP2 415-800-5959 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 194.12 | -1,916.16 |
| 02/07/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 1,310.53 | -605.63 |
| 02/08/2019 | Credit Card Credit | | UA INFLT Houston | UA INFLIGHT PURCH CREDIT | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -172.25 | -777.88 |
| 02/08/2019 | Expense | | Inflight wi fi | UAL*WIFI | Shareholder Loan - RM:RM-UNITED-CHASE | Utilities | 689.00 | -88.88 |
| 02/08/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 200.00 | 111.12 |
| 02/09/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 641.30 | 752.42 |
| 02/09/2019 | Expense | | Paul's Bakery | PAUL BAKERY HOTEL W PANAMA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 53.50 | 805.92 |
| 02/10/2019 | Expense | | Hotel Marriot | MARRIOTT HOUSTON AIRPT HOUSTON TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 326.88 | 1,132.80 |
| 02/11/2019 | Expense | | Doubletree Hotel | DOUBLETREE BISCAYNE 305-3720313 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 839.01 | 1,971.81 |
| 02/11/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | -1,028.19 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 02/12/2019 | Expense | | W Panama | W HOTEL PANAMA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 2,554.22 | 1,526.03 |
| 02/12/2019 | Expense | | Doubletree Hotel | DOUBLETREE BISCAYNE 305-3720313 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 339.00 | 1,865.03 |
| 02/12/2019 | Expense | | W Panama | W HOTEL PANAMA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 690.80 | 2,555.83 |
| 02/12/2019 | Expense | | Doubletree Hotel | DOUBLETREE BISCAYNE 305-3720313 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 400.00 | 2,955.83 |
| 02/14/2019 | Expense | | Aloft Hotel | ALOFT HOUSTON 713-6227010 TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 312.39 | 3,268.22 |
| 02/16/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 254.30 | 3,522.52 |
| 02/17/2019 | Expense | | W Hotels | W HOTELS ATLANTA GA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 823.56 | 4,346.08 |
| 02/17/2019 | Expense | | W Hotels | W HOTELS 404-8926000 GA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 95.94 | 4,442.02 |
| 02/17/2019 | Expense | | W Hotels | W HOTELS 404-8926000 GA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 299.51 | 4,741.53 |
| 02/17/2019 | Expense | | W Hotels | W HOTELS ATLANTA GA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 442.54 | 5,184.07 |
| 02/18/2019 | Expense | | W Hotels | W HOTELS ATLANTA GA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,537.01 | 6,721.08 |
| 02/18/2019 | Expense | | Hotel Marriot | MARRIOTT CHICAGO NAPER NAPERVILLE IL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 264.36 | 6,985.44 |
| 02/18/2019 | Expense | | Indian and American Cafe | INDIAN AMERICAN CAFE HARRISONBURG VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 133.13 | 7,118.57 |
| 02/18/2019 | Expense | | Sheetz | SHEETZ | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 33.73 | 7,152.30 |
| 02/19/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 426.30 | 7,578.60 |
| 02/19/2019 | Expense | | W Hotels | W HOTELS 404-8926000 GA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 447.09 | 8,025.69 |
| 02/19/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,250.00 | 4,775.69 |
| 02/19/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 426.30 | 5,201.99 |
| 02/20/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | 2,201.99 |
| 02/20/2019 | Expense | | Hampton Inns | HAMPTON INN YORKVILLE IL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 157.70 | 2,359.69 |
| 02/20/2019 | Expense | | Starbucks | STARBUCKS 800-782-7282 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 100.00 | 2,459.69 |
| 02/21/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 300.30 | 2,759.99 |
| 02/21/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 1,020.10 | 3,780.09 |
| 02/21/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,000.00 | 1,780.09 |
| 02/24/2019 | Expense | | Hilton Garden Inn | HILTON HOTEL SHORT PUMP RICHMOND VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 176.75 | 1,956.84 |
| 02/24/2019 | Expense | | Hilton Garden Inn | HILTON HOTEL SHORT PUMP RICHMOND VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 176.75 | 2,133.59 |
| 02/24/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 870.85 | 3,004.44 |
| 02/24/2019 | Expense | | Hilton Garden Inn | HILTON HOTEL SHORT PUMP RICHMOND VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 157.49 | 3,161.93 |
| 02/24/2019 | Expense | | Hilton Garden Inn | HILTON HOTEL SHORT PUMP RICHMOND VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 157.49 | 3,319.42 |
| 02/25/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 195.30 | 3,514.72 |
| 02/26/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -2,500.00 | 1,014.72 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 03/01/2019 | Credit Card Credit | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | -109.95 | 904.77 |
| 03/01/2019 | Expense | | Courtyard By Marriott | COURTYARD MORGAN HILL MORGAN HILL CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 279.90 | 1,184.67 |
| 03/01/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 5.60 | 1,190.27 |
| 03/02/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 277.00 | 1,467.27 |
| 03/02/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 277.00 | 1,744.27 |
| 03/03/2019 | Credit Card Credit | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | -5.60 | 1,738.67 |
| 03/03/2019 | Expense | | W Seattle | W SEATTLE 206-2646000 WA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 16.25 | 1,754.92 |
| 03/03/2019 | Expense | | W Seattle | W SEATTLE 206-2646000 WA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 652.10 | 2,407.02 |
| 03/04/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 200.00 | 2,607.02 |
| 03/04/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 200.00 | 2,807.02 |
| 03/04/2019 | Expense | | Hilton Garden Inn | HILTON SAN DIEGO RESORT 619-2764010 CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 243.41 | 3,050.43 |
| 03/04/2019 | Expense | | Hilton Garden Inn | HILTON SAN DIEGO RESORT 619-2764010 CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 702.58 | 3,753.01 |
| 03/04/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MCLEAN VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 147.92 | 3,900.93 |
| 03/04/2019 | Expense | | Hilton Garden Inn | HILTON SAN DIEGO RESORT 619-2764010 CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 5.50 | 3,906.43 |
| 03/04/2019 | Expense | | Mr. J's Bagels | MR J'S BAGELS & DELI 1 HARRISONBURG VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 23.78 | 3,930.21 |
| 03/05/2019 | Expense | | | Withdrawal | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -3,500.00 | 430.21 |
| 03/05/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 541.30 | 971.51 |
| 03/05/2019 | Expense | | Hilton Garden Inn | HILTON SAN DIEGO RESORT 619-2764010 CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 292.98 | 1,264.49 |
| 03/05/2019 | Expense | | Hilton Garden Inn | HILTON SAN DIEGO RESORT 619-2764010 CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 538.12 | 1,802.61 |
| 03/05/2019 | Expense | | Hilton Garden Inn | HILTON SAN DIEGO RESORT 619-2764010 CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 250.00 | 2,052.61 |
| 03/06/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 629.30 | 2,681.91 |
| 03/08/2019 | Expense | | Chase EPay | E Pay | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -1,500.00 | 1,181.91 |
| 03/08/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 371.30 | 1,553.21 |
| 03/10/2019 | Credit Card Credit | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | -371.30 | 1,181.91 |
| 03/10/2019 | Expense | | Westin Hotels | WESTIN CHICAGO NORTHWEST ITASCA IL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 526.11 | 1,708.02 |
| 03/11/2019 | Expense | | Conrad Miami | CONRAD MIAMI 305-5036500 FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 1,328.29 | 3,036.31 |
| 03/11/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -4,000.00 | -963.69 |
| 03/11/2019 | Expense | | Conrad Miami | CONRAD MIAMI 305-5036500 FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 357.27 | -606.42 |
| 03/11/2019 | Expense | | Conrad Miami | CONRAD MIAMI 305-5036500 FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 15.26 | -591.16 |
| 03/11/2019 | Expense | | Conrad Miami | CONRAD MIAMI 305-5036500 FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 34.88 | -556.28 |
| 03/12/2019 | Expense | | Hilton Garden Inn | HILTON BUENA VISTA PAL 407-8272727 FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 986.47 | 430.19 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:RM- UNITED-CHASE | | | |
| 03/14/2019 | Credit Card Credit | | United Airlines | Offer:United Air (Non | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | -30.00 | 400.19 |
| 03/14/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 183.05 | 583.24 |
| 03/14/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,749.73 | -3,166.49 |
| 03/15/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | -6,166.49 |
| 03/16/2019 | Expense | | W San Francisco | W SAN FRANCISCO 415-7775300 CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 494.47 | -5,672.02 |
| 03/16/2019 | Expense | | W San Francisco | W SAN FRANCISCO 415-7775300 CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 269.57 | -5,402.45 |
| 03/18/2019 | Expense | | W San Francisco | W SAN FRANCISCO 415-7775300 CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 2,552.49 | -2,849.96 |
| 03/18/2019 | Expense | | Aloft Hotel | ALOFT 650-4435500 CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 214.66 | -2,635.30 |
| 03/19/2019 | Credit Card Credit | | W San Francisco | W SAN FRANCISCO SAN FRANCISCO CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | -739.78 | -3,375.08 |
| 03/20/2019 | Expense | | WALDORF ASTORIA ORLNORLANDO      FL | WALDORF ASTORIA ORLNDO 407-5973873 FL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 1,312.56 | -2,062.52 |
| 03/20/2019 | Expense | | WALDORF ASTORIA ORLNORLANDO      FL | WALDORF ASTORIA ORLNDO 407-5973873 FL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 250.00 | -1,812.52 |
| 03/22/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT- FLORENCE SC | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 474.86 | -1,337.66 |
| 03/23/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 455.30 | -882.36 |
| 03/23/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 164.05 | -718.31 |
| 03/23/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 200.00 | -518.31 |
| 03/24/2019 | Expense | | Hilton Garden Inn | HILTON LEXINGTON DWNTN LEXINGTON KY | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 302.95 | -215.36 |
| 03/25/2019 | Expense | | Chase EPay | E Pay | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,500.00 | -3,715.36 |
| 03/26/2019 | Expense | | Beverly Hills Luxury Hotel | FOUR SEASONS BEV WIL BEVERLY HILLS CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 276.28 | -3,439.08 |
| 03/27/2019 | Expense | | Trump International Hotel | TRUMP HTL LAS VEGAS LAS VEGAS NV | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 281.43 | -3,157.65 |
| 03/27/2019 | Expense | | Trump International Hotel | TRUMP HTL LAS VEGAS LAS VEGAS NV | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 140.37 | -3,017.28 |
| 03/28/2019 | Expense | | Trump International Hotel | TRUMP HTL LAS VEGAS LAS VEGAS NV | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 61.70 | -2,955.58 |
| 03/29/2019 | Expense | | Hotel Marriot | MARRIOTT HOUSTON AIRPT HOUSTON TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 331.11 | -2,624.47 |
| 03/29/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 300.30 | -2,324.17 |
| 03/30/2019 | Expense | | JetBlue | JETBLUE | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 1,168.30 | -1,155.87 |
| 03/31/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | -300.30 | -1,456.17 |
| 03/31/2019 | Expense | | Westin Hotels | WESTIN (WESTIN HOTELS) 713-9606524 TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 1,086.43 | -369.74 |
| 04/01/2019 | Expense | | Westin Hotels | WESTIN (WESTIN HOTELS) 713-9608100 TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 869.91 | 500.17 |
| 04/01/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,500.00 | -2,999.83 |
| 04/02/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,600.00 | -6,599.83 |
| 04/03/2019 | Expense | | Hyatt Hotels | HYATT PLACE EL SEGUNDO EL SEGUNDO CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 952.89 | -5,646.94 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 04/03/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,836.53 | -7,483.47 |
| 04/05/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 534.30 | -6,949.17 |
| 04/05/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 534.30 | -6,414.87 |
| 04/06/2019 | Expense | | W Hotels | W HOTELS 646-8268600 NY | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 751.91 | -5,662.96 |
| 04/06/2019 | Expense | | W Hotels | W HOTELS 646-8268600 NY | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 801.47 | -4,861.49 |
| 04/06/2019 | Expense | | W Hotels | W HOTELS 646-8268600 NY | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 872.76 | -3,988.73 |
| 04/07/2019 | Expense | | The Roosevelt New Orleans | WALDORF ROOSEVELT HOTL 504-6481200 LA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 611.60 | -3,377.13 |
| 04/09/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,447.63 | -5,824.76 |
| 04/10/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 722.30 | -5,102.46 |
| 04/10/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 200.00 | -4,902.46 |
| 04/11/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 76.00 | -4,826.46 |
| 04/11/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -292.00 | -5,118.46 |
| 04/11/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,611.60 | -7,730.06 |
| 04/11/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 1,658.30 | -6,071.76 |
| 04/12/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 254.30 | -5,817.46 |
| 04/12/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 254.30 | -5,563.16 |
| 04/12/2019 | Expense | | Hotel ICON, Autograph Collection | HOTEL ICON-AUTOGRAPH C HOUSTON TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 728.64 | -4,834.52 |
| 04/12/2019 | Expense | | Hotels.com | HOTELS.COM157777733692 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 884.83 | -3,949.69 |
| 04/12/2019 | Expense | | Hotels.com | HOTELS.COM157777764824 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 581.90 | -3,367.79 |
| 04/13/2019 | Expense | | Hotels.com | HOTELS.COM157808764307 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 376.44 | -2,991.35 |
| 04/13/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 473.70 | -2,517.65 |
| 04/13/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 473.70 | -2,043.95 |
| 04/14/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 527.00 | -1,516.95 |
| 04/14/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 200.00 | -1,316.95 |
| 04/14/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 66.00 | -1,250.95 |
| 04/15/2019 | Expense | | The Jeremy | THE JEREMY WEST HOLLYWOO CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 193.25 | -1,057.70 |
| 04/16/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | -4,057.70 |
| 04/16/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 596.00 | -3,461.70 |
| 04/17/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 200.00 | -3,261.70 |
| 04/17/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 269.00 | -2,992.70 |
| 04/17/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- | Travel:Air | 207.50 | -2,785.20 |

# Nexus Services Inc.

## Transaction Report

### January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|-----------------|-----|------|-----------------|---------|-------|--------|---------|
| 04/17/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 353.70 | -2,431.50 |
| 04/17/2019 | Expense | | JetBlue | JETBLUE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 994.42 | -1,437.08 |
| 04/17/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -2,500.00 | -3,937.08 |
| 04/18/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 840.30 | -3,096.78 |
| 04/18/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 652.30 | -2,444.48 |
| 04/18/2019 | Expense | | Doubletree Hotel | HARRISONBURG DOUBLETREE HARRISONBURG VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 614.62 | -1,829.86 |
| 04/19/2019 | Expense | | Homewood Suites | HOMEWOOD SUITES GLLRIA 770-9889449 GA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 147.53 | -1,682.33 |
| 04/19/2019 | Credit Card Credit | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | -25.00 | -1,707.33 |
| 04/19/2019 | Credit Card Credit | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | -45.00 | -1,752.33 |
| 04/19/2019 | Expense | | Los Pinos Café | RESTAURANTE LOS PINOS SAN JUAN | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 80.32 | -1,672.01 |
| 04/19/2019 | Expense | | JetBlue | JETBLUE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 1,023.60 | -648.41 |
| 04/19/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -2,474.66 | -3,123.07 |
| 04/19/2019 | Credit Card Credit | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | -815.30 | -3,938.37 |
| 04/20/2019 | Expense | | La Vendimia De Jose | LA VENDIMIA DE JOSE CAROLINA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 61.82 | -3,876.55 |
| 04/20/2019 | Expense | | Courtyard By Marriott | COURTYARD MARRIOTT MIRAM SAN JUAN | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 465.78 | -3,410.77 |
| 04/20/2019 | Expense | | Courtyard By Marriott | COURTYARD MARRIOTT MIRAM SAN JUAN | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 361.08 | -3,049.69 |
| 04/22/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -3,000.00 | -6,049.69 |
| 04/23/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -2,386.67 | -8,436.36 |
| 04/23/2019 | Expense | | JetBlue | JETBLUE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 246.70 | -8,189.66 |
| 04/23/2019 | Expense | | Starbucks | STARBUCKS EVENINGS MCO ORLANDO FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 11.24 | -8,178.42 |
| 04/24/2019 | Expense | | Hyatt Hotels | HYATT REGENCY ORLAND INT 8885886308 FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 726.92 | -7,451.50 |
| 04/25/2019 | Expense | | JetBlue | Jet Blue Gate Retail 312-2332363 VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 16.00 | -7,435.50 |
| 04/26/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -1,300.00 | -8,735.50 |
| 04/28/2019 | Expense | | Courtyard By Marriott | COURTYARD LA MARRIOTT CULVER CITY CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 972.83 | -7,762.67 |
| 04/28/2019 | Expense | | Grand Bohemian Hotel | BOHEMIAN CELEBRATION HOT 4075666000 FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 419.94 | -7,342.73 |
| 04/29/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -400.00 | -7,742.73 |
| 04/30/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -817.99 | -8,560.72 |
| 05/01/2019 | Expense | | The Ritz Carlton | THE RITZ CARLTON FT LA FT LAUDERDALE FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 551.43 | -8,009.29 |
| 05/01/2019 | Expense | | JetBlue | JETBLUE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 510.40 | -7,498.89 |
| 05/01/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -618.94 | -8,117.83 |
| 05/01/2019 | Credit Card | | JetBlue | JETBLUE | UNITED-CHASE Shareholder Loan | Travel:Air | -34.00 | -8,151.83 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| | Credit | | | | | - RM:RM-UNITED-CHASE | | |
| 05/01/2019 | Credit Card Credit | | JetBlue | JETBLUE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -37.00 | -8,188.83 |
| 05/03/2019 | Expense | | STK ORLANDO LAKE BUENA VISTA FL | STK ORLANDO LAKE BUENA VI FL | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding:Meeting | 627.07 | -7,561.76 |
| 05/03/2019 | Expense | | PIZZA NAPOLITANA | PIZZA NAPOLITANA PR LLC SAN JUAN | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 91.98 | -7,469.78 |
| 05/03/2019 | Expense | | Starbucks | STARBUCKS EVENINGS MCO ORLANDO FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 25.25 | -7,444.53 |
| 05/03/2019 | Expense | | Luis Muñoz Marín International Airport | SJU AIRPORT PARKING CAROLINA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.50 | -7,437.03 |
| 05/03/2019 | Expense | | Hyatt Hotels | HYATT REGENCY ORLAND INT ORLANDO FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 365.57 | -7,071.46 |
| 05/04/2019 | Expense | | Geico | GEICO *AUTO MACON DC | Shareholder Loan - RM:RM-UNITED-CHASE | Insurance | 5,409.60 | -1,661.86 |
| 05/04/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -874.60 | -2,536.46 |
| 05/05/2019 | Expense | | Margaritaville | MARGARITAVILLE CAROLINA | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding:Meeting | 117.96 | -2,418.50 |
| 05/05/2019 | Expense | | Hotel Marriot | MARRIOTT HOTELS SAN JU SAN JUAN | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 150.65 | -2,267.85 |
| 05/05/2019 | Expense | | Hotel Marriot | MARRIOTT HOTELS SAN JU SAN JUAN | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,139.94 | -1,127.91 |
| 05/05/2019 | Expense | | Hotel Marriot | MARRIOTT HOTELS SAN JU SAN JUAN | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,843.72 | 715.81 |
| 05/05/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -874.60 | -158.79 |
| 05/06/2019 | Expense | | JetBlue | JetBlue Gate Retail 312-2332363 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 8.00 | -150.79 |
| 05/06/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -5,017.80 | -5,168.59 |
| 05/07/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -600.00 | -5,768.59 |
| 05/07/2019 | Expense | | Cook Out | COOK OUT HARRISONBURG HARRISONBURG VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 18.19 | -5,750.40 |
| 05/07/2019 | Expense | | Regus.COM | REGUS.COM LUXEMBOURG | Shareholder Loan - RM:RM-UNITED-CHASE | Rent | 60.04 | -5,690.36 |
| 05/07/2019 | Expense | | Regus.COM | REGUS.COM LUXEMBOURG | Shareholder Loan - RM:RM-UNITED-CHASE | Rent | 200.78 | -5,489.58 |
| 05/09/2019 | Expense | | JetBlue | JETBLUE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 887.10 | -4,602.48 |
| 05/09/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,667.77 | -7,270.25 |
| 05/09/2019 | Expense | | Ampco Parking Station | AMPCO PARKING WEST HOLLYW 323-7853567 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 1,800.00 | -5,470.25 |
| 05/09/2019 | Expense | | Reston Limousine | RESTON LIMOUSINE 703-478-0500 VT | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Car Rental | 1,022.75 | -4,447.50 |
| 05/10/2019 | Expense | | JetBlue | JETBLUE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 103.00 | -4,344.50 |
| 05/10/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -279.01 | -4,623.51 |
| 05/12/2019 | Expense | | Avenue of the Arts Costa Mesa | AVENUE OF THE ARTS COSTA MESA CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 6.00 | -4,617.51 |
| 05/12/2019 | Expense | | Avenue of the Arts Costa Mesa | AVENUE OF THE ARTS COSTA MESA CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 500.61 | -4,116.90 |
| 05/12/2019 | Expense | | Avenue of the Arts Costa Mesa | AVENUE OF THE ARTS COSTA MESA CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 732.91 | -3,383.99 |
| 05/13/2019 | Expense | | Hilton Garden Inn | HILTON CONRAD 954-4142605 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 58.85 | -3,325.14 |
| 05/13/2019 | Expense | | Hilton Garden Inn | HILTON CONRAD 954-4142605 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 988.93 | -2,336.21 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 05/13/2019 | Expense | | GYU-KAKU JAPANESE BBQ | GYU-KAKU ORLANDO ORLANDO FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 266.06 | -2,070.15 |
| 05/14/2019 | Expense | | Disney Land | DISNEY EC PARKING LAKE BUENA VI FL | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 20.00 | -2,050.15 |
| 05/14/2019 | Expense | | Chef Mickey's | CHEF MICKEY'S LAKE BUENA VI FL | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 310.87 | -1,739.28 |
| 05/14/2019 | Expense | | Domino's Pizza | 4200 Dominos Pizza 540-932-0000 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 45.06 | -1,694.22 |
| 05/15/2019 | Expense | | Domino's Pizza | 4200 Dominos Pizza 540-932-0000 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 45.34 | -1,648.88 |
| 05/16/2019 | Expense | | Hotel Marriot | MARRIOTT IMPERIAL PALM ORLANDO FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 353.26 | -1,295.62 |
| 05/17/2019 | Expense | | Hotel Marriot | MARRIOTT TAMPA AIRPORT TAMPA FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 299.64 | -995.98 |
| 05/17/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -6,787.48 | -7,783.46 |
| 05/17/2019 | Expense | | Hotel Marriot | MARRIOTT TAMPA AIRPORT TAMPA FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 299.64 | -7,483.82 |
| 05/18/2019 | Expense | | Westin Hotels | WESTIN (WESTIN HOTELS) 713-9608100 TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 469.44 | -7,014.38 |
| 05/18/2019 | Expense | | George Bush Intercontinental Airport | IAH CS-FORNO MAGICO HOUSTON TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 37.83 | -6,976.55 |
| 05/21/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,459.81 | -8,436.36 |
| 05/21/2019 | Expense | | Renaissance Hotel | Renaissance Paris Arc de Paris | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 604.76 | -7,831.60 |
| 05/21/2019 | Expense | | Renaissance Hotel | Renaissance Paris Arc de Paris | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 644.17 | -7,187.43 |
| 05/23/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,248.93 | -8,436.36 |
| 05/24/2019 | Expense | | Hilton Garden Inn | HILTON HOTELS LONDON W2 | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 2,218.77 | -6,217.59 |
| 05/24/2019 | Expense | | Hilton Garden Inn | HILTON HOTELS LONDON W2 | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 951.21 | -5,266.38 |
| 05/28/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,169.98 | -8,436.36 |
| 05/30/2019 | Expense | | Domino's Pizza | DOMINO'S 4200 540-932-0000 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 138.07 | -8,298.29 |
| 05/31/2019 | Expense | | Taxi Newark.com | TAXI-NEWARK.COM 2 NEW HYDE PARK NY | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 103.00 | -8,195.29 |
| 06/01/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -138.07 | -8,333.36 |
| 06/03/2019 | Expense | | W Hotels | W HOTELS NEW YORK NY | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 2,009.60 | -6,323.76 |
| 06/03/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -103.00 | -6,426.76 |
| 06/03/2019 | Expense | | W Hotels | W HOTELS 212-2539119 NY | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 133.92 | -6,292.84 |
| 06/04/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,500.00 | -9,792.84 |
| 06/04/2019 | Expense | | W Hotels | W HOTELS 212-2539119 NY | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,459.81 | -8,333.03 |
| 06/04/2019 | Expense | | Hyatt Hotels | HYATT CENTRIC ARLINGTON ARLINGTON VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 937.30 | -7,395.73 |
| 06/04/2019 | Expense | | Hyatt Hotels | HYATT CENTRIC ARLINGTON ARLINGTON VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 814.80 | -6,580.93 |
| 06/06/2019 | Expense | | Newport News Circuit Court | NEWPORT NEWS CIRCUIT COUR 757-9268346 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Utilities | 835.78 | -5,745.15 |
| 06/06/2019 | Expense | | York County Circuit Court | YORK CO POQUOSON CIRCUIT 757-8983361 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Legal Fees | 977.60 | -4,767.55 |
| 06/06/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -103.33 | -4,870.88 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 06/06/2019 | Expense | | Augusta County Circuit Court | AUGUSTA COUNTY CIRCUIT CO 540-2455321 VA | Shareholder Loan - RM:RM- UNITED-CHASE | Legal Fees | 804.64 | -4,066.24 |
| 06/06/2019 | Expense | | Hotels.com | HOTELS.COM159573712839 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 248.01 | -3,818.23 |
| 06/06/2019 | Expense | | Hotels.com | HOTELS.COM159586268719 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 473.38 | -3,344.85 |
| 06/07/2019 | Expense | | Hotels.com | HOTELS.COM159593102584 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 304.63 | -3,040.22 |
| 06/07/2019 | Expense | | Hotels.com | HOTELS.COM159623463414 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 339.11 | -2,701.11 |
| 06/07/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,752.10 | -4,453.21 |
| 06/08/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 448.30 | -4,004.91 |
| 06/08/2019 | Expense | | Hotels.com | HOTELS.COM159628941436 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 339.11 | -3,665.80 |
| 06/08/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 448.30 | -3,217.50 |
| 06/08/2019 | Expense | | Hotels.com | HOTELS.COM159629025130 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 678.22 | -2,539.28 |
| 06/08/2019 | Expense | | Domino's Pizza | 4200 Dominos Pizza 540-932-0000 VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 33.28 | -2,506.00 |
| 06/08/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,644.04 | -6,150.04 |
| 06/08/2019 | Expense | | Westin Hotels | WESTIN ARLINGTON GATEWAY ARLINGTON VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 1,503.81 | -4,646.23 |
| 06/09/2019 | Expense | | Mandarin Oriental Hotel | MANDARIN ORIENTL WASH WASHINGTON DC | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 2,062.43 | -2,583.80 |
| 06/09/2019 | Expense | | Hilton Garden Inn | HILTON GARDEN INN 202-4084870 DC | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 466.74 | -2,117.06 |
| 06/10/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,860.25 | -4,977.31 |
| 06/11/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -929.88 | -5,907.19 |
| 06/12/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,529.17 | -8,436.36 |
| 06/12/2019 | Expense | | Valley Credit Service - VCS | | Shareholder Loan - RM:RM- UNITED-CHASE | Office Expenses | 814.08 | -7,622.28 |
| 06/12/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 22.00 | -7,600.28 |
| 06/12/2019 | Expense | | Domino's Pizza | DOMINO'S 4200 540-932-0000 VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 83.86 | -7,516.42 |
| 06/12/2019 | Expense | | Golden Corral | GOLDEN CORRAL 0802 HARRISONBURG VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 39.01 | -7,477.41 |
| 06/12/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 254.30 | -7,223.11 |
| 06/13/2019 | Expense | | Waffle Inn | WAFFLE INN INC VERONA VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 81.90 | -7,141.21 |
| 06/13/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 981.30 | -6,159.91 |
| 06/14/2019 | Expense | | Hotels.com | HOTELS.COM159861100120 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 478.52 | -5,681.39 |
| 06/14/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -936.95 | -6,618.34 |
| 06/15/2019 | Expense | | Hotels.com | HOTELS.COM159895755258 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 960.79 | -5,657.55 |
| 06/15/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 832.30 | -4,825.25 |
| 06/15/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 832.30 | -3,992.95 |
| 06/15/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 2.45 | -3,990.50 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:RM- UNITED-CHASE | | | |
| 06/15/2019 | Expense | | Renaissance Hotel | RENAISSANCE SCHAUMBURG CHICAGO IL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 632.83 | -3,357.67 |
| 06/15/2019 | Expense | | Renaissance Hotel | | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 212.75 | -3,144.92 |
| 06/15/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 68.00 | -3,076.92 |
| 06/15/2019 | Expense | | United Airlines | HOTELS.COM159861100120 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 827.85 | -2,249.07 |
| 06/16/2019 | Expense | | Cibo Express | CIBO EXPRESS CN1 HOUSTON TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 7.12 | -2,241.95 |
| 06/17/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | -832.30 | -3,074.25 |
| 06/17/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 200.00 | -2,874.25 |
| 06/17/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 308.00 | -2,566.25 |
| 06/17/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | -832.30 | -3,398.55 |
| 06/18/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,500.00 | -5,898.55 |
| 06/18/2019 | Expense | | Westin Hotels | WESTIN (WESTIN HOTELS) 425-7099000 WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 10.12 | -5,888.43 |
| 06/18/2019 | Expense | | Westin Hotels | WESTIN (WESTIN HOTELS) 425-7099000 WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 1,233.01 | -4,655.42 |
| 06/19/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,500.00 | -7,155.42 |
| 06/19/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT- TUKWILA WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 315.59 | -6,839.83 |
| 06/19/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 498.00 | -6,341.83 |
| 06/20/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,280.94 | -7,622.77 |
| 06/20/2019 | Expense | | Hotels.com | HOTELS.COM160071007436 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 967.68 | -6,655.09 |
| 06/20/2019 | Expense | | JetBlue | JETBLUE | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 848.30 | -5,806.79 |
| 06/20/2019 | Expense | | Hotels.com | HOTELS.COM160076468707 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 283.25 | -5,523.54 |
| 06/20/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 596.30 | -4,927.24 |
| 06/20/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 596.30 | -4,330.94 |
| 06/20/2019 | Expense | | Hotels.com | HOTELS.COM160068250488 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 325.38 | -4,005.56 |
| 06/20/2019 | Expense | | Hotels.com | HOTELS.COM160076107293 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 608.63 | -3,396.93 |
| 06/21/2019 | Expense | | Imperial Buffet | | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 243.35 | -3,153.58 |
| 06/21/2019 | Expense | | Hilton Garden Inn | HILTON JACK RABBIT PORTLAND OR | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 103.00 | -3,050.58 |
| 06/21/2019 | Expense | | YUME E HOUSTON TX | YUME E HOUSTON TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 80.67 | -2,969.91 |
| 06/21/2019 | Expense | | YUME E HOUSTON TX | YUME E HOUSTON TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 29.04 | -2,940.87 |
| 06/21/2019 | Expense | | YUME E HOUSTON TX | | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 26.51 | -2,914.36 |
| 06/21/2019 | Expense | | Hotels.com | HOTELS.COM160088800862 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 336.72 | -2,577.64 |
| 06/21/2019 | Expense | | YUME E HOUSTON TX | YUME E HOUSTON TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 11.99 | -2,565.65 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 06/21/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | -498.00 | -3,063.65 |
| 06/21/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -315.59 | -3,379.24 |
| 06/21/2019 | Expense | | Hotels.com | HOTELS.COM160088800862 HOTELS.COM WA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 1,224.10 | -2,155.14 |
| 06/21/2019 | Expense | | YUME E HOUSTON TX | YUME E HOUSTON TX | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 21.46 | -2,133.68 |
| 06/22/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | -596.30 | -2,729.98 |
| 06/22/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | -596.30 | -3,326.28 |
| 06/22/2019 | Expense | | Hotels.com | HOTELS.COM160143635359 HOTELS.COM WA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 1,393.75 | -1,932.53 |
| 06/22/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 825.30 | -1,107.23 |
| 06/22/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 596.30 | -510.93 |
| 06/22/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 72.00 | -438.93 |
| 06/22/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 455.30 | 16.37 |
| 06/22/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 455.30 | 471.67 |
| 06/22/2019 | Expense | | Hotels.com | HOTELS.COM160127018427 HOTELS.COM WA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 356.16 | 827.83 |
| 06/22/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 315.30 | 1,143.13 |
| 06/22/2019 | Expense | | Hotels.com | HOTELS.COM160140239707 HOTELS.COM WA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 566.52 | 1,709.65 |
| 06/23/2019 | Expense | | THE NINES HOTEL | THE NINE PORTLAND PORTLAND OR | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 1,248.06 | 2,957.71 |
| 06/24/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | -72.00 | 2,885.71 |
| 06/24/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -4,000.00 | -1,114.29 |
| 06/24/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 703.60 | -410.69 |
| 06/24/2019 | Expense | | The Hudson Apartments | HUDSON ST1418 RICHMOND VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 31.58 | -379.11 |
| 06/24/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 92.00 | -287.11 |
| 06/24/2019 | Expense | | Domino's Pizza | DOMINO'S 4200 540-932-0000 VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 86.29 | -200.82 |
| 06/24/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 684.90 | 484.08 |
| 06/25/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -4,500.00 | -4,015.92 |
| 06/25/2019 | Expense | | THE NINES HOTEL | THE NINE PORTLAND PORTLAND OR | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 30.68 | -3,985.24 |
| 06/25/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 389.00 | -3,596.24 |
| 06/26/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | -92.00 | -3,688.24 |
| 06/26/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | -389.00 | -4,077.24 |
| 06/26/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | -684.90 | -4,762.14 |
| 06/26/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -5,000.00 | -9,762.14 |
| 06/26/2019 | Expense | | Hotels.com | HOTELSCOM160268148406 HOTELS.COM WA | Shareholder Loan - RM-RM- | Travel:Hotels | 206.08 | -9,556.06 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 06/26/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | 683.60 | -8,872.46 |
| 06/26/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | 471.00 | -8,401.46 |
| 06/26/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | 471.00 | -7,930.46 |
| 06/26/2019 | Expense | | United Airlines | UAL*SUBS | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | 1,000.00 | -6,930.46 |
| 06/27/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -46.20 | -6,976.66 |
| 06/27/2019 | Expense | | Hilton Garden Inn | HILTON PARC 55 S FRAN 415-3928000 CA | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Hotels | 1,296.09 | -5,680.57 |
| 06/27/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | 629.30 | -5,051.27 |
| 06/27/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | 785.60 | -4,265.67 |
| 06/27/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | 785.60 | -3,480.07 |
| 06/27/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | 785.60 | -2,694.47 |
| 06/28/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | -683.60 | -3,378.07 |
| 06/28/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -3,500.00 | -6,878.07 |
| 06/28/2019 | Expense | | Hilton Garden Inn | HILTON SAN DIEGO RESORT 619-2764010 CA | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Hotels | 11.00 | -6,867.07 |
| 06/28/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | 713.60 | -6,153.47 |
| 06/28/2019 | Expense | | Hilton Garden Inn | HILTON SAN DIEGO RESORT 619-2764010 CA | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Hotels | 640.06 | -5,513.41 |
| 06/28/2019 | Expense | | Hotel Marriot | MARRIOTT WAIKIKI BCH R HONOLULU HI | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Hotels | 1,147.88 | -4,365.53 |
| 06/29/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | -785.60 | -5,151.13 |
| 06/29/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | -785.60 | -5,936.73 |
| 06/29/2019 | Expense | | Hale Koa Hotel Parking Lot | HALEK PARKING GARAGE HONOLULU HI | Shareholder Loan - RM:RM- | UNITED-CHASE Travel | 8.00 | -5,928.73 |
| 06/29/2019 | Expense | | Hale Koa Hotel Parking Lot | HALEK PARKING GARAGE HONOLULU HI | Shareholder Loan - RM:RM- | UNITED-CHASE Travel | 8.00 | -5,920.73 |
| 06/29/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | -785.60 | -6,706.33 |
| 06/30/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -4,070.83 | -10,777.16 |
| 06/30/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | 23.00 | -10,754.16 |
| 06/30/2019 | Expense | | Hotel Marriot | MARRIOTT WAIKIKI BCH R HONOLULU HI | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Hotels | 1,581.51 | -9,172.65 |
| 07/01/2019 | Expense | | Dulles Greenway | DULLES GREENWAY | Shareholder Loan - RM:RM- | UNITED-CHASE Travel | 4.75 | -9,167.90 |
| 07/03/2019 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Gas | 33.10 | -9,134.80 |
| 07/03/2019 | Expense | | Courtyard By Marriott | COURTYARD HARRISONBURG HARRISONBURG VA | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Hotels | 137.39 | -8,997.41 |
| 07/05/2019 | Expense | | Hotels.com | HOTELSCOM160641852762 HOTELS.COM W | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Hotels | 603.68 | -8,393.73 |
| 07/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | 83.00 | -8,310.73 |
| 07/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | 83.00 | -8,227.73 |
| 07/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- | UNITED-CHASE Travel:Air | 24.00 | -8,203.73 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM/RM-UNITED-CHASE | | | |
| 07/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 200.00 | -8,003.73 |
| 07/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 474.00 | -7,529.73 |
| 07/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 14.00 | -7,515.73 |
| 07/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 785.30 | -6,730.43 |
| 07/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 474.00 | -6,256.43 |
| 07/07/2019 | Expense | | Bistro Atelier | BISTRO ATELIER DULLES DC | Shareholder Loan - RM/RM-UNITED-CHASE | Travel Meals | 26.95 | -6,229.48 |
| 07/07/2019 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Gas | 15.79 | -6,213.69 |
| 07/07/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | -55.40 | -6,269.09 |
| 07/07/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 262.30 | -6,006.79 |
| 07/07/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 262.30 | -5,744.49 |
| 07/07/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 262.30 | -5,482.19 |
| 07/07/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 57.60 | -5,424.59 |
| 07/07/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 49.00 | -5,375.59 |
| 07/07/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 49.00 | -5,326.59 |
| 07/07/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 46.00 | -5,280.59 |
| 07/08/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM/RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -42.63 | -5,323.22 |
| 07/08/2019 | Expense | | Hotels.com | HOTELSCOM160739817725 HOTELS.COM WA | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Hotels | 994.03 | -4,329.19 |
| 07/08/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 150.00 | -4,179.19 |
| 07/08/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 150.00 | -4,029.19 |
| 07/08/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 27.00 | -4,002.19 |
| 07/08/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 75.00 | -3,927.19 |
| 07/08/2019 | Expense | | Sbarro | SBARRO 939 AURORA CO | Shareholder Loan - RM/RM-UNITED-CHASE | Travel Meals | 29.45 | -3,897.74 |
| 07/08/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 27.00 | -3,870.74 |
| 07/08/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 27.00 | -3,843.74 |
| 07/08/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | 75.00 | -3,768.74 |
| 07/09/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | -46.00 | -3,814.74 |
| 07/09/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | -49.00 | -3,863.74 |
| 07/09/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM/RM-UNITED-CHASE | Travel:Air | -49.00 | -3,912.74 |
| 07/09/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM/RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,194.90 | -6,107.64 |
| 07/09/2019 | Expense | | Destination XL | DESTINATION XL #9864 AURORA CO | Shareholder Loan - RM/RM-UNITED-CHASE | Uniforms | 512.36 | -5,595.28 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 07/09/2019 | Expense | | Fat Burger | FATBURGER AURORA CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 95.09 | -5,500.19 |
| 07/09/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 492.30 | -5,007.89 |
| 07/09/2019 | Expense | | Hotels.com | HOTELSCOM160776249992 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 437.63 | -4,570.26 |
| 07/09/2019 | Expense | | Hotels.com | HOTELSCOM160776275028 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 302.62 | -4,267.64 |
| 07/09/2019 | Expense | | Mark Anthony Flowers | MARK ANTHONY FLOWERS - MO AURORA CO | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 162.00 | -4,105.64 |
| 07/09/2019 | Expense | | Casa Bonita | CASA BONITA 361 DENVER CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 119.34 | -3,986.30 |
| 07/09/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 492.30 | -3,494.00 |
| 07/10/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,912.27 | -5,406.27 |
| 07/10/2019 | Expense | | The Ritz Carlton | THE RITZ-CARLTON DENVE DENVER CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 6.48 | -5,399.79 |
| 07/10/2019 | Expense | | The Ritz Carlton | THE RITZ-CARLTON DENVE DENVER CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,504.41 | -3,895.38 |
| 07/11/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -492.30 | -4,387.68 |
| 07/11/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -492.30 | -4,879.98 |
| 07/11/2019 | Expense | | Hilton Garden Inn | HILTON CONRAD 954-4142605 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 3,961.73 | -918.25 |
| 07/11/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 834.30 | -83.95 |
| 07/11/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 834.30 | 750.35 |
| 07/11/2019 | Expense | | Employment Security Dept | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 575.30 | 1,325.65 |
| 07/11/2019 | Expense | | Panera Bread | PANERA BREAD #202447 P AURORA CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 74.65 | 1,400.30 |
| 07/11/2019 | Expense | | Employment Security Dept | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Payroll Taxes:ER SUI Expense | 575.30 | 1,975.60 |
| 07/11/2019 | Expense | | Hotels.com | HOTELSCOM160869314191 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 437.63 | 2,413.23 |
| 07/11/2019 | Expense | | Hotels.com | HOTELSCOM160870119587 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 302.62 | 2,715.85 |
| 07/11/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 89.00 | 2,804.85 |
| 07/11/2019 | Expense | | Employment Security Dept | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 89.00 | 2,893.85 |
| 07/11/2019 | Expense | | Employment Security Dept | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 85.00 | 2,978.85 |
| 07/11/2019 | Expense | | Employment Security Dept | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 575.30 | 3,554.15 |
| 07/12/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,030.09 | 524.06 |
| 07/12/2019 | Expense | | Courtyard By Marriott | COURTYARD DENVER S ENGLEWOOD CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 343.35 | 867.41 |
| 07/12/2019 | Expense | | Starbucks | STARBUCKS 800-782-7282 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 100.00 | 967.41 |
| 07/12/2019 | Expense | | Hilton Garden Inn | HILTON CONRAD 954-4142605 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 104.86 | 1,072.27 |
| 07/12/2019 | Expense | | Courtyard By Marriott | COURTYARD DENVER S ENGLEWOOD CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 340.20 | 1,412.47 |
| 07/13/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 469.50 | 1,881.97 |
| 07/13/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 469.50 | 2,351.47 |

# Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 07/14/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | -469.50 | 1,881.97 |
| 07/14/2019 | Expense | | The Old Spaghetti Factory | OLD SPAGHETTI FACTORY 43 WESTMINSTER CO | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 253.56 | 2,135.53 |
| 07/14/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,251.14 | -115.61 |
| 07/15/2019 | Expense | | Hotels.com | HOTELSCOM(posorn) HOTELS.COM WA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 811.37 | 695.76 |
| 07/15/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 820.90 | 1,516.66 |
| 07/16/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,500.00 | -983.34 |
| 07/16/2019 | Expense | | Hotels.com | HOTELSCOM(posorn) HOTELS.COM WA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 707.20 | -276.14 |
| 07/16/2019 | Expense | | Denver Airport | EXPRESS MARKET CON B DENVER CO | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 13.88 | -262.26 |
| 07/16/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 376.30 | 114.04 |
| 07/16/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 200.00 | 314.04 |
| 07/16/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 376.30 | 690.34 |
| 07/17/2019 | Expense | | Pala | PALA CN4 HOUSTON TX | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 48.31 | 738.65 |
| 07/17/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,500.00 | -761.35 |
| 07/19/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,500.00 | -4,261.35 |
| 07/19/2019 | Expense | | Metro Parking | METRO 055-SMITHSONIAN S WASHINGTON DC | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 22.00 | -4,239.35 |
| 07/19/2019 | Expense | | W Fort Lauderdale | W FT LAUDERDALE 954-4148210 FL | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 45.10 | -4,194.25 |
| 07/19/2019 | Expense | | Hotel W Fort Lauderdale | W FT LAUDERDALE FT LAUDERDALE FL | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 1,855.62 | -2,338.63 |
| 07/20/2019 | Expense | | BLT Steak | BLT STEAK DC WASHINGTON DC | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 781.90 | -1,556.73 |
| 07/20/2019 | Expense | | Hotel Marriot | MARRIOTT SUITES WA DUL HERNDON VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 398.11 | -1,158.62 |
| 07/20/2019 | Expense | | Mandarin Oriental Hotel | | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 396.59 | -762.03 |
| 07/20/2019 | Expense | | Big Bowl Restaurant | BIG BOWL RESTON RESTON VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 90.16 | -671.87 |
| 07/20/2019 | Expense | | Mandarin Oriental Hotel | MANDARIN ORIENTL WASH WASHINGTON DC | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 334.99 | -336.88 |
| 07/20/2019 | Expense | | Hotel Marriot | MARRIOTT SUITES WA DUL HERNDON VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 289.04 | -47.84 |
| 07/20/2019 | Expense | | Mandarin Oriental Hotel | MANDARIN ORIENTL WASH WASHINGTON DC | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 357.44 | 309.60 |
| 07/21/2019 | Expense | | Mandarin Oriental Hotel | MANDARIN ORIENTL WASH WASHINGTON DC | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 759.38 | 1,068.98 |
| 07/21/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 629.30 | 1,698.28 |
| 07/21/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 629.30 | 2,327.58 |
| 07/21/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 627.00 | 2,954.58 |
| 07/21/2019 | Expense | | Hotels.com | HOTELSCOM8112213504783 HOTELS.COM WA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 158.84 | 3,113.42 |
| 07/21/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 97.00 | 3,210.42 |
| 07/21/2019 | Expense | | Social media | SOCIALMEDIAHEARTCOM HORSENS | Shareholder Loan | Marketing | 59.95 | 3,270.37 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:RM-UNITED-CHASE | | | |
| 07/21/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 55.00 | 3,325.37 |
| 07/21/2019 | Expense | | Mandarin Oriental Hotel | MANDARIN ORIENTL WASH WASHINGTON DC | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 33.00 | 3,358.37 |
| 07/21/2019 | Expense | | Mandarin Oriental Hotel | MANDARIN ORIENTL WASH WASHINGTON DC | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 0.85 | 3,359.22 |
| 07/22/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | 359.22 |
| 07/22/2019 | Expense | | Doubletree Hotel | HARRISONBURG DOUBLETREE HARRISONBURG VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 745.57 | 1,104.79 |
| 07/22/2019 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 40.28 | 1,145.07 |
| 07/23/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,500.00 | -1,354.93 |
| 07/24/2019 | Expense | | Alto Grande Caffe Bar | | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 200.71 | -1,154.22 |
| 07/25/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 587.00 | -567.22 |
| 07/25/2019 | Expense | | The Rooftop Grill | MONTAGE BEVERLY HILLS 3108607828 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 127.46 | -439.76 |
| 07/25/2019 | Expense | | The Rooftop Grill | MONTAGE BEVERLY HILLS 3108607828 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 15.00 | -424.76 |
| 07/25/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 29.00 | -395.76 |
| 07/25/2019 | Expense | | Montage Beverly Hills Hotel | | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 119.65 | -276.11 |
| 07/26/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -4,000.00 | -4,276.11 |
| 07/26/2019 | Expense | | Bella Luna Bistro | BELLA LUNA BISTRO MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 96.00 | -4,180.11 |
| 07/26/2019 | Expense | | Circle K | CIRCLE K CHOWCHILLA CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 33.79 | -4,146.32 |
| 07/28/2019 | Expense | | The Ritz Carlton | THE RITZ CARLTON SAN F SAN FRANCISCO CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 876.99 | -3,269.33 |
| 07/28/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 250.00 | -3,019.33 |
| 07/28/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 379.50 | -2,639.83 |
| 07/28/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 428.74 | -2,211.09 |
| 07/28/2019 | Expense | | The Ritz Carlton | THE RITZ CARLTON SAN F SAN FRANCISCO CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 505.57 | -1,705.52 |
| 07/29/2019 | Expense | | The Fort | THE FORT LLC MORRISON CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 123.53 | -1,581.99 |
| 07/29/2019 | Expense | | Benihana | BENIHANA DENVER DENVER CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 555.32 | -1,026.67 |
| 07/30/2019 | Expense | | The Fort | THE FORT LLC MORRISON CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 376.00 | -650.67 |
| 07/30/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,500.00 | -3,150.67 |
| 07/30/2019 | Expense | | Park Meadows | #74 BRIO PARK MEADOWS LONETREE CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 108.65 | -3,042.02 |
| 07/30/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 49.56 | -2,992.46 |
| 07/30/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 12.39 | -2,980.07 |
| 07/31/2019 | Expense | | Courtyard By Marriott | COURTYARD DENVER S ENGLEWOOD CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 407.30 | -2,572.77 |
| 07/31/2019 | Expense | | Courtyard By Marriott | COURTYARD DENVER S ENGLEWOOD CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 404.25 | -2,168.52 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 07/31/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 5.00 | -2,163.52 |
| 08/01/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 9.67 | -2,153.85 |
| 08/02/2019 | Expense | | Starbucks | STARBUCKS COFFEE RAMBLA BARCELONA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 39.17 | -2,114.68 |
| 08/02/2019 | Expense | | Josep Tarradellas Barcelona | EURODIVISAS EL PRAT BCN PRAT DE LLOBR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 1,304.43 | -810.25 |
| 08/02/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,000.00 | -2,810.25 |
| 08/03/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 456.85 | -2,353.40 |
| 08/04/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -55.55 | -2,408.95 |
| 08/04/2019 | Expense | | Le Meridien Barcelona | Le Meridien Barcelona Madrid | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,846.59 | -562.36 |
| 08/04/2019 | Expense | | | TRANSACTION FEE | Shareholder Loan - RM:RM-UNITED-CHASE | Bank Charges | 65.22 | -497.14 |
| 08/05/2019 | Expense | | Southwest Airlines | JALAPENO SOUTHWEST GRI 540-4332469 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 53.38 | -443.76 |
| 08/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 435.30 | -8.46 |
| 08/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 506.30 | 497.84 |
| 08/06/2019 | Expense | | Hotels.com | HOTELSCOM8097327116923 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,048.87 | 1,546.71 |
| 08/06/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -118.00 | 1,428.71 |
| 08/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 435.30 | 1,864.01 |
| 08/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 15.00 | 1,879.01 |
| 08/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 23.00 | 1,902.01 |
| 08/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 46.00 | 1,948.01 |
| 08/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 49.00 | 1,997.01 |
| 08/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 346.00 | 2,343.01 |
| 08/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 291.00 | 2,634.01 |
| 08/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 291.00 | 2,925.01 |
| 08/06/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 200.00 | 3,125.01 |
| 08/07/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -49.00 | 3,076.01 |
| 08/07/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -46.00 | 3,030.01 |
| 08/07/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -23.00 | 3,007.01 |
| 08/07/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -15.00 | 2,992.01 |
| 08/07/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 406.00 | 3,398.01 |
| 08/08/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 68.37 | 3,466.38 |
| 08/08/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 33.50 | 3,499.88 |
| 08/08/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM- | Travel:Taxi | 17.04 | 3,516.92 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 08/08/2019 | Credit Card Credit | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | -291.00 | 3,225.92 |
| 08/08/2019 | Credit Card Credit | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | -291.00 | 2,934.92 |
| 08/08/2019 | Credit Card Credit | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | -435.30 | 2,499.62 |
| 08/08/2019 | Credit Card Credit | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | -435.30 | 2,064.32 |
| 08/08/2019 | Credit Card Credit | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | -506.30 | 1,558.02 |
| 08/08/2019 | Expense | | Saddle Ranch Chop House | SADDLE RANCH CHOP HOUSE W. HOLLYWOOD CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 398.55 | 1,956.57 |
| 08/08/2019 | Expense | | Hyatt Hotels | HYATT HOUSE STERLING/DU STERLING VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 187.38 | 2,143.95 |
| 08/09/2019 | Expense | | Ajisen Ramen | AJISEN RAMEN LOS ANGELES CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 44.06 | 2,188.01 |
| 08/09/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 629.30 | 2,817.31 |
| 08/09/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -4,226.96 | -1,409.65 |
| 08/11/2019 | Expense | | Sunset Marquis | SUNSET MARQUIS HOTEL W. HOLLYWOOD CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 273.23 | -1,136.42 |
| 08/14/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 30.00 | -1,106.42 |
| 08/15/2019 | Expense | | Best Buy | BESTBUYCOM805638115655 888-BESTBUY MN | UNITED-CHASE Shareholder Loan - RM:RM- | Employee:Teambuilding/Meeting | 423.99 | -682.43 |
| 08/15/2019 | Expense | | Hotels.com | HOTELSCOM8074437305842 HOTELS.COM WA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 1,067.24 | 384.81 |
| 08/16/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 5.60 | 390.41 |
| 08/16/2019 | Expense | | Hyatt Hotels | HYATT REGENCY SAN FRANCI 8885884384 CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 461.84 | 852.25 |
| 08/16/2019 | Expense | | Long Beach Yellow Cagardena | YELLOW CAB SF SAN FRANCISCO CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Taxi | 10.35 | 862.60 |
| 08/17/2019 | Expense | | The Original Mexican Restaurant | THE PUB AT GHIRARDELLI SAN FRANCISCO CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 154.34 | 1,016.94 |
| 08/17/2019 | Expense | | EPIC Steak | EPIC STEAK SAN FRANCISCO CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 326.65 | 1,343.59 |
| 08/17/2019 | Expense | | GoCar Rentals Inc | GO CAR RENTALS INC SAN FRANCISCO CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Car Rental | 152.10 | 1,495.69 |
| 08/17/2019 | Expense | | GoCar Rentals Inc | GO CAR RENTALS INC SAN FRANCISCO CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Car Rental | 152.10 | 1,647.79 |
| 08/17/2019 | Expense | | Hyatt Hotels | HYATT REGENCY SAN FRANCI 8885884384 CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 121.71 | 1,769.50 |
| 08/17/2019 | Expense | | Agaves Mexican Grill | AGAVES MEXICAN GRILL MERCED CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 78.44 | 1,847.94 |
| 08/20/2019 | Expense | | AlphaGraphics Music City | ALPHAGRAPHICS MUSIC CITY 615-835-3212 TN | UNITED-CHASE Shareholder Loan - RM:RM- | Marketing | 462.31 | 2,310.25 |
| 08/20/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 717.30 | 3,027.55 |
| 08/20/2019 | Expense | | GrubHub | GRUBHUBCALIFORNIAPIZZ GRUBHUB.COM NY | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 144.00 | 3,171.55 |
| 08/21/2019 | Expense | | Hyatt Hotels | HYATT REGENCY SAN FRANCI SAN FRANCISCO CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 5,976.86 | 9,148.41 |
| 08/22/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -6,000.00 | 3,148.41 |
| 08/22/2019 | Expense | | AlphaGraphics | ALPHAGRAPHICS 476 865-690-3453 TN | UNITED-CHASE Shareholder Loan - RM:RM- | Marketing | 528.55 | 3,676.96 |
| 08/22/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 207.00 | 3,883.96 |
| 08/22/2019 | Expense | | In-N-Out Burger | IN N OUT BURGER 091 MERCED CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 17.00 | 3,900.96 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | | | | | Shareholder Loan - RM:RM-UNITED-CHASE | | | |
| 08/23/2019 | Expense | | DoubleTime | 76 - DOUBLE AA CORP HAYWARD CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 51.97 | 3,952.93 |
| 08/23/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -207.00 | 3,745.93 |
| 08/23/2019 | Expense | | Shell - Gas | SHELL OIL 50454960035 OAKDALE CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 10.48 | 3,756.41 |
| 08/23/2019 | Expense | | Embassy Suites | EMBASSY SUITES AIRPORT 650-5893400 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 200.65 | 3,957.06 |
| 08/23/2019 | Expense | | Embassy Suites | EMBASSY SUITES AIRPORT 650-5893400 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 262.90 | 4,219.96 |
| 08/24/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 349.30 | 4,569.26 |
| 08/24/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 349.30 | 4,918.56 |
| 08/24/2019 | Expense | | MGM Grand | MGM GRAND - ADV DEP 8552755733 NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 422.45 | 5,341.01 |
| 08/24/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 953.87 | 6,294.88 |
| 08/24/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 918.43 | 7,213.31 |
| 08/24/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | 4,213.31 |
| 08/25/2019 | Expense | | MGM Grand | MGM GRAND - FRONT DESK LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 15.00 | 4,228.31 |
| 08/25/2019 | Expense | | MGM Grand | MGM GRAND - FRONT DESK 8552755733 NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 2,028.94 | 6,257.25 |
| 08/25/2019 | Expense | | MGM Grand | MGM GRAND - FRONT DESK LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 153.02 | 6,410.27 |
| 08/25/2019 | Expense | | MGM Grand | MGM GRAND - FRONT DESK 8552755733 NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 23.49 | 6,433.76 |
| 08/26/2019 | Expense | | Gaylord Opryland Resort | GAYLORD OPRYLAND RETAI NASHVILLE TN | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 638.78 | 7,072.54 |
| 08/26/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,500.00 | 4,572.54 |
| 08/28/2019 | Expense | | Agaves Mexican Grill | AGAVES MEXICAN GRILL MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 58.28 | 4,630.82 |
| 08/28/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | 1,630.82 |
| 08/28/2019 | Expense | | Lowe's | LOWES #01672* MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Repair & Maintenance | 162.27 | 1,793.09 |
| 08/28/2019 | Expense | | Walmart | WAL-MART #2039 MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 69.22 | 1,862.31 |
| 08/28/2019 | Expense | | Lowe's | LOWES #01672* MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Repair & Maintenance | 64.89 | 1,927.20 |
| 08/28/2019 | Expense | | Lowe's | LOWES #01672* MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Repair & Maintenance | 10.80 | 1,938.00 |
| 08/28/2019 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 25.02 | 1,963.02 |
| 08/28/2019 | Expense | | Staples | STAPLES | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 26.88 | 1,989.90 |
| 08/29/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | -1,010.10 |
| 08/29/2019 | Expense | | Ruth's Chris Steak House | RUTH'S CHRIS STEAK HOU FRESNO CA | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 706.94 | -303.16 |
| 08/30/2019 | Expense | | Lowe's | LOWES #01672* MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Repair & Maintenance | 5.50 | -297.66 |
| 08/30/2019 | Expense | | Polanco Enterprises - Merced Gateway 76 | 76 - SEI 37949 MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 45.91 | -251.75 |
| 08/30/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -4,000.00 | -4,251.75 |

# Nexus Services Inc.

## Transaction Report

### January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 08/31/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 190.00 | -4,061.75 |
| 08/31/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,088.61 | -2,973.14 |
| 08/31/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,005.50 | -1,967.64 |
| 08/31/2019 | Expense | | Agaves Mexican Grill | AGAVES MEXICAN GRILL MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 62.54 | -1,905.10 |
| 08/31/2019 | Expense | | Gamer Oasis | GAMER OASIS HARRISONBURG VA | Shareholder Loan - RM:RM-UNITED-CHASE | 8 Bit Gamer Oasis | 358.00 | -1,547.10 |
| 08/31/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 989.64 | -557.46 |
| 09/01/2019 | Expense | | GoCar Rentals Inc | GO CAR RENTALS INC SAN FRANCISCO CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Car Rental | 56.36 | -501.10 |
| 09/01/2019 | Expense | | The Original Ghirardelli Ice Cream | GHIRARDELLI #101 GCM SAN FRANCISCO CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 23.42 | -477.68 |
| 09/01/2019 | Expense | | McCormick & Kuleto's | 1013 KULETOS SF EL SEGUNDO CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 207.21 | -270.47 |
| 09/01/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 186.91 | -83.56 |
| 09/01/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 163.90 | 80.34 |
| 09/01/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MERCED CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 152.90 | 233.24 |
| 09/02/2019 | Expense | | Shell Oil | SHELL OIL 57443084801 COALINGA CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 21.37 | 254.61 |
| 09/02/2019 | Expense | | Hotels.com | HOTELSCOM8154712902702 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 785.88 | 1,040.49 |
| 09/03/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -8,438.97 | -7,398.48 |
| 09/03/2019 | Expense | | Hotels.com | HOTELSCOM8072439306611 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,866.43 | -5,532.05 |
| 09/03/2019 | Expense | | | CASH ADVANCE INTEREST CHARGE | Shareholder Loan - RM:RM-UNITED-CHASE | Interest Paid | 7.03 | -5,525.02 |
| 09/03/2019 | Expense | | Catch LA | CATCH LA WEST HOLLYWOO CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 481.36 | -5,043.66 |
| 09/03/2019 | Expense | | Hotel Marriot | MARRIOTT FISHERMAN'S W SAN FRANCISCO CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 740.55 | -4,303.11 |
| 09/04/2019 | Expense | | Sunset Marquis | SUNSET MARQUIS HOTEL W. HOLLYWOOD CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 812.29 | -3,490.82 |
| 09/05/2019 | Expense | | Rao's Restaurant | RAO S | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 1,099.35 | -2,391.47 |
| 09/05/2019 | Expense | | EATALY | EATALY LA SALIDO LOS ANGELES CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 50.67 | -2,340.80 |
| 09/05/2019 | Expense | | Sunset Marquis | SUNSET MARQUIS HOTEL W. HOLLYWOOD CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 56.00 | -2,284.80 |
| 09/06/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | -5,284.80 |
| 09/06/2019 | Expense | | Hotels.com | HOTELSCOM8007059664609 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 854.18 | -4,430.62 |
| 09/06/2019 | Expense | | Sunset Marquis | SUNSET MARQUIS HOTEL W. HOLLYWOOD CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 110.36 | -4,320.26 |
| 09/06/2019 | Expense | | Sunset Marquis | SUNSET MARQUIS HOTEL 1111111111 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 166.15 | -4,154.11 |
| 09/06/2019 | Expense | | Hotels.com | HOTELSCOM8154101757326 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 645.84 | -3,508.27 |
| 09/07/2019 | Expense | | Disneyana | DISNEYANA - DL ANAHEIM CA | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses:Artwork | 520.41 | -2,987.86 |
| 09/07/2019 | Expense | | OFF THE PAGE | OFF THE PAGE - DCA ANAHEIM CA | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 381.26 | -2,606.60 |
| 09/07/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM- | Travel:Taxi | 7.61 | -2,598.99 |

# Nexus Services Inc.

## Transaction Report

### January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 09/07/2019 | Expense | | Carthay Restaurant | CARTHAY RESTAURANT ANAHEIM CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 154.02 | -2,444.97 |
| 09/07/2019 | Expense | | GYU-KAKU JAPANESE BBQ | GYU-KAKU RESTAURANT BEVERLY HILLS CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 191.40 | -2,253.57 |
| 09/08/2019 | Expense | | Rao's Restaurant | RAO S | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 857.00 | -1,396.57 |
| 09/08/2019 | Expense | | Hotels.com | HOTELSCOM8100572309141 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 427.09 | -969.48 |
| 09/08/2019 | Expense | | Chevron | CHEVRON 0202031 BUENA PARK CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 24.46 | -945.02 |
| 09/08/2019 | Expense | | Sunset Marquis | SUNSET MARQUIS HOTEL W. HOLLYWOOD CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 141.00 | -804.02 |
| 09/08/2019 | Expense | | Sushi Roku | SUSHI ROKU - SANTA MONICA SANTA MONICA CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 216.35 | -587.67 |
| 09/09/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | -3,587.67 |
| 09/09/2019 | Expense | | Rolling Stone Bar Brill | ROLLING STONE T7 LAX LOS ANGELES CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 45.04 | -3,542.63 |
| 09/09/2019 | Expense | | Hotels.com | HOTELSCOM8109686606776 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 299.20 | -3,243.43 |
| 09/11/2019 | Expense | | Hotel Marriot | MARRIOTT WAIKIKI BCH R HONOLULU HI | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,555.41 | -1,688.02 |
| 09/11/2019 | Expense | | JetBlue | STORE #5 GATE 9 HONOLULU HI | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 19.40 | -1,668.62 |
| 09/11/2019 | Expense | | Hotels.com | HOTELSCOM8022624110660 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 190.30 | -1,478.32 |
| 09/12/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 602.30 | -876.02 |
| 09/13/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 367.30 | -508.72 |
| 09/13/2019 | Expense | | Hotels.com | HOTELSCOM8112744516530 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 248.12 | -260.60 |
| 09/13/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 99.00 | -161.60 |
| 09/13/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 147.00 | -14.60 |
| 09/13/2019 | Expense | | Hotels.com | HOTELSCOM8126040562982 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 214.14 | 199.54 |
| 09/14/2019 | Expense | | Hotels.com | HOTELSCOM8070418457842 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 463.40 | 662.94 |
| 09/14/2019 | Expense | | Hotels.com | HOTELSCOM8060401657896 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 300.09 | 963.03 |
| 09/14/2019 | Expense | | Alamo Sinclair | ALAMO SINCLAIR ALAMO NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 20.18 | 983.21 |
| 09/14/2019 | Expense | | Front Desk | MBAY FRONT DESK 8552755733 NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 221.72 | 1,204.93 |
| 09/14/2019 | Expense | | Shell Oil | SHELL OIL 57444694905 ELY NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 20.39 | 1,225.32 |
| 09/14/2019 | Expense | | Benihana | BENIHANA LAS VEGAS LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 249.82 | 1,475.14 |
| 09/15/2019 | Expense | | Hotels.com | HOTELSCOM8037986310285 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 121.95 | 1,597.09 |
| 09/15/2019 | Expense | | Shell Oil | SHELL OIL 57446392300 BOISE ID | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 39.68 | 1,636.77 |
| 09/15/2019 | Expense | | Cracker Barrel | CRACKER BARREL #359 BOISE BOISE ID | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 40.72 | 1,677.49 |
| 09/16/2019 | Expense | | Fairfield Inn by Marriott Boise | FAIRFIELD INN BOISE ID | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 106.22 | 1,783.71 |
| 09/16/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | -1,216.29 |
| 09/17/2019 | Expense | | Renaissance Hotel | RENAISSANCE SEATTLE WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 377.50 | -838.79 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:RM-UNITED-CHASE | | | |
| 09/18/2019 | Expense | | ApiPay IN *VAST INC. | IN *VAST INC. 267-8333955 PA | Shareholder Loan - RM:RM-UNITED-CHASE | Dues & Subscriptions | 417.65 | -421.14 |
| 09/18/2019 | Expense | | Renaissance Hotel | RENAISSANCE SEATTLE WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 559.92 | 138.78 |
| 09/20/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | -2,861.22 |
| 09/20/2019 | Expense | | Sheetz | SHEETZ | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 2.73 | -2,858.49 |
| 09/20/2019 | Expense | | The Melting Pot | THE MELTING POT CHARLOTTESVIL VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 415.16 | -2,443.33 |
| 09/22/2019 | Expense | | Zaxby's | ZAXBY'S #45001 PALM COAST FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 12.82 | -2,430.51 |
| 09/22/2019 | Expense | | SunPass | SUNPASS*ACC94413467 888-865-5352 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 30.00 | -2,400.51 |
| 09/23/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | -5,400.51 |
| 09/23/2019 | Expense | | Boston Market | BOSTON MARKET STORE #3504 BOCA RATON FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 8.88 | -5,391.63 |
| 09/23/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT- FLORENCE SC | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 165.20 | -5,226.43 |
| 09/23/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT- FLORENCE SC | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 437.64 | -4,788.79 |
| 09/24/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,023.03 | -7,811.82 |
| 09/24/2019 | Expense | | Chevron | CHEVRON 0202634 DEERFIELD BEA FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 30.39 | -7,781.43 |
| 09/24/2019 | Expense | | Isabella's Pizzeria Napoletana | ISABELLA'S PIZZA AND P 954-7672060 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 79.92 | -7,701.51 |
| 09/25/2019 | Credit Card Credit | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | -10.99 | -7,712.50 |
| 09/25/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -624.54 | -8,337.04 |
| 09/25/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 105.08 | -8,231.96 |
| 09/25/2019 | Expense | | Universal Studios | UNIVERSAL ORLANDO WEBSIT 407-224-4233 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 781.70 | -7,450.26 |
| 09/25/2019 | Expense | | Universal Studios | UNIVERSAL ORLANDO WEBSIT 407-224-4233 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 2,896.76 | -4,553.50 |
| 09/26/2019 | Credit Card Credit | | Sprinkles Disney Springs | SPRINKLES CUPCAKES 320 310-657-4102 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | -5.86 | -4,559.36 |
| 09/26/2019 | Expense | | Renaissance Hotel | RENAISSANCE BOCA RATON BOCA RATON FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,208.86 | -3,350.50 |
| 09/26/2019 | Expense | | Renaissance Hotel | RENAISSANCE BOCA RATON BOCA RATON FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 428.27 | -2,922.23 |
| 09/26/2019 | Expense | | Soupa Saiyan | SQ *SOUPA SAIYAN Orlando FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 68.56 | -2,853.67 |
| 09/26/2019 | Expense | | Paradiso 37 | PARADISO 37 407-9343702 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 163.59 | -2,690.08 |
| 09/26/2019 | Expense | | Apple Store | 1800FLOWERS APPLE PAY 800-476-9377 NY | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 99.10 | -2,590.98 |
| 09/26/2019 | Expense | | Apple Store | 1800FLOWERS APPLE PAY 800-476-9377 NY | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 180.91 | -2,410.07 |
| 09/27/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -4,162.87 | -6,572.94 |
| 09/27/2019 | Expense | | | CUSTOMINK LLC 800-293-4232 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Uniforms | 1,103.01 | -5,469.93 |
| 09/27/2019 | Expense | | Public Storage | PUBLIC STORAGE 28079 800-567-0759 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Rent | 309.34 | -5,160.59 |
| 09/27/2019 | Expense | | Disneyana | WDW DISNEY TICKETS 407-828-5630 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses:Artwork | 266.26 | -4,894.33 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 09/27/2019 | Expense | | Sprinkles Disney Springs | SPRINKLES CUPCAKES 320 310-657-4102 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 35.69 | -4,858.64 |
| 09/27/2019 | Expense | | Wahlburgers | WAHLBURGERS WATERFORD LAK ORLANDO FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 80.17 | -4,778.47 |
| 09/27/2019 | Expense | | Giordano's Pizza | GIORDANOS OF LAKE BUENA ORLAND FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 70.49 | -4,707.98 |
| 09/27/2019 | Expense | | Pirate's Cove Adventure Golf | SQ *PIRATE'S COVE LAKE BU Orlando FL | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 61.74 | -4,646.24 |
| 09/27/2019 | Expense | | Disneyana | BAGS WDW- DISNEY SPRINGS ORLANDO FL | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses:Artwork | 120.00 | -4,526.24 |
| 09/28/2019 | Expense | | Garden Grill Restaurant | GARDEN GRILL RESTAU LAKE BUENA VI FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 169.40 | -4,356.84 |
| 09/28/2019 | Expense | | | F&W EP MDSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 16.09 | -4,340.75 |
| 09/28/2019 | Expense | | Disneyana | DISNEY EC PARKING LAKE BUENA VI FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 25.00 | -4,315.75 |
| 09/28/2019 | Expense | | Africa Bridge Ice Cream | AFRICA - F&W EPCOT LAKE BUENA VI FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 29.25 | -4,286.50 |
| 09/29/2019 | Expense | | Bigfire | Bigfire Americ00107599 ORLANDO FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 523.48 | -3,763.02 |
| 09/29/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 55.00 | -3,708.02 |
| 09/29/2019 | Expense | | Wahlburgers | WAHLBURGERS WATERFORD LAK ORLANDO FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 105.23 | -3,602.79 |
| 09/29/2019 | Expense | | The Knife Parilla Argentina Orlando | THE KNIFE ORLANDO FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 170.37 | -3,432.42 |
| 09/30/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,839.63 | -7,272.05 |
| 09/30/2019 | Expense | | Texas De Brazil | TEXAS DE BRAZIL ORLANDO ORLANDO FL | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 668.29 | -6,603.76 |
| 09/30/2019 | Expense | | Westin Hotels | WESTIN (WESTIN HOTELS) 303-3171800 CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 415.96 | -6,187.80 |
| 09/30/2019 | Expense | | Westin Hotels | WESTIN (WESTIN HOTELS) 912-2012000 GA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 6.00 | -6,181.80 |
| 09/30/2019 | Expense | | Orlando Valet Parking | VALET PARKING 01400191 ORLANDO FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 90.00 | -6,091.80 |
| 09/30/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 51.13 | -6,040.67 |
| 09/30/2019 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 37.49 | -6,003.18 |
| 09/30/2019 | Expense | | 7-Eleven - Gas | 7-ELEVEN 38193 DAVENPORT FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 147.07 | -5,856.11 |
| 10/01/2019 | Transfer | | | Voided - Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | 0.00 | -5,856.11 |
| 10/01/2019 | Expense | | Benihana | BENIHANA ORLANDO 1 LAKE BUENA VI FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 563.27 | -5,292.84 |
| 10/01/2019 | Expense | | PF Changs | PF CHANGS #9916 ORLANDO FL | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 131.22 | -5,161.62 |
| 10/02/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 61.65 | -5,099.97 |
| 10/02/2019 | Credit Card Credit | | | CUSTOMINK LLC 800-293-4232 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | -56.34 | -5,156.31 |
| 10/03/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 153.16 | -5,003.15 |
| 10/03/2019 | Expense | | FedEx Office | FEDEX OFFIC18900018937 KISSIMMEE FL | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 37.33 | -4,965.82 |
| 10/03/2019 | Transfer | | | Voided - Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | 0.00 | -4,965.82 |
| 10/04/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 219.58 | -4,746.24 |
| 10/04/2019 | Expense | | Bolton's Towing Service | BOLTONS TOWING SERVICE IN WINTER HAVEN FL | Shareholder Loan - RM:RM- | Vehicle Maintenance | 205.00 | -4,541.24 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 10/04/2019 | Transfer | | | Voided - Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | 0.00 | -4,541.24 |
| 10/06/2019 | Expense | | Vivo | Vivo | UNITED-CHASE Shareholder Loan - RM:RM- | Employee:Teambuilding/Meeting | 596.04 | -3,945.20 |
| 10/06/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Taxi | 219.58 | -3,725.62 |
| 10/06/2019 | Expense | | Benihana | BENIHANA ORLANDO 1 LAKE BUENA VI FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 507.44 | -3,218.18 |
| 10/07/2019 | Expense | | Orlando Valet Parking | VALET PARKING 01400191 ORLANDO FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel | 50.00 | -3,168.18 |
| 10/07/2019 | Transfer | | | Voided - Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | 0.00 | -3,168.18 |
| 10/08/2019 | Expense | | WALDORF ASTORIA ORLNORLANDO       FL | WALDORF ASTORIA ORLNDO 407-5973873 FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 1,711.55 | -1,456.63 |
| 10/08/2019 | Expense | | WALDORF ASTORIA ORLNORLANDO       FL | WALDORF ASTORIA ORLNDO 407-5973873 FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 608.40 | -848.23 |
| 10/08/2019 | Expense | | Hyatt Hotels | HYATT RGNCY GRND CYPRESS 8885886308 FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 572.63 | -275.60 |
| 10/08/2019 | Expense | | Benihana | BENIHANA ORLANDO 1 LAKE BUENA VI FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 343.25 | 67.65 |
| 10/08/2019 | Expense | | WALDORF ASTORIA ORLNORLANDO       FL | WALDORF ASTORIA ORLNDO 407-5973873 FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 12.00 | 79.65 |
| 10/08/2019 | Expense | | Shell Oil | SHELL OIL 57543704100 OKEECHOBEE FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Gas | 36.32 | 115.97 |
| 10/08/2019 | Expense | | WALDORF ASTORIA ORLNORLANDO       FL | WALDORF ASTORIA ORLNDO 407-5973873 FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 12.00 | 127.97 |
| 10/09/2019 | Expense | | PF Changs | PF CHANGS #9916 ORLANDO FL | UNITED-CHASE Shareholder Loan - RM:RM- | Employee:Teambuilding/Meeting | 200.19 | 328.16 |
| 10/10/2019 | Expense | | Maggiano's | MAGGIANOS NAPERVILLE NAPERVILLE IL | UNITED-CHASE Shareholder Loan - RM:RM- | Employee:Teambuilding/Meeting | 267.96 | 596.12 |
| 10/10/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -1,373.06 | -776.94 |
| 10/10/2019 | Expense | | Hyatt Hotels | HYATT RGNCY GRND CYPRESS ORLANDO FL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 808.63 | 31.69 |
| 10/10/2019 | Expense | | Best Buy | BEST BUY | UNITED-CHASE Shareholder Loan - RM:RM- | Employee:Teambuilding/Meeting | 372.73 | 404.42 |
| 10/10/2019 | Transfer | | | Voided - Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | 0.00 | 404.42 |
| 10/11/2019 | Expense | | FedEx Office | FEDEX OFFIC36100036186 NAPERVILLE IL | UNITED-CHASE Shareholder Loan - RM:RM- | Office Expenses | 75.43 | 479.85 |
| 10/11/2019 | Expense | | FedEx Office | FEDEX OFFIC36100036186 NAPERVILLE IL | UNITED-CHASE Shareholder Loan - RM:RM- | Office Expenses | 73.67 | 553.52 |
| 10/11/2019 | Expense | | BP | BP#9181058WARRENVILLE BP WARRENVILLE IL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Gas | 73.07 | 626.59 |
| 10/11/2019 | Expense | | Fogo De Chao | FOGO DE CHAO NAPERVILLE IL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 467.18 | 1,093.77 |
| 10/11/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | NS-CITY-EXPENSE-7853 | -2,380.27 | -1,286.50 |
| 10/11/2019 | Expense | | FedEx Office | FEDEX OFFIC36100036186 NAPERVILLE IL | UNITED-CHASE Shareholder Loan - RM:RM- | Office Expenses | 5.88 | -1,280.62 |
| 10/12/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 730.30 | -550.32 |
| 10/12/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 730.30 | 179.98 |
| 10/12/2019 | Expense | | The White Chocolate Grill | THE WHITE CHOCOLATE GRIL NAPERVILLE IL | UNITED-CHASE Shareholder Loan - RM:RM- | Employee:Teambuilding/Meeting | 309.66 | 489.64 |
| 10/12/2019 | Expense | | Big Bowl Restaurant | BIG BOWL SCHAUMBURG SCHAUMBURG IL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 296.06 | 785.70 |
| 10/13/2019 | Expense | | Portillo's | PORTILLOS HOT DOGS #25 ST. CHARLES IL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 12.66 | 798.36 |
| 10/13/2019 | Expense | | Shell Oil | SHELL OIL 57444080501 SAINT CHARLES IL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Gas | 39.25 | 837.61 |

# Nexus Services Inc.

### Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | | | | | RM-RM-UNITED-CHASE | | | |
| 10/13/2019 | Expense | | Giordano's Pizza | GIORDANOS OF ST CHARLES SAINT CHARLES IL | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 156.71 | 994.32 |
| 10/13/2019 | Expense | | Wildfire | WILDFIRE SCHAUMBURG SCHAUMBURG IL | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 987.02 | 1,981.34 |
| 10/13/2019 | Expense | | Target | TARGET | Shareholder Loan - RM-RM-UNITED-CHASE | Office Expenses | 1,390.35 | 3,371.69 |
| 10/14/2019 | Expense | | Jewel-Osco | JEWEL-OSCO CAROL STREAM IL | Shareholder Loan - RM-RM-UNITED-CHASE | Client Services | 238.13 | 3,609.82 |
| 10/14/2019 | Expense | | Costco | COSTCO WHSE #0371 BLOOMINGDALE IL | Shareholder Loan - RM-RM-UNITED-CHASE | Office Expenses | 69.09 | 3,678.91 |
| 10/15/2019 | Expense | | Granite City Food & Brewery | GRANITE CTY FOOD&BREWERY NAPERVILLE IL | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 177.52 | 3,856.43 |
| 10/15/2019 | Transfer | | | Voided - Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | 0.00 | 3,856.43 |
| 10/15/2019 | Expense | | Hotels.com | HOTELSCOM9210066930958 HOTELS.COM WA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 907.86 | 4,764.29 |
| 10/16/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | Shareholder Loan - RM:Personal Credit Card Payments | -3,500.00 | 1,264.29 |
| 10/16/2019 | Expense | | | Returned Payment | Shareholder Loan - RM-RM-UNITED-CHASE | Security | 3,500.00 | 4,764.29 |
| 10/16/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Taxi | 152.31 | 4,916.60 |
| 10/16/2019 | Expense | | SunPass | SUNPASS*ACC94413467 888-865-5352 FL | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 20.00 | 4,936.60 |
| 10/17/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Taxi | 117.18 | 5,053.78 |
| 10/17/2019 | Expense | | Fogo De Chao | TSP*FOGODECHAONAPERVILLE NAPERVILLE IL | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 363.00 | 5,416.78 |
| 10/17/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | Shareholder Loan - RM:Personal Credit Card Payments | -1,101.22 | 4,315.56 |
| 10/18/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | -730.30 | 3,585.26 |
| 10/18/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | -730.30 | 2,854.96 |
| 10/18/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | Shareholder Loan - RM:Personal Credit Card Payments | -652.49 | 2,202.47 |
| 10/18/2019 | Expense | | Prime 112, LLC | PRIME 112 LLC MIAMI BEACH FL | Shareholder Loan - RM-RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 1,076.35 | 3,278.82 |
| 10/18/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Taxi | 42.39 | 3,321.21 |
| 10/19/2019 | Expense | | HCM | HCM WEST PALM BEA FL | Shareholder Loan - RM-RM-UNITED-CHASE | Legal Fees | 65.25 | 3,386.46 |
| 10/19/2019 | Expense | | | ORLANDO INT'L ECON ORLANDO FL | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 182.00 | 3,568.46 |
| 10/19/2019 | Expense | | Airbnb | AIRBNB * HMAH9Z9MZX 415-800-5959 CA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 3,045.60 | 6,614.06 |
| 10/19/2019 | Expense | | Wawa | WAWA 5145 | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Gas | 41.48 | 6,655.54 |
| 10/20/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 23.00 | 6,678.54 |
| 10/20/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 123.00 | 6,801.54 |
| 10/20/2019 | Expense | | Renaissance Hotel | RENAISSANCE FT LAUDER FORT LAUDERDA FL | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 626.69 | 7,428.23 |
| 10/20/2019 | Expense | | Airbnb | AIRBNB * HMAH9Z9MZX 415-800-5959 CA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 824.85 | 8,253.08 |
| 10/20/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 519.00 | 8,772.08 |
| 10/21/2019 | Expense | | | RETURN PMT FEE FOR PAYMNT MADE10/16/2019 | Shareholder Loan - RM-RM-UNITED-CHASE | Bank Charges | 27.00 | 8,799.08 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 10/21/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | Shareholder Loan - RM:Personal Credit Card Payments | -2,500.00 | 6,299.08 |
| 10/22/2019 | Expense | | Catch LA | CATCH LA WEST HOLLYWOO CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 549.00 | 6,848.08 |
| 10/22/2019 | Expense | | Rao's Restaurant | RAO S | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 489.45 | 7,337.53 |
| 10/22/2019 | Expense | | Jerry's Famous Deli | JERRY'S FAMOUS DELI STUDIO CITY CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 98.73 | 7,436.26 |
| 10/22/2019 | Expense | | West Hollywood Library Parking | ABM W HOLLYWOOD GATEWAY 2 W HOLLYWOOD CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 4.00 | 7,440.26 |
| 10/22/2019 | Expense | | Courtyard By Marriott | COURTYARD MARRIOTT UCF ORLANDO FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 468.00 | 7,908.26 |
| 10/23/2019 | Expense | | Chevron | CHEVRON 0099752 BARSTOW CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 73.55 | 7,981.81 |
| 10/23/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | Shareholder Loan - RM:Personal Credit Card Payments | -3,500.00 | 4,481.81 |
| 10/24/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 657.54 | 5,139.35 |
| 10/24/2019 | Expense | | Gordon Ramsays | HELLS KITCHEN LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 321.91 | 5,461.26 |
| 10/24/2019 | Expense | | Bellagio | BELLAGIO - ADV DEP 8552755733 NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 294.90 | 5,756.16 |
| 10/24/2019 | Expense | | ARIA THE BUFFET | ARIA - THE BUFFET LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 169.80 | 5,925.96 |
| 10/24/2019 | Expense | | | Returned Payment | Shareholder Loan - RM:RM-UNITED-CHASE | Security | 3,566.46 | 9,492.42 |
| 10/24/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | Shareholder Loan - RM:Personal Credit Card Payments | -3,566.46 | 5,925.96 |
| 10/24/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 657.54 | 6,583.50 |
| 10/25/2019 | Expense | | Bellagio | BELLAGIO - BUFFET LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 199.35 | 6,782.85 |
| 10/25/2019 | Expense | | Bellagio | BELLAGIO - TICKET OFFICE LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 327.10 | 7,109.95 |
| 10/25/2019 | Expense | | | B2P* FORFAYPWC9104831382 910-483-1382 NC | Shareholder Loan - RM:RM-UNITED-CHASE | Contributions:Scholarship | 206.71 | 7,316.66 |
| 10/25/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -58.94 | 7,257.72 |
| 10/25/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -58.94 | 7,198.78 |
| 10/26/2019 | Expense | | Airbnb | AIRBNB HMAK5HDPXZ AIRBNB.COM CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 20.00 | 7,218.78 |
| 10/26/2019 | Expense | | Bellagio | BELLAGIO - FRONT DESK LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 832.45 | 8,051.23 |
| 10/26/2019 | Expense | | Bellagio | BELLAGIO - FRONT DESK LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 483.68 | 8,534.91 |
| 10/26/2019 | Expense | | Eiffel Tower Restaurant | EIFFEL TOWER RESTAURANT LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 261.35 | 8,796.26 |
| 10/27/2019 | Expense | | Sushi Roku | SUSHI ROKU - SANTA MONICA SANTA MONICA CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 671.90 | 9,468.16 |
| 10/28/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | Shareholder Loan - RM:Personal Credit Card Payments | -2,000.00 | 7,468.16 |
| 10/28/2019 | Expense | | Hotels.com | HOTELSCOM9210118901919 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 378.86 | 7,847.02 |
| 10/28/2019 | Expense | | In-N-Out Burger | IN N OUT BURGER 117 LOS ANGELES CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 13.41 | 7,860.43 |
| 10/29/2019 | Expense | | Arco | ARCO #47035 LOS ANGELES CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 75.67 | 7,936.10 |
| 10/29/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | Shareholder Loan - RM:Personal Credit Card Payments | -3,157.61 | 4,778.49 |
| 10/29/2019 | Expense | | Hotels.com | HOTELSCOM9205122684924 HOTELS.COM WA | Shareholder Loan - RM:RM- | Travel:Hotels | 876.83 | 5,655.32 |

# Nexus Services Inc.

## Transaction Report

### January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 10/29/2019 | Expense | | Fleming's | FLEMINGS 1504 EL SEGUNDO CA | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 835.83 | 6,491.15 |
| 10/30/2019 | Expense | | Hotels.com | HOTELSCOM8147538816500 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 163.90 | 6,655.05 |
| 10/30/2019 | Expense | | Benihana | BENIHANA LAS VEGAS LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 612.64 | 7,267.69 |
| 10/30/2019 | Expense | | Hotels.com | HOTELSCOM8125234620730 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 249.38 | 7,517.07 |
| 10/30/2019 | Expense | | | RETURN PMT FEE FOR PAYMNT MADE10/24/2019 | Shareholder Loan - RM:RM-UNITED-CHASE | Bank Charges | 35.00 | 7,552.07 |
| 10/30/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 30.96 | 7,583.03 |
| 10/30/2019 | Expense | | Hilton Garden Inn | HILTON HOTELS 808-9494321 HI | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,723.35 | 9,306.38 |
| 10/30/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | Shareholder Loan - RM:Personal Credit Card Payments | -1,927.59 | 7,378.79 |
| 10/31/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 29.81 | 7,408.60 |
| 10/31/2019 | Expense | | FLAVORS, THE BUFFET | TI BUFFFET LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 84.27 | 7,492.87 |
| 10/31/2019 | Expense | | Hotels.com | HOTELSCOM8122782066715 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 453.40 | 7,946.27 |
| 10/31/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 29.03 | 7,975.30 |
| 10/31/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 1,292.60 | 9,267.90 |
| 10/31/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | Undeposited Funds | -4,297.82 | 4,970.08 |
| 11/01/2019 | Expense | | Hawaiian Airlines | HAWAIIAN AI 1737471726339 BELLEVUE WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 326.65 | 5,296.73 |
| 11/01/2019 | Expense | | Hawaiian Airlines | HAWAIIAN AI 1737471726340 BELLEVUE WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 326.65 | 5,623.38 |
| 11/01/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 30.14 | 5,653.52 |
| 11/01/2019 | Expense | | Outback Steakhouse | OUTBACK STEAKHOUSE3222 LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 491.87 | 6,145.39 |
| 11/01/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -281.00 | 5,864.39 |
| 11/01/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,585.95 | 4,278.44 |
| 11/01/2019 | Expense | | American Airlines | AMERICAN AIR0017429723305 FORT WORTH TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 814.30 | 5,092.74 |
| 11/01/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 29.84 | 5,122.58 |
| 11/02/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -9,038.00 | -3,915.42 |
| 11/02/2019 | Expense | | Treasure Island | TREASURE ISLAND HOTEL LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 88.44 | -3,826.98 |
| 11/02/2019 | Expense | | Apple Store | APL*APPLE ONLINE STORE 800-676-2775 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 524.39 | -3,302.59 |
| 11/03/2019 | Expense | | Westin Hotels | WESTIN (WESTIN HOTELS) 303-3171800 CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 460.98 | -2,841.61 |
| 11/03/2019 | Expense | | Treasure Island | TREASURE ISLAND HOTEL LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 377.46 | -2,464.15 |
| 11/03/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 50.90 | -2,413.25 |
| 11/03/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 200.00 | -2,213.25 |
| 11/03/2019 | Expense | | Cheesecake Factory | CHEESECAKE SANTA MONICA SANTA MONICA CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 137.16 | -2,076.09 |
| 11/03/2019 | Expense | | Best Buy | BEST BUY | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 273.74 | -1,802.35 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:RM-UNITED-CHASE | | | |
| 11/04/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 67.39 | -1,734.96 |
| 11/04/2019 | Expense | | Hyatt Hotels | HYATT HOUSE PORTLAND DWN 5032412771 OR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 126.28 | -1,608.68 |
| 11/05/2019 | Expense | | Blue Mountain Service | BLUE MOUNTAIN PLUMBING FISHERSVILLE VA | Shareholder Loan - RM:RM-UNITED-CHASE | Repair & Maintenance | 617.66 | -991.02 |
| 11/06/2019 | Expense | | Benihana | BENIHANA DENVER DENVER CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 239.50 | -751.52 |
| 11/07/2019 | Expense | | Siena at the Courtyard | SIENA CASTLEROCK CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 197.55 | -553.97 |
| 11/07/2019 | Expense | | Castle Cafe | CASTLE CAFE CASTLE ROCK CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 97.30 | -456.67 |
| 11/07/2019 | Expense | | PF Changs | PF CHANGS #1700 LONE TREE CO | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 188.74 | -267.93 |
| 11/08/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 950.30 | 682.37 |
| 11/08/2019 | Expense | | Costco | COSTCO WHSE #0468 LONE TREE CO | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 265.38 | 947.75 |
| 11/08/2019 | Expense | | Costco | COSTCO WHSE #0468 LONE TREE CO | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 240.00 | 1,187.75 |
| 11/08/2019 | Expense | | Culver's | CULVERS OF CASTLE ROCK CASTLE ROCK CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 19.02 | 1,206.77 |
| 11/08/2019 | Expense | | Costco | COSTCO WHSE #0468 LONE TREE CO | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 60.00 | 1,266.77 |
| 11/08/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 45.49 | 1,312.26 |
| 11/08/2019 | Expense | | Fogo De Chao | FOGO DE CHAO CHURRASCARIA LONE TREE CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 203.31 | 1,515.57 |
| 11/09/2019 | Expense | | COMFORT SUITES | COMFORT SUITES CO154 CASTLE ROCK CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 337.69 | 1,853.26 |
| 11/09/2019 | Expense | | Elway's Restaurant | ELWAYS GREENWOOD VIL CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 32.41 | 1,885.67 |
| 11/09/2019 | Expense | | National Car Rental | NATIONAL CAR RENTAL DENVER CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Car Rental | 319.73 | 2,205.40 |
| 11/10/2019 | Expense | | Bertucci's Italian Restaurant | BERTUCCI'S #090 MANCHESTER NH | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 32.80 | 2,238.20 |
| 11/11/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,352.50 | 885.70 |
| 11/11/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 49.69 | 935.39 |
| 11/11/2019 | Expense | | Best Buy | BEST BUY MHT 00003855 PLYMOUTH MA | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 177.82 | 1,113.21 |
| 11/12/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -689.83 | 423.38 |
| 11/12/2019 | Expense | | Hotels.com | HOTELSCOM9210245264245 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 948.66 | 1,372.04 |
| 11/12/2019 | Expense | | Hotels.com | HOTELSCOM9210244946853 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 699.34 | 2,071.38 |
| 11/12/2019 | Expense | | Hotels.com | HOTELSCOM9205244073485 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 638.31 | 2,709.69 |
| 11/12/2019 | Expense | | Best Buy | BESTBUYCOM805660016766 888-BESTBUY MN | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 557.12 | 3,266.81 |
| 11/12/2019 | Expense | | Holiday Inn Express Boston | HOLIDAY INN EXPRESS BOST BOSTON MA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 8.00 | 3,274.81 |
| 11/12/2019 | Expense | | Best Buy | BESTBUYCOM805660016766 888-BESTBUY MN | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 491.61 | 3,766.42 |
| 11/12/2019 | Expense | | Disneyana | WDW DISNEY TICKETS 407-828-5630 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 464.36 | 4,230.78 |
| 11/12/2019 | Expense | | Wahlburgers | WAHLBURGER'S HINGHAM 724-2831878 MA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 65.05 | 4,295.83 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 11/12/2019 | Expense | | Apple Store | APPLE STORE #R110 BRAINTREE MA | Shareholder Loan - RM:RM- UNITED-CHASE | Office Expenses | 38.25 | 4,334.08 |
| 11/12/2019 | Expense | | Best Buy | BESTBUYCOM660016766 RICHFIELD MN | Shareholder Loan - RM:RM- UNITED-CHASE | Employee:Teambuilding/Meeting | 10.00 | 4,344.08 |
| 11/12/2019 | Expense | | Disneyana | WDW DISNEY TICKETS 407-828-5630 FL | Shareholder Loan - RM:RM- UNITED-CHASE | Employee:Teambuilding/Meeting | 532.52 | 4,876.60 |
| 11/13/2019 | Credit Card Credit | | | BEST BUY MHT 00011304 NASHVILLE TN | Shareholder Loan - RM:RM- UNITED-CHASE | Office Expenses | -54.62 | 4,821.98 |
| 11/13/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,546.62 | 2,275.36 |
| 11/13/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 56.58 | 2,331.94 |
| 11/13/2019 | Expense | | Cedar Grove Cemetery | CEDAR GROVE CEMETARY BOSTON MA | Shareholder Loan - RM:RM- UNITED-CHASE | Employee:Bereavement | 2,350.00 | 4,681.94 |
| 11/13/2019 | Expense | | Best Buy | BESTBUYCOM805660178169 888-BESTBUY MN | Shareholder Loan - RM:RM- UNITED-CHASE | Employee:Teambuilding/Meeting | 396.97 | 5,078.91 |
| 11/13/2019 | Expense | | Cedar Grove Cemetery | CEDAR GROVE CEMETARY BOSTON MA | Shareholder Loan - RM:RM- UNITED-CHASE | Employee:Bereavement | 4,000.00 | 9,078.91 |
| 11/14/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,058.73 | 8,020.18 |
| 11/14/2019 | Expense | | GYU-KAKU JAPANESE BBQ | GYU-KAKU RESTAURANT DORCHESTER MA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 246.19 | 8,266.37 |
| 11/14/2019 | Expense | | JetBlue | JETBLUE | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 286.30 | 8,552.67 |
| 11/15/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,500.00 | 5,052.67 |
| 11/15/2019 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Gas | 54.89 | 5,107.56 |
| 11/15/2019 | Expense | | GYU-KAKU JAPANESE BBQ | GYU-KAKU RESTAURANT DORCHESTER MA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 801.34 | 5,908.90 |
| 11/17/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 189.41 | 6,098.31 |
| 11/17/2019 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Gas | 55.55 | 6,153.86 |
| 11/17/2019 | Expense | | Wahlburgers | WAHLBURGERS DORCHESTER BOSTON MA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 101.48 | 6,255.34 |
| 11/18/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT RONKONKOMA NY | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 379.52 | 6,634.86 |
| 11/18/2019 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT RONKONKOMA NY | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 207.34 | 6,842.20 |
| 11/18/2019 | Expense | | Emergicare | EMERGICARE 540-4329996 VA | Shareholder Loan - RM:RM- UNITED-CHASE | Client Services | 50.00 | 6,892.20 |
| 11/18/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 46.77 | 6,938.97 |
| 11/18/2019 | Expense | | Funeral Flowers/Gifts | FUNERAL FLOWERS/GIFTS WWW.RUNCFS.CO MA | Shareholder Loan - RM:RM- UNITED-CHASE | Employee:Bereavement | 381.43 | 7,320.40 |
| 11/18/2019 | Expense | | State Road & Tollway Authority | PAM GA TOLL AUTHORITY W 866-353-0462 WI | Shareholder Loan - RM:RM- UNITED-CHASE | Travel | 26.05 | 7,346.45 |
| 11/18/2019 | Expense | | Shawarma Club | SQ *SHAWARMA CLUB BRAINTREE MA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 13.90 | 7,360.35 |
| 11/18/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,500.00 | 4,860.35 |
| 11/18/2019 | Expense | | Augusta County | COUNTY OF AUGUSTA 540-2455664 VA | Shareholder Loan - RM:RM- UNITED-CHASE | City Tax | 1,540.50 | 6,400.85 |
| 11/18/2019 | Expense | | VA Toll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel | 34.00 | 6,434.85 |
| 11/19/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,435.24 | 2,999.61 |
| 11/19/2019 | Expense | | GYU-KAKU JAPANESE BBQ | GYU-KAKU RESTAURANT DORCHESTER MA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 380.34 | 3,379.95 |
| 11/19/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 11.69 | 3,391.64 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 11/19/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 53.32 | 3,444.96 |
| 11/19/2019 | Expense | | National Car Tolls | NATIONAL TOLL 877-8601283 NY | Shareholder Loan - RM:RM- UNITED-CHASE | Travel | 12.90 | 3,457.86 |
| 11/19/2019 | Expense | | Hotels.com | HOTELSCOM9205328978652 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 377.56 | 3,835.42 |
| 11/20/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,676.38 | 2,159.04 |
| 11/20/2019 | Expense | | Greenway Dodge Chrysler Jeep Ram | GREENWAY CHRYSLER JEEP ORLANDO FL | Shareholder Loan - RM:RM- UNITED-CHASE | Vehicle Maintenance | 604.10 | 2,763.14 |
| 11/20/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 478.30 | 3,241.44 |
| 11/20/2019 | Expense | | Hyatt Hotels | HYATT REGENCY ORLAND INT 8885886308 FL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 365.91 | 3,607.35 |
| 11/20/2019 | Expense | | Uber Technologies | UBER TECHNOLOGIES INC 866-576-1039 CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 13.33 | 3,620.68 |
| 11/20/2019 | Expense | | American Airlines | AMERICAN AIR0017510365902 FORT WORTH TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 218.30 | 3,838.98 |
| 11/20/2019 | Expense | | Hotels.com | HOTELSCOM8160275823572 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 138.88 | 3,977.86 |
| 11/20/2019 | Expense | | | ORLANDO INT'L ECON ORLANDO FL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel | 57.00 | 4,034.86 |
| 11/20/2019 | Expense | | Hyatt Hotels | HYATT REGENCY ORLAND INT 8885886308 FL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 357.01 | 4,391.87 |
| 11/21/2019 | Expense | | American Airlines | AMERICAN AIR0017510368790 FORT WORTH TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 285.50 | 4,677.37 |
| 11/21/2019 | Expense | | Hotels.com | HOTELSCOM8124145276209 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 251.85 | 4,929.22 |
| 11/21/2019 | Expense | | Hyatt Hotels | HYATT REGENCY FAIR LAKES 7038181234 VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 216.19 | 5,145.41 |
| 11/21/2019 | Expense | | Hyatt Hotels | HYATT REGENCY FAIR LAKES 7038181234 VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 216.19 | 5,361.60 |
| 11/21/2019 | Credit Card Credit | | Best Buy | BESTBUYCOM805660178169 RICHFIELD MN | Shareholder Loan - RM:RM- UNITED-CHASE | Employee:Teambuilding:Meeting | -396.97 | 4,964.63 |
| 11/21/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,983.07 | 2,981.56 |
| 11/21/2019 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 498.30 | 3,479.86 |
| 11/21/2019 | Expense | | Stamps.com | STAMPS.COM *USPOSTAGE 855-608-2677 CA | Shareholder Loan - RM:RM- UNITED-CHASE | Office Expenses:Postage | 450.00 | 3,929.86 |
| 11/21/2019 | Expense | | Hyatt Hotels | HYATT REGENCY FAIR LAKES 7038181234 VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 356.32 | 4,286.18 |
| 11/21/2019 | Expense | | Best Buy | BEST BUY MHT 00011262 888-BESTBUY MA | Shareholder Loan - RM:RM- UNITED-CHASE | Employee:Teambuilding:Meeting | 342.47 | 4,628.65 |
| 11/21/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:RM- UNITED-CHASE | Client Services | 320.90 | 4,949.55 |
| 11/21/2019 | Expense | | Slayton Wireless | SLAYTON WIRELESS STAUNTON VA | Shareholder Loan - RM:RM- UNITED-CHASE | Client Services | 288.81 | 5,238.36 |
| 11/21/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 163.30 | 5,401.66 |
| 11/21/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Bus | 74.99 | 5,476.65 |
| 11/21/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Bus | 72.99 | 5,549.64 |
| 11/21/2019 | Expense | | UBER | UBER | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 72.90 | 5,622.54 |
| 11/21/2019 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Gas | 53.82 | 5,676.36 |
| 11/21/2019 | Expense | | UBER | UBER | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 17.02 | 5,693.38 |
| 11/22/2019 | Expense | | UBER | UBER | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 51.47 | 5,744.85 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:RM-UNITED-CHASE | | | |
| 11/22/2019 | Expense | | Mrs. Rowes Family Restaurant | Mrs. Rowes Family Restaur STAUNTON VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Meals | 35.63 | 5,780.48 |
| 11/22/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -4,500.00 | 1,280.48 |
| 11/23/2019 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 14.11 | 1,294.59 |
| 11/23/2019 | Expense | | Airbnb | AIRBNB HMAHFK95EM AIRBNB.COM CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 416.07 | 1,710.66 |
| 11/23/2019 | Expense | | American Airlines | AMERICAN AIR0017478248220 FORT WORTH TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 462.00 | 2,172.66 |
| 11/23/2019 | Expense | | Vacasa LLC | Vacasa LLC 208-4732837 OR | Shareholder Loan - RM:RM-UNITED-CHASE | Insurance:Rental Property | 227.43 | 2,400.09 |
| 11/24/2019 | Expense | | Kyoto Japanese Steakhouse | KYOTO JAPANESE STEAKOUSE HARRISONBURG VA | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding:Meeting | 376.99 | 2,777.08 |
| 11/24/2019 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 24.73 | 2,801.81 |
| 11/25/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,799.75 | 1,002.06 |
| 11/25/2019 | Expense | | Mr. J's Bagels | MR J'S BAGELS & DELI 1 HARRISONBURG VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Meals | 19.40 | 1,021.46 |
| 11/25/2019 | Expense | | | SP * I LOST MY DOG HTTPSWWW.ILOS NY | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 585.00 | 1,606.46 |
| 11/26/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -838.99 | 767.47 |
| 11/27/2019 | Expense | | Bojangles | BOJANGLES 1293 STAUNTON VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Meals | 35.97 | 803.44 |
| 11/27/2019 | Expense | | Domino's Pizza | DOMINO'S 4200 540-932-0000 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Meals | 145.27 | 948.71 |
| 11/27/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -585.00 | 363.71 |
| 11/27/2019 | Expense | | Costco | COSTCO WHSE #0468 LONE TREE CO | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 320.67 | 684.38 |
| 11/28/2019 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 30.30 | 714.68 |
| 11/28/2019 | Expense | | Hotels.com | HOTELSCOM9205456044069 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 196.32 | 911.00 |
| 11/28/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -19.40 | 891.60 |
| 11/29/2019 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 7.57 | 899.17 |
| 11/29/2019 | Expense | | Carfax Vehicle | CARFAX *CARFAX.COM CARFAX.COM VA | Shareholder Loan - RM:RM-UNITED-CHASE | Legal Fees | 99.99 | 999.16 |
| 11/29/2019 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 44.23 | 1,043.39 |
| 11/29/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 836.30 | 1,879.69 |
| 11/29/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 836.30 | 2,715.99 |
| 11/30/2019 | Expense | | American Airlines | AMERICAN AIR0017479908185 FORT WORTH TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 608.99 | 3,324.98 |
| 11/30/2019 | Expense | | Kyoto Japanese Steakhouse | KYOTO JAPANESE STEAKOUSE HARRISONBURG VA | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding:Meeting | 394.45 | 3,719.43 |
| 11/30/2019 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 71.92 | 3,791.35 |
| 11/30/2019 | Expense | | Best Buy | BESTBUYCOM669812031 RICHFIELD MN | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding:Meeting | 10.00 | 3,801.35 |
| 12/01/2019 | Expense | | Best Buy | BESTBUYCOM805669812031 888-BESTBUY MN | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding:Meeting | 654.47 | 4,455.82 |
| 12/01/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -836.09 | 3,619.73 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 12/01/2019 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 10.83 | 3,630.56 |
| 12/01/2019 | Expense | | | ANNUAL MEMBERSHIP FEE | Shareholder Loan - RM:RM-UNITED-CHASE | Bank Charges | 95.00 | 3,725.56 |
| 12/01/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -836.09 | 2,889.47 |
| 12/01/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -40.00 | 2,849.47 |
| 12/01/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -40.00 | 2,809.47 |
| 12/02/2019 | Expense | | HOTEL MADISON AND SH | HOTEL MADISON PARKING HARRISONBURG VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 5.00 | 2,814.47 |
| 12/02/2019 | Expense | | SunPass | SUNPASS*ACC96912163 888-865-5352 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 60.57 | 2,875.04 |
| 12/02/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,381.02 | 1,494.02 |
| 12/02/2019 | Expense | | Augusta County | COUNTY OF AUGUSTA 540-2455664 VA | Shareholder Loan - RM:RM-UNITED-CHASE | City Tax | 3,350.62 | 4,844.64 |
| 12/03/2019 | Expense | | Local Chop & Grill House | LOCAL CHOP & GRILL HOU HARRISONBURG VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 208.24 | 5,052.88 |
| 12/03/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,345.38 | 3,707.50 |
| 12/03/2019 | Expense | | Hotels.com | HOTELSCOM9210525323429 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 378.18 | 4,085.68 |
| 12/04/2019 | Expense | | Mrs. Rowes Family Restaurant | Mrs. Rowes Family Restaur STAUNTON VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 103.40 | 4,189.08 |
| 12/04/2019 | Expense | | Augusta County | COUNTY OF AUGUSTA 540-2455664 VA | Shareholder Loan - RM:RM-UNITED-CHASE | City Tax | 2,498.43 | 6,687.51 |
| 12/04/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,500.00 | 3,187.51 |
| 12/05/2019 | Expense | | The Honey Baked Ham Company | HONEYBAKED HAM & CAFE 223 HARRISONBURG VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 29.87 | 3,217.38 |
| 12/05/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -214.37 | 3,003.01 |
| 12/05/2019 | Expense | | Geico | GEICO *AUTO MACON DC | Shareholder Loan - RM:RM-UNITED-CHASE | Insurance | 3,002.30 | 6,005.31 |
| 12/05/2019 | Expense | | The Coca Cola Company | CCNA 800-638-1985 GA | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses:Drinks/Sodas/Juices | 673.92 | 6,679.23 |
| 12/06/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 40.00 | 6,719.23 |
| 12/06/2019 | Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN 336-852-7419 NC | Shareholder Loan - RM:RM-UNITED-CHASE | Cell - Wireless Services | 53.00 | 6,772.23 |
| 12/06/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -3,000.00 | 3,772.23 |
| 12/06/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 40.00 | 3,812.23 |
| 12/06/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 25.00 | 3,837.23 |
| 12/07/2019 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 14.95 | 3,852.18 |
| 12/07/2019 | Expense | | Monticello Ticket Office | MONTICELLO TICKET OFFICE CHARLOTSVIL VA | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 50.00 | 3,902.18 |
| 12/07/2019 | Expense | | Michie Tavern Dining | MICHIE TAVERN DINING ROO CHARLOTTESVIL VA | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 84.27 | 3,986.45 |
| 12/07/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,000.00 | 2,986.45 |
| 12/08/2019 | Expense | | Dulles Airport | IAD DULLES HOURLY 53 DULLES VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 12.00 | 2,998.45 |
| 12/08/2019 | Expense | | Henry's Wrecker Service | HENRYS WRECKER SERVICE FA 703-6988900 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 178.00 | 3,176.45 |
| 12/08/2019 | Expense | | Handcuff Warehouse | HC WAREHOUSE/BUCKSTAFF 757-622-4580 VA | Shareholder Loan - RM:RM- | Security | 1,381.92 | 4,558.37 |

## Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 12/08/2019 | Expense | | Dulles Airport | IAD DULLES TOWING DULLES VA | UNITED-CHASE Shareholder Loan - RM-RM- | Travel | 2,960.00 | 7,518.37 |
| 12/08/2019 | Expense | | Exxon Mobil | EXXONMOBIL | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Gas | 52.95 | 7,571.32 |
| 12/09/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM-RM- | NS-CITY-EXPENSE-7853 | -1,250.00 | 6,321.32 |
| 12/10/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM-RM- | NS-CITY-EXPENSE-7853 | -1,751.38 | 4,569.94 |
| 12/10/2019 | Expense | | FedEx Office | FEDEX OFFIC17900001792 HARRISONBURG VA | UNITED-CHASE Shareholder Loan - RM-RM- | Office Expenses | 19.34 | 4,589.28 |
| 12/10/2019 | Expense | | VA Toll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA | UNITED-CHASE Shareholder Loan - RM-RM- | Travel | 16.75 | 4,606.03 |
| 12/10/2019 | Expense | | UBER | UBER | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Taxi | 5.00 | 4,611.03 |
| 12/11/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM-RM- | NS-CITY-EXPENSE-7853 | -2,000.00 | 2,611.03 |
| 12/11/2019 | Expense | | | Returned Payment | UNITED-CHASE Shareholder Loan - RM-RM- | Security | 2,000.00 | 4,611.03 |
| 12/11/2019 | Expense | | American Airlines | AMERICAN AIR0017483112279 FORT WORTH TX | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Air | 483.47 | 5,094.50 |
| 12/11/2019 | Expense | | American Airlines | AMERICAN AIR0017510602622 FORT WORTH TX | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Air | 466.50 | 5,561.00 |
| 12/11/2019 | Expense | | Michie Tavern Dining | MICHIE TAVERN DINING ROO CHARLOTTESVIL VA | UNITED-CHASE Shareholder Loan - RM-RM- | Employee:Teambuilding/Meeting | 447.58 | 6,008.58 |
| 12/11/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Air | 395.30 | 6,403.88 |
| 12/11/2019 | Expense | | Miracle Car Wash | MIRACLE CAR WASH #1 HARRISONBURG VA | UNITED-CHASE Shareholder Loan - RM-RM- | Vehicle Maintenance | 11.00 | 6,414.88 |
| 12/11/2019 | Expense | | Hotels.com | HOTELSCOM9205663513096 HOTELS.COM NV | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Hotels | 209.18 | 6,624.06 |
| 12/11/2019 | Expense | | Hotels.com | HOTELSCOM9205663832444 HOTELS.COM NV | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Hotels | 157.58 | 6,781.64 |
| 12/11/2019 | Expense | | UBER | UBER | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Taxi | 113.78 | 6,895.42 |
| 12/11/2019 | Expense | | Sushi Village | SUSHI VILLAGE. HARRISONBURG VA | UNITED-CHASE Shareholder Loan - RM-RM- | Travel Meals | 50.67 | 6,946.09 |
| 12/11/2019 | Expense | | FedEx Office | FEDEX 778781916860 MEMPHIS TN | UNITED-CHASE Shareholder Loan - RM-RM- | Office Expenses | 15.50 | 6,961.59 |
| 12/11/2019 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Air | 395.30 | 7,356.89 |
| 12/12/2019 | Expense | | Hotels.com | HOTELSCOM9210669724441 HOTELS.COM NV | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Hotels | 192.48 | 7,549.37 |
| 12/12/2019 | Expense | | American Airlines | AMERICAN AIR0017510604119 FORT WORTH TX | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Air | 156.30 | 7,705.67 |
| 12/12/2019 | Expense | | EGENFEE | EGENFEE*28290004223 866-397-2677 WA | UNITED-CHASE Shareholder Loan - RM-RM- | Travel | 7.00 | 7,712.67 |
| 12/12/2019 | Expense | | American Airlines | PRICELN*AMERICAN AIRLI 800-7742354 CT | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Air | 3.50 | 7,716.17 |
| 12/12/2019 | Expense | | United Airlines | PRICELN*United Airline 800-774-2354 CT | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Air | 2.96 | 7,719.13 |
| 12/12/2019 | Expense | | Kyoto Japanese Steakhouse | KYOTO JAPANESE STEAKOUSE HARRISONBURG VA | UNITED-CHASE Shareholder Loan - RM-RM- | Employee:Teambuilding/Meeting | 292.13 | 8,011.26 |
| 12/12/2019 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM-RM- | NS-CITY-EXPENSE-7853 | -2,428.62 | 5,582.64 |
| 12/12/2019 | Expense | | Stubhub | STUBHUB, INC. 866-788-2482 CA | UNITED-CHASE Shareholder Loan - RM-RM- | Employee:Teambuilding/Meeting | 959.52 | 6,542.16 |
| 12/12/2019 | Expense | | Hotels.com | HOTELSCOM9210669614532 HOTELS.COM WA | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Hotels | 936.47 | 7,478.63 |
| 12/12/2019 | Expense | | American Airlines | AMERICAN AIR0017510604230 FORT WORTH TX | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Air | 403.30 | 7,881.93 |
| 12/12/2019 | Expense | | Drury Hotels | PRICELN*DRURY INN | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Hotels | 368.40 | 8,250.33 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:RM-UNITED-CHASE | | | |
| 12/12/2019 | Expense | | United Airlines | PRICELN*United Airline 800-774-2354 CT | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 2.96 | 8,253.29 |
| 12/13/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Bus | 235.99 | 8,489.28 |
| 12/13/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Bus | 224.99 | 8,714.27 |
| 12/13/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Bus | 220.99 | 8,935.26 |
| 12/13/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Bus | 125.99 | 9,061.25 |
| 12/13/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Bus | 44.99 | 9,106.24 |
| 12/13/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Bus | 263.99 | 9,370.23 |
| 12/13/2019 | Expense | | American Airlines | PRICELN*American Airli 800-774-2354 CT | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 4.03 | 9,374.26 |
| 12/13/2019 | Expense | | American Airlines | PRICELN*American Airli 800-774-2354 CT | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 2.00 | 9,376.26 |
| 12/13/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | NS-CITY-EXPENSE-7853 | -1,748.85 | 7,627.41 |
| 12/13/2019 | Expense | | Midnight Creations | SQ *MIDNIGHT CREATIONS Staunton VA | Shareholder Loan - RM:RM-UNITED-CHASE | Marketing | 289.58 | 7,916.99 |
| 12/13/2019 | Expense | | Firehouse Subs | FIREHOUSE SUBS # 759 STAUNTON VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 27.90 | 7,944.89 |
| 12/14/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 657.30 | 8,602.19 |
| 12/14/2019 | Expense | | American Airlines | AMERICAN AIR0017483821414 FORT WORTH TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 545.66 | 9,147.85 |
| 12/14/2019 | Expense | | American Airlines | AMERICAN AIR0017483821422 FORT WORTH TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 545.66 | 9,693.51 |
| 12/14/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 507.90 | 10,201.41 |
| 12/14/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 507.90 | 10,709.31 |
| 12/14/2019 | Expense | | American Airlines | AMERICAN AIR0017483749917 FORT WORTH TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 346.10 | 11,055.41 |
| 12/14/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 5.60 | 11,061.01 |
| 12/14/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 322.30 | 11,383.31 |
| 12/14/2019 | Expense | | Frontier Airlines | FRONTIER AI T872UC DENVER CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 103.30 | 11,486.61 |
| 12/14/2019 | Expense | | EGENFEE | EGENFEE*28298020329 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 11,493.61 |
| 12/14/2019 | Expense | | EGENFEE | EGENFEE*28298004330 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 11,500.61 |
| 12/14/2019 | Expense | | EGENFEE | EGENFEE*28298101029 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 11,507.61 |
| 12/14/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 5.60 | 11,513.21 |
| 12/14/2019 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 343.20 | 11,856.41 |
| 12/15/2019 | Credit Card Credit | | VA Toll Payment Web | AMERICAN AIR0017483944164 FORT WORTH TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | -253.63 | 11,602.78 |
| 12/15/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 5.60 | 11,608.38 |
| 12/15/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 798.30 | 12,406.68 |
| 12/15/2019 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 589.00 | 12,995.68 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 12/15/2019 | Expense | | American Airlines | AMERICAN AIR0017483925885 FORT WORTH TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 393.70 | 13,389.38 |
| 12/15/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 352.30 | 13,741.68 |
| 12/15/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 274.30 | 14,015.98 |
| 12/15/2019 | Expense | | American Airlines | AMERICAN AIR0017483944164 FORT WORTH TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 253.63 | 14,269.61 |
| 12/15/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Bus | 223.99 | 14,493.60 |
| 12/15/2019 | Expense | | Hotels.com | HOTELSCOM9205724515685 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 92.52 | 14,586.12 |
| 12/15/2019 | Expense | | Hotels.com | HOTELSCOM9210727468024 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 87.69 | 14,673.81 |
| 12/15/2019 | Expense | | Hotels.com | HOTELSCOM9210728116888 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 46.44 | 14,720.25 |
| 12/15/2019 | Expense | | Frontier Airlines | FRONTIER AI W4UL4Y DENVER CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 24.30 | 14,744.55 |
| 12/15/2019 | Expense | | EGENFEE | EGENFEE*28298858459 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 14,751.55 |
| 12/15/2019 | Expense | | EGENFEE | EGENFEE*28298996558 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 14,758.55 |
| 12/15/2019 | Expense | | EGENFEE | EGENFEE*28298323888 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 14,765.55 |
| 12/15/2019 | Expense | | EGENFEE | EGENFEE*28298326473 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 14,772.55 |
| 12/15/2019 | Expense | | EGENFEE | EGENFEE*28298547186 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 14,779.55 |
| 12/15/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 798.30 | 15,577.85 |
| 12/16/2019 | Expense | | EGENFEE | EGENFEE*28299128081 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 15,584.85 |
| 12/16/2019 | Expense | | Hotels.com | HOTELSCOM9210742363968 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 110.53 | 15,695.38 |
| 12/16/2019 | Expense | | EGENFEE | EGENFEE*28303248186 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 15,702.38 |
| 12/16/2019 | Expense | | EGENFEE | EGENFEE*28301772258 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 15,709.38 |
| 12/16/2019 | Expense | | EGENFEE | EGENFEE*28303280363 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 15,716.38 |
| 12/16/2019 | Expense | | EGENFEE | EGENFEE*28303272864 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 15,723.38 |
| 12/16/2019 | Expense | | EGENFEE | EGENFEE*28303362105 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 15,730.38 |
| 12/16/2019 | Expense | | EGENFEE | EGENFEE*28299181138 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 15,737.38 |
| 12/16/2019 | Expense | | Hotels.com | HOTELSCOM9210743922888 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 102.57 | 15,839.95 |
| 12/16/2019 | Expense | | Hotels.com | HOTELSCOM9205742434291 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 90.71 | 15,930.66 |
| 12/16/2019 | Expense | | Hotels.com | HOTELSCOM9205740759322 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 90.40 | 16,021.06 |
| 12/16/2019 | Expense | | Hotels.com | HOTELSCOM9205744039482 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 89.64 | 16,110.70 |
| 12/16/2019 | Expense | | Hotels.com | HOTELSCOM9205735002042 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 83.83 | 16,194.53 |
| 12/16/2019 | Expense | | Hotels.com | HOTELSCOM9205741285639 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 81.26 | 16,275.79 |
| 12/16/2019 | Expense | | Hotels.com | HOTELSCOM9210747752960 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 65.74 | 16,341.53 |
| 12/16/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:RM- | Client Services | 45.00 | 16,386.53 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 12/16/2019 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | UNITED-CHASE Shareholder Loan - RM:RM- UNITED-CHASE | Client Services | 40.00 | 16,426.53 |
| 12/16/2019 | Credit Card Credit | | | Payment Thank You - Web | Shareholder Loan - RM:RM- UNITED-CHASE | Cash Back Reward | -3,000.00 | 13,426.53 |
| 12/16/2019 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 549.00 | 13,975.53 |
| 12/16/2019 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 529.00 | 14,504.53 |
| 12/16/2019 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 519.01 | 15,023.54 |
| 12/16/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 488.30 | 15,511.84 |
| 12/16/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 488.20 | 16,000.04 |
| 12/16/2019 | Expense | | American Airlines | AMERICAN AIR0017484196053 FORT WORTH TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 455.30 | 16,455.34 |
| 12/16/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 367.60 | 16,822.94 |
| 12/16/2019 | Expense | | Hotels.com | HOTELSCOM9205745324611 HOTELS.COM NV | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 253.68 | 17,076.62 |
| 12/16/2019 | Expense | | Henrico General District Court | HENRICO GENERAL DISTRICT 804-5014725 VA | Shareholder Loan - RM:RM- UNITED-CHASE | Legal Fees | 244.12 | 17,320.74 |
| 12/16/2019 | Expense | | Hotels.com | HOTELSCOM9205746468023 HOTELS.COM NV | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 198.04 | 17,518.78 |
| 12/16/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Bus | 184.99 | 17,703.77 |
| 12/16/2019 | Expense | | Hotels.com | HOTELSCOM9205736925481 HOTELS.COM NV | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 180.38 | 17,884.15 |
| 12/16/2019 | Expense | | EGENFEE | EGENFEE*28299060729 866-397-2677 WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel | 7.00 | 17,891.15 |
| 12/17/2019 | Credit Card Credit | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | Cash Back Reward | -3,000.00 | 14,891.15 |
| 12/17/2019 | Expense | | United Airlines | PRICELN*United Airline 800-774-2354 CT | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 3.66 | 14,894.81 |
| 12/17/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Bus | 235.99 | 15,130.80 |
| 12/17/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Bus | 175.99 | 15,306.79 |
| 12/17/2019 | Expense | | Pear Tree Inn | PRICELN*PEAR TREE INN 800-774-2354 CT | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 162.82 | 15,469.61 |
| 12/17/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Bus | 134.99 | 15,604.60 |
| 12/17/2019 | Expense | | Hotels.com | HOTELSCOM9205757195392 HOTELS.COM NV | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 115.92 | 15,720.52 |
| 12/17/2019 | Expense | | Hotels.com | HOTELSCOM9210764316056 HOTELS.COM NV | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 94.14 | 15,814.66 |
| 12/17/2019 | Expense | | Hotels.com | HOTELSCOM9210763899020 HOTELS.COM NV | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 92.57 | 15,907.23 |
| 12/17/2019 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Gas | 69.92 | 15,977.15 |
| 12/17/2019 | Expense | | VA Toll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel | 51.40 | 16,028.55 |
| 12/17/2019 | Expense | | Hotels.com | HOTELSCOM9210764085643 HOTELS.COM NV | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 48.12 | 16,076.67 |
| 12/17/2019 | Expense | | VA Toll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel | 26.50 | 16,103.17 |
| 12/17/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 11.20 | 16,114.37 |
| 12/17/2019 | Expense | | EGENFEE | EGENFEE*28305223806 866-397-2677 WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel | 7.00 | 16,121.37 |
| 12/17/2019 | Expense | | United Airlines | PRICELN*United Airline 800-774-2354 CT | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 4.88 | 16,126.25 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:RM-UNITED-CHASE | | | |
| 12/17/2019 | Expense | | American Airlines | AMERICAN AIR0017484299103 FORT WORTH TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 329.08 | 16,455.33 |
| 12/18/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -5.60 | 16,449.73 |
| 12/18/2019 | Expense | | Tracers Information | Tracers Information 877-7232689 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Software | 520.75 | 16,970.48 |
| 12/18/2019 | Expense | | NC Quick Pass | NC QUICK PASS 800-950-1292 NC | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 3.52 | 16,974.00 |
| 12/18/2019 | Expense | | VA Toll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 51.40 | 17,025.40 |
| 12/18/2019 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 10.62 | 17,036.02 |
| 12/18/2019 | Expense | | American Airlines | AMERICAN AIR0017414761495 FORT WORTH TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 423.30 | 17,459.32 |
| 12/19/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -507.90 | 16,951.42 |
| 12/19/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -507.90 | 16,443.52 |
| 12/19/2019 | Credit Card Credit | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | Cash Back Reward | -3,000.00 | 13,443.52 |
| 12/19/2019 | Expense | | American Airlines | PRICELN*American Airli 800-774-2354 CT | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 3.17 | 13,446.69 |
| 12/19/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Bus | 159.99 | 13,606.68 |
| 12/19/2019 | Expense | | Hotels.com | HOTELSCOM9205782685877 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 81.11 | 13,687.79 |
| 12/19/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Bus | 243.99 | 13,931.78 |
| 12/20/2019 | Credit Card Credit | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | Cash Back Reward | -3,000.00 | 10,931.78 |
| 12/20/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Bus | 93.99 | 11,025.77 |
| 12/20/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Bus | 170.99 | 11,196.76 |
| 12/20/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Bus | 258.99 | 11,455.75 |
| 12/21/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -5.60 | 11,450.15 |
| 12/21/2019 | Expense | | Hotels.com | HOTELSCOM9205833969977 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 80.01 | 11,530.16 |
| 12/21/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 588.00 | 12,118.16 |
| 12/21/2019 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -5.60 | 12,112.56 |
| 12/22/2019 | Expense | | Hotels.com | HOTELSCOM9205844911825 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,115.02 | 13,227.58 |
| 12/22/2019 | Expense | | United Airlines | PRICELN*United Airline 800-774-2354 CT | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 5.88 | 13,233.46 |
| 12/22/2019 | Expense | | Hotels.com | HOTELSCOM9210853958104 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 678.22 | 13,911.68 |
| 12/23/2019 | Expense | | Boite de Luxe | SQ *BOITE DE LUXE Vienna VA | Shareholder Loan - RM:RM-UNITED-CHASE | Marketing | 750.00 | 14,661.68 |
| 12/23/2019 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 5.00 | 14,666.68 |
| 12/23/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 597.30 | 15,263.98 |
| 12/23/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 597.30 | 15,861.28 |
| 12/24/2019 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 145.34 | 16,006.62 |

# Nexus Services Inc.

## Transaction Report

### January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 12/24/2019 | Expense | | Hotels.com | HOTELSCOM9205865626703 HOTELS.COM NV | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 74.72 | 16,081.34 |
| 12/24/2019 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Bus | 210.99 | 16,292.33 |
| 12/24/2019 | Expense | | UBER | UBER | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Taxi | 13.88 | 16,306.21 |
| 12/24/2019 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | Owner's draw | -3,200.00 | 13,106.21 |
| 12/24/2019 | Expense | | UBER | UBER | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Taxi | 55.54 | 13,161.75 |
| 12/25/2019 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Gas | 74.39 | 13,236.14 |
| 12/25/2019 | Expense | | Chang Xing | CHANG XING. FISHERSVILLE VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 50.25 | 13,286.39 |
| 12/25/2019 | Expense | | UBER | UBER | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Taxi | 52.47 | 13,338.86 |
| 12/26/2019 | Credit Card Credit | | | Payment Thank You - Web | Shareholder Loan - RM-RM-UNITED-CHASE | Cash Back Reward | -3,000.00 | 10,338.86 |
| 12/26/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 200.00 | 10,538.86 |
| 12/26/2019 | Expense | | Virginia DMV | VA DMV STAUNTON CSC STAUNTON VA | Shareholder Loan - RM-RM-UNITED-CHASE | Taxes & Licenses | 15.00 | 10,553.86 |
| 12/26/2019 | Expense | | Bojangles | BOJANGLES 1293 STAUNTON VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 32.04 | 10,585.90 |
| 12/26/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 188.00 | 10,773.90 |
| 12/27/2019 | Credit Card Credit | | | Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | Cash Back Reward | -3,000.00 | 7,773.90 |
| 12/27/2019 | Expense | | Chang Xing | CHANG XING. FISHERSVILLE VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 125.40 | 7,899.30 |
| 12/27/2019 | Expense | | Hotels.com | HOTELSCOM9205921390327 HOTELS.COM NV | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 237.26 | 8,136.56 |
| 12/27/2019 | Expense | | Hotels.com | HOTELSCOM9210924892727 HOTELS.COM NV | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 970.24 | 9,106.80 |
| 12/28/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 149.00 | 9,255.80 |
| 12/28/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 189.00 | 9,444.80 |
| 12/29/2019 | Expense | | Whitley Peanut Factory | WHITLEY'S PEANUT FACTORY GLOUCESTER PO VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 731.70 | 10,176.50 |
| 12/29/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 507.90 | 10,684.40 |
| 12/29/2019 | Expense | | Yorktown Pub | YORKTOWN PUB YORKTOWN VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 60.96 | 10,745.36 |
| 12/29/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 200.00 | 10,945.36 |
| 12/29/2019 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Gas | 70.79 | 11,016.15 |
| 12/29/2019 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Air | 270.00 | 11,286.15 |
| 12/30/2019 | Credit Card Credit | | | Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | Cash Back Reward | -2,943.73 | 8,342.42 |
| 12/30/2019 | Expense | | McAlister's Deli | MCALISTER'S DELI #1305 740 E TOWN CE VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel Meals | 35.11 | 8,377.53 |
| 12/30/2019 | Expense | | Homewood Suites | HOMEWOOD SUITES 108 SANDSTON VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 208.38 | 8,585.91 |
| 12/31/2019 | Credit Card Credit | | | Payment Thank You-Mobile | Shareholder Loan - RM-RM-UNITED-CHASE | Cash Back Reward | -3,000.00 | 5,585.91 |
| 12/31/2019 | Expense | | VA Toll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel | 6.50 | 5,592.41 |
| 12/31/2019 | Expense | | Homewood Suites | HOMEWOOD SUITES 108 SANDSTON VA | Shareholder Loan - RM-RM-UNITED-CHASE | Travel:Hotels | 448.83 | 6,041.24 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 01/01/2020 | Credit Card Credit | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | -507.90 | 5,533.34 |
| 01/01/2020 | Expense | | Hotels.com | HOTELSCOM9205997630712 HOTELS.COM NV | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 276.64 | 5,809.98 |
| 01/01/2020 | Expense | | CAREER BUILDER | CareerBuilder 800-861-4182 IL | UNITED-CHASE Shareholder Loan - RM:RM- | Marketing | 1,100.00 | 6,909.98 |
| 01/01/2020 | Expense | | CAREER BUILDER | CareerBuilder 800-861-4182 IL | UNITED-CHASE Shareholder Loan - RM:RM- | Marketing | 2,800.00 | 9,709.98 |
| 01/02/2020 | Credit Card Credit | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | Cash Back Reward | -2,500.00 | 7,209.98 |
| 01/02/2020 | Expense | | Exxon Mobil | EXXONMOBIL | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Gas | 78.00 | 7,287.98 |
| 01/02/2020 | Expense | | VA Toll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel | 14.00 | 7,301.98 |
| 01/02/2020 | Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN 336-852-7419 NC | UNITED-CHASE Shareholder Loan - RM:RM- | Cell - Wireless Services | 53.00 | 7,354.98 |
| 01/02/2020 | Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN 336-852-7419 NC | UNITED-CHASE Shareholder Loan - RM:RM- | Cell - Wireless Services | 53.00 | 7,407.98 |
| 01/02/2020 | Expense | | Pay Tel Communications | PAY TEL COMMUNICATIONS IN 336-852-7419 NC | UNITED-CHASE Shareholder Loan - RM:RM- | Cell - Wireless Services | 53.00 | 7,460.98 |
| 01/03/2020 | Credit Card Credit | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | Cash Back Reward | -3,205.98 | 4,255.00 |
| 01/03/2020 | Expense | | Expedia | REDAWNING* EXPEDIA HTTPSWWW.REDA CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 1,421.24 | 5,676.24 |
| 01/03/2020 | Expense | | Pilot | PILOT_00051 GREENEVILLE TN | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Gas | 41.91 | 5,718.15 |
| 01/03/2020 | Expense | | Tupelo Honey Cafe | TUPELO HONEY L012 FRANKLIN TN | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 325.37 | 6,043.52 |
| 01/03/2020 | Expense | | Hotels.com | HOTELSCOM9206036021496 HOTELS.COM WA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 298.30 | 6,341.82 |
| 01/03/2020 | Expense | | Hotels.com | HOTELSCOM9206034708689 HOTELS.COM WA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 789.84 | 7,131.66 |
| 01/04/2020 | Expense | | Geico | GEICO *AUTO MACON DC | UNITED-CHASE Shareholder Loan - RM:RM- | Insurance | 3,604.44 | 10,736.10 |
| 01/04/2020 | Expense | | Publix | PUBLIX #1529 FRANKLIN TN | UNITED-CHASE Shareholder Loan - RM:RM- | Client Services | 371.03 | 11,107.13 |
| 01/04/2020 | Expense | | Beyond Restaurant | SQ *BEYONDCURRY Franklin TN | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 23.68 | 11,130.81 |
| 01/04/2020 | Expense | | Publix | PUBLIX #1529 FRANKLIN TN | UNITED-CHASE Shareholder Loan - RM:RM- | Client Services | 43.48 | 11,174.29 |
| 01/04/2020 | Expense | | Jack in the Box | JACK IN THE BOX 6904 FRANKLIN TN | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 24.63 | 11,198.92 |
| 01/04/2020 | Expense | | Courtyard By Marriott | COURTYARD BRISTOL BRISTOL VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 187.09 | 11,386.01 |
| 01/05/2020 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 461.40 | 11,847.41 |
| 01/05/2020 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 369.20 | 12,216.61 |
| 01/05/2020 | Expense | | JetBlue | JETBLUE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 301.40 | 12,518.01 |
| 01/05/2020 | Expense | | Tracers Information | Tracers Information 877-7232689 FL | UNITED-CHASE Shareholder Loan - RM:RM- | Software | 73.50 | 12,591.51 |
| 01/05/2020 | Expense | | Hotels.com | HOTELSCOM9211073154438 HOTELS.COM NV | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 93.54 | 12,685.05 |
| 01/05/2020 | Expense | | Hotels.com | HOTELSCOM9211073145339 HOTELS.COM NV | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 86.16 | 12,771.21 |
| 01/05/2020 | Expense | | Hotels.com | HOTELSCOM9206061447525 HOTELS.COM WA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 151.90 | 12,923.11 |
| 01/06/2020 | Expense | | EGENFEE | EGENFEE*28353825302 866-397-2677 WA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel | 7.00 | 12,930.11 |
| 01/06/2020 | Expense | | EGENFEE | EGENFEE*28354355393 866-397-2677 WA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel | 7.00 | 12,937.11 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:RM-UNITED-CHASE | | | |
| 01/06/2020 | Expense | | EGENFEE | EGENFEE*28354322594 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 12,944.11 |
| 01/06/2020 | Expense | | United Airlines | PRICELN*UNITED AIRLINE 800-7742354 CT | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 4.61 | 12,948.72 |
| 01/06/2020 | Expense | | United Airlines | PRICELN*UNITED AIRLINE 800-7742354 CT | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 3.69 | 12,952.41 |
| 01/06/2020 | Expense | | JetBlue | JETBLUE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 3.01 | 12,955.42 |
| 01/06/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | Shareholder Loan - RM:Personal Credit Card Payments | -3,000.00 | 9,955.42 |
| 01/06/2020 | Expense | | Homewood Suites | MARRIOTT ATLANTA MIDTO ATLANTA GA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 592.88 | 10,548.30 |
| 01/06/2020 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 529.20 | 11,077.50 |
| 01/06/2020 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 397.40 | 11,474.90 |
| 01/06/2020 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 397.40 | 11,872.30 |
| 01/06/2020 | Expense | | The Coca Cola Company | CCNA 800-638-1985 GA | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses:Drinks/Sodas/Juices | 336.96 | 12,209.26 |
| 01/06/2020 | Expense | | Hotels.com | HOTELSCOM9211090315990 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 114.49 | 12,323.75 |
| 01/06/2020 | Expense | | Aloft Hotel | PRICELN*ALOFT CHARLOTT 800-774-2354 CT | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 107.96 | 12,431.71 |
| 01/06/2020 | Expense | | Hotels.com | HOTELSCOM9211092733597 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 103.88 | 12,535.59 |
| 01/06/2020 | Expense | | Hotels.com | HOTELSCOM9211092815353 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 80.01 | 12,615.60 |
| 01/06/2020 | Expense | | Hotels.com | HOTELSCOM9206086439905 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 47.31 | 12,662.91 |
| 01/06/2020 | Expense | | Hotels.com | HOTELSCOM9211086086201 HOTELS.COM NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 43.38 | 12,706.29 |
| 01/06/2020 | Expense | | EGENFEE | EGENFEE*28353924151 866-397-2677 WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.00 | 12,713.29 |
| 01/07/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 83.42 | 12,796.71 |
| 01/07/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | Shareholder Loan - RM:Personal Credit Card Payments | -3,000.00 | 9,796.71 |
| 01/08/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 119.17 | 9,915.88 |
| 01/08/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -3,000.00 | 6,915.88 |
| 01/09/2020 | Expense | | Stk Atlanta | STK ATLANTA ATLANTA GA | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 523.00 | 7,438.88 |
| 01/10/2020 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -22.50 | 7,416.38 |
| 01/10/2020 | Expense | | Chase EPay | CHASE CREDIT CRD | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -2,752.81 | 4,663.57 |
| 01/10/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -2,500.00 | 2,163.57 |
| 01/10/2020 | Expense | | Hotel Marriot | MARRIOTT ATLANTA MIDTO ATLANTA GA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 974.73 | 3,138.30 |
| 01/10/2020 | Expense | | JetBlue | JETBLUE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 753.96 | 3,892.26 |
| 01/10/2020 | Expense | | Hotels.com | HOTELSCOM9005019345584 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 556.66 | 4,448.92 |
| 01/10/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 523.10 | 4,972.02 |
| 01/10/2020 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 478.40 | 5,450.42 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 01/10/2020 | Expense | | Springhill Suites | SPRINGHILL SUITES CONF COLLEGE PARK GA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 339.08 | 5,789.50 |
| 01/10/2020 | Expense | | InMotion Entertainment | INMOTION ENT (ATL-T2) ATLANTA GA | Shareholder Loan - RM:RM- UNITED-CHASE | Software | 48.59 | 5,838.09 |
| 01/10/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 35.85 | 5,873.94 |
| 01/10/2020 | Expense | | Lanier Parking | LANIER PARKING 21067100 ATLANTA GA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel | 22.00 | 5,895.94 |
| 01/10/2020 | Expense | | Dulles Airport Taxi | IAD DULLES HOURLY 55 DULLES VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 12.00 | 5,907.94 |
| 01/10/2020 | Expense | | Atlanta Airport | ATLANTA AIRPORT ATLANTA GA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 10.07 | 5,918.01 |
| 01/10/2020 | Expense | | Hotel Marriot | MARRIOTT ATLANTA MIDTO ATLANTA GA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 6.53 | 5,924.54 |
| 01/10/2020 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | -95.70 | 5,828.84 |
| 01/11/2020 | Expense | | Hotels.com | HOTELSCOM9000027099285 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 650.56 | 6,479.40 |
| 01/11/2020 | Expense | | Hotels.com | HOTELSCOM9211158228402 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 556.66 | 7,036.06 |
| 01/11/2020 | Expense | | Hotels.com | HOTELSCOM9005030582082 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 380.81 | 7,416.87 |
| 01/11/2020 | Expense | | American Airlines | AMERICAN AIR0017510905769 FORT WORTH TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 285.70 | 7,702.57 |
| 01/11/2020 | Expense | | Hotels.com | HOTELSCOM9005029795364 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 191.47 | 7,894.04 |
| 01/11/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 108.41 | 8,002.45 |
| 01/11/2020 | Expense | | American Airlines | AMERICAN AIR0010613621298 FORT WORTH TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 69.07 | 8,071.52 |
| 01/11/2020 | Expense | | El Centro DF | EL CENTRO DF ARLINGTON VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 48.12 | 8,119.64 |
| 01/11/2020 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Gas | 45.05 | 8,164.69 |
| 01/11/2020 | Expense | | Conrad Fort Lauderdale Beach | FT LAUD HOLLYWOOD INTL A FT LAUDERDALE FL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 3.00 | 8,167.69 |
| 01/12/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 652.66 | 8,820.35 |
| 01/12/2020 | Expense | | Hotels.com | HOTELSCOM9206160254814 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 547.41 | 9,367.76 |
| 01/12/2020 | Expense | | Hotels.com | HOTELSCOM9211166573991 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 316.02 | 9,683.78 |
| 01/12/2020 | Expense | | American Airlines | PRICELN*American Airli 800-774-2354 CT | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 2.86 | 9,686.64 |
| 01/12/2020 | Expense | | Hotels.com | HOTELSCOM9211163802543 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 168.82 | 9,855.46 |
| 01/12/2020 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MCLEAN VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 147.84 | 10,003.30 |
| 01/12/2020 | Expense | | Courtyard By Marriott | COURTYARD BY MARRIOTT MCLEAN VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 113.60 | 10,116.90 |
| 01/12/2020 | Expense | | Hotels.com | HOTELSCOM9005032443703 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 186.04 | 10,302.94 |
| 01/13/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | Shareholder Loan - RM:Personal Credit Card Payments | -2,600.00 | 7,702.94 |
| 01/13/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 613.40 | 8,316.34 |
| 01/13/2020 | Expense | | Hotels.com | HOTELSCOM9206171624495 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 575.17 | 8,891.51 |
| 01/13/2020 | Expense | | GTL Inmate Phone Service | GTL Inmate Phone Service | Shareholder Loan - RM:RM- UNITED-CHASE | Client Services | 30.00 | 8,921.51 |
| 01/13/2020 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:RM- | Client Services | 35.00 | 8,956.51 |

**Nexus Services Inc.**

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 01/13/2020 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | UNITED-CHASE Shareholder Loan - RM:RM- | Client Services | 35.00 | 8,991.51 |
| 01/13/2020 | Expense | | Hotel Marriot | MARRIOTT ATLANTA MIDTO ATLANTA GA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 382.89 | 9,374.40 |
| 01/14/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 4.77 | 9,379.17 |
| 01/14/2020 | Expense | | Airbnb | AIRBNB HMD34PEKQW AIRBNB.COM CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 1,772.79 | 11,151.96 |
| 01/14/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 11.13 | 11,163.09 |
| 01/14/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 15.55 | 11,178.64 |
| 01/14/2020 | Expense | | Canton Escazu | RESTAURANTE CANTON ESCAZU SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 22.58 | 11,201.22 |
| 01/15/2020 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | Shareholder Loan - RM:Personal Credit Card Payments | -2,497.93 | 8,703.29 |
| 01/15/2020 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | LN-CITY-OPERATING-4829 | -3,000.00 | 5,703.29 |
| 01/15/2020 | Expense | | Samurai Fusion | SAMURAI FUSION SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 128.22 | 5,831.51 |
| 01/15/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 11.16 | 5,842.67 |
| 01/15/2020 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 200.00 | 6,042.67 |
| 01/15/2020 | Expense | | Arizona Corporation Commission | ARIZONA CORP COMM .CC.STATE.AZ. AZ | UNITED-CHASE Shareholder Loan - RM:RM- | Taxes & Licenses | 135.00 | 6,177.67 |
| 01/15/2020 | Expense | | Arizona Corporation Commission | ARIZONA CORP COMM .CC.STATE.AZ. AZ | UNITED-CHASE Shareholder Loan - RM:RM- | Taxes & Licenses | 135.00 | 6,312.67 |
| 01/15/2020 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 269.90 | 6,582.57 |
| 01/16/2020 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | Shareholder Loan - RM:Personal Credit Card Payments | -2,755.19 | 3,827.38 |
| 01/16/2020 | Expense | | Samurai Fusion | SAMURAI FUSION SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 286.06 | 4,113.44 |
| 01/16/2020 | Expense | | Tacontento | RESTAURANTE TACONTENTO SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 115.81 | 4,229.25 |
| 01/16/2020 | Expense | | UBER | UBER | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Taxi | 5.00 | 4,234.25 |
| 01/16/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 14.38 | 4,248.63 |
| 01/16/2020 | Expense | | UBER | UBER | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Taxi | 10.66 | 4,259.29 |
| 01/16/2020 | Expense | | | ICON MULTIP ESCAZU SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 40.34 | 4,299.63 |
| 01/17/2020 | Expense | | Outback Steakhouse | OUTBACK Escazu | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 278.05 | 4,577.68 |
| 01/17/2020 | Expense | | Sibö Chocolate Escalante kiosk | CHOCOLATE SIBO SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 77.21 | 4,654.89 |
| 01/17/2020 | Expense | | UBER | UBER | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Taxi | 15.82 | 4,670.71 |
| 01/17/2020 | Expense | | Hotels.com | HOTELSCOM9211216333135 HOTELS.COM WA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 356.80 | 5,027.51 |
| 01/17/2020 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | Shareholder Loan - RM:Personal Credit Card Payments | -3,065.69 | 1,961.82 |
| 01/17/2020 | Expense | | Hotels.com | HOTELSCOM9211224867711 HOTELS.COM WA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 630.70 | 2,592.52 |
| 01/17/2020 | Expense | | UBER | UBER | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Taxi | 5.00 | 2,597.52 |
| 01/18/2020 | Expense | | Courtyard By Marriott | HOTEL COURTYARD BY MARRIO SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 4,649.00 | 7,246.52 |
| 01/18/2020 | Expense | | Samurai Fusion | SAMURAI FUSION SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 92.43 | 7,338.95 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:RM-UNITED-CHASE | | | |
| 01/18/2020 | Expense | | Hotels.com | HOTELSCOM9005102149720 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 602.94 | 7,941.89 |
| 01/18/2020 | Expense | | Airbnb | AIRBNB HMYHT5SQM3 AIRBNB.COM CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 956.48 | 8,898.37 |
| 01/19/2020 | Expense | | Courtyard By Marriott | HOTEL COURTYARD BY MARRIO SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 794.36 | 9,692.73 |
| 01/19/2020 | Expense | | Hotels.com | HOTELSCOM9005105977073 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 652.60 | 10,345.33 |
| 01/19/2020 | Expense | | KLM | KLM NETHERLA0748240674541 GP AMSTELVEEN | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 19.99 | 10,365.32 |
| 01/19/2020 | Expense | | KLM | KLM NETHERLA0748240674541 GP AMSTELVEEN | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 19.99 | 10,385.31 |
| 01/19/2020 | Expense | | Hotels.com | HOTELSCOM9211236226587 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 326.30 | 10,711.61 |
| 01/20/2020 | Expense | | Air France | AIR FRANCE 0577493497042 SEATTLE WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 608.90 | 11,320.51 |
| 01/21/2020 | Expense | | Hotels.com | HOTELSCOM9211257366807 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,094.82 | 12,415.33 |
| 01/21/2020 | Expense | | Eurostar | EUROSTAR (IBE) LONDON | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 402.00 | 12,817.33 |
| 01/21/2020 | Expense | | Hotels.com | HOTELSCOM9000126369042 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 706.08 | 13,523.41 |
| 01/22/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -2,500.00 | 11,023.41 |
| 01/22/2020 | Expense | | Shenandoah Valley Electric Co-Op | SHENANDOAH VALLEY ELEC C 540-434-2200 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Utilities | 767.33 | 11,790.74 |
| 01/22/2020 | Expense | | Hilton Garden Inn | HILTON DUBLIN AIRPORT DUBLIN | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 694.79 | 12,485.53 |
| 01/22/2020 | Expense | | Scandinavian Airlines | SAS AIRLINE 1177494364142 RUTHERFORD NJ | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 461.30 | 12,946.83 |
| 01/22/2020 | Expense | | Cabvision | CABVISION NETWORK LONDON E1 | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 23.68 | 12,970.51 |
| 01/22/2020 | Expense | | Hotels.com | HOTELSCOM9211280639293 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 123.17 | 13,093.68 |
| 01/22/2020 | Expense | | Hilton Garden Inn | HILTON DUBLIN AIRPORT DUBLIN | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 92.95 | 13,186.63 |
| 01/22/2020 | Expense | | Layalina | LAYALINA LONDON | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 25.75 | 13,212.38 |
| 01/22/2020 | Expense | | | | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 249.11 | 13,461.49 |
| 01/23/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -2,600.00 | 10,861.49 |
| 01/23/2020 | Expense | | W London | W LONDON LEICESTER SQUARE LONDON | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 743.88 | 11,605.37 |
| 01/23/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 434.70 | 12,040.07 |
| 01/23/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 434.70 | 12,474.77 |
| 01/23/2020 | Expense | | VTWC EUSTON | EUSTON TVM LONDON | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 418.26 | 12,893.03 |
| 01/23/2020 | Expense | | Bake 麵包屋 | BAKE LONDON W1D | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 11.71 | 12,904.74 |
| 01/23/2020 | Expense | | CMT Houston Humble TX | CMT UK LTD TAXI FARE LONDON | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 28.41 | 12,933.15 |
| 01/23/2020 | Expense | | California Secretary of State | CA SECRETARY OF STATE WEB 916-6951338 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Taxes & Licenses | 25.00 | 12,958.15 |
| 01/23/2020 | Expense | | California Secretary of State | CA SECRETARY OF STATE WEB 916-6951338 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Taxes & Licenses | 25.00 | 12,983.15 |
| 01/23/2020 | Expense | | Darren Bexleyheath | IZ *Darren Bexleyheath | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 21.57 | 13,004.72 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 01/23/2020 | Expense | | CARLUCCIOS | CARLUCCIO S MANCHESTER PI MANCHESTER | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 19.66 | 13,024.38 |
| 01/23/2020 | Expense | | WHSmith | WH SMITH MANCHESTER PI | Shareholder Loan - RM:RM- UNITED-CHASE | Travel | 159.20 | 13,183.58 |
| 01/24/2020 | Expense | | Signalen Sjøbad | SIGNALEN SJOEBAD AS NESODDTANGEN | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 140.63 | 13,324.21 |
| 01/24/2020 | Expense | | Hotels.com | HOTELSCOM9211296497959 HOTELS.COM WA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 1,110.64 | 14,434.85 |
| 01/24/2020 | Expense | | W London | W LONDON LEICESTER SQUARE LONDON | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 517.32 | 14,952.17 |
| 01/24/2020 | Expense | | Ruter | RUTER AS 37 TER OSLO | Shareholder Loan - RM:RM- UNITED-CHASE | Travel | 6.57 | 14,958.74 |
| 01/24/2020 | Expense | | Bytaxi | BYTAXI A8035 OSLO | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 160.35 | 15,119.09 |
| 01/24/2020 | Expense | | Taxi Ashford | Heathrow Taxi Cab Service Ashford | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 101.98 | 15,221.07 |
| 01/24/2020 | Expense | | The Coca Cola Company | CCNA 800-638-1985 GA | Shareholder Loan - RM:RM- UNITED-CHASE | Office Expenses:Drinks/Sodas/Juices | 336.96 | 15,558.03 |
| 01/25/2020 | Expense | | Jamie's Italian | ITALIAN RESTAURANT AKER B OSLO | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 171.50 | 15,729.53 |
| 01/26/2020 | Credit Card Credit | | UA INFLT Houston | UA INFLIGHT PURCH CREDIT | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | -172.25 | 15,557.28 |
| 01/26/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 144.75 | 15,702.03 |
| 01/26/2020 | Expense | | Inflight wi fi | UAL*WIFI | Shareholder Loan - RM:RM- UNITED-CHASE | Utilities | 689.00 | 16,391.03 |
| 01/26/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | LN-CITY-OPERATING-4829 | -3,000.00 | 13,391.03 |
| 01/27/2020 | Expense | | Montage Beverly Hills Hotel | SQ *SUPREMO Beverly Hills CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 273.63 | 13,664.66 |
| 01/28/2020 | Expense | | GYU-KAKU JAPANESE BBQ | GYU-KAKU RESTAURANT BEVERLY HILLS CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 306.96 | 13,971.62 |
| 01/28/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 90.26 | 14,061.88 |
| 01/28/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 10.00 | 14,071.88 |
| 01/28/2020 | Expense | | Valet Parking | SQ *M & M VALET SERVICES Northridge CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel | 26.00 | 14,097.88 |
| 01/28/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 27.14 | 14,125.02 |
| 01/29/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | LN-CITY-OPERATING-4829 | -4,500.00 | 9,625.02 |
| 01/29/2020 | Expense | | 101domain | 101DOMAIN 760-4448674 CA | Shareholder Loan - RM:RM- UNITED-CHASE | Office Expenses | 12.00 | 9,637.02 |
| 01/29/2020 | Expense | | YUME E HOUSTON TX | YUME E HOUSTON TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 44.89 | 9,681.91 |
| 01/29/2020 | Expense | | 101domain | 101DOMAIN 760-4448674 CA | Shareholder Loan - RM:RM- UNITED-CHASE | Office Expenses | 761.18 | 10,443.09 |
| 01/30/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | LN-CITY-OPERATING-4829 | -4,027.59 | 6,415.50 |
| 01/30/2020 | Expense | | PF Changs | PF CHANG' S ESCAZU | Shareholder Loan - RM:RM- UNITED-CHASE | Employee:Teambuilding/Meeting | 152.45 | 6,567.95 |
| 01/30/2020 | Expense | | Crowdspring | CROWDSPRING 8778877442 IL | Shareholder Loan - RM:RM- UNITED-CHASE | Office Expenses | 1,247.00 | 7,814.95 |
| 01/31/2020 | Expense | | Outback Steakhouse | OUTBACK Escazu | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 152.97 | 7,967.92 |
| 01/31/2020 | Expense | | Courtyard By Marriott | HOTEL COURTYARD BY MARRIO SAN JOSE | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 1,017.00 | 8,984.92 |
| 02/01/2020 | Expense | | Spirit Airlines | SPIRIT AIRL XXXXXXXXX6003 MIRAMAR FL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Air | 110.99 | 9,095.91 |
| 02/01/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM- | Travel:Air | 279.40 | 9,375.31 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 02/01/2020 | Expense | | Hotels.com | HOTELSCOM9200016384468 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 449.74 | 9,825.05 |
| 02/01/2020 | Expense | | Courtyard By Marriott | HOTEL COURTYARD BY MARRIO SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,006.24 | 10,831.29 |
| 02/01/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | Shareholder Loan - RM:Personal Credit Card Payments | -4,000.00 | 6,831.29 |
| 02/02/2020 | Expense | | Stubhub | STUBHUB, INC. 866-788-2482 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 6,113.25 | 12,944.54 |
| 02/02/2020 | Expense | | Comfort Inn & Suites | | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 110.98 | 13,055.52 |
| 02/02/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 71.00 | 13,126.52 |
| 02/03/2020 | Expense | | Amazon | Amazon web services aws.amazon.co WA | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 1.33 | 13,127.85 |
| 02/03/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 125.30 | 13,253.15 |
| 02/03/2020 | Expense | | PF Changs | PF CHANGS #3900 DALLAS TX | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 102.15 | 13,355.30 |
| 02/03/2020 | Expense | | | | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 49.82 | 13,405.12 |
| 02/03/2020 | Expense | | Parking Receipts | PARKRECEIPTS.COM V FRISCO TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 18.50 | 13,423.62 |
| 02/03/2020 | Expense | | Platinum Parking | PLAT PARKING - LOT 244 DALLAS TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 5.00 | 13,428.62 |
| 02/03/2020 | Expense | | Platinum Parking | PLAT PARKING - LOT 244 DALLAS TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 1.50 | 13,430.12 |
| 02/03/2020 | Bill Payment (Credit Card) | | Office Depot | | Shareholder Loan - RM:RM-UNITED-CHASE | Accounts Payable | 53.32 | 13,483.44 |
| 02/03/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -7,000.00 | 6,483.44 |
| 02/03/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -2,726.25 | 3,757.19 |
| 02/04/2020 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 25.00 | 3,782.19 |
| 02/04/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 84.13 | 3,866.32 |
| 02/04/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 200.00 | 4,066.32 |
| 02/04/2020 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 35.00 | 4,101.32 |
| 02/04/2020 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 40.00 | 4,141.32 |
| 02/04/2020 | Expense | | Benihana | BENIHANA DENVER DENVER CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 586.25 | 4,727.57 |
| 02/04/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -1,729.59 | 2,997.98 |
| 02/05/2020 | Expense | | The Cosmopolitan of Las Vegas | COSMOPOLITAN RESERVATION 702-759-4814 NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 589.58 | 3,587.56 |
| 02/05/2020 | Expense | | Siena at the Courtyard | SIENA CASTLEROCK CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 247.55 | 3,835.11 |
| 02/05/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 183.71 | 4,018.82 |
| 02/05/2020 | Expense | | W Dallas Victory Hotel | W DALLAS VICTORY 214-3974100 TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 6.46 | 4,025.28 |
| 02/05/2020 | Expense | | W Dallas Victory Hotel | | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,270.30 | 5,295.58 |
| 02/05/2020 | Expense | | Geico | GEICO *AUTO MACON DC | Shareholder Loan - RM:RM-UNITED-CHASE | Insurance | 2,432.71 | 7,728.29 |
| 02/05/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -1,575.25 | 6,153.04 |
| 02/06/2020 | Expense | | Element Hotel | ELEMENT DENVER PARK MEAD LONETREE CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 26.00 | 6,179.04 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:RM-UNITED-CHASE | | | |
| 02/06/2020 | Expense | | Element Hotel | ELEMENT DENVER PARK MEAD LONETREE CO | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 148.15 | 6,327.19 |
| 02/06/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 199.00 | 6,526.19 |
| 02/06/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 189.00 | 6,715.19 |
| 02/06/2020 | Transfer | | | | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -246.26 | 6,468.93 |
| 02/07/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 10.00 | 6,478.93 |
| 02/07/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 28.38 | 6,507.31 |
| 02/07/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 28.56 | 6,535.87 |
| 02/07/2020 | Expense | | The Cosmopolitan of Las Vegas | COSMOPOLITAN RESERVATION 702-759-4814 NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 408.17 | 6,944.04 |
| 02/07/2020 | Transfer | | | | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -997.11 | 5,946.93 |
| 02/08/2020 | Transfer | | | | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -3,909.47 | 2,037.46 |
| 02/08/2020 | Expense | | The Cosmopolitan of Las Vegas | COSMOPOLITAN FRONT DESK LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,131.98 | 3,169.44 |
| 02/08/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 6.88 | 3,176.32 |
| 02/08/2020 | Expense | | California Pizza Kitchen - CPK | CALIFORNIA PIZZA LAS LAS VEGAS NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 44.95 | 3,221.27 |
| 02/09/2020 | Expense | | JetBlue | JETBLUE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 552.92 | 3,774.19 |
| 02/09/2020 | Expense | | GYU-KAKU JAPANESE BBQ | GYU-KAKU RESTAURANT BEVERLY HILLS CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 654.43 | 4,428.62 |
| 02/09/2020 | Expense | | Tracers Information | Tracers Information 877-7232689 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Software | 160.00 | 4,588.62 |
| 02/09/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 88.39 | 4,677.01 |
| 02/09/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 10.00 | 4,687.01 |
| 02/10/2020 | Expense | | Office Depot | | Shareholder Loan - RM:RM-UNITED-CHASE | Stationery & Printing | 244.87 | 4,931.88 |
| 02/10/2020 | Expense | | The Cosmopolitan of Las Vegas | COSMOPOLITAN FRONT DESK 702-759-4814 NV | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 1,378.63 | 6,310.51 |
| 02/10/2020 | Expense | | YUME E HOUSTON TX | YUME E HOUSTON TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 133.88 | 6,444.39 |
| 02/10/2020 | Expense | | PF Changs | PF CHANG'S ESCAZU | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 132.10 | 6,576.49 |
| 02/10/2020 | Expense | | La Tetera | CAFE RESTAURANTE LA TETER SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 47.71 | 6,624.20 |
| 02/10/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 12.10 | 6,636.30 |
| 02/10/2020 | Expense | | San Jose International Airport | AUTO PARKING SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 2.11 | 6,638.41 |
| 02/10/2020 | Expense | | Avenida Escazu | AVENIDA PARQUEOS Escazu | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 8.80 | 6,647.21 |
| 02/10/2020 | Expense | | | 2/11 WITHDRAWAL EPAY CHASE CREDIT CRD 4534054445 | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -1,881.27 | 4,765.94 |
| 02/11/2020 | Expense | | Outback Steakhouse | OUTBACK Escazu | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 211.60 | 4,977.54 |
| 02/12/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | Shareholder Loan - RM:RM-UNITED-CHASE | Marketing | 500.00 | 5,477.54 |
| 02/12/2020 | Expense | | Samurai Fusion | SAMURAI FUSION SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 499.90 | 5,977.44 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 02/12/2020 | Expense | | 101domain | 101DOMAIN 760-4448674 CA | Shareholder Loan - RM-RM- UNITED-CHASE | Office Expenses | 47.32 | 6,024.76 |
| 02/12/2020 | Transfer | | | | Shareholder Loan - RM-RM- UNITED-CHASE | LN-CITY-OPERATING-4829 | -1,929.75 | 4,095.01 |
| 02/12/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | Shareholder Loan - RM-RM- UNITED-CHASE | Marketing | 500.00 | 4,595.01 |
| 02/12/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | Shareholder Loan - RM-RM- UNITED-CHASE | Marketing | 500.00 | 5,095.01 |
| 02/13/2020 | Credit Card Credit | | JetBlue | JETBLUE | Shareholder Loan - RM-RM- UNITED-CHASE | Travel:Air | -45.00 | 5,050.01 |
| 02/13/2020 | Expense | | Sibö Chocolate Escalante kiosk | CHOCOLATE SIBO SAN JOSE | Shareholder Loan - RM-RM- UNITED-CHASE | Travel Meals | 397.80 | 5,447.81 |
| 02/13/2020 | Expense | | Samurai Fusion | SAMURAI FUSION SAN JOSE | Shareholder Loan - RM-RM- UNITED-CHASE | Travel Meals | 583.59 | 6,031.40 |
| 02/13/2020 | Credit Card Credit | | JetBlue | JETBLUE | Shareholder Loan - RM-RM- UNITED-CHASE | Travel:Air | -48.00 | 5,983.40 |
| 02/14/2020 | Expense | | Best Buy | BESTBUYCOM805691217414 888-BESTBUY MN | Shareholder Loan - RM-RM- UNITED-CHASE | Employee:Teambuilding/Meeting | 1,756.99 | 7,740.39 |
| 02/14/2020 | Expense | | Best Buy | BESTBUYCOM805691217414 888-BESTBUY MN | Shareholder Loan - RM-RM- UNITED-CHASE | Employee:Teambuilding/Meeting | 109.49 | 7,849.88 |
| 02/14/2020 | Expense | | Best Buy | BESTBUYCOM805691217414 888-BESTBUY MN | Shareholder Loan - RM-RM- UNITED-CHASE | Employee:Teambuilding/Meeting | 54.74 | 7,904.62 |
| 02/14/2020 | Expense | | 101domain | 101DOMAIN 760-4448674 CA | Shareholder Loan - RM-RM- UNITED-CHASE | Office Expenses | 27.98 | 7,932.60 |
| 02/14/2020 | Expense | | 101domain | 101DOMAIN 760-4448674 CA | Shareholder Loan - RM-RM- UNITED-CHASE | Office Expenses | 10.99 | 7,943.59 |
| 02/15/2020 | Expense | | Avenida Escazu | AVENIDA PARQUEOS Escazu | Shareholder Loan - RM-RM- UNITED-CHASE | Travel Meals | 8.84 | 7,952.43 |
| 02/15/2020 | Transfer | | | | Shareholder Loan - RM-RM- UNITED-CHASE | LN-CITY-OPERATING-4829 | -2,500.00 | 5,452.43 |
| 02/15/2020 | Expense | | | | Shareholder Loan - RM-RM- UNITED-CHASE | Office Supplies - Computers | 3,107.79 | 8,560.22 |
| 02/15/2020 | Expense | | San Jose International Airport | AUTO PARKING SAN JOSE | Shareholder Loan - RM-RM- UNITED-CHASE | Travel | 0.71 | 8,560.93 |
| 02/15/2020 | Expense | | Pepsi Vending Machine | VENDING MACHINE SAN JOSE | Shareholder Loan - RM-RM- UNITED-CHASE | Travel Meals | 9.90 | 8,570.83 |
| 02/15/2020 | Expense | | Auto Mercado | AUTO MERCADO MULTIPLAZA SAN JOSE | Shareholder Loan - RM-RM- UNITED-CHASE | Travel Meals | 88.29 | 8,659.12 |
| 02/15/2020 | Expense | | PF Changs | PF CHANG' S ESCAZU | Shareholder Loan - RM-RM- UNITED-CHASE | Employee:Teambuilding/Meeting | 120.93 | 8,780.05 |
| 02/15/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM-RM- UNITED-CHASE | Travel:Air | 738.66 | 9,518.71 |
| 02/16/2020 | Expense | | Gasolinera Los Reyes El Coyol | GASOLINERA LOS REYES ALAJUELA | Shareholder Loan - RM-RM- UNITED-CHASE | Travel:Gas | 23.09 | 9,541.80 |
| 02/16/2020 | Expense | | Go To Meeting | LOGMEIN*GoToMyPC logmein.com MA | Shareholder Loan - RM-RM- UNITED-CHASE | Software | 44.00 | 9,585.80 |
| 02/16/2020 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM-RM- UNITED-CHASE | Client Services | 30.00 | 9,615.80 |
| 02/16/2020 | Expense | | Hooligans - Plaza | HOOLIGANS PLAZA TEMPO SAN JOSE | Shareholder Loan - RM-RM- UNITED-CHASE | Travel Meals | 43.62 | 9,659.42 |
| 02/17/2020 | Expense | | 101domain | 101DOMAIN 760-4448674 CA | Shareholder Loan - RM-RM- UNITED-CHASE | Office Expenses | 30.00 | 9,689.42 |
| 02/17/2020 | Expense | | Appunto El Mercadito | APPUNTO EL MERCADITO GOUR SAN JOSE | Shareholder Loan - RM-RM- UNITED-CHASE | Client Services | 13.65 | 9,703.07 |
| 02/17/2020 | Expense | | Avenida Escazu | AVENIDA PARQUEOS Escazu | Shareholder Loan - RM-RM- UNITED-CHASE | Travel Meals | 8.86 | 9,711.93 |
| 02/17/2020 | Expense | | PF Changs | PF CHANG S SAN JOSE | Shareholder Loan - RM-RM- UNITED-CHASE | Employee:Teambuilding/Meeting | 178.42 | 9,890.35 |
| 02/18/2020 | Expense | | Samurai Fusion | SAMURAI FUSION SAN JOSE | Shareholder Loan - RM-RM- UNITED-CHASE | Travel Meals | 616.07 | 10,506.42 |
| 02/18/2020 | Expense | | FarmaValue Escazú | FARMAVALUE P ITSKATZU ESCAZU | Shareholder Loan - RM-RM- | Travel | 3.71 | 10,510.13 |

# Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| 02/19/2020 | Expense | | EGENFEE | EGENFEE*28578649145 866-397-2677 WA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel | 7.00 | 10,517.13 |
| 02/19/2020 | Expense | | UBER | UBER | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Taxi | 17.67 | 10,534.80 |
| 02/19/2020 | Expense | | Johnny Rocket's | | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 81.12 | 10,615.92 |
| 02/19/2020 | Expense | | The Coca Cola Company | CCNA 800-638-1985 GA | UNITED-CHASE Shareholder Loan - RM:RM- | Office Expenses:Drinks/Sodas/Juices | 336.96 | 10,952.88 |
| 02/19/2020 | Expense | | Hotels.com | HOTELSCOM9206526755467 HOTELS.COM WA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 143.53 | 11,096.41 |
| 02/19/2020 | Expense | | Delta Airlines | DELTA AIR | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 428.40 | 11,524.81 |
| 02/19/2020 | Expense | | Airbnb | AIRBNB HMKA5YZ8E2 AIRBNB.COM CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 2,430.74 | 13,955.55 |
| 02/19/2020 | Transfer | | | | UNITED-CHASE Shareholder Loan - RM:RM- | LN-CITY-OPERATING-4829 | -2,452.73 | 11,502.82 |
| 02/20/2020 | Expense | | Courtyard By Marriott | HOTEL COURTYARD BY MARRIO SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 423.75 | 11,926.57 |
| 02/20/2020 | Expense | | San Jose International Airport | AUTO PARKING SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel | 2.11 | 11,928.68 |
| 02/20/2020 | Transfer | | | | UNITED-CHASE Shareholder Loan - RM:RM- | LN-CITY-OPERATING-4829 | -2,073.65 | 9,855.03 |
| 02/20/2020 | Expense | | Subway | | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 9.08 | 9,864.11 |
| 02/20/2020 | Expense | | Hotels.com | HOTELSCOM9195124411589 HOTELS.COM WA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 200.58 | 10,064.69 |
| 02/20/2020 | Expense | | SICILIA DELI | SICILIA DELI COLONES (RES ESCAZU | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 220.79 | 10,285.48 |
| 02/21/2020 | Expense | | Hotels.com | HOTELSCOM9005419662950 HOTELS.COM WA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 640.83 | 10,926.31 |
| 02/21/2020 | Expense | | Delta Airlines | DELTA AIR | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 698.40 | 11,624.71 |
| 02/21/2020 | Transfer | | | | UNITED-CHASE Shareholder Loan - RM:RM- | LN-CITY-OPERATING-4829 | -3,000.00 | 8,624.71 |
| 02/21/2020 | Expense | | La Dolce Velo Bicycle Shop | IL DOLCE SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel | 15.55 | 8,640.26 |
| 02/21/2020 | Expense | | Office Depot | | UNITED-CHASE Shareholder Loan - RM:RM- | Stationery & Printing | 91.67 | 8,731.93 |
| 02/21/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | UNITED-CHASE Shareholder Loan - RM:RM- | Marketing | 100.00 | 8,831.93 |
| 02/21/2020 | Expense | | Hooligans - Plaza | HOOLIGANS PLAZA TEMPO SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 118.44 | 8,950.37 |
| 02/22/2020 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 5.60 | 8,955.97 |
| 02/22/2020 | Expense | | La Dolce Velo Bicycle Shop | IL DOLCE SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel | 16.52 | 8,972.49 |
| 02/22/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 26.53 | 8,999.02 |
| 02/22/2020 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 65.00 | 9,064.02 |
| 02/22/2020 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 73.00 | 9,137.02 |
| 02/22/2020 | Expense | | Suenos del Irazu | RESTAURANTE SUENOS DEL IR CARTAGO | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 74.95 | 9,211.97 |
| 02/22/2020 | Expense | | SICILIA DELI | SICILIA DELI COLONES (RES ESCAZU | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 109.72 | 9,321.69 |
| 02/22/2020 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 333.05 | 9,654.74 |
| 02/22/2020 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Air | 5.60 | 9,660.34 |
| 02/22/2020 | Transfer | | | | UNITED-CHASE Shareholder Loan | LN-CITY-OPERATING-4829 | -2,756.58 | 6,903.76 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:RM-UNITED-CHASE | | | |
| 02/22/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 952.76 | 7,856.52 |
| 02/23/2020 | Expense | | Office Depot | | Shareholder Loan - RM:RM-UNITED-CHASE | Stationery & Printing | 245.45 | 8,101.97 |
| 02/23/2020 | Expense | | American Airlines | AMERICAN AIR0017445702719 FORT WORTH TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 195.50 | 8,297.47 |
| 02/23/2020 | Expense | | Hotels.com | HOTELSCOM9195157676990 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 164.70 | 8,462.17 |
| 02/23/2020 | Expense | | PF Changs | PF CHANG`S ESCAZU | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 139.87 | 8,602.04 |
| 02/23/2020 | Expense | | Hotels.com | HOTELSCOM9000432920238 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 94.25 | 8,696.29 |
| 02/23/2020 | Expense | | Hotels.com | HOTELSCOM9000433446838 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 90.16 | 8,786.45 |
| 02/23/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 63.76 | 8,850.21 |
| 02/23/2020 | Expense | | La Tetera | CAFE RESTAURANTE LA TETER SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 57.42 | 8,907.63 |
| 02/23/2020 | Expense | | Auto Mercado | AUTO MERCADO MULTIPLAZA SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 15.08 | 8,922.71 |
| 02/23/2020 | Expense | | La Gelateria | LA GELATERIA SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 10.54 | 8,933.25 |
| 02/23/2020 | Expense | | San Jose International Airport | AUTO PARKING SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 7.02 | 8,940.27 |
| 02/23/2020 | Expense | | Avenida Escazu | AVENIDA PARQUEOS Escazu | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 2.81 | 8,943.08 |
| 02/23/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 365.40 | 9,308.48 |
| 02/23/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 362.40 | 9,670.88 |
| 02/23/2020 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 353.20 | 10,024.08 |
| 02/24/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 25.00 | 10,049.08 |
| 02/24/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 5.60 | 10,054.68 |
| 02/24/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 200.00 | 10,254.68 |
| 02/24/2020 | Expense | | American Airlines | AMERICAN AIR0012117576103 FORT WORTH TX | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 200.00 | 10,454.68 |
| 02/24/2020 | Expense | | Bath & Body Works | | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses:Cleaning | 207.82 | 10,662.50 |
| 02/24/2020 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -63.76 | 10,598.74 |
| 02/24/2020 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -25.00 | 10,573.74 |
| 02/24/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 43.90 | 10,617.64 |
| 02/24/2020 | Expense | | Hooter's | HOOTERS SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services:Meals | 126.04 | 10,743.68 |
| 02/24/2020 | Expense | | VA Toll Payment Web | VATOLL PAYMENT WEB 877-7627824 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 14.00 | 10,757.68 |
| 02/24/2020 | Expense | | KABÚ | KABU PLAZA ROBLE SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 7.62 | 10,765.30 |
| 02/24/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 5.60 | 10,770.90 |
| 02/24/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 5.60 | 10,776.50 |
| 02/24/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 5.60 | 10,782.10 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 02/24/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 5.60 | 10,787.70 |
| 02/24/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 5.60 | 10,793.30 |
| 02/24/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 5.60 | 10,798.90 |
| 02/24/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 177.00 | 10,975.90 |
| 02/25/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 1.76 | 10,977.66 |
| 02/25/2020 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -5.60 | 10,972.06 |
| 02/25/2020 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -5.60 | 10,966.46 |
| 02/25/2020 | Expense | | CFX | CFX | Shareholder Loan - RM:RM-UNITED-CHASE | Software | 31.30 | 10,997.76 |
| 02/25/2020 | Expense | | | | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 200.00 | 11,197.76 |
| 02/25/2020 | Expense | | Courtyard By Marriott | HOTEL COURTYARD BY MARRIO SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 565.00 | 11,762.76 |
| 02/25/2020 | Expense | | Hotels.com | HOTELSCOM9200191782772 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 575.78 | 12,338.54 |
| 02/25/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 11.78 | 12,350.32 |
| 02/25/2020 | Expense | | Hotels.com | HOTELSCOM9195178949558 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 983.84 | 13,334.16 |
| 02/25/2020 | Expense | | Hotels.com | HOTELSCOM9195179149074 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 859.19 | 14,193.35 |
| 02/26/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Taxi | 106.52 | 14,299.87 |
| 02/26/2020 | Expense | | Hotels.com | HOTELSCOM9200211363794 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 426.74 | 14,726.61 |
| 02/26/2020 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -30.80 | 14,695.81 |
| 02/26/2020 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 548.40 | 15,244.21 |
| 02/26/2020 | Expense | | Fogo De Chao | FOGO DE CHAO TYSONS VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 1,156.47 | 16,400.68 |
| 02/26/2020 | Transfer | | | | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -2,100.00 | 14,300.68 |
| 02/26/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 453.20 | 14,753.88 |
| 02/26/2020 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -5.60 | 14,748.28 |
| 02/26/2020 | Credit Card Credit | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | -5.60 | 14,742.68 |
| 02/27/2020 | Expense | | Hotels.com | HOTELSCOM9200230188776 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 383.07 | 15,125.75 |
| 02/28/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | Shareholder Loan - RM:RM-UNITED-CHASE | Marketing | 200.00 | 15,325.75 |
| 02/28/2020 | Expense | | Maggiano's | MAGGIANOS TYSON'S CORNER MCLEAN VA | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 250.20 | 15,575.95 |
| 02/28/2020 | Expense | | Hotels.com | HOTELSCOM9195269028119 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 277.41 | 15,853.36 |
| 02/28/2020 | Transfer | | | | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -3,000.00 | 12,853.36 |
| 02/28/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 63.00 | 12,916.36 |
| 02/28/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 470.36 | 13,386.72 |
| 02/29/2020 | Expense | | Hotels.com | HOTELSCOM9195270583929 HOTELS.COM WA | Shareholder Loan - RM:RM- | Travel:Hotels | 569.00 | 13,955.72 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------|------|------|------|------|------|------|------|
| 02/29/2020 | Expense | | Exxon Mobil | EXXONMOBIL | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Gas | 30.03 | 13,985.75 |
| 02/29/2020 | Expense | | UBER | UBER | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Taxi | 108.07 | 14,093.82 |
| 03/01/2020 | Expense | | Disneyana | WDW DISNEY TICKETS 407-828-5630 FL | UNITED-CHASE Shareholder Loan - RM-RM- | Employee:Teambuilding/Meeting | 1,161.54 | 15,255.36 |
| 03/01/2020 | Expense | | Kyoto Japanese Steakhouse | KYOTO JAPANESE STEAKHOUS HARRISONBURG VA | UNITED-CHASE Shareholder Loan - RM-RM- | Employee:Teambuilding/Meeting | 276.09 | 15,531.45 |
| 03/01/2020 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Air | 512.20 | 16,043.65 |
| 03/02/2020 | Transfer | | | | UNITED-CHASE Shareholder Loan - RM-RM- | LN-CITY-OPERATING-4829 | -3,000.00 | 13,043.65 |
| 03/02/2020 | Transfer | | | | UNITED-CHASE Shareholder Loan - RM-RM- | LN-CITY-OPERATING-4829 | -3,500.00 | 9,543.65 |
| 03/02/2020 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | UNITED-CHASE Shareholder Loan - RM-RM- | Client Services | 30.00 | 9,573.65 |
| 03/02/2020 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | UNITED-CHASE Shareholder Loan - RM-RM- | Client Services | 45.00 | 9,618.65 |
| 03/02/2020 | Expense | | National Car Rental | NATIONAL CAR RENTAL HEREDIA | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Car Rental | 2,370.66 | 11,989.31 |
| 03/03/2020 | Transfer | | | | UNITED-CHASE Shareholder Loan - RM-RM- | LN-CITY-OPERATING-4829 | -2,611.89 | 9,377.42 |
| 03/03/2020 | Expense | | Courtyard By Marriott | HOTEL COURTYARD BY MARRIO SAN JOSE | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Hotels | 990.33 | 10,367.75 |
| 03/03/2020 | Expense | | Amazon | Amazon web services aws.amazon.co WA | UNITED-CHASE Shareholder Loan - RM-RM- | Office Expenses | 0.39 | 10,368.14 |
| 03/03/2020 | Expense | | Best Buy | BESTBUYCOM805694038125 888-BESTBUY MN | UNITED-CHASE Shareholder Loan - RM-RM- | Employee:Teambuilding/Meeting | 18.95 | 10,387.09 |
| 03/03/2020 | Expense | | Best Buy | BESTBUYCOM805694038125 888-BESTBUY MN | UNITED-CHASE Shareholder Loan - RM-RM- | Employee:Teambuilding/Meeting | 75.77 | 10,462.86 |
| 03/04/2020 | Transfer | | | | UNITED-CHASE Shareholder Loan - RM-RM- | LN-CITY-OPERATING-4829 | -5,064.92 | 5,397.94 |
| 03/04/2020 | Expense | | Best Buy | BEST BUY | UNITED-CHASE Shareholder Loan - RM-RM- | Employee:Teambuilding/Meeting | 2,039.05 | 7,436.99 |
| 03/04/2020 | Expense | | Taco Bell | TACO BELL 3472 HARRISONBURG VA | UNITED-CHASE Shareholder Loan - RM-RM- | Travel Meals | 7.61 | 7,444.60 |
| 03/04/2020 | Expense | | Staples | STAPLES | UNITED-CHASE Shareholder Loan - RM-RM- | Office Expenses | 244.03 | 7,688.63 |
| 03/04/2020 | Expense | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Air | 522.40 | 8,211.03 |
| 03/05/2020 | Credit Card Credit | | | THE RITZ CARLTON TYSN MCLEAN VA | UNITED-CHASE Shareholder Loan - RM-RM- | Travel | -131.04 | 8,079.99 |
| 03/05/2020 | Credit Card Credit | | | THE RITZ CARLTON TYSN MCLEAN VA | UNITED-CHASE Shareholder Loan - RM-RM- | Travel | -280.00 | 7,799.99 |
| 03/05/2020 | Credit Card Credit | | United Airlines | UNITED | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Air | -522.40 | 7,277.59 |
| 03/05/2020 | Expense | | Bath & Body Works | BATH & BODY WORKS 3774 HARRISONBURG VA | UNITED-CHASE Shareholder Loan - RM-RM- | Office Expenses:Cleaning | 322.72 | 7,600.31 |
| 03/05/2020 | Expense | | Courtyard By Marriott | HOTEL COURTYARD BY MARRIO SAN JOSE | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Hotels | 1,276.18 | 8,876.49 |
| 03/05/2020 | Expense | | Gamer Oasis | GAMER OASIS HARRISONBURG VA | UNITED-CHASE Shareholder Loan - RM-RM- | 8 Bit Gamer Oasis | 1,137.07 | 10,013.56 |
| 03/05/2020 | Expense | | The Ritz Carlton | THE RITZ CARLTON TYSN MCLEAN VA | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Hotels | 693.12 | 10,706.68 |
| 03/05/2020 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM-RM- | LN-CITY-OPERATING-4829 | -1,779.16 | 8,927.52 |
| 03/06/2020 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM-RM- | LN-CITY-OPERATING-4829 | -2,465.38 | 6,462.14 |
| 03/06/2020 | Expense | | Exxon Mobil | EXXONMOBIL | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Gas | 34.37 | 6,496.51 |
| 03/06/2020 | Expense | | Hotels.com | HOTELSCOM9195421626314 HOTELS.COM WA | UNITED-CHASE Shareholder Loan - RM-RM- | Travel:Hotels | 555.15 | 7,051.66 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|-----------------|---------|-------|--------|---------|
| | | | | | - RM:RM-UNITED-CHASE | | | |
| 03/06/2020 | Expense | | Hotels.com | HOTELSCOM9195421848407 HOTELS.COM WA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 856.38 | 7,908.04 |
| 03/07/2020 | Expense | | The Ritz Carlton | THE RITZ CARLTON TYSN MCLEAN VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 57.72 | 7,965.76 |
| 03/07/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 437.16 | 8,402.92 |
| 03/08/2020 | Expense | | Tacontento | RESTAURANTE TACONTENTO SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 58.58 | 8,461.50 |
| 03/08/2020 | Expense | | HBOOKSELLER | HBOOKSELLER ST940 ELIZABETH NJ | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 31.98 | 8,493.48 |
| 03/08/2020 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 30.81 | 8,524.29 |
| 03/08/2020 | Expense | | Richmond Airport | RICHMOND AIRPORT RICHMOND VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 7.24 | 8,531.53 |
| 03/08/2020 | Expense | | Go To Meeting | LOGMEIN*GoToMyPC logmein.com MA | Shareholder Loan - RM:RM-UNITED-CHASE | Software | 77.00 | 8,608.53 |
| 03/08/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | Shareholder Loan - RM:RM-UNITED-CHASE | Marketing | 500.00 | 9,108.53 |
| 03/08/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 432.20 | 9,540.73 |
| 03/08/2020 | Expense | | The Ritz Carlton | THE RITZ CARLTON TYSN MCLEAN VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 201.68 | 9,742.41 |
| 03/08/2020 | Expense | | Tracers Information | Tracers Information 877-7232689 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Software | 89.50 | 9,831.91 |
| 03/08/2020 | Expense | | Richmond Airport | HUDSON ST1417 RICHMOND VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 4.94 | 9,836.85 |
| 03/09/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -251.64 | 9,585.21 |
| 03/09/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -3,551.78 | 6,033.43 |
| 03/09/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 4,808.00 | 10,841.43 |
| 03/09/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Air | 56.40 | 10,897.83 |
| 03/09/2020 | Expense | | KABÚ | KABU PLAZA ROBLE SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 6.09 | 10,903.92 |
| 03/09/2020 | Expense | | RostiPollos | San Jose | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 40.16 | 10,944.08 |
| 03/09/2020 | Expense | | | C2 - LITTLE PURSE NEWARK NJ | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 34.66 | 10,978.74 |
| 03/09/2020 | Expense | | Subway | SUBWAY PLAZA ROBLE SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 19.46 | 10,998.20 |
| 03/09/2020 | Expense | | San Jose International Airport | AUTO PARKING SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 15.84 | 11,014.04 |
| 03/09/2020 | Expense | | Auto Mercado | AUTO MERCADO MULTIPLAZA SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 48.71 | 11,062.75 |
| 03/10/2020 | Expense | | SICILIA DELI | TRATTORIA DA GIOVANNI (RE ESCAZU | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 124.70 | 11,187.45 |
| 03/10/2020 | Expense | | iCon | ICON MULTIP ESCAZU SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 51.03 | 11,238.48 |
| 03/10/2020 | Expense | | Subway | SUBWAY PLAZA ROBLE SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 36.54 | 11,275.02 |
| 03/10/2020 | Expense | | | FARMACIA SUCRE MULTIPLAZA SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 29.15 | 11,304.17 |
| 03/10/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -2,500.00 | 8,804.17 |
| 03/10/2020 | Expense | | San Jose International Airport | AUTO PARKING SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 8.77 | 8,812.94 |
| 03/10/2020 | Expense | | Auto Mercado | AUTO MERCADO MULTIPLAZA SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 8.14 | 8,821.08 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 03/10/2020 | Expense | | McDonalds | MC DONALD S MULTIPLAZA 5T SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 3.10 | 8,824.18 |
| 03/10/2020 | Expense | | Tempo | TEMPO SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 1.24 | 8,825.42 |
| 03/10/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 21.76 | 8,847.18 |
| 03/11/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -764.02 | 8,083.16 |
| 03/11/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -2,647.09 | 5,436.07 |
| 03/11/2020 | Expense | | | THULE DE CENTROAMERICA SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 137.30 | 5,573.37 |
| 03/11/2020 | Expense | | PF Changs | PF CHANG' S ESCAZU | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 118.66 | 5,692.03 |
| 03/11/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 4.81 | 5,696.84 |
| 03/11/2020 | Expense | | GNC | GNC (GENERAL NUTRITION CE SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Shareholder Loan 20201005:Shareholder Loan-RM | 42.18 | 5,739.02 |
| 03/11/2020 | Expense | | Farmacia Fischel | FISCHEL TREJOS MONTEALEGR SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 39.39 | 5,778.41 |
| 03/11/2020 | Expense | | Avenida Escazu | AVENIDA PARQUEOS Escazu | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 8.90 | 5,787.31 |
| 03/11/2020 | Expense | | Farmacia Fischel | FISCHEL MULTIPLAZA ESCAZU SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 4.81 | 5,792.12 |
| 03/11/2020 | Expense | | FarmaValue Escazú | FARMAVALUE P ITSKATZU ESCAZU | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 45.38 | 5,837.50 |
| 03/12/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -1,500.00 | 4,337.50 |
| 03/12/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 1,273.90 | 5,611.40 |
| 03/12/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 10.67 | 5,622.07 |
| 03/12/2020 | Expense | | Tacontento | RESTAURANTE TACONTENTO SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 71.25 | 5,693.32 |
| 03/12/2020 | Expense | | United Airlines | UNITED | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 200.34 | 5,893.66 |
| 03/13/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | Shareholder Loan - RM:Personal Credit Card Payments | -3,000.00 | 2,893.66 |
| 03/13/2020 | Expense | | FarmaValue Escazú | FARMAVALUE SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel | 24.07 | 2,917.73 |
| 03/13/2020 | Expense | | Tacontento | RESTAURANTE TACONTENTO SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 49.56 | 2,967.29 |
| 03/13/2020 | Expense | | Courtyard By Marriott | HOTEL COURTYARD BY MARRIO SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 565.00 | 3,532.29 |
| 03/14/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | Shareholder Loan - RM:RM-UNITED-CHASE | Marketing | 500.00 | 4,032.29 |
| 03/14/2020 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 45.00 | 4,077.29 |
| 03/14/2020 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 25.00 | 4,102.29 |
| 03/14/2020 | Expense | | Starbucks | STARBUCKS SAN RAFAEL ESCA SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 14.94 | 4,117.23 |
| 03/14/2020 | Expense | | Green Trails - Arts | GREEN TRAIL ALAJUELA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 3.22 | 4,120.45 |
| 03/15/2020 | Expense | | Fogo De Chao | FOGO DE CHAO TYSONS VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 546.04 | 4,666.49 |
| 03/15/2020 | Expense | | Wegman's | WEGMANS SHORT PUMP #130 HENRICO VA | Shareholder Loan - RM:RM-UNITED-CHASE | Employee:Teambuilding/Meeting | 7.74 | 4,674.23 |
| 03/15/2020 | Expense | | Wawa | WAWA 8615 | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 57.46 | 4,731.69 |
| 03/15/2020 | Expense | | Courtyard By Marriott | HOTEL COURTYARD BY MARRIO SAN JOSE | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 893.24 | 5,624.93 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| 03/15/2020 | Expense | | Wawa | WAWA 8615 | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Gas | 6.65 | 5,631.58 |
| 03/15/2020 | Expense | | CVS | CVS/PHARMACY #10170 VIENNA VA | UNITED-CHASE Shareholder Loan - RM:RM- | Client Services | 222.60 | 5,854.18 |
| 03/15/2020 | Expense | | RIC PARKING | RIC PARKING RICHMOND VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel | 161.00 | 6,015.18 |
| 03/16/2020 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | LN-CITY-OPERATING-4829 | -1,000.00 | 5,015.18 |
| 03/16/2020 | Expense | | Costco | COSTCO WHSE #0238 HARRISONBURG VA | UNITED-CHASE Shareholder Loan - RM:RM- | Office Expenses | 446.36 | 5,461.54 |
| 03/16/2020 | Expense | | McDonalds | MCDONALD'S F36211 HARRISONBURG VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 8.30 | 5,469.84 |
| 03/17/2020 | Expense | | Best Buy | BESTBUYCOM805696460094 888-BESTBUY MN | UNITED-CHASE Shareholder Loan - RM:RM- | Employee:Teambuilding/Meeting | 1,042.40 | 6,512.24 |
| 03/17/2020 | Expense | | Airbnb | AIRBNB HM2ZXX9NTB AIRBNB.COM CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 200.00 | 6,712.24 |
| 03/17/2020 | Expense | | Little Maria's Pizza | LITTLE MARIA'S PIZZA & SU VERONA VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 162.10 | 6,874.34 |
| 03/17/2020 | Expense | | Best Buy | BESTBUYCOM805696460094 888-BESTBUY MN | UNITED-CHASE Shareholder Loan - RM:RM- | Employee:Teambuilding/Meeting | 105.28 | 6,979.62 |
| 03/17/2020 | Expense | | Airbnb | AIRBNB HMW5B5AARM AIRBNB.COM CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 314.45 | 7,294.07 |
| 03/17/2020 | Expense | | Best Buy | BESTBUYCOM805696460094 888-BESTBUY MN | UNITED-CHASE Shareholder Loan - RM:RM- | Employee:Teambuilding/Meeting | 379.06 | 7,673.13 |
| 03/17/2020 | Expense | | Best Buy | BESTBUYCOM805696460094 888-BESTBUY MN | UNITED-CHASE Shareholder Loan - RM:RM- | Employee:Teambuilding/Meeting | 589.66 | 8,262.79 |
| 03/17/2020 | Expense | | Best Buy | BESTBUYCOM805696460094 888-BESTBUY MN | UNITED-CHASE Shareholder Loan - RM:RM- | Employee:Teambuilding/Meeting | 294.81 | 8,557.60 |
| 03/17/2020 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | LN-CITY-OPERATING-4829 | -1,000.00 | 7,557.60 |
| 03/18/2020 | Expense | | Walmart | WM SUPERCENTER #1344 STAUNTON VA | UNITED-CHASE Shareholder Loan - RM:RM- | Client Services | 1,011.67 | 8,569.27 |
| 03/18/2020 | Expense | | Food Lion | FOOD LION #2696 FISHERSVILLE VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 31.53 | 8,600.80 |
| 03/18/2020 | Expense | | Chang Xing | CHANG XING. FISHERSVILLE VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 81.50 | 8,682.30 |
| 03/18/2020 | Expense | | Big Lots Stores | BIG LOTS #5339 WAYNESBORO VA | UNITED-CHASE Shareholder Loan - RM:RM- | Office Expenses | 1,358.30 | 10,040.60 |
| 03/18/2020 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | LN-CITY-OPERATING-4829 | -1,621.22 | 8,419.38 |
| 03/19/2020 | Transfer | | | Payment Thank You-Mobile | UNITED-CHASE Shareholder Loan - RM:RM- | LN-CITY-OPERATING-4829 | -2,000.00 | 6,419.38 |
| 03/19/2020 | Expense | | McDonalds | MCDONALD'S F5268 VERONA VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 11.13 | 6,430.51 |
| 03/19/2020 | Expense | | Tractor Supply | TRACTOR-SUPPLY-CO #0391 STAUNTON VA | UNITED-CHASE Shareholder Loan - RM:RM- | Repair & Maintenance | 1,368.89 | 7,799.40 |
| 03/19/2020 | Expense | | Walmart | WAL-MART #1344 STAUNTON VA | UNITED-CHASE Shareholder Loan - RM:RM- | Client Services | 302.98 | 8,102.38 |
| 03/19/2020 | Expense | | McDonalds | MCDONALD'S F5268 VERONA VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 18.22 | 8,120.60 |
| 03/19/2020 | Expense | | Food Lion | FOOD LION #2696 FISHERSVILLE VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 86.09 | 8,206.69 |
| 03/20/2020 | Expense | | Bojangles | BOJANGLES 1293 STAUNTON VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 66.75 | 8,273.44 |
| 03/21/2020 | Expense | | Airbnb | AIRBNB HMW5B5AARM AIRBNB.COM CA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 336.59 | 8,610.03 |
| 03/21/2020 | Expense | | Food Lion | FOOD LION #2696 FISHERSVILLE VA | UNITED-CHASE Shareholder Loan - RM:RM- | Travel Meals | 25.29 | 8,635.32 |
| 03/22/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | UNITED-CHASE Shareholder Loan - RM:RM- | Marketing | 250.00 | 8,885.32 |
| 03/22/2020 | Expense | | Courtyard By Marriott | HOTEL COURTYARD BY MARRIO SAN JOSE | UNITED-CHASE Shareholder Loan - RM:RM- | Travel:Hotels | 1,985.37 | 10,870.69 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | - RM:RM-UNITED-CHASE | | | |
| 03/23/2020 | Expense | | Martin's Grocery Store | MARTINS 6426 STAUNTON VA | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 85.18 | 10,955.87 |
| 03/23/2020 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 73.75 | 11,029.62 |
| 03/26/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -2,000.00 | 9,029.62 |
| 03/28/2020 | Expense | | Walmart | WM SUPERCENTER #1344 STAUNTON VA | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 503.33 | 9,532.95 |
| 03/28/2020 | Expense | | Walmart | WAL-MART #1344 STAUNTON VA | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 103.06 | 9,636.01 |
| 03/28/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | Shareholder Loan - RM:RM-UNITED-CHASE | Marketing | 250.00 | 9,886.01 |
| 03/29/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | Shareholder Loan - RM:RM-UNITED-CHASE | Marketing | 250.00 | 10,136.01 |
| 03/29/2020 | Expense | | Airbnb | AIRBNB HMW5B5AARM AIRBNB.COM CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 336.59 | 10,472.60 |
| 03/29/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | Shareholder Loan - RM:RM-UNITED-CHASE | Marketing | 500.00 | 10,972.60 |
| 03/30/2020 | Expense | | The Coca Cola Company | CCNA 800-638-1985 GA | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses:Drinks/Sodas/Juices | 336.96 | 11,309.56 |
| 04/01/2020 | Expense | | Think Global Media | SQ *THINK GLOBAL MEDIA / gosq.com FL | Shareholder Loan - RM:RM-UNITED-CHASE | Utilities | 1,500.00 | 12,809.56 |
| 04/01/2020 | Expense | | Staples | STAPLES | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 136.85 | 12,946.41 |
| 04/02/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | Shareholder Loan - RM:RM-UNITED-CHASE | Marketing | 300.00 | 13,246.41 |
| 04/02/2020 | Expense | | UpWork | Upwork -294089924REF 165-08534100 CA | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 3,090.00 | 16,336.41 |
| 04/03/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | Shareholder Loan - RM:RM-UNITED-CHASE | Marketing | 250.00 | 16,586.41 |
| 04/03/2020 | Expense | | Staples | STAPLES DIRECT 800-3333330 MA | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 104.12 | 16,690.53 |
| 04/03/2020 | Expense | | Food Lion | FOOD LION #2696 FISHERSVILLE VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 102.97 | 16,793.50 |
| 04/03/2020 | Expense | | Amazon | Amazon web services aws.amazon.co WA | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 10.17 | 16,803.67 |
| 04/03/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | Shareholder Loan - RM:RM-UNITED-CHASE | Marketing | 200.00 | 17,003.67 |
| 04/04/2020 | Expense | | OnStar | OnStar 888-4ONSTAR MI | Shareholder Loan - RM:RM-UNITED-CHASE | Vehicle Maintenance | 35.90 | 17,039.57 |
| 04/04/2020 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Gas | 73.48 | 17,113.05 |
| 04/05/2020 | Expense | | Martin's Grocery Store | MARTINS 6426 STAUNTON VA | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 26.00 | 17,139.05 |
| 04/05/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | Shareholder Loan - RM:RM-UNITED-CHASE | Marketing | 300.00 | 17,439.05 |
| 04/05/2020 | Expense | | Apple Store | 1800FLOWERS APPLE PAY 800-476-9377 NY | Shareholder Loan - RM:RM-UNITED-CHASE | Office Expenses | 179.63 | 17,618.68 |
| 04/05/2020 | Expense | | CVS | CVS/PHARMACY #01553 WAYNESBORO VA | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 1,220.31 | 18,838.99 |
| 04/05/2020 | Expense | | Food Lion | FOOD LION #2696 FISHERSVILLE VA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel Meals | 15.33 | 18,854.32 |
| 04/06/2020 | Expense | | Martin's Grocery Store | MARTINS 6426 STAUNTON VA | Shareholder Loan - RM:RM-UNITED-CHASE | Client Services | 16.00 | 18,870.32 |
| 04/06/2020 | Expense | | Tracers Information | Tracers Information 877-7232689 FL | Shareholder Loan - RM:RM-UNITED-CHASE | Software | 99.50 | 18,969.82 |
| 04/07/2020 | Expense | | Airbnb | AIRBNB HMW5B5AARM AIRBNB.COM CA | Shareholder Loan - RM:RM-UNITED-CHASE | Travel:Hotels | 336.59 | 19,306.41 |
| 04/08/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM-UNITED-CHASE | LN-CITY-OPERATING-4829 | -4,000.00 | 15,306.41 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 04/08/2020 | Expense | | Chick-Fil-A | CHICKFILA APP 8662322040 8662322040 GA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 100.00 | 15,406.41 |
| 04/08/2020 | Expense | | GTL Inmate Phone Service | GTL*INMATE PHONE SVC 877-650-4249 VA | Shareholder Loan - RM:RM- UNITED-CHASE | Client Services | 30.00 | 15,436.41 |
| 04/10/2020 | Expense | | Inked Magazine | INKED COVER MODEL SEARCH 480-358-8449 AZ | Shareholder Loan - RM:RM- UNITED-CHASE | Marketing | 1,000.00 | 16,436.41 |
| 04/10/2020 | Expense | | Go To Meeting | LOGMEIN*GoToMyPC logmein.com MA | Shareholder Loan - RM:RM- UNITED-CHASE | Software | 88.00 | 16,524.41 |
| 04/11/2020 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Gas | 60.72 | 16,585.13 |
| 04/13/2020 | Transfer | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | LN-CITY-OPERATING-4829 | -2,000.00 | 14,585.13 |
| 04/14/2020 | Expense | | Airbnb | AIRBNB HMWA4P39CM AIRBNB.COM CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 334.25 | 14,919.38 |
| 04/15/2020 | Expense | | Lowe's | LOWES #02602* WAYNESBORO VA | Shareholder Loan - RM:RM- UNITED-CHASE | Repair & Maintenance | 372.54 | 15,291.92 |
| 04/16/2020 | Credit Card Credit | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | Cash Back Reward | -1,000.00 | 14,291.92 |
| 04/17/2020 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Gas | 54.05 | 14,345.97 |
| 04/17/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 88.50 | 14,434.47 |
| 04/17/2020 | Expense | | Edible Arrangements | EDIBLE ARRANGEMENTS 877-363-7848 GA | Shareholder Loan - RM:RM- UNITED-CHASE | Marketing | 179.60 | 14,614.07 |
| 04/17/2020 | Credit Card Credit | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | Cash Back Reward | -1,000.00 | 13,614.07 |
| 04/18/2020 | Credit Card Credit | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | Cash Back Reward | -2,000.00 | 11,614.07 |
| 04/21/2020 | Expense | | Airbnb | AIRBNB HMWA4P39CM AIRBNB.COM CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 316.79 | 11,930.86 |
| 04/21/2020 | Expense | | American Arbitration Association | AMERICAN ARBITRATION ASSN 212-7165800 NY | Shareholder Loan - RM:RM- UNITED-CHASE | Legal Fees | 3,250.00 | 15,180.86 |
| 04/21/2020 | Expense | | Sonic Drive-In | SONIC DRIVE IN #5872 WAYNESBORO VA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel Meals | 14.85 | 15,195.71 |
| 04/22/2020 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Gas | 58.81 | 15,254.52 |
| 04/22/2020 | Expense | | Martin's Grocery Store | MARTINS 6426 STAUNTON VA | Shareholder Loan - RM:RM- UNITED-CHASE | Client Services | 201.86 | 15,456.38 |
| 04/24/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 51.26 | 15,507.64 |
| 04/25/2020 | Expense | | Costco | COSTCO WHSE #0238 HARRISONBURG VA | Shareholder Loan - RM:RM- UNITED-CHASE | Office Expenses | 508.55 | 16,016.19 |
| 04/26/2020 | Expense | | Home Depot | THE HOME DEPOT 4654 WAYNESBORO VA | Shareholder Loan - RM:RM- UNITED-CHASE | Office Expenses | 255.44 | 16,271.63 |
| 04/26/2020 | Expense | | Lowe's | LOWES #02602* WAYNESBORO VA | Shareholder Loan - RM:RM- UNITED-CHASE | Repair & Maintenance | 291.58 | 16,563.21 |
| 04/27/2020 | Expense | | American Airlines | AMERICAN AIR0017511745235 FORT WORTH TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel | 301.10 | 16,864.31 |
| 04/28/2020 | Credit Card Credit | | | AUTOMATIC PAYMENT - THANK YOU | Shareholder Loan - RM:RM- UNITED-CHASE | Credit Card Payments | -4,000.00 | 12,864.31 |
| 04/28/2020 | Expense | | Airbnb | AIRBNB HMWA4P39CM AIRBNB.COM CA | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Hotels | 336.59 | 13,200.90 |
| 04/28/2020 | Expense | | Handcuff Warehouse | HC WAREHOUSE/BUCKSTAFF 757-622-4580 VA | Shareholder Loan - RM:RM- UNITED-CHASE | Security | 930.90 | 14,131.80 |
| 04/28/2020 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Bus | 295.99 | 14,427.79 |
| 04/28/2020 | Expense | | Greyhound | GREYHOUND LINES CNP 214-849-8966 TX | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Bus | 295.99 | 14,723.78 |
| 04/28/2020 | Expense | | Exxon Mobil | EXXONMOBIL | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Gas | 59.43 | 14,783.21 |
| 04/29/2020 | Expense | | Delta Airlines | DELTA AIR | Shareholder Loan - RM:RM- | Travel | 318.10 | 15,101.31 |

Nexus Services Inc.

Transaction Report

January 2018 - December 2020

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| | | | | | UNITED-CHASE | | | |
| 05/01/2020 | Credit Card Credit | | | Payment Thank You-Mobile | Shareholder Loan - RM:RM- UNITED-CHASE | Cash Back Reward | -2,633.51 | 12,467.80 |
| 05/01/2020 | Expense | | UBER | UBER | Shareholder Loan - RM:RM- UNITED-CHASE | Travel:Taxi | 30.12 | 12,497.92 |
| 05/02/2020 | Expense | | Best Buy | BESTBUY.COM 8882378289 MN | Shareholder Loan - RM:RM- UNITED-CHASE | Employee:Teambuilding/Meeting | 94.76 | 12,592.68 |
| 05/03/2020 | Expense | | Amazon | Amazon web services aws.amazon.co WA | Shareholder Loan - RM:RM- UNITED-CHASE | Office Expenses | 110.56 | 12,703.24 |
| 05/04/2020 | Expense | | | WITHDRAWAL-EPAY CHASE CREDIT CRD 4665907520 | Shareholder Loan - RM:RM- UNITED-CHASE | NS-CITY-EXPENSE-7853 | -2,000.00 | 10,703.24 |
| **Total for RM-UNITED-CHASE** | | | | | | | **$10,703.24** | |
| **Total for Shareholder Loan - RM** | | | | | | | **$ - 58,963.84** | |
| **TOTAL** | | | | | | | **$ - 58,963.84** | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division**

RLI INSURANCE COMPANY,

Plaintiff/Counterclaim Defendant,

v.                                    Case No.: 5:18-cv-00066-MFU-JCH

NEXUS SERVICES, INC., *et. al.*

Defendant/Counterclaim Plaintiffs

**DEFENDANT'S ANSWERS TO INTERROGATORIES**

# Annex 2

| Year | Make | Model | Purchase Price | VIN Number | Loan Balance | Loan With | Owner / Current Company Fleet | Owner Address | Sold Yes/No | Name | Address | Phone | Date Sold | Price sold |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | Chevrolet | Bolt EV | $39,890.00 | 1G1FY6S07M4113793 | | | | | Sold | CarMax | 2587 South Mai | (540)-209-9924 | 8/3/2022 | $0.00 |
| 2020 | Kia | Soul | Unknown | KNDJ23AU8L7062140 | $26,986.37 | Ally Financial | Nexus Services | 113 Mill Place P/N | | CarMax | 1041 N 99th Av | (623)-476-0894 | 10/4/2021 | $9,000.00 |
| 2015 | Kia | Soul | $16,634.00 | KNDJN2A26F7133294 | | | Nexus Services | 113 Mill Place P/N | | CarMax | 1041 N 99th Av | (623)-476-0894 | 12/29/2020 | $3,500.00 |
| 2020 | Kia | Soul | Unknown | KNDJ23AU8L7062013 | $11,669.13 | Kia Finance | Nexus Services | 113 Mill Place P/N | | Not Available | Not Available | Not Available | 12/13/2019 | $200.00 |
| 2020 | Kia | Soul | Unknown | KNDJ23AU3L7072017 | $11,648.12 | Kia Finance | Nexus Services | 113 Mill Place P/N | | A&A Auto Salva | Not Available | Not Available | 12/13/2019 | $200.00 |
| 2014 | Ford | F150 | $16,634.76 | KNDJN2A255F7134021 | $11,730.71 | Kia Finance | Nexus Services | 113 Mill Place P/N | Y | CarMax | 7000 N St Mary | (210)-342-4662 | 12/21/2020 | $2,000.00 |
| 2016 | Kia | Soul | $16,221.29 | KNDJN2A26E7104643 | | | Nexus Services | 113 Mill Place P/N | Y | CarMax | 7000 N St Mary | (210)-342-4662 | 11/5/2020 | $22,500.00 |
| 2016 | Kia | Soul | $19,327.70 | KNDJN2A26G7252842 | $19,148.16 | Ally Financial | Nexus Services | 113 Mill Place P/N | Y | Not Available | Not Available | Not Available | 10/30/2019 | $2,000.00 |
| 2014 | Ford | Transit | $49,994.59 | NM0GS9F7XE1153293 | $11,461.31 | Kia Finance | Nexus Services | 114 Mill Place P/N | Y | CarMax | 3611 Fountain F | (210)-342-4662 | 10/30/2019 | $3,500.00 |
| 2016 | Kia | Soul | $19,327.70 | KNDJN2A26G7252842 | | | | | Y | CarMax | 1041 N 99th Av | (623)-476-0894 | 12/28/2020 | $4,000.00 |
| 2016 | Kia | Soul | $39,559.22 | NM0GS9F79G1261704 | | | | | Y | CarMax | 1000 South Fox | (818)-736-4720 | 12/22/2020 | $8,500.00 |
| 2014 | Dodge | Charger | $22,148.81 | 2C3CDXBG4DH688336 | | | | | Y | CarMax | 13100 Gulf Fret | (281)-481-4299 | 12/22/2020 | $4,500.00 |
| 2014 | Dodge | Charger | $24,765.56 | 2C3CDXAT7EH348565 | | | | | Y | CarMax | Not Available | Not Available | 12/15/2020 | $7,500.00 |
| 2013 | Dodge | Charger | $27,014.64 | 2C3CDXBG4DH688857 | | | | | Y | Oscar Maldonad | Not Available | Not Available | 12/6/2019 | $3,000.00 |
| 2015 | Honda | Accord | $14,721.85 | 1HGCP2F56CA211470 | | | | | Y | Junk Online-Rot | Not Available | Not Available | 7/27/2019 | $0.00 |
| 2016 | GMC | Savana | $15,870.27 | 1GJZ7MFG4G1311264 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 6/5/2020 | $4,000.00 |
| 2016 | Ford | Transit | $38,919.07 | 1FBZX2CMXGKA19834 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 12/21/2020 | $17,000.00 |
| 2016 | Ford | Transit | $49,885.28 | 1FBZX2CM7GKA82549 | | | | | Y | CarMax | 7000 N St Mary | (210)-342-4662 | 12/22/2020 | $8,000.00 |
| 2016 | Kia | Soul | $48,776.61 | JNDJN2A20G7821618 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 12/28/2020 | $15,000.00 |
| 2016 | Ford | Transit | $19,186.89 | KNDJN2A20G7249191 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 6/10/2020 | $5,000.00 |
| 2016 | Kia | Soul | $19,327.70 | KNDJN2A26G7289830 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 6/29/2020 | $3,000.00 |
| 2016 | Ford | Soul | $23,964.48 | 1FAJH1MT3GEF35650 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 12/14/2020 | $6,500.00 |
| 2016 | Kia | Soul | $23,964.48 | KNDJN2A26G7289830 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 8/7/2020 | $5,000.00 |
| 2016 | Ford | Soul | $27,598.89 | 1FAJK1MT4GEF42235 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 12/29/2020 | $5,500.00 |
| 2016 | Ford | Focus | $27,598.89 | 1FADP3F2XGL304883 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 12/29/2020 | $5,500.00 |
| 2016 | Ford | Focus | $27,903.58 | 1FADP3F2XGL304883 | | | | | Y | CarMax | 3611 Fountain F | (210)-342-4662 | 5/21/2020 | $4,500.00 |
| 2016 | Ford | Focus | $27,903.58 | 1FBZX2DM6GKA82549 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 12/22/2020 | $20,000.00 |
| 2016 | Ford | Soul | $48,776.61 | 1FBZX2DM6GKA82549 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 12/22/2020 | $21,500.00 |
| 2016 | Ford | Expedition | $84,322.39 | 1FAJK1MT4GEF42235 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 12/14/2020 | $20,000.00 |
| 2016 | Ford | Expedition | $82,607.13 | 1FAJK1MT3GEF35650 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 12/14/2020 | $15,000.00 |
| 2016 | Ford | Transit | $70,819.15 | 1FM5K8HT8GGC62656 | | | | | Y | CarMax | 1041 N 99th Av | (623)-476-0894 | 12/18/2019 | $3,000.00 |
| 2016 | Ford | Focus | $19,186.89 | 1FADP3F2XGL268540 | | | | | Y | CarMax | 3611 Fountain F | (210)-342-4662 | 12/21/2020 | $6,000.00 |
| 2016 | Ford | Soul | $23,964.48 | KNDJN2A2XG7289830 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 12/29/2020 | $5,500.00 |
| 2016 | Kia | Soul | $27,598.89 | 1FADP3F2XGL304883 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 12/22/2020 | $4,500.00 |
| 2016 | Ford | Focus | $27,598.99 | 1FADP3F2XGL304883 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 8/7/2020 | $2,500.00 |
| 2017 | Ford | Focus | $27,903.58 | 1FADP3F2XGL304883 | | | | | Y | Not Available | Not Available | Not Available | 12/18/2019 | $17,000.00 |
| 2011 | Dodge | Charger | $15,380.07 | 2B3CL3CG4BH607386 | | | | | Y | Not Available | Not Available | Not Available | 12/4/2019 | $2,500.00 |
| 2017 | Ford | Transit | $33,543.95 | NM0GS9F70H1293841 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 12/22/2020 | $13,000.00 |
| 2016 | Ford | Focus | $25,111.63 | 1FADP3F21GL393800 | | | | | Y | CarMax | 1041 N 99th Av | (623)-476-0894 | 12/28/2020 | $6,500.00 |
| 2017 | Chevrolet | Focus | $24,026.43 | 1FADP3F2XGL393800 | | | | | Y | CarMax | 2587 South Mai | (540)-209-9924 | 2/17/2021 | $7,000.00 |
| 2016 | Ford | Tahoe | $68,360.60 | 1GNSKCKC6GR333019 | | | | | Y | Charlie Obaugh | 410 Lee Jackso | (540)-324-8634 | 12/29/2020 | $26,000.00 |
| 2016 | Ford | Focus | Not Available | 1FADP3F6HL289550 | | | | | Y | 2587 South Mai | 2587 South Mai | (540)-209-9924 | 1/29/2020 | $7,500.00 |
| 2008 | Ford | F150 | $15,598.52 | 1FTRW14V08FA02918 | | | | | Y | Staunton Wreck | 133 National Av | (540)-885-6970 | 12/11/2020 | $7,500.00 |
| 2013 | Ford | Fusion | $15,598.52 | 3FA6P0K80FR281492 | | | | | Y | 133 National Av | Not Available | Not Available | 12/11/2019 | $450.00 |
| 2016 | Ford | Focus | $13,102.09 | 3FA6P0K90FR281492 | | | | | Y | CarMax | 2587 South Mai | Not Available | 12/17/2019 | $7,500.00 |
| 2016 | Ford | Focus | $27,546.44 | 1FADP3F2XGL335642 | | | | | Y | CarMax | 2587 South Mai | Not Available | 12/21/2020 | $4,000.00 |
| 2016 | Ford | Focus | $23,843.92 | 1FADP3F2XGL393837 | | | | | ? | Not Available | Not Available | Not Available | Not Available | Not Available |

| Year | Make | Model | Value | VIN | Loss to to accidents | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2013 | Dodge | Charger | $18,107.09 | 2C3CDXHGXDH656336 | - | - | - | Y | Not Available | Not Available | Not Available | 8/23/2019 Not Available |
| 2004 | Dodge | Ram | $22,543.24 | 3D7LU18C34G100831 | - | - | - | ? | Not Available | Not Available | Not Available | Not Available |
| 2016 | Kia | Soul | Unknown | KNDJN2A27F7113316 | - | - | - | Y | ▉ Not Available | Not Available | Not Available | Not Available |
| 2016 | Ford | Explorer | Not available | 1FM5K8HT1GGC69957 | Total Loss due to wreck | - | - | - | Not Available | Not Available | Not Available | Not Available |
| 2020 | Kia | Soul | Not Available | KNDJ23AU6L7062838 | Total Loss due to wreck | - | - | - | Not Available | Not Available | Not Available | Not Available |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division**

RLI INSURANCE COMPANY,

Plaintiff/Counterclaim Defendant,

  v.                                Case No.: 5:18-cv-00066-MFU-JCH

  NEXUS SERVICES, INC., *et. al.*

Defendant/Counterclaim Plaintiffs

**<span style="color:red">DEFENDANT'S ANSWERS TO INTERROGATORIES</span>**

# *<span style="color:red">Annex 3</span>*

| description of the property | purchase price | current value | nature and extent and duration of interest held | amount of any loan balance against the property | location (including the county) | currently own, creditor, lessor, or otherwise occupies the property | person or entity address | telephone number | date of transfer | amount paid by the transferee |
|---|---|---|---|---|---|---|---|---|---|---|
| 102 Lake Pointe | SFH | N/A | IN FORECLOSURE | N/A | Nelson County, VA | | | | 2019 | 0 |
| 1090 Jenny's Creek | SFH | N/A | IN FORECLOSURE | N/A | Appomattox County, VA | | | | 2019 | 0 |
| 107 Granny Smith | Townhome | N/A | FORECLOSED - DIL | N/A | Nelson County, VA | | | | 2022 | 0 |
| 1090 Jenny's Creek | SFH | N/A | FORECLOSED - DIL | N/A | Rockingham County, VA | | | | 2019 | 0 |
| 110 Henry | Townhome | N/A | FORECLOSED - DIL | N/A | Rockingham County, VA | | | | 2019 | 0 |
| 1137 Kingsway | SFH | N/A | FORECLOSED - DIL | N/A | City of Waynesboro | | | | 2019 | 0 |
| 117 Cedarcrest | SFH | N/A | SOLD | N/A | City of Waynesboro "We believe" | Otira King Trust Lease | | | 2020 ? | 0 |
| 13 Upland | SFH | N/A | IN FORECLOSURE | N/A | | | | | 2019 | 0 |
| 14 Windsong | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 14 Forever | SFH | N/A | FORECLOSED - DIL | N/A | **Augusta County, VA** | | | | 2019 | 0 |
| 141 Forever | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 143 Lofty | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 15 Kimberley | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 17 Kimberley | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 19 Brooke | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 19 Kimberley | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 19 Ross Garden 101 | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 19 Ross Garden 103 | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 2 Paige | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 21 Kimberley | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 22 Paige | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 221 Overview | SFH | N/A | IN FORECLOSURE | Approx. 300,000 | Waynesboro | Third party lease | | N/A | N/A | 0 |
| 22 Brooke | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 23 Paige | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 229 Windsor | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 24 Paige | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 24 Rosette 104 | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 24 Rosette 902 | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 24 Rosette 202 | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 24 Rosette 204 | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 25 Brooke | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 26 Brooke | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 260 Windsor | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 268 Windsor | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 3 Paige | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 30 Laurel Wood | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 312 Everline | SFH | N/A | FORECLOSED - DIL | N/A | City of Waynesboro | | | | 2020 | 0 |
| 312 Windsong | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2020 | 0 |
| 332 Overview | SFH | N/A | FORECLOSED - DIL | N/A | City of Waynesboro | | | | 2021 | 0 |
| 37 Windsong | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2022 | 0 |
| 56 Spring Ridge | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2022 | 0 |
| 659 Clairmont | Townhome | N/A | FORECLOSED - DIL | N/A | Rockingham County, VA | | | | 2022 | 0 |
| 70 Spring Ridge | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 6 Gables 201 | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2022 | 0 |
| 6 Gables 202 | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2022 | 0 |
| 33 Windsong | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2022 | 0 |
| 6 Gables 203 | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2022 | 0 |
| 6 Gables 204 | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2022 | 0 |
| 6 Gables G16 | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2022 | 0 |
| 6 Gables G17 | Townhome | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2022 | 0 |
| 8 Spring Ridge | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 8 Spring Ridge | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 80 Spring Ridge | SFH | N/A | FORECLOSED - DIL | N/A | Augusta County, VA | | | | 2019 | 0 |
| 84 Lofty | SFH | N/A | FORECLOSED - DIL | N/A | Nelson County, VA | | | | 2019 | 0 |
| 963 Jenny's Creek | SFH | N/A | FORECLOSED - DIL | N/A | Nelson County, VA | | | | 2019 | 0 |
| 964 Jenny's Creek | SFH | N/A | FORECLOSED - DIL | N/A | | | | N/A | 2019 | 0 |
| Mill Place Complex | Commercial | N/A | IN FORECLOSURE | Approx. 4m | Nexus Corporate Campus | | | | N/A | 0 |

We are in contact w/ our vendor to get the actual transfer dates of the properties, because they were foreclosed, we do not have the date of each of the transfers. We estimated the year of the transfer. When the vendor provides the updated information we will update it.

We are currently in litigation and a...

We have continued to pursue the client's ex-foreclosures in order to reduce expenses as litigation costs increased and since we have paid in force of damages in the RU matter.

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division**

RLI INSURANCE COMPANY,

Plaintiff/Counterclaim Defendant,

v.                                                      Case No.: 5:18-cv-00066-MFU-JCH

NEXUS SERVICES, INC., *et. al.*

Defendant/Counterclaim Plaintiffs

**DEFENDANT'S ANSWERS TO INTERROGATORIES**

# Annex 4

West America
Account Number Ending in 7554
Opened October 2017
Closed March 2018
1108 Fifth Avenue
San Rafael, CA 94901
(800) 848-1088
Authorized Signatory: David See, Timothy Okonski, Richard Moore

West America
Account Number Ending in 7562
Opened October 2017
Closed March 2018
1108 Fifth Avenue
San Rafael, CA 94901
(800) 848-1088
 Authorized Signatory: David See, Timothy Okonski, Richard Moore

1st Bank CO
Account Number Ending in 0006
Opened Jan 2018
Closed November 2020
12345 W. Colfax Avenue
Lakewood, Colorado.
1-800-964-3444
 Authorized Signatory: David See, Timothy Okonski, Richard Moore

1st Bank CO
Account Number Ending in 9997
Opened December 2018
Closed June 2021
12345 W. Colfax Avenue
Lakewood, Colorado.
1-800-964-3444
 Authorized Signatory: David See, Timothy Okonski, Richard Moore

Bank Ozarks
Account Number Ending in 2775
Opened December 2017

Closed Aug 2019
P.O. Box 8811
Little Rock, AR 72231
1-800-274-4482
 Authorized Signatory: David See, Timothy Okonski, Richard Moore

Bank Ozarks
Account Number Ending in 2783
Opened December 2017
Closed Aug 2019
P.O. Box 8811
Little Rock, AR 72231
1-800-274-4482
Authorized Signatory: David See, Timothy Okonski, Richard Moore

Pendleton Op
Account Number Ending in 5374
Opened June 2017
Closed July 2021
P.O. Box 487
128 North Main Street
Franklin, WV 26807
(304) 358-2311
 Authorized Signatory: David See, Timothy Okonski, Richard Moore

Pendleton EXP
Account Number Ending in 6478
Opened Feb 2018
Closed July 2021
P.O. Box 487
128 North Main Street
Franklin, WV 26807
(304) 358-2311
Authorized Signatory: David See, Timothy Okonski, Richard Moore

Comerica
Account Number Ending in 5689
Opened May 2017
Closed April 2022

800-266-3742
1717 Main St Dallas, TX, 75201-4612
United States
 Authorized Signatory: David See, Timothy Okonski, Richard Moore

Comerica
Account Number Ending in 5697
Opened May 2017
Closed April 2022
800-266-3742
1717 Main St Dallas, TX, 75201-4612
United States
Authorized Signatory: David See, Timothy Okonski, Richard Moore

BancorpSouth
Account Number Ending in 0593
Opened May 2017
Closed Nov 2020
P.O. Box 789. Tupelo, MS 38802
888-797-7711
Authorized Signatory: David See, Timothy Okonski, Richard Moore

BancorpSouth
Account Number Ending in 0601
Opened May 2017
Closed ?
P.O. Box 789. Tupelo, MS 38802
888-797-7711
Authorized Signatory: David See, Timothy Okonski, Richard Moore

Synovus
Account Number Ending in 0726
Opened December 2017
Closed December 2018
P.O. Box 120
Columbus GA 31902
1-888-796-6887
Authorized Signatory: David See, Timothy Okonski, Richard Moore

Synovus

Account Number Ending in 0734
Opened December 2017
Closed December 2018
P.O. Box 120
Columbus GA 31902
1-888-796-6887
Authorized Signatory: David See, Timothy Okonski, Richard Moore

TCF
Account Number Ending in 2175
Opened January 2017
Closed December 2018
200 Lake St E, Wayzata, MN 55391
+1 800-823-2265
Authorized Signatory: David See, Timothy Okonski, Richard Moore

TCF
Account Number Ending in 2176
Opened January 2017
Closed December 2018
200 Lake St E, Wayzata, MN 55391
+1 800-823-2265
Authorized Signatory: David See, Timothy Okonski, Richard Moore

TD
Account Number Ending in 3177
Opened July 2016
Closed June 2019
1701 Route 70 East
Cherry Hill, New Jersey 08003
1-888-751-9000
Authorized Signatory: David See, Timothy Okonski, Richard Moore

TD
Account Number Ending in 3185
Opened July 2016
Closed June 2019
1701 Route 70 East
Cherry Hill, New Jersey 08003
1-888-751-9000

Authorized Signatory: David See, Timothy Okonski, Richard Moore

Citi
Account Number Ending in 2702
Opened November 2016
Closed January 2018
388 Greenwich St, New York, NY 10013
1-800-285-3000
Authorized Signatory: David See, Timothy Okonski, Richard Moore

Citi
Account Number Ending in 2710
Opened November 2016
Closed January 2018
388 Greenwich St, New York, NY 10013
1-800-285-3000
Authorized Signatory: David See, Timothy Okonski, Richard Moore

Suntrust Op
Account Number Ending in 0440
Opened January 2017
Closed January 2018
303 Peachtree Street, Northeast
Atlanta, Georgia 30308
(870) 772-0222
Authorized Signatory: David See, Timothy Okonski, Richard Moore

Suntrust Dep
Account Number Ending in 0290
Opened January 2017
Closed January 2018
303 Peachtree Street, Northeast
Atlanta, Georgia 30308
(870) 772-0222
Authorized Signatory: David See, Timothy Okonski, Richard Moore

Fifth Third
Account Number Ending in 2650
Opened December 2017
Closed May 2018

5050 Kingsley Dr, Cincinnati, OH 45227
(877) 534-2264
Authorized Signatory: David See, Timothy Okonski, Richard Moore

Fifth Third
Account Number Ending in 0809
Opened December 2017
Closed May 2018
5050 Kingsley Dr, Cincinnati, OH 45227
(877) 534-2264
Authorized Signatory: David See, Timothy Okonski, Richard Moore

Summit Gamer
Account Number Ending in 2620
Opened January 2018
Closed November 2018
23 Scenic Hwy #102, Churchville, VA 2442
877-776-9722
Authorized Signatory: David See, Timothy Okonski, Richard Moore

Summit Libre
Account Number Ending in 2638
Opened February 2018
Closed September 2019
23 Scenic Hwy #102, Churchville, VA 2442
877-776-9722
Authorized Signatory: David See, Timothy Okonski, Richard Moore

Summit Gamer
Account Number Ending in 2695
Opened January 2018
Closed November 2018
23 Scenic Hwy #102, Churchville, VA 2442
877-776-9722
Authorized Signatory: David See, Timothy Okonski, Richard Moore

Washington Fed
Account Number Ending in 6533
Opened July 2017
Closed April 2019

425 Pike Street
Seattle, WA 98101
1-800-324-9375
Authorized Signatory: David See, Timothy Okonski, Richard Moore

Washington Fed
Account Number Ending in 6541
Opened July 2017
Closed April 2019
425 Pike Street
Seattle, WA 98101
1-800-324-9375
Authorized Signatory: David See, Timothy Okonski, Richard Moore

1stNBOT
Account Number Ending in 7160
Opened September 2017
Closed December 2018
PO Box 937
Killeen, Texas 76540-0937
800-677-9801
Authorized Signatory: David See, Timothy Okonski, Richard Moore

1stNBOT
Account Number Ending in 7187
Opened September 2017
Closed December 2018
PO Box 937
Killeen, Texas 76540-0937
800-677-9801
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 9922
Opened March 2016
Closed June 2021
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 9906
Opened March 2016
Closed June 2021
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 9898
Opened March 2016
Closed June 2021
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 9468
Opened March 2016
Closed June 2021
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 7960
Opened April 2018
Closed January 2019
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 7945
Opened April 2018
Closed June 2021
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 7937
Opened April 2018
Closed June 2021
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 7853
Opened April 2018
Closed June 2021
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 7442
Opened March 2018
Closed October 2018
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 7434
Opened March 2018
Closed June 2018
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 6198
Opened March 2016
Closed June 2021
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 6188
Opened March 2018
Closed June 2021
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 4894
Opened April 2016
Closed March 2020
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 4886
Opened August 2016
Closed June 2021
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 4860
Opened March 2016
Closed January 2019
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 4852
Opened April 2016
Closed January 2019
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 4845
Opened April 2016
Closed June 2021
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 4837
Opened April 2016
Closed June 2021
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 4829
Opened April 2016
Closed June 2021
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 4811
Opened July 2016
Closed June 2021
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 9435
Opened March 2020
Closed -
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

City National
Account Number Ending in 4167
Opened April 2016
Closed June 2021
101 Community Way Staunton 24401
540- 213-3888
Authorized Signatory: David See, Timothy Okonski, Richard Moore

Freedom First
Opened July 2022
Closed Aug 2022
Account Number 100740638850 Savings
Account Number 1010740638850 Payroll Account
Account Number 1020740638850 Nexus Expense Account
Account Number 1030740638850 Libre Expense Account
Account Number 1040740638850 Libre Deposit Account
5240 VallyPike Drive
Roanoke, VA 24019
540-389-0244
Authorized Signatory: Mike Donovanand Evan Ajin

Primis Bank
Account Numbers
11286206
11286281
11286287
11286296
Phone: 833-477-4647
10900 Nuckols Rd, Glen Allen, VA 23060
Account Opened 5/9/2022
Account Closed Aug 2022
Authorized Signatory: Mike Donovan and Evan Ajin

North American Banking Company

Account Numbers:

████4891 Operating

████4974 libre Expense

████5005 Expense

████4909 Payroll

Authorized Signatory: Evan Ajin, Rebecca Wells

Account Opened 8-30-22

Account Closed: March 2023

2230 Albert Street N

Roseville, Minnesota 55113

1-651-714-6420

Mercury Bank - Evolve Bank and Trust

Account Numbers: ████6443

Authroized Signatory: Rebecca Wells

Account Opened January 25, 2022

Account Closed: April 28, 2022

6070 Poplar Ave

Suite 200

Memphis, TN 38119

1-920-929-5040

NBKC Bank

Account Numbers: ████151

Authroized Signatory: Mike Donovan

Account Opened April 1, 2022

Account Closed: May 15, 2022

8320 Ward Parkway

Kansa City, MO 64114

816-965-1400

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division**

RLI INSURANCE COMPANY,

Plaintiff/Counterclaim Defendant,

v.                                  Case No.: 5:18-cv-00066-MFU-JCH

NEXUS SERVICES, INC., *et. al.*

Defendant/Counterclaim Plaintiffs

**DEFENDANT'S ANSWERS TO INTERROGATORIES**

# Annex 5



























































































| Record Id | [redacted] | Payment Status | Current Due | [redacted] | Mailing Street | Mailing Street Second Line | Mailing City | Mailing State List | Mailing Zip | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| zcrm_5441472000001583229 | [redacted] | Past Due | $ 2 525 | [redacted] | [redacted] | | | | | Program Payment |
| zcrm_5441472000001572313 | | Past Due | $ 2 550 | | | | | | | Program Payment |
| zcrm_5441472000001568400 | | Past Due | $ 2 550 | | | | | | | Program Payment |
| zcrm_5441472000001598206 | | Past Due | $ 2 600 | | | | | | | Program Payment |
| zcrm_5441472000001555624 | | Past Due | $ 2 610 | | | | | | | Program Payment |
| zcrm_5441472000003658014 | | Past Due | $ 2 625 | | | | | | | Program Payment |
| zcrm_5441472000001604083 | | Past Due | $ 2 625 | | | | | | | Program Payment |
| zcrm_5441472000001569070 | | Past Due | $ 2 625 | | | | | | | Program Payment |
| zcrm_5441472000001568471 | | Past Due | $ 2 625 | | | | | | | Program Payment |
| zcrm_5441472000001564463 | | Past Due | $ 2 625 | | | | | | | Program Payment |
| zcrm_5441472000001555639 | | Past Due | $ 2 625 | | | | | | | Program Payment |
| zcrm_5441472000001548496 | | Past Due | $ 2 625 | | | | | | | Program Payment |
| zcrm_5441472000001423052 | | Past Due | $ 2 680 | | | | | | | Program Payment |
| zcrm_5441472000001553481 | | Past Due | $ 2 685 | | | | | | | Program Payment |
| zcrm_5441472000001572875 | | Past Due | $ 2 700 | | | | | | | Program Payment |
| zcrm_5441472000001601870 | | Past Due | $ 2 710 | | | | | | | Program Payment |
| zcrm_5441472000001606332 | | Past Due | $ 2 750 | | | | | | | Program Payment |
| zcrm_5441472000001589450 | | Past Due | $ 2 750 | | | | | | | Program Payment |
| zcrm_5441472000005926919 | | Past Due | $ 2 800 | | | | | | | Program Payment |
| zcrm_5441472000003972144 | | Past Due | $ 2 800 | | | | | | | Program Payment |
| zcrm_5441472000001575059 | | Past Due | $ 2 800 | | | | | | | Program Payment |
| zcrm_5441472000001569077 | | Past Due | $ 2 800 | | | | | | | Program Payment |
| zcrm_5441472000001564510 | | Past Due | $ 2 800 | | | | | | | Program Payment |
| zcrm_5441472000001558912 | | Past Due | $ 2 800 | | | | | | | Program Payment |
| zcrm_5441472000001557231 | | Past Due | $ 2 800 | | | | | | | Program Payment |
| zcrm_5441472000001552907 | | Past Due | $ 2 800 | | | | | | | Program Payment |
| zcrm_5441472000001549096 | | Past Due | $ 2 800 | | | | | | | Program Payment |
| zcrm_5441472000001602457 | | Past Due | $ 2 850 | | | | | | | Program Payment |
| zcrm_5441472000001586608 | | Past Due | $ 2 850 | | | | | | | Program Payment |
| zcrm_5441472000001550768 | | Past Due | $ 2 875 | | | | | | | Program Payment |
| zcrm_5441472000003789274 | | Past Due | $ 2 900 | | | | | | | Program Payment |
| zcrm_5441472000001592744 | | Past Due | $ 2 900 | | | | | | | Program Payment |
| zcrm_5441472000001590487 | | Past Due | $ 2 910 | | | | | | | Program Payment |
| zcrm_5441472000003966557 | | Past Due | $ 3 000 | | | | | | | Program Payment |
| zcrm_5441472000003471058 | | Past Due | $ 3 000 | | | | | | | Program Payment |
| zcrm_5441472000002736001 | | Past Due | $ 3 000 | | | | | | | Program Payment |
| zcrm_5441472000001597080 | | Past Due | $ 3 000 | | | | | | | Program Payment |
| zcrm_5441472000001596502 | | Past Due | $ 3 000 | | | | | | | Program Payment |
| zcrm_5441472000001580304 | | Past Due | $ 3 000 | | | | | | | Program Payment |
| zcrm_5441472000001564558 | | Past Due | $ 3 000 | | | | | | | Program Payment |
| zcrm_5441472000001549584 | | Past Due | $ 3 000 | | | | | | | Program Payment |
| zcrm_5441472000001423089 | | Past Due | $ 3 020 | | | | | | | Program Payment |
| zcrm_5441472000001559424 | | Past Due | $ 3 030 | | | | | | | Program Payment |
| zcrm_5441472000001571218 | | Past Due | $ 3 045 | | | | | | | Program Payment |
| zcrm_5441472000001598696 | | Past Due | $ 3 065 | | | | | | | Program Payment |
| zcrm_5441472000001608367 | | Past Due | $ 3 075 | | | | | | | Program Payment |
| zcrm_5441472000001596015 | | Past Due | $ 3 130 | | | | | | | Program Payment |
| zcrm_5441472000003968064 | | Past Due | $ 3 143 | | | | | | | Program Payment |
| zcrm_5441472000003987605 | | Past Due | $ 3 150 | | | | | | | Program Payment |
| zcrm_5441472000001549080 | | Past Due | $ 3 150 | | | | | | | Program Payment |
| zcrm_5441472000001584370 | | Past Due | $ 3 175 | | | | | | | Program Payment |
| zcrm_5441472000001576790 | | Past Due | $ 3 175 | | | | | | | Program Payment |
| zcrm_5441472000001604646 | | Past Due | $ 3 200 | | | | | | | Program Payment |
| zcrm_5441472000001589415 | | Past Due | $ 3 200 | | | | | | | Program Payment |
| zcrm_5441472000001587085 | | Past Due | $ 3 200 | | | | | | | Program Payment |
| zcrm_5441472000001575090 | | Past Due | $ 3 200 | | | | | | | Program Payment |
| zcrm_5441472000001595466 | | Past Due | $ 3 250 | | | | | | | Program Payment |
| zcrm_5441472000001567209 | | Past Due | $ 3 250 | | | | | | | Program Payment |
| zcrm_5441472000001564560 | | Past Due | $ 3 250 | | | | | | | Program Payment |
| zcrm_5441472000001560568 | | Past Due | $ 3 250 | | | | | | | Program Payment |
| zcrm_5441472000001551357 | | Past Due | $ 3 275 | | | | | | | Program Payment |
| zcrm_5441472000001598184 | | Past Due | $ 3 325 | | | | | | | Program Payment |
| zcrm_5441472000001568421 | | Past Due | $ 3 350 | | | | | | | Program Payment |
| zcrm_5441472000001576744 | | Past Due | $ 3 353 | | | | | | | Program Payment |
| zcrm_5441472000001559918 | | Past Due | $ 3 365 | | | | | | | Program Payment |
| zcrm_5441472000003989919 | | Past Due | $ 3 375 | | | | | | | Program Payment |
| zcrm_5441472000003974678 | | Past Due | $ 3 375 | | | | | | | Program Payment |
| zcrm_5441472000001599902 | | Past Due | $ 3 375 | | | | | | | Program Payment |
| zcrm_5441472000001594364 | | Past Due | $ 3 375 | | | | | | | Program Payment |
| zcrm_5441472000001591117 | | Past Due | $ 3 375 | | | | | | | Program Payment |
| zcrm_5441472000001577864 | | Past Due | $ 3 375 | | | | | | | Program Payment |
| zcrm_5441472000001565097 | | Past Due | $ 3 375.00 | | | | | | | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001561728 | [redacted] | Past Due | $ 3 375.0 | [redacted] | Program Payment |
| zcrm_5441472000003989977 | [redacted] | Past Due | $ 3 400.0 | [redacted] | Program Payment |
| zcrm_5441472000003968056 | [redacted] | Past Due | $ 3 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001589358 | [redacted] | Past Due | $ 3 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001581384 | [redacted] | Past Due | $ 3 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001570187 | [redacted] | Past Due | $ 3 400.0 | [redacted] | Program Payment |
| zcrm_5441472000003978704 | [redacted] | Past Due | $ 3 415.0 | [redacted] | Program Payment |
| zcrm_5441472000001577779 | [redacted] | Past Due | $ 3 425.0 | [redacted] | Program Payment |
| zcrm_5441472000001587771 | [redacted] | Past Due | $ 3 435.0 | [redacted] | Program Payment |
| zcrm_5441472000001598260 | [redacted] | Past Due | $ 3 450.0 | [redacted] | Program Payment |
| zcrm_5441472000009683001 | [redacted] | Past Due | $ 3 500.0 | [redacted] | Program Payment |
| zcrm_5441472000001610320 | [redacted] | Past Due | $ 3 500.0 | [redacted] | Program Payment |
| zcrm_5441472000001603511 | [redacted] | Past Due | $ 3 500.0 | [redacted] | Program Payment |
| zcrm_5441472000001591637 | [redacted] | Past Due | $ 3 500.0 | [redacted] | Program Payment |
| zcrm_5441472000001590500 | [redacted] | Past Due | $ 3 500.0 | [redacted] | Program Payment |
| zcrm_5441472000001582579 | [redacted] | Past Due | $ 3 500.0 | [redacted] | Program Payment |
| zcrm_5441472000001566225 | [redacted] | Past Due | $ 3 500.0 | [redacted] | Program Payment |
| zcrm_5441472000001561736 | [redacted] | Past Due | $ 3 500.0 | [redacted] | Program Payment |
| zcrm_5441472000001559476 | [redacted] | Past Due | $ 3 500.0 | [redacted] | Program Payment |
| zcrm_5441472000001548473 | [redacted] | Past Due | $ 3 515.0 | [redacted] | Program Payment |
| zcrm_5441472000001604194 | [redacted] | Past Due | $ 3 550.0 | [redacted] | Program Payment |
| zcrm_5441472000001596552 | [redacted] | Past Due | $ 3 560.0 | [redacted] | Program Payment |
| zcrm_5441472000001572316 | [redacted] | Past Due | $ 3 585.0 | [redacted] | Program Payment |
| zcrm_5441472000003258374 | [redacted] | Past Due | $ 3 592.0 | [redacted] | Program Payment |
| zcrm_5441472000004012597 | [redacted] | Past Due | $ 3 600.0 | [redacted] | Program Payment |
| zcrm_5441472000002956100 | [redacted] | Past Due | $ 3 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001609060 | [redacted] | Past Due | $ 3 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001604066 | [redacted] | Past Due | $ 3 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001603060 | [redacted] | Past Due | $ 3 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001601907 | [redacted] | Past Due | $ 3 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001591633 | [redacted] | Past Due | $ 3 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001576181 | [redacted] | Past Due | $ 3 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001558323 | [redacted] | Past Due | $ 3 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001552903 | [redacted] | Past Due | $ 3 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001550818 | [redacted] | Past Due | $ 3 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001565014 | [redacted] | Past Due | $ 3 625.0 | [redacted] | Program Payment |
| zcrm_5441472000001592153 | [redacted] | Past Due | $ 3 690.0 | [redacted] | Program Payment |
| zcrm_5441472000003979452 | [redacted] | Past Due | $ 3 700.0 | [redacted] | Program Payment |
| zcrm_5441472000001610294 | [redacted] | Past Due | $ 3 700.0 | [redacted] | Program Payment |
| zcrm_5441472000001604112 | [redacted] | Past Due | $ 3 700.0 | [redacted] | Program Payment |
| zcrm_5441472000001571209 | [redacted] | Past Due | $ 3 700.0 | [redacted] | Program Payment |
| zcrm_5441472000001569657 | [redacted] | Past Due | $ 3 700.0 | [redacted] | Program Payment |
| zcrm_5441472000003996419 | [redacted] | Past Due | $ 3 705.0 | [redacted] | Program Payment |
| zcrm_5441472000001584946 | [redacted] | Past Due | $ 3 715.0 | [redacted] | Program Payment |
| zcrm_5441472000003969665 | [redacted] | Past Due | $ 3 750.0 | [redacted] | Program Payment |
| zcrm_5441472000002729389 | [redacted] | Past Due | $ 3 750.0 | [redacted] | Program Payment |
| zcrm_5441472000001589900 | [redacted] | Past Due | $ 3 750.0 | [redacted] | Program Payment |
| zcrm_5441472000001588306 | [redacted] | Past Due | $ 3 750.0 | [redacted] | Program Payment |
| zcrm_5441472000001587148 | [redacted] | Past Due | $ 3 750.0 | [redacted] | Program Payment |
| zcrm_5441472000001568466 | [redacted] | Past Due | $ 3 750.0 | [redacted] | Program Payment |
| zcrm_5441472000001564487 | [redacted] | Past Due | $ 3 750.0 | [redacted] | Program Payment |
| zcrm_5441472000001560523 | [redacted] | Past Due | $ 3 750.0 | [redacted] | Program Payment |
| zcrm_5441472000001548535 | [redacted] | Past Due | $ 3 750.0 | [redacted] | Program Payment |
| zcrm_5441472000001563894 | [redacted] | Past Due | $ 3 755.00 | [redacted] | Program Payment |
| zcrm_5441472000001609615 | [redacted] | Past Due | $ 3 770.00 | [redacted] | Program Payment |
| zcrm_5441472000001562834 | [redacted] | Past Due | $ 3 780.00 | [redacted] | Program Payment |
| zcrm_5441472000001597047 | [redacted] | Past Due | $ 3 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001566147 | [redacted] | Past Due | $ 3 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001579426 | [redacted] | Past Due | $ 3 820.00 | [redacted] | Program Payment |
| zcrm_5441472000003973781 | [redacted] | Past Due | $ 3 850.00 | [redacted] | Program Payment |
| zcrm_5441472000003965773 | [redacted] | Past Due | $ 3 850.00 | [redacted] | Program Payment |
| zcrm_5441472000001571208 | [redacted] | Past Due | $ 3 850.00 | [redacted] | Program Payment |
| zcrm_5441472000001570183 | [redacted] | Past Due | $ 3 850.00 | [redacted] | Program Payment |
| zcrm_5441472000001582045 | [redacted] | Past Due | $ 3 865.00 | [redacted] | Program Payment |
| zcrm_5441472000001582553 | [redacted] | Past Due | $ 3 925.00 | [redacted] | Program Payment |
| zcrm_5441472000001605271 | [redacted] | Past Due | $ 3 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001591682 | [redacted] | Past Due | $ 3 950.00 | [redacted] | Program Payment |
| zcrm_5441472000003889944 | [redacted] | Past Due | $ 3 952.00 | [redacted] | Program Payment |
| zcrm_5441472000003969013 | [redacted] | Past Due | $ 4 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001609606 | [redacted] | Past Due | $ 4 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001607840 | [redacted] | Past Due | $ 4 000.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001607806 | [redacted] | Past Due | $ 4 000.0 | [redacted] | Program Payment |
| zcrm_5441472000001604118 | | Past Due | $ 4 000.00 | | Program Payment |
| zcrm_5441472000001602483 | | Past Due | $ 4 000.00 | | Program Payment |
| zcrm_5441472000001593805 | | Past Due | $ 4 000.00 | | Program Payment |
| zcrm_5441472000001583694 | | Past Due | $ 4 000.00 | | Program Payment |
| zcrm_5441472000001581477 | | Past Due | $ 4 000.0 | | Program Payment |
| zcrm_5441472000001577851 | | Past Due | $ 4 000.00 | | Program Payment |
| zcrm_5441472000001573495 | | Past Due | $ 4 000.0 | | Program Payment |
| zcrm_5441472000001573400 | | Past Due | $ 4 000.00 | | Program Payment |
| zcrm_5441472000001569633 | | Past Due | $ 4 000.0 | | Program Payment |
| zcrm_5441472000001567232 | | Past Due | $ 4 000.00 | | Program Payment |
| zcrm_5441472000001567195 | | Past Due | $ 4 000.0 | | Program Payment |
| zcrm_5441472000001561177 | | Past Due | $ 4 000.0 | | Program Payment |
| zcrm_5441472000001555125 | | Past Due | $ 4 000.00 | | Program Payment |
| zcrm_5441472000001553550 | | Past Due | $ 4 000.0 | | Program Payment |
| zcrm_5441472000001552855 | | Past Due | $ 4 000.0 | | Program Payment |
| zcrm_5441472000001423737 | | Past Due | $ 4 025.0 | | Program Payment |
| zcrm_5441472000001609720 | | Past Due | $ 4 045.0 | | Program Payment |
| zcrm_5441472000001572323 | | Past Due | $ 4 064.0 | | Program Payment |
| zcrm_5441472000001572881 | | Past Due | $ 4 070.00 | | Program Payment |
| zcrm_5441472000001607922 | | Past Due | $ 4 075.00 | | Program Payment |
| zcrm_5441472000001593861 | | Past Due | $ 4 100.00 | | Program Payment |
| zcrm_5441472000001591045 | | Past Due | $ 4 125.00 | | Program Payment |
| zcrm_5441472000001589966 | | Past Due | $ 4 125.00 | | Program Payment |
| zcrm_5441472000003104473 | | Past Due | $ 4 150.00 | | Program Payment |
| zcrm_5441472000001571301 | | Past Due | $ 4 190.0 | | Program Payment |
| zcrm_5441472000001561191 | | Past Due | $ 4 190.0 | | Program Payment |
| zcrm_5441472000003987567 | | Past Due | $ 4 200.0 | | Program Payment |
| zcrm_5441472000003980356 | | Past Due | $ 4 200.0 | | Program Payment |
| zcrm_5441472000003966575 | | Past Due | $ 4 200.00 | | Program Payment |
| zcrm_5441472000001574048 | | Past Due | $ 4 200.0 | | Program Payment |
| zcrm_5441472000001547840 | | Past Due | $ 4 200.0 | | Program Payment |
| zcrm_5441472000004672434 | | Past Due | $ 4 225.0 | | Program Payment |
| zcrm_5441472000003988294 | | Past Due | $ 4 226.0 | | Program Payment |
| zcrm_5441472000003986729 | | Past Due | $ 4 250.0 | | Program Payment |
| zcrm_5441472000001608471 | | Past Due | $ 4 250.00 | | Program Payment |
| zcrm_5441472000001557793 | | Past Due | $ 4 250.00 | | Program Payment |
| zcrm_5441472000003969827 | | Past Due | $ 4 260.0 | | Program Payment |
| zcrm_5441472000003967360 | | Past Due | $ 4 300.0 | | Program Payment |
| zcrm_5441472000001558819 | | Past Due | $ 4 350.0 | | Program Payment |
| zcrm_5441472000001604192 | | Past Due | $ 4 360.00 | | Program Payment |
| zcrm_5441472000003763030 | | Past Due | $ 4 400.00 | | Program Payment |
| zcrm_5441472000001609648 | | Past Due | $ 4 400.0 | | Program Payment |
| zcrm_5441472000001586036 | | Past Due | $ 4 400.00 | | Program Payment |
| zcrm_5441472000001567205 | | Past Due | $ 4 400.0 | | Program Payment |
| zcrm_5441472000001557228 | | Past Due | $ 4 445.00 | | Program Payment |
| zcrm_5441472000002844699 | | Past Due | $ 4 450.00 | | Program Payment |
| zcrm_5441472000001574552 | | Past Due | $ 4 461.0 | | Program Payment |
| zcrm_5441472000001548480 | | Past Due | $ 4 475.00 | | Program Payment |
| zcrm_5441472000004012528 | | Past Due | $ 4 480.0 | | Program Payment |
| zcrm_5441472000001572903 | | Past Due | $ 4 490.00 | | Program Payment |
| zcrm_5441472000003989259 | | Past Due | $ 4 500.0 | | Program Payment |
| zcrm_5441472000003987637 | | Past Due | $ 4 500.00 | | Program Payment |
| zcrm_5441472000003981837 | | Past Due | $ 4 500.0 | | Program Payment |
| zcrm_5441472000001607844 | | Past Due | $ 4 500.0 | | Program Payment |
| zcrm_5441472000001603594 | | Past Due | $ 4 500.00 | | Program Payment |
| zcrm_5441472000001602456 | | Past Due | $ 4 500.0 | | Program Payment |
| zcrm_5441472000001598771 | | Past Due | $ 4 500.00 | | Program Payment |
| zcrm_5441472000001595550 | | Past Due | $ 4 500.00 | | Program Payment |
| zcrm_5441472000001588326 | | Past Due | $ 4 500.0 | | Program Payment |
| zcrm_5441472000001587127 | | Past Due | $ 4 500.0 | | Program Payment |
| zcrm_5441472000001581922 | | Past Due | $ 4 500.0 | | Program Payment |
| zcrm_5441472000001573425 | | Past Due | $ 4 500.00 | | Program Payment |
| zcrm_5441472000001567785 | | Past Due | $ 4 500.0 | | Program Payment |
| zcrm_5441472000001565545 | | Past Due | $ 4 500.00 | | Program Payment |
| zcrm_5441472000001560501 | | Past Due | $ 4 500.00 | | Program Payment |
| zcrm_5441472000001558836 | | Past Due | $ 4 500.0 | | Program Payment |
| zcrm_5441472000001551756 | | Past Due | $ 4 500.0 | | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_54414720000015479 | [redacted] | Past Due | $ 4 500.00 | [redacted] | Program Payment |
| zcrm_54414720000015970 | [redacted] | Past Due | $ 4 515.00 | [redacted] | Program Payment |
| zcrm_54414720000040070 | [redacted] | Past Due | $ 4 550.00 | [redacted] | Program Payment |
| zcrm_54414720000039915 | [redacted] | Past Due | $ 4 550.00 | [redacted] | Program Payment |
| zcrm_54414720000039860 | [redacted] | Past Due | $ 4 550.00 | [redacted] | Program Payment |
| zcrm_54414720000016003 | [redacted] | Past Due | $ 4 550.00 | [redacted] | Program Payment |
| zcrm_54414720000015916 | [redacted] | Past Due | $ 4 550.00 | [redacted] | Program Payment |
| zcrm_54414720000015826 | [redacted] | Past Due | $ 4 550.00 | [redacted] | Program Payment |
| zcrm_54414720000015617 | [redacted] | Past Due | $ 4 550.00 | [redacted] | Program Payment |
| zcrm_54414720000015539 | [redacted] | Past Due | $ 4 550.00 | [redacted] | Program Payment |
| zcrm_54414720000015534 | [redacted] | Past Due | $ 4 550.00 | [redacted] | Program Payment |
| zcrm_54414720000016078 | [redacted] | Past Due | $ 4 575.00 | [redacted] | Program Payment |
| zcrm_54414720000016102 | [redacted] | Past Due | $ 4 580.00 | [redacted] | Program Payment |
| zcrm_54414720000016030 | [redacted] | Past Due | $ 4 580.00 | [redacted] | Program Payment |
| zcrm_54414720000015887 | [redacted] | Past Due | $ 4 580.00 | [redacted] | Program Payment |
| zcrm_54414720000015611 | [redacted] | Past Due | $ 4 600.00 | [redacted] | Program Payment |
| zcrm_54414720000016014 | [redacted] | Past Due | $ 4 605.00 | [redacted] | Program Payment |
| zcrm_54414720000016089 | [redacted] | Past Due | $ 4 650.00 | [redacted] | Program Payment |
| zcrm_54414720000015723 | [redacted] | Past Due | $ 4 650.00 | [redacted] | Program Payment |
| zcrm_54414720000015712 | [redacted] | Past Due | $ 4 650.00 | [redacted] | Program Payment |
| zcrm_54414720000015490 | [redacted] | Past Due | $ 4 660.00 | [redacted] | Program Payment |
| zcrm_54414720000015672 | [redacted] | Past Due | $ 4 700.00 | [redacted] | Program Payment |
| zcrm_54414720000015662 | [redacted] | Past Due | $ 4 725.00 | [redacted] | Program Payment |
| zcrm_54414720000015661 | [redacted] | Past Due | $ 4 725.00 | [redacted] | Program Payment |
| zcrm_54414720000016073 | [redacted] | Past Due | $ 4 727.00 | [redacted] | Program Payment |
| zcrm_54414720000015761 | [redacted] | Past Due | $ 4 740.00 | [redacted] | Program Payment |
| zcrm_54414720000015916 | [redacted] | Past Due | $ 4 745.00 | [redacted] | Program Payment |
| zcrm_54414720000039811 | [redacted] | Past Due | $ 4 750.00 | [redacted] | Program Payment |
| zcrm_54414720000015644 | [redacted] | Past Due | $ 4 750.00 | [redacted] | Program Payment |
| zcrm_54414720000015948 | [redacted] | Past Due | $ 4 775.00 | [redacted] | Program Payment |
| zcrm_54414720000015877 | [redacted] | Past Due | $ 4 775.00 | [redacted] | Program Payment |
| zcrm_54414720000029123 | [redacted] | Past Due | $ 4 785.00 | [redacted] | Program Payment |
| zcrm_54414720000016057 | [redacted] | Past Due | $ 4 800.00 | [redacted] | Program Payment |
| zcrm_54414720000016047 | [redacted] | Past Due | $ 4 800.00 | [redacted] | Program Payment |
| zcrm_54414720000015998 | [redacted] | Past Due | $ 4 800.00 | [redacted] | Program Payment |
| zcrm_54414720000015981 | [redacted] | Past Due | $ 4 800.00 | [redacted] | Program Payment |
| zcrm_54414720000015960 | [redacted] | Past Due | $ 4 800.00 | [redacted] | Program Payment |
| zcrm_54414720000015938 | [redacted] | Past Due | $ 4 800.00 | [redacted] | Program Payment |
| zcrm_54414720000015788 | [redacted] | Past Due | $ 4 800.00 | [redacted] | Program Payment |
| zcrm_54414720000015650 | [redacted] | Past Due | $ 4 800.00 | [redacted] | Program Payment |
| zcrm_54414720000015644 | [redacted] | Past Due | $ 4 800.00 | [redacted] | Program Payment |
| zcrm_54414720000015556 | [redacted] | Past Due | $ 4 800.00 | [redacted] | Program Payment |
| zcrm_54414720000015545 | [redacted] | Past Due | $ 4 800.00 | [redacted] | Program Payment |
| zcrm_54414720000015513 | [redacted] | Past Due | $ 4 800.00 | [redacted] | Program Payment |
| zcrm_54414720000015508 | [redacted] | Past Due | $ 4 800.00 | [redacted] | Program Payment |
| zcrm_54414720000016090 | [redacted] | Past Due | $ 4 820.00 | [redacted] | Program Payment |
| zcrm_54414720000015534 | [redacted] | Past Due | $ 4 830.00 | [redacted] | Program Payment |
| zcrm_54414720000016063 | [redacted] | Past Due | $ 4 850.00 | [redacted] | Program Payment |
| zcrm_54414720000015794 | [redacted] | Past Due | $ 4 850.00 | [redacted] | Program Payment |
| zcrm_54414720000015899 | [redacted] | Past Due | $ 4 851.00 | [redacted] | Program Payment |
| zcrm_54414720000040053 | [redacted] | Past Due | $ 4 875.00 | [redacted] | Program Payment |
| zcrm_54414720000040012 | [redacted] | Past Due | $ 4 875.00 | [redacted] | Program Payment |
| zcrm_54414720000016084 | [redacted] | Past Due | $ 4 875.00 | [redacted] | Program Payment |
| zcrm_54414720000016057 | [redacted] | Past Due | $ 4 875.00 | [redacted] | Program Payment |
| zcrm_54414720000015865 | [redacted] | Past Due | $ 4 875.00 | [redacted] | Program Payment |
| zcrm_54414720000015767 | [redacted] | Past Due | $ 4 875.00 | [redacted] | Program Payment |
| zcrm_54414720000015639 | [redacted] | Past Due | $ 4 875.00 | [redacted] | Program Payment |
| zcrm_54414720000015628 | [redacted] | Past Due | $ 4 875.00 | [redacted] | Program Payment |
| zcrm_54414720000015610 | [redacted] | Past Due | $ 4 875.00 | [redacted] | Program Payment |
| zcrm_54414720000015611 | [redacted] | Past Due | $ 4 890.00 | [redacted] | Program Payment |
| zcrm_54414720000039778 | [redacted] | Past Due | $ 4 900.00 | [redacted] | Program Payment |
| zcrm_54414720000039680 | [redacted] | Past Due | $ 4 900.00 | [redacted] | Program Payment |
| zcrm_54414720000039673 | [redacted] | Past Due | $ 4 900.00 | [redacted] | Program Payment |
| zcrm_54414720000036836 | [redacted] | Past Due | $ 4 900.00 | [redacted] | Program Payment |
| zcrm_54414720000023231 | [redacted] | Past Due | $ 4 900.00 | [redacted] | Program Payment |
| zcrm_54414720000016047 | [redacted] | Past Due | $ 4 900.00 | [redacted] | Program Payment |
| zcrm_54414720000015949 | [redacted] | Past Due | $ 4 900.00 | [redacted] | Program Payment |
| zcrm_54414720000015793 | [redacted] | Past Due | $ 4 900.00 | [redacted] | Program Payment |
| zcrm_54414720000015773 | [redacted] | Past Due | $ 4 900.00 | [redacted] | Program Payment |
| zcrm_54414720000015745 | [redacted] | Past Due | $ 4 900.00 | [redacted] | Program Payment |
| zcrm_54414720000015485 | [redacted] | Past Due | $ 4 900.00 | [redacted] | Program Payment |
| zcrm_54414720000016024 | [redacted] | Past Due | $ 4 925.00 | [redacted] | Program Payment |
| zcrm_54414720000015461 | [redacted] | Past Due | $ 4 932.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000003977781 | [redacted] | Past Due | $ 4 934.00 | [redacted] | Program Payment |
| zcrm_5441472000002294363 | | Past Due | $ 4 950.00 | | Program Payment |
| zcrm_5441472000001593911 | | Past Due | $ 4 950.00 | | Program Payment |
| zcrm_5441472000003972183 | | Past Due | $ 5 000.00 | | Program Payment |
| zcrm_5441472000003971320 | | Past Due | $ 5 000.00 | | Program Payment |
| zcrm_5441472000001605276 | | Past Due | $ 5 000.00 | | Program Payment |
| zcrm_5441472000001595543 | | Past Due | $ 5 000.00 | | Program Payment |
| zcrm_5441472000001592232 | | Past Due | $ 5 000.00 | | Program Payment |
| zcrm_5441472000001573382 | | Past Due | $ 5 000.00 | | Program Payment |
| zcrm_5441472000001561718 | | Past Due | $ 5 000.00 | | Program Payment |
| zcrm_5441472000001551269 | | Past Due | $ 5 000.00 | | Program Payment |
| zcrm_5441472000001609744 | | Past Due | $ 5 003.00 | | Program Payment |
| zcrm_5441472000001553553 | | Past Due | $ 5 015.00 | | Program Payment |
| zcrm_5441472000002808621 | | Past Due | $ 5 020.00 | | Program Payment |
| zcrm_5441472000013667138 | | Past Due | $ 5 050.00 | | Program Payment |
| zcrm_5441472000001559931 | | Past Due | $ 5 080.00 | | Program Payment |
| zcrm_5441472000011508047 | | Past Due | $ 5 090.00 | | Program Payment |
| zcrm_5441472000001582550 | | Past Due | $ 5 090.00 | | Program Payment |
| zcrm_5441472000003989237 | | Past Due | $ 5 100.00 | | Program Payment |
| zcrm_5441472000001594907 | | Past Due | $ 5 100.00 | | Program Payment |
| zcrm_5441472000001560537 | | Past Due | $ 5 100.00 | | Program Payment |
| zcrm_5441472000001584389 | | Past Due | $ 5 146.00 | | Program Payment |
| zcrm_5441472000001580899 | | Past Due | $ 5 162.00 | | Program Payment |
| zcrm_5441472000001580312 | | Past Due | $ 5 180.00 | | Program Payment |
| zcrm_5441472000001562202 | | Past Due | $ 5 190.00 | | Program Payment |
| zcrm_5441472000010540461 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000003985085 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000003975389 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000003974646 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000003965589 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000001605780 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000001601846 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000001599374 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000001598158 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000001590566 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000001588256 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000001576802 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000001576216 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000001574601 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000001564966 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000001563442 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000001562786 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000001556708 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000001554587 | | Past Due | $ 5 200.00 | | Program Payment |
| zcrm_5441472000001556178 | | Past Due | $ 5 209.00 | | Program Payment |
| zcrm_5441472000001609610 | | Past Due | $ 5 240.00 | | Program Payment |
| zcrm_5441472000003972103 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000003966413 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000003683823 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000003658493 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000002436602 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001610317 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001604140 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001602509 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001600912 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001600394 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001597599 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001596534 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001595556 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001585463 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001578277 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001576719 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001560571 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001558314 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001558259 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001554568 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001553548 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001549093 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001546717 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001546689 | | Past Due | $ 5 250.00 | | Program Payment |
| zcrm_5441472000001561127 | | Past Due | $ 5 259.00 | | Program Payment |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| zcrm_5441472000001582066 | EMILIO JOSUE VILLANUEVA-LOPI | 201667029 | Past Due | $ 5 260.00 | | 3809 W 68TH AVE APT (Range K401 - K408) WESTMINSTER CO 80030-6139 | | | | Program Payment |
| zcrm_5441472000003972956 | LIGORIO ALFONSO CRUZ-CHITAY | 201409206 | Past Due | $ 5 275.00 | (210) 728-1997 | 9503 PARKFIELD DR UNIT B AUSTIN TX 78758-6228 | | | | Program Payment |
| zcrm_5441472000001558345 | MARCO ANTONIO AVILA SUAZO | 216546067 | Past Due | $ 5 275.00 | (504) 904-9455 | 14252 PELTIER ST | NEW ORLEANS | | 70129-1624 | Program Payment |
| zcrm_5441472000001592786 | EDWIN SDRUALL AVILA-ORDONE | 216544748 | Past Due | $ 5 300.00 | | 5555 SPRING VALLEY RD APT 1070 | DALLAS | Texas | 75254-3002 | Program Payment |
| zcrm_5441472000001583722 | ANGEL EDGARDO LOPEZ-REYES | 201434665 | Past Due | $ 5 300.00 | | 401 FAIRWEATHER ST DESOTO TX 75115-1201 | | | | Program Payment |
| zcrm_5441472000001572314 | EVA LUCRECIA TOVAR-ESCOBAR | 213354313 | Past Due | $ 5 300.00 | (706) 304-6829 | 248 CHAFIN ECHOLS RD RAYLE GA 30660-1744 | | | | Program Payment |
| zcrm_5441472000001570189 | VERENICE BONAFACIO DE BONIL | 201526725 | Past Due | $ 5 300.00 | | 2264 YORK DR APT 319 WOODBRIDGE VA 22191-5722 | | | | Program Payment |
| zcrm_5441472000001566181 | JOSE LUIS LOPEZ-MEAVE | 216634532 | Past Due | $ 5 300.00 | (404) 374-6030 | 196 VILLAGE WAY LAWRENCEVILLE GA 30046-5063 | | | | Program Payment |
| zcrm_5441472000003323233 | JHONNY BLANDON-RIVERA | 213554182 | Past Due | $ 5 345.00 | | | | | | Program Payment |
| zcrm_5441472000001605738 | LIZ KARELYS RUIZ CARIAS | 209260389 | Past Due | $ 5 350.00 | (786) 322-0087 | 8851 SW 219TH TER CUTLER BAY FL 33190-1813 | | | | Program Payment |
| zcrm_5441472000001609588 | LOURDES LIZETH RODRIGUEZ-CA | 216617761 | Past Due | $ 5 365.00 | (571) 538-9632 | COSIGNER: 8023 COMMUNITY DR | MANASSAS | Virginia | 20109-3554 | Program Payment |
| zcrm_5441472000001580291 | RAFAEL LEYVA-GOMEZ | 216430420 | Past Due | $ 5 365.00 | | 3515 TOMOCOMO DR HAMMONTON NJ 08037-3510 | | | | Program Payment |
| zcrm_5441472000001588741 | SERGIO LOPEZ RAMIREZ | 213647867 | Past Due | $ 5 375.00 | | 4744 DEVILS RACETRACK RD FOUR OAKS NC 27524-9710 | | | | Program Payment |
| zcrm_5441472000001586535 | ELDIN SILDO HERNANDEZ-EIUTIE | 201245675 | Past Due | $ 5 375.00 | (929) 580-4067 | 434 3RD AVE # 2 WATERVLIET NY 12189-3807 | | | | Program Payment |
| zcrm_5441472000004006071 | CESAR ERNESTO SAZ-SUAREZ | 215664335 | Past Due | $ 5 400.00 | | 40 ROMNEY RD BOUND BROOK NJ 08805-1814 | | | | Program Payment |
| zcrm_5441472000001569079 | YAIMEL LAZARO JUNQUERA-MAI | 203828785 | Past Due | $ 5 400.00 | | 2180 SW 11TH ST MIAMI FL 33135-5002 | | | | Program Payment |
| zcrm_5441472000001565018 | RICHIE ESPINOZA-RODRIGUEZ | 216558990 | Past Due | $ 5 400.00 | (786) 542-4239 | 1842 CARALEE BLVD APT 1 | ORLANDO | Florida | 32822-4511 | Program Payment |
| zcrm_5441472000001582024 | JOSE DOMINGO BERNAL-IBARRA | 215590242 | Past Due | $ 5 402.00 | (717) 446-7806 | 38 S MAIN ST APT A | CHAMBERSBURG | Pennsylvania | 17201-2216 | Program Payment |
| zcrm_5441472000001605184 | JOEL POLANCO-GONZALEZ | 216762619 | Past Due | $ 5 405.00 | (351) 204-9267 | 87 TOWER HILL ST FL 2 LAWRENCE MA 01841-4434 | | | | Program Payment |
| zcrm_5441472000001588808 | JORGE HERNANI GONZALES | 96985734 | Past Due | $ 5 415.00 | (86432)-1203 | 481 LISA KAREN CIR APOPKA FL 32712-1801 | | | | Program Payment |
| zcrm_5441472000001595998 | JESTER ROLANDO MONTECILLOS | 201519619 | Past Due | $ 5 420.00 | | 618 TONI DR | PALMHURST | Texas | 78573-0847 | Program Payment |
| zcrm_5441472000001571257 | ANGELO YOEL SELIS-TINOCO | 216758952 | Past Due | $ 5 425.00 | | 2344 S K ST BAKERSFIELD CA 93304-5165 | | | | Program Payment |
| zcrm_5441472000003236011 | FEDERICO SELGADO-RODRIGUEZ | 201661463 | Past Due | $ 5 450.00 | (956) 771-5056 | | | | | Program Payment |
| zcrm_5441472000001609047 | GERBER AMILCAR VENTURA-FLO | 88792308 | Past Due | $ 5 450.00 | (240) 713-9896 | cosigner - 3808 RUSSELL RD APT B1 ALEXANDRIA VA 22305-2337 | | | | Program Payment |
| zcrm_5441472000001593858 | ROSMEL CRUZ | 206502896 | Past Due | $ 5 450.00 | (469) 735-8151 | 5756 PRESTON VIEW BLVD APT 2050 DALLAS TX 75240-4617 | | | | Program Payment |
| zcrm_5441472000001582646 | YOHANDIS HUMBERTO MARQUE | 203653082 | Past Due | $ 5 450.00 | | 3901 WOODCHASE DR UNIT 5 HOUSTON TX 77042-5818 | | | | Program Payment |
| zcrm_5441472000001555704 | JULIO CESAR REYES-MARTINEZ | 205910008 | Past Due | $ 5 470.00 | | 13102 DAKTON DR HOUSTON TX 77039-3416 | | | | Program Payment |
| zcrm_5441472000003985933 | BIBIANA LILIANA LEMUS | 207866257 | Past Due | $ 5 500.00 | (346) 270-8588 | 841 SHEILA LN TRLR B | CHANNELVIEW | Texas | 77530-3998 | Program Payment |
| zcrm_5441472000003971396 | ANTONIO CHOJOLAN-XIVIR | 216513622 | Past Due | $ 5 500.00 | | 77 PARK AVE | ENGLEWOOD | New Jersey | 07631-3325 | Program Payment |
| zcrm_5441472000001595557 | CHRISTOPHER VINICIO RAMOS-L | 201664570 | Past Due | $ 5 500.00 | | 612 N STEELE ST SANFORD NC 27330-3537 | | | | Program Payment |
| zcrm_5441472000001593836 | REY SALOMON CRUZ-RUBIO | 201472004 | Past Due | $ 5 500.00 | | 5734 BACKLICK RD APT 202 SPRINGFIELD VA 22150-3258 | | | | Program Payment |
| zcrm_5441472000001593814 | ERICK OMAR MEDRANO-CHACO | 201699703 | Past Due | $ 5 500.00 | | 5710 GLENMONT DR APT 117 HOUSTON TX 77081-1743 | | | | Program Payment |
| zcrm_5441472000001581473 | ROVINSON RONALDO ALVARENG | 216550471 | Past Due | $ 5 500.00 | | 3703A PERMIAN DR<br>ODESSA TX 79762-7918 | | | | Program Payment |
| zcrm_5441472000001570709 | ELIAS GAMBOA-ZUNIGA | 215663963 | Past Due | $ 5 500.00 | | 230 EAST ST FL 2 BOUND BROOK NJ 08805-2049 | | | | Program Payment |
| zcrm_5441472000001551746 | ALBERTO RICHARD CRUZ-GIRON | 201965218 | Past Due | $ 5 500.00 | (786) 557-8019 | 1140 W 74TH ST APT 106 | HIALEAH | Florida | 33014-4651 | Program Payment |
| zcrm_5441472000001546771 | YURIEL JOSE VASQUEZ-CASTELLA | 201542071 | Past Due | $ 5 500.00 | | 10003 FORUM WEST DR APT 187 HOUSTON TX 77036-8315 | | | | Program Payment |
| zcrm_5441472000001423672 | GILDARDO RAMIREZ-QUINTAS | 201357538 | Past Due | $ 5 500.00 | | 3403 PRESTWOOD DR APT 6 LOUISVILLE KY 40219-1455 | | | | Program Payment |
| zcrm_5441472000001552309 | ASHLEY DEL SOCORRO ESTRADA | 216770549 | Past Due | $ 5 509.00 | (786) 818-2258 | 1170 NW 11TH ST APT 415 MIAMI FL 33136-2239 | | | | Program Payment |
| zcrm_5441472000001579369 | ERICK REYES-OROZCO | 215655472 | Past Due | $ 5 525.00 | (414) 520-8936 | 3238 ARBUTUS DR<br>INDIANAPOLIS IN 46224-2009 | | | | Program Payment |
| zcrm_5441472000001580847 | HELEN ARELY LIMA-CRUZ | 201554507 | Past Due | $ 5 554.00 | (720) 481-6681 | 3577 W 54TH AVE DENVER CO 80221-6509 | | | | Program Payment |
| zcrm_5441472000001599363 | WILLIAM ERNESTO PEREZ-HERN/ | 213534127 | Past Due | $ 5 580.00 | (818) 213-6151 | 7037 VASSAR AVE APT 8<br>CANOGA PARK CA 91303-1953 | | | | Program Payment |
| zcrm_5441472000003985064 | HENRY JONATAN BAIZA | 078926006 | Past Due | $ 5 600.00 | | 1021 N 24TH PL UNIT 1 PHOENIX AZ 85008-8901 | | | | Program Payment |
| zcrm_5441472000003969662 | OSCAR MARTIN CARILLO | 216124179 | Past Due | $ 5 600.00 | | 2200 NW 7TH ST APT 5 MIAMI FL 33125-3362 | | | | Program Payment |
| zcrm_5441472000003658213 | ROSENDO BERZABE ELIAS-MART | 213441273 | Past Due | $ 5 600.00 | (317) 850-5410 | 7931 E 49TH ST | INDIANAPOLIS | Indiana | 46226 | Program Payment |
| zcrm_5441472000003099954 | DELMER ROLANDO MARADIAGA | 215732622 | Past Due | $ 5 600.00 | | 139 WINEBARGER CIR | LYNCHBURG | Virginia | 24501-7143 | Program Payment |
| zcrm_5441472000002059361 | FRANKLIN ALEXIS CONTRERAS C/ | 215949135 | Past Due | $ 5 600.00 | (414) 676-0071 | 3849 S 76TH ST APT 12 MILWAU . | MILWAUKEE | Wisconsin | 53220 | Program Payment |
| zcrm_5441472000001609046 | SAMARIA DE LA CONSEPCION M | 213210540 | Past Due | $ 5 600.00 | (501) 772-3367 | cosigner - 38 WESTMINISTER DR LITTLE ROCK AR 72209-2949 | | | | Program Payment |
| zcrm_5441472000001608479 | AMIRAN TCHEISHVILI | 203462510 | Past Due | $ 5 600.00 | (215) 808-0105 | 9926 HALDEMAN AVE APT B31 PHILADELPHIA PA 19115-1620 | Philadelphia | Pennsylvania | 19115 | Program Payment |
| zcrm_5441472000001601910 | MILENA PARDO-GUTIERREZ | 203788884 | Past Due | $ 5 600.00 | (972) 754-9636 | 7750 WALNUT HILL LN APT 1091 DALLAS TX 75230-5673 | | | | Program Payment |
| zcrm_5441472000001600926 | NICUSOR TOMESCU | 213205728 | Past Due | $ 5 600.00 | (951) 907-1080 | 7489 MAGNOLIA AVE APT A | RIVERSIDE | California | 92504-3836 | Program Payment |
| zcrm_5441472000001597670 | LAWRENCE COLE | 216544440 | Past Due | $ 5 600.00 | (512) 716-9418 | 6600 ED BLUESTEIN BLVD APT 1005 | AUSTIN | Texas | 78723-3978 | Program Payment |
| zcrm_5441472000001583699 | LOVEPREET SINGH | 215862846 | Past Due | $ 5 600.00 | (484) 542-5246 | 4001 S WATT AVE APT 164 SACRAMENTO CA 95826-4495 | | | | Program Payment |
| zcrm_5441472000001573396 | MAYRO CHACON-HERNANDEZ | 215928177 | Past Due | $ 5 600.00 | | 255 E WASHINGTON ST APT 1 CHAMBERSBURG PA 17201-2534 | | | | Program Payment |
| zcrm_5441472000001571838 | FELIX IVAN BAUTISTA-MAJANO | 209303185 | Past Due | $ 5 600.00 | (346) 899-2780 | 2420 N MACARTHUR BLVD APT 1246 IRVING TX 75062-9430 | | | | Program Payment |
| zcrm_5441472000001571286 | MALIK PARVEEN | 213324222 | Past Due | $ 5 600.00 | | 23504 HILLSIDE AVE APT 1<br>QUEENS VLG NY 11427-2704 | | | | Program Payment |
| zcrm_5441472000001558909 | SANDEEP KUMAR | 203595757 | Past Due | $ 5 600.00 | (81831)-8209 | 14520 VILLAGE DR APT 610 FONTANA CA 92337-2703 | | | | Program Payment |
| zcrm_5441472000001558881 | OSCAR MANUEL PEGUERO | 79677654 | Past Due | $ 5 600.00 | (857) 210-7320 | 145 BOYLSTON ST | JAMAICA PLAIN | Massachusetts | 02130-4505 | Program Payment |
| zcrm_5441472000001549066 | BRAYAN JOSUE ORTIZ-GOMEZ | 213261864 | Past Due | $ 5 600.00 | (936) 286-7603 | 10615 BEECHNUT ST APT 617 | HOUSTON | Texas | 77072-4419 | Program Payment |
| zcrm_5441472000001549061 | EDWARD MARTIN SANCHEZ-MEI | 201664897 | Past Due | $ 5 600.00 | | 10607 NORTHERN BLVD APT 3B | CORONA | New York | 11368-4492 | Program Payment |
| zcrm_5441472000003983416 | MARCO ANTONIO HERNANDEZ-I | 216568472 | Past Due | $ 5 625.00 | | 614 SLOAT ST | LOS ANGELES | California | 90063-4025 | Program Payment |
| zcrm_5441472000001604127 | MAYNOR ANDONY-VASQUEZ | 216439704 | Past Due | $ 5 625.00 | (832) 606-9168 | 8323 WILCREST DR APT 16002 | HOUSTON | Texas | 77072-4310 | Program Payment |
| zcrm_5441472000001598685 | MARIA AZUCENA HERNANDEZ-P | 201921635 | Past Due | $ 5 625.00 | | 6824 FAIT AVE BALTIMORE MD 21224-3005 | | | | Program Payment |
| zcrm_5441472000001594470 | DANIEL JIMENEZ MARTES | 213091116 | Past Due | $ 5 625.00 | (443) 522-7186 | 60 E 196TH ST APT 5A | BRONX | New York | 10468-3653 | Program Payment |
| zcrm_5441472000001593379 | MILENA PIRES DE SILVA | 216977590 | Past Due | $ 5 625.00 | | 57 A ST FL 1 FRANKLIN MA 02038-3000 | | | | Program Payment |
| zcrm_5441472000001589915 | MARIO RAMON CABRERA-GOMI | 209410206 | Past Due | $ 5 625.00 | | 5025 S STATE AVE INDIANAPOLIS IN 46227-4280 | | | | Program Payment |
| zcrm_5441472000001584318 | LEOBARDO MADRID GUTIERREZ | 216311574 | Past Due | $ 5 625.00 | (806) 486-3929 | 409 N WELLS ST | PAMPA | Texas | 79065-6049 | Program Payment |
| zcrm_5441472000001583177 | MARVIN GEOVANNI SALVADOR-I | 201429482 | Past Due | $ 5 625.00 | (571) 685-9299 | 3945 FAIRVIEW DR<br>FAIRFAX VA 22031-3402 | | | | Program Payment |
| zcrm_5441472000001579364 | SANTOS SILVERIO JERONIMO-LO | 215543485 | Past Due | $ 5 625.00 | | 3235 FOREST GLEN ST | MEMPHIS | Tennessee | 38118-3917 | Program Payment |
| zcrm_5441472000001571800 | HUMBERTO SOTO GALARZA | 215574850 | Past Due | $ 5 625.00 | | 2408 SHEILAH DR | BALCH SPRINGS | Texas | 75180-1322 | Program Payment |
| zcrm_5441472000001566107 | CASSIUS LLOYD THOMAS | 216027530 | Past Due | $ 5 625.00 | (321) 330-7380 | 1925 CRICKET DR ORLANDO FL 32808-5408 | | | | Program Payment |
| zcrm_5441472000001565651 | NOE PEREZ-VELASQUEZ | 216630933 | Past Due | $ 5 625.00 | | 1919 N HAVERHILL RD APT 3 WEST PALM BEACH FL 33417-4695 | | | | Program Payment |
| zcrm_5441472000001423668 | RODRIGO ALVARENGA-VALLADA | 201726311 | Past Due | $ 5 625.00 | (832) 410-2691 | 3401 MARTHA ST HOUSTON TX 77026-5636 | | | | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001606363 | [redacted] | Past Due | $ 5 650.00 | [redacted] | Program Payment |
| zcrm_5441472000001602968 | [redacted] | Past Due | $ 5 650.00 | [redacted] | Program Payment |
| zcrm_5441472000001581437 | [redacted] | Past Due | $ 5 655.00 | [redacted] | Program Payment |
| zcrm_5441472000001588787 | [redacted] | Past Due | $ 5 680.00 | [redacted] | Program Payment |
| zcrm_5441472000002021033 | [redacted] | Past Due | $ 5 700.00 | [redacted] | Program Payment |
| zcrm_5441472000001592691 | [redacted] | Past Due | $ 5 700.00 | [redacted] | Program Payment |
| zcrm_5441472000001587051 | [redacted] | Past Due | $ 5 700.00 | [redacted] | Program Payment |
| zcrm_5441472000001547348 | [redacted] | Past Due | $ 5 720.00 | [redacted] | Program Payment |
| zcrm_5441472000001591619 | [redacted] | Past Due | $ 5 724.00 | [redacted] | Program Payment |
| zcrm_5441472000001598232 | [redacted] | Past Due | $ 5 725.00 | [redacted] | Program Payment |
| zcrm_5441472000001561102 | [redacted] | Past Due | $ 5 725.00 | [redacted] | Program Payment |
| zcrm_5441472000001823771 | [redacted] | Past Due | $ 5 735.00 | [redacted] | Program Payment |
| zcrm_5441472000003989957 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000003974600 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000003966426 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000003775464 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001607325 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001605828 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001605178 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001594406 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001592658 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001581380 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001576153 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001574492 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001570697 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001569645 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001567853 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001563435 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001561727 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001559435 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001558891 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001558257 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001557794 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001556265 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001556264 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001553518 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001549549 | [redacted] | Past Due | $ 5 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001567263 | [redacted] | Past Due | $ 5 765.00 | [redacted] | Program Payment |
| zcrm_5441472000002049259 | [redacted] | Past Due | $ 5 775.00 | [redacted] | Program Payment |
| zcrm_5441472000001552960 | [redacted] | Past Due | $ 5 775.00 | [redacted] | Program Payment |
| zcrm_5441472000001559489 | [redacted] | Past Due | $ 5 790.00 | [redacted] | Program Payment |
| zcrm_5441472000001578892 | [redacted] | Past Due | $ 5 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001575696 | [redacted] | Past Due | $ 5 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001557812 | [redacted] | Past Due | $ 5 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001583794 | [redacted] | Past Due | $ 5 805.00 | [redacted] | Program Payment |
| zcrm_5441472000004012561 | [redacted] | Past Due | $ 5 850.00 | [redacted] | Program Payment |
| zcrm_5441472000001598217 | [redacted] | Past Due | $ 5 850.00 | [redacted] | Program Payment |
| zcrm_5441472000001569628 | [redacted] | Past Due | $ 5 860.00 | [redacted] | Program Payment |
| zcrm_5441472000001569582 | [redacted] | Past Due | $ 5 860.00 | [redacted] | Program Payment |
| zcrm_5441472000001576782 | [redacted] | Past Due | $ 5 875.00 | [redacted] | Program Payment |
| zcrm_5441472000003967312 | [redacted] | Past Due | $ 5 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001594969 | [redacted] | Past Due | $ 5 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001580837 | [redacted] | Past Due | $ 5 900.00 | [redacted] | Program Payment |
| zcrm_5441472000003809576 | [redacted] | Past Due | $ 5 921.00 | [redacted] | Program Payment |
| zcrm_5441472000003986832 | [redacted] | Past Due | $ 5 950.00 | [redacted] | Program Payment |
| zcrm_5441472000003969669 | [redacted] | Past Due | $ 5 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001594992 | [redacted] | Past Due | $ 5 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001594956 | [redacted] | Past Due | $ 5 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001590520 | [redacted] | Past Due | $ 5 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001587167 | [redacted] | Past Due | $ 5 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001579415 | [redacted] | Past Due | $ 5 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001575720 | [redacted] | Past Due | $ 5 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001563393 | [redacted] | Past Due | $ 5 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001561662 | [redacted] | Past Due | $ 5 950.00 | [redacted] | Program Payment |
| zcrm_5441472000011508158 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000004005305 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000004002068 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003987495 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003982610 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003981135 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003975371 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003970473 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003968059 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_544147200000 963320 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003736637 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001608350 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001603506 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001600450 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001598277 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001598162 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001597056 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001593314 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001587183 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001583760 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001583753 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001581483 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001577861 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001574577 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001572910 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001571846 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001563419 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001563324 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001559977 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001556761 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001555673 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001555150 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001551817 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001547387 | [redacted] | Past Due | $ 6 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001584344 | [redacted] | Past Due | $ 6 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001574517 | [redacted] | Past Due | $ 6 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001569598 | [redacted] | Past Due | $ 6 075.00 | [redacted] | Program Payment |
| zcrm_5441472000001609077 | [redacted] | Past Due | $ 6 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001589449 | [redacted] | Past Due | $ 6 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001559944 | [redacted] | Past Due | $ 6 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001558888 | [redacted] | Past Due | $ 6 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001593925 | [redacted] | Past Due | $ 6 110.00 | [redacted] | Program Payment |
| zcrm_5441472000001566737 | [redacted] | Past Due | $ 6 145.00 | [redacted] | Program Payment |
| zcrm_5441472000003658354 | [redacted] | Past Due | $ 6 150.00 | [redacted] | Program Payment |
| zcrm_5441472000001578328 | [redacted] | Past Due | $ 6 150.00 | [redacted] | Program Payment |
| zcrm_5441472000001569560 | [redacted] | Past Due | $ 6 150.00 | [redacted] | Program Payment |
| zcrm_5441472000001561671 | [redacted] | Past Due | $ 6 150.00 | [redacted] | Program Payment |
| zcrm_5441472000001555719 | [redacted] | Past Due | $ 6 170.00 | [redacted] | Program Payment |
| zcrm_5441472000001571305 | [redacted] | Past Due | $ 6 175.00 | [redacted] | Program Payment |
| zcrm_5441472000001565536 | [redacted] | Past Due | $ 6 180.00 | [redacted] | Program Payment |
| zcrm_5441472000003970617 | [redacted] | Past Due | $ 6 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001607856 | [redacted] | Past Due | $ 6 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001599872 | [redacted] | Past Due | $ 6 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001592711 | [redacted] | Past Due | $ 6 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001590473 | [redacted] | Past Due | $ 6 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001588259 | [redacted] | Past Due | $ 6 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001556797 | [redacted] | Past Due | $ 6 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001551765 | [redacted] | Past Due | $ 6 210.00 | [redacted] | Program Payment |
| zcrm_5441472000001586543 | [redacted] | Past Due | $ 6 250.00 | [redacted] | Program Payment |
| zcrm_5441472000001554636 | [redacted] | Past Due | $ 6 275.00 | [redacted] | Program Payment |
| zcrm_5441472000003974697 | [redacted] | Past Due | $ 6 300.00 | [redacted] | Program Payment |
| zcrm_5441472000003965635 | [redacted] | Past Due | $ 6 300.00 | [redacted] | Program Payment |
| zcrm_5441472000003964952 | [redacted] | Past Due | $ 6 300.00 | [redacted] | Program Payment |
| zcrm_5441472000003634147 | [redacted] | Past Due | $ 6 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001609733 | [redacted] | Past Due | $ 6 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001608384 | [redacted] | Past Due | $ 6 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001585455 | [redacted] | Past Due | $ 6 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001581930 | [redacted] | Past Due | $ 6 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001574036 | [redacted] | Past Due | $ 6 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001564511 | [redacted] | Past Due | $ 6 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001562835 | [redacted] | Past Due | $ 6 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001562733 | [redacted] | Past Due | $ 6 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001557257 | [redacted] | Past Due | $ 6 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001550733 | [redacted] | Past Due | $ 6 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001546218 | [redacted] | Past Due | $ 6 300.00 | [redacted] | Program Payment |
| zcrm_5441472000004007015 | [redacted] | Past Due | $ 6 307.00 | [redacted] | Program Payment |
| zcrm_5441472000001589918 | [redacted] | Past Due | $ 6 320.00 | [redacted] | Program Payment |
| zcrm_5441472000001605285 | [redacted] | Past Due | $ 6 350.00 | [redacted] | Program Payment |
| zcrm_5441472000001582607 | [redacted] | Past Due | $ 6 350.00 | [redacted] | Program Payment |

| | | | | | | |
|---|---|---|---|---|---|---|
| zcrm_5441472000001565557 | [redacted] | Past Due | $ 6 350.00 | (702) 559-6930 | [redacted] | Program Payment |
| zcrm_5441472000001551854 | [redacted] | Past Due | $ 6 350.00 | | [redacted] | Program Payment |
| zcrm_5441472000001562229 | [redacted] | Past Due | $ 6 360.00 | | [redacted] | Program Payment |
| zcrm_5441472000001597584 | [redacted] | Past Due | $ 6 370.00 | (346) 775-8835 | [redacted] | Program Payment |
| zcrm_5441472000003975375 | [redacted] | Past Due | $ 6 375.00 | (516) 800-6401 | [redacted] | Program Payment |
| zcrm_5441472000001587671 | [redacted] | Past Due | $ 6 375.00 | | [redacted] | Program Payment |
| zcrm_5441472000001571776 | [redacted] | Past Due | $ 6 375.00 | | [redacted] | Program Payment |
| zcrm_5441472000001565556 | [redacted] | Past Due | $ 6 375.00 | (540) 569-8952 | [redacted] | Program Payment |
| zcrm_5441472000001551791 | [redacted] | Past Due | $ 6 375.00 | | [redacted] | Program Payment |
| zcrm_5441472000001550138 | [redacted] | Past Due | $ 6 375.00 | (954) 832-2090 | [redacted] | Program Payment |
| zcrm_5441472000003978712 | [redacted] | Past Due | $ 6 400.00 | | [redacted] | Program Payment |
| zcrm_5441472000003970602 | [redacted] | Past Due | $ 6 400.00 | (346) 420-1437 | [redacted] | Program Payment |
| zcrm_5441472000003967336 | [redacted] | Past Due | $ 6 400.00 | | [redacted] | Program Payment |
| zcrm_5441472000003963207 | [redacted] | Past Due | $ 6 400.00 | (407) 235-4953 | [redacted] | Program Payment |
| zcrm_5441472000001609617 | [redacted] | Past Due | $ 6 400.00 | | [redacted] | Program Payment |
| zcrm_5441472000001608415 | [redacted] | Past Due | $ 6 400.00 | | [redacted] | Program Payment |
| zcrm_5441472000001605249 | [redacted] | Past Due | $ 6 400.00 | (786) 521-4190 | [redacted] | Program Payment |
| zcrm_5441472000001602431 | [redacted] | Past Due | $ 6 400.00 | (813) 562-0763 | [redacted] | Program Payment |
| zcrm_5441472000001601864 | [redacted] | Past Due | $ 6 400.00 | | [redacted] | Program Payment |
| zcrm_5441472000001601461 | [redacted] | Past Due | $ 6 400.00 | (704) 890-5490 | [redacted] | Program Payment |
| zcrm_5441472000001599888 | [redacted] | Past Due | $ 6 400.00 | (317) 498-9072 | [redacted] | Program Payment |
| zcrm_5441472000001597066 | [redacted] | Past Due | $ 6 400.00 | (541) 515-8778 | [redacted] | Program Payment |
| zcrm_5441472000001594425 | [redacted] | Past Due | $ 6 400.00 | (832) 641-1123 | [redacted] | Program Payment |
| zcrm_5441472000001589968 | [redacted] | Past Due | $ 6 400.00 | | [redacted] | Program Payment |
| zcrm_5441472000001580869 | [redacted] | Past Due | $ 6 400.00 | (609) 643-2107 | [redacted] | Program Payment |
| zcrm_5441472000001576162 | [redacted] | Past Due | $ 6 400.00 | (917) 736-2624 | [redacted] | Program Payment |
| zcrm_5441472000001574023 | [redacted] | Past Due | $ 6 400.00 | | [redacted] | Program Payment |
| zcrm_5441472000001572254 | [redacted] | Past Due | $ 6 400.00 | | [redacted] | Program Payment |
| zcrm_5441472000001572244 | [redacted] | Past Due | $ 6 400.00 | | [redacted] | Program Payment |
| zcrm_5441472000001570728 | [redacted] | Past Due | $ 6 400.00 | (504) 295-6762 | [redacted] | Program Payment |
| zcrm_5441472000001568956 | [redacted] | Past Due | $ 6 400.00 | | [redacted] | Program Payment |
| zcrm_5441472000001553468 | [redacted] | Past Due | $ 6 400.00 | | [redacted] | Program Payment |
| zcrm_5441472000001551244 | [redacted] | Past Due | $ 6 400.00 | | [redacted] | Program Payment |
| zcrm_5441472000001548525 | [redacted] | Past Due | $ 6 400.00 | (206) 304-4667 | [redacted] | Program Payment |
| zcrm_5441472000001578383 | [redacted] | Past Due | $ 6 410.00 | | [redacted] | Program Payment |
| zcrm_5441472000001559936 | [redacted] | Past Due | $ 6 430.00 | | [redacted] | Program Payment |
| zcrm_5441472000003981098 | [redacted] | Past Due | $ 6 450.00 | (346) 757-4940 | [redacted] | Program Payment |
| zcrm_5441472000001567910 | [redacted] | Past Due | $ 6 450.00 | | [redacted] | Program Payment |
| zcrm_5441472000001592664 | [redacted] | Past Due | $ 6 475.00 | | [redacted] | Program Payment |
| zcrm_5441472000003977029 | [redacted] | Past Due | $ 6 500.00 | | [redacted] | Program Payment |
| zcrm_5441472000001546769 | [redacted] | Past Due | $ 6 500.00 | | [redacted] | Program Payment |
| zcrm_5441472000003978692 | [redacted] | Past Due | $ 6 525.00 | (619) 622-3988 | [redacted] | Program Payment |
| zcrm_5441472000001588294 | [redacted] | Past Due | $ 6 530.00 | | [redacted] | Program Payment |
| zcrm_5441472000001609081 | [redacted] | Past Due | $ 6 535.00 | (937) 441-1534 | [redacted] | Program Payment |
| zcrm_5441472000001596006 | [redacted] | Past Due | $ 6 550.00 | (956) 334-6797 | [redacted] | Program Payment |
| zcrm_5441472000001593922 | [redacted] | Past Due | $ 6 550.00 | (214) 817-7336 | [redacted] | Program Payment |
| zcrm_5441472000001573997 | [redacted] | Past Due | $ 6 550.00 | | [redacted] | Program Payment |
| zcrm_5441472000001563436 | [redacted] | Past Due | $ 6 550.00 | (239) 245-0807 | [redacted] | Program Payment |
| zcrm_5441472000001901432 | [redacted] | Past Due | $ 6 600.00 | (323) 273-0238 | [redacted] | Program Payment |
| zcrm_5441472000001608475 | [redacted] | Past Due | $ 6 600.00 | (786) 672-2847 | [redacted] | Program Payment |
| zcrm_5441472000001593357 | [redacted] | Past Due | $ 6 600.00 | | [redacted] | Program Payment |
| zcrm_5441472000001559952 | [redacted] | Past Due | $ 6 600.00 | (816) 562-0894 | [redacted] | Program Payment |
| zcrm_5441472000001549094 | [redacted] | Past Due | $ 6 600.00 | | [redacted] | Program Payment |
| zcrm_5441472000001554105 | [redacted] | Past Due | $ 6 620.00 | (786) 327-0266 | [redacted] | Program Payment |
| zcrm_5441472000003967262 | [redacted] | Past Due | $ 6 625.00 | | [redacted] | Program Payment |
| zcrm_5441472000001582654 | [redacted] | Past Due | $ 6 625.00 | (813) 219-0136 | [redacted] | Program Payment |
| zcrm_5441472000001566140 | [redacted] | Past Due | $ 6 626.00 | | [redacted] | Program Payment |
| zcrm_5441472000001596493 | [redacted] | Past Due | $ 6 649.00 | (443) 522-5540 | [redacted] | Program Payment |
| zcrm_5441472000003990785 | [redacted] | Past Due | $ 6 650.00 | (251) 233-9297 | [redacted] | Program Payment |
| zcrm_5441472000003981793 | [redacted] | Past Due | $ 6 650.00 | | [redacted] | Program Payment |
| zcrm_5441472000001605219 | [redacted] | Past Due | $ 6 650.00 | | [redacted] | Program Payment |
| zcrm_5441472000001604113 | [redacted] | Past Due | $ 6 650.00 | | [redacted] | Program Payment |
| zcrm_5441472000001601937 | [redacted] | Past Due | $ 6 650.00 | | [redacted] | Program Payment |
| zcrm_5441472000001584316 | [redacted] | Past Due | $ 6 650.00 | (562) 242-5004 | [redacted] | Program Payment |
| zcrm_5441472000001581375 | [redacted] | Past Due | $ 6 650.00 | (956) 261-3011 | [redacted] | Program Payment |
| zcrm_5441472000001572366 | [redacted] | Past Due | $ 6 650.00 | | [redacted] | Program Payment |
| zcrm_5441472000001565052 | [redacted] | Past Due | $ 6 650.00 | | [redacted] | Program Payment |
| zcrm_5441472000003789595 | [redacted] | Past Due | $ 6 675.00 | | [redacted] | Program Payment |
| zcrm_5441472000001571807 | [redacted] | Past Due | $ 6 675.00 | | [redacted] | Program Payment |
| zcrm_5441472000001609725 | [redacted] | Past Due | $ 6 700.00 | (574) 322-9360 | [redacted] | Program Payment |
| zcrm_5441472000001578841 | [redacted] | Past Due | $ 6 700.00 | (813) 863-2841 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001572350 | [redacted] | Past Due | $ 6 700.00 | [redacted] | Program Payment |
| zcrm_5441472000001423722 | [redacted] | Past Due | $ 6 700.00 | [redacted] | Program Payment |
| zcrm_5441472000001585989 | [redacted] | Past Due | $ 6 710.00 | [redacted] | Program Payment |
| zcrm_5441472000001557268 | [redacted] | Past Due | $ 6 720.00 | [redacted] | Program Payment |
| zcrm_5441472000001577829 | [redacted] | Past Due | $ 6 745.00 | [redacted] | Program Payment |
| zcrm_5441472000003989176 | [redacted] | Past Due | $ 6 750.00 | [redacted] | Program Payment |
| zcrm_5441472000003985919 | [redacted] | Past Due | $ 6 750.00 | [redacted] | Program Payment |
| zcrm_5441472000003779846 | [redacted] | Past Due | $ 6 750.00 | [redacted] | Program Payment |
| zcrm_5441472000003683320 | [redacted] | Past Due | $ 6 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001601468 | [redacted] | Past Due | $ 6 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001590442 | [redacted] | Past Due | $ 6 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001589936 | [redacted] | Past Due | $ 6 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001584365 | [redacted] | Past Due | $ 6 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001583772 | [redacted] | Past Due | $ 6 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001574597 | [redacted] | Past Due | $ 6 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001573386 | [redacted] | Past Due | $ 6 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001566185 | [redacted] | Past Due | $ 6 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001563975 | [redacted] | Past Due | $ 6 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001546127 | [redacted] | Past Due | $ 6 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001423695 | [redacted] | Past Due | $ 6 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001609721 | [redacted] | Past Due | $ 6 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001606293 | [redacted] | Past Due | $ 6 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001601948 | [redacted] | Past Due | $ 6 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001600358 | [redacted] | Past Due | $ 6 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001597610 | [redacted] | Past Due | $ 6 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001567882 | [redacted] | Past Due | $ 6 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001566164 | [redacted] | Past Due | $ 6 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001565569 | [redacted] | Past Due | $ 6 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001558393 | [redacted] | Past Due | $ 6 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001549020 | [redacted] | Past Due | $ 6 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001547350 | [redacted] | Past Due | $ 6 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001423746 | [redacted] | Past Due | $ 6 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001596489 | [redacted] | Past Due | $ 6 810.00 | [redacted] | Program Payment |
| zcrm_5441472000001583756 | [redacted] | Past Due | $ 6 845.00 | [redacted] | Program Payment |
| zcrm_5441472000002932795 | [redacted] | Past Due | $ 6 850.00 | [redacted] | Program Payment |
| zcrm_5441472000001605165 | [redacted] | Past Due | $ 6 850.00 | [redacted] | Program Payment |
| zcrm_5441472000001605161 | [redacted] | Past Due | $ 6 850.00 | [redacted] | Program Payment |
| zcrm_5441472000001601933 | [redacted] | Past Due | $ 6 850.00 | [redacted] | Program Payment |
| zcrm_5441472000001601891 | [redacted] | Past Due | $ 6 850.00 | [redacted] | Program Payment |
| zcrm_5441472000003985043 | [redacted] | Past Due | $ 6 900.00 | [redacted] | Program Payment |
| zcrm_5441472000003930633 | [redacted] | Past Due | $ 6 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001568959 | [redacted] | Past Due | $ 6 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001562832 | [redacted] | Past Due | $ 6 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001609055 | [redacted] | Past Due | $ 6 925.00 | [redacted] | Program Payment |
| zcrm_5441472000001597079 | [redacted] | Past Due | $ 6 925.00 | [redacted] | Program Payment |
| zcrm_5441472000001573451 | [redacted] | Past Due | $ 6 930.00 | [redacted] | Program Payment |
| zcrm_5441472000003137068 | [redacted] | Past Due | $ 6 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001578302 | [redacted] | Past Due | $ 6 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001562802 | [redacted] | Past Due | $ 6 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001594874 | [redacted] | Past Due | $ 6 971.00 | [redacted] | Program Payment |
| zcrm_5441472000012029487 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000010054002 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000004551677 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003978674 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003976926 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003968157 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003963314 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003779634 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000002436283 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001604114 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001603539 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001603067 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001598207 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001597627 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001589384 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001588342 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001588223 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001586071 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001584952 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001578831 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001578284 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001572889 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001572374 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001571822 | [redacted] | Past Due | $ 7 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001566652 | | Past Due | $ 7 000.00 | | Program Payment |
| zcrm_5441472000001556181 | | Past Due | $ 7 000.00 | | Program Payment |
| zcrm_5441472000001555626 | | Past Due | $ 7 000.00 | | Program Payment |
| zcrm_5441472000001551789 | | Past Due | $ 7 000.00 | | Program Payment |
| zcrm_5441472000001607380 | | Past Due | $ 7 025.00 | | Program Payment |
| zcrm_5441472000001585948 | | Past Due | $ 7 025.00 | | Program Payment |
| zcrm_5441472000001571290 | | Past Due | $ 7 025.00 | | Program Payment |
| zcrm_5441472000001549019 | | Past Due | $ 7 030.00 | | Program Payment |
| zcrm_5441472000001590541 | | Past Due | $ 7 031.00 | | Program Payment |
| zcrm_5441472000001609717 | | Past Due | $ 7 050.00 | | Program Payment |
| zcrm_5441472000001577873 | | Past Due | $ 7 050.00 | | Program Payment |
| zcrm_5441472000003970482 | | Past Due | $ 7 075.00 | | Program Payment |
| zcrm_5441472000001588776 | | Past Due | $ 7 075.00 | | Program Payment |
| zcrm_5441472000001573494 | | Past Due | $ 7 075.00 | | Program Payment |
| zcrm_5441472000001589386 | | Past Due | $ 7 099.00 | | Program Payment |
| zcrm_5441472000003965607 | | Past Due | $ 7 100.00 | | Program Payment |
| zcrm_5441472000001601941 | | Past Due | $ 7 100.00 | | Program Payment |
| zcrm_5441472000001551345 | | Past Due | $ 7 100.00 | | Program Payment |
| zcrm_5441472000003983498 | | Past Due | $ 7 125.00 | | Program Payment |
| zcrm_5441472000003963145 | | Past Due | $ 7 125.00 | | Program Payment |
| zcrm_5441472000001606318 | | Past Due | $ 7 125.00 | | Program Payment |
| zcrm_5441472000001605726 | | Past Due | $ 7 125.00 | | Program Payment |
| zcrm_5441472000001585949 | | Past Due | $ 7 125.00 | | Program Payment |
| zcrm_5441472000001584893 | | Past Due | $ 7 125.00 | | Program Payment |
| zcrm_5441472000001578918 | | Past Due | $ 7 125.00 | | Program Payment |
| zcrm_5441472000001576754 | | Past Due | $ 7 125.00 | | Program Payment |
| zcrm_5441472000001572256 | | Past Due | $ 7 125.00 | | Program Payment |
| zcrm_5441472000001572255 | | Past Due | $ 7 125.00 | | Program Payment |
| zcrm_5441472000001563348 | | Past Due | $ 7 125.00 | | Program Payment |
| zcrm_5441472000001558930 | | Past Due | $ 7 125.00 | | Program Payment |
| zcrm_5441472000001555700 | | Past Due | $ 7 125.00 | | Program Payment |
| zcrm_5441472000001567164 | | Past Due | $ 7 130.00 | | Program Payment |
| zcrm_5441472000003965603 | | Past Due | $ 7 150.00 | | Program Payment |
| zcrm_5441472000001557755 | | Past Due | $ 7 150.00 | | Program Payment |
| zcrm_5441472000001555096 | | Past Due | $ 7 150.00 | | Program Payment |
| zcrm_5441472000001591631 | | Past Due | $ 7 160.00 | | Program Payment |
| zcrm_5441472000001608930 | | Past Due | $ 7 185.00 | | Program Payment |
| zcrm_5441472000003966427 | | Past Due | $ 7 198.00 | | Program Payment |
| zcrm_5441472000003981825 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000003976250 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000003974645 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001606300 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001605816 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001605716 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001603490 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001597091 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001584850 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001571215 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001570181 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001565646 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001564478 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001563330 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001562754 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001561133 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001554571 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001551858 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001547259 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001423056 | | Past Due | $ 7 200.00 | | Program Payment |
| zcrm_5441472000001571306 | | Past Due | $ 7 220.00 | | Program Payment |
| zcrm_5441472000002676091 | | Past Due | $ 7 225.00 | | Program Payment |
| zcrm_5441472000001608961 | | Past Due | $ 7 230.00 | | Program Payment |
| zcrm_5441472000003983536 | | Past Due | $ 7 250.00 | | Program Payment |
| zcrm_5441472000002884244 | | Past Due | $ 7 250.00 | | Program Payment |
| zcrm_5441472000001575697 | | Past Due | $ 7 250.00 | | Program Payment |
| zcrm_5441472000001571763 | | Past Due | $ 7 250.00 | | Program Payment |
| zcrm_5441472000001546226 | | Past Due | $ 7 268.00 | | Program Payment |
| zcrm_5441472000001423138 | | Past Due | $ 7 275.00 | | Program Payment |
| zcrm_5441472000004008615 | | Past Due | $ 7 281.00 | | Program Payment |
| zcrm_5441472000001567260 | | Past Due | $ 7 290.00 | | Program Payment |
| zcrm_5441472000001596569 | | Past Due | $ 7 300.00 | | Program Payment |
| zcrm_5441472000001596532 | | Past Due | $ 7 300.00 | | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001588864 | [redacted] | Past Due | $ 7 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001423733 | | Past Due | $ 7 300.00 | | Program Payment |
| zcrm_5441472000001423092 | | Past Due | $ 7 300.00 | | Program Payment |
| zcrm_5441472000003989987 | | Past Due | $ 7 350.0 | | Program Payment |
| zcrm_5441472000003978547 | | Past Due | $ 7 350.0 | | Program Payment |
| zcrm_5441472000003971332 | | Past Due | $ 7 350.0 | | Program Payment |
| zcrm_5441472000001609741 | | Past Due | $ 7 350.0 | | Program Payment |
| zcrm_5441472000001609711 | | Past Due | $ 7 350.0 | | Program Payment |
| zcrm_5441472000001606383 | | Past Due | $ 7 350.0 | | Program Payment |
| zcrm_5441472000001606325 | | Past Due | $ 7 350.0 | | Program Payment |
| zcrm_5441472000001598700 | | Past Due | $ 7 350.0 | | Program Payment |
| zcrm_5441472000001597603 | | Past Due | $ 7 350.00 | | Program Payment |
| zcrm_5441472000001588831 | | Past Due | $ 7 350.00 | | Program Payment |
| zcrm_5441472000001586518 | | Past Due | $ 7 350.00 | | Program Payment |
| zcrm_5441472000001575648 | | Past Due | $ 7 350.0 | | Program Payment |
| zcrm_5441472000001575605 | | Past Due | $ 7 350.00 | | Program Payment |
| zcrm_5441472000001575017 | | Past Due | $ 7 350.0 | | Program Payment |
| zcrm_5441472000001562286 | | Past Due | $ 7 350.0 | | Program Payment |
| zcrm_5441472000001554517 | | Past Due | $ 7 350.0 | | Program Payment |
| zcrm_5441472000001553514 | | Past Due | $ 7 350.00 | | Program Payment |
| zcrm_5441472000001550136 | | Past Due | $ 7 350.00 | | Program Payment |
| zcrm_5441472000001549652 | | Past Due | $ 7 350.00 | | Program Payment |
| zcrm_5441472000001601980 | | Past Due | $ 7 355.0 | | Program Payment |
| zcrm_5441472000001594983 | | Past Due | $ 7 375.0 | | Program Payment |
| zcrm_5441472000001591614 | | Past Due | $ 7 385.0 | | Program Payment |
| zcrm_5441472000003974627 | | Past Due | $ 7 400.0 | | Program Payment |
| zcrm_5441472000001601467 | | Past Due | $ 7 400.0 | | Program Payment |
| zcrm_5441472000001592195 | | Past Due | $ 7 400.00 | | Program Payment |
| zcrm_5441472000001587775 | | Past Due | $ 7 400.0 | | Program Payment |
| zcrm_5441472000001584297 | | Past Due | $ 7 400.00 | | Program Payment |
| zcrm_5441472000001574598 | | Past Due | $ 7 400.00 | | Program Payment |
| zcrm_5441472000001567162 | | Past Due | $ 7 400.0 | | Program Payment |
| zcrm_5441472000001423682 | | Past Due | $ 7 400.0 | | Program Payment |
| zcrm_5441472000001575650 | | Past Due | $ 7 410.0 | | Program Payment |
| zcrm_5441472000001607330 | | Past Due | $ 7 435.0 | | Program Payment |
| zcrm_5441472000004011868 | | Past Due | $ 7 450.0 | | Program Payment |
| zcrm_5441472000003991503 | | Past Due | $ 7 450.00 | | Program Payment |
| zcrm_5441472000001607361 | | Past Due | $ 7 450.00 | | Program Payment |
| zcrm_5441472000001597051 | | Past Due | $ 7 450.00 | | Program Payment |
| zcrm_5441472000001599395 | | Past Due | $ 7 475.0 | | Program Payment |
| zcrm_5441472000002075137 | | Past Due | $ 7 485.0 | | Program Payment |
| zcrm_5441472000003990752 | | Past Due | $ 7 490.00 | | Program Payment |
| zcrm_5441472000001549623 | | Past Due | $ 7 495.00 | | Program Payment |
| zcrm_5441472000003989916 | | Past Due | $ 7 500.00 | | Program Payment |
| zcrm_5441472000003972262 | | Past Due | $ 7 500.0 | | Program Payment |
| zcrm_5441472000001606355 | | Past Due | $ 7 500.00 | | Program Payment |
| zcrm_5441472000001599405 | | Past Due | $ 7 500.00 | | Program Payment |
| zcrm_5441472000001596979 | | Past Due | $ 7 500.00 | | Program Payment |
| zcrm_5441472000001593817 | | Past Due | $ 7 500.00 | | Program Payment |
| zcrm_5441472000001583761 | | Past Due | $ 7 500.0 | | Program Payment |
| zcrm_5441472000001582584 | | Past Due | $ 7 500.0 | | Program Payment |
| zcrm_5441472000001549016 | | Past Due | $ 7 500.00 | | Program Payment |
| zcrm_5441472000001572281 | | Past Due | $ 7 525.0 | | Program Payment |
| zcrm_5441472000003981810 | | Past Due | $ 7 550.0 | | Program Payment |
| zcrm_5441472000001609626 | | Past Due | $ 7 550.0 | | Program Payment |
| zcrm_5441472000001572809 | | Past Due | $ 7 575.00 | | Program Payment |
| zcrm_5441472000001609607 | | Past Due | $ 7 580.00 | | Program Payment |
| zcrm_5441472000001574511 | | Past Due | $ 7 580.00 | | Program Payment |
| zcrm_5441472000004011763 | | Past Due | $ 7 600.0 | | Program Payment |
| zcrm_5441472000003992408 | | Past Due | $ 7 600.0 | | Program Payment |
| zcrm_5441472000003990698 | | Past Due | $ 7 600.00 | | Program Payment |
| zcrm_5441472000003990692 | | Past Due | $ 7 600.00 | | Program Payment |
| zcrm_5441472000003987574 | | Past Due | $ 7 600.0 | | Program Payment |
| zcrm_5441472000003977765 | | Past Due | $ 7 600.00 | | Program Payment |
| zcrm_5441472000002808053 | | Past Due | $ 7 600.0 | | Program Payment |
| zcrm_5441472000002541132 | | Past Due | $ 7 600.0 | | Program Payment |
| zcrm_5441472000001609646 | | Past Due | $ 7 600.00 | | Program Payment |
| zcrm_5441472000001594378 | | Past Due | $ 7 600.0 | | Program Payment |
| zcrm_5441472000001594356 | | Past Due | $ 7 600.0 | | Program Payment |
| zcrm_5441472000001589940 | | Past Due | $ 7 600.0 | | Program Payment |
| zcrm_5441472000001583134 | | Past Due | $ 7 600.00 | | Program Payment |
| zcrm_5441472000001578834 | | Past Due | $ 7 600.00 | | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_544147200000157006 | [redacted] | Past Due | $ 7 600.0 | [redacted] | Program Payment |
| zcrm_544147200000156780 | [redacted] | Past Due | $ 7 600.0 | [redacted] | Program Payment |
| zcrm_544147200000156669 | [redacted] | Past Due | $ 7 600.0 | [redacted] | Program Payment |
| zcrm_544147200000156508 | [redacted] | Past Due | $ 7 600.0 | [redacted] | Program Payment |
| zcrm_544147200000156505 | [redacted] | Past Due | $ 7 600.0 | [redacted] | Program Payment |
| zcrm_544147200000156389 | [redacted] | Past Due | $ 7 600.0 | [redacted] | Program Payment |
| zcrm_544147200000155881 | [redacted] | Past Due | $ 7 600.0 | [redacted] | Program Payment |
| zcrm_544147200000155832 | [redacted] | Past Due | $ 7 600.0 | [redacted] | Program Payment |
| zcrm_544147200000155453 | [redacted] | Past Due | $ 7 600.0 | [redacted] | Program Payment |
| zcrm_544147200000155134 | [redacted] | Past Due | $ 7 600.0 | [redacted] | Program Payment |
| zcrm_544147200000154962 | [redacted] | Past Due | $ 7 600.0 | [redacted] | Program Payment |
| zcrm_544147200000155504 | [redacted] | Past Due | $ 7 625.0 | [redacted] | Program Payment |
| zcrm_544147200000158767 | [redacted] | Past Due | $ 7 635.0 | [redacted] | Program Payment |
| zcrm_544147200000158256 | [redacted] | Past Due | $ 7 635.0 | [redacted] | Program Payment |
| zcrm_544147200000159595 | [redacted] | Past Due | $ 7 650.0 | [redacted] | Program Payment |
| zcrm_544147200000157131 | [redacted] | Past Due | $ 7 650.0 | [redacted] | Program Payment |
| zcrm_544147200000157077 | [redacted] | Past Due | $ 7 650.0 | [redacted] | Program Payment |
| zcrm_544147200000155828 | [redacted] | Past Due | $ 7 650.0 | [redacted] | Program Payment |
| zcrm_544147200000593065 | [redacted] | Past Due | $ 7 675.0 | [redacted] | Program Payment |
| zcrm_544147200000157571 | [redacted] | Past Due | $ 7 675.0 | [redacted] | Program Payment |
| zcrm_544147200000155677 | [redacted] | Past Due | $ 7 675.0 | [redacted] | Program Payment |
| zcrm_544147200000398918 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000398761 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000398343 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000397539 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000388962 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000344639 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000296635 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000160632 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000160467 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000159657 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000158935 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000158661 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000158603 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000158546 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000158486 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000158370 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000157514 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000156667 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000156497 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000156394 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000155950 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000155947 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000155562 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000155409 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000154740 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000154728 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000154620 | [redacted] | Past Due | $ 7 700.0 | [redacted] | Program Payment |
| zcrm_544147200000155999 | [redacted] | Past Due | $ 7 705.0 | [redacted] | Program Payment |
| zcrm_544147200000156166 | [redacted] | Past Due | $ 7 710.0 | [redacted] | Program Payment |
| zcrm_544147200000155075 | [redacted] | Past Due | $ 7 730.0 | [redacted] | Program Payment |
| zcrm_544147200000160190 | [redacted] | Past Due | $ 7 750.0 | [redacted] | Program Payment |
| zcrm_544147200000157880 | [redacted] | Past Due | $ 7 750.0 | [redacted] | Program Payment |
| zcrm_544147200000309939 | [redacted] | Past Due | $ 7 775.0 | [redacted] | Program Payment |
| zcrm_544147200000396655 | [redacted] | Past Due | $ 7 780.0 | [redacted] | Program Payment |
| zcrm_544147200000156392 | [redacted] | Past Due | $ 7 790.0 | [redacted] | Program Payment |
| zcrm_544147200000155343 | [redacted] | Past Due | $ 7 790.0 | [redacted] | Program Payment |
| zcrm_544147200000397865 | [redacted] | Past Due | $ 7 800.0 | [redacted] | Program Payment |
| zcrm_544147200000397631 | [redacted] | Past Due | $ 7 800.0 | [redacted] | Program Payment |
| zcrm_544147200000159646 | [redacted] | Past Due | $ 7 802.0 | [redacted] | Program Payment |
| zcrm_544147200000396977 | [redacted] | Past Due | $ 7 810.0 | [redacted] | Program Payment |
| zcrm_544147200000156496 | [redacted] | Past Due | $ 7 820.0 | [redacted] | Program Payment |
| zcrm_544147200000158547 | [redacted] | Past Due | $ 7 840.0 | [redacted] | Program Payment |
| zcrm_544147200000154785 | [redacted] | Past Due | $ 7 845.0 | [redacted] | Program Payment |
| zcrm_544147200000160085 | [redacted] | Past Due | $ 7 850.0 | [redacted] | Program Payment |
| zcrm_544147200000157893 | [redacted] | Past Due | $ 7 850.0 | [redacted] | Program Payment |
| zcrm_544147200000156717 | [redacted] | Past Due | $ 7 850.0 | [redacted] | Program Payment |
| zcrm_544147200000396576 | [redacted] | Past Due | $ 7 875.0 | [redacted] | Program Payment |
| zcrm_544147200000396397 | [redacted] | Past Due | $ 7 875.0 | [redacted] | Program Payment |
| zcrm_544147200000160470 | [redacted] | Past Due | $ 7 875.0 | [redacted] | Program Payment |
| zcrm_544147200000160249 | [redacted] | Past Due | $ 7 875.0 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001601454 | [redacted] | Past Due | $ 7 875.00 | [redacted] | Program Payment |
| zcrm_5441472000001593292 | [redacted] | Past Due | $ 7 875.00 | [redacted] | Program Payment |
| zcrm_5441472000001591699 | [redacted] | Past Due | $ 7 875.00 | [redacted] | Program Payment |
| zcrm_5441472000001589881 | [redacted] | Past Due | $ 7 875.00 | [redacted] | Program Payment |
| zcrm_5441472000001581461 | [redacted] | Past Due | $ 7 875.00 | [redacted] | Program Payment |
| zcrm_5441472000001580917 | [redacted] | Past Due | $ 7 875.00 | [redacted] | Program Payment |
| zcrm_5441472000001566138 | [redacted] | Past Due | $ 7 875.00 | [redacted] | Program Payment |
| zcrm_5441472000001557274 | [redacted] | Past Due | $ 7 875.00 | [redacted] | Program Payment |
| zcrm_5441472000001552266 | [redacted] | Past Due | $ 7 875.00 | [redacted] | Program Payment |
| zcrm_5441472000003985854 | [redacted] | Past Due | $ 7 900.00 ( | [redacted] | Program Payment |
| zcrm_5441472000003973870 | [redacted] | Past Due | $ 7 900.00 ( | [redacted] | Program Payment |
| zcrm_5441472000002409435 | [redacted] | Past Due | $ 7 900.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001597082 | [redacted] | Past Due | $ 7 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001593358 | [redacted] | Past Due | $ 7 900.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001585976 | [redacted] | Past Due | $ 7 900.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001555166 | [redacted] | Past Due | $ 7 915.00 | [redacted] | Program Payment |
| zcrm_5441472000001569642 | [redacted] | Past Due | $ 7 920.00 | [redacted] | Program Payment |
| zcrm_5441472000001564480 | [redacted] | Past Due | $ 7 925.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001602991 | [redacted] | Past Due | $ 7 926.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001574581 | [redacted] | Past Due | $ 7 935.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001572288 | [redacted] | Past Due | $ 7 935.00 | [redacted] | Program Payment |
| zcrm_5441472000001553503 | [redacted] | Past Due | $ 7 970.00 | [redacted] | Program Payment |
| zcrm_5441472000001594361 | [redacted] | Past Due | $ 7 975.00 | [redacted] | Program Payment |
| zcrm_5441472000001582629 | [redacted] | Past Due | $ 7 975.00 | [redacted] | Program Payment |
| zcrm_5441472000013811134 | [redacted] | Past Due | $ 8 000.00 ( | [redacted] | Program Payment |
| zcrm_5441472000003990690 | [redacted] | Past Due | $ 8 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003973855 | [redacted] | Past Due | $ 8 000.00 | [redacted] | Program Payment |
| zcrm_5441472000002436623 | [redacted] | Past Due | $ 8 000.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001607904 | [redacted] | Past Due | $ 8 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001604662 | [redacted] | Past Due | $ 8 000.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001602993 | [redacted] | Past Due | $ 8 000.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001598258 | [redacted] | Past Due | $ 8 000.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001584853 | [redacted] | Past Due | $ 8 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001582656 | [redacted] | Past Due | $ 8 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001580259 | [redacted] | Past Due | $ 8 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001573938 | [redacted] | Past Due | $ 8 000.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001573472 | [redacted] | Past Due | $ 8 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001573376 | [redacted] | Past Due | $ 8 000.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001568378 | [redacted] | Past Due | $ 8 000.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001560495 | [redacted] | Past Due | $ 8 000.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001559385 | [redacted] | Past Due | $ 8 000.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001552282 | [redacted] | Past Due | $ 8 000.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001546238 | [redacted] | Past Due | $ 8 000.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001423741 | [redacted] | Past Due | $ 8 000.00 | [redacted] | Program Payment |
| zcrm_5441472000007501537 | [redacted] | Past Due | $ 8 015.00 ( | [redacted] | Program Payment |
| zcrm_5441472000003453263 | [redacted] | Past Due | $ 8 020.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001575127 | [redacted] | Past Due | $ 8 020.00 ( | [redacted] | Program Payment |
| zcrm_5441472000002825513 | [redacted] | Past Due | $ 8 025.00 | [redacted] | Program Payment |
| zcrm_5441472000003988265 | [redacted] | Past Due | $ 8 050.00 ( | [redacted] | Program Payment |
| zcrm_5441472000003980343 | [redacted] | Past Due | $ 8 050.00 ( | [redacted] | Program Payment |
| zcrm_5441472000003970544 | [redacted] | Past Due | $ 8 050.00 ( | [redacted] | Program Payment |
| zcrm_5441472000003864481 | [redacted] | Past Due | $ 8 050.00 ( | [redacted] | Program Payment |
| zcrm_5441472000003763729 | [redacted] | Past Due | $ 8 050.00 ( | [redacted] | Program Payment |
| zcrm_5441472000003543120 | [redacted] | Past Due | $ 8 050.00 ( | [redacted] | Program Payment |
| zcrm_5441472000002808454 | [redacted] | Past Due | $ 8 050.00 ( | [redacted] | Program Payment |
| zcrm_5441472000002542499 | [redacted] | Past Due | $ 8 050.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001608399 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001607914 | [redacted] | Past Due | $ 8 050.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001606336 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001605825 | [redacted] | Past Due | $ 8 050.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001605804 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001605795 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001603027 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001594930 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001591078 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001588292 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001584947 | [redacted] | Past Due | $ 8 050.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001583801 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001580182 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001579476 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_544147200000157731 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000157286 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000157174 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000156850 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000156506 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000156394 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000156056 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000156001 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000155945 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000155509 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000155402 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000155293 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000154908 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000154851 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000154624 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000154620 | [redacted] | Past Due | $ 8 050.00 | [redacted] | Program Payment |
| zcrm_544147200000160039 | [redacted] | Past Due | $ 8 090.00 | [redacted] | Program Payment |
| zcrm_544147200000160960 | [redacted] | Past Due | $ 8 100.00 | [redacted] | Program Payment |
| zcrm_544147200000155831 | [redacted] | Past Due | $ 8 100.00 | [redacted] | Program Payment |
| zcrm_544147200000159499 | [redacted] | Past Due | $ 8 115.00 | [redacted] | Program Payment |
| zcrm_544147200000254103 | [redacted] | Past Due | $ 8 120.00 | [redacted] | Program Payment |
| zcrm_544147200000155676 | [redacted] | Past Due | $ 8 125.00 | [redacted] | Program Payment |
| zcrm_544147200000156338 | [redacted] | Past Due | $ 8 150.00 | [redacted] | Program Payment |
| zcrm_544147200000159169 | [redacted] | Past Due | $ 8 175.00 | [redacted] | Program Payment |
| zcrm_544147200000160962 | [redacted] | Past Due | $ 8 200.00 | [redacted] | Program Payment |
| zcrm_544147200000160254 | [redacted] | Past Due | $ 8 200.00 | [redacted] | Program Payment |
| zcrm_544147200000160143 | [redacted] | Past Due | $ 8 200.00 | [redacted] | Program Payment |
| zcrm_544147200000159222 | [redacted] | Past Due | $ 8 200.00 | [redacted] | Program Payment |
| zcrm_544147200000154616 | [redacted] | Past Due | $ 8 200.00 | [redacted] | Program Payment |
| zcrm_544147200000160574 | [redacted] | Past Due | $ 8 205.00 | [redacted] | Program Payment |
| zcrm_544147200000160413 | [redacted] | Past Due | $ 8 210.00 | [redacted] | Program Payment |
| zcrm_544147200000396649 | [redacted] | Past Due | $ 8 225.00 | [redacted] | Program Payment |
| zcrm_544147200000160963 | [redacted] | Past Due | $ 8 230.00 | [redacted] | Program Payment |
| zcrm_544147200000155014 | [redacted] | Past Due | $ 8 240.00 | [redacted] | Program Payment |
| zcrm_544147200000397455 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000396980 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000386433 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000373660 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000159881 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000159873 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000159820 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000159382 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000158944 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000158495 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000157504 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000157128 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000156671 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000155882 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000155777 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000155405 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000155073 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000155026 | [redacted] | Past Due | $ 8 250.00 | [redacted] | Program Payment |
| zcrm_544147200000283541 | [redacted] | Past Due | $ 8 255.00 | [redacted] | Program Payment |
| zcrm_544147200000159878 | [redacted] | Past Due | $ 8 255.00 | [redacted] | Program Payment |
| zcrm_544147200000160584 | [redacted] | Past Due | $ 8 260.00 | [redacted] | Program Payment |
| zcrm_544147200000155774 | [redacted] | Past Due | $ 8 260.00 | [redacted] | Program Payment |
| zcrm_544147200000282548 | [redacted] | Past Due | $ 8 275.00 | [redacted] | Program Payment |
| zcrm_544147200000159327 | [redacted] | Past Due | $ 8 290.00 | [redacted] | Program Payment |
| zcrm_544147200000160973 | [redacted] | Past Due | $ 8 300.00 | [redacted] | Program Payment |
| zcrm_544147200000159982 | [redacted] | Past Due | $ 8 300.00 | [redacted] | Program Payment |
| zcrm_544147200000157679 | [redacted] | Past Due | $ 8 300.00 | [redacted] | Program Payment |
| zcrm_544147200000157675 | [redacted] | Past Due | $ 8 300.00 | [redacted] | Program Payment |
| zcrm_544147200000156274 | [redacted] | Past Due | $ 8 300.00 | [redacted] | Program Payment |
| zcrm_544147200000156668 | [redacted] | Past Due | $ 8 315.00 | [redacted] | Program Payment |
| zcrm_544147200000158605 | [redacted] | Past Due | $ 8 320.00 | [redacted] | Program Payment |
| zcrm_544147200000158147 | [redacted] | Past Due | $ 8 325.00 | [redacted] | Program Payment |
| zcrm_544147200000155082 | [redacted] | Past Due | $ 8 325.00 | [redacted] | Program Payment |
| zcrm_544147200000159275 | [redacted] | Past Due | $ 8 330.00 | [redacted] | Program Payment |
| zcrm_544147200000159552 | [redacted] | Past Due | $ 8 340.00 | [redacted] | Program Payment |
| zcrm_544147200000158936 | [redacted] | Past Due | $ 8 341.00 | [redacted] | Program Payment |
| zcrm_544147200000401260 | [redacted] | Past Due | $ 8 350.00 | [redacted] | Program Payment |
| zcrm_544147200000159387 | [redacted] | Past Due | $ 8 350.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000003998869 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003990060 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003989120 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003982761 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003981920 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003977826 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003973029 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003972976 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003763084 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001609629 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001607389 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001600945 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001592793 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001591002 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001589441 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001586530 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001578872 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001577787 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001571285 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001570075 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001566690 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001565574 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001561731 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001546244 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001423150 | [redacted] | Past Due | $ 8 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001595507 | [redacted] | Past Due | $ 8 450.00 | [redacted] | Program Payment |
| zcrm_5441472000003814051 | [redacted] | Past Due | $ 8 451.00 | [redacted] | Program Payment |
| zcrm_5441472000001599817 | [redacted] | Past Due | $ 8 475.00 | [redacted] | Program Payment |
| zcrm_5441472000001597694 | [redacted] | Past Due | $ 8 490.00 | [redacted] | Program Payment |
| zcrm_5441472000001592659 | [redacted] | Past Due | $ 8 500.00 | [redacted] | Program Payment |
| zcrm_5441472000001587718 | [redacted] | Past Due | $ 8 500.00 | [redacted] | Program Payment |
| zcrm_5441472000001565016 | [redacted] | Past Due | $ 8 518.00 | [redacted] | Program Payment |
| zcrm_5441472000001591010 | [redacted] | Past Due | $ 8 525.00 | [redacted] | Program Payment |
| zcrm_5441472000001572884 | [redacted] | Past Due | $ 8 525.00 | [redacted] | Program Payment |
| zcrm_5441472000001555584 | [redacted] | Past Due | $ 8 570.00 | [redacted] | Program Payment |
| zcrm_5441472000001587171 | [redacted] | Past Due | $ 8 580.00 | [redacted] | Program Payment |
| zcrm_5441472000003984316 | [redacted] | Past Due | $ 8 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001602517 | [redacted] | Past Due | $ 8 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001568408 | [redacted] | Past Due | $ 8 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001564559 | [redacted] | Past Due | $ 8 600.00 | [redacted] | Program Payment |
| zcrm_5441472000004000562 | [redacted] | Past Due | $ 8 605.00 | [redacted] | Program Payment |
| zcrm_5441472000001553538 | [redacted] | Past Due | $ 8 615.00 | [redacted] | Program Payment |
| zcrm_5441472000003986637 | [redacted] | Past Due | $ 8 625.00 | [redacted] | Program Payment |
| zcrm_5441472000002844279 | [redacted] | Past Due | $ 8 625.00 | [redacted] | Program Payment |
| zcrm_5441472000002333113 | [redacted] | Past Due | $ 8 625.00 | [redacted] | Program Payment |
| zcrm_5441472000002012278 | [redacted] | Past Due | $ 8 625.00 | [redacted] | Program Payment |
| zcrm_5441472000001603017 | [redacted] | Past Due | $ 8 625.00 | [redacted] | Program Payment |
| zcrm_5441472000001602997 | [redacted] | Past Due | $ 8 625.00 | [redacted] | Program Payment |
| zcrm_5441472000001595488 | [redacted] | Past Due | $ 8 625.00 | [redacted] | Program Payment |
| zcrm_5441472000001577807 | [redacted] | Past Due | $ 8 625.00 | [redacted] | Program Payment |
| zcrm_5441472000001577399 | [redacted] | Past Due | $ 8 625.00 | [redacted] | Program Payment |
| zcrm_5441472000001572242 | [redacted] | Past Due | $ 8 625.00 | [redacted] | Program Payment |
| zcrm_5441472000001565051 | [redacted] | Past Due | $ 8 625.00 | [redacted] | Program Payment |
| zcrm_5441472000001564509 | [redacted] | Past Due | $ 8 625.00 | [redacted] | Program Payment |
| zcrm_5441472000001559973 | [redacted] | Past Due | $ 8 625.00 | [redacted] | Program Payment |
| zcrm_5441472000001553428 | [redacted] | Past Due | $ 8 625.00 | [redacted] | Program Payment |
| zcrm_5441472000001423156 | [redacted] | Past Due | $ 8 625.00 | [redacted] | Program Payment |
| zcrm_5441472000001600368 | [redacted] | Past Due | $ 8 630.00 | [redacted] | Program Payment |
| zcrm_5441472000001556242 | [redacted] | Past Due | $ 8 630.00 | [redacted] | Program Payment |
| zcrm_5441472000005631033 | [redacted] | Past Due | $ 8 650.00 | [redacted] | Program Payment |
| zcrm_5441472000003967353 | [redacted] | Past Due | $ 8 650.00 | [redacted] | Program Payment |
| zcrm_5441472000003814970 | [redacted] | Past Due | $ 8 650.00 | [redacted] | Program Payment |
| zcrm_5441472000001601360 | [redacted] | Past Due | $ 8 650.00 | [redacted] | Program Payment |
| zcrm_5441472000001589354 | [redacted] | Past Due | $ 8 680.00 | [redacted] | Program Payment |
| zcrm_5441472000001602422 | [redacted] | Past Due | $ 8 700.00 | [redacted] | Program Payment |
| zcrm_5441472000001593340 | [redacted] | Past Due | $ 8 700.00 | [redacted] | Program Payment |
| zcrm_5441472000001549064 | [redacted] | Past Due | $ 8 720.00 | [redacted] | Program Payment |
| zcrm_5441472000003258454 | [redacted] | Past Due | $ 8 725.00 | [redacted] | Program Payment |
| zcrm_5441472000001609028 | [redacted] | Past Due | $ 8 725.00 | [redacted] | Program Payment |
| zcrm_5441472000001556171 | [redacted] | Past Due | $ 8 725.00 | [redacted] | Program Payment |
| zcrm_5441472000001547401 | [redacted] | Past Due | $ 8 730.00 | [redacted] | Program Payment |
| zcrm_5441472000001601369 | [redacted] | Past Due | $ 8 735.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_54414720000039811 | [redacted] | Past Due | $ 8 750.0 | [redacted] | Program Payment |
| zcrm_54414720000016018 | [redacted] | Past Due | $ 8 750.0 | [redacted] | Program Payment |
| zcrm_54414720000015976 | [redacted] | Past Due | $ 8 750.0 | [redacted] | Program Payment |
| zcrm_54414720000015876 | [redacted] | Past Due | $ 8 750.0 | [redacted] | Program Payment |
| zcrm_54414720000015633 | [redacted] | Past Due | $ 8 750.0 | [redacted] | Program Payment |
| zcrm_54414720000015539 | [redacted] | Past Due | $ 8 750.0 | [redacted] | Program Payment |
| zcrm_54414720000016014 | [redacted] | Past Due | $ 8 751.0 | [redacted] | Program Payment |
| zcrm_54414720000016073 | [redacted] | Past Due | $ 8 760.0 | [redacted] | Program Payment |
| zcrm_54414720000016025 | [redacted] | Past Due | $ 8 760.0 | [redacted] | Program Payment |
| zcrm_54414720000016008 | [redacted] | Past Due | $ 8 775.0 | [redacted] | Program Payment |
| zcrm_54414720000015722 | [redacted] | Past Due | $ 8 780.0 | [redacted] | Program Payment |
| zcrm_54414720000015484 | [redacted] | Past Due | $ 8 785.0 | [redacted] | Program Payment |
| zcrm_54414720000040125 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000039852 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000039803 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000039778 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000039633 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000039201 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000038149 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000036580 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000016089 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000016078 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000016025 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000016025 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000016019 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000016019 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015988 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015915 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015887 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015876 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015865 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015860 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015843 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015788 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015773 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015767 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015761 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015745 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015745 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015745 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015739 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015707 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015707 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015677 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015656 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015645 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015588 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015583 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015561 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015507 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015489 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015473 | [redacted] | Past Due | $ 8 800.0 | [redacted] | Program Payment |
| zcrm_54414720000015656 | [redacted] | Past Due | $ 8 825.0 | [redacted] | Program Payment |
| zcrm_54414720000015617 | [redacted] | Past Due | $ 8 860.0 | [redacted] | Program Payment |
| zcrm_54414720000015893 | [redacted] | Past Due | $ 8 870.0 | [redacted] | Program Payment |
| zcrm_54414720000015690 | [redacted] | Past Due | $ 8 875.0 | [redacted] | Program Payment |
| zcrm_54414720000015512 | [redacted] | Past Due | $ 8 875.0 | [redacted] | Program Payment |
| zcrm_54414720000015887 | [redacted] | Past Due | $ 8 900.0 | [redacted] | Program Payment |
| zcrm_54414720000015707 | [redacted] | Past Due | $ 8 900.0 | [redacted] | Program Payment |
| zcrm_54414720000015689 | [redacted] | Past Due | $ 8 900.0 | [redacted] | Program Payment |
| zcrm_54414720000014237 | [redacted] | Past Due | $ 8 900.0 | [redacted] | Program Payment |
| zcrm_54414720000015756 | [redacted] | Past Due | $ 8 930.0 | [redacted] | Program Payment |
| zcrm_54414720000015982 | [redacted] | Past Due | $ 8 950.0 | [redacted] | Program Payment |
| zcrm_54414720000039705 | [redacted] | Past Due | $ 8 960.0 | [redacted] | Program Payment |
| zcrm_54414720000016018 | [redacted] | Past Due | $ 8 975.0 | [redacted] | Program Payment |
| zcrm_54414720000015466 | [redacted] | Past Due | $ 8 985.0 | [redacted] | Program Payment |
| zcrm_54414720000039971 | [redacted] | Past Due | $ 8 990.0 | [redacted] | Program Payment |
| zcrm_54414720000016057 | [redacted] | Past Due | $ 8 995.0 | [redacted] | Program Payment |
| zcrm_54414720000040085 | [redacted] | Past Due | $ 9 000.0 | [redacted] | Program Payment |
| zcrm_54414720000039826 | [redacted] | Past Due | $ 9 000.0 | [redacted] | Program Payment |
| zcrm_54414720000039794 | [redacted] | Past Due | $ 9 000.0 | [redacted] | Program Payment |
| zcrm_54414720000039600 | [redacted] | Past Due | $ 9 000.0 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000003864377 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000002049446 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001602970 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001602969 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001595963 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001593929 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001590526 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001589917 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001586516 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001583251 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001581490 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001577836 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001577391 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001569039 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001558825 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001557852 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001556717 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001554002 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001550179 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001549575 | [redacted] | Past Due | $ 9 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001595983 | [redacted] | Past Due | $ 9 010.00 | [redacted] | Program Payment |
| zcrm_5441472000001567258 | [redacted] | Past Due | $ 9 025.00 | [redacted] | Program Payment |
| zcrm_5441472000001576183 | [redacted] | Past Due | $ 9 026.00 | [redacted] | Program Payment |
| zcrm_5441472000001591560 | [redacted] | Past Due | $ 9 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001583718 | [redacted] | Past Due | $ 9 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001570122 | [redacted] | Past Due | $ 9 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001582037 | [redacted] | Past Due | $ 9 065.00 | [redacted] | Program Payment |
| zcrm_5441472000001588850 | [redacted] | Past Due | $ 9 070.00 | [redacted] | Program Payment |
| zcrm_5441472000001564434 | [redacted] | Past Due | $ 9 070.00 | [redacted] | Program Payment |
| zcrm_5441472000001568454 | [redacted] | Past Due | $ 9 075.00 | [redacted] | Program Payment |
| zcrm_5441472000001557745 | [redacted] | Past Due | $ 9 075.00 | [redacted] | Program Payment |
| zcrm_5441472000002091208 | [redacted] | Past Due | $ 9 090.00 | [redacted] | Program Payment |
| zcrm_5441472000001597100 | [redacted] | Past Due | $ 9 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001594404 | [redacted] | Past Due | $ 9 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001578941 | [redacted] | Past Due | $ 9 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001566183 | [redacted] | Past Due | $ 9 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001546206 | [redacted] | Past Due | $ 9 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001604741 | [redacted] | Past Due | $ 9 125.00 | [redacted] | Program Payment |
| zcrm_5441472000001556784 | [redacted] | Past Due | $ 9 150.00 | [redacted] | Program Payment |
| zcrm_5441472000001593344 | [redacted] | Past Due | $ 9 195.00 | [redacted] | Program Payment |
| zcrm_5441472000004003818 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003986019 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003979544 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003969694 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000002831514 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001609738 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001607887 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001606296 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001605260 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001600831 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001599319 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001593343 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001592697 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001592204 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001587656 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001587162 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001585426 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001584331 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001576168 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001571244 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001568470 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001567216 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001567158 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001565596 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001558822 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001557790 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001546040 | [redacted] | Past Due | $ 9 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001563328 | [redacted] | Past Due | $ 9 249.00 | [redacted] | Program Payment |
| zcrm_5441472000001562234 | [redacted] | Past Due | $ 9 255.00 | [redacted] | Program Payment |
| zcrm_5441472000001568390 | [redacted] | Past Due | $ 9 275.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001563441 | [redacted] | Past Due | $ 9 275.00 | [redacted] | Program Payment |
| zcrm_5441472000001592207 | [redacted] | Past Due | $ 9 295.00 | [redacted] | Program Payment |
| zcrm_5441472000001562741 | [redacted] | Past Due | $ 9 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001550151 | [redacted] | Past Due | $ 9 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001584299 | [redacted] | Past Due | $ 9 310.00 | [redacted] | Program Payment |
| zcrm_5441472000001604672 | [redacted] | Past Due | $ 9 318.00 | [redacted] | Program Payment |
| zcrm_5441472000001593912 | [redacted] | Past Due | $ 9 338.00 | [redacted] | Program Payment |
| zcrm_5441472000001562797 | [redacted] | Past Due | $ 9 340.00 | [redacted] | Program Payment |
| zcrm_5441472000001599313 | [redacted] | Past Due | $ 9 345.00 | [redacted] | Program Payment |
| zcrm_5441472000001569568 | [redacted] | Past Due | $ 9 350.00 | [redacted] | Program Payment |
| zcrm_5441472000017161105 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000010421056 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000003985916 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000003985848 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000003974573 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000003973025 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000003864422 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000003775269 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001607908 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001607847 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001604705 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001599823 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001598678 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001597052 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001596537 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001594458 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001587110 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001585980 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001583757 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001580289 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001579421 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001579372 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001577794 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001574592 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001574011 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001572336 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001569074 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001564482 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001560456 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001559434 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001558380 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001556727 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001553510 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001553497 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001552854 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001550248 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001549578 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001423683 | [redacted] | Past Due | $ 9 375.00 | [redacted] | Program Payment |
| zcrm_5441472000001565590 | [redacted] | Past Due | $ 9 380.00 | [redacted] | Program Payment |
| zcrm_5441472000002243076 | [redacted] | Past Due | $ 9 395.00 | [redacted] | Program Payment |
| zcrm_5441472000002014140 | [redacted] | Past Due | $ 9 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001558326 | [redacted] | Past Due | $ 9 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001569002 | [redacted] | Past Due | $ 9 410.00 | [redacted] | Program Payment |
| zcrm_5441472000001585499 | [redacted] | Past Due | $ 9 425.00 | [redacted] | Program Payment |
| zcrm_5441472000001566668 | [redacted] | Past Due | $ 9 425.00 | [redacted] | Program Payment |
| zcrm_5441472000001550229 | [redacted] | Past Due | $ 9 430.00 | [redacted] | Program Payment |
| zcrm_5441472000001584397 | [redacted] | Past Due | $ 9 450.00 | [redacted] | Program Payment |
| zcrm_5441472000001607925 | [redacted] | Past Due | $ 9 471.00 | [redacted] | Program Payment |
| zcrm_5441472000001573437 | [redacted] | Past Due | $ 9 530.00 | [redacted] | Program Payment |
| zcrm_5441472000001558362 | [redacted] | Past Due | $ 9 560.00 | [redacted] | Program Payment |
| zcrm_5441472000003980289 | [redacted] | Past Due | $ 9 593.00 | [redacted] | Program Payment |
| zcrm_5441472000004011836 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000004006145 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000003982782 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000003976269 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000003972907 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000003963994 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001608483 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001608358 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001606826 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001602954 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001595946 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001592717 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001592708 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001588847 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001587709 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001584885 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001582532 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001573377 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001572888 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001566722 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001563882 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001563313 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001556188 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001555594 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001553521 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001550178 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001548505 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001547831 | [redacted] | Past Due | $ 9 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001547340 | [redacted] | Past Due | $ 9 625.00 | [redacted] | Program Payment |
| zcrm_5441472000004003705 | [redacted] | Past Due | $ 9 650.00 | [redacted] | Program Payment |
| zcrm_5441472000001585403 | [redacted] | Past Due | $ 9 650.00 | [redacted] | Program Payment |
| zcrm_5441472000001575049 | [redacted] | Past Due | $ 9 650.00 | [redacted] | Program Payment |
| zcrm_5441472000003989944 | [redacted] | Past Due | $ 9 660.00 | [redacted] | Program Payment |
| zcrm_5441472000003998806 | [redacted] | Past Due | $ 9 700.00 | [redacted] | Program Payment |
| zcrm_5441472000001550237 | [redacted] | Past Due | $ 9 700.00 | [redacted] | Program Payment |
| zcrm_5441472000003977078 | [redacted] | Past Due | $ 9 720.00 | [redacted] | Program Payment |
| zcrm_5441472000003965689 | [redacted] | Past Due | $ 9 723.00 | [redacted] | Program Payment |
| zcrm_5441472000001607320 | [redacted] | Past Due | $ 9 735.00 | [redacted] | Program Payment |
| zcrm_5441472000003990714 | [redacted] | Past Due | $ 9 750.00 | [redacted] | Program Payment |
| zcrm_5441472000003530088 | [redacted] | Past Due | $ 9 750.00 | [redacted] | Program Payment |
| zcrm_5441472000002733125 | [redacted] | Past Due | $ 9 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001591678 | [redacted] | Past Due | $ 9 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001568485 | [redacted] | Past Due | $ 9 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001552945 | [redacted] | Past Due | $ 9 750.00 | [redacted] | Program Payment |
| zcrm_5441472000003987498 | [redacted] | Past Due | $ 9 800.00 | [redacted] | Program Payment |
| zcrm_5441472000003968999 | [redacted] | Past Due | $ 9 800.00 | [redacted] | Program Payment |
| zcrm_5441472000003634125 | [redacted] | Past Due | $ 9 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001571828 | [redacted] | Past Due | $ 9 825.00 | [redacted] | Program Payment |
| zcrm_5441472000001571773 | [redacted] | Past Due | $ 9 825.00 | [redacted] | Program Payment |
| zcrm_5441472000001560029 | [redacted] | Past Due | $ 9 825.00 | [redacted] | Program Payment |
| zcrm_5441472000001591068 | [redacted] | Past Due | $ 9 830.00 | [redacted] | Program Payment |
| zcrm_5441472000001555616 | [redacted] | Past Due | $ 9 870.00 | [redacted] | Program Payment |
| zcrm_5441472000003988334 | [redacted] | Past Due | $ 9 880.00 | [redacted] | Program Payment |
| zcrm_5441472000004011897 | [redacted] | Past Due | $ 9 889.00 | [redacted] | Program Payment |
| zcrm_5441472000001549592 | [redacted] | Past Due | $ 9 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001548428 | [redacted] | Past Due | $ 9 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001566683 | [redacted] | Past Due | $ 9 925.00 | [redacted] | Program Payment |
| zcrm_5441472000001597118 | [redacted] | Past Due | $ 9 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001597014 | [redacted] | Past Due | $ 9 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001570081 | [redacted] | Past Due | $ 9 975.00 | [redacted] | Program Payment |
| zcrm_5441472000001547829 | [redacted] | Past Due | $ 9 975.00 | [redacted] | Program Payment |
| zcrm_5441472000003982731 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003979477 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003977743 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003775862 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000002064094 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001598266 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001596038 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001591697 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001589912 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001588319 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001587060 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001585934 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001584368 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001584291 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001583763 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001582644 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001580214 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001578816 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001577299 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001576244 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001575124 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001574065 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001573995 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001572318 | [redacted] | Past Due | $ 10 000.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_544147200000158256 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000157890 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000157776 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000157514 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000157510 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000157401 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000157343 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000156963 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000156508 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000156336 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000156225 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000156054 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000155774 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000155730 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000155559 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000155350 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000155124 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000154898 | [redacted] | Past Due | $ 10 400.00 | [redacted] | Program Payment |
| zcrm_544147200000160634 | [redacted] | Past Due | $ 10 424.00 | [redacted] | Program Payment |
| zcrm_544147200000158435 | [redacted] | Past Due | $ 10 425.00 | [redacted] | Program Payment |
| zcrm_544147200000156164 | [redacted] | Past Due | $ 10 425.00 | [redacted] | Program Payment |
| zcrm_544147200000160146 | [redacted] | Past Due | $ 10 445.00 | [redacted] | Program Payment |
| zcrm_544147200000158773 | [redacted] | Past Due | $ 10 450.00 | [redacted] | Program Payment |
| zcrm_544147200000155133 | [redacted] | Past Due | $ 10 450.00 | [redacted] | Program Payment |
| zcrm_544147200000155073 | [redacted] | Past Due | $ 10 450.00 | [redacted] | Program Payment |
| zcrm_544147200000401091 | [redacted] | Past Due | $ 10 460.00 | [redacted] | Program Payment |
| zcrm_544147200000158206 | [redacted] | Past Due | $ 10 465.00 | [redacted] | Program Payment |
| zcrm_544147200000160082 | [redacted] | Past Due | $ 10 470.00 | [redacted] | Program Payment |
| zcrm_544147200000155025 | [redacted] | Past Due | $ 10 470.00 | [redacted] | Program Payment |
| zcrm_544147200000397864 | [redacted] | Past Due | $ 10 500.00 | [redacted] | Program Payment |
| zcrm_544147200000159868 | [redacted] | Past Due | $ 10 500.00 | [redacted] | Program Payment |
| zcrm_544147200000158253 | [redacted] | Past Due | $ 10 500.00 | [redacted] | Program Payment |
| zcrm_544147200000157777 | [redacted] | Past Due | $ 10 500.00 | [redacted] | Program Payment |
| zcrm_544147200000157289 | [redacted] | Past Due | $ 10 500.00 | [redacted] | Program Payment |
| zcrm_544147200000154897 | [redacted] | Past Due | $ 10 500.00 | [redacted] | Program Payment |
| zcrm_544147200000160964 | [redacted] | Past Due | $ 10 550.00 | [redacted] | Program Payment |
| zcrm_544147200000158717 | [redacted] | Past Due | $ 10 550.00 | [redacted] | Program Payment |
| zcrm_544147200000156556 | [redacted] | Past Due | $ 10 550.00 | [redacted] | Program Payment |
| zcrm_544147200000398598 | [redacted] | Past Due | $ 10 600.00 | [redacted] | Program Payment |
| zcrm_544147200000398271 | [redacted] | Past Due | $ 10 600.00 | [redacted] | Program Payment |
| zcrm_544147200000159389 | [redacted] | Past Due | $ 10 625.00 | [redacted] | Program Payment |
| zcrm_544147200000155080 | [redacted] | Past Due | $ 10 625.00 | [redacted] | Program Payment |
| zcrm_544147200000160306 | [redacted] | Past Due | $ 10 640.00 | [redacted] | Program Payment |
| zcrm_544147200000234803 | [redacted] | Past Due | $ 10 650.00 | [redacted] | Program Payment |
| zcrm_544147200000159698 | [redacted] | Past Due | $ 10 650.00 | [redacted] | Program Payment |
| zcrm_544147200000158876 | [redacted] | Past Due | $ 10 650.00 | [redacted] | Program Payment |
| zcrm_544147200000158488 | [redacted] | Past Due | $ 10 650.00 | [redacted] | Program Payment |
| zcrm_544147200000157174 | [redacted] | Past Due | $ 10 650.00 | [redacted] | Program Payment |
| zcrm_544147200000155017 | [redacted] | Past Due | $ 10 660.00 | [redacted] | Program Payment |
| zcrm_544147200000155349 | [redacted] | Past Due | $ 10 692.00 | [redacted] | Program Payment |
| zcrm_544147200000398104 | [redacted] | Past Due | $ 10 700.00 | [redacted] | Program Payment |
| zcrm_544147200000325600 | [redacted] | Past Due | $ 10 700.00 | [redacted] | Program Payment |
| zcrm_544147200000160473 | [redacted] | Past Due | $ 10 700.00 | [redacted] | Program Payment |
| zcrm_544147200000160358 | [redacted] | Past Due | $ 10 700.00 | [redacted] | Program Payment |
| zcrm_544147200000159108 | [redacted] | Past Due | $ 10 700.00 | [redacted] | Program Payment |
| zcrm_544147200000158709 | [redacted] | Past Due | $ 10 700.00 | [redacted] | Program Payment |
| zcrm_544147200000157505 | [redacted] | Past Due | $ 10 700.00 | [redacted] | Program Payment |
| zcrm_544147200000156222 | [redacted] | Past Due | $ 10 710.00 | [redacted] | Program Payment |
| zcrm_544147200000158494 | [redacted] | Past Due | $ 10 725.00 | [redacted] | Program Payment |
| zcrm_544147200000154906 | [redacted] | Past Due | $ 10 725.00 | [redacted] | Program Payment |
| zcrm_544147200000158825 | [redacted] | Past Due | $ 10 740.00 | [redacted] | Program Payment |
| zcrm_544147200000400380 | [redacted] | Past Due | $ 10 750.00 | [redacted] | Program Payment |
| zcrm_544147200000160781 | [redacted] | Past Due | $ 10 750.00 | [redacted] | Program Payment |
| zcrm_544147200000156962 | [redacted] | Past Due | $ 10 750.00 | [redacted] | Program Payment |
| zcrm_544147200000159332 | [redacted] | Past Due | $ 10 760.00 | [redacted] | Program Payment |
| zcrm_544147200000160467 | [redacted] | Past Due | $ 10 775.00 | [redacted] | Program Payment |
| zcrm_544147200001381103 | [redacted] | Past Due | $ 10 800.00 | [redacted] | Program Payment |
| zcrm_544147200001101954 | [redacted] | Past Due | $ 10 800.00 | [redacted] | Program Payment |
| zcrm_544147200000697759 | [redacted] | Past Due | $ 10 800.00 | [redacted] | Program Payment |
| zcrm_544147200000399079 | [redacted] | Past Due | $ 10 800.00 | [redacted] | Program Payment |
| zcrm_544147200000398594 | [redacted] | Past Due | $ 10 800.00 | [redacted] | Program Payment |
| zcrm_544147200000398278 | [redacted] | Past Due | $ 10 800.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000003981829 | [redacted] | Past Due | $ 10 800.00 | [redacted] | Program Payment |
| zcrm_5441472000003967299 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000003963215 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001609581 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001609079 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001602429 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001601854 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001599907 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001598677 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001597663 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001594911 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001594443 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001593282 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001586574 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001586045 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001583774 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001583740 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001583221 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001583212 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001578886 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001572844 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001571745 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001569001 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001562736 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001561072 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001558953 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001555103 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001554625 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001554514 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001547914 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001547403 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001423099 | | Past Due | $ 10 800.00 | | Program Payment |
| zcrm_5441472000001590447 | | Past Due | $ 10 815.00 | | Program Payment |
| zcrm_5441472000001575050 | | Past Due | $ 10 815.00 | | Program Payment |
| zcrm_5441472000004002927 | | Past Due | $ 10 850.00 | | Program Payment |
| zcrm_5441472000003965688 | | Past Due | $ 10 850.00 | | Program Payment |
| zcrm_5441472000003099205 | | Past Due | $ 10 850.00 | | Program Payment |
| zcrm_5441472000001608459 | | Past Due | $ 10 850.00 | | Program Payment |
| zcrm_5441472000003990057 | | Past Due | $ 10 875.00 | | Program Payment |
| zcrm_5441472000003963960 | | Past Due | $ 10 875.00 | | Program Payment |
| zcrm_5441472000001606762 | | Past Due | $ 10 875.00 | | Program Payment |
| zcrm_5441472000001551314 | | Past Due | $ 10 875.00 | | Program Payment |
| zcrm_5441472000003968079 | | Past Due | $ 10 881.00 | | Program Payment |
| zcrm_5441472000001606816 | | Past Due | $ 10 900.00 | | Program Payment |
| zcrm_5441472000001549103 | | Past Due | $ 10 900.00 | | Program Payment |
| zcrm_5441472000001608968 | | Past Due | $ 10 910.00 | | Program Payment |
| zcrm_5441472000001583708 | | Past Due | $ 10 970.00 | | Program Payment |
| zcrm_5441472000001556715 | | Past Due | $ 10 970.00 | | Program Payment |
| zcrm_5441472000001550832 | | Past Due | $ 10 975.00 | | Program Payment |
| zcrm_5441472000001915665 | | Past Due | $ 10 990.00 | | Program Payment |
| zcrm_5441472000002678414 | | Past Due | $ 10 995.00 | | Program Payment |
| zcrm_5441472000001572808 | | Past Due | $ 11 000.00 | | Program Payment |
| zcrm_5441472000001552937 | | Past Due | $ 11 000.00 | | Program Payment |
| zcrm_5441472000003968983 | | Past Due | $ 11 015.00 | | Program Payment |
| zcrm_5441472000001569659 | | Past Due | $ 11 025.00 | | Program Payment |
| zcrm_5441472000001589896 | | Past Due | $ 11 060.00 | | Program Payment |
| zcrm_5441472000001588327 | | Past Due | $ 11 060.00 | | Program Payment |
| zcrm_5441472000001597608 | | Past Due | $ 11 070.00 | | Program Payment |
| zcrm_5441472000001604106 | | Past Due | $ 11 085.00 | | Program Payment |
| zcrm_5441472000001603072 | | Past Due | $ 11 090.00 | | Program Payment |
| zcrm_5441472000001560565 | | Past Due | $ 11 100.00 | | Program Payment |
| zcrm_5441472000001577339 | | Past Due | $ 11 110.00 | | Program Payment |
| zcrm_5441472000001603026 | | Past Due | $ 11 150.00 | | Program Payment |
| zcrm_5441472000001586575 | | Past Due | $ 11 160.00 | | Program Payment |
| zcrm_5441472000001608433 | | Past Due | $ 11 175.00 | | Program Payment |
| zcrm_5441472000001604649 | | Past Due | $ 11 181.00 | | Program Payment |
| zcrm_5441472000003970601 | | Past Due | $ 11 190.00 | | Program Payment |
| zcrm_5441472000001554054 | | Past Due | $ 11 191.00 | | Program Payment |
| zcrm_5441472000011921094 | | Past Due | $ 11 200.00 | | Program Payment |
| zcrm_5441472000005882169 | | Past Due | $ 11 200.00 | | Program Payment |
| zcrm_5441472000003998003 | | Past Due | $ 11 200.00 | | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000003989872 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000003977773 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000003976172 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000003972987 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000003969810 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000003969753 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000003966525 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000003965744 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000003864491 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000003658179 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000002831873 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001607855 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001606822 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001605760 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001605273 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001605227 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001604674 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001602530 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001601841 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001601430 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001599887 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001593935 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001593398 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001591011 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001589948 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001589942 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001588255 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001587058 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001582576 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001581484 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001581472 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001580206 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001579471 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001579434 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001578396 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001576747 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001569067 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001565633 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001565028 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001556743 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001556169 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001550241 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001547936 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001546715 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001546241 | [redacted] | Past Due | $ 11 200.00 | [redacted] | rogram Payment |
| zcrm_5441472000001599829 | [redacted] | Past Due | $ 11 215.00 | [redacted] | rogram Payment |
| zcrm_5441472000001552977 | [redacted] | Past Due | $ 11 240.00 | [redacted] | rogram Payment |
| zcrm_5441472000003256137 | [redacted] | Past Due | $ 11 250.00 | [redacted] | rogram Payment |
| zcrm_5441472000001608359 | [redacted] | Past Due | $ 11 250.00 | [redacted] | rogram Payment |
| zcrm_5441472000001601357 | [redacted] | Past Due | $ 11 250.00 | [redacted] | rogram Payment |
| zcrm_5441472000001575108 | [redacted] | Past Due | $ 11 250.00 | [redacted] | rogram Payment |
| zcrm_5441472000001569608 | [redacted] | Past Due | $ 11 250.00 | [redacted] | rogram Payment |
| zcrm_5441472000001566630 | [redacted] | Past Due | $ 11 250.00 | [redacted] | rogram Payment |
| zcrm_5441472000001552313 | [redacted] | Past Due | $ 11 250.00 | [redacted] | rogram Payment |
| zcrm_5441472000010421041 | [redacted] | Past Due | $ 11 260.00 | [redacted] | rogram Payment |
| zcrm_5441472000001554046 | [redacted] | Past Due | $ 11 260.00 | [redacted] | rogram Payment |
| zcrm_5441472000001589903 | [redacted] | Past Due | $ 11 265.00 | [redacted] | rogram Payment |
| zcrm_5441472000001572332 | [redacted] | Past Due | $ 11 270.00 | [redacted] | rogram Payment |
| zcrm_5441472000001608472 | [redacted] | Past Due | $ 11 275.00 | [redacted] | rogram Payment |
| zcrm_5441472000001592257 | [redacted] | Past Due | $ 11 276.00 | [redacted] | rogram Payment |
| zcrm_5441472000001559399 | [redacted] | Past Due | $ 11 300.00 | [redacted] | rogram Payment |
| zcrm_5441472000001608964 | [redacted] | Past Due | $ 11 310.00 | [redacted] | rogram Payment |
| zcrm_5441472000001596464 | [redacted] | Past Due | $ 11 315.00 | [redacted] | rogram Payment |
| zcrm_5441472000001562298 | [redacted] | Past Due | $ 11 315.00 | [redacted] | rogram Payment |
| zcrm_5441472000001609654 | [redacted] | Past Due | $ 11 340.00 | [redacted] | rogram Payment |
| zcrm_5441472000001591079 | [redacted] | Past Due | $ 11 350.00 | [redacted] | rogram Payment |
| zcrm_5441472000003970484 | [redacted] | Past Due | $ 11 375.00 | [redacted] | rogram Payment |
| zcrm_5441472000004010910 | [redacted] | Past Due | $ 11 400.00 | [redacted] | rogram Payment |
| zcrm_5441472000003983560 | [redacted] | Past Due | $ 11 400.00 | [redacted] | rogram Payment |
| zcrm_5441472000001609078 | [redacted] | Past Due | $ 11 400.00 | [redacted] | rogram Payment |
| zcrm_5441472000001587742 | [redacted] | Past Due | $ 11 400.00 | [redacted] | rogram Payment |
| zcrm_5441472000001582007 | [redacted] | Past Due | $ 11 400.00 | [redacted] | rogram Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_54414720000015650 | [redacted] | Past Due | $ 11 447.0 | [redacted] | Program Payment |
| zcrm_54414720000036580 | | Past Due | $ 11 450.0 | | Program Payment |
| zcrm_54414720000020910 | | Past Due | $ 11 450.0 | | Program Payment |
| zcrm_54414720000016089 | | Past Due | $ 11 450.0 | | Program Payment |
| zcrm_54414720000015650 | | Past Due | $ 11 450.0 | | Program Payment |
| zcrm_54414720000015634 | | Past Due | $ 11 450.0 | | Program Payment |
| zcrm_54414720000015745 | | Past Due | $ 11 460.0 | | Program Payment |
| zcrm_54414720000015578 | | Past Due | $ 11 476.0 | | Program Payment |
| zcrm_54414720000039883 | | Past Due | $ 11 490.0 | | Program Payment |
| zcrm_54414720000015467 | | Past Due | $ 11 497.0 | | Program Payment |
| zcrm_54414720000015944 | | Past Due | $ 11 500.0 | | Program Payment |
| zcrm_54414720000015802 | | Past Due | $ 11 500.0 | | Program Payment |
| zcrm_54414720000015473 | | Past Due | $ 11 545.0 | | Program Payment |
| zcrm_54414720000039892 | | Past Due | $ 11 550.0 | | Program Payment |
| zcrm_54414720000015993 | | Past Due | $ 11 550.0 | | Program Payment |
| zcrm_54414720000015783 | | Past Due | $ 11 550.0 | | Program Payment |
| zcrm_54414720000015707 | | Past Due | $ 11 550.0 | | Program Payment |
| zcrm_54414720000015707 | | Past Due | $ 11 550.0 | | Program Payment |
| zcrm_54414720000015461 | | Past Due | $ 11 550.0 | | Program Payment |
| zcrm_54414720000015762 | | Past Due | $ 11 552.0 | | Program Payment |
| zcrm_54414720000028444 | | Past Due | $ 11 570.0 | | Program Payment |
| zcrm_54414720000015837 | | Past Due | $ 11 580.0 | | Program Payment |
| zcrm_54414720000015750 | | Past Due | $ 11 595.0 | | Program Payment |
| zcrm_54414720000143412 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000040118 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000039989 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000039801 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000039778 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000039713 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000039682 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000039655 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000039639 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000039600 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000039364 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000038644 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000038643 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000037636 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000032360 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000028080 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000021161 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000016062 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000016057 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000016057 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000016040 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000016035 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000016034 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000016014 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015998 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015976 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015965 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015949 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015938 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015905 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015887 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015877 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015876 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015860 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015854 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015826 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015826 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015808 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015793 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015793 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015783 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015773 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015745 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015728 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015723 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015700 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015685 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015678 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015661 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015639 | | Past Due | $ 11 600.0 | | Program Payment |
| zcrm_54414720000015622 | | Past Due | $ 11 600.0 | | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001551759 | [redacted] | Past Due | $ 11 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001547974 | [redacted] | Past Due | $ 11 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001547848 | [redacted] | Past Due | $ 11 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001546716 | [redacted] | Past Due | $ 11 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001546239 | [redacted] | Past Due | $ 11 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001546232 | [redacted] | Past Due | $ 11 600.00 | [redacted] | Program Payment |
| zcrm_5441472000003991504 | [redacted] | Past Due | $ 11 625.00 | [redacted] | Program Payment |
| zcrm_5441472000001567800 | [redacted] | Past Due | $ 11 625.00 | [redacted] | Program Payment |
| zcrm_5441472000001547354 | [redacted] | Past Due | $ 11 640.00 | [redacted] | Program Payment |
| zcrm_5441472000003996408 | [redacted] | Past Due | $ 11 650.00 | [redacted] | Program Payment |
| zcrm_5441472000001586546 | [redacted] | Past Due | $ 11 700.00 | [redacted] | Program Payment |
| zcrm_5441472000002966168 | [redacted] | Past Due | $ 11 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001582612 | [redacted] | Past Due | $ 11 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001582537 | [redacted] | Past Due | $ 11 750.00 | [redacted] | Program Payment |
| zcrm_5441472000003989063 | [redacted] | Past Due | $ 11 790.00 | [redacted] | Program Payment |
| zcrm_5441472000003964152 | [redacted] | Past Due | $ 11 800.00 | [redacted] | Program Payment |
| zcrm_5441472000002075187 | [redacted] | Past Due | $ 11 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001608401 | [redacted] | Past Due | $ 11 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001597672 | [redacted] | Past Due | $ 11 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001572921 | [redacted] | Past Due | $ 11 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001552335 | [redacted] | Past Due | $ 11 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001550133 | [redacted] | Past Due | $ 11 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001607265 | [redacted] | Past Due | $ 11 806.00 | [redacted] | Program Payment |
| zcrm_5441472000001584931 | [redacted] | Past Due | $ 11 815.00 | [redacted] | Program Payment |
| zcrm_5441472000010292031 | [redacted] | Past Due | $ 11 840.00 | [redacted] | Program Payment |
| zcrm_5441472000003973838 | [redacted] | Past Due | $ 11 850.00 | [redacted] | Program Payment |
| zcrm_5441472000001555707 | [redacted] | Past Due | $ 11 850.00 | [redacted] | Program Payment |
| zcrm_5441472000001603479 | [redacted] | Past Due | $ 11 890.00 | [redacted] | Program Payment |
| zcrm_5441472000003981093 | [redacted] | Past Due | $ 11 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001584877 | [redacted] | Past Due | $ 11 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001572821 | [redacted] | Past Due | $ 11 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001564513 | [redacted] | Past Due | $ 11 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001596538 | [redacted] | Past Due | $ 11 905.00 | [redacted] | Program Payment |
| zcrm_5441472000001592169 | [redacted] | Past Due | $ 11 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001587120 | [redacted] | Past Due | $ 11 950.00 | [redacted] | Program Payment |
| zcrm_5441472000003658550 | [redacted] | Past Due | $ 11 970.00 | [redacted] | Program Payment |
| zcrm_5441472000001559445 | [redacted] | Past Due | $ 11 990.00 | [redacted] | Program Payment |
| zcrm_5441472000004011891 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000004008496 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003975388 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003972944 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003968957 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003968163 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003966490 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003965769 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001608349 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001607924 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001605719 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001604747 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001604685 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001603554 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001602477 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001602464 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001600350 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001599906 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001599345 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001598712 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001597648 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001596059 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001594389 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001593896 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001590504 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001589357 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001587738 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001585947 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001585506 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001584312 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001583198 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001581951 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001581494 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001580211 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001580201 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001578827 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001577397 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001575672 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001575627 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001574558 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001574059 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001574004 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001572376 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001570769 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001568438 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001564986 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001562288 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001555155 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001553516 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001551300 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001551268 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001550729 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001548540 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001547871 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001547864 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001547302 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001546822 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001546821 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001546773 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001546236 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001423633 | [redacted] | Past Due | $ 12 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001593833 | [redacted] | Past Due | $ 12 010.00 | [redacted] | Program Payment |
| zcrm_5441472000001560546 | [redacted] | Past Due | $ 12 020.00 | [redacted] | Program Payment |
| zcrm_5441472000001589875 | [redacted] | Past Due | $ 12 024.00 | [redacted] | Program Payment |
| zcrm_5441472000001572359 | [redacted] | Past Due | $ 12 040.00 | [redacted] | Program Payment |
| zcrm_5441472000001582002 | [redacted] | Past Due | $ 12 049.00 | [redacted] | Program Payment |
| zcrm_5441472000001558340 | [redacted] | Past Due | $ 12 049.00 | [redacted] | Program Payment |
| zcrm_5441472000003964925 | [redacted] | Past Due | $ 12 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001589958 | [redacted] | Past Due | $ 12 060.00 | [redacted] | Program Payment |
| zcrm_5441472000004011821 | [redacted] | Past Due | $ 12 070.00 | [redacted] | Program Payment |
| zcrm_5441472000001579440 | [redacted] | Past Due | $ 12 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001574020 | [redacted] | Past Due | $ 12 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001558292 | [redacted] | Past Due | $ 12 100.00 | [redacted] | Program Payment |
| zcrm_5441472000002829285 | [redacted] | Past Due | $ 12 115.00 | [redacted] | Program Payment |
| zcrm_5441472000003983534 | [redacted] | Past Due | $ 12 120.00 | [redacted] | Program Payment |
| zcrm_5441472000001597097 | [redacted] | Past Due | $ 12 141.00 | [redacted] | Program Payment |
| zcrm_5441472000003966401 | [redacted] | Past Due | $ 12 150.00 | [redacted] | Program Payment |
| zcrm_5441472000001584858 | [redacted] | Past Due | $ 12 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001567776 | [redacted] | Past Due | $ 12 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001574612 | [redacted] | Past Due | $ 12 225.00 | [redacted] | Program Payment |
| zcrm_5441472000001572868 | [redacted] | Past Due | $ 12 225.00 | [redacted] | Program Payment |
| zcrm_5441472000001578812 | [redacted] | Past Due | $ 12 235.00 | [redacted] | Program Payment |
| zcrm_5441472000003869675 | [redacted] | Past Due | $ 12 245.00 | [redacted] | Program Payment |
| zcrm_5441472000001604680 | [redacted] | Past Due | $ 12 250.00 | [redacted] | Program Payment |
| zcrm_5441472000001601866 | [redacted] | Past Due | $ 12 250.00 | [redacted] | Program Payment |
| zcrm_5441472000001583690 | [redacted] | Past Due | $ 12 250.00 | [redacted] | Program Payment |
| zcrm_5441472000001552885 | [redacted] | Past Due | $ 12 250.00 | [redacted] | Program Payment |
| zcrm_5441472000001570146 | [redacted] | Past Due | $ 12 270.00 | [redacted] | Program Payment |
| zcrm_5441472000001565592 | [redacted] | Past Due | $ 12 270.00 | [redacted] | Program Payment |
| zcrm_5441472000001561132 | [redacted] | Past Due | $ 12 275.00 | [redacted] | Program Payment |
| zcrm_5441472000001600390 | [redacted] | Past Due | $ 12 280.00 | [redacted] | Program Payment |
| zcrm_5441472000004012626 | [redacted] | Past Due | $ 12 300.00 | [redacted] | Program Payment |
| zcrm_5441472000003981108 | [redacted] | Past Due | $ 12 300.00 | [redacted] | Program Payment |
| zcrm_5441472000003967348 | [redacted] | Past Due | $ 12 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001596042 | [redacted] | Past Due | $ 12 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001580221 | [redacted] | Past Due | $ 12 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001565035 | [redacted] | Past Due | $ 12 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001573415 | [redacted] | Past Due | $ 12 301.00 | [redacted] | Program Payment |
| zcrm_5441472000001570758 | [redacted] | Past Due | $ 12 320.00 | [redacted] | Program Payment |
| zcrm_5441472000001575035 | [redacted] | Past Due | $ 12 325.00 | [redacted] | Program Payment |
| zcrm_5441472000001574005 | [redacted] | Past Due | $ 12 325.00 | [redacted] | Program Payment |
| zcrm_5441472000003979483 | [redacted] | Past Due | $ 12 350.00 | [redacted] | Program Payment |
| zcrm_5441472000001599857 | [redacted] | Past Due | $ 12 350.00 | [redacted] | Program Payment |
| zcrm_5441472000001565575 | [redacted] | Past Due | $ 12 350.00 | [redacted] | Program Payment |
| zcrm_5441472000001560544 | [redacted] | Past Due | $ 12 350.00 | [redacted] | Program Payment |
| zcrm_5441472000001546759 | [redacted] | Past Due | $ 12 350.00 | [redacted] | Program Payment |
| zcrm_5441472000001565577 | [redacted] | Past Due | $ 12 375.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000010864763 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000003998949 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000003997988 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000003997210 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000003990854 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003989959 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003989902 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003985142 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000003984394 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000003983477 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003977854 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000003971266 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003966422 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000003789418 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001610303 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001608967 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001606802 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001606287 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001605155 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001603542 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001600941 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001599941 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001596558 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001592769 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001590540 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001581428 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001580202 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001578901 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001578855 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001574548 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001574052 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001572908 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001572251 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001571267 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001568484 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001567282 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001565668 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001563881 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001563300 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001562827 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001561185 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001559403 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001557244 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001556760 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001554555 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001553506 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001552840 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001552319 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001548431 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001547335 | [redacted] | Past Due | $ 12 400.0 | [redacted] | Program Payment |
| zcrm_5441472000001423133 | [redacted] | Past Due | $ 12 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003984313 | [redacted] | Past Due | $ 12 420.0 | [redacted] | Program Payment |
| zcrm_5441472000001605796 | [redacted] | Past Due | $ 12 420.0 | [redacted] | Program Payment |
| zcrm_5441472000001556175 | [redacted] | Past Due | $ 12 440.0 | [redacted] | Program Payment |
| zcrm_5441472000003634246 | [redacted] | Past Due | $ 12 449.0 | [redacted] | Program Payment |
| zcrm_5441472000001571795 | [redacted] | Past Due | $ 12 450.0 | [redacted] | Program Payment |
| zcrm_5441472000001563884 | [redacted] | Past Due | $ 12 450.0 | [redacted] | Program Payment |
| zcrm_5441472000001561635 | [redacted] | Past Due | $ 12 450.00 | [redacted] | Program Payment |
| zcrm_5441472000001555119 | [redacted] | Past Due | $ 12 450.0 | [redacted] | Program Payment |
| zcrm_5441472000003966412 | [redacted] | Past Due | $ 12 490.0 | [redacted] | Program Payment |
| zcrm_5441472000003982666 | [redacted] | Past Due | $ 12 500.00 | [redacted] | Program Payment |
| zcrm_5441472000003977021 | [redacted] | Past Due | $ 12 500.0 | [redacted] | Program Payment |
| zcrm_5441472000001606322 | [redacted] | Past Due | $ 12 500.00 | [redacted] | Program Payment |
| zcrm_5441472000001603503 | [redacted] | Past Due | $ 12 500.00 | [redacted] | Program Payment |
| zcrm_5441472000001577847 | [redacted] | Past Due | $ 12 500.0 | [redacted] | Program Payment |
| zcrm_5441472000001552909 | [redacted] | Past Due | $ 12 500.00 | [redacted] | Program Payment |
| zcrm_5441472000001552350 | [redacted] | Past Due | $ 12 532.0 | [redacted] | Program Payment |
| zcrm_5441472000003984358 | [redacted] | Past Due | $ 12 550.0 | [redacted] | Program Payment |
| zcrm_5441472000003977832 | [redacted] | Past Due | $ 12 550.00 | [redacted] | Program Payment |
| zcrm_5441472000001603567 | [redacted] | Past Due | $ 12 550.0 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001599359 | [redacted] | Past Due | $ 12 550.00 | [redacted] | Program Payment |
| zcrm_5441472000001562763 | [redacted] | Past Due | $ 12 550.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001558260 | [redacted] | Past Due | $ 12 550.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001557224 | [redacted] | Past Due | $ 12 550.00 | [redacted] | Program Payment |
| zcrm_5441472000001576182 | [redacted] | Past Due | $ 12 575.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001605205 | [redacted] | Past Due | $ 12 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001598241 | [redacted] | Past Due | $ 12 600.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001573980 | [redacted] | Past Due | $ 12 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001567214 | [redacted] | Past Due | $ 12 620.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001573458 | [redacted] | Past Due | $ 12 625.00 ( | [redacted] | Program Payment |
| zcrm_5441472000003983541 | [redacted] | Past Due | $ 12 650.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001603081 | [redacted] | Past Due | $ 12 650.00 | [redacted] | Program Payment |
| zcrm_5441472000001572363 | [redacted] | Past Due | $ 12 650.00 6 | [redacted] | Program Payment |
| zcrm_5441472000001556781 | [redacted] | Past Due | $ 12 670.00 | [redacted] | Program Payment |
| zcrm_5441472000004004563 | [redacted] | Past Due | $ 12 700.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001607386 | [redacted] | Past Due | $ 12 700.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001607281 | [redacted] | Past Due | $ 12 700.00 | [redacted] | Program Payment |
| zcrm_5441472000001570781 | [redacted] | Past Due | $ 12 700.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001563344 | [redacted] | Past Due | $ 12 700.00 | [redacted] | Program Payment |
| zcrm_5441472000001546727 | [redacted] | Past Due | $ 12 700.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001590512 | [redacted] | Past Due | $ 12 715.00 | [redacted] | Program Payment |
| zcrm_5441472000004011851 | [redacted] | Past Due | $ 12 750.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001587098 | [redacted] | Past Due | $ 12 750.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001585388 | [redacted] | Past Due | $ 12 750.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001566621 | [redacted] | Past Due | $ 12 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001561193 | [redacted] | Past Due | $ 12 750.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001556251 | [redacted] | Past Due | $ 12 760.00 ( | [redacted] | Program Payment |
| zcrm_5441472000004011771 | [redacted] | Past Due | $ 12 775.00 ( | [redacted] | Program Payment |
| zcrm_5441472000011496343 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000003997271 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000003986831 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000003985830 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000003977836 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000003976929 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000003963213 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000003099778 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001915765 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001608980 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001608924 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001608405 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001607851 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001604184 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001602445 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001601913 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001599826 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001598791 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001598265 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001598251 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001594984 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001593932 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001592761 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001592227 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001591108 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001591094 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001591052 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001591009 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001588875 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001584337 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001584294 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001583732 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001583263 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001578917 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001576815 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001575703 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001573960 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001573469 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001572375 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001572358 | [redacted] | Past Due | $ 12 800.00 ( | [redacted] | Program Payment |
| zcrm_5441472000001570740 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001570173 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001565054 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001562779 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001562265 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001561643 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001560473 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001560014 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001559473 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001549572 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001549076 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001547835 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001547353 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001547319 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001547303 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001547299 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001546669 | [redacted] | Past Due | $ 12 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001568987 | [redacted] | Past Due | $ 12 810.00 | [redacted] | Program Payment |
| zcrm_5441472000001589422 | [redacted] | Past Due | $ 12 825.00 | [redacted] | Program Payment |
| zcrm_5441472000003985052 | [redacted] | Past Due | $ 12 830.00 | [redacted] | Program Payment |
| zcrm_5441472000001587170 | [redacted] | Past Due | $ 12 830.00 | [redacted] | Program Payment |
| zcrm_5441472000001588314 | [redacted] | Past Due | $ 12 850.00 | [redacted] | Program Payment |
| zcrm_5441472000001579475 | [redacted] | Past Due | $ 12 850.00 | [redacted] | Program Payment |
| zcrm_5441472000001586553 | [redacted] | Past Due | $ 12 870.00 | [redacted] | Program Payment |
| zcrm_5441472000001555089 | [redacted] | Past Due | $ 12 880.00 | [redacted] | Program Payment |
| zcrm_5441472000001551813 | [redacted] | Past Due | $ 12 880.00 | [redacted] | Program Payment |
| zcrm_5441472000001603593 | [redacted] | Past Due | $ 12 885.00 | [redacted] | Program Payment |
| zcrm_5441472000001609008 | [redacted] | Past Due | $ 12 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001581476 | [redacted] | Past Due | $ 12 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001580800 | [redacted] | Past Due | $ 12 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001563939 | [redacted] | Past Due | $ 12 900.00 | [redacted] | Program Payment |
| zcrm_5441472000003973808 | [redacted] | Past Due | $ 12 925.00 | [redacted] | Program Payment |
| zcrm_5441472000003995725 | [redacted] | Past Due | $ 12 950.00 | [redacted] | Program Payment |
| zcrm_5441472000003980359 | [redacted] | Past Due | $ 12 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001572361 | [redacted] | Past Due | $ 12 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001550255 | [redacted] | Past Due | $ 12 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001423688 | [redacted] | Past Due | $ 12 950.00 | [redacted] | Program Payment |
| zcrm_5441472000003983594 | [redacted] | Past Due | $ 12 975.00 | [redacted] | Program Payment |
| zcrm_5441472000001608441 | [redacted] | Past Due | $ 12 975.00 | [redacted] | Program Payment |
| zcrm_5441472000001600940 | [redacted] | Past Due | $ 13 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001564455 | [redacted] | Past Due | $ 13 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003968159 | [redacted] | Past Due | $ 13 010.00 | [redacted] | Program Payment |
| zcrm_5441472000001552251 | [redacted] | Past Due | $ 13 025.00 | [redacted] | Program Payment |
| zcrm_5441472000001607310 | [redacted] | Past Due | $ 13 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001584300 | [redacted] | Past Due | $ 13 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001559957 | [redacted] | Past Due | $ 13 090.00 | [redacted] | Program Payment |
| zcrm_5441472000003985024 | [redacted] | Past Due | $ 13 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001605849 | [redacted] | Past Due | $ 13 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001592771 | [redacted] | Past Due | $ 13 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001583194 | [redacted] | Past Due | $ 13 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001570708 | [redacted] | Past Due | $ 13 100.00 | [redacted] | Program Payment |
| zcrm_5441472000001561707 | [redacted] | Past Due | $ 13 100.00 | [redacted] | Program Payment |
| zcrm_5441472000003802273 | [redacted] | Past Due | $ 13 115.00 | [redacted] | Program Payment |
| zcrm_5441472000001552892 | [redacted] | Past Due | $ 13 125.00 | [redacted] | Program Payment |
| zcrm_5441472000001556257 | [redacted] | Past Due | $ 13 140.00 | [redacted] | Program Payment |
| zcrm_5441472000001577402 | [redacted] | Past Due | $ 13 150.00 | [redacted] | Program Payment |
| zcrm_5441472000001565653 | [redacted] | Past Due | $ 13 150.00 | [redacted] | Program Payment |
| zcrm_5441472000001564971 | [redacted] | Past Due | $ 13 150.00 | [redacted] | Program Payment |
| zcrm_5441472000001552882 | [redacted] | Past Due | $ 13 155.00 | [redacted] | Program Payment |
| zcrm_5441472000001569013 | [redacted] | Past Due | $ 13 165.00 | [redacted] | Program Payment |
| zcrm_5441472000003973702 | [redacted] | Past Due | $ 13 180.00 | [redacted] | Program Payment |
| zcrm_5441472000001596497 | [redacted] | Past Due | $ 13 190.00 | [redacted] | Program Payment |
| zcrm_5441472000003997300 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003990828 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003987585 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003981156 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003979500 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003979495 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003972184 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003964920 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003864448 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003864446 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003736572 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001609631 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001608970 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001608969 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001608941 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001606867 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001605152 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001604729 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001604070 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001603551 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001602996 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001602506 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001602421 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001601940 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001599322 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001598718 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001596058 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001594455 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001594375 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001593881 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001590517 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001587745 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001582578 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001581927 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001580856 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001580292 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001578296 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001577799 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001572870 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001572335 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001571278 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001571250 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001570763 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001568441 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001566715 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001566662 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001565572 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001564438 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001563397 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001560475 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001557748 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001554064 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001551255 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001549650 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001549562 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001548409 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001547935 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001547931 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001546234 | [redacted] | Past Due | $ 13 200.0 | [redacted] | Program Payment |
| zcrm_5441472000001546215 | [redacted] | Past Due | $ 13 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001566127 | [redacted] | Past Due | $ 13 250.00 | [redacted] | Program Payment |
| zcrm_5441472000001549620 | [redacted] | Past Due | $ 13 250.00 | [redacted] | Program Payment |
| zcrm_5441472000001546125 | [redacted] | Past Due | $ 13 250.0 | [redacted] | Program Payment |
| zcrm_5441472000003683610 | [redacted] | Past Due | $ 13 272.0 | [redacted] | Program Payment |
| zcrm_5441472000001549548 | [redacted] | Past Due | $ 13 275.0 | [redacted] | Program Payment |
| zcrm_5441472000001603610 | [redacted] | Past Due | $ 13 280.00 | [redacted] | Program Payment |
| zcrm_5441472000005731149 | [redacted] | Past Due | $ 13 300.0 | [redacted] | Program Payment |
| zcrm_5441472000001605222 | [redacted] | Past Due | $ 13 300.0 | [redacted] | Program Payment |
| zcrm_5441472000001565673 | [redacted] | Past Due | $ 13 300.0 | [redacted] | Program Payment |
| zcrm_5441472000001583191 | [redacted] | Past Due | $ 13 375.0 | [redacted] | Program Payment |
| zcrm_5441472000001557273 | [redacted] | Past Due | $ 13 375.0 | [redacted] | Program Payment |
| zcrm_5441472000001607267 | [redacted] | Past Due | $ 13 395.0 | [redacted] | Program Payment |
| zcrm_5441472000003968924 | [redacted] | Past Due | $ 13 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003966534 | [redacted] | Past Due | $ 13 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001601877 | [redacted] | Past Due | $ 13 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001569005 | [redacted] | Past Due | $ 13 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001555660 | [redacted] | Past Due | $ 13 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001555072 | [redacted] | Past Due | $ 13 400.0 | [redacted] | Program Payment |
| zcrm_5441472000003965732 | [redacted] | Past Due | $ 13 410.00 | [redacted] | Program Payment |
| zcrm_5441472000001608932 | [redacted] | Past Due | $ 13 445.0 | [redacted] | Program Payment |
| zcrm_5441472000003999775 | [redacted] | Past Due | $ 13 450.0 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001563427 | [redacted] | Past Due | $ 13 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001562210 | [redacted] | Past Due | $ 13 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001561653 | [redacted] | Past Due | $ 13 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001558919 | [redacted] | Past Due | $ 13 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001558267 | [redacted] | Past Due | $ 13 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001555135 | [redacted] | Past Due | $ 13 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001553532 | [redacted] | Past Due | $ 13 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001552306 | [redacted] | Past Due | $ 13 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001547886 | [redacted] | Past Due | $ 13 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001547881 | [redacted] | Past Due | $ 13 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001547269 | [redacted] | Past Due | $ 13 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001546794 | [redacted] | Past Due | $ 13 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001546698 | [redacted] | Past Due | $ 13 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001546245 | [redacted] | Past Due | $ 13 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001546216 | [redacted] | Past Due | $ 13 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001546214 | [redacted] | Past Due | $ 13 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001546163 | [redacted] | Past Due | $ 13 600.0 | [redacted] | Program Payment |
| zcrm_5441472000001590503 | [redacted] | Past Due | $ 13 650.0 | [redacted] | Program Payment |
| zcrm_5441472000001576739 | [redacted] | Past Due | $ 13 650.00 | [redacted] | Program Payment |
| zcrm_5441472000001550210 | [redacted] | Past Due | $ 13 650.0 | [redacted] | Program Payment |
| zcrm_5441472000001582013 | [redacted] | Past Due | $ 13 700.0 | [redacted] | Program Payment |
| zcrm_5441472000001582047 | [redacted] | Past Due | $ 13 710.0 | [redacted] | Program Payment |
| zcrm_5441472000002542849 | [redacted] | Past Due | $ 13 730.0 | [redacted] | Program Payment |
| zcrm_5441472000003981832 | [redacted] | Past Due | $ 13 750.0 | [redacted] | Program Payment |
| zcrm_5441472000001578335 | [redacted] | Past Due | $ 13 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001580294 | [redacted] | Past Due | $ 13 790.00 | [redacted] | Program Payment |
| zcrm_5441472000003984343 | [redacted] | Past Due | $ 13 800.0 | [redacted] | Program Payment |
| zcrm_5441472000003965585 | [redacted] | Past Due | $ 13 800.0 | [redacted] | Program Payment |
| zcrm_5441472000003775820 | [redacted] | Past Due | $ 13 800.0 | [redacted] | Program Payment |
| zcrm_5441472000002114123 | [redacted] | Past Due | $ 13 800.0 | [redacted] | Program Payment |
| zcrm_5441472000001605766 | [redacted] | Past Due | $ 13 800.0 | [redacted] | Program Payment |
| zcrm_5441472000001556802 | [redacted] | Past Due | $ 13 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001546198 | [redacted] | Past Due | $ 13 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001578858 | [redacted] | Past Due | $ 13 805.00 | [redacted] | Program Payment |
| zcrm_5441472000001596516 | [redacted] | Past Due | $ 13 840.0 | [redacted] | Program Payment |
| zcrm_5441472000003973074 | [redacted] | Past Due | $ 13 850.0 | [redacted] | Program Payment |
| zcrm_5441472000001581421 | [redacted] | Past Due | $ 13 850.0 | [redacted] | Program Payment |
| zcrm_5441472000001597102 | [redacted] | Past Due | $ 13 875.0 | [redacted] | Program Payment |
| zcrm_5441472000001553440 | [redacted] | Past Due | $ 13 875.0 | [redacted] | Program Payment |
| zcrm_5441472000001607302 | [redacted] | Past Due | $ 13 900.0 | [redacted] | Program Payment |
| zcrm_5441472000003968045 | [redacted] | Past Due | $ 13 910.0 | [redacted] | Program Payment |
| zcrm_5441472000003982627 | [redacted] | Past Due | $ 13 940.00 | [redacted] | Program Payment |
| zcrm_5441472000003985021 | [redacted] | Past Due | $ 13 950.0 | [redacted] | Program Payment |
| zcrm_5441472000001554530 | [redacted] | Past Due | $ 13 950.00 | [redacted] | Program Payment |
| zcrm_5441472000001550158 | [redacted] | Past Due | $ 13 960.00 | [redacted] | Program Payment |
| zcrm_5441472000001555659 | [redacted] | Past Due | $ 13 970.0 | [redacted] | Program Payment |
| zcrm_5441472000001556688 | [redacted] | Past Due | $ 13 975.00 | [redacted] | Program Payment |
| zcrm_5441472000003994771 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003986771 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003985104 | [redacted] | Past Due | $ 14 000.0 | [redacted] | Program Payment |
| zcrm_5441472000003984364 | [redacted] | Past Due | $ 14 000.0 | [redacted] | Program Payment |
| zcrm_5441472000003983531 | [redacted] | Past Due | $ 14 000.0 | [redacted] | Program Payment |
| zcrm_5441472000003980191 | [redacted] | Past Due | $ 14 000.0 | [redacted] | Program Payment |
| zcrm_5441472000003977742 | [redacted] | Past Due | $ 14 000.0 | [redacted] | Program Payment |
| zcrm_5441472000003973783 | [redacted] | Past Due | $ 14 000.0 | [redacted] | Program Payment |
| zcrm_5441472000003973019 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003972989 | [redacted] | Past Due | $ 14 000.0 | [redacted] | Program Payment |
| zcrm_5441472000003968080 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003967313 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003966552 | [redacted] | Past Due | $ 14 000.0 | [redacted] | Program Payment |
| zcrm_5441472000003936471 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003864493 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003864373 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000002820042 | [redacted] | Past Due | $ 14 000.0 | [redacted] | Program Payment |
| zcrm_5441472000002676048 | [redacted] | Past Due | $ 14 000.0 | [redacted] | Program Payment |
| zcrm_5441472000002116255 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001608422 | [redacted] | Past Due | $ 14 000.0 | [redacted] | Program Payment |
| zcrm_5441472000001608356 | [redacted] | Past Due | $ 14 000.0 | [redacted] | Program Payment |
| zcrm_5441472000001607343 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001606863 | [redacted] | Past Due | $ 14 000.0 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001606764 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001605207 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001604117 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001603516 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001603073 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001602484 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001602462 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001600379 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001599828 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001598740 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001597096 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001596556 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001596069 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001595504 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001594996 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001594986 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001592801 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001589978 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001587707 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001587161 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001585961 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001585379 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001584302 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001584273 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001583759 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001583749 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001583255 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001583162 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001581423 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001578393 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001578310 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001577365 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001576764 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001576756 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001576148 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001575031 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001575026 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001574555 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001574554 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001574543 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001573478 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001573477 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001571293 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001570729 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001570139 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001569041 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001567818 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001566229 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001564490 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001563879 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001563376 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001560581 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001557247 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001556792 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001554604 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001554041 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001554014 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001552321 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001550155 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001549099 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001547836 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001547277 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001423734 | [redacted] | Past Due | $ 14 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001552327 | [redacted] | Past Due | $ 14 020.00 | [redacted] | Program Payment |
| zcrm_5441472000003970480 | [redacted] | Past Due | $ 14 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001584317 | [redacted] | Past Due | $ 14 050.00 | [redacted] | Program Payment |
| zcrm_5441472000001609728 | [redacted] | Past Due | $ 14 060.00 | [redacted] | Program Payment |
| zcrm_5441472000001580246 | [redacted] | Past Due | $ 14 061.00 | [redacted] | Program Payment |
| zcrm_5441472000001596484 | [redacted] | Past Due | $ 14 075.00 | [redacted] | Program Payment |
| zcrm_5441472000001577780 | [redacted] | Past Due | $ 14 080.00 | [redacted] | Program Payment |
| zcrm_5441472000001571269 | [redacted] | Past Due | $ 14 100.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001570188 | [redacted] | Past Due | $ 14 120.00 | [redacted] | Program Payment |
| zcrm_5441472000001593308 | [redacted] | Past Due | $ 14 150.00 | [redacted] | Program Payment |
| zcrm_5441472000001570711 | [redacted] | Past Due | $ 14 150.00 | [redacted] | Program Payment |
| zcrm_5441472000003968847 | [redacted] | Past Due | $ 14 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001551740 | [redacted] | Past Due | $ 14 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003975355 | [redacted] | Past Due | $ 14 250.00 | [redacted] | Program Payment |
| zcrm_5441472000001595002 | [redacted] | Past Due | $ 14 250.00 | [redacted] | Program Payment |
| zcrm_5441472000001592164 | [redacted] | Past Due | $ 14 275.00 | [redacted] | Program Payment |
| zcrm_5441472000001549114 | [redacted] | Past Due | $ 14 275.00 | [redacted] | Program Payment |
| zcrm_5441472000001602985 | [redacted] | Past Due | $ 14 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001589990 | [redacted] | Past Due | $ 14 300.00 | [redacted] | Program Payment |
| zcrm_5441472000001566647 | [redacted] | Past Due | $ 14 325.00 | [redacted] | Program Payment |
| zcrm_5441472000001585484 | [redacted] | Past Due | $ 14 350.00 | [redacted] | Program Payment |
| zcrm_5441472000001549112 | [redacted] | Past Due | $ 14 350.00 | [redacted] | Program Payment |
| zcrm_5441472000001569028 | [redacted] | Past Due | $ 14 378.00 | [redacted] | Program Payment |
| zcrm_5441472000021443209 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000004006868 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000004006861 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003984252 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003980323 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003977076 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003975353 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003974580 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003970603 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003970490 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003970455 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003967391 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003963327 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003683790 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003439034 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000002482198 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001604149 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001604102 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001603521 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001602988 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001601894 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001598723 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001597620 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001593930 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001589938 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001588751 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001580843 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001576707 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001576199 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001571265 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001570689 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001567175 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001563908 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001560476 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001559421 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001558933 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001556705 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001550749 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001547389 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001547355 | [redacted] | Past Due | $ 14 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001602494 | [redacted] | Past Due | $ 14 465.00 | [redacted] | Program Payment |
| zcrm_5441472000001583211 | [redacted] | Past Due | $ 14 500.00 | [redacted] | Program Payment |
| zcrm_5441472000001576737 | [redacted] | Past Due | $ 14 500.00 | [redacted] | Program Payment |
| zcrm_5441472000001574017 | [redacted] | Past Due | $ 14 500.00 | [redacted] | Program Payment |
| zcrm_5441472000001569613 | [redacted] | Past Due | $ 14 550.00 | [redacted] | Program Payment |
| zcrm_5441472000001549556 | [redacted] | Past Due | $ 14 550.00 | [redacted] | Program Payment |
| zcrm_5441472000001577883 | [redacted] | Past Due | $ 14 650.00 | [redacted] | Program Payment |
| zcrm_5441472000001549581 | [redacted] | Past Due | $ 14 700.00 | [redacted] | Program Payment |
| zcrm_5441472000001560564 | [redacted] | Past Due | $ 14 725.00 | [redacted] | Program Payment |
| zcrm_5441472000001601459 | [redacted] | Past Due | $ 14 750.00 | [redacted] | Program Payment |
| zcrm_5441472000001608482 | [redacted] | Past Due | $ 14 755.00 | [redacted] | Program Payment |
| zcrm_5441472000003991528 | [redacted] | Past Due | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_5441472000003989214 | [redacted] | Past Due | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_5441472000003736524 | [redacted] | Past Due | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_5441472000003446365 | [redacted] | Past Due | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_5441472000003097240 | [redacted] | Past Due | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001604664 | [redacted] | Past Due | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001604637 | [redacted] | Past Due | $ 14 800.00 | [redacted] | Program Payment |

| | | | | |
|---|---|---|---|---|
| zcrm_544147200000160413 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000160196 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000160040 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000159708 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000159166 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000158996 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000158595 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000158137 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000157573 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000157564 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000157013 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000156004 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000155938 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000155777 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000155127 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000154782 | [redacted] | $ 14 800.00 | [redacted] | Program Payment |
| zcrm_544147200000157406 | [redacted] | $ 14 810.00 | [redacted] | Program Payment |
| zcrm_544147200000160573 | [redacted] | $ 14 850.00 | [redacted] | Program Payment |
| zcrm_544147200000158601 | [redacted] | $ 14 850.00 | [redacted] | Program Payment |
| zcrm_544147200000160847 | [redacted] | $ 14 925.00 | [redacted] | Program Payment |
| zcrm_544147200000396974 | [redacted] | $ 14 950.00 | [redacted] | Program Payment |
| zcrm_544147200000157737 | [redacted] | $ 14 950.00 | [redacted] | Program Payment |
| zcrm_544147200000397381 | [redacted] | $ 14 975.00 | [redacted] | Program Payment |
| zcrm_544147200000379930 | [redacted] | $ 15 100.00 | [redacted] | Program Payment |
| zcrm_544147200000156615 | [redacted] | $ 15 125.00 | [redacted] | Program Payment |
| zcrm_544147200000400374 | [redacted] | $ 15 150.00 | [redacted] | Program Payment |
| zcrm_544147200000159993 | [redacted] | $ 15 150.00 | [redacted] | Program Payment |
| zcrm_544147200000159162 | [redacted] | $ 15 150.00 | [redacted] | Program Payment |
| zcrm_544147200000160630 | [redacted] | $ 15 190.00 | [redacted] | Program Payment |
| zcrm_544147200000398911 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000397369 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000396656 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000386447 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000160577 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000160242 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000159939 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000159658 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000159333 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000159163 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000157617 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000157502 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000157397 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000157291 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000157069 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000156907 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000156900 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000156273 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000155774 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000155343 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000155295 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000155012 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000154678 | [redacted] | $ 15 200.00 | [redacted] | Program Payment |
| zcrm_544147200000159105 | [redacted] | $ 15 265.00 | [redacted] | Program Payment |
| zcrm_544147200000156169 | [redacted] | $ 15 380.00 | [redacted] | Program Payment |
| zcrm_544147200000155722 | [redacted] | $ 15 390.00 | [redacted] | Program Payment |
| zcrm_544147200000157404 | [redacted] | $ 15 400.00 | [redacted] | Program Payment |
| zcrm_544147200000155891 | [redacted] | $ 15 435.00 | [redacted] | Program Payment |
| zcrm_544147200000398599 | [redacted] | $ 15 450.00 | [redacted] | Program Payment |
| zcrm_544147200000160729 | [redacted] | $ 15 525.00 | [redacted] | Program Payment |
| zcrm_544147200000398672 | [redacted] | $ 15 600.00 | [redacted] | Program Payment |
| zcrm_544147200000398517 | [redacted] | $ 15 600.00 | [redacted] | Program Payment |
| zcrm_544147200000398191 | [redacted] | $ 15 600.00 | [redacted] | Program Payment |
| zcrm_544147200000386452 | [redacted] | $ 15 600.00 | [redacted] | Program Payment |
| zcrm_544147200000368395 | [redacted] | $ 15 600.00 | [redacted] | Program Payment |
| zcrm_544147200000282908 | [redacted] | $ 15 600.00 | [redacted] | Program Payment |
| zcrm_544147200000206402 | [redacted] | $ 15 600.00 | [redacted] | Program Payment |
| zcrm_544147200000160845 | [redacted] | $ 15 600.00 | [redacted] | Program Payment |
| zcrm_544147200000160472 | [redacted] | $ 15 600.00 | [redacted] | Program Payment |
| zcrm_544147200000160044 | [redacted] | $ 15 600.00 | [redacted] | Program Payment |
| zcrm_544147200000159872 | [redacted] | $ 15 600.00 | [redacted] | Program Payment |
| zcrm_544147200000159445 | [redacted] | $ 15 600.00 | [redacted] | Program Payment |
| zcrm_544147200000159444 | [redacted] | $ 15 600.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001591589 | [redacted] | Past Due | $ 15 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001589872 | | Past Due | $ 15 600.00 | | Program Payment |
| zcrm_5441472000001587762 | | Past Due | $ 15 600.00 | | Program Payment |
| zcrm_5441472000001582610 | | Past Due | $ 15 600.00 | | Program Payment |
| zcrm_5441472000001578373 | | Past Due | $ 15 600.00 | | Program Payment |
| zcrm_5441472000001574550 | | Past Due | $ 15 600.00 | | Program Payment |
| zcrm_5441472000001574057 | | Past Due | $ 15 600.00 | | Program Payment |
| zcrm_5441472000001570144 | | Past Due | $ 15 600.00 | | Program Payment |
| zcrm_5441472000001569620 | | Past Due | $ 15 600.00 | | Program Payment |
| zcrm_5441472000001555605 | | Past Due | $ 15 600.00 | | Program Payment |
| zcrm_5441472000001549616 | | Past Due | $ 15 600.00 | | Program Payment |
| zcrm_5441472000001549129 | | Past Due | $ 15 600.00 | | Program Payment |
| zcrm_5441472000001564432 | | Past Due | $ 15 605.00 | | Program Payment |
| zcrm_5441472000001555615 | | Past Due | $ 15 650.00 | | Program Payment |
| zcrm_5441472000001552968 | | Past Due | $ 15 700.00 | | Program Payment |
| zcrm_5441472000001597095 | | Past Due | $ 15 750.00 | | Program Payment |
| zcrm_5441472000001573955 | | Past Due | $ 15 830.00 | | Program Payment |
| zcrm_5441472000001567239 | | Past Due | $ 15 925.00 | | Program Payment |
| zcrm_5441472000001607826 | | Past Due | $ 15 930.00 | | Program Payment |
| zcrm_5441472000007060471 | | Past Due | $ 15 950.00 | | Program Payment |
| zcrm_5441472000003960166 | | Past Due | $ 15 975.00 | | Program Payment |
| zcrm_5441472000003988396 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000003983472 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000003982589 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000003775669 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000003658146 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000003543058 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001607315 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001604709 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001586003 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001580272 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001578849 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001576151 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001575670 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001575118 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001574491 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001570114 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001569573 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001568991 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001566622 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001563952 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001563310 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001558266 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001557804 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001553535 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001551771 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001550214 | | Past Due | $ 16 000.00 | | Program Payment |
| zcrm_5441472000001570715 | | Past Due | $ 16 025.00 | | Program Payment |
| zcrm_5441472000001589904 | | Past Due | $ 16 050.00 | | Program Payment |
| zcrm_5441472000001598768 | | Past Due | $ 16 100.00 | | Program Payment |
| zcrm_5441472000001546170 | | Past Due | $ 16 235.00 | | Program Payment |
| zcrm_5441472000001592202 | | Past Due | $ 16 250.00 | | Program Payment |
| zcrm_5441472000001576250 | | Past Due | $ 16 250.00 | | Program Payment |
| zcrm_5441472000001551840 | | Past Due | $ 16 250.00 | | Program Payment |
| zcrm_5441472000001568990 | | Past Due | $ 16 275.00 | | Program Payment |
| zcrm_5441472000008009546 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000005856842 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000003989090 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000003985170 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000003978720 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000003256049 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000001603605 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000001599306 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000001598731 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000001596542 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000001596512 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000001594890 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000001590534 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000001587715 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000001582597 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000001581427 | | Past Due | $ 16 400.00 | | Program Payment |
| zcrm_5441472000001574031 | | Past Due | $ 16 400.00 | | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001573388 | [redacted] | Past Due | $ 16 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001572317 | [redacted] | Past Due | $ 16 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001572282 | [redacted] | Past Due | $ 16 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001571850 | [redacted] | Past Due | $ 16 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001567229 | [redacted] | Past Due | $ 16 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001561697 | [redacted] | Past Due | $ 16 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001558931 | [redacted] | Past Due | $ 16 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001558373 | [redacted] | Past Due | $ 16 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001549058 | [redacted] | Past Due | $ 16 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001549025 | [redacted] | Past Due | $ 16 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001547300 | [redacted] | Past Due | $ 16 400.00 | [redacted] | Program Payment |
| zcrm_5441472000003969756 | [redacted] | Past Due | $ 16 535.00 | [redacted] | Program Payment |
| zcrm_5441472000001609062 | [redacted] | Past Due | $ 16 539.00 | [redacted] | Program Payment |
| zcrm_5441472000003864499 | [redacted] | Past Due | $ 16 550.00 | [redacted] | Program Payment |
| zcrm_5441472000001601978 | [redacted] | Past Due | $ 16 550.00 | [redacted] | Program Payment |
| zcrm_5441472000001579397 | [redacted] | Past Due | $ 16 550.00 | [redacted] | Program Payment |
| zcrm_5441472000001549084 | [redacted] | Past Due | $ 16 650.00 | [redacted] | Program Payment |
| zcrm_5441472000001581948 | [redacted] | Past Due | $ 16 675.00 | [redacted] | Program Payment |
| zcrm_5441472000003968051 | [redacted] | Past Due | $ 16 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001600435 | [redacted] | Past Due | $ 16 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001579407 | [redacted] | Past Due | $ 16 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001575702 | [redacted] | Past Due | $ 16 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001567305 | [redacted] | Past Due | $ 16 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001566667 | [redacted] | Past Due | $ 16 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001550778 | [redacted] | Past Due | $ 16 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001586032 | [redacted] | Past Due | $ 16 820.00 | [redacted] | Program Payment |
| zcrm_5441472000001571811 | [redacted] | Past Due | $ 16 840.00 | [redacted] | Program Payment |
| zcrm_5441472000001580873 | [redacted] | Past Due | $ 16 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001569650 | [redacted] | Past Due | $ 17 025.00 | [redacted] | Program Payment |
| zcrm_5441472000003985176 | [redacted] | Past Due | $ 17 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003971362 | [redacted] | Past Due | $ 17 200.00 | [redacted] | Program Payment |
| zcrm_5441472000002228218 | [redacted] | Past Due | $ 17 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001603606 | [redacted] | Past Due | $ 17 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001596973 | [redacted] | Past Due | $ 17 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001589398 | [redacted] | Past Due | $ 17 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001573489 | [redacted] | Past Due | $ 17 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001548469 | [redacted] | Past Due | $ 17 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001577361 | [redacted] | Past Due | $ 17 335.00 | [redacted] | Program Payment |
| zcrm_5441472000001550131 | [redacted] | Past Due | $ 17 425.00 | [redacted] | Program Payment |
| zcrm_5441472000001558324 | [redacted] | Past Due | $ 17 445.00 | [redacted] | Program Payment |
| zcrm_5441472000001552254 | [redacted] | Past Due | $ 17 465.00 | [redacted] | Program Payment |
| zcrm_5441472000003979409 | [redacted] | Past Due | $ 17 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001608460 | [redacted] | Past Due | $ 17 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001598675 | [redacted] | Past Due | $ 17 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001606369 | [redacted] | Past Due | $ 17 650.00 | [redacted] | Program Payment |
| zcrm_5441472000001603595 | [redacted] | Past Due | $ 17 900.00 | [redacted] | Program Payment |
| zcrm_5441472000001588262 | [redacted] | Past Due | $ 17 925.00 | [redacted] | Program Payment |
| zcrm_5441472000003998934 | [redacted] | Past Due | $ 18 000.00 | [redacted] | Program Payment |
| zcrm_5441472000003964842 | [redacted] | Past Due | $ 18 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001607881 | [redacted] | Past Due | $ 18 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001603607 | [redacted] | Past Due | $ 18 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001574557 | [redacted] | Past Due | $ 18 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001565583 | [redacted] | Past Due | $ 18 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001559450 | [redacted] | Past Due | $ 18 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001565620 | [redacted] | Past Due | $ 18 115.00 | [redacted] | Program Payment |
| zcrm_5441472000003986698 | [redacted] | Past Due | $ 18 140.00 | [redacted] | Program Payment |
| zcrm_5441472000001567913 | [redacted] | Past Due | $ 18 200.00 | [redacted] | Program Payment |
| zcrm_5441472000002844475 | [redacted] | Past Due | $ 18 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001604169 | [redacted] | Past Due | $ 18 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001572365 | [redacted] | Past Due | $ 18 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001572277 | [redacted] | Past Due | $ 18 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001569619 | [redacted] | Past Due | $ 18 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001553507 | [redacted] | Past Due | $ 18 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001549637 | [redacted] | Past Due | $ 18 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001546243 | [redacted] | Past Due | $ 18 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001423685 | [redacted] | Past Due | $ 18 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001570771 | [redacted] | Past Due | $ 18 412.00 | [redacted] | Program Payment |
| zcrm_5441472000001592243 | [redacted] | Past Due | $ 18 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001571259 | [redacted] | Past Due | $ 18 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001569655 | [redacted] | Past Due | $ 18 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001559436 | [redacted] | Past Due | $ 18 800.00 | [redacted] | Program Payment |

| | | | | | |
|---|---|---|---|---|---|
| zcrm_5441472000001557811 | [redacted] | Past Due | $ 18 800.00 | [redacted] | Program Payment |
| zcrm_5441472000003975351 | [redacted] | Past Due | $ 19 125.00 | [redacted] | Program Payment |
| zcrm_5441472000001426989 | [redacted] | Past Due | $ 19 195.00 | [redacted] | Program Payment |
| zcrm_5441472000004012543 | [redacted] | Past Due | $ 19 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003966480 | [redacted] | Past Due | $ 19 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003658897 | [redacted] | Past Due | $ 19 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001578316 | [redacted] | Past Due | $ 19 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001559437 | [redacted] | Past Due | $ 19 200.00 | [redacted] | Program Payment |
| zcrm_5441472000003994830 | [redacted] | Past Due | $ 19 225.00 | [redacted] | Program Payment |
| zcrm_5441472000003964157 | [redacted] | Past Due | $ 19 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001602489 | [redacted] | Past Due | $ 19 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001585938 | [redacted] | Past Due | $ 19 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001564532 | [redacted] | Past Due | $ 19 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001561753 | [redacted] | Past Due | $ 19 600.00 | [redacted] | Program Payment |
| zcrm_5441472000003655056 | [redacted] | Past Due | $ 19 780.00 | [redacted] | Program Payment |
| zcrm_5441472000001554080 | [redacted] | Past Due | $ 19 900.00 | [redacted] | Program Payment |
| zcrm_5441472000003849395 | [redacted] | Past Due | $ 20 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001578826 | [redacted] | Past Due | $ 20 000.00 | [redacted] | Program Payment |
| zcrm_5441472000001587104 | [redacted] | Past Due | $ 20 225.00 | [redacted] | Program Payment |
| zcrm_5441472000001608454 | [redacted] | Past Due | $ 20 550.00 | [redacted] | Program Payment |
| zcrm_5441472000001577762 | [redacted] | Past Due | $ 20 610.00 | [redacted] | Program Payment |
| zcrm_5441472000003964803 | [redacted] | Past Due | $ 20 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001423160 | [redacted] | Past Due | $ 21 153.00 | [redacted] | Program Payment |
| zcrm_5441472000002323237 | [redacted] | Past Due | $ 21 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001582529 | [redacted] | Past Due | $ 21 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001578315 | [redacted] | Past Due | $ 21 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001551331 | [redacted] | Past Due | $ 21 600.00 | [redacted] | Program Payment |
| zcrm_5441472000001595460 | [redacted] | Past Due | $ 21 625.00 | [redacted] | Program Payment |
| zcrm_5441472000001423161 | [redacted] | Past Due | $ 21 815.00 | [redacted] | Program Payment |
| zcrm_5441472000001585958 | [redacted] | Past Due | $ 22 050.00 | [redacted] | Program Payment |
| zcrm_5441472000003980261 | [redacted] | Past Due | $ 22 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001576842 | [redacted] | Past Due | $ 22 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001570671 | [redacted] | Past Due | $ 22 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001604633 | [redacted] | Past Due | $ 23 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001592233 | [redacted] | Past Due | $ 23 200.00 | [redacted] | Program Payment |
| zcrm_5441472000001600370 | [redacted] | Past Due | $ 24 400.00 | [redacted] | Program Payment |
| zcrm_5441472000001556756 | [redacted] | Past Due | $ 25 800.00 | [redacted] | Program Payment |
| zcrm_5441472000001564531 | [redacted] | Past Due | $ 25 855.00 | [redacted] | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

RLI INSURANCE COMPANY,

Plaintiff/Counterclaim Defendant,

v.                                    Case No.: 5:18-cv-00066-MFU-JCH

NEXUS SERVICES, INC., *et. al.*

Defendant/Counterclaim Plaintiffs

**DEFENDANT'S ANSWERS TO INTERROGATORIES**

# Annex 6

# Nexus Services Inc.

## Transaction Report

January 1 - June 26, 2023

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | SPLIT | AMOUNT | BALANCE |
|------|------------------|-----|------|------------------|---------|-------|--------|---------|
| Shareholder Loan - RM | | | | | | | | |
| 1053 - Marriott Personal | | | | | | | | |
| Beginning Balance | | | | | | | | 3,189.18 |
| **Total for 1053 - Marriott Personal** | | | | | | | | |
| Barclay - 6519 | | | | | | | | |
| Beginning Balance | | | | | | | | 80.64 |
| **Total for Barclay - 6519** | | | | | | | | |
| Barclay - 9640 | | | | | | | | |
| Beginning Balance | | | | | | | | 119,814.26 |
| **Total for Barclay - 9640** | | | | | | | | |
| Capital One - 1443 | | | | | | | | |
| Beginning Balance | | | | | | | | -3,654.78 |
| **Total for Capital One - 1443** | | | | | | | | |
| Capital One - 1669 | | | | | | | | |
| Beginning Balance | | | | | | | | -18.52 |
| **Total for Capital One - 1669** | | | | | | | | |
| Capital One - 4409 | | | | | | | | |
| Beginning Balance | | | | | | | | -63.19 |
| **Total for Capital One - 4409** | | | | | | | | |
| Capital One - 8375 | | | | | | | | |
| Beginning Balance | | | | | | | | -47.07 |
| **Total for Capital One - 8375** | | | | | | | | |
| Personal Credit Card Payments | | | | | | | | |
| Beginning Balance | | | | | | | | -520,543.75 |
| **Total for Personal Credit Card Payments** | | | | | | | | |
| RM-AMEX-PERSONAL | | | | | | | | |
| Beginning Balance | | | | | | | | 137,557.47 |
| **Total for RM-AMEX-PERSONAL** | | | | | | | | |
| RM-UNITED-CHASE | | | | | | | | |
| Beginning Balance | | | | | | | | 10,703.24 |
| **Total for RM-UNITED-CHASE** | | | | | | | | |
| **Total for Shareholder Loan - RM** | | | | | | | | |
| **TOTAL** | | | | | | | | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division**

RLI INSURANCE COMPANY,

Plaintiff/Counterclaim Defendant,

v.                                    Case No.: 5:18-cv-00066-MFU-JCH

NEXUS SERVICES, INC., *et. al.*

Defendant/Counterclaim Plaintiffs

**DEFENDANT'S ANSWERS TO INTERROGATORIES**

# Annex 7

Law Offices

# FRANKLIN, DENNEY, WARD & STROSNIDER PLC

129 North Wayne Avenue
Post Office Drawer 1140
Waynesboro, Virginia 22980
Sender's Direct Dial: 540-946-4408

Ronald W. Denney
Jeffrey A. Ward
Stephen K. Strosnider

----------------------

Samuel M. Pender

Humes J. Franklin, Sr.
(1906-1999)

Sender's Direct e-mail
jward@fdwslaw.com

June 20, 2023

CERTIFIED MAIL, RETURN RECEIPT

Nexus Commercial Ventures LLC
113 Mill Place Parkway #103
Verona, VA  24482

Micheal Donovan
47 S. Windsong Ct.
Fishersville, VA 22939

Richard Moore
47 S. Windsong Ct.
Fishersville, VA  22939

Re:     113 Mill Place Parkway, Suite 103, Verona, Virginia

Gentlemen:

At the request of Mill Place Office Park LC, owners and holders of a certain note made by you in the original principal amount of $4,072,500.00  (the "Note"), which note is secured by the lien of  a certain wrap around deed of trust dated February 2, 2016 and recorded in the Clerk's Office of the Circuit Court for the County of Augusta, Virginia as Instrument Number 160001639, (the "Deed of Trust"), encumbering the real estate and all improvements described above, all as described in the aforesaid deed of trust, the undersigned Substitute Trustee with full power to act gives notice as follows:

1.  That the Note, secured by the Deed of Trust, is in default for non-payment of monthly installments as provided in the Note;

2.  That the default has not been cured as previously demanded by the lender;

3.  That the Note and all of the debts and obligations, including all principal, interest and lawful charges secured by the Deed of Trust are hereby accelerated and declared to be immediately due and payable in full.  **Please note that if you have filed bankruptcy and have not reaffirmed the debt, this is not a proceeding against you personally for any amount due, but to proceed with foreclosure as to the real estate as allowed by bankruptcy and state law;**

4.  That the aforementioned property will be sold by foreclosure proceedings at public auction, unless the entire balance of the Note (including all principal, interest, and lawful charges) is paid in full before the sale hereinafter mentioned.

Telephone: 540-946-4400
Real Estate Department: 540-946-4412

Facsimile: 540-946-4417
e-mail: info@fdwslaw.com

Nexus Commercial Ventures LLC
June 20, 2023
Page 2

     In connection with the foreclosure sale, you are hereby given the following information:

    1.  Date and Time of Sale:

        **July 26, 2023 @ 11:30 AM**

    2.  Place of Foreclosure Sale:

        **At front entrance of Augusta County Circuit Court
1 East Johnson Street, Staunton, Virginia**

    3.  Publication of Notice of Foreclosure Sale:

        **The Staunton News Leader
July 14 & 21, 2023**

    4.  Terms of Foreclosure Sale:  Cash.  A bidder's deposit of ten percent (10%) of the sale price will be required on the date of sale.  The entire amount of the successful bid must be paid in full, in cash, within thirty (30) days after sale.

    5.  Effect of Foreclosure Sale:  The sale will cause you to lose the Property and you will have to give up possession of the Property as hereinafter provided.  In this regard, it is noted that Section 55.1-320 (7) of the Code of Virginia, 1950, as amended, provides that upon default, the Trustee is empowered to take possession of the premises and to proceed to sell the same at auction.  Therefore, you should make plans to remove yourself from the premises forthwith and in the interim you will be expected to cooperate in showing the premises to prospective buyers.

    6.  Foreclosure Made Subject to Easements and Restrictions:  The sale will be made subject to all existing easements and restrictive covenants as the same may lawfully apply to the Property.

    7.  Amounts Needed to Avoid Foreclosure:  The lender advises that the Note has a present unpaid balance of $3,909,344.43 as of June 16, 2023, including late fees and interest (per diem is approx. $659.88). In addition, the lender has incurred to date attorney's fees and there may also be unpaid real estate taxes and insurance. The deed of trust lien will also cover any expenses, including attorney's fees, trustee's fees, advertising fees, and other expenses which the lender has incurred and will incur in connection with the foreclosure sale.

Nexus Commercial Ventures LLC
June 20, 2023
Page 3

8.  Disposition of Remaining Personal Property Items after Foreclosure Sale:  If any personal property items remain in or on the real estate or improvements after the date of sale, it will be deemed abandoned and it will be disposed of as the new owner determines is appropriate.

Enclosed for your information is a copy of the foreclosure advertisement that will be published as stated herein.

**The undersigned Trustee is attempting to collect a debt for Mill Place Office Park LC and any information obtained will be used for that purpose.**

**Unless you dispute the validity of all or a part of the debt within thirty (30) days, the debt will be assumed to be valid by us.  However, if you notify us in writing within the thirty (30) day period that all or part of the debt is disputed, we will obtain verification of the debt and mail a copy of such verification to you.  Also, upon your written request within the thirty (30) day period, we will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for those purposes.**

Should you desire to avoid the foreclosure sale and satisfy the Note, you should contact the undersigned immediately.

Very truly yours,

Jeffrey A. Ward
Substitute Trustee

JAW/ard

cc:    Mill Place Office Park LC

Enclosures- substitution of trustee, FDCPA notice, advertisement

## NOTICE OF TRUSTEE'S SALE
### 113 Mill Place Parkway, Suite 103, Verona, Virginia
### Tax Map 46-73C

In execution of a Deed of Trust in the original amount of $4,072,500.00 dated February 26, 2016 recorded as Instrument Number 160001639 in the land records of the County of Augusta, Virginia, default having been made in the payments of the indebtedness thereby secured, the undersigned will on

### July 26, 2023 @ 11:30 AM

at the front entrance of the Augusta County Circuit Court, 1 East Johnson Street, Staunton, Virginia, offer for sale at public auction the property and improvements thereon, described as follows:

**All that certain lot or parcel of land, together with all rights, privileges and appurtenances thereunto belonging or in anywise appertaining, lying and being in Beverley Manor District of Augusta County, Virginia, containing 5.543 acres, and more particularly described as Lot 14 on that certain plat entitled "Plat of Lot 14 Mill Place Commerce Park Section 3, Beverley Manor Dist., Augusta Co., VA" dated March 8, 2005, revised April 26, 2005, prepared by R. E. Funk-Land Surveyor, and attached to that certain Deed of Subdivision and Easement recorded in the Clerk's Office of the Circuit Court of Augusta County, Virginia with Instrument No. 050005774.**

TERMS OF SALE: CASH

This sale is subject to all matters of record in the chain of title to the above property, and also subject to mechanics' and materialmen's liens of record and not of record, if any such liens exist.

A bidder's deposit of 10% of bid amount, in cash, certified or cashier's check, is required at the time of sale, with the balance due at settlement, to be held within 30 days from the sale date at the office of the Trustee. The property and improvements thereon shall be sold in "as is" condition. All costs of conveyance, by special warranty deed, will be at the cost of the purchaser. Real estate taxes shall be prorated to date of sale. Additional terms of sale shall be announced at the time of sale and contained in a memorandum of sale which the successful bidder shall be required to sign.

JEFFREY A. WARD
SUBSTITUTE TRUSTEE

For more information please contact:
Jeffrey A. Ward
Franklin, Denney, Ward, & Strosnider PLC
129 N. Wayne Ave., Waynesboro, Virginia 22980
540-946-4408 email: jward@fdwslaw.com

**NOTICE REQUIRED BY THE FAIR DEBT COLLECTIONS PRACTICES ACT, 15 U.S.C., SECTION 1692, et seq.**

The law firm of Franklin, Denney, Ward & Strosnider PLC, has been retained to initiate foreclosure proceedings to foreclose the mortgage on your property.  The following information is provided to you as required by the Federal Fair Debt Collections Practices Act:

1.      As of June 16, 2023, our client has advised us that the amount of the debt is $3,909,344.43.

2.      The creditor to whom the debt is owed is Mill Place Office Park LC.

3.      If this is the initial communication that we have forwarded to you, the following applies: the Fair Debt Collection Practices Act entitled you to dispute the debt, or any portion thereof, within thirty (30) days of your receipt of this letter.  The law also entitles you to request that we provide you the name of the original creditor if the original creditor is different from the current creditor, our client Mill Place Office Park LC.  If you choose to dispute the debt, or any portion thereof, or if you choose to request the name of the original creditor, you must notify us within thirty (30) days of the date you receive this letter.  Unless you dispute the validity of the debt within thirty (30) days after receipt of this Notice, the debt will be assumed to be valid by this firm.

4.      If this is the initial communication that we have forwarded to you, the following applies:  if you notify us within thirty (30) days of the date you receive this letter that you are disputing the debt or any portion thereof, or if you notify us within thirty (30) days of the date you receive this letter that you want to know the name of the original creditor if that creditor is different from our client, Mill Place Office Park, LC then we will obtain and mail to you verification of the debt and/or the name and address of the original creditor.

5.      The Fair Debt Collection Practices Act does not require that we wait until thirty (30) days from the date you receive this letter before we initiate foreclosure proceedings to foreclose on your mortgage. In the event we do initiate foreclosure proceedings to foreclose on your mortgage, within thirty (30) days from the date you receive this letter, you still retain the right to dispute the debt, or any portion thereof and you also retain the right to request the name of the original creditor if the original creditor is different from the current creditor, our client, Mill Place Office Park LC.  Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater.  Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection.  For further information, call 540-946-4408.

Any requests should be addressed to:
Jeffrey A. Ward, Esquire
Franklin, Denney, Ward & Strosnider PLC
540-946-4408
E-mail:  jward@fdwslaw.com

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, YOU ARE ADVISED THAT THIS OFFICE IS DEEMED TO BE A DEBT COLLECTOR.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  NO DEBT COLLECTION ATTEMPT WILL BE MADE IN VIOLATION OF THE AUTOMATIC STAY OF 11 U.S.C., Section 362(a), OR OF ANY BANKRUPTCY DISCHARGE OR BANKRUPTCY COURT ORDER.**

**This document prepared by:**                     Tax Map  46-73C
Jeffrey A. Ward  VSB #20702
Franklin, Denney, Ward, & Strosnider PLC
129 N. Wayne Avenue, Waynesboro, VA

### APPOINTMENT OF SUBSTITUTE TRUSTEE

      WHEREAS, **MILL PLACE OFFICE PARK LC**, whose address is 28 Imperial Drive, Staunton, Virginia, Grantor herein, is the Noteholder of the note secured by the described Deed of Trust and the Original Grantor, Borrower herein, of said Deed of Trust is:
**NEXUS COMMERCIAL VENTURES LLC;**

      and the Original Trustee is:
**MILLER LEVIN PC** whose address is 11 Terry Court, Staunton, Virginia;

      and the Substitute Trustee is:
**JEFFREY A. WARD**, of 129 N. Wayne Avenue, Waynesboro, Virginia, **GRANTEE** herein; and

      WHEREAS, by a certain Deed of Trust dated February 26, 2016 and recorded in the Augusta County Circuit Court Clerk's Office as Instrument Number 160001639, said Original Grantor conveyed to the Original Trustee certain property described in said Deed of Trust to secure the payment of $4,072,500.00 as evidenced by a note made by the Original Grantor payable to Mill Place Office Park LC; and

      WHEREAS, substitution of Trustees is provided for under the provision of Section 55-59(9) of the Code of Virginia (1950) as amended;

      NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustee and appoint as Substitute Trustee the Grantee named above, and said Grantee, as Substitute Trustee, shall act in accordance with the provisions of said Deed of Trust, and have all rights, powers, privileges, and duties conferred upon the Original Trustees by the terms of said Deed of Trust and by applicable law.

      WITNESS the following signature and seal this 14th day of  June, 2023.

         MILL PLACE OFFICE PARK LC,
         a Virginia limited liability company

         By: _____ (SEAL)
              Franklin L. Root, Manager

STATE OF VIRGINIA

COUNTY OF AUGUSTA, To wit:

I, the undersigned Notary Public in and for the jurisdiction aforesaid, hereby certify that Franklin L. Root, Manager, Mill Place Office Park LC and acknowledged the foregoing before me this _14th_ day of June, 2023.

My commission expires: ___9-30-23___

(SEAL)

_NOTARY PUBLIC_

Law Offices

# FRANKLIN, DENNEY, WARD & STROSNIDER PLC

129 North Wayne Avenue
Post Office Drawer 1140
Waynesboro, Virginia 22980
Sender's Direct Dial: 540-946-4408

Ronald W. Denney
Jeffrey A. Ward
Stephen K. Strosnider

Humes J. Franklin, Sr.
(1906-1999)

Sender's Direct e-mail
jwardr@fdwslaw.com

Samuel M. Pender

June 20, 2023

CERTIFIED MAIL, RETURN RECEIPT

Micheal Donovan          Richard Moore
47 S. Windsong Ct.       47 S. Windsong Ct.
Fishersville, VA 22939   Fishersville, VA  22939

Re:     TBD  (Lot 70)  Windsong Court, Fishersville, Virginia

Gentlemen:

At the request of Windward Pointe, LC, owners and holders of a certain note made by you in the original principal amount of $97,445.00  (the "Note"), which note is secured by the lien of  a certain deed of trust dated October 1, 2014 and recorded in the Clerk's Office of the Circuit Court for the County of Augusta, Virginia as Instrument Number 140006866, (the "Deed of Trust"), encumbering the real estate and all improvements described above, all as described in the aforesaid deed of trust, the undersigned Substitute Trustee with full power to act gives notice as follows:

1.  That the Note, secured by the Deed of Trust, is in default for non-payment of monthly installments as provided in the Note;

2.  That the default has not been cured as previously demanded by the lender;

3.  That the Note and all of the debts and obligations, including all principal, interest and lawful charges secured by the Deed of Trust are hereby accelerated and declared to be immediately due and payable in full.  **Please note that if you have filed bankruptcy and have not reaffirmed the debt, this is not a proceeding against you personally for any amount due, but to proceed with foreclosure as to the real estate as allowed by bankruptcy and state law;**

4.  That the aforementioned property will be sold by foreclosure proceedings at public auction, unless the entire balance of the Note (including all principal, interest, and lawful charges) is paid in full before the sale hereinafter mentioned.

Telephone: 540-946-4400
Real Estate Department: 540-946-4412

Facsimile: 540-946-4417
e-mail: info@fdwslaw.com

Micheal Paul Donovan & Richard Edward Moore
June 20, 2023
Page 2

In connection with the foreclosure sale, you are hereby given the following information:

1. Date and Time of Sale:

   **July 26, 2023 @ 11:35 AM**

2. Place of Foreclosure Sale:

   **At front entrance of Augusta County Circuit Court
   1 East Johnson Street, Staunton, Virginia**

3. Publication of Notice of Foreclosure Sale:

   **The Staunton News Leader
   July 14 & 21, 2023**

4. Terms of Foreclosure Sale: Cash. A bidder's deposit of ten percent (10%) of the sale price will be required on the date of sale. The entire amount of the successful bid must be paid in full, in cash, within thirty (30) days after sale.

5. Effect of Foreclosure Sale: The sale will cause you to lose the Property and you will have to give up possession of the Property as hereinafter provided. In this regard, it is noted that Section 55.1-320 (7) of the Code of Virginia, 1950, as amended, provides that upon default, the Trustee is empowered to take possession of the premises and to proceed to sell the same at auction. Therefore, you should make plans to remove yourself from the premises forthwith and in the interim you will be expected to cooperate in showing the premises to prospective buyers.

6. Foreclosure Made Subject to Easements and Restrictions: The sale will be made subject to all existing easements and restrictive covenants as the same may lawfully apply to the Property.

7. Amounts Needed to Avoid Foreclosure: The lender advises that the Note has a present unpaid balance of $64,240.77 as of June 16, 2023, including late fees and interest (per diem is approx. $14.75). In addition, the lender has incurred to date attorney's fees and there may also be unpaid real estate taxes and insurance. The deed of trust lien will also cover any expenses, including attorney's fees, trustee's fees, advertising fees, and other expenses which the lender has incurred and will incur in connection with the foreclosure sale.

Micheal Paul Donovan & Richard Edward Moore
June 20, 2023
Page 3

    8.  Disposition of Remaining Personal Property Items after Foreclosure Sale:  If any personal property items remain in or on the real estate or improvements after the date of sale, it will be deemed abandoned and it will be disposed of as the new owner determines is appropriate.

    Enclosed for your information is a copy of the foreclosure advertisement that will be published as stated herein.

    **The undersigned Trustee is attempting to collect a debt for Windward Pointe, LC and any information obtained will be used for that purpose.**

    **Unless you dispute the validity of all or a part of the debt within thirty (30) days, the debt will be assumed to be valid by us.  However, if you notify us in writing within the thirty (30) day period that all or part of the debt is disputed, we will obtain verification of the debt and mail a copy of such verification to you.  Also, upon your written request within the thirty (30) day period, we will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for those purposes.**

    Should you desire to avoid the foreclosure sale and satisfy the Note, you should contact the undersigned immediately.

Very truly yours,

Jeffrey A. Ward
Substitute Trustee

JAW/ard

cc:   Windward Pointe, LC

Enclosures- substitution of trustee, FDCPA notice, advertisement

<div align="center">

**NOTICE OF TRUSTEE'S SALE**
**TBD Windsong Court, Fishersville, VA**
**Tax Map 67a3-(3)-70**

</div>

In execution of a Deed of Trust in the original amount of $97,445.00 dated October 1, 2014 recorded as Instrument Number 140006866 in the land records of the County of Augusta, Virginia, default having been made in the payments of the indebtedness thereby secured, the undersigned will on

<div align="center">

**July 26, 2023 @ 11:35 AM**

</div>

at the front entrance of the Augusta County Circuit Court, 1 East Johnson Street, Staunton, Virginia, offer for sale at public auction the property and improvements thereon, described as follows:

**All of that certain lot or parcel of land, with all improvements thereon and appurtenances thereto belonging, situate in Wayne District, Augusta County, Virginia, designated as Lot 70 as shown on plat entitled "Plat of Windward Pointe, Section Three, Wayne District, Augusta County, Virginia" made by Ingram-Hagen & Co., P.L.C., Surveyor-Engineers-Planners, dated February 1, 2005 and last revised on March 28, 2006, of record in the Clerk's Office of the Circuit Court of Augusta County, Virginia, in Plat Book 1, Pages 6687 through 6691.**

TERMS OF SALE:  CASH

This sale is subject to all matters of record in the chain of title to the above property, and also subject to mechanics' and materialmen's liens of record and not of record, if any such liens exist.

A bidder's deposit of 10% of bid amount, in cash, certified or cashier's check, is required at the time of sale, with the balance due at settlement, to be held within 30 days from the sale date at the office of the Trustee.  The property and improvements thereon shall be sold in "as is" condition.  All costs of conveyance, by special warranty deed, will be at the cost of the purchaser.  Real estate taxes shall be prorated to date of sale.  Additional terms of sale shall be announced at the time of sale and contained in a memorandum of sale which the successful bidder shall be required to sign.

<div align="center">

JEFFREY A. WARD
SUBSTITUTE TRUSTEE

</div>

For more information please contact:
Jeffrey A. Ward
Franklin, Denney, Ward, & Strosnider PLC
129 N. Wayne Ave., Waynesboro, Virginia 22980
540-946-4408 email: jward@fdwslaw.com

**NOTICE REQUIRED BY THE FAIR DEBT COLLECTIONS PRACTICES ACT, 15 U.S.C.,
SECTION 1692, et seq.**

The law firm of Franklin, Denney, Ward & Strosnider PLC, has been retained to initiate
foreclosure proceedings to foreclose the mortgage on your property.  The following information is
provided to you as required by the Federal Fair Debt Collections Practices Act:

1.      As of June 16, 2023, our client has advised us that the amount of the debt is $64,240.77.

2.      The creditor to whom the debt is owed is Windward Pointe, LC.

3.      If this is the initial communication that we have forwarded to you, the following applies: the Fair
Debt Collection Practices Act entitled you to dispute the debt, or any portion thereof, within thirty (30)
days of your receipt of this letter.  The law also entitles you to request that we provide you the name of
the original creditor if the original creditor is different from the current creditor, our client Windward
Pointe, LC.  If you choose to dispute the debt, or any portion thereof, or if you choose to request the name
of the original creditor, you must notify us within thirty (30) days of the date you receive this letter.
Unless you dispute the validity of the debt within thirty (30) days after receipt of this Notice, the debt will
be assumed to be valid by this firm.

4.      If this is the initial communication that we have forwarded to you, the following applies:  if you
notify us within thirty (30) days of the date you receive this letter that you are disputing the debt or any
portion thereof, or if you notify us within thirty (30) days of the date you receive this letter that you want
to know the name of the original creditor if that creditor is different from our client, Windward Pointe,
LC, then we will obtain and mail to you verification of the debt and/or the name and address of the
original creditor.

5.      The Fair Debt Collection Practices Act does not require that we wait until thirty (30) days from
the date you receive this letter before we initiate foreclosure proceedings to foreclose on your mortgage.
In the event we do initiate foreclosure proceedings to foreclose on your mortgage, within thirty (30) days
from the date you receive this letter, you still retain the right to dispute the debt, or any portion thereof
and you also retain the right to request the name of the original creditor if the original creditor is different
from the current creditor, our client, Windward Pointe, LC.  Because of interest, late charges, and other
charges that may vary from day to day, the amount due on the day you pay may be greater.  Hence, if you
pay the amount shown above, an adjustment may be necessary after we receive your check, in which
event we will inform you before depositing the check for collection.  For further information, call 540-
946-4408.

Any requests should be addressed to:
Jeffrey A. Ward, Esquire
Franklin, Denney, Ward & Strosnider PLC
540-946-4408
E-mail: jward@fdwslaw.com

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, YOU ARE ADVISED
THAT THIS OFFICE IS DEEMED TO BE A DEBT COLLECTOR.  ANY INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.  NO DEBT COLLECTION ATTEMPT
WILL BE MADE IN VIOLATION OF THE AUTOMATIC STAY OF 11 U.S.C., Section 362(a),
OR OF ANY BANKRUPTCY DISCHARGE OR BANKRUPTCY COURT ORDER.**

This document prepared by:         Tax Map  67a3-(3)-70
Jeffrey A. Ward  VSB #20702
Franklin, Denney, Ward, & Strosnider PLC
129 N. Wayne Avenue, Waynesboro, VA

### APPOINTMENT OF SUBSTITUTE TRUSTEE

      WHEREAS, **WINDWARD POINTE, LC**, whose address is 28 Imperial Drive, Staunton, Virginia, Grantor herein, is the Noteholder of the note secured by the described Deed of Trust and the Original Grantor, Borrower herein, of said Deed of Trust is:
      **MICHEAL PAUL DONOVAN** and **RICHARD EDWARD MOORE;**

      and the Original Trustee is:
      **MILLER LEVIN PC** whose address is 11 Terry Court, Staunton, Virginia;

      and the Substitute Trustee is:
      **JEFFREY A. WARD**, of 129 N. Wayne Avenue, Waynesboro, Virginia, **GRANTEE** herein; and

      WHEREAS, by a certain Deed of Trust dated October 1, 2014 and recorded in the Augusta County Circuit Court Clerk's Office as Instrument Number 140006866, said Original Grantor conveyed to the Original Trustee certain property described in said Deed of Trust to secure the payment of $97,445.00 as evidenced by a note made by the Original Grantor payable to Windward Pointe, LC; and

      WHEREAS, substitution of Trustees is provided for under the provision of Section 55-59(9) of the Code of Virginia (1950) as amended;

      NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustee and appoint as Substitute Trustee the Grantee named above, and said Grantee, as Substitute Trustee, shall act in accordance with the provisions of said Deed of Trust, and have all rights, powers, privileges, and duties conferred upon the Original Trustees by the terms of said Deed of Trust and by applicable law.

      WITNESS the following signature and seal this _14th_ day of June, 2023.

                WINDWARD POINTE, LC, a
                Virginia limited liability company

      By:_____(SEAL)
              Franklin L. Root, Manager

STATE OF VIRGINIA
CITY/COUNTY OF ___Augusta_____, To wit:

    I, the undersigned Notary Public in and for the jurisdiction aforesaid, hereby certify that Franklin L. Root, Manager, Windward Pointe, LC signed and acknowledged the foregoing before me this ___14th___ day of June, 2023.

    My commission expires: ___9-30-23_____

(SEAL)

                                      NOTARY PUBLIC

Law Offices

# FRANKLIN, DENNEY, WARD & STROSNIDER PLC

129 North Wayne Avenue
Post Office Drawer 1140
Waynesboro, Virginia 22980
Sender's Direct Dial: 540-946-4408

Ronald W. Denney
Jeffrey A. Ward
Stephen K. Strosnider
—————————————
Samuel M. Pender

Humes J. Franklin, Sr.
(1906-1999)

Sender's Direct e-mail
jward@fdwslaw.com

June 20, 2023

CERTIFIED MAIL, RETURN RECEIPT

Nexus Properties, LLC
113 Mill Place Parkway #103
Verona, VA  24482

Micheal Donovan
47 S. Windsong Ct.
Fishersville, VA 22939

Richard Moore
47 S. Windsong Ct.
Fishersville, VA  22939

Re:   43 S. Windsong Court, Fishersville, Virginia

Gentlemen:

At the request of Four Fifty-Five, LLC, owners and holders of a certain note made by you in the original principal amount of $345,258.00  (the "Note"), which note is secured by the lien of a certain wrap around deed of trust dated December 23, 2014 and recorded in the Clerk's Office of the Circuit Court for the County of Augusta, Virginia as Instrument Number 140008772, (the "Deed of Trust"), encumbering the real estate and all improvements described above, all as described in the aforesaid deed of trust, the undersigned Substitute Trustee with full power to act gives notice as follows:

1.  That the Note, secured by the Deed of Trust, is in default for non-payment of monthly installments as provided in the Note;

2.  That the default has not been cured as previously demanded by the lender;

3.  That the Note and all of the debts and obligations, including all principal, interest and lawful charges secured by the Deed of Trust are hereby accelerated and declared to be immediately due and payable in full.  **Please note that if you have filed bankruptcy and have not reaffirmed the debt, this is not a proceeding against you personally for any amount due, but to proceed with foreclosure as to the real estate as allowed by bankruptcy and state law;**

4.  That the aforementioned property will be sold by foreclosure proceedings at public auction, unless the entire balance of the Note (including all principal, interest, and lawful charges) is paid in full before the sale hereinafter mentioned.

Telephone: 540-946-4400
Real Estate Department: 540-946-4412

Facsimile: 540-946-4417
e-mail: info@fdwslaw.com

Nexus Properties, LLC
June 20, 2023
Page 2

In connection with the foreclosure sale, you are hereby given the following information:

1.  Date and Time of Sale:

   **July 26, 2023 @ 11:45 AM**

2.  Place of Foreclosure Sale:

   **At front entrance of Augusta County Circuit Court
   1 East Johnson Street, Staunton, Virginia**

3.  Publication of Notice of Foreclosure Sale:

   **The Staunton News Leader
   July 14 & 21, 2023**

4.  Terms of Foreclosure Sale:  Cash.  A bidder's deposit of ten percent (10%) of the sale price will be required on the date of sale.  The entire amount of the successful bid must be paid in full, in cash, within thirty (30) days after sale.

5.  Effect of Foreclosure Sale:  The sale will cause you to lose the Property and you will have to give up possession of the Property as hereinafter provided.  In this regard, it is noted that Section 55.1-320 (7) of the Code of Virginia, 1950, as amended, provides that upon default, the Trustee is empowered to take possession of the premises and to proceed to sell the same at auction.  Therefore, you should make plans to remove yourself from the premises forthwith and in the interim you will be expected to cooperate in showing the premises to prospective buyers.

6.  Foreclosure Made Subject to Easements and Restrictions:  The sale will be made subject to all existing easements and restrictive covenants as the same may lawfully apply to the Property.

7.  Amounts Needed to Avoid Foreclosure:  The lender advises that the Note has a present unpaid balance of $314,340.46 as of June 16, 2023, including late fees and interest (per diem is approx. $54.85). In addition, the lender has incurred to date attorney's fees and there may also be unpaid real estate taxes and insurance. The deed of trust lien will also cover any expenses, including attorney's fees, trustee's fees, advertising fees, and other expenses which the lender has incurred and will incur in connection with the foreclosure sale.

Nexus Properties, LLC
June 20, 2023
Page 3

8.  Disposition of Remaining Personal Property Items after Foreclosure Sale:  If any personal property items remain in or on the real estate or improvements after the date of sale, it will be deemed abandoned and it will be disposed of as the new owner determines is appropriate.

Enclosed for your information is a copy of the foreclosure advertisement that will be published as stated herein.

**The undersigned Trustee is attempting to collect a debt for Four Fifty-Five, LLC and any information obtained will be used for that purpose.**

**Unless you dispute the validity of all or a part of the debt within thirty (30) days, the debt will be assumed to be valid by us.  However, if you notify us in writing within the thirty (30) day period that all or part of the debt is disputed, we will obtain verification of the debt and mail a copy of such verification to you.  Also, upon your written request within the thirty (30) day period, we will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for those purposes.**

Should you desire to avoid the foreclosure sale and satisfy the Note, you should contact the undersigned immediately.

Very truly yours,

Jeffrey A. Ward
Substitute Trustee

JAW/ard

cc:    Four Fifty-Five, LLC

Enclosures- substitution of trustee, FDCPA notice, advertisement

## NOTICE OF TRUSTEE'S SALE
### 43 S. Windsong Court, Fishersville, Virginia
### Tax Map 67a3-(3)-72

In execution of a Deed of Trust in the original amount of $345,258.00 dated December 23, 2014 recorded as Instrument Number 140008772 in the land records of the County of Augusta, Virginia, default having been made in the payments of the indebtedness thereby secured, the undersigned will on

### July 26, 2023 @ 11:45 AM

at the front entrance of the Augusta County Circuit Court, 1 East Johnson Street, Staunton, Virginia, offer for sale at public auction the property and improvements thereon, described as follows:

**All that certain lot or parcel of land, with all improvements thereon and appurtenances thereto belonging, situate in Wayne District, Augusta County, Virginia, designated as Lot 72 as shown on plat entitled "Plat of Windward Pointe, Section Three, Wayne District, Augusta County, Virginia" made by Ingram-Hagen & Co., P.L.C., Surveyor-Engineers-Planners, dated February 1, 2005 and last revised on March 28, 2006 of record in the Clerk's Office of the Circuit Court of Augusta County, Virginia in Plat Book 1, Pages 6687 through 6691.**

TERMS OF SALE: CASH

This sale is subject to all matters of record in the chain of title to the above property, and also subject to mechanics' and materialmen's liens of record and not of record, if any such liens exist.

A bidder's deposit of 10% of bid amount, in cash, certified or cashier's check, is required at the time of sale, with the balance due at settlement, to be held within 30 days from the sale date at the office of the Trustee. The property and improvements thereon shall be sold in "as is" condition. All costs of conveyance, by special warranty deed, will be at the cost of the purchaser. Real estate taxes shall be prorated to date of sale. Additional terms of sale shall be announced at the time of sale and contained in a memorandum of sale which the successful bidder shall be required to sign.

JEFFREY A. WARD
SUBSTITUTE TRUSTEE

For more information please contact:
Jeffrey A. Ward
Franklin, Denney, Ward, & Strosnider PLC
129 N. Wayne Ave., Waynesboro, Virginia 22980
540-946-4408 email: jward@fdwslaw.com

**NOTICE REQUIRED BY THE FAIR DEBT COLLECTIONS PRACTICES ACT, 15 U.S.C., SECTION 1692, et seq.**

The law firm of Franklin, Denney, Ward & Strosnider PLC, has been retained to initiate foreclosure proceedings to foreclose the mortgage on your property. The following information is provided to you as required by the Federal Fair Debt Collections Practices Act:

1.      As of June 16, 2023, our client has advised us that the amount of the debt is $314,430.46.
2.      The creditor to whom the debt is owed is Four Fifty-Five, LLC.
3.      If this is the initial communication that we have forwarded to you, the following applies: the Fair Debt Collection Practices Act entitled you to dispute the debt, or any portion thereof, within thirty (30) days of your receipt of this letter. The law also entitles you to request that we provide you the name of the original creditor if the original creditor is different from the current creditor, our client Four Fifty-Five, LLC. If you choose to dispute the debt, or any portion thereof, or if you choose to request the name of the original creditor, you must notify us within thirty (30) days of the date you receive this letter. Unless you dispute the validity of the debt within thirty (30) days after receipt of this Notice, the debt will be assumed to be valid by this firm.
4.      If this is the initial communication that we have forwarded to you, the following applies: if you notify us within thirty (30) days of the date you receive this letter that you are disputing the debt or any portion thereof, or if you notify us within thirty (30) days of the date you receive this letter that you want to know the name of the original creditor if that creditor is different from our client, Four Fifty-Five, LLC, then we will obtain and mail to you verification of the debt and/or the name and address of the original creditor.
5.      The Fair Debt Collection Practices Act does not require that we wait until thirty (30) days from the date you receive this letter before we initiate foreclosure proceedings to foreclose on your mortgage. In the event we do initiate foreclosure proceedings to foreclose on your mortgage, within thirty (30) days from the date you receive this letter, you still retain the right to dispute the debt, or any portion thereof and you also retain the right to request the name of the original creditor if the original creditor is different from the current creditor, our client, Four Fifty-Five, LLC. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, call 540-946-4408.

Any requests should be addressed to:
Jeffrey A. Ward, Esquire
Franklin, Denney, Ward & Strosnider PLC
540-946-4408
E-mail: jward@fdwslaw.com

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, YOU ARE ADVISED THAT THIS OFFICE IS DEEMED TO BE A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. NO DEBT COLLECTION ATTEMPT WILL BE MADE IN VIOLATION OF THE AUTOMATIC STAY OF 11 U.S.C., Section 362(a), OR OF ANY BANKRUPTCY DISCHARGE OR BANKRUPTCY COURT ORDER.**

**This document prepared by:**                                    Tax Map  67a3-(3)-72
Jeffrey A. Ward  VSB #20702
Franklin, Denney, Ward, & Strosnider PLC
129 N. Wayne Avenue, Waynesboro, VA

## APPOINTMENT OF SUBSTITUTE TRUSTEE

WHEREAS, **FOUR FIFTY-FIVE, LLC,** whose address is 28 Imperial Drive, Staunton, Virginia, Grantor herein, is the Noteholder of the note secured by the described Deed of Trust and the Original Grantor, Borrower herein, of said Deed of Trust is:
**NEXUS PROPERTIES, LLC;**

and the Original Trustee is:
**MILLER LEVIN PC** whose address is 11 Terry Court, Staunton, Virginia;

and the Substitute Trustee is:
**JEFFREY A. WARD**, of 129 N. Wayne Avenue, Waynesboro, Virginia, **GRANTEE** herein; and

WHEREAS, by a certain Deed of Trust dated December 23, 2014 and recorded in the Augusta County Circuit Court Clerk's Office as Instrument Number 140008772, said Original Grantor conveyed to the Original Trustee certain property described in said Deed of Trust to secure the payment of $345,258.00 as evidenced by a note made by the Original Grantor payable to Four Fifty-Five, LLC; and

WHEREAS, substitution of Trustees is provided for under the provision of Section 55-59(9) of the Code of Virginia (1950) as amended;

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustee and appoint as Substitute Trustee the Grantee named above, and said Grantee, as Substitute Trustee, shall act in accordance with the provisions of said Deed of Trust, and have all rights, powers, privileges, and duties conferred upon the Original Trustees by the terms of said Deed of Trust and by applicable law.

WITNESS the following signature and seal this  14th  day of June, 2023.

FOUR FIFTY-FIVE, LLC,
a Virginia limited liability company

By:_____(SEAL)
                Franklin L. Root, Manager

STATE OF VIRGINIA

COUNTY OF AUGUSTA, To wit:

I, the undersigned Notary Public in and for the jurisdiction aforesaid, hereby certify that Franklin L. Root, Manager, Four Fifty-Five, LLC and acknowledged the foregoing before me this ⎵14th⎵ day of June, 2023.

My commission expires: ⎵9-30-23⎵

⎵Marian R Simmons⎵
NOTARY PUBLIC

(SEAL)

Law Offices

# FRANKLIN, DENNEY, WARD & STROSNIDER PLC

129 North Wayne Avenue
Post Office Drawer 1140
Waynesboro, Virginia 22980
Sender's Direct Dial: 540-946-4408

Ronald W. Denney
Jeffrey A. Ward
Stephen K. Strosnider

Humes J. Franklin, Sr.
(1906-1999)

------------------------------

Samuel M. Pender

Sender's Direct e-mail
jward@fdwslaw.com

June 20, 2023

CERTIFIED MAIL, RETURN RECEIPT

Nexus Properties, LLC
113 Mill Place Parkway #103
Verona, VA  24482

Micheal Donovan
47 S. Windsong Ct.
Fishersville, VA 22939

Richard Moore
47 S. Windsong Ct.
Fishersville, VA  22939

Re:     143 Lofty Circle, Stuarts Draft, Virginia

Gentlemen:

At the request of Lofton Leasing, LLC, owners and holders of a certain note made by you in the original principal amount of $300,000.00 (the "Note"), which note is secured by the lien of a certain wrap around deed of trust dated April 1, 2017 and recorded in the Clerk's Office of the Circuit Court for the County of Augusta, Virginia as Instrument Number 170002963, (the "Deed of Trust"), encumbering the real estate and all improvements described above, all as described in the aforesaid deed of trust, the undersigned Substitute Trustee with full power to act gives notice as follows:

1.  That the Note, secured by the Deed of Trust, is in default for non-payment of monthly installments as provided in the Note;

2.  That the default has not been cured as previously demanded by the lender;

3.  That the Note and all of the debts and obligations, including all principal, interest and lawful charges secured by the Deed of Trust are hereby accelerated and declared to be immediately due and payable in full. **Please note that if you have filed bankruptcy and have not reaffirmed the debt, this is not a proceeding against you personally for any amount due, but to proceed with foreclosure as to the real estate as allowed by bankruptcy and state law;**

4.  That the aforementioned property will be sold by foreclosure proceedings at public auction, unless the entire balance of the Note (including all principal, interest, and lawful charges) is paid in full before the sale hereinafter mentioned.

Nexus Properties, LLC
June 20, 2023
Page 2

In connection with the foreclosure sale, you are hereby given the following information:

1. Date and Time of Sale:

    **July 26, 2023 @ 11:40 AM**

2. Place of Foreclosure Sale:

    **At front entrance of Augusta County Circuit Court
    1 East Johnson Street, Staunton, Virginia**

3. Publication of Notice of Foreclosure Sale:

    **The Staunton News Leader
    July 14 & 21, 2023**

4. Terms of Foreclosure Sale:  Cash.  A bidder's deposit of ten percent (10%) of the sale price will be required on the date of sale.  The entire amount of the successful bid must be paid in full, in cash, within thirty (30) days after sale.

5. Effect of Foreclosure Sale:  The sale will cause you to lose the Property and you will have to give up possession of the Property as hereinafter provided.  In this regard, it is noted that Section 55.1-320 (7) of the Code of Virginia, 1950, as amended, provides that upon default, the Trustee is empowered to take possession of the premises and to proceed to sell the same at auction.  Therefore, you should make plans to remove yourself from the premises forthwith and in the interim you will be expected to cooperate in showing the premises to prospective buyers.

6. Foreclosure Made Subject to Easements and Restrictions:  The sale will be made subject to all existing easements and restrictive covenants as the same may lawfully apply to the Property.

7. Amounts Needed to Avoid Foreclosure:  The lender advises that the Note has a present unpaid balance of $260,404.15 as of June 16, 2023, including late fees and interest (per diem is approx. $44.12). In addition, the lender has incurred to date attorney's fees and there may also be unpaid real estate taxes and insurance. The deed of trust lien will also cover any expenses, including attorney's fees, trustee's fees, advertising fees, and other expenses which the lender has incurred and will incur in connection with the foreclosure sale.

Nexus Properties, LLC
June 20, 2023
Page 3

     8. Disposition of Remaining Personal Property Items after Foreclosure Sale:  If any personal property items remain in or on the real estate or improvements after the date of sale, it will be deemed abandoned and it will be disposed of as the new owner determines is appropriate.

     Enclosed for your information is a copy of the foreclosure advertisement that will be published as stated herein.

     **The undersigned Trustee is attempting to collect a debt for Lofton Leasing, LLC and any information obtained will be used for that purpose.**

     **Unless you dispute the validity of all or a part of the debt within thirty (30) days, the debt will be assumed to be valid by us.  However, if you notify us in writing within the thirty (30) day period that all or part of the debt is disputed, we will obtain verification of the debt and mail a copy of such verification to you.  Also, upon your written request within the thirty (30) day period, we will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for those purposes.**

     Should you desire to avoid the foreclosure sale and satisfy the Note, you should contact the undersigned immediately.

Very truly yours,

Jeffrey A. Ward
Substitute Trustee

JAW/ard

cc:    Lofton Leasing, LLC

Enclosures- substitution of trustee, FDCPA notice, advertisement

## NOTICE OF TRUSTEE'S SALE
### 143 Lofty Circle, Stuarts Draft, Virginia
### Tax Map 83A-(12)-116

In execution of a Deed of Trust in the original amount of $300,000.00 dated April 1, 2017recorded as Instrument Number 1700002963 in the land records of the County of Augusta, Virginia, default having been made in the payments of the indebtedness thereby secured, the undersigned will on

### July 26, 2023 @ 11:40 AM

at the front entrance of the Augusta County Circuit Court, 1 East Johnson Street, Staunton, Virginia, offer for sale at public auction the property and improvements thereon, described as follows:

**All that certain lot or parcel of land, with all improvements thereon and appurtenances thereto belonging, situate in Riverheads District, Augusta County, Virginia, designated as Lot 116 on plat entitled "Plat of Correction for Overlook, Phase 4, Riverheads Magisterial District, Augusta County, Virginia" October 19, 2015, prepared by Timothy B. Butler, Land Surveyor of record with Plat Correction as Instrument No. 15007883 and in Plat Book 1, Pages 9098, 9099 and 9100.**

TERMS OF SALE: CASH

This sale is subject to all matters of record in the chain of title to the above property, and also subject to mechanics' and materialmen's liens of record and not of record, if any such liens exist.

A bidder's deposit of 10% of bid amount, in cash, certified or cashier's check, is required at the time of sale, with the balance due at settlement, to be held within 30 days from the sale date at the office of the Trustee. The property and improvements thereon shall be sold in "as is" condition. All costs of conveyance, by special warranty deed, will be at the cost of the purchaser. Real estate taxes shall be prorated to date of sale. Additional terms of sale shall be announced at the time of sale and contained in a memorandum of sale which the successful bidder shall be required to sign.

JEFFREY A. WARD
SUBSTITUTE TRUSTEE

For more information please contact:
Jeffrey A. Ward
Franklin, Denney, Ward, & Strosnider PLC
129 N. Wayne Ave., Waynesboro, Virginia 22980
540-946-4408 email: jward@fdwslaw.com

**NOTICE REQUIRED BY THE FAIR DEBT COLLECTIONS PRACTICES ACT, 15 U.S.C., SECTION 1692, et seq.**

The law firm of Franklin, Denney, Ward & Strosnider PLC, has been retained to initiate foreclosure proceedings to foreclose the mortgage on your property. The following information is provided to you as required by the Federal Fair Debt Collections Practices Act:

1.      As of June 16, 2023, our client has advised us that the amount of the debt is $260,404.15.

2.      The creditor to whom the debt is owed is Lofton Leasing, LLC.

3.      If this is the initial communication that we have forwarded to you, the following applies: the Fair Debt Collection Practices Act entitled you to dispute the debt, or any portion thereof, within thirty (30) days of your receipt of this letter. The law also entitles you to request that we provide you the name of the original creditor if the original creditor is different from the current creditor, our client Lofton Leasing, LLC. If you choose to dispute the debt, or any portion thereof, or if you choose to request the name of the original creditor, you must notify us within thirty (30) days of the date you receive this letter. Unless you dispute the validity of the debt within thirty (30) days after receipt of this Notice, the debt will be assumed to be valid by this firm.

4.      If this is the initial communication that we have forwarded to you, the following applies:  if you notify us within thirty (30) days of the date you receive this letter that you are disputing the debt or any portion thereof, or if you notify us within thirty (30) days of the date you receive this letter that you want to know the name of the original creditor if that creditor is different from our client, Lofton Leasing, LLC, then we will obtain and mail to you verification of the debt and/or the name and address of the original creditor.

5.      The Fair Debt Collection Practices Act does not require that we wait until thirty (30) days from the date you receive this letter before we initiate foreclosure proceedings to foreclose on your mortgage. In the event we do initiate foreclosure proceedings to foreclose on your mortgage, within thirty (30) days from the date you receive this letter, you still retain the right to dispute the debt, or any portion thereof and you also retain the right to request the name of the original creditor if the original creditor is different from the current creditor, our client, Lofton Leasing. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection. For further information, call 540-946-4408. Any requests should be addressed to:

Jeffrey A. Ward, Esquire
Franklin, Denney, Ward & Strosnider PLC
540-946-4408
E-mail: jward@fdwslaw.com

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, YOU ARE ADVISED THAT THIS OFFICE IS DEEMED TO BE A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. NO DEBT COLLECTION ATTEMPT WILL BE MADE IN VIOLATION OF THE AUTOMATIC STAY OF 11 U.S.C., Section 362(a), OR OF ANY BANKRUPTCY DISCHARGE OR BANKRUPTCY COURT ORDER.**

This document prepared by:                                    Tax Map  83A-(12)-116
Jeffrey A. Ward  VSB #20702
Franklin, Denney, Ward, & Strosnider PLC
129 N. Wayne Avenue, Waynesboro, VA

## APPOINTMENT OF SUBSTITUTE TRUSTEE

WHEREAS, **LOFTON LEASING, LLC,** whose address is 28 Imperial Drive, Staunton, Virginia, Grantor herein, is the Noteholder of the note secured by the described Deed of Trust and the Original Grantor, Borrower herein, of said Deed of Trust is:
**NEXUS PROPERTIES, LLC;**

and the Original Trustee is:
**MILLER LEVIN PC** whose address is 11 Terry Court, Staunton, Virginia;

and the Substitute Trustee is:
**JEFFREY A. WARD**, of 129 N. Wayne Avenue, Waynesboro, Virginia, **GRANTEE** herein; and

WHEREAS, by a certain Deed of Trust dated April 1, 2017 and recorded in the Augusta County Circuit Court Clerk's Office as Instrument Number 170002963, said Original Grantor conveyed to the Original Trustee certain property described in said Deed of Trust to secure the payment of $300,000.00 as evidenced by a note made by the Original Grantor payable to Lofton Leasing, LLC; and

WHEREAS, substitution of Trustees is provided for under the provision of Section 55-59(9) of the Code of Virginia (1950) as amended;

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustee and appoint as Substitute Trustee the Grantee named above, and said Grantee, as Substitute Trustee, shall act in accordance with the provisions of said Deed of Trust, and have all rights, powers, privileges, and duties conferred upon the Original Trustees by the terms of said Deed of Trust and by applicable law.

WITNESS the following signature and seal this  14th  day of  June, 2023.

LOFTON LEASING, LLC,
a Virginia limited liability company

By:  _____ (SEAL)
                    Franklin L. Root, Manager

STATE OF VIRGINIA

COUNTY OF AUGUSTA, To wit:

     I, the undersigned Notary Public in and for the jurisdiction aforesaid, hereby certify that Franklin L. Root, Manager, Lofton Leasing, LLC and acknowledged the foregoing before me this **14th** day of June, 2023.

     My commission expires:   **9-30-03**

(SEAL)

NOTARY PUBLIC

Law Offices

# FRANKLIN, DENNEY, WARD & STROSNIDER PLC

129 North Wayne Avenue
Post Office Drawer 1140
Waynesboro, Virginia 22980
Sender's Direct Dial: 540-946-4408

Ronald W. Denney
Jeffrey A. Ward
Stephen K. Strosnider
_____

Samuel M. Pender

Humes J. Franklin, Sr.
(1906-1999)

Sender's Direct e-mail
jwardr@fdwslaw.com

June 20, 2023

CERTIFIED MAIL, RETURN RECEIPT

Nexus Properties, LLC
113 Mill Place Parkway #103
Verona, VA 24482

Micheal Donovan
47 S. Windsong Ct.
Fishersville, VA 22939

Richard Moore
47 S. Windsong Ct.
Fishersville, VA 22939

Re:     221 Overview Street, Waynesboro, Virginia

Gentlemen:

At the request of LOFTON LEASING, LLC, owners and holders of a certain note made by you in the original principal amount of $241,612.20 (the "Note"), which note is secured by the lien of a certain deed of trust dated April 8, 2016 and recorded in the Clerk's Office of the Circuit Court for the City of Waynesboro, Virginia as Instrument Number 160000661, (the "Deed of Trust"), encumbering the real estate and all improvements described above, all as described in the aforesaid deed of trust, the undersigned Substitute Trustee with full power to act gives notice as follows:

1.  That the Note, secured by the Deed of Trust, is in default for non-payment of monthly installments as provided in the Note;

2.  That the default has not been cured as previously demanded by the lender;

3.  That the Note and all of the debts and obligations, including all principal, interest and lawful charges secured by the Deed of Trust are hereby accelerated and declared to be immediately due and payable in full. **Please note that if you have filed bankruptcy and have not reaffirmed the debt, this is not a proceeding against you personally for any amount due, but to proceed with foreclosure as to the real estate as allowed by bankruptcy and state law;**

4.  That the aforementioned property will be sold by foreclosure proceedings at public auction, unless the entire balance of the Note (including all principal, interest, and lawful charges) is paid in full before the sale hereinafter mentioned.

Telephone: 540-946-4400
Real Estate Department: 540-946-4412

Facsimile: 540-946-4417
e-mail: info@fdwslaw.com

Nexus Properties, LLC
June 20, 2023
Page 2

In connection with the foreclosure sale, you are hereby given the following information:

1. Date and Time of Sale:

**July 26, 2023 @ 2:30 PM**

2. Place of Foreclosure Sale:

**At front entrance of Waynesboro Circuit Court
250 South Wayne Avenue, Waynesboro, Virginia**

3. Publication of Notice of Foreclosure Sale:

**The Waynesboro News Virginian
July 14 & 21, 2023**

4. Terms of Foreclosure Sale:  Cash.  A bidder's deposit of ten percent (10%) of the sale price will be required on the date of sale.  The entire amount of the successful bid must be paid in full, in cash, within thirty (30) days after sale.

5. Effect of Foreclosure Sale:  The sale will cause you to lose the Property and you will have to give up possession of the Property as hereinafter provided.  In this regard, it is noted that Section 55.1-320 (7) of the Code of Virginia, 1950, as amended, provides that upon default, the Trustee is empowered to take possession of the premises and to proceed to sell the same at auction.  Therefore, you should make plans to remove yourself from the premises forthwith and in the interim you will be expected to cooperate in showing the premises to prospective buyers.

6. Foreclosure Made Subject to Easements and Restrictions:  The sale will be made subject to all existing easements and restrictive covenants as the same may lawfully apply to the Property.

7. Amounts Needed to Avoid Foreclosure:  The lender advises that the Note has a present unpaid balance of $226,497.94 as of June 16, 2023, including late fees and interest (per diem is approx. $38.66). In addition, the lender has incurred to date attorney's fees and there may also be unpaid real estate taxes and insurance. The deed of trust lien will also cover any expenses, including attorney's fees, trustee's fees, advertising fees, and other expenses which the lender has incurred and will incur in connection with the foreclosure sale.

Nexus Properties, LLC
June 20, 2023
Page 3

8. Disposition of Remaining Personal Property Items after Foreclosure Sale: If any personal property items remain in or on the real estate or improvements after the date of sale, it will be deemed abandoned and it will be disposed of as the new owner determines is appropriate.

Enclosed for your information is a copy of the foreclosure advertisement that will be published as stated herein.

**The undersigned Trustee is attempting to collect a debt for Lofton Leasing, LLC and any information obtained will be used for that purpose.**

**Unless you dispute the validity of all or a part of the debt within thirty (30) days, the debt will be assumed to be valid by us. However, if you notify us in writing within the thirty (30) day period that all or part of the debt is disputed, we will obtain verification of the debt and mail a copy of such verification to you. Also, upon your written request within the thirty (30) day period, we will provide you with the name and address of the original creditor, if different from the current creditor. This is an attempt to collect a debt and any information obtained will be used for those purposes.**

Should you desire to avoid the foreclosure sale and satisfy the Note, you should contact the undersigned immediately.

Very truly yours,

Jeffrey A. Ward
Substitute Trustee

JAW/ard

cc:    Lofton Leasing, LLC

Enclosures- substitution of trustee, FDCPA notice, advertisement

## NOTICE OF TRUSTEE'S SALE
### 221 Overview Street, Waynesboro, Virginia
### Pin #786606

In execution of a Deed of Trust in the original amount of $241,612.20 dated April 8, 2016 recorded as Instrument Number 160000661 in the land records of the City of Waynesboro, Virginia, default having been made in the payments of the indebtedness thereby secured, the undersigned will on

### July 26, 2023 @ 2:30 PM

at the front entrance of the Waynesboro Circuit Court, 215 South Wayne Avenue, Waynesboro, Virginia, offer for sale at public auction the property and improvements thereon, described as follows:

**All that certain lot or parcel of land, with all improvements thereon and appurtenances thereto belonging, situate in the City of Waynesboro, Virginia, located on Overview Street and designated and described as Lot 75, as shown on plat entitled "Plat of Subdivision for Evershire, Section 2B, City of Waynesboro, Virginia" prepared by Paul D. Julian, Land Surveyor, of record with Deed of Dedication dated August 5, 2013 in the Clerk's Office of the Circuit Court of the City of Waynesboro, Virginia with Instrument No. 130002260 and in Plat Index 130002260.**

TERMS OF SALE:  CASH

This sale is subject to all matters of record in the chain of title to the above property, and also subject to mechanics' and materialmen's liens of record and not of record, if any such liens exist.

A bidder's deposit of 10% of bid amount, in cash, certified or cashier's check, is required at the time of sale, with the balance due at settlement, to be held within 30 days from the sale date at the office of the Trustee. The property and improvements thereon shall be sold in "as is" condition. All costs of conveyance, by special warranty deed, will be at the cost of the purchaser. Real estate taxes shall be prorated to date of sale. Additional terms of sale shall be announced at the time of sale and contained in a memorandum of sale which the successful bidder shall be required to sign.

JEFFREY A. WARD
SUBSTITUTE TRUSTEE

For more information please contact:
Jeffrey A. Ward
Franklin, Denney, Ward, & Strosnider PLC
129 N. Wayne Ave., Waynesboro, Virginia 22980
540-946-4408 email: jward@fdwslaw.com

**NOTICE REQUIRED BY THE FAIR DEBT COLLECTIONS PRACTICES ACT, 15 U.S.C., SECTION 1692, et seq.**

The law firm of Franklin, Denney, Ward & Strosnider PLC, has been retained to initiate foreclosure proceedings to foreclose the mortgage on your property.  The following information is provided to you as required by the Federal Fair Debt Collections Practices Act:

1.      As of June 16, 2023, our client has advised us that the amount of the debt is $226,497.94.

2.      The creditor to whom the debt is owed is Lofton Leasing, LLC.

3.      If this is the initial communication that we have forwarded to you, the following applies: the Fair Debt Collection Practices Act entitled you to dispute the debt, or any portion thereof, within thirty (30) days of your receipt of this letter.  The law also entitles you to request that we provide you the name of the original creditor if the original creditor is different from the current creditor, our client Lofton Leasing, LLC.  If you choose to dispute the debt, or any portion thereof, or if you choose to request the name of the original creditor, you must notify us within thirty (30) days of the date you receive this letter.  Unless you dispute the validity of the debt within thirty (30) days after receipt of this Notice, the debt will be assumed to be valid by this firm.

4.      If this is the initial communication that we have forwarded to you, the following applies:  if you notify us within thirty (30) days of the date you receive this letter that you are disputing the debt or any portion thereof, or if you notify us within thirty (30) days of the date you receive this letter that you want to know the name of the original creditor if that creditor is different from our client, Lofton Leasing, LLC, then we will obtain and mail to you verification of the debt and/or the name and address of the original creditor.

5.      The Fair Debt Collection Practices Act does not require that we wait until thirty (30) days from the date you receive this letter before we initiate foreclosure proceedings to foreclose on your mortgage.  In the event we do initiate foreclosure proceedings to foreclose on your mortgage, within thirty (30) days from the date you receive this letter, you still retain the right to dispute the debt, or any portion thereof and you also retain the right to request the name of the original creditor if the original creditor is different from the current creditor, our client, Lofton Leasing, LLC.  Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater.  Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you before depositing the check for collection.  For further information, call 540-946-4408.

Any requests should be addressed to:

Jeffrey A. Ward, Esquire
Franklin, Denney, Ward & Strosnider PLC
540-946-4408
E-mail: jward@fdwslaw.com

**PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, YOU ARE ADVISED THAT THIS OFFICE IS DEEMED TO BE A DEBT COLLECTOR.  ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  NO DEBT COLLECTION ATTEMPT WILL BE MADE IN VIOLATION OF THE AUTOMATIC STAY OF 11 U.S.C., Section 362(a), OR OF ANY BANKRUPTCY DISCHARGE OR BANKRUPTCY COURT ORDER.**

This document prepared by:                          Pin #786606
Jeffrey A. Ward  VSB #20702
Franklin, Denney, Ward, & Strosnider PLC
129 N. Wayne Avenue, Waynesboro, VA

## APPOINTMENT OF SUBSTITUTE TRUSTEE

WHEREAS, **LOFTON LEASING, LLC,** whose address is 28 Imperial Drive, Staunton, Virginia, Grantor herein, is the Noteholder of the note secured by the described Deed of Trust and the Original Grantor, Borrower herein, of said Deed of Trust is:
**NEXUS PROPERTIES, LLC;**

and the Original Trustee is:
**MILLER LEVIN PC** whose address is 11 Terry Court, Staunton, Virginia;

and the Substitute Trustee is:
**JEFFREY A. WARD**, of 129 N. Wayne Avenue, Waynesboro, Virginia, **GRANTEE** herein; and

WHEREAS, by a certain Deed of Trust dated April 8, 2016 and recorded in the Waynesboro Circuit Court Clerk's Office as Instrument Number 160000661, said Original Grantor conveyed to the Original Trustee certain property described in said Deed of Trust to secure the payment of $241,612.20 as evidenced by a note made by the Original Grantor payable to Lofton Leasing, LLC; and

WHEREAS, substitution of Trustees is provided for under the provision of Section 55-59(9) of the Code of Virginia (1950) as amended;

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustee and appoint as Substitute Trustee the Grantee named above, and said Grantee, as Substitute Trustee, shall act in accordance with the provisions of said Deed of Trust, and have all rights, powers, privileges, and duties conferred upon the Original Trustees by the terms of said Deed of Trust and by applicable law.

WITNESS the following signature and seal this __14th__ day of June, 2023.

LOFTON LEASING, LLC, a
Virginia limited liability company

BY:_____(SEAL)
            Franklin L. Root, Manager

STATE OF VIRGINIA
CITY/COUNTY OF  Augusta                   , To wit:

I, the undersigned Notary Public in and for the jurisdiction aforesaid, hereby certify that Franklin
L. Root, Manager, Lofton leasing, LLC signed and acknowledged the foregoing before me this 14th
day of June, 2023.

My commission expires:  9-30-23

(S E A L)

NOTARY PUBLIC

**Type: All transactions &middot; Status: All statuses &middot; Name: AIA Insurance &middot; Date: All dates**

| Date | Type | No. | Payee | Category | Memo | Total |
|---|---|---|---|---|---|---|
| 04/27/2017 | Check | VV3606 | AIA Insurance | Insurance | collateral deposit | 22,000.00 |
| 12/20/2016 | Check | VV418 | AIA Insurance | Auto | Monthly Escrow Payment | 22,000.00 |
| 08/09/2016 | Check | VV019 | AIA Insurance | Insurance | | 22,000.00 |
| 07/18/2016 | Check | 4 | AIA Insurance | Insurance | | 22,000.00 |
| 12/21/2015 | Expense | 15792 | AIA Insurance | Insurance | | 25,000.00 |
| 09/09/2015 | Expense | | AIA Insurance | Insurance | | 25,000.00 |
| 09/03/2015 | Expense | | AIA Insurance | Insurance | | 25,000.00 |
| 08/25/2015 | Expense | | AIA Insurance | Insurance | | 22,000.00 |
| 04/20/2015 | Check | 8914 | AIA Insurance | Insurance | | 22,000.00 |
| | | | | | | 207,000.00 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division**

RLI INSURANCE COMPANY,

Plaintiff/Counterclaim Defendant,

v.                                Case No.: 5:18-cv-00066-MFU-JCH

NEXUS SERVICES, INC., *et. al.*

Defendant/Counterclaim Plaintiffs

**DEFENDANT'S ANSWERS TO INTERROGATORIES**

# Annex 8

| Date | Anna Matheny Willard PLLC | Lawrence Law firm PLLC | Rock Springs Law | Anna Matheny Willard PLLC | Peter Thos. Hansen PC | Canafax & Song PLLC | Chris Okay Attorney at Law | McFadden & Shoreman PC | Total |
|---|---|---|---|---|---|---|---|---|---|
| 2018 | | | | | | | | | |
| 2/4/2022 | $ 3461.54 | | | | | | | | |
| 2/11/2022 | $ 3461.54 | | | | | | | | |
| 2/18/2022 | $ 3461.54 | | | | | | | | |
| 2/25/2022 | $ 3461.54 | | | | | | | | |
| 3/4/2022 | $ 3461.54 | | | | | | | | |
| 3/11/2022 | $ 3461.54 | | | | | | | | |
| 3/18/2022 | $ 3461.54 | | | | | | | | |
| 3/25/2022 | $ 3461.54 | | | | | | | | |
| 4/1/2022 | $ 3461.54 | | | | | | | | |
| 4/8/2022 | $ 3461.54 | | | | | | | | |
| 4/15/2022 | $ 3461.54 | | | | | | | | |
| 4/22/2022 | $ 3461.54 | | | | | | | | |
| 4/29/2022 | $ 3461.54 | | | | | | | | |
| 5/6/2022 | $ 3461.54 | | | | | | | | |
| 5/13/2022 | $ 3461.54 | | | | | | | | |
| 5/20/2022 | $ 3461.54 | | | | | | | | |
| 5/27/2022 | $ 3461.54 | | | | | | | | |
| 6/3/2022 | $ 3461.54 | | | | | | | | |
| 6/10/2022 | $ 3461.54 | | | | | | | | |
| 6/17/2022 | $ 3461.54 | | | | | | | | |
| 6/24/2022 | $ 3461.54 | | | | | | | | |
| 7/1/2022 | $ 3461.54 | | | | | | | | |
| 7/8/2022 | $ 3461.54 | | | | | | | | |
| 7/15/2022 | $ 3461.54 | | | | | | | | |
| 7/22/2022 | $ 3461.54 | | | | | | | | |
| 7/29/2022 | $ 3461.54 | | | | | | | | |
| 8/5/2022 | $ 3461.54 | | | | | | | | |
| 8/12/2022 | $ 3461.54 | | | | | | | | |
| 8/19/2022 | $ 3461.54 | | | | | | | | |
| 8/26/2022 | $ 3461.54 | | | | | | | | |
| 9/2/2022 | $ 3461.54 | | | $ 500.00 | | | | | |
| 9/9/2022 | $ 3461.54 | | | $ 500.00 | | | | | |
| 9/16/2022 | $ 3461.54 | | | $ 500.00 | | | | | |
| 9/23/2022 | $ 3461.54 | | | $ 500.00 | | | | | |
| 9/30/2022 | $ 3461.54 | | | $ 500.00 | | | | | |
| 10/7/2022 | $ 3461.54 | | $ 2,500.00 | $ 500.00 | | | | | |
| 10/14/2022 | $ 3461.54 | | $ 2,500.00 | $ 500.00 | | | | | |
| 10/21/2022 | $ 3461.54 | | $ 3,500.00 | $ 500.00 | | | | | |
| 10/28/2022 | $ 3461.54 | | $ 3,500.00 | $ 500.00 | | | | | |
| 11/4/2022 | $ 3461.54 | | $ 3,500.00 | $ 500.00 | 1730.77 | | | | |
| 11/11/2022 | $ 3461.54 | | $ 3,500.00 | $ 500.00 | 1730.77 | | | | |
| 11/18/2022 | $ 3461.54 | | $ 1,500.00 | $ 500.00 | 1730.77 | | | | |
| 11/25/2022 | $ 3461.54 | | $ 1,500.00 | $ 500.00 | 1730.77 | | | | |
| 12/2/2022 | $ 3461.54 | | $ 1,500.00 | $ 500.00 | 1730.77 | | | | |
| 12/9/2022 | $ 3461.54 | | $ 1,500.00 | $ 500.00 | 1730.77 | | | | |
| 12/16/2022 | $ 3461.54 | | $ 1,500.00 | $ 500.00 | 1730.77 | | | | |
| 12/23/2022 | $ 3461.54 | | $ 1,500.00 | $ 500.00 | 1730.77 | | | | |
| 12/30/2022 | $ 3461.54 | | | $ 500.00 | 1730.77 | | | | |
| 1/6/2023 | $ 3461.54 | | $ 2,000.00 | $ 500.00 | 1730.77 | 6 923.08 | | | |
| 1/13/2023 | $ 3461.54 | | $ 2,000.00 | $ 500.00 | 1730.77 | 6 923.08 | | | |
| 1/20/2023 | $ 3461.54 | | $ 2,000.00 | $ 500.00 | 1730.77 | 6 923.08 | | | |
| 1/27/2023 | $ 3461.54 | | $ 2,000.00 | $ 500.00 | 1730.77 | 6 923.08 | | | |
| 2/3/2023 | $ 3461.54 | | $ 2,000.00 | $ 500.00 | 1730.77 | 6 923.08 | | | |
| 2/10/2023 | $ 3461.54 | | | $ 500.00 | 1730.77 | 6 923.08 | | | |
| 2/17/2023 | $ 3461.54 | | 6 634.62 | $ 500.00 | 1730.77 | 6 923.08 | | | |
| 2/24/2023 | $ 3461.54 | 6 634.62 | | $ 500.00 | 1730.77 | 6 923.08 | | | |
| 3/3/2023 | $ 3461.54 | 6 634.62 | | $ 500.00 | 1730.77 | 6 923.08 | | | |
| 3/10/2023 | $ 3461.54 | 6 634.62 | | $ 500.00 | 1730.77 | 6 923.08 | | | |
| 3/17/2023 | $ 3461.54 | 6 634.62 | | $ 500.00 | 1730.77 | 6 923.08 | | | |
| 3/24/2023 | $ 3461.54 | 6 634.62 | | $ 500.00 | 1730.77 | 6 923.08 | 3 000.00 | | |
| 3/31/2023 | $ 3461.54 | 6 634.62 | | $ 500.00 | 1730.77 | 6 923.08 | 2 000.00 | | |
| 4/7/2023 | $ 3461.54 | 6 634.62 | | $ 500.00 | | 6 923.08 | 1 000.00 | | |
| 4/14/2023 | $ 3461.54 | 6 634.62 | | $ 500.00 | | 6 923.08 | | | |
| 4/21/2023 | $ 3461.54 | 6 634.62 | | $ 500.00 | | 6 923.08 | | | |
| 4/28/2023 | $ 3461.54 | | | $ 500.00 | | | | | |
| 5/5/2023 | $ 3461.54 | | | $ 500.00 | | | | | |
| 5/12/2023 | $ 3461.54 | | | $ 500.00 | | | | | |
| 5/19/2023 | $ 3461.54 | | | $ 500.00 | | | | | |
| 5/26/2023 | $ 3461.54 | | | $ 500.00 | | | | | |
| 6/2/2023 | $ 3461.54 | | | $ 500.00 | | | | | |
| 6/9/2023 | $ 3461.54 | | | | | | | | |
| 6/16/2023 | $ 3461.54 | 6 634.62 | | | | | 344 423.41 | | |
| 6/30/2023 | $ 3461.54 | 6 634.62 | | | | | | 160 497.46 | |
| | | | | | | | | 87 583.83 | |
| Totals | $ 242 307.88 | $ 72 980.82 | $ 37,500.00 | $ 16,500.00 | $ 27 692.32 | $ 448 260.61 | $ 6,000.00 | $ 248 008.29 | $ 1 106 161.92 |

**Type: All transactions &middot; Status: All statuses &middot; Name: Nexus**

| Date | Type | No. | Payee | Category | Memo | Total |
|------|------|-----|-------|----------|------|-------|
| 12/23/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | | 10,000.00 |
| 12/23/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | | 5,000.00 |
| 12/21/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | | 5,000.00 |
| 12/21/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | | 5,000.00 |
| 07/13/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 07/13/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 07/13/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 07/10/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 3,500.00 |
| 07/09/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 3,500.00 |
| 07/08/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 3,500.00 |
| 07/07/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 3,500.00 |
| 07/06/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 3,500.00 |
| 07/03/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 07/01/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/30/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/29/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 18,000.00 |
| 06/29/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/26/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/25/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| 06/23/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/22/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/19/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/17/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/16/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/16/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/15/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/15/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/12/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/10/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/09/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/08/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/05/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/04/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/03/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/02/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/01/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/01/2020 | Expense | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 5,000.00 |
| 06/01/2020 | Expense | Nexus Derechos Humanos | Legal Fees | | 5,000.00 |

| | | | | |
|---|---|---|---|---|
| 04/01/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 2,400.00 |
| 04/01/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 2,400.00 |
| 04/01/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 2,400.00 |
| 03/31/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 16,000.00 |
| 03/18/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 03/17/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 03/16/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 03/13/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 03/12/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 03/11/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 03/09/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 03/06/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 03/05/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 03/04/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 03/03/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 03/03/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 03/02/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 03/02/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 3,000.00 |
| 02/28/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |

| | | Nexus Derechos Humanos | | |
|---|---|---|---|---|
| 02/27/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 02/24/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 3,000.00 |
| 02/24/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 3,000.00 |
| 02/19/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 02/14/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 02/11/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 02/10/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 02/06/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 02/05/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 02/04/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 02/03/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 02/03/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 3,000.00 |
| 01/31/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 3,000.00 |
| 01/31/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 3,000.00 |
| 01/30/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 01/29/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 01/28/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 01/27/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |
| 01/24/2020 | Expense | Nexus Derechos Humanos | Legal Fees | 6,250.00 |

| Date | Type | Num | Name | Memo | | Amount |
|---|---|---|---|---|---|---|
| 01/22/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | | 6,250.00 |
| 01/21/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | COMBINED | 12,500.00 |
| 01/15/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | | 12,500.00 |
| 01/13/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | | 10,000.00 |
| 01/06/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | | 10,000.00 |
| 01/03/2020 | Expense | | Nexus Derechos Humanos | Legal Fees | | 10,000.00 |
| 12/31/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 10,000.00 |
| 12/31/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 10,000.00 |
| 12/30/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | Nexus Derechos Humanos | 9,000.00 |
| 12/27/2019 | Check | 26400 | Nexus Derechos Humanos | Legal Fees | | 20,000.00 |
| 12/23/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 10,000.00 |
| 12/16/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 12,500.00 |
| 12/09/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 21,000.00 |
| 12/02/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | | 21,000.00 |
| 11/25/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 21,000.00 |
| 11/18/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 21,000.00 |
| 11/12/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 21,000.00 |
| 11/12/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | Nexus Derechos Humanos | 9,000.00 |
| 11/04/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 21,000.00 |

| Date | Type | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| 11/01/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | Nexus Derechos Humanos | 9,000.00 |
| 10/28/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 21,000.00 |
| 10/21/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 21,000.00 |
| 10/15/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | Nexus Derechos Humanos | 9,000.00 |
| 10/11/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 17,500.00 |
| 10/07/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | nexus derechos humanos | 17,500.00 |
| 10/07/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | Nexus Derechos Humanos | 9,000.00 |
| 10/07/2019 | Check | VV26180 | Nexus Derechos Humanos | Legal Fees | | 15,000.00 |
| 09/27/2019 | Check | 26495 | Nexus Derechos Humanos | Legal Fees | | 15,000.00 |
| 09/27/2019 | Check | VV26181 | Nexus Derechos Humanos | Legal Fees | | 15,000.00 |
| 09/25/2019 | Check | VV26180 | Nexus Derechos Humanos | Legal Fees | | 15,000.00 |
| 09/20/2019 | Check | 26498 | Nexus Derechos Humanos | Legal Fees | | 15,000.00 |
| 09/13/2019 | Check | VV26172 | Nexus Derechos Humanos | Legal Fees | | 15,000.00 |
| 09/11/2019 | Check | VV26171 | Nexus Derechos Humanos | Legal Fees | | 15,000.00 |
| 09/06/2019 | Check | VV26121 | Nexus Derechos Humanos | Legal Fees | | 15,000.00 |
| 09/04/2019 | Check | VV26119 | Nexus Derechos Humanos | Legal Fees | | 15,000.00 |
| 09/03/2019 | Check | 17259 | Nexus Derechos Humanos | Legal Fees | | 17,500.00 |

| 09/03/2019 | Check | VV26113 | Nexus Derechos Humanos | Legal Fees | | 15,000.00 |
| 08/28/2019 | Check | VV26111 | Nexus Derechos Humanos | Legal Fees | | 15,000.00 |
| 08/26/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | | 17,500.00 |
| 08/26/2019 | Check | VV26085 | Nexus Derechos Humanos | Legal Fees | | 15,000.00 |
| 08/19/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | | 17,500.00 |
| 08/13/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | | 17,500.00 |
| 08/01/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | | 17,500.00 |
| 07/29/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 24,000.00 |
| 07/22/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 9,000.00 |
| 07/19/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 15,000.00 |
| 07/12/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 9,000.00 |
| 07/09/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 24,000.00 |
| 07/02/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 24,000.00 |
| 06/27/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 15,000.00 |
| 06/26/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 9,000.00 |
| 06/21/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 06/14/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 06/05/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 9,000.00 |
| 06/03/2019 | Expense | | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |

| Date | Type | Payee | Category | Memo | Amount |
|---|---|---|---|---|---|
| 05/29/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 05/28/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 9,000.00 |
| 05/24/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 05/20/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 05/15/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 9,000.00 |
| 05/09/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 22,000.00 |
| 05/03/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 9,000.00 |
| 05/02/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT-combined | 13,000.00 |
| 04/29/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT-combined | 9,000.00 |
| 04/23/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT-combined | 13,000.00 |
| 04/19/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT-combined | 13,000.00 |
| 04/10/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT-combined | 13,000.00 |
| 04/04/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT-combined | 13,000.00 |
| 04/03/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT-combined | 27,000.00 |
| 03/29/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 03/20/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 03/15/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |

| Date | Type | Name | Category | Memo | Amount |
|---|---|---|---|---|---|
| 03/07/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 03/06/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 9,000.00 |
| 03/04/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 9,000.00 |
| 02/28/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 02/28/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 9,000.00 |
| 02/26/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 9,000.00 |
| 02/22/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 9,000.00 |
| 02/21/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 02/15/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 02/07/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 02/01/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 9,000.00 |
| 01/31/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 9,000.00 |
| 01/30/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 01/25/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 01/18/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 01/08/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 01/04/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 9,000.00 |
| 01/03/2019 | Expense | Nexus Derechos Humanos | Legal Fees | WIRE TRANSFER DEBIT | 13,000.00 |
| 12/31/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 13,000.00 |

| | | | | |
|---|---|---|---|---|
| 12/21/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 13,000.00 |
| 12/19/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 9,000.00 |
| 12/14/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 9,000.00 |
| 12/12/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 13,000.00 |
| 12/05/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 13,000.00 |
| 12/03/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 9,000.00 |
| 11/30/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 9,000.00 |
| 11/29/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 13,000.00 |
| 11/26/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 13,000.00 |
| 11/19/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 9,000.00 |
| 11/16/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 13,000.00 |
| 11/13/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 9,000.00 |
| 11/06/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 13,000.00 |
| 11/01/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 13,000.00 |
| 11/01/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 11,000.00 |
| 10/29/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 13,000.00 |
| 10/18/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 11,000.00 |
| 10/17/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 9,000.00 |
| 10/09/2018 | Expense | Nexus Derechos Humanos | Legal Fees | 11,000.00 |

| Date | Type | | | | Amount |
|------|------|--|--|--|--------|
| 10/04/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 9,000.00 |
| 10/03/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 11,000.00 |
| 10/02/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 9,000.00 |
| 09/26/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 11,000.00 |
| 09/20/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 11,000.00 |
| 09/12/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 11,000.00 |
| 09/05/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 22,000.00 |
| 08/30/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 18,000.00 |
| 08/27/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 9,000.00 |
| 08/23/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 9,000.00 |
| 08/16/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 20,000.00 |
| 08/08/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 11,000.00 |
| 07/31/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 9,000.00 |
| 07/26/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 11,000.00 |
| 07/17/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 11,000.00 |
| 07/12/2018 | Expense | Nexus Derechos Humanos | Legal Fees | | 20,024.99 |
| 07/06/2018 | Expense | Nexus Derechos Humanos | Legal Fees | Voided - Wire | 0.00 |
| 07/06/2018 | Expense | Nexus Derechos Humanos | Legal Fees | Wire | 9,000.00 |
| 07/05/2018 | Expense | Nexus Derechos Humanos | Legal Fees | Wire | 11,000.00 |

| Date | Type | Num | Name | Account | Memo | Amount |
|------|------|-----|------|---------|------|--------|
| 07/05/2018 | Expense | | Nexus Derechos Humanos | Legal Fees | Wire | 9,000.00 |
| 06/26/2018 | Expense | | Nexus Derechos Humanos | Legal Fees | Wire | 9,000.00 |
| 06/25/2018 | Expense | | Nexus Derechos Humanos | Legal Fees | Wire | 11,000.00 |
| 06/21/2018 | Expense | | Nexus Derechos Humanos | Legal Fees | Wire | 11,000.00 |
| 06/12/2018 | Expense | | Nexus Derechos Humanos | Legal Fees | | 8,532.10 |
| 06/12/2018 | Expense | | Nexus Derechos Humanos | Legal Fees | | 30,024.99 |
| 06/12/2018 | Expense | | Nexus Derechos Humanos | Legal Fees | | 20,024.99 |
| 06/11/2018 | Expense | | Nexus Derechos Humanos | Legal Fees | | 20,024.99 |
| 06/07/2018 | Expense | | Nexus Derechos Humanos | Legal Fees | | 20,024.99 |
| 06/06/2018 | Expense | | Nexus Derechos Humanos | Legal Fees | Wire | 20,000.00 |
| 06/06/2018 | Expense | | Nexus Derechos Humanos | Legal Fees | Voided - wire | 0.00 |
| 06/04/2018 | Expense | | Nexus Derechos Humanos | Legal Fees | Voided - Wire | 0.00 |
| 06/04/2018 | Expense | | Nexus Derechos Humanos | Legal Fees | wire | 6,700.00 |
| 05/30/2018 | Check | Debit memo | Nexus Derechos Humanos | Legal Fees | Voided | 0.00 |
| 05/29/2018 | Check | VV001 | Nexus Derechos Humanos | Legal Fees | | 11,010.51 |
| 05/18/2018 | Check | 25058 | Nexus Derechos Humanos | Legal Fees | Account: 3484918986 | 3,900.00 |
| 05/16/2018 | Check | | Nexus Derechos Humanos | Legal Fees | | 31,574.97 |
| 05/16/2018 | Check | 25054 | Nexus Derechos Humanos | Legal Fees | Account: 3484918986 | 3,800.00 |
| 05/07/2018 | Check | 25035 | Nexus Derechos Humanos | Legal Fees | Voided - Account: 3484918986 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 05/04/2018 | Check | 25031 | Nexus Derechos Humanos | Legal Fees | Voided - Account: 3484918986 | 0.00 |
| 04/06/2018 | Expense | 15105 | Nexus Derechos Humanos | Legal Fees | | 4,200.00 |
| 04/05/2018 | Check | 15109 | Nexus Derechos Humanos | Legal Fees | Voided - 4/5/18 Deposit | 0.00 |
| 04/04/2018 | Check | 15105 | Nexus Derechos Humanos | Legal Fees | Daily Deposit | 4,200.00 |
| 02/20/2018 | Check | VV042 | Nexus Derechos Humanos | Legal Fees | Daily Deposit | 300.00 |
| 07/23/2017 | Expense | | Nexus Derechos Humanos | Legal Fees | | 5,000.00 |

Nexus Services Inc.
Nexus Services Inc. (Consolidated)
LN-AMEX-LIBRE Register
January 1, 2015 - December 31, 2030

| Date | Number | Payee | Account | Clr | Charge |
|------|--------|-------|---------|-----|--------|
| 3/10/2021 | CARDCHRG007 | American Arbitration | 5030 - Cost of Services : Bond Legal Fees | Yes | $1,400.00 |
| 3/10/2021 | CARDCHRG008 | American Arbitration | 5030 - Cost of Services : Bond Legal Fees | Yes | $1,400.00 |
| 3/12/2021 | CARDCHRG221 | InCorp Services, Inc | 6420 - Expenses : Professional Fees : Legal | Yes | $148.00 |
| 3/12/2021 | CARDCHRG222 | InCorp Services, Inc | 6420 - Expenses : Professional Fees : Legal | Yes | $343.00 |
| 3/12/2021 | CARDCHRG223 | InCorp Services, Inc | 6420 - Expenses : Professional Fees : Legal | Yes | $343.00 |
| 3/15/2021 | CARDCHRG016 | Betts Law | 5030 - Cost of Services : Bond Legal Fees | Yes | $675.00 |
| 3/18/2021 | CARDCHRG015 | Betts Law | 5030 - Cost of Services : Bond Legal Fees | Yes | $675.00 |
| 3/19/2021 | CARDCHRG013 | Betts Law | 5030 - Cost of Services : Bond Legal Fees | Yes | $675.00 |
| 3/19/2021 | CARDCHRG014 | Betts Law | 5030 - Cost of Services : Bond Legal Fees | Yes | $675.00 |
| 3/24/2021 | CARDCHRG010 | Betts Law | 5030 - Cost of Services : Bond Legal Fees | Yes | $675.00 |
| 3/24/2021 | CARDCHRG011 | Betts Law | 5030 - Cost of Services : Bond Legal Fees | Yes | $675.00 |
| 3/25/2021 |  | Betts Law | 5030 - Cost of Services : Bond Legal Fees | Yes | $675.00 |
| 3/25/2021 | CARDCHRG009 | Betts Law | 5030 - Cost of Services : Bond Legal Fees | Yes | $675.00 |
| 4/5/2021 | CARDCHRG226 | NDH LLC. | 6420 - Expenses : Professional Fees : Legal | Yes | $13,000.00 |
| 5/6/2021 | CARDCHRG006 | American Arbitration | 5030 - Cost of Services : Bond Legal Fees | Yes | $500.00 |
| 6/2/2021 | CARDCHRG225 | NDH LLC. | 6420 - Expenses : Professional Fees : Legal | Yes | $7,500.00 |
| 6/14/2021 |  | Acadiana Livery | 6420 - Expenses : Professional Fees : Legal | Yes | $260.00 |
| 6/16/2021 |  | Acadiana Livery | 6420 - Expenses : Professional Fees : Legal | Yes | $108.90 |
| 6/29/2021 |  | Acadiana Livery | 6420 - Expenses : Professional Fees : Legal | Yes | $260.00 |
| 7/1/2021 | CARDCHRG224 | McNutt Law Firm, PLLC | 6420 - Expenses : Professional Fees : Legal | Yes | $1,080.00 |
| 7/8/2021 | CARDCHRG220 | InCorp Services, Inc | 6420 - Expenses : Professional Fees : Legal | Yes | $99.00 |
| 9/14/2021 |  | Lantagne legal printing | 6420 - Expenses : Professional Fees : Legal | Yes | $4,558.70 |
| 10/5/2021 |  | Wharton Aldhizer and Weaver | 6420 - Expenses : Professional Fees : Legal | Yes | $17,826.26 |
|  |  |  |  |  | **$54,226.86** |

# Nexus Services Inc. (Consolidated)
## NS-AMEX-SERVICES Register
### 1/1/2021 - 12/31/2022

| Date | Number | Payee | Account | Clr | Charge |
|------|--------|-------|---------|-----|--------|
| 1/5/2021 | CARDCHRG1621 | InCorp Services, Inc | 6420 - Expenses : Professional Fees : Legal | Yes | $490.00 |
| 2/1/2021 | | NCourt | 6420 - Expenses : Professional Fees : Legal | Yes | $858.43 |
| 2/4/2021 | CARDCHRG1620 | InCorp Services, Inc | 6420 - Expenses : Professional Fees : Legal | Yes | $1,078.00 |
| 2/10/2021 | | Henderson Legal Services | 6420 - Expenses : Professional Fees : Legal | Yes | $1,902.34 |
| 3/14/2021 | | Pacer | 6420 - Expenses : Professional Fees : Legal | Yes | $75.00 |
| 4/2/2021 | CARDCHRG0474 | Blank Rome LLP | 6420 - Expenses : Professional Fees : Legal | Yes | $5,000.00 |
| 5/4/2021 | | Weserve | 6420 - Expenses : Professional Fees : Legal | Yes | $390.00 |
| 5/7/2021 | CARDCHRG1619 | InCorp Services, Inc | 6420 - Expenses : Professional Fees : Legal | Yes | $147.00 |
| 5/11/2021 | | Weserve | 6420 - Expenses : Professional Fees : Legal | Yes | $390.00 |
| 6/21/2021 | CARDCHRG0066 | Acadiana Livery | 6420 - Expenses : Professional Fees : Legal | Yes | $260.00 |
| 6/29/2021 | CARDCHRG0065 | Acadiana Livery | 6420 - Expenses : Professional Fees : Legal | Yes | $260.00 |
| 7/1/2021 | | McNutt Law Firm, PLLC | 6420 - Expenses : Professional Fees : Legal | Yes | $5,000.00 |
| 7/12/2021 | CARDCHRG0064 | Acadiana Livery , | 6420 - Expenses : Professional Fees : Legal | Yes | $260.00 |
| 7/29/2021 | | Wharton Aldhizer and Weaver | 6420 - Expenses : Professional Fees : Legal | Yes | $5,670.99 |
| 8/22/2021 | | RocketLaw | 5030 - Cost of Services : Bond Legal Fees | Yes | $369.03 |
| 8/25/2021 | | FELDMANN, NAGEL, CANTAFIO, & SONG PLLC | 6420 - Expenses : Professional Fees : Legal | Yes | $5,000.00 |
| 9/16/2021 | | Acadiana Livery | 6420 - Expenses : Professional Fees : Legal | Yes | $260.00 |
| 9/24/2021 | | InCorp Services, Inc | 6420 - Expenses : Professional Fees : Legal | Yes | $98.00 |
| 10/30/2021 | | Documents Legal | 5030 - Cost of Services : Bond Legal Fees | Yes | $36.95 |
| 11/17/2021 | | Pacer | 6420 - Expenses : Professional Fees : Legal | Yes | $75.25 |
| 11/21/2021 | | Pacer | 6420 - Expenses : Professional Fees : Legal | Yes | $127.20 |
| 11/30/2021 | | Pacer | 6420 - Expenses : Professional Fees : Legal | Yes | $75.00 |
| 12/5/2021 | | Pacer | 6420 - Expenses : Professional Fees : Legal | Yes | $75.10 |
| 12/11/2021 | | Pacer | 6420 - Expenses : Professional Fees : Legal | Yes | $75.30 |
| | | | | | $27,873.59 |

**Nexus Services, Inc.**
**Legal Expenses - 2021**

| Invoice Date | Vendor | Invoice # | Current Status | Processing Began | Due Date | Amount | Amount Currency |
|---|---|---|---|---|---|---|---|
| 02/01/2021 | Betts Law | 5 | Paid Invoice | 01/28/2021 | 03/03/2021 | 2,700.00 | USD |
| 02/19/2021 | Betts Law | 021921 | Paid Invoice | 02/19/2021 | 03/21/2021 | 3,375.00 | USD |
| 03/02/2021 | Betts Law | SLMO3221 | Paid Invoice | 03/04/2021 | 04/01/2021 | 675.00 | USD |
| 03/02/2021 | Betts Law | DRB3221 | Paid Invoice | 03/04/2021 | 04/01/2021 | 675.00 | USD |
| 03/02/2021 | Betts Law | LFCE3221 | Paid Invoice | 03/04/2021 | 04/01/2021 | 675.00 | USD |
| 03/02/2021 | Betts Law | CBGV3221 | Paid Invoice | 03/04/2021 | 04/01/2021 | 675.00 | USD |
| 03/02/2021 | Betts Law | MHP3221 | Paid Invoice | 03/04/2021 | 04/01/2021 | 675.00 | USD |
| 03/22/2021 | Betts Law | ECG-32221 | Paid Invoice | 03/25/2021 | 04/21/2021 | 675.00 | USD |
| 03/22/2021 | Betts Law | RJAM-32221 | Paid Invoice | 03/25/2021 | 04/21/2021 | 675.00 | USD |
| 03/22/2021 | Betts Law | WHM-32221 | Paid Invoice | 03/25/2021 | 04/21/2021 | 675.00 | USD |
| 03/22/2021 | Betts Law | SCC-32221 | Paid Invoice | 03/25/2021 | 04/21/2021 | 675.00 | USD |
| 03/22/2021 | Betts Law | EVM-32221 | Paid Invoice | 03/25/2021 | 04/21/2021 | 675.00 | USD |
| 03/22/2021 | Betts Law | TSA-32221 | Paid Invoice | 03/25/2021 | 04/21/2021 | 675.00 | USD |
| 03/22/2021 | Betts Law | WHM-322210 | Paid Invoice | 03/25/2021 | 04/21/2021 | 675.00 | USD |
| 03/22/2021 | Betts Law | CBAM-32221 | Paid Invoice | 03/25/2021 | 04/21/2021 | 675.00 | USD |
| 03/22/2021 | Betts Law | CECT-32221 | Paid Invoice | 03/25/2021 | 04/21/2021 | 675.00 | USD |
| 03/22/2021 | Betts Law | DMR-32221 | Paid Invoice | 03/25/2021 | 04/21/2021 | 675.00 | USD |
| 03/22/2021 | Betts Law | BDP-32221 | Paid Invoice | 03/25/2021 | 04/21/2021 | 675.00 | USD |
| 03/22/2021 | Betts Law | JGSV-32221 | Paid Invoice | 03/25/2021 | 04/21/2021 | 675.00 | USD |
| 03/22/2021 | Betts Law | JCMR-32221 | Paid Invoice | 03/25/2021 | 04/21/2021 | 675.00 | USD |
| 03/22/2021 | Betts Law | PABO-32221 | Paid Invoice | 03/25/2021 | 04/21/2021 | 675.00 | USD |
| 03/22/2021 | Betts Law | EDJH-32221 | Paid Invoice | 03/25/2021 | 04/21/2021 | 675.00 | USD |
| 03/30/2021 | Betts Law | 30303 | Paid Invoice | 03/30/2021 | 04/29/2021 | 675.00 | USD |
| 03/30/2021 | Betts Law | FAGG - 33021 | Paid Invoice | 03/30/2021 | 04/29/2021 | 675.00 | USD |
| 03/30/2021 | Betts Law | SSD - 33021 | Paid Invoice | 03/30/2021 | 04/29/2021 | 675.00 | USD |
| 03/30/2021 | Betts Law | YDA - 33021 | Paid Invoice | 03/30/2021 | 04/29/2021 | 675.00 | USD |
| 04/06/2021 | Betts Law | AG40621 | Paid Invoice | 04/06/2021 | 05/06/2021 | 675.00 | USD |
| 04/06/2021 | Betts Law | BOGZ-40621 | Paid Invoice | 04/06/2021 | 05/06/2021 | 675.00 | USD |
| 04/06/2021 | Betts Law | DEFR40621 | Paid Invoice | 04/06/2021 | 05/06/2021 | 675.00 | USD |
| 03/30/2021 | Betts Law | CAHH-40621 | Paid Invoice | 04/06/2021 | 04/29/2021 | 675.00 | USD |

| Date | Name | Reference | Type | Date | Date | Amount | Currency |
|---|---|---|---|---|---|---|---|
| 04/06/2021 | Betts Law | GFAA40621 | Paid Invoice | 04/06/2021 | 05/06/2021 | 675.00 | USD |
| 04/06/2021 | Betts Law | MVC 40621 | Paid Invoice | 04/06/2021 | 05/06/2021 | 675.00 | USD |
| 04/06/2021 | Betts Law | RABR40621 | Paid Invoice | 04/06/2021 | 05/06/2021 | 675.00 | USD |
| 07/08/2021 | McNutt Law Firm, PLLC | 03774 | Paid Invoice | 07/08/2021 | 07/08/2021 | 875.00 | USD |
| 07/08/2021 | McNutt Law Firm, PLLC | 03779 | Paid Invoice | 07/08/2021 | 07/08/2021 | 675.00 | USD |
| 07/01/2021 | RLI Insurance Company | 07/01/2021 | Paid Invoice | 07/15/2021 | 07/31/2021 | 0.00 | USD |
| 07/02/2021 | NATALIA NAVA ORTIZ | 07/02/2021 | Paid Invoice | 07/15/2021 | 08/01/2021 | 0.00 | USD |
| 07/03/2021 | NATALIA NAVA ORTIZ | 07/03/2021 | Paid Invoice | 07/15/2021 | 08/02/2021 | 0.00 | USD |
| 07/04/2021 | RLI Insurance Company | 07/04/2021 | Paid Invoice | 07/15/2021 | 08/03/2021 | 18.00 | USD |
| 07/05/2021 | RLI Insurance Company | 07/05/2021 | Paid Invoice | 07/15/2021 | 08/04/2021 | 9,264.60 | USD |
| 07/06/2021 | RLI Insurance Company | 07/06/2021 | Paid Invoice | 07/15/2021 | 08/05/2021 | 7,453.40 | USD |
| 07/07/2021 | RLI Insurance Company | 07/07/2021 | Paid Invoice | 07/15/2021 | 08/06/2021 | 8,775.00 | USD |
| 07/08/2021 | RLI Insurance Company | 07/08/2021 | Paid Invoice | 07/15/2021 | 08/07/2021 | 7,053.40 | USD |
| 07/09/2021 | RLI Insurance Company | 07/09/2021 | Paid Invoice | 07/15/2021 | 08/08/2021 | 8,992.80 | USD |
| 07/10/2021 | RLI Insurance Company | 07/10/2021 | Paid Invoice | 07/15/2021 | 08/09/2021 | 4,279.60 | USD |
| 07/11/2021 | RLI Insurance Company | 18926 | Paid Invoice | 07/15/2021 | 08/10/2021 | 3,785.20 | USD |
| 07/12/2021 | RLI Insurance Company | 07/12/2021 | Paid Invoice | 07/15/2021 | 08/11/2021 | 7,285.20 | USD |
| 07/13/2021 | RLI Insurance Company | 07/13/2021 | Paid Invoice | 07/15/2021 | 08/12/2021 | 6,735.00 | USD |
| 07/14/2021 | RLI Insurance Company | 07142021 | Paid Invoice | 07/15/2021 | 08/13/2021 | 5,817.60 | USD |
| 07/16/2021 | RLI Insurance Company | 07162021 | Paid Invoice | 07/19/2021 | 08/15/2021 | 5,044.60 | USD |
| 07/15/2021 | RLI Insurance Company | 07152021 | Paid Invoice | 07/19/2021 | 08/14/2021 | 6,896.00 | USD |
| 07/18/2021 | RLI Insurance Company | 07182021 | Paid Invoice | 07/19/2021 | 08/17/2021 | 4,447.00 | USD |
| 07/21/2021 | McNutt Law Firm, PLLC | 03781 | Paid Invoice | 07/21/2021 | 07/21/2021 | 875.00 | USD |
| 07/21/2021 | McNutt Law Firm, PLLC | 03782 | Paid Invoice | 07/21/2021 | 07/21/2021 | 3,027.45 | USD |
| 06/20/2021 | McNutt Law Firm, PLLC | 03755 DRAFT APPEAL | Paid Invoice | 07/22/2021 | 06/20/2021 | 200.00 | USD |
| 06/21/2021 | McNutt Law Firm, PLLC | 03754 DRAFT APPEAL | Paid Invoice | 07/22/2021 | 06/21/2021 | 200.00 | USD |
| 07/19/2021 | RLI Insurance Company | 071921 | Paid Invoice | 08/02/2021 | 08/18/2021 | 8,457.40 | USD |
| 07/20/2021 | RLI Insurance Company | 072021 | Paid Invoice | 08/02/2021 | 08/19/2021 | 5,614.20 | USD |
| 07/21/2021 | RLI Insurance Company | 072121 | Paid Invoice | 08/02/2021 | 08/20/2021 | 7,233.40 | USD |
| 07/22/2021 | RLI Insurance Company | 072221 | Paid Invoice | 08/02/2021 | 08/21/2021 | 7,796.20 | USD |
| 07/23/2021 | RLI Insurance Company | 072321 | Paid Invoice | 08/02/2021 | 08/22/2021 | 7,407.40 | USD |
| 07/24/2021 | RLI Insurance Company | 072421 | Paid Invoice | 08/02/2021 | 08/23/2021 | 6,148.00 | USD |
| 07/25/2021 | RLI Insurance Company | 072521 | Paid Invoice | 08/02/2021 | 08/24/2021 | 5,528.00 | USD |
| 07/26/2021 | RLI Insurance Company | 072621 | Paid Invoice | 08/02/2021 | 08/25/2021 | 8,890.60 | USD |
| 07/27/2021 | RLI Insurance Company | 072721 | Paid Invoice | 08/02/2021 | 08/26/2021 | 8,009.00 | USD |

| Date | Company | Invoice | Type | Date | Amount | Currency |
|---|---|---|---|---|---|---|
| 07/28/2021 | RLI Insurance Company | 072821 | Paid Invoice | 08/02/2021 | 9,726.00 | USD |
| 07/29/2021 | RLI Insurance Company | 072921 | Paid Invoice | 08/02/2021 | 13,230.00 | USD |
| 07/30/2021 | RLI Insurance Company | 073021 | Paid Invoice | 08/02/2021 | 19,618.00 | USD |
| 07/31/2021 | RLI Insurance Company | 073120 | Paid Invoice | 08/02/2021 | 20,660.40 | USD |
| 08/01/2021 | RLI Insurance Company | 080121 | Paid Invoice | 08/02/2021 | 16,674.40 | USD |
| 07/25/2021 | McNutt Law Firm, PLLC | 03975 | Paid Invoice | 08/05/2021 | 1,080.00 | USD |
| 07/18/2021 | McNutt Law Firm, PLLC | 03974 | Paid Invoice | 07/26/2021 | 1,080.00 | USD |
| 08/01/2021 | McNutt Law Firm, PLLC | 03976 | Paid Invoice | 08/09/2021 | 1,080.00 | USD |
| 07/11/2021 | McNutt Law Firm, PLLC | 03973 | Paid Invoice | 07/19/2021 | 1,080.00 | USD |
| 08/05/2021 | McNutt Law Firm, PLLC | 03977 | Authorized for Pay | 08/05/2021 | 1,425.00 | USD |
| 08/02/2021 | RLI Insurance Company | 66129 | Paid Invoice | 09/01/2021 | 14,548.38 | USD |
| 08/03/2021 | RLI Insurance Company | 080321 | Paid Invoice | 08/22/2021 | 9,958.08 | USD |
| 08/04/2021 | RLI Insurance Company | 080421 | Paid Invoice | 08/22/2021 | 7,552.16 | USD |
| 08/05/2021 | RLI Insurance Company | 080521 | Paid Invoice | 08/22/2021 | 6,999.08 | USD |
| 08/06/2021 | RLI Insurance Company | 080621 | Paid Invoice | 08/22/2021 | 6,323.80 | USD |
| 08/07/2021 | RLI Insurance Company | 25996 | Paid Invoice | 08/22/2021 | 5,199.20 | USD |
| 08/08/2021 | RLI Insurance Company | 080821 | Paid Invoice | 08/22/2021 | 3,106.62 | USD |
| 08/09/2021 | RLI Insurance Company | 080921 | Paid Invoice | 08/22/2021 | 7,487.20 | USD |
| 08/10/2021 | RLI Insurance Company | 081021 | Paid Invoice | 08/22/2021 | 6,653.24 | USD |
| 08/11/2021 | RLI Insurance Company | 081121 | Paid Invoice | 08/22/2021 | 6,307.84 | USD |
| 08/12/2021 | RLI Insurance Company | 081221 | Paid Invoice | 08/22/2021 | 4,760.58 | USD |
| 08/13/2021 | RLI Insurance Company | 081321 | Paid Invoice | 08/22/2021 | 3,954.94 | USD |
| 08/14/2021 | RLI Insurance Company | 081421 | Paid Invoice | 08/22/2021 | 8,451.08 | USD |
| 08/15/2021 | RLI Insurance Company | 081521 | Paid Invoice | 08/22/2021 | 7,517.40 | USD |
| 08/16/2021 | RLI Insurance Company | 081621 | Paid Invoice | 08/22/2021 | 6,604.62 | USD |
| 08/17/2021 | RLI Insurance Company | 081721 | Paid Invoice | 08/22/2021 | 6,815.16 | USD |
| 08/18/2021 | RLI Insurance Company | 081821 | Paid Invoice | 08/22/2021 | 6,571.40 | USD |
| 08/19/2021 | RLI Insurance Company | 081921 | Paid Invoice | 08/22/2021 | 7,111.06 | USD |
| 08/20/2021 | RLI Insurance Company | 082021 | Paid Invoice | 08/22/2021 | 9,283.34 | USD |
| 08/21/2021 | RLI Insurance Company | 082121 | Paid Invoice | 08/22/2021 | 5,514.30 | USD |
| 08/24/2021 | McNutt Law Firm, PLLC | 03988 | Paid Invoice | 09/23/2021 | 875.00 | USD |
| 08/24/2021 | McNutt Law Firm, PLLC | 03989 | Paid Invoice | 09/23/2021 | 875.00 | USD |
| 08/24/2021 | McNutt Law Firm, PLLC | 03990 | Paid Invoice | 09/23/2021 | 875.00 | USD |
| 08/24/2021 | McNutt Law Firm, PLLC | 03991 | Paid Invoice | 09/23/2021 | 875.00 | USD |
| 08/24/2021 | McNutt Law Firm, PLLC | 03993 | Paid Invoice | 09/23/2021 | 875.00 | USD |

| | | | | | |
|---|---|---|---|---|---|
| 08/24/2021 | McNutt Law Firm, PLLC | 03992 | Paid Invoice | 08/24/2021 | 09/23/2021 | 675.00 | USD |
| 08/24/2021 | McNutt Law Firm, PLLC | 03994 | Paid Invoice | 08/24/2021 | 09/23/2021 | 875.00 | USD |
| 08/24/2021 | Las Brisas Property Management | 03997 | Paid Invoice | 08/24/2021 | 09/23/2021 | 875.00 | USD |
| 08/24/2021 | McNutt Law Firm, PLLC | 03999 | Paid Invoice | 08/24/2021 | 09/23/2021 | 875.00 | USD |
| 08/24/2021 | McNutt Law Firm, PLLC | 04000 | Paid Invoice | 08/24/2021 | 09/23/2021 | 875.00 | USD |
| 08/24/2021 | McNutt Law Firm, PLLC | 04001 | Paid Invoice | 08/24/2021 | 09/23/2021 | 675.00 | USD |
| 08/24/2021 | McNutt Law Firm, PLLC | 04002 | Paid Invoice | 08/24/2021 | 09/23/2021 | 675.00 | USD |
| 08/24/2021 | McNutt Law Firm, PLLC | 04003 | Paid Invoice | 08/24/2021 | 09/23/2021 | 675.00 | USD |
| 09/01/2021 | ARENT FOX | 042716.00001 | Paid Invoice | 09/01/2021 | 10/01/2021 | 100,000.00 | USD |
| 08/11/2021 | McNutt Law Firm, PLLC | 03981 | Authorized for Pay | 09/07/2021 | 09/10/2021 | 6,726.00 | USD |
| 08/29/2021 | McNutt Law Firm, PLLC | 04197 | Paid Invoice | 09/15/2021 | 09/28/2021 | 1,080.00 | USD |
| 09/19/2021 | McNutt Law Firm, PLLC | 04200 | Paid Invoice | 09/15/2021 | 10/19/2021 | 1,080.00 | USD |
| 08/22/2021 | McNutt Law Firm, PLLC | 04196 | Authorized for Pay | 09/15/2021 | 09/21/2021 | 1,080.00 | USD |
| 08/29/2021 | McNutt Law Firm, PLLC | 04198 | Paid Invoice | 09/15/2021 | 09/28/2021 | 1,080.00 | USD |
| 09/05/2021 | McNutt Law Firm, PLLC | 04199 | Paid Invoice | 09/15/2021 | 10/05/2021 | 1,080.00 | USD |
| 08/15/2021 | McNutt Law Firm, PLLC | 04195 | Paid Invoice | 09/15/2021 | 09/14/2021 | 1,080.00 | USD |
| 08/22/2021 | RLI Insurance Company | 082221 | Paid Invoice | 09/20/2021 | 09/21/2021 | 4,717.20 | USD |
| 08/23/2021 | RLI Insurance Company | 082321 | Paid Invoice | 09/20/2021 | 09/22/2021 | 8,933.80 | USD |
| 09/20/2021 | RLI Insurance Company | 082421 | Paid Invoice | 09/20/2021 | 10/20/2021 | 6,191.20 | USD |
| 09/20/2021 | RLI Insurance Company | 082521 | Paid Invoice | 09/20/2021 | 10/20/2021 | 9,398.20 | USD |
| 09/20/2021 | RLI Insurance Company | 082621 | Paid Invoice | 09/20/2021 | 10/20/2021 | 8,825.40 | USD |
| 09/20/2021 | RLI Insurance Company | 082721 | Paid Invoice | 09/20/2021 | 10/20/2021 | 9,976.20 | USD |
| 09/20/2021 | RLI Insurance Company | 082821 | Paid Invoice | 09/20/2021 | 10/20/2021 | 11,126.60 | USD |
| 09/20/2021 | RLI Insurance Company | 082921 | Paid Invoice | 09/20/2021 | 10/20/2021 | 9,805.40 | USD |
| 09/20/2021 | RLI Insurance Company | 083021 | Paid Invoice | 09/20/2021 | 10/20/2021 | 17,930.30 | USD |
| 09/20/2021 | RLI Insurance Company | 083121 | Paid Invoice | 09/20/2021 | 10/20/2021 | 23,357.20 | USD |
| 09/20/2021 | RLI Insurance Company | 090121 | Paid Invoice | 09/20/2021 | 10/20/2021 | 24,390.60 | USD |
| 09/20/2021 | RLI Insurance Company | 090221 | Paid Invoice | 09/20/2021 | 10/20/2021 | 8,388.00 | USD |
| 09/20/2021 | RLI Insurance Company | 090421 | Paid Invoice | 09/20/2021 | 10/20/2021 | 4,615.80 | USD |
| 09/20/2021 | RLI Insurance Company | 091521 | Paid Invoice | 09/20/2021 | 10/20/2021 | 3,017.80 | USD |
| 09/20/2021 | RLI Insurance Company | 090621 | Paid Invoice | 09/20/2021 | 10/20/2021 | 4,112.00 | USD |
| 09/20/2021 | RLI Insurance Company | 090721 | Paid Invoice | 09/20/2021 | 10/20/2021 | 4,719.60 | USD |
| 09/19/2021 | McNutt Law Firm, PLLC | 04202 | Paid Invoice | 09/26/2021 | 10/19/2021 | 875.00 | USD |
| 10/19/2021 | Treasurer Of Virginia | NOV21 | Paid Invoice | 10/19/2021 | 11/18/2021 | 25,000.00 | USD |
| 10/20/2021 | Treasurer Of Virginia | Nov21Final | Paid Invoice | 10/20/2021 | 11/19/2021 | 25,000.00 | USD |

| Date | Entity | Invoice No. | Type | Date | Date | Amount | Currency |
|---|---|---|---|---|---|---|---|
| 09/25/2021 | Amina Mathney-Williard, PLLC | 1010124711 | Paid Invoice | 10/29/2021 | 10/25/2021 | 15,000.00 | USD |
| 10/31/2021 | Glazier Yee | 10777 | Authorized for Pay | 11/18/2021 | 11/30/2021 | 3,218.74 | USD |
| 09/07/2021 | RLI Insurance Company | 090721A | Paid Invoice | 11/18/2021 | 10/07/2021 | 4,719.60 | USD |
| 09/08/2021 | RLI Insurance Company | 090821 | Paid Invoice | 11/18/2021 | 10/08/2021 | 6,290.60 | USD |
| 09/09/2021 | RLI Insurance Company | 090921 | Paid Invoice | 11/18/2021 | 10/09/2021 | 7,511.00 | USD |
| 09/10/2021 | RLI Insurance Company | 091021 | Paid Invoice | 11/18/2021 | 10/10/2021 | 7,735.40 | USD |
| 09/11/2021 | RLI Insurance Company | 091121 | Paid Invoice | 11/18/2021 | 10/11/2021 | 3,711.80 | USD |
| 09/12/2021 | RLI Insurance Company | 091221 | Paid Invoice | 11/18/2021 | 10/12/2021 | 4,448.80 | USD |
| 09/13/2021 | RLI Insurance Company | 091321 | Paid Invoice | 11/18/2021 | 10/13/2021 | 6,331.80 | USD |
| 09/14/2021 | RLI Insurance Company | 091421 | Paid Invoice | 11/18/2021 | 10/14/2021 | 5,114.80 | USD |
| 09/15/2021 | RLI Insurance Company | 091521A | Paid Invoice | 11/18/2021 | 10/15/2021 | 3,837.00 | USD |
| 11/19/2021 | RLI Insurance Company | 091621 | Paid Invoice | 11/18/2021 | 12/19/2021 | 5,880.00 | USD |
| 11/19/2021 | RLI Insurance Company | 091721 | Paid Invoice | 11/18/2021 | 12/19/2021 | 8,489.80 | USD |
| 09/18/2021 | RLI Insurance Company | 091821 | Paid Invoice | 11/18/2021 | 10/18/2021 | 5,814.40 | USD |
| 09/19/2021 | RLI Insurance Company | 091921 | Paid Invoice | 11/18/2021 | 10/19/2021 | 5,811.60 | USD |
| 09/20/2021 | RLI Insurance Company | 092021 | Paid Invoice | 11/18/2021 | 10/20/2021 | 5,258.20 | USD |
| 09/21/2021 | RLI Insurance Company | 092121 | Paid Invoice | 11/18/2021 | 10/21/2021 | 6,316.40 | USD |
| 09/22/2021 | RLI Insurance Company | 092221 | Paid Invoice | 11/18/2021 | 10/22/2021 | 3,753.60 | USD |
| 09/23/2021 | RLI Insurance Company | 092321 | Paid Invoice | 11/18/2021 | 10/23/2021 | 6,889.00 | USD |
| 11/19/2021 | RLI Insurance Company | 092421 | Paid Invoice | 11/18/2021 | 12/19/2021 | 9,154.20 | USD |
| 09/25/2021 | RLI Insurance Company | 092521 | Paid Invoice | 11/18/2021 | 10/25/2021 | 5,160.00 | USD |
| 09/26/2021 | RLI Insurance Company | 092621 | Paid Invoice | 11/18/2021 | 10/26/2021 | 6,831.80 | USD |
| 09/27/2021 | RLI Insurance Company | 092721 | Paid Invoice | 11/18/2021 | 10/27/2021 | 9,289.40 | USD |
| 09/28/2021 | RLI Insurance Company | 092821 | Paid Invoice | 11/18/2021 | 10/28/2021 | 11,327.20 | USD |
| 09/29/2021 | RLI Insurance Company | 092921 | Paid Invoice | 11/18/2021 | 10/29/2021 | 11,453.20 | USD |
| 09/30/2021 | RLI Insurance Company | 093021 | Paid Invoice | 11/18/2021 | 10/30/2021 | 21,598.40 | USD |
| 10/01/2021 | RLI Insurance Company | 100121 | Paid Invoice | 11/18/2021 | 10/31/2021 | 25,453.00 | USD |
| 10/06/2021 | RLI Insurance Company | 100621 | Paid Invoice | 11/18/2021 | 11/05/2021 | 4,493.00 | USD |
| 10/07/2021 | RLI Insurance Company | 100721 | Paid Invoice | 11/18/2021 | 11/06/2021 | 4,165.00 | USD |
| 10/08/2021 | RLI Insurance Company | 100821 | Paid Invoice | 11/18/2021 | 11/07/2021 | 4,861.80 | USD |
| 10/09/2021 | RLI Insurance Company | 100921 | Paid Invoice | 11/18/2021 | 11/08/2021 | 7,629.60 | USD |
| 10/20/2021 | RLI Insurance Company | 101021 | Paid Invoice | 11/18/2021 | 11/19/2021 | 5,407.60 | USD |
| 10/11/2021 | RLI Insurance Company | 101121 | Paid Invoice | 11/18/2021 | 11/10/2021 | 6,485.60 | USD |
| 10/12/2021 | RLI Insurance Company | 101221 | Paid Invoice | 11/18/2021 | 11/11/2021 | 4,629.24 | USD |
| 10/13/2021 | RLI Insurance Company | 101321 | Paid Invoice | 11/18/2021 | 11/12/2021 | 6,680.30 | USD |

| Date | Company | Number | Type | Date | Amount | Currency |
|---|---|---|---|---|---|---|
| 10/14/2021 | RLI Insurance Company | 101421 | Authorized for Pay | 11/18/2021 | 5,909.94 | USD |
| 10/15/2021 | RLI Insurance Company | 101521 | Paid Invoice | 11/18/2021 | 6,928.46 | USD |
| 10/16/2021 | RLI Insurance Company | 101621 | Authorized for Pay | 11/18/2021 | 5,460.84 | USD |
| 10/17/2021 | RLI Insurance Company | 101721 | Paid Invoice | 11/18/2021 | 3,855.06 | USD |
| 10/18/2021 | RLI Insurance Company | 101821 | Paid Invoice | 11/18/2021 | 6,632.56 | USD |
| 10/19/2021 | RLI Insurance Company | 101921 | Authorized for Pay | 11/18/2021 | 5,825.16 | USD |
| 10/20/2021 | RLI Insurance Company | 102021 | Authorized for Pay | 11/18/2021 | 5,838.14 | USD |
| 10/21/2021 | RLI Insurance Company | 102121 | Paid Invoice | 11/18/2021 | 7,410.26 | USD |
| 10/22/2021 | RLI Insurance Company | 102221 | Paid Invoice | 11/18/2021 | 6,759.50 | USD |
| 10/23/2021 | RLI Insurance Company | 102321 | Paid Invoice | 11/18/2021 | 7,438.20 | USD |
| 10/24/2021 | RLI Insurance Company | 102421 | Authorized for Pay | 11/18/2021 | 5,994.78 | USD |
| 10/25/2021 | RLI Insurance Company | 102521 | Paid Invoice | 11/18/2021 | 6,470.64 | USD |
| 10/26/2021 | RLI Insurance Company | 102621 | Paid Invoice | 11/18/2021 | 10,593.66 | USD |
| 10/27/2021 | RLI Insurance Company | 102721 | Paid Invoice | 11/18/2021 | 7,618.38 | USD |
| 10/28/2021 | RLI Insurance Company | 102821 | Authorized for Pay | 11/18/2021 | 8,541.20 | USD |
| 10/29/2021 | RLI Insurance Company | 102921 | Paid Invoice | 11/18/2021 | 12,374.78 | USD |
| 10/30/2021 | RLI Insurance Company | 103021 | Paid Invoice | 11/18/2021 | 15,477.00 | USD |
| 10/31/2021 | RLI Insurance Company | 103121 | Paid Invoice | 11/18/2021 | 16,468.98 | USD |
| 11/01/2021 | RLI Insurance Company | 110121 | Paid Invoice | 11/18/2021 | 22,349.80 | USD |
| 11/02/2021 | RLI Insurance Company | 110221 | Authorized for Pay | 11/18/2021 | 11,850.30 | USD |
| 11/03/2021 | RLI Insurance Company | 110321 | Authorized for Pay | 11/18/2021 | 7,650.94 | USD |
| 11/19/2021 | RLI Insurance Company | 110421 | Paid Invoice | 11/18/2021 | 4,989.38 | USD |
| 11/05/2021 | RLI Insurance Company | 110521 | Paid Invoice | 11/18/2021 | 8,001.84 | USD |
| 11/06/2021 | RLI Insurance Company | 110621 | Authorized for Pay | 11/18/2021 | 6,102.36 | USD |
| 11/07/2021 | RLI Insurance Company | 110721 | Paid Invoice | 11/18/2021 | 3,367.10 | USD |
| 11/08/2021 | RLI Insurance Company | 110821 | Authorized for Pay | 11/18/2021 | 6,332.92 | USD |
| 11/09/2021 | RLI Insurance Company | 110921 | Authorized for Pay | 11/18/2021 | 5,394.40 | USD |
| 11/10/2021 | RLI Insurance Company | 111021 | Authorized for Pay | 11/18/2021 | 5,709.88 | USD |
| 11/11/2021 | RLI Insurance Company | 111121 | Paid Invoice | 11/18/2021 | 4,280.98 | USD |
| 11/12/2021 | RLI Insurance Company | 111221 | Paid Invoice | 11/18/2021 | 11,124.08 | USD |
| 10/13/2021 | RLI Insurance Company | 111321 | Paid Invoice | 11/18/2021 | 7,892.06 | USD |
| 11/14/2021 | RLI Insurance Company | 111421 | Authorized for Pay | 11/18/2021 | 5,320.04 | USD |
| 11/15/2021 | RLI Insurance Company | 111521 | Paid Invoice | 11/18/2021 | 7,164.52 | USD |
| 11/16/2021 | RLI Insurance Company | 111621 | Paid Invoice | 11/18/2021 | 7,720.46 | USD |
| 11/17/2021 | RLI Insurance Company | 111721 | Authorized for Pay | 11/18/2021 | 5,446.10 | USD |

| Date | Entity | Invoice | Type | Date | Date | Amount | Currency |
|---|---|---|---|---|---|---|---|
| 08/12/2021 | McNutt Law Firm, PLLC | 03981A | Authorized for Pa | 11/19/2021 | 09/11/2021 | 6,726.00 | USD |
| 10/27/2021 | McNutt Law Firm, PLLC | 04213 | Paid Invoice | 11/19/2021 | 11/26/2021 | 203.00 | USD |
| 08/05/2021 | McNutt Law Firm, PLLC | 03977A | Paid Invoice | 11/19/2021 | 09/04/2021 | 85.52 | USD |
| 11/18/2021 | RLI Insurance Company | 11/18 | Paid Invoice | 12/31/2021 | 12/18/2021 | 4,923.38 | USD |
| 11/21/2021 | RLI Insurance Company | 1120 | Paid Invoice | 12/31/2021 | 12/21/2021 | 7,178.38 | USD |
| 12/31/2021 | RLI Insurance Company | 1121 | Paid Invoice | 12/31/2021 | 01/30/2022 | 7,492.10 | USD |
| 12/19/2021 | RLI Insurance Company | 111921 | Authorized for Pa | 01/01/2022 | 01/18/2022 | 5,348.86 | USD |
| 11/21/2021 | RLI Insurance Company | 112121 | Paid Invoice | 01/01/2022 | 12/21/2021 | 7,492.10 | USD |
| 11/23/2021 | RLI Insurance Company | 112321 | Paid Invoice | 01/01/2022 | 12/23/2021 | 6,268.46 | USD |
| 11/24/2021 | RLI Insurance Company | 112421 | Paid Invoice | 01/01/2022 | 12/24/2021 | 6,375.60 | USD |
| 11/25/2021 | RLI Insurance Company | 112521 | Paid Invoice | 01/01/2022 | 12/25/2021 | 3,902.58 | USD |
| 11/26/2021 | RLI Insurance Company | 112621 | Authorized for Pa | 01/01/2022 | 12/26/2021 | 9,264.86 | USD |
| 11/27/2021 | RLI Insurance Company | 112721 | Authorized for Pa | 01/01/2022 | 12/27/2021 | 7,708.80 | USD |
| 11/28/2021 | RLI Insurance Company | 112821 | Paid Invoice | 01/01/2022 | 12/28/2021 | 8,211.50 | USD |
| 11/29/2021 | RLI Insurance Company | 112921 | Paid Invoice | 01/01/2022 | 12/29/2021 | 14,587.54 | USD |
| 11/30/2021 | RLI Insurance Company | 113021 | Paid Invoice | 01/01/2022 | 12/30/2021 | 24,000.24 | USD |
| 12/01/2021 | RLI Insurance Company | 120121 | Paid Invoice | 01/01/2022 | 12/31/2021 | 22,529.32 | USD |
| 12/02/2021 | RLI Insurance Company | 120221 | Paid Invoice | 01/01/2022 | 01/01/2022 | 6,368.78 | USD |
| 12/03/2021 | RLI Insurance Company | 120321 | Paid Invoice | 01/01/2022 | 01/02/2022 | 7,725.74 | USD |
| 12/04/2021 | RLI Insurance Company | 120421 | Authorized for Pa | 01/01/2022 | 01/03/2022 | 5,567.10 | USD |
| 12/05/2021 | RLI Insurance Company | 120521 | Paid Invoice | 01/01/2022 | 01/04/2022 | 4,764.10 | USD |
| 12/06/2021 | RLI Insurance Company | 120621 | Paid Invoice | 01/01/2022 | 01/05/2022 | 7,559.64 | USD |
| 12/07/2021 | RLI Insurance Company | 120721 | Paid Invoice | 01/01/2022 | 01/06/2022 | 3,859.24 | USD |
| 12/08/2021 | RLI Insurance Company | 120821 | Paid Invoice | 01/01/2022 | 01/07/2022 | 6,850.58 | USD |
| 12/09/2021 | RLI Insurance Company | 120921 | Paid Invoice | 01/01/2022 | 01/08/2022 | 6,661.16 | USD |
| 12/10/2021 | RLI Insurance Company | 121021 | Paid Invoice | 01/01/2022 | 01/09/2022 | 6,287.02 | USD |
| 12/11/2021 | RLI Insurance Company | 121121 | Authorized for Pa | 01/01/2022 | 01/10/2022 | 7,750.38 | USD |
| 12/12/2021 | RLI Insurance Company | 121221 | Authorized for Pa | 01/01/2022 | 01/11/2022 | 5,122.04 | USD |
| 12/13/2021 | RLI Insurance Company | 121321 | Paid Invoice | 01/01/2022 | 01/12/2022 | 6,918.12 | USD |
| 12/14/2021 | RLI Insurance Company | 121421 | Paid Invoice | 01/01/2022 | 01/13/2022 | 7,848.06 | USD |
| 12/15/2021 | RLI Insurance Company | 121521 | Authorized for Pa | 01/01/2022 | 01/14/2022 | 5,364.70 | USD |
| 12/16/2021 | RLI Insurance Company | 121621 | Paid Invoice | 01/01/2022 | 01/15/2022 | 6,563.48 | USD |
| 12/17/2021 | RLI Insurance Company | 121721 | Paid Invoice | 01/01/2022 | 01/16/2022 | 4,019.18 | USD |
| 12/18/2021 | RLI Insurance Company | 121821 | Paid Invoice | 01/01/2022 | 01/17/2022 | 4,172.96 | USD |
| 12/19/2021 | RLI Insurance Company | 121921 | Authorized for Pa | 01/01/2022 | 01/18/2022 | 5,255.36 | USD |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/20/2021 | RLI Insurance Company | 122021 | Paid Invoice | 01/01/2022 | 01/19/2022 | 5,265.70 | USD |
| 12/21/2021 | RLI Insurance Company | 122121 | Paid Invoice | 01/01/2022 | 01/20/2022 | 6,322.58 | USD |
| 12/22/2021 | RLI Insurance Company | 122221 | Paid Invoice | 01/01/2022 | 01/21/2022 | 7,750.60 | USD |
| 12/23/2021 | RLI Insurance Company | 122321 | Paid Invoice | 01/01/2022 | 01/22/2022 | 11,502.48 | USD |
| 12/24/2021 | RLI Insurance Company | 122421 | Paid Invoice | 01/01/2022 | 01/23/2022 | 6,323.68 | USD |
| 12/25/2021 | RLI Insurance Company | 122521 | Paid Invoice | 01/01/2022 | 01/24/2022 | 3,344.00 | USD |
| 12/26/2021 | RLI Insurance Company | 122621 | Paid Invoice | 01/01/2022 | 01/25/2022 | 7,541.16 | USD |
| 12/27/2021 | RLI Insurance Company | 122721 | Paid Invoice | 01/01/2022 | 01/26/2022 | 8,365.94 | USD |
| 12/28/2021 | RLI Insurance Company | 122821 | Paid Invoice | 01/01/2022 | 01/27/2022 | 11,956.34 | USD |
| 12/29/2021 | RLI Insurance Company | 122921 | Paid Invoice | 01/01/2022 | 01/28/2022 | 14,727.24 | USD |
| 12/30/2021 | RLI Insurance Company | 123021 | Paid Invoice | 01/01/2022 | 01/29/2022 | 17,656.32 | USD |
| 01/04/2021 | RLI Insurance Company | IMM0101127 | Paid Invoice | 02/28/2022 | 02/03/2021 | 5,000.00 | USD |
| 01/14/2021 | RLI Insurance Company | IMM0100576 | Paid Invoice | 02/28/2022 | 02/13/2021 | 12,000.00 | USD |
| 02/01/2021 | RLI Insurance Company | IMM0100830 | Paid Invoice | 02/28/2022 | 03/03/2021 | 8,500.00 | USD |
| 01/15/2021 | RLI Insurance Company | IMM0001578 | Paid Invoice | 02/28/2022 | 02/14/2021 | 12,000.00 | USD |
| 01/25/2021 | RLI Insurance Company | IMM0100262 | Paid Invoice | 02/28/2022 | 02/24/2021 | 7,500.00 | USD |
| 01/20/2021 | RLI Insurance Company | IMM0100670 | Paid Invoice | 02/28/2022 | 02/19/2021 | 10,000.00 | USD |
| 02/01/2021 | RLI Insurance Company | IMM0100926 | Paid Invoice | 02/28/2022 | 03/03/2021 | 12,000.00 | USD |
| 02/13/2021 | RLI Insurance Company | IMM0101526 | Paid Invoice | 02/28/2022 | 03/15/2021 | 12,000.00 | USD |
| 02/24/2021 | RLI Insurance Company | IMM0101402 | Paid Invoice | 02/28/2022 | 03/26/2021 | 12,000.00 | USD |
| 03/05/2021 | RLI Insurance Company | IMM0102201 | Paid Invoice | 02/28/2022 | 04/04/2021 | 8,500.00 | USD |
| 03/08/2021 | RLI Insurance Company | IMM0100139 | Paid Invoice | 02/28/2022 | 04/07/2021 | 12,000.00 | USD |
| 03/13/2021 | RLI Insurance Company | IMM0100843 | Paid Invoice | 02/28/2022 | 04/12/2021 | 5,000.00 | USD |
| 03/08/2021 | RLI Insurance Company | IMM0100863 | Paid Invoice | 02/28/2022 | 04/07/2021 | 15,000.00 | USD |
| 03/18/2021 | RLI Insurance Company | IMM0100108 | Paid Invoice | 02/28/2022 | 04/17/2021 | 7,500.00 | USD |
| 03/19/2021 | RLI Insurance Company | IMM0101817 | Paid Invoice | 02/28/2022 | 04/18/2021 | 7,000.00 | USD |
| 04/06/2021 | RLI Insurance Company | IMM0101756 | Paid Invoice | 02/28/2022 | 05/06/2021 | 10,000.00 | USD |
| 04/06/2021 | RLI Insurance Company | IMM0102212 | Paid Invoice | 02/28/2022 | 05/06/2021 | 15,000.00 | USD |
| 04/06/2021 | RLI Insurance Company | IMM0100580 | Paid Invoice | 02/28/2022 | 05/06/2021 | 12,000.00 | USD |
| 04/22/2021 | RLI Insurance Company | IMM0101605 | Paid Invoice | 02/28/2022 | 05/22/2021 | 15,000.00 | USD |
| 05/07/2021 | RLI Insurance Company | IMM0100395 | Paid Invoice | 02/28/2022 | 06/06/2021 | 30,000.00 | USD |
| 05/07/2021 | RLI Insurance Company | IMM0102477 | Paid Invoice | 02/28/2022 | 06/06/2021 | 5,000.00 | USD |
| 05/24/2021 | RLI Insurance Company | IMM0101321 | Paid Invoice | 02/28/2022 | 06/23/2021 | 12,000.00 | USD |
| 05/27/2021 | RLI Insurance Company | IMM0101811 | Paid Invoice | 02/28/2022 | 06/26/2021 | 20,000.00 | USD |
| 06/08/2021 | RLI Insurance Company | IMM0100288 | Paid Invoice | 02/28/2022 | 07/08/2021 | 9,000.00 | USD |

| Date | Company | Invoice | Type | Date | Date | Amount | Currency |
|---|---|---|---|---|---|---|---|
| 05/28/2021 | RLI Insurance Company | IMM0100987 | Paid Invoice | 02/28/2022 | 06/27/2021 | 15,000.00 | USD |
| 06/14/2021 | RLI Insurance Company | IMM0102388 | Paid Invoice | 02/28/2022 | 07/14/2021 | 7,500.00 | USD |
| 07/06/2021 | RLI Insurance Company | IMM0101782 | Paid Invoice | 02/28/2022 | 08/05/2021 | 7,500.00 | USD |
| 07/12/2021 | RLI Insurance Company | IMM0100461 | Paid Invoice | 02/28/2022 | 08/11/2021 | 10,000.00 | USD |
| 07/16/2021 | RLI Insurance Company | IMM0100550 | Paid Invoice | 02/28/2022 | 08/15/2021 | 18,000.00 | USD |
| 08/03/2021 | RLI Insurance Company | IMM0101620 | Paid Invoice | 02/28/2022 | 09/02/2021 | 20,000.00 | USD |
| 08/19/2021 | RLI Insurance Company | IMM0102331 | Paid Invoice | 02/28/2022 | 09/18/2021 | 1,500.00 | USD |
| 09/22/2021 | RLI Insurance Company | IMM01023921 | Paid Invoice | 02/28/2022 | 10/22/2021 | 10,000.00 | USD |
| 09/21/2021 | RLI Insurance Company | IMM0102454 | Paid Invoice | 02/28/2022 | 10/21/2021 | 5,000.00 | USD |
| 10/15/2021 | RLI Insurance Company | IMM0101185 | Paid Invoice | 02/28/2022 | 11/14/2021 | 21,000.00 | USD |
| 10/31/2021 | RLI Insurance Company | IMM0100589 | Paid Invoice | 02/28/2022 | 11/30/2021 | 18,000.00 | USD |
| 11/10/2021 | RLI Insurance Company | IMM0100045 | Paid Invoice | 02/28/2022 | 12/10/2021 | 3,000.00 | USD |
| 01/29/2021 | RLI Insurance Company | IMM0101961 | Paid Invoice | 02/28/2022 | 02/28/2022 | 20,000.00 | USD |
| 04/19/2021 | RLI Insurance Company | IMM0100710 | Paid Invoice | 02/28/2022 | 05/19/2021 | 15,000.00 | USD |

| Total | Invoice Count | | | Amount | Currency |
|---|---|---|---|---|---|
| | 289 | | | 2,078,577. | USD |

Credit Count        Credit Amt Currency

2023-02-27T17:34:59.259Z

**Nexus Services, Inc.**
**Legal Expenses - 2022**

| Invoice Date | Vendor | Invoice # | Current Status | Processing Began | Due Date | Amount | Amount Currency |
|---|---|---|---|---|---|---|---|
| 02/28/2022 | RLI Insurance Company | IMM0102293 | Paid Invoice | 02/28/2022 | 03/30/2022 | 10,000.00 | USD |
| 03/09/2022 | Big Marco Insurance & Bonding Services | HOUS1700247 | Authorized for Payment | 03/23/2022 | 04/08/2022 | 12,000.00 | USD |
| 03/16/2022 | Big Marco Insurance & Bonding Services | A208 | Authorized for Payment | 03/30/2022 | 04/15/2022 | 30,000.00 | USD |
| 04/01/2022 | Rock Spring Law Group | 3 | Authorized for Payment | 04/01/2022 | 06/30/2022 | 352,869.10 | USD |
| 04/19/2022 | RLI Insurance Company | ADES1700031 | Authorized for Payment | 04/26/2022 | 05/19/2022 | 10,000.00 | USD |
| 06/10/2022 | RLI Insurance Company | KROS1600652 | Authorized for Payment | 06/17/2022 | 07/10/2022 | 15,000.00 | USD |
| 07/18/2022 | RLI Insurance Company | SPMS1600379 | Authorized for Payment | 07/26/2022 | 08/17/2022 | 15,000.00 | USD |
| 08/23/2022 | RLI Insurance Company | CLES1600065 | Authorized for Payment | 07/26/2022 | 09/22/2022 | 3,500.00 | USD |
| 08/26/2022 | RLI Insurance Company | NEWS1700009 | Pending Further Approval | 08/31/2022 | 09/25/2022 | 5,000.00 | USD |
| 09/14/2022 | RLI Insurance Company | OAKS1600612 | Pending Approval | 09/21/2022 | 10/14/2022 | 12,000.00 | USD |
| 09/15/2022 | RLI Insurance Company | HOUS1602423 | Pending Approval | 09/27/2022 | 10/15/2022 | 12,000.00 | USD |

| | Invoice Count | | | | Amount | Currency |
|---|---|---|---|---|---|---|
| Total | 11 | | | | 477,369.10 | USD |

| | Credit Count | | | | Credit Amou | Currency |
|---|---|---|---|---|---|---|

2023-02-27T17:56:07.519Z

Type: All transactions &middot; Status: All statuses &middot; Date: All dates &middot; Name: Davis Wright Tremaine, LLP

| Date | Type | No. | Payee | Category | Memo | Total |
|---|---|---|---|---|---|---|
| 12/09/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 3,000.00 |
| 10/13/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 1,049.00 |
| 10/13/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 1,049.00 |
| 10/13/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 12,659.80 |
| 10/05/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 9,707.64 |
| 10/02/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 20,000.00 |
| 09/30/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 6,843.00 |
| 09/30/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 6,843.00 |
| 09/30/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 10,590.50 |
| 09/30/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 20,000.00 |
| 09/28/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 2,171.00 |
| 09/14/2020 | Bill | 6754632 | Davis Wright Tremaine, LLP | Legal Fees | Proyecto | 457.00 |
| 09/14/2020 | Bill | 6754628 | Davis Wright Tremaine, LLP | Legal Fees | California Class Action | 24,669.70 |
| 09/08/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 457.00 |
| 09/08/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 457.00 |
| 09/08/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 2,229.74 |
| 09/03/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 4,284.00 |
| 09/03/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 5,746.00 |
| 09/02/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 10,000.00 |
| 09/01/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 10,000.00 |
| 08/26/2020 | Bill | 6745677 | Davis Wright Tremaine, LLP | Legal Fees | Proyecto | 1,252.50 |
| 08/12/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 5,000.00 |

| Date | Type | Num | Name | Category | Memo | Amount |
|---|---|---|---|---|---|---|
| 05/11/2020 | Check | 26995 | Davis Wright Tremaine, LLP | Legal Fees | | 40,000.00 |
| 05/12/2020 | Check | 26990 | Davis Wright Tremaine, LLP | Legal Fees | VOID***** | 0.00 |
| 05/26/2020 | Bill | 6727716 | Davis Wright Tremaine, LLP | Legal Fees | | 4,998.00 |
| 06/03/2020 | Check | 26230 | Davis Wright Tremaine, LLP | Legal Fees | PROTECT O-partial pymt sksked $1549 via wire transfer | 20,000.00 |
| 06/08/2020 | Bill | 6730683 | Davis Wright Tremaine, LLP | Legal Fees | | 20,183.50 |
| 06/11/2020 | Check | 27036 | Davis Wright Tremaine, LLP | Legal Fees | NEW YORK CITY CID | 20,000.00 |
| 06/27/2020 | Check | 26209 | Davis Wright Tremaine, LLP | Legal Fees | | 20,000.00 |
| 07/01/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 1,200.00 |
| 07/03/2020 | Expense | | Davis Wright Tremaine LLC | Legal Fees | | 6,930.50 |
| 07/06/2020 | Bill | 6737696 | Davis Wright Tremaine, LLP | Legal Fees | Massachusetts CID | 1,451.50 |
| 07/06/2020 | Bill | 6737698 | Davis Wright Tremaine, LLP | Legal Fees | VA Attorney General Investigation | 15,316.50 |
| 07/06/2020 | Expense | | Davis Wright Tremaine LLC | Legal Fees | | 3,000.00 |
| 07/16/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 3,000.00 |
| 07/22/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 3,000.00 |
| 07/27/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 3,000.00 |
| 07/30/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 2,364.46 |
| 07/30/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 603.50 |
| 08/03/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 3,000.00 |
| 08/04/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 3,000.00 |
| 08/05/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 9,748.00 |
| 08/10/2020 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 5,000.00 |

| Date | Type | Check No. | Payee | Category | Description | Amount |
|---|---|---|---|---|---|---|
| 10/30/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,500.00 |
| 10/31/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,500.00 |
| 11/01/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,500.00 |
| 11/04/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,500.00 |
| 11/05/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,500.00 |
| 11/12/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,000.00 |
| 11/14/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,500.00 |
| 11/19/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,500.00 |
| 12/02/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,500.00 |
| 12/02/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,500.00 |
| 12/03/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,500.00 |
| 12/04/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,500.00 |
| 12/10/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,500.00 |
| 12/24/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,500.00 |
| 12/27/2019 | Check | 26399 | Davis Wright Tremaine, LLC | Legal Fees | CHECK 26395 | 80,000.00 |
| 01/21/2020 | Check | 26499 | Davis Wright Tremaine, LLC | Legal Fees | | 80,000.00 |
| 01/21/2020 | Check | 26498 | Davis Wright Tremaine, LLP | Legal Fees | TECHNOLOGY APP ADVICE | 1,646.50 |
| 01/21/2020 | Check | 26116 | Davis Wright Tremaine, LLP | Legal Fees | INV #6568112- NEW YORK CA | 44,016.35 |
| 02/06/2020 | Check | 26846 | Davis Wright Tremaine, LLP | Legal Fees | INV #6568138- (9th CAL) CLASS ACTION (PARTIAL) | 40,000.00 |
| 03/04/2020 | Check | 26847 | Davis Wright Tremaine, LLP | Legal Fees | PROJECT 01098933-000008 CALIFORNIA A CLASS ACTION 01098933-000008 | 120,076.57 |
| 03/04/2020 | Check | 26891 | Davis Wright Tremaine, LLP | Legal Fees | | 30,594.50 |
| 05/05/2020 | Check | | Davis Wright Tremaine, LLP | Legal Fees | | 40,000.00 |

| Date | Type | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|---|
| 08/28/2019 | Check | VV26130 | Davis Wright Tremaine, LLP | Legal Fees | INVOICE 6638881 | 6,872.00 |
| 08/28/2019 | Check | VV26131 | Davis Wright Tremaine, LLP | Legal Fees | INVOICE 6643825 | 1,288.00 |
| 08/28/2019 | Check | VV26132 | Davis Wright Tremaine, LLP | Legal Fees | INVOICE 6643822 | 1,555.00 |
| 08/29/2019 | Check | VV26139 | Davis Wright Tremaine, LLP | Legal Fees | INVOICE 6631162 | 19,509.00 |
| 08/29/2019 | Check | VV26140 | Davis Wright Tremaine, LLP | Legal Fees | INVOICE 6631161 | 38,362.78 |
| 08/30/2019 | Check | VV26141 | Davis Wright Tremaine, LLP | Legal Fees | INVOICE 6643823 | 13,422.54 |
| 08/30/2019 | Check | VV26142 | Davis Wright Tremaine, LLP | Legal Fees | INVOICE 6658678 | 43,502.00 |
| 09/30/2019 | Check | VV26216 | Davis Wright Tremaine, LLP | Legal Fees | INVOICE 6631161 | 38,362.78 |
| 09/30/2019 | Check | VV26217 | Davis Wright Tremaine, LLP | Legal Fees | INVOICE 6631162 | 19,509.00 |
| 09/30/2019 | Check | VV26221 | Davis Wright Tremaine, LLP | Legal Fees | INVOICE 6643824 | 15,102.50 |
| 09/30/2019 | Check | VV26223 | Davis Wright Tremaine, LLP | Legal Fees | INVOICE 6656413 | 955.89 |
| 10/01/2019 | Check | VV26236 | Davis Wright Tremaine, LLP | Legal Fees | Voided- INVOICE 6656416 | 0.00 |
| 10/01/2019 | Check | VV26237 | Davis Wright Tremaine, LLP | Legal Fees | INVOICE 6656417 | 13,601.73 |
| 10/01/2019 | Check | VV26238 | Davis Wright Tremaine, LLP | Legal Fees | INVOICE 6656418 | 12,775.81 |
| 10/01/2019 | Check | VV26239 | Davis Wright Tremaine, LLP | Legal Fees | INVOICE 6656092 | 17,476.52 |
| 10/22/2019 | Expense | | Davis Wright Tremaine, LLC | Legal Fees | LLC | 7,500.00 |
| 10/23/2019 | Expense | | Davis Wright Tremaine, LLC | Legal Fees | LLC | 7,500.00 |
| 10/24/2019 | Expense | | Davis Wright Tremaine, LLC | Legal Fees | LLC | 7,500.00 |
| 10/25/2019 | Expense | | Davis Wright Tremaine, LLC | Legal Fees | LLC | 7,500.00 |
| 10/28/2019 | Expense | | Davis Wright Tremaine, LLC | Legal Fees | LLC | 7,500.00 |
| 10/29/2019 | Expense | | Davis Wright Tremaine, LLC | Legal Fees | LLC | 7,500.00 |

| Date | Type | Ref | Payee | Memo | Amount |
|---|---|---|---|---|---|
| 03/14/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 7,500.00 |
| 03/22/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 7,500.00 |
| 04/03/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 7,500.00 |
| 04/04/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 7,500.00 |
| 04/17/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 7,500.00 |
| 04/29/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 7,500.00 |
| 04/30/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 7,500.00 |
| 05/02/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 20,000.00 |
| 05/03/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 7,500.00 |
| 05/03/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 20,000.00 |
| 05/10/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 7,500.00 |
| 05/13/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 20,000.00 |
| 05/20/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 7,500.00 |
| 05/28/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 7,500.00 |
| 06/03/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 7,500.00 |
| 06/04/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 20,000.00 |
| 06/05/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 7,500.00 |
| 06/10/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 7,500.00 |
| 07/02/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 20,000.00 |
| 07/05/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | 20,000.00 |
| 08/28/2019 | Check | VV26129 | Davis Wright Tremaine, LLP | INV 6608879 Legal Fees | 2,139.00 |

| Date | Type | Num | Name | Account | Class | Amount |
|---|---|---|---|---|---|---|
| 08/03/2018 | Bill | | Davis Wright Tremaine, LLP | Legal Fees | | 13,361.50 |
| 08/06/2018 | Bill Payment (Check) | 6570442 | Davis Wright Tremaine, LLP | | | -5,000.00 |
| 08/15/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | | | -5,000.00 |
| 08/20/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | | | -20,000.00 |
| 09/05/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | | | -5,000.00 |
| 09/13/2018 | Bill | 6578072 | Davis Wright Tremaine, LLP | Legal Fees | WA Civil Investigative Demand | 34,341.50 |
| 09/21/2018 | Bill Payment (Check) | | Davis Wright Tremaine, LLP | | WA Civil Investigative Demand | 0.00 |
| 09/21/2018 | Bill Payment (Check) | | Davis Wright Tremaine, LLP | | | 0.00 |
| 10/02/2018 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 5,000.00 |
| 10/03/2018 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 20,000.00 |
| 10/08/2018 | Bill | 6584316 | Davis Wright Tremaine, LLP | Legal Fees | WA Civil Investigative Demand | 1,606.50 |
| 10/09/2018 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 5,000.00 |
| 10/17/2018 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 5,000.00 |
| 10/18/2018 | Payment (Check) | Wire | Davis Wright Tremaine, LLP | | | -5,000.00 |
| 10/22/2018 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 5,000.00 |
| 02/06/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 5,000.00 |
| 02/25/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 5,000.00 |
| 03/05/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 5,000.00 |
| 03/06/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 5,000.00 |
| 03/07/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,500.00 |
| 03/11/2019 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 7,500.00 |

| Date | Type | Num | Name | Split | Memo | Amount |
|---|---|---|---|---|---|---|
| 05/11/2018 | Bill Payment (Check) | | Davis Wright Tremaine, LLP | | | 0.00 |
| 05/29/2018 | Check | VV001 | | Branch Deposit of Income | | 10,024.99 |
| 06/04/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | Legal Fees | Investigative Demand | -25,000.00 |
| 06/06/2018 | Bill | 6555957 | Davis Wright Tremaine, LLP | Legal Fees | Investigative Demand | 4,247.51 |
| 06/06/2018 | Bill | 6555958 | Davis Wright Tremaine, LLP | Legal Fees | Massachusetts CID | 5,356.76 |
| 06/06/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | | | -20,000.00 |
| 06/18/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | | | -5,000.00 |
| 06/19/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | | | -5,000.00 |
| 06/21/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | | | -20,000.00 |
| 06/25/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | | Voided | 0.00 |
| 06/27/2018 | Expense | | Davis Wright Tremaine, LLP | Legal Fees | | 5,000.00 |
| 07/05/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | | | -5,000.00 |
| 07/05/2018 | Bill | 6563094 | Davis Wright Tremaine, LLP | Legal Fees | Investigative Demand | 5,661.00 |
| 07/05/2018 | Bill | 6563095 | Davis Wright Tremaine, LLP | Legal Fees | Massachusetts CID | 243.00 |
| 07/17/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | | WA Civil Investigative Demand | -5,000.00 |
| 07/24/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | | | -20,000.00 |
| 07/26/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | | | -5,000.00 |
| 07/31/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | | | -5,000.00 |
| 08/01/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | | | -20,000.00 |
| 08/03/2018 | Bill Payment (Check) | Wire | Davis Wright Tremaine, LLP | | | -25,000.00 |
| 08/03/2018 | Bill | 6570443 | Davis Wright Tremaine, LLP | Legal Fees | Massachusetts CID | 721.00 |

| Date | Type | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|---|
| 01/08/2018 | Bill | 6520392 | Davis Wright Tremaine, LLP | Legal Fees | WA Civil Investigative Demand | 39,112.92 |
| 01/09/2018 | Bill | 6520394 | Davis Wright Tremaine, LLP | Legal Fees | Massachusetts CID | 14,626.27 |
| 02/06/2018 | Bill | 6527444 | Davis Wright Tremaine, LLP | Legal Fees | New York CID | 2,530.62 |
| 02/06/2018 | Bill | 6527445 | Davis Wright Tremaine, LLP | Legal Fees | | 518.50 |
| 02/06/2018 | Bill | 6527443 | Davis Wright Tremaine, LLP | Legal Fees | | 33,561.21 |
| 03/07/2018 | Bill | 6534699 | Davis Wright Tremaine, LLP | Legal Fees | WA Civil Investigative Demand | 26,740.43 |
| 03/07/2018 | Bill | 6534700 | Davis Wright Tremaine, LLP | Legal Fees | Massachusetts CID | 5,120.25 |
| 03/09/2018 | Bill | 16118 | Davis Wright Tremaine, LLP | | | -20,866.50 |
| 03/23/2018 | Bill | 15065 | Davis Wright Tremaine, LLP | | | -19,051.36 |
| 04/03/2018 | Bill | 15072 | Davis Wright Tremaine, LLP | | | -20,000.00 |
| 04/06/2018 | Bill | 15101 | Davis Wright Tremaine, LLP | | | -20,000.00 |
| 04/11/2018 | Bill | 6542875 | Davis Wright Tremaine, LLP | Legal Fees | WA Civil Investigative Demand | 24,538.17 |
| 04/11/2018 | Bill | 6542876 | Davis Wright Tremaine, LLP | Legal Fees | Massachusetts CID | 2,086.36 |
| 04/13/2018 | Bill Payment (Check) | 16435 | Davis Wright Tremaine, LLP | | | 0.00 |
| 04/13/2018 | Bill Payment (Check) | 16436 | Davis Wright Tremaine, LLP | | | -20,000.00 |
| 05/10/2018 | Bill Payment (Check) | 25038 | Davis Wright Tremaine, LLP | | | -2,990.57 |
| 05/10/2018 | Bill Payment (Check) | 25039 | Davis Wright Tremaine, LLP | | | -518.50 |
| 05/10/2018 | Bill Payment (Check) | 25040 | Davis Wright Tremaine, LLP | | | -2,530.62 |
| 05/10/2018 | Bill Payment (Check) | 25041 | Davis Wright Tremaine, LLP | | | -4,576.00 |
| 05/10/2018 | Bill Payment (Check) | 25042 | Davis Wright Tremaine, LLP | | | -4,773.55 |
| 05/11/2018 | Vendor Credit | 051WOFF | Davis Wright Tremaine, LLP | Legal Fees | | -955.36 |



| Date | Type | Num | Name | Account | Amount |
|------|------|-----|------|---------|--------|
| 01/08/2018 | Bill | 6520393 | Davis Wright Tremaine, LLP | Legal Fees | 3,401.68 |
| 01/03/2018 | Bill Payment (Check) | 10300 | Davis Wright Tremaine, LLP | | -21,147.00 |
| 01/03/2018 | Bill Payment (Check) | 10299 | Davis Wright Tremaine, LLP | | -696.04 |

1,360,032.98

Type: All transactions &middot; Status: All statuses &middot; Name: Eckert
Seamans Cherin & Mellotte, LLC &middot; Date: All dates

| Date | Type | No. | Payee | Category | Memo | Total |
|------|------|-----|-------|----------|------|-------|
| 01/27/2020 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 10,000.00 |
| 01/17/2020 | Check | 26630 | Eckert Seamans Cherin & Mellotte, LLC | Client Services | replacement check | 69,236.92 |
| 01/17/2020 | Check | 26629 | Eckert Seamans Cherin & Mellotte, LLC | Client Services | replacement check | 85,223.60 |
| 01/17/2020 | Check | 26628 | Eckert Seamans Cherin & Mellotte, LLC | Client Services | replacement check | 42,273.09 |
| 01/09/2020 | Check | 26448 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1502830****VOID**** | 0.00 |
| 01/09/2020 | Check | 26447 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1502828****VOID**** | 0.00 |
| 01/09/2020 | Check | 26446 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1518001****VOID**** | 0.00 |
| 01/03/2020 | Check | 26420 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 29,451.00 |
| 01/03/2020 | Check | 26419 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 37,809.01 |
| 01/03/2020 | Check | 26418 | Eckert Seamans Cherin & Mellotte, LLC | Security | | 42,273.09 |

| Date | Type | Number | Payee | Category | Amount |
|---|---|---|---|---|---|
| 01/03/2020 | Check | 26406 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 2,211.00 |
| 01/03/2020 | Check | 26407 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 538.00 |
| 01/03/2020 | Check | 26408 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 34,809.25 |
| 01/03/2020 | Check | 26409 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 5,843.00 |
| 01/03/2020 | Check | 26411 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 2,536.00 |
| 01/03/2020 | Check | 26412 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 11,430.50 |
| 01/03/2020 | Check | 26413 | Eckert Seamans Cherin & Mellotte, LLC | Security | 69,236.92 |
| 01/03/2020 | Check | 26414 | Eckert Seamans Cherin & Mellotte, LLC | Security | 85,223.60 |
| 01/03/2020 | Check | 26415 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 4,480.94 |
| 01/03/2020 | Check | 26416 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 3,090.00 |
| 01/03/2020 | Check | 26417 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 1,622.50 |

| Date | Type | Payee | Category | Memo | Amount |
|---|---|---|---|---|---|
| 11/04/2019 | Expense | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Eckert Seamans | 15,000.00 |
| 11/12/2019 | Expense | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Eckert Seamans | 15,000.00 |
| 11/18/2019 | Expense | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Eckert Seamans | 15,000.00 |
| 11/20/2019 | Expense | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Eckert Seamans | 15,000.00 |
| 11/21/2019 | Expense | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Eckert Seamans | 15,000.00 |
| 12/02/2019 | Expense | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 15,000.00 |
| 12/02/2019 | Expense | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 15,000.00 |
| 12/03/2019 | Expense | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 15,000.00 |
| 12/04/2019 | Expense | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 20,000.00 |
| 12/10/2019 | Expense | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Eckert Seamans | 20,000.00 |
| 01/03/2020 | Expense | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | CHECK 26410 | 3,031.00 |

| Date | Type | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|---|
| 07/01/2019 | Check | 25987 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 1481059 | 20,529.50 |
| 07/01/2019 | Check | 25988 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 1481058 | 88,544.00 |
| 07/02/2019 | Check | 25958 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INV 1476614 | 91,294.55 |
| 07/30/2019 | Check | 26015 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 14,450.35 |
| 09/05/2019 | Check | VV26145 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1489116 | 5,175.00 |
| 09/05/2019 | Check | VV26146 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1489118 | 2,013.50 |
| 09/05/2019 | Check | VV26147 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1489117 | 485.00 |
| 09/05/2019 | Check | VV26150 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1489119 | 4,116.85 |
| 09/05/2019 | Check | VV26144 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1489114 | 8,239.75 |
| 09/05/2019 | Check | VV26148 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1489115 | 40,000.00 |
| 10/31/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Eckert Seamans | 15,000.00 |

| Date | Type | Number | Payee | Category | Memo | Amount |
|---|---|---|---|---|---|---|
| 06/14/2019 | Check | 25946 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1468073 | 48,765.18 |
| 06/14/2019 | Check | 25947 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1475582 | 12,447.00 |
| 06/14/2019 | Check | 25948 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | invoice 1475585 | 5,198.00 |
| 06/14/2019 | Check | 25949 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1475586 | 3,811.80 |
| 06/14/2019 | Check | 25950 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1475587 PARTIAL PYMNT | 12,235.91 |
| 06/21/2019 | Check | 25957 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INV 1475587 | 12,000.00 |
| 06/21/2019 | Check | 25958 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INV 1475614 | 91,294.55 |
| 07/01/2019 | Check | 25983 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 1475614 | 30,000.00 |
| 07/01/2019 | Check | 25984 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 1481061 | 26,345.00 |
| 07/01/2019 | Check | 25985 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 1481057 | 9,108.50 |
| 07/01/2019 | Check | 25986 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 1481060 | 17,754.37 |

| Date | Type | Num | Name | Memo | Invoice | Amount |
|---|---|---|---|---|---|---|
| 04/01/2019 | Check | 25814 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 30,000.00 |
| 04/03/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 1448337 | 15,000.00 |
| 04/08/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 15,000.00 |
| 04/09/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 15,000.00 |
| 04/29/2019 | Check | 25858 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 50,000.00 |
| 04/30/2019 | Check | 25859 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 40,000.00 |
| 05/13/2019 | Check | 25888 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 40,000.00 |
| 05/23/2019 | Check | 25909 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INV: 1468070 | 50,000.00 |
| 05/31/2019 | Check | 25920 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1462702 | 60,000.00 |
| 06/06/2019 | Check | 25938 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1468070 | 78,837.12 |
| 06/06/2019 | Check | 25939 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | INVOICE 1468071/01 468072 | 1,933.50 |

| Date | Type | Check # | Payee | Category | Reference | Amount |
|---|---|---|---|---|---|---|
| 03/07/2019 | Check | 25735 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 25,000.00 |
| 03/07/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 1455604 / 1455605 | 10,000.00 |
| 03/08/2019 | Check | 25740 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 1455605 | 20,000.00 |
| 03/08/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 10,000.00 |
| 03/11/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 10,000.00 |
| 03/12/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 10,000.00 |
| 03/14/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 10,000.00 |
| 03/19/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 15,000.00 |
| 03/20/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 10,000.00 |
| 03/21/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 15,000.00 |
| 03/26/2019 | Check | 25812 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 20,000.00 |

| Date | Transaction Type | Method | Payee | Category | Amount |
|---|---|---|---|---|---|
| 01/08/2019 | Bill Payment (Check) | Wire | Eckert Seamans Cherin & Mellotte, LLC | | -10,000.00 |
| 01/15/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 10,000.00 |
| 01/18/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 10,000.00 |
| 01/29/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 10,000.00 |
| 02/04/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 10,000.00 |
| 02/21/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 10,000.00 |
| 02/27/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 10,000.00 |
| 02/28/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 10,000.00 |
| 03/04/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 10,000.00 |
| 03/05/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 10,000.00 |
| 03/06/2019 | Expense | | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 10,000.00 |

| Date | Transaction | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| 12/05/2018 | Bill Payment (Check) | 26144 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | -15,000.00 |
| 12/13/2018 | Bill | 1448337 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | 157,750.45 |
| 12/13/2018 | Bill | 1448341 | Eckert Seamans Cherin & Mellotte, LLC | Nexus/ U S District Court Litigation - 312243-00002 | 16,531.32 |
| 12/18/2018 | Bill Payment (Check) | Wire | Eckert Seamans Cherin & Mellotte, LLC | Consumer Financial Protection Bureau Matters - 312243-00007 | -7,500.00 |
| 12/19/2018 | Bill Payment (Check) | Wire | Eckert Seamans Cherin & Mellotte, LLC | | -7,500.00 |
| 12/20/2018 | Bill Payment (Check) | Wire | Eckert Seamans Cherin & Mellotte, LLC | | -7,500.00 |
| 12/28/2018 | Bill Payment (Check) | Wire | Eckert Seamans Cherin & Mellotte, LLC | | -10,000.00 |
| 12/31/2018 | Bill Payment (Check) | Wire | Eckert Seamans Cherin & Mellotte, LLC | | -10,000.00 |
| 01/03/2019 | Bill Payment (Check) | Wire | Eckert Seamans Cherin & Mellotte, LLC | | -25,000.00 |
| 01/04/2019 | Bill Payment (Check) | Wire | Eckert Seamans Cherin & Mellotte, LLC | | -25,000.00 |

| Date | Type | Num | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| 11/20/2018 | Check | 26062* | Eckert Seamans Cherin & Mellotte, LLC | Branch Deposit of Income | 26062* | 20,000.00 |
| 11/16/2018 | Bill Payment (Check) | 26112 | Eckert Seamans Cherin & Mellotte, LLC | Libre by Nexus | | -26,000.00 |
| 11/12/2018 | Bill | 1440407 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Nexus/U.S. District Court Litigation - 31243-00007 Consumer Finanical Protection Bureau Matters - 31243-00002 Attorney General CID 31243-00001 | 16,256.51 |
| 11/12/2018 | Bill | 1440402 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 29,431.00 |
| 11/12/2018 | Bill | 1440401 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 11,191.21 |
| 11/08/2018 | Bill Payment (Check) | 26088 | Eckert Seamans Cherin & Mellotte, LLC | | | -28,446.61 |
| 11/02/2018 | Bill Payment (Check) | 26064 | Eckert Seamans Cherin & Mellotte, LLC | | | -25,000.00 |
| 11/02/2018 | Bill Payment (Check) | 26062 | Eckert Seamans Cherin & Mellotte, LLC | | | -20,000.00 |
| 10/23/2018 | Check | 26000 | Eckert Seamans Cherin & Mellotte, LLC | Branch Deposit of Income | 26000* | 30,000.00 |
| 10/17/2018 | Bill Payment (Check) | 26021 | Eckert Seamans Cherin & Mellotte, LLC | | | -26,000.00 |

| Date | Type | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|---|
| 09/13/2018 | Bill | 1426197 | Eckert Seamans Cherin & Mellotte, LLC | | Attorneys General Matters | 755.23 |
| 09/13/2018 | Bill | 1426198 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 5,210.55 |
| 09/13/2018 | Bill | 1426199 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 23,598.94 |
| 10/04/2018 | Bill Payment (Check) | 26000 | Eckert Seamans Cherin & Mellotte, LLC | | General Representation | -30,000.00 |
| 10/11/2018 | Bill Payment (Check) | 26010 | Eckert Seamans Cherin & Mellotte, LLC | | Litigation- USDC Southern District of NY | -20,000.00 |
| 10/11/2018 | Bill | 1432997 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Attorney General CID | 13,555.48 |
| 10/11/2018 | Bill | 1432999 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Bureau of Insurance Investigation - 312243-00003 | 1,109.00 |
| 10/11/2018 | Bill | 1433000 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Litigation - USDC Southern District of NY | 17.50 |
| 10/11/2018 | Bill | 1433001 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Consumer Financial Protection Bureau Matters - 312243-00007 | 35,327.10 |
| 10/15/2018 | Check | 25927 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Returned for NSF | 35,000.00 |

| Date | Type | Num | Name | | Memo | Amount |
|---|---|---|---|---|---|---|
| 09/13/2018 | Bill | 1426196 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Bureau of Insurance Investigation | 375.00 |
| 09/13/2018 | Bill | 1426195 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 24,921.22 |
| 09/10/2018 | Bill Payment (Check) | 25852 | Eckert Seamans Cherin & Mellotte, LLC | | Voided - Stop Payment on Check | 0.00 |
| 09/05/2018 | Bill Payment (Check) | 25386 | Eckert Seamans Cherin & Mellotte, LLC | | | -25,000.00 |
| 08/23/2018 | Bill | 1422772 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Litigation - USDC Southern District of NY | 1,663.00 |
| 08/23/2018 | Bill | 1422770 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | General Representation | 21,673.53 |
| 08/23/2018 | Bill | 1422769 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Attorneys General Matters | 7,242.25 |
| 08/23/2018 | Bill | 1422768 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 9,600.50 |
| 08/23/2018 | Bill | 1422767 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | | 37,986.87 |
| 08/07/2018 | Bill Payment (Check) | 25268 | Eckert Seamans Cherin & Mellotte, LLC | | | -20,000.00 |
| 08/07/2018 | Bill Payment (Check) | 25267 | Eckert Seamans Cherin & Mellotte, LLC | | | -3,591.00 |

| Date | Type | Num | Name | Account | Class | Amount |
|---|---|---|---|---|---|---|
| 06/25/2018 | Bill | 1408371 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Nexus/ U.S. District Court Litigation | 402.00 |
| 06/25/2018 | Bill | 1408374 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | General Representation | 603.00 |
| 07/03/2018 | Bill Payment (Check) | 25195 | Eckert Seamans Cherin & Mellotte, LLC | | | -402.00 |
| 07/03/2018 | Bill Payment (Check) | 25196 | Eckert Seamans Cherin & Mellotte, LLC | | | -603.00 |
| 07/03/2018 | Bill Payment (Check) | 25395 | Eckert Seamans Cherin & Mellotte, LLC | | | -6,170.31 |
| 07/03/2018 | Bill Payment (Check) | 25396 | Eckert Seamans Cherin & Mellotte, LLC | | | -2,142.00 |
| 07/03/2018 | Bill Payment (Check) | 25397 | Eckert Seamans Cherin & Mellotte, LLC | | | -13,662.00 |
| 07/12/2018 | Bill | 1412632 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Attorney General CID | 9,141.50 |
| 07/12/2018 | Bill | 1412635 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | General Representation | 268.00 |
| 07/12/2018 | Bill | 1412633 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Bureau of Insurance Investigation | 26,101.50 |
| 07/12/2018 | Bill | 1412634 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Attorneys General Matters | 8,178.50 |

| Date | Type | Number | Payee | Category | Matter | Amount |
|---|---|---|---|---|---|---|
| 06/25/2018 | Bill | 1408372 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Bureau of Insurance Investigation | 13,862.00 |
| 06/25/2018 | Bill | 1408373 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Attorneys General Matters | 2,142.00 |
| 06/25/2018 | Bill | 1408370 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Attorney General CID | 6,170.31 |
| 05/16/2018 | Bill | 1400565 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Attorney General CID | 72,608.96 |
| 05/16/2018 | Bill | 1400566 | Eckert Seamans Cherin & Mellotte, LLC | Legal Fees | Nexus/ U.S. District Court Litigation | 3,591.00 |

2,187,447.36

**Type: All transactions &middot; Status: All statuses &middot; Name: Gorby Peters & Associates &middot; Date: All dates**

| Date | Type | No. | Payee | Category | Memo | Total |
|------|------|-----|-------|----------|------|-------|
| 07/02/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 3,000.00 |
| 06/30/2020 | Expense | | Gorby Peters & Associates | Legal Fees | Gorby Peters & Associates, LLC | 3,000.00 |
| 06/30/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 3,000.00 |
| 03/12/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 7,500.00 |
| 03/12/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 12,500.00 |
| 03/03/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 3,000.00 |
| 03/02/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 3,000.00 |
| 02/05/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 3,000.00 |
| 02/04/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 3,000.00 |
| 02/04/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 3,000.00 |
| 02/03/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 3,000.00 |
| 02/03/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 3,000.00 |
| 02/03/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 3,000.00 |
| 01/31/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 3,000.00 |
| 01/21/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 4,000.00 |
| 01/14/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 4,000.00 |

| | | | | | GORBY PETERS & ASSOCIATES 404-2391150 GA GORBY PETERS & ASSOCIATES 404-2391150 | |
|---|---|---|---|---|---|---|
| 01/10/2020 | Expense | | Gorby Peters & Associates | Legal Fees | GA | 4,000.00 |
| 01/03/2020 | Check | 26426 | Gorby Peters & Associates | Legal Fees | | 6,000.00 |
| 01/03/2020 | Expense | | Gorby Peters & Associates | Legal Fees | | 6,000.00 |
| 01/02/2020 | Check | 26425 | Gorby Peters & Associates | Legal Fees | | 6,000.00 |
| 12/31/2019 | Expense | | Gorby Peters & Associates | Legal Fees | | 6,000.00 |
| 12/31/2019 | Check | 26424 | Gorby Peters & Associates | Legal Fees | sharing | 6,000.00 |
| 12/26/2019 | Check | 26402 | Gorby Peters & Associates | Legal Fees | | 6,000.00 |
| 12/24/2019 | Check | 26401 | Gorby Peters & Associates | Legal Fees | | 6,000.00 |

| Date | Type | Num | Name | Account | Amount |
|---|---|---|---|---|---|
| 12/17/2019 | Check | 26390 | Gorby Peters & Associates | Legal Fees | 6,000.00 |
| 12/18/2019 | Check | 26392 | Gorby Peters & Associates | Legal Fees | 6,000.00 |
| 12/19/2019 | Check | 26390 | Gorby Peters & Associates | Legal Fees | 6,000.00 |
| 12/19/2019 | Check | 26393 | Gorby Peters & Associates | Legal Fees | 6,000.00 |
| 12/20/2019 | Check | 26396 | Gorby Peters & Associates | Legal Fees | 6,000.00 |
| 12/23/2019 | Check | 26398 | Gorby Peters & Associates | Legal Fees | 6,000.00 |

| Date | Type | Number | Payee | Category | Amount |
|---|---|---|---|---|---|
| 12/09/2019 | Check | 26377 | Gorby Peters & Associates | Legal Fees | 6,000.00 |
| 12/10/2019 | Check | 26379 | Gorby Peters & Associates | Legal Fees | 6,000.00 |
| 12/11/2019 | Check | 26382 | Gorby Peters & Associates | Legal Fees | 6,000.00 |
| 12/12/2019 | Check | 26384 | Gorby Peters & Associates | Legal Fees | 6,000.00 |
| 12/13/2019 | Check | 26385 | Gorby Peters & Associates | Legal Fees | 6,000.00 |
| 12/16/2019 | Check | 26384 | Gorby Peters & Associates | Legal Fees | 6,000.00 |
| 12/16/2019 | Check | 26387 | Gorby Peters & Associates | Legal Fees | 6,000.00 |

| Date | Type | Num | Name | Account | | Amount |
|------|------|-----|------|---------|---|--------|
| 11/29/2019 | Check | 26361 | Gorby Peters & Associates | Legal Fees | | 6,000.00 |
| 12/02/2019 | Expense | | Gorby Peters & Associates | Legal Fees | | 6,000.00 |
| 12/02/2019 | Check | 26363 | Gorby Peters & Associates | Legal Fees | | 6,000.00 |
| 12/03/2019 | Check | 26364 | Gorby Peters & Associates | Legal Fees | | 6,000.00 |
| 12/04/2019 | Check | 26369 | Gorby Peters & Associates | Legal Fees | | 6,000.00 |
| 12/05/2019 | Check | 26370 | Gorby Peters & Associates | Legal Fees | | 6,000.00 |
| 12/06/2019 | Check | 26371 | Gorby Peters & Associates | Legal Fees | | 6,000.00 |



| Date | Type | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|---|
| 09/30/2019 | Check | VV26165 | Gorby Peters & Associates | Legal Fees | | 15,000.00 |
| 11/12/2019 | Expense | | Gorby Peters & Associates | Legal Fees | Gorby Peters & Associates, LLC | 6,000.00 |
| 11/14/2019 | Expense | | Gorby Peters & Associates | Legal Fees | Gorby Peters & Associates, LLC | 6,000.00 |
| 11/18/2019 | Expense | | Gorby Peters & Associates | Legal Fees | Gorby Peters & Associates, LLC | 6,000.00 |
| 11/21/2019 | Check | 26346 | Gorby Peters & Associates | Legal Fees | usp-sharing Gorby Peters & Associates, LLC  | 6,000.00 |
| 11/22/2019 | Check | 26347 | Gorby Peters & Associates | Legal Fees | | 6,000.00 |
| 11/25/2019 | Check | 26352 | Gorby Peters & Associates | Legal Fees | | 6,000.00 |
| 11/26/2019 | Check | 26353 | Gorby Peters & Associates | Legal Fees | | 6,000.00 |
| 11/27/2019 | Check | 26359 | Gorby Peters & Associates | Legal Fees | https//drive. | 6,000.00 |

| Date | Type | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|---|
| 09/23/2019 | Check | 26499 | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- GA GORBY 2391150 GA | 15,000.00 |
| 09/10/2019 | Check | VV26123 | Gorby Peters & Associates | Legal Fees | | 15,000.00 |
| 09/04/2019 | Check | VV26115 | Gorby Peters & Associates | Legal Fees | | 15,000.00 |
| 08/27/2019 | Check | VV26084 | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- GA GORBY 2391150 GA | 15,000.00 |
| 08/23/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- GA GORBY 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 08/22/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 08/21/2019 | Expense | | Gorby Peters & Associates | Legal Fees | | 3,000.00 |

| Date | Type | Vendor | Category | Description | Amount |
|---|---|---|---|---|---|
| 08/16/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 08/14/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 08/13/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 08/12/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 08/09/2019 | Expense | Gorby Peters & Associates | Legal Fees | GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |

| 08/02/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 08/05/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 08/06/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 08/07/2019 | Expense | Gorby Peters & Associates | Legal Fees | GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 | 3,000.00 |
| 08/08/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 | 3,000.00 |

| Date | Type | Payee | Category | Account | Amount |
|---|---|---|---|---|---|
| 08/01/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/31/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/30/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/29/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/26/2019 | Expense | Gorby Peters & Associates | Legal Fees | GA | 3,000.00 |

| Date | Type | | Payee | Category | Memo | Amount |
|---|---|---|---|---|---|---|
| 07/19/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/22/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/23/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/24/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/25/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |

| Date | Type | Payee | Category | Account | Amount |
|---|---|---|---|---|---|
| 07/12/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/15/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/16/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/17/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/18/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |

| Date | Type | Payee | Category | Account | Amount |
|---|---|---|---|---|---|
| 07/05/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/08/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY | 3,000.00 |
| 07/09/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY | 3,000.00 |
| 07/10/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY | 3,000.00 |
| 07/11/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |

| Date | Type | Payee | Category | Memo | Amount |
|---|---|---|---|---|---|
| 07/04/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/03/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/02/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 07/01/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 06/28/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |

| Date | Type | | Payee | Category | Account | Amount |
|------|------|--|-------|----------|---------|--------|
| 06/21/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 06/24/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 06/25/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 06/26/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 06/27/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |

| Date | Type | Payee | Category | Memo | Amount |
|---|---|---|---|---|---|
| 06/14/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 06/17/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 06/18/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 06/19/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 06/20/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |

| Date | Type | Vendor | Category | Memo | Amount |
|---|---|---|---|---|---|
| 06/05/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |
| 06/10/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 06/11/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 3,000.00 |
| 06/12/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 | 3,000.00 |
| 06/13/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 | 3,000.00 |

| Date | Type | Payee | Category | Memo | Amount |
|---|---|---|---|---|---|
| 05/27/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |
| 05/28/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |
| 05/29/2019 | Expense | Gorby Peters & Associates | Legal Fees | ATLANTA ES PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |
| 06/03/2019 | Expense | Gorby Peters & Associates | Legal Fees | GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |
| 06/04/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |

| Date | Type | Payee | Category | Description | Amount |
|---|---|---|---|---|---|
| 05/20/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |
| 05/21/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |
| 05/22/2019 | Expense | Gorby Peters & Associates | Legal Fees | GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 | 5,000.00 |
| 05/23/2019 | Expense | Gorby Peters & Associates | Legal Fees | GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 | 5,000.00 |
| 05/24/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |

| Date | Type | Vendor | Category | Description | Amount |
|---|---|---|---|---|---|
| 05/13/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |
| 05/14/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |
| 05/15/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |
| 05/16/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |
| 05/17/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |

| Date | Type | Payee | Category | Account | Amount |
|---|---|---|---|---|---|
| 05/06/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |
| 05/07/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |
| 05/08/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |
| 05/09/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |
| 05/10/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIAT ES 404- 2391150 GA | 5,000.00 |

| Date | Type | Payee | Category | Account | Amount |
|---|---|---|---|---|---|
| 04/22/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATL ANTA GA | 5,000.00 |
| 04/23/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATL ANTA GA GORBY PETERS & ASSOCIAT ES 404- 2391150 | 5,000.00 |
| 04/30/2019 | Expense | Gorby Peters & Associates | Legal Fees | GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 | 5,000.00 |
| 05/01/2019 | Expense | Gorby Peters & Associates | Legal Fees | GA GORBY PETERS & ASSOCIAT ES 404- 2391150 | 5,000.00 |
| 05/02/2019 | Expense | Gorby Peters & Associates | Legal Fees | GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 | 5,000.00 |
| 05/03/2019 | Expense | Gorby Peters & Associates | Legal Fees | GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GA GORBY PETERS & ASSOCIAT ES 404- 2391150 GORBY PETERS & ASSOCIAT ES 404- 2391150 | 5,000.00 |

| Date | Type | Payee | Category | Amount |
|---|---|---|---|---|
| 04/01/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATL ANTA GA | 5,000.00 |
| 04/02/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATL ANTA GA | 5,000.00 |
| 04/03/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATL ANTA GA | 5,000.00 |
| 04/04/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATL ANTA GA | 5,000.00 |
| 04/05/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATL ANTA GA | 5,000.00 |
| 04/08/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATL ANTA GA | 5,000.00 |
| 04/09/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATL ANTA GA | 5,000.00 |
| 04/10/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATL ANTA GA | 5,000.00 |
| 04/11/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATL ANTA GA | 5,000.00 |
| 04/12/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATL ANTA GA | 5,000.00 |
| 04/15/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATL ANTA GA | 5,000.00 |
| 04/16/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATL ANTA GA | 5,000.00 |
| 04/17/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATL ANTA GA | 5,000.00 |

| Date | Type | Payee | Category | Description | Amount |
|---|---|---|---|---|---|
| 03/07/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 03/08/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 03/11/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 03/13/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 03/14/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 03/20/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 03/21/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 03/22/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 03/25/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 03/26/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 03/27/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 03/28/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 03/29/2019 | Expense | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |

| Date | Type | | Payee | Category | Amount |
|------|------|---|-------|----------|--------|
| 02/11/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATI ANTA GA | 5,000.00 |
| 02/12/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATI ANTA GA | 5,000.00 |
| 02/13/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATI ANTA GA | 5,000.00 |
| 02/14/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATI ANTA GA | 5,000.00 |
| 02/15/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATI ANTA GA | 5,000.00 |
| 02/18/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATI ANTA GA | 5,000.00 |
| 02/19/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATI ANTA GA | 5,000.00 |
| 02/21/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATI ANTA GA | 5,000.00 |
| 02/22/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATI ANTA GA | 5,000.00 |
| 02/25/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATI ANTA GA | 5,000.00 |
| 03/04/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATI ANTA GA | 5,000.00 |
| 03/05/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATI ANTA GA | 5,000.00 |
| 03/06/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATI ANTA GA | 5,000.00 |

| Date | Type | | Vendor | Category | | Amount |
|---|---|---|---|---|---|---|
| 01/07/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 01/08/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 01/11/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 01/28/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 01/29/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 01/30/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 02/01/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 02/02/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 02/04/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 02/05/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 02/06/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 02/07/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |
| 02/08/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCATLI ANTA GA | 5,000.00 |

| Date | Type | Num | Name | Account | Split | Amount |
|---|---|---|---|---|---|---|
| 12/12/2018 | Expense | Dec. 2018-1208 | Gorby Peters & Associates | Legal Fees | | 5,000.00 |
| 12/13/2018 | Expense | Dec. 2018-1290 | Gorby Peters & Associates | Legal Fees | | 5,000.00 |
| 12/14/2018 | Expense | Dec. 2018-1358 | Gorby Peters & Associates | Legal Fees | | 5,000.00 |
| 12/17/2018 | Expense | Dec. 2018-1475 | Gorby Peters & Associates | Legal Fees | | 5,000.00 |
| 12/18/2018 | Expense | Dec. 2018-1542 | Gorby Peters & Associates | Legal Fees | | 5,000.00 |
| 12/19/2018 | Expense | Dec. 2018-1619 | Gorby Peters & Associates | Legal Fees | | 5,000.00 |
| 12/20/2018 | Expense | | Gorby Peters & Associates | Legal Fees | | 5,000.00 |
| 12/21/2018 | Expense | | Gorby Peters & Associates | Legal Fees | | 5,000.00 |
| 12/26/2018 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATL ANTA GA | 5,000.00 |
| 12/27/2018 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATL ANTA GA | 5,000.00 |
| 12/28/2018 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATL ANTA GA | 5,000.00 |
| 12/31/2018 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATL ANTA GA | 5,000.00 |
| 01/02/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATL ANTA GA | 5,000.00 |
| 01/03/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATL ANTA GA | 5,000.00 |
| 01/04/2019 | Expense | | Gorby Peters & Associates | Legal Fees | GORBY PETERS & ASSOCIATL ANTA GA | 5,000.00 |

| Date | Type | Reference | Vendor | Category | Amount |
|---|---|---|---|---|---|
| 11/06/2018 | Expense | Nov. 2018-713 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 11/07/2018 | Expense | Nov. 2018-714 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 11/12/2018 | Expense | Nov. 2018-715 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 11/13/2018 | Expense | Nov. 2018-716 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 11/14/2018 | Expense | Nov. 2018-717 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 11/15/2018 | Expense | Nov. 2018-718 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 11/16/2018 | Expense | Nov. 2018-719 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 11/19/2018 | Expense | Dec. 2018-040 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 11/20/2018 | Expense | Dec. 2018-075 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 11/21/2018 | Expense | Dec. 2018-133 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 11/23/2018 | Expense | Dec. 2018-197 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 11/27/2018 | Expense | Dec. 2018-327 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 11/29/2018 | Expense | Dec. 2018-431 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 12/03/2018 | Expense | Dec. 2018-626 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 12/04/2018 | Expense | Dec. 2018-699 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 12/05/2018 | Expense | Dec. 2018-764 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 12/07/2018 | Expense | Dec. 2018-941 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 12/10/2018 | Expense | Dec. 2018-1047 | Gorty Peters & Associates | Legal Fees | 5,000.00 |

| Date | Type | Ref | Payee | Category | Amount |
|---|---|---|---|---|---|
| 10/05/2018 | Expense | Oct. 2018-683 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 10/08/2018 | Expense | Oct. 2018-782 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 10/09/2018 | Expense | Oct. 2018-859 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 10/10/2018 | Expense | Oct. 2018-860 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 10/11/2018 | Expense | Oct. 2018-918 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 10/12/2018 | Expense | Oct. 2018-958 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 10/15/2018 | Expense | Oct. 2018-1062 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 10/16/2018 | Expense | Oct. 2018-1109 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 10/17/2018 | Expense | Oct. 2018-1219 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 10/22/2018 | Expense | Nov. 2018-704 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 10/23/2018 | Expense | Nov. 2018-705 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 10/27/2018 | Expense | Nov. 2018-706 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 10/28/2018 | Expense | Nov. 2018-707 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 10/29/2018 | Expense | Nov. 2018-708 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 10/31/2018 | Expense | Nov. 2018-709 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 11/02/2018 | Expense | Nov. 2018-710 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 11/04/2018 | Expense | Nov. 2018-711 | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 11/05/2018 | Expense | Nov. 2018-712 | Gorty Peters & Associates | Legal Fees | 5,000.00 |

| Date | Type | Payee | | Amount |
|---|---|---|---|---|
| 08/31/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 09/01/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 09/04/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 09/05/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 09/06/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 09/07/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 09/10/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 09/12/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 09/13/2018 | Expense | Gorty Peters & Associates | Legal Fees ATLANTA, GA | 5,000.00 |
| 09/14/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 09/17/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 09/18/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 09/19/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 09/21/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 09/26/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 10/01/2018 | Expense | Gorty Peters & Associates | Legal Fees ATLANTA, GA | 5,000.00 |
| 10/02/2018 | Expense | Gorty Peters & Associates | Legal Fees ATLANTA, GA | 5,000.00 |
| 10/03/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |

| Date | Type | Description | Amount |
|---|---|---|---|
| 08/01/2018 | Expense | Gorby Peters & Associates Legal Fees | 4,000.00 |
| 08/02/2018 | Expense | Gorby Peters & Associates Legal Fees | 4,000.00 |
| 08/06/2018 | Expense | Gorby Peters & Associates Legal Fees | 4,000.00 |
| 08/07/2018 | Expense | Gorby Peters & Associates Bond Premium | 4,000.00 |
| 08/08/2018 | Expense | Gorby Peters & Associates Bond Premium | 4,000.00 |
| 08/09/2018 | Expense | Gorby Peters & Associates Bond Premium | 4,000.00 |
| 08/13/2018 | Expense | Gorby Peters & Associates Bond Premium | 4,000.00 |
| 08/14/2018 | Expense | Gorby Peters & Associates Bond Premium | 4,000.00 |
| 08/15/2018 | Expense | Gorby Peters & Associates Bond Premium | 5,000.00 |
| 08/16/2018 | Expense | Gorby Peters & Associates Bond Premium | 5,000.00 |
| 08/17/2018 | Expense | Gorby Peters & Associates Bond Premium | 5,000.00 |
| 08/21/2018 | Expense | Gorby Peters & Associates Legal Fees | 5,000.00 |
| 08/22/2018 | Expense | Gorby Peters & Associates Legal Fees | 5,000.00 |
| 08/23/2018 | Expense | Gorby Peters & Associates Legal Fees | 5,000.00 |
| 08/24/2018 | Expense | Gorby Peters & Associates Legal Fees | 5,000.00 |
| 08/27/2018 | Expense | Gorby Peters & Associates Legal Fees | 5,000.00 |
| 08/29/2018 | Expense | Gorby Peters & Associates Legal Fees | 5,000.00 |
| 08/30/2018 | Expense | Gorby Peters & Associates Legal Fees | 5,000.00 |

| Date | Type | Payee | Category | City | Amount |
|---|---|---|---|---|---|
| 07/05/2018 | Expense | Gorty Peters & Associates | Bond Premium | | 5,000.00 |
| 07/06/2018 | Expense | Gorty Peters & Associates | Bond Premium | | 5,000.00 |
| 07/09/2018 | Expense | Gorty Peters & Associates | Bond Premium | | 4,000.00 |
| 07/10/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 4,000.00 |
| 07/11/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 4,000.00 |
| 07/12/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 4,000.00 |
| 07/13/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 4,000.00 |
| 07/16/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 4,000.00 |
| 07/17/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 4,000.00 |
| 07/18/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 4,000.00 |
| 07/19/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 4,000.00 |
| 07/20/2018 | Expense | Gorty Peters & Associates | Legal Fees | | 4,000.00 |
| 07/23/2018 | Expense | Gorty Peters & Associates | Legal Fees | | 4,000.00 |
| 07/24/2018 | Expense | Gorty Peters & Associates | Legal Fees | | 4,000.00 |
| 07/25/2018 | Expense | Gorty Peters & Associates | Legal Fees | | 4,000.00 |
| 07/26/2018 | Expense | Gorty Peters & Associates | Legal Fees | | 4,000.00 |
| 07/27/2018 | Expense | Gorty Peters & Associates | Legal Fees | | 4,000.00 |
| 07/31/2018 | Expense | Gorty Peters & Associates | Legal Fees | | 4,000.00 |

| Date | Type | Payee | Description | Location | Amount |
|---|---|---|---|---|---|
| 05/31/2018 | Expense | Gorty Peters & Associates | Legal Fees | | |
| 06/04/2018 | Expense | Gorty Peters & Associates | Legal Fees | | 5,000.00 |
| 06/05/2018 | Expense | Gorty Peters & Associates | Legal Fees | ATLANTA, GA | 5,000.00 |
| 06/06/2018 | Expense | Gorty Peters & Associates | Legal Fees | ATLANTA, GA | 5,000.00 |
| 06/07/2018 | Expense | Gorty Peters & Associates | Legal Fees | ATLANTA, GA | 5,000.00 |
| 06/11/2018 | Expense | Gorty Peters & Associates | Legal Fees | ATLANTA, GA | 5,000.00 |
| 06/12/2018 | Expense | Gorty Peters & Associates | Legal Fees | ATLANTA, GA | 5,000.00 |
| 06/13/2018 | Expense | Gorty Peters & Associates | Legal Fees | ATLANTA, GA | 5,000.00 |
| 06/15/2018 | Expense | Gorty Peters & Associates | Legal Fees | ATLANTA, GA | 5,000.00 |
| 06/18/2018 | Expense | Gorty Peters & Associates | Legal Fees | ATLANTA, GA | 5,000.00 |
| 06/19/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 5,000.00 |
| 06/21/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 5,000.00 |
| 06/22/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 5,000.00 |
| 06/26/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 5,000.00 |
| 06/27/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 5,000.00 |
| 06/28/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 5,000.00 |
| 06/29/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 5,000.00 |
| 07/02/2018 | Expense | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 5,000.00 |

| Date | Type | Payee | | Amount |
|---|---|---|---|---|
| 04/30/2018 | Credit Card Expense | Gorby, Peters & Associates | Legal Fees | 5,000.00 |
| 05/07/2018 | Credit Card Expense | Gorby, Peters & Associates | Legal Fees | 5,000.00 |
| 05/08/2018 | Credit Card Expense | Gorby, Peters & Associates | Legal Fees | 5,000.00 |
| 05/09/2018 | Credit Card Expense | Gorby, Peters & Associates | Legal Fees | 5,000.00 |
| 05/10/2018 | Credit Card Expense | Gorby, Peters & Associates | Legal Fees | 5,000.00 |
| 05/12/2018 | Credit Card Expense | Gorby, Peters & Associates | Legal Fees | 5,000.00 |
| 05/13/2018 | Credit Card Expense | Gorby, Peters & Associates | Legal Fees | 5,000.00 |
| 05/14/2018 | Credit Card Expense | Gorby, Peters & Associates | Legal Fees | 5,000.00 |
| 05/15/2018 | Credit Card Expense | Gorby, Peters & Associates | Legal Fees | 5,000.00 |
| 05/16/2018 | Credit Card Expense | Gorby, Peters & Associates | Legal Fees | 5,000.00 |
| 05/17/2018 | Credit Card Expense | Gorby, Peters & Associates | Legal Fees | 5,000.00 |
| 05/18/2018 | Credit Card Expense | Gorby, Peters & Associates | Legal Fees | 5,000.00 |
| 05/21/2018 | Expense | Gorby, Peters & Associates | Legal Fees | 5,000.00 |
| 05/22/2018 | Expense | Gorby, Peters & Associates | Legal Fees  ATLANTA, GA | 5,000.00 |
| 05/23/2018 | Expense | Gorby, Peters & Associates | Legal Fees  ATLANTA, GA | 5,000.00 |
| 05/24/2018 | Expense | Gorby, Peters & Associates | Legal Fees  ATLANTA, GA | 5,000.00 |
| 05/29/2018 | Expense | Gorby, Peters & Associates | Legal Fees  ATLANTA, GA | 5,000.00 |
| 05/30/2018 | Expense | Gorby, Peters & Associates | Legal Fees  ATLANTA, GA | 5,000.00 |

| Date | Type | Payee | Description | Amount |
|---|---|---|---|---|
| 04/05/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/06/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/09/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/10/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/11/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/12/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/13/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/16/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/17/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/18/2018 | Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/19/2018 | Credit Card Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/20/2018 | Credit Card Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/23/2018 | Credit Card Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/24/2018 | Credit Card Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/26/2018 | Credit Card Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/26/2018 | Expense | Gorty Peters & Associates | Bond Premium Voided | 0.00 |
| 04/27/2018 | Credit Card Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |
| 04/29/2018 | Credit Card Expense | Gorty Peters & Associates | Legal Fees | 5,000.00 |

| Date | Type | Num | Name | Category | Memo | Amount |
|---|---|---|---|---|---|---|
| 04/04/2018 | Check | 15073 | Gorty Peters & Associates | Legal Fees | Payment on Account | 20,000.00 |
| 03/30/2018 | Expense | | Gorty Peters & Associates | Legal Fees | | 25,000.00 |
| 03/22/2018 | Check | 15054 | Gorty Peters & Associates | Legal Fees | | 15,000.00 |
| 03/19/2018 | Check | 15078 | Gorty Peters & Associates | Legal Fees | Returned Check 15054 - Payment on Account Voided - Payment on Account | 0.00 |
| 03/12/2018 | Expense | | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 25,000.00 |
| 03/05/2018 | Expense | | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 12,500.00 |
| 02/26/2018 | Expense | | Gorty Peters & Associates | Bond Premium | ATLANTA, GA | 12,500.00 |
| 02/19/2018 | Credit Card Expense | | Gorty Peters & Associates | Legal Fees | | 25,000.00 |
| 02/12/2018 | Expense | | Gorty Peters & Associates | Legal Fees | | 25,000.00 |
| 02/05/2018 | Expense | | Gorty Peters & Associates | Legal Fees | | 25,000.00 |
| 01/29/2018 | Expense | | Gorty Peters & Associates | Legal Fees | | 25,000.00 |
| 01/22/2018 | Expense | | Gorty Peters & Associates | Legal Fees | | 25,000.00 |
| 01/16/2018 | Credit Card Expense | | Gorty Peters & Associates | Legal Fees | | 25,000.00 |
| 01/08/2018 | Credit Card Expense | | Gorty Peters & Associates | Legal Fees | | 25,000.00 |
| 01/02/2018 | Credit Card Expense | | Gorty Peters & Associates | Legal Fees | | 25,000.00 |

1,980,000.00

Type: All transactions &middot; Status: All statuses &middot; Name: HUNTON
ANDREWS KURTH &middot; Date: All dates

| Date | Type | No. | Payee | Category | Memo | Total |
|---|---|---|---|---|---|---|
| 01/14/2021 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | | 77.30 |
| 12/23/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | Hunton Andrews Kurth LLP | 5,000.00 |
| 12/16/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | | 3,000.00 |
| 12/15/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | | 3,000.00 |
| 11/30/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | 7000 - Uncategoriz ed ExpenseHu nton Andrews Kurth | 10,000.00 |
| 10/07/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | | 10,000.00 |
| 10/01/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | | 10,000.00 |
| 09/08/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | | 7,761.25 |
| 09/02/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | | 10,000.00 |
| 09/01/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | | 10,000.00 |
| 08/31/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | | 10,000.00 |
| 08/17/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | | 10,000.00 |
| 08/12/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | | 5,488.75 |
| 06/30/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | Absolute Investigatio ns | 3,000.00 |
| 06/30/2020 | Bill | 101182573 | HUNTON ANDREWS KURTH | Legal Fees | Invoice 101182573 | 6,665.00 |

| Date | Type | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|---|
| 05/27/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | Kurth LLP 06100104 000000145 8094 | 9,562.50 |
| 05/28/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | Kurth LLP 06100104 000000145 8094 | 10,000.00 |
| 05/29/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | Wire Transfer Debit Hunton Andrews Kurth LLP 06100104 000000145 8094 | 10,000.00 |
| 05/31/2020 | Bill | 101182570 | HUNTON ANDREWS KURTH | Legal Fees | Invoice 101182570 Wire Transfer Debit Hunton Andrews Kurth LLP | 1,782.00 |
| 06/01/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | Hunton Andrews Kurth LLP | 10,000.00 |
| 06/02/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | Hunton Andrews Kurth LLP | 10,000.00 |
| 06/04/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | Hunton Andrews Kurth LLP | 10,000.00 |
| 06/12/2020 | Bill | 101180380 | HUNTON ANDREWS KURTH | Legal Fees | Invoice 101180380 Hunton Andrews Kurth LLP | 57,518.03 |
| 06/26/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | Hunton Andrews Kurth LLP | 10,000.00 |
| 06/29/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | Hunton Andrews Kurth LLP | 10,000.00 |
| 06/30/2020 | Bill | 101182572 | HUNTON ANDREWS KURTH | Legal Fees | Invoice 101182572 Hunton Andrews Kurth LLP | 48,817.20 |
| 06/30/2020 | Bill | 101182574 | HUNTON ANDREWS KURTH | Legal Fees | Invoice 101182574 | 28,640.50 |

| Date | Type | Payee | Category | Memo | Amount |
|---|---|---|---|---|---|
| 05/15/2020 | Expense | HUNTON ANDREWS KURTH | Legal Fees | | 3,000.00 |
| 05/15/2020 | Expense | HUNTON ANDREWS KURTH | Legal Fees | Wire Transfer Debit Hunton Andrews Kurth LLP 06100104 000000145 8094 | 3,000.00 |
| 05/19/2020 | Expense | HUNTON ANDREWS KURTH | Legal Fees | Wire Transfer Debit Hunton Andrews Kurth LLP 06100104 000000145 8094 | 3,000.00 |
| 05/19/2020 | Expense | HUNTON ANDREWS KURTH | Legal Fees | Wire Transfer Debit Hunton Andrews Kurth LLP 06100104 000000145 8094 | 3,000.00 |
| 05/20/2020 | Expense | HUNTON ANDREWS KURTH | Legal Fees | Wire Transfer Debit Hunton Andrews Kurth LLP 06100104 000000145 8094 | 3,000.00 |
| 05/27/2020 | Expense | HUNTON ANDREWS KURTH | Legal Fees | | 10,000.00 |
| 05/27/2020 | Expense | HUNTON ANDREWS KURTH | Legal Fees | Wire Transfer Debit Hunton Andrews Kurth LLP 06100104 000000145 8094 | 10,000.00 |

| Date | Type | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|---|
| 04/30/2020 | Bill | 101182568 | HUNTON ANDREWS KURTH | Legal Fees | Invoice 101182568 | 27,741.42 |
| 05/08/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | 8094 000000145 06100104 Kurth LLP | 10,000.00 |
| 05/11/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | 8094 000000145 06100104 | 10,000.00 |
| 05/13/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | 8094 000000145 06100104 Kurth LLP Andrews Hunton Debit Transfer Wire | 3,000.00 |
| 05/13/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | 8094 000000145 06100104 Kurth LLP Andrews Hunton Debit Transfer Wire | 3,000.00 |
| 05/13/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | Wire Transfer | 3,000.00 |
| 05/14/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | 8094 000000145 06100104 Kurth LLP Andrews Hunton Debit Transfer Wire | 3,000.00 |
| 05/14/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | 8094 000000145 06100104 Kurth LLP Andrews Hunton Debit Transfer Wire | 3,000.00 |

| Date | Type | Num | Name | Account | Memo/Description | Amount |
|---|---|---|---|---|---|---|
| 04/10/2020 | Check | 263 | HUNTON ANDREWS KURTH | Legal Fees | | 250,000.00 |
| 04/10/2020 | Check | 262 | HUNTON ANDREWS KURTH | Legal Fees | | 102,000.00 |
| 03/31/2020 | Bill | 101180339 | HUNTON ANDREWS KURTH | Legal Fees | Invoice 101180339 | 9,257.20 |
| 03/31/2020 | Bill | 101180341 | HUNTON ANDREWS KURTH | Legal Fees | Invoice 101180341 | 40,263.00 |
| 03/23/2020 | Bill | 101177749 | HUNTON ANDREWS KURTH | Legal Fees | Invoice 101177749 | 11,257.74 |
| 03/23/2020 | Bill | 101177751 | HUNTON ANDREWS KURTH | Legal Fees | Invoice 101177751 | 18,923.50 |
| 03/23/2020 | Bill | 101177748 | HUNTON ANDREWS KURTH | Legal Fees | Invoice 101177748 | 8,200.57 |
| 03/16/2020 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | Hunton Andrews Kurth LLP | 5,000.00 |
| 11/04/2019 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | Hunton Andrews Kurth LLP | 49,000.00 |
| 10/07/2019 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | Hunton Andrews Kurth LLP | 49,000.00 |
| 09/30/2019 | Expense | | HUNTON ANDREWS KURTH | Legal Fees | Hunton Andrews Kurth LLP | 50,000.00 |
| 05/09/2019 | Check | VV241 | HUNTON ANDREWS KURTH | Legal Fees | RETAINER | 25,000.00 |

1,035,955.96

Type: All transactions &middot; Status: All statuses &middot; Name: Real Law
APC &middot; Date: All dates

| Date | Type | No. | Payee | Category | Memo | Total |
|------|------|-----|-------|----------|------|-------|
| 10/13/2020 | Expense | APC | Real Law | Legal Fees | | 10,000.00 |
| 10/07/2020 | Expense | APC | Real Law | Legal Fees | | 10,000.00 |
| 10/05/2020 | Expense | APC | Real Law | Legal Fees | | 10,000.00 |
| 10/01/2020 | Expense | APC | Real Law | Legal Fees | | 7,500.00 |
| 09/29/2020 | Expense | APC | Real Law | Legal Fees | | 7,500.00 |
| 09/08/2020 | Expense | APC | Real Law | Legal Fees | | 7,500.00 |
| 09/03/2020 | Expense | APC | Real Law | Legal Fees | | 7,500.00 |
| 09/02/2020 | Expense | APC | Real Law | Legal Fees | | 7,500.00 |
| 08/31/2020 | Expense | APC | Real Law | Legal Fees | | 7,500.00 |
| 08/28/2020 | Expense | APC | Real Law | Legal Fees | | 7,500.00 |
| 08/08/2020 | Expense | APC | Real Law | Legal Fees | | 10,300.00 |
| 08/03/2020 | Expense | APC | Real Law | Legal Fees | | 10,000.00 |
| 08/01/2020 | Expense | APC | Real Law | Legal Fees | | 1,231.24 |
| 08/01/2020 | Expense | APC | Real Law | Legal Fees | | 8,836.94 |
| 07/31/2020 | Expense | APC | Real Law | Legal Fees | | 20,600.00 |
| 07/26/2020 | Expense | APC | Real Law | Legal Fees | | 36,050.00 |
| 07/22/2020 | Expense | APC | Real Law | Legal Fees | REAL LAW | 10,000.00 |
| 07/07/2020 | Expense | APC | Real Law | Legal Fees | APC | 10,000.00 |
| 06/30/2020 | Expense | APC | Real Law | Legal Fees | REAL LAW | 10,000.00 |
| 06/29/2020 | Expense | APC | Real Law | Legal Fees | APC | 10,000.00 |
| 06/26/2020 | Expense | APC | Real Law | Legal Fees | REAL LAW | 30,900.00 |
| 06/22/2020 | Expense | APC | Real Law | Legal Fees | APC | 10,000.00 |
| 06/16/2020 | Expense | APC | Real Law | Legal Fees | REAL LAW | 10,000.00 |
| 06/15/2020 | Expense | APC | Real Law | Legal Fees | APC | 10,000.00 |
| 06/12/2020 | Expense | APC | Real Law | Legal Fees | REAL LAW | 10,000.00 |



| Date | Type | Num | Name | Account | Amount |
|---|---|---|---|---|---|
| 11/04/2019 | Check | 26584 | Real Law APC | Legal Fees | 15,000.00 |
| 12/04/2019 | Check | 26607 | Real Law APC | Legal Fees | 10,000.00 |
| 12/05/2019 | Check | 26613 | Real Law APC | Legal Fees | 10,000.00 |
| 12/16/2019 | Check | 26619 | Real Law APC | Legal Fees | 10,000.00 |
| 02/11/2020 | Expense | | Real Law APC | Legal Fees | 116,177.50 |
| 05/28/2020 | Expense | | Real Law APC | Legal Fees | 10,000.00 |
| 05/29/2020 | Expense | | Real Law APC | Legal Fees | 10,000.00 |
| 06/03/2020 | Expense | | Real Law APC | Legal Fees | 10,000.00 |
| 06/04/2020 | Expense | | Real Law APC | Legal Fees | 10,000.00 |
| 06/08/2020 | Expense | | Real Law APC | Legal Fees | 10,000.00 |

| Date | Type | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|---|
| 12/06/2018 | Payment (Check) | Wire | Real Law APC | | | -10,000.00 |
| 12/07/2018 | Payment (Check) | Wire | Real Law APC | | | -10,000.00 |
| 12/11/2018 | Bill | | Real Law APC | Legal Fees | | 10,000.00 |
| 01/03/2019 | Payment (Check) | Wire | Real Law APC | | | -10,000.00 |
| 01/15/2019 | Expense Bill | | Real Law APC | Legal Fees | | 10,000.00 |
| 01/31/2019 | Expense | | Real Law APC | Legal Fees | | 10,000.00 |
| 02/11/2019 | Check | 26196 | Real Law APC | Legal Fees | 20337 | 40,000.00 |
| 03/04/2019 | Check | 26217 | Real Law APC | Legal Fees | INV 20337 | 45,000.00 |
| 03/19/2019 | Check | 26268 | Real Law APC | Legal Fees | 20337 | 20,000.00 |
| 04/04/2019 | Expense | | Real Law APC | Legal Fees | | 10,000.00 |
| 04/08/2019 | Expense | | Real Law APC | Legal Fees | | 10,000.00 |
| 05/01/2019 | Check | 26296 | Real Law APC | Legal Fees | INV 20365 | 15,000.00 |
| 05/14/2019 | Check | 26322 | Real Law APC | Legal Fees | | 15,000.00 |
| 05/22/2019 | Check | 26326 | Real Law APC | Legal Fees | MICHAEL J HASSEN- THE ARTIUM ON BROADWAY | 15,000.00 |
| 09/05/2019 | Check | 26471 | Real Law APC | Legal Fees | | 15,000.00 |
| 09/12/2019 | Check | 26488 | Real Law APC | Legal Fees | NTo/view? usp=sharing https://drive.google.com/file/d/1 6SYeEYdyk e2A9J3S87 qNQiKWvV 2j9U/view? usp=sharing | 15,000.00 |

| Date | Type | Num | Name | Memo | Amount |
|---|---|---|---|---|---|
| 12/05/2018 | Bill Payment (Check) | Wire | Real Law APC | | -10,000.00 |
| 12/04/2018 | Bill Payment (Check) | Wire | Real Law APC | | -10,000.00 |
| 12/03/2018 | Bill Payment (Check) | Wire | Real Law APC | Vasquez Class Action | -10,000.00 |
| 12/02/2018 | Bill | 20327 | Real Law APC | Legal Fees | 89,832.93 |
| 11/29/2018 | Bill Payment (Check) | WIRE | Real Law APC | | -10,000.00 |
| 11/07/2018 | Check | 26080 | Real Law APC | Legal Fees Returned NSF | 26,000.00 |
| 11/01/2018 | Bill | 20303 | Real Law APC | Legal Fees Vasquez Class Action 0102 | 91,091.03 |
| 10/24/2018 | Bill | 26036 | Real Law APC | INV 20292 | -25,000.00 |
| 10/12/2018 | Bill Payment (Check) | 26013 | Real Law APC | Returned NSF | -25,000.00 |
| 10/01/2018 | Check | 26002 | Real Law APC | Legal Fees Returned NSF Vasquez Class Action 0102 | 20,000.00 |
| 10/01/2018 | Bill | 20292 | Real Law APC | Legal Fees Voided - Returned NSF | 129,377.98 |
| 09/25/2018 | Check | 25926 | Real Law APC | Legal Fees Voided - Returned NSF | 0.00 |
| 09/18/2018 | Check | 25902 | Real Law APC | Legal Fees | 0.00 |
| | | | | | 957,897.62 |

Type: All transactions &middot; Status: All statuses &middot; Name: Williams Mullen &middot; Date: All dates

| Date | Type | No. | Payee | Category | Memo | Total |
|------|------|-----|-------|----------|------|-------|
| 12/23/2020 | Expense | | Williams Mullen | Legal Fees | | 5,000.00 |
| 12/21/2020 | Expense | | Williams Mullen | Legal Fees | | 5,000.00 |
| 12/18/2020 | Expense | | Williams Mullen | Legal Fees | | 5,000.00 |
| 12/15/2020 | Expense | | Williams Mullen | Legal Fees | | 5,000.00 |
| 12/01/2020 | Expense | | Williams Mullen | Legal Fees | | 5,000.00 |
| 11/03/2020 | Expense | | Williams Mullen | Legal Fees | | 5,000.00 |
| 10/13/2020 | Expense | | Williams Mullen | Legal Fees | | 5,000.00 |
| 10/05/2020 | Expense | | Williams Mullen | Legal Fees | | 5,000.00 |
| 09/03/2020 | Expense | | Williams Mullen | Legal Fees | | 5,000.00 |
| 09/02/2020 | Expense | | Williams Mullen | Legal Fees | | 5,000.00 |
| 09/01/2020 | Expense | | Williams Mullen | Legal Fees | | 5,000.00 |
| 08/13/2020 | Expense | | Williams Mullen | Legal Fees | | 5,000.00 |
| 08/11/2020 | Expense | | Williams Mullen | Legal Fees | | 5,000.00 |
| 08/05/2020 | Expense | | Williams Mullen | Legal Fees | | 5,000.00 |
| 07/30/2020 | Expense | | Williams Mullen | Legal Fees | | 2,993.50 |
| 07/30/2020 | Expense | | Williams Mullen | Legal Fees | | 5,847.00 |
| 07/29/2020 | Expense | | Williams Mullen | Legal Fees | | 215.50 |
| 07/29/2020 | Expense | | Williams Mullen | Legal Fees | | 5,829.50 |
| 07/29/2020 | Expense | | Williams Mullen | Legal Fees | | 10,000.00 |
| 07/28/2020 | Expense | | Williams Mullen | Legal Fees | | 1,083.53 |
| 07/28/2020 | Expense | | Williams Mullen | Legal Fees | | 6,727.00 |
| 07/27/2020 | Expense | | Williams Mullen | Legal Fees | | 9,533.54 |
| 07/27/2020 | Expense | | Williams Mullen | Legal Fees | | 2,115.43 |
| 07/27/2020 | Expense | | Williams Mullen | Legal Fees | | 3,300.47 |
| 07/27/2020 | Expense | | Williams Mullen | Legal Fees | | 12,000.00 |

| Date | Type | Check No. | Name | Category | Description | Amount |
|---|---|---|---|---|---|---|
| 11/01/2019 | Expense | | Mullen | Legal Fees | MULLEN | 4,832.50 |
| 11/01/2019 | Expense | | Williams | Legal Fees | WILLIAMS | 50,000.00 |
| 11/04/2019 | Expense | | Williams | Legal Fees | WILLIAMS | 50,000.00 |
| 11/06/2019 | Expense | | Mullen | Legal Fees | MULLEN | 10,000.00 |
| 12/02/2019 | Expense | | Williams | Legal Fees | WILLIAMS | 30,000.00 |
| 12/03/2019 | Expense | | Mullen | Legal Fees | | 10,000.00 |
| 12/03/2019 | Expense | | Williams | Legal Fees | | 50,000.00 |
| 12/04/2019 | Expense | | Williams | Legal Fees | | 10,000.00 |
| 01/02/2020 | Check | 26422 | Mullen | Legal Fees | | 7,500.00 |
| 03/02/2020 | Expense | | Williams | Legal Fees | | 33,189.90 |
| 03/06/2020 | Check | 26192 | Mullen | Legal Fees | WIRETAPPING | 7,500.00 |
| 03/06/2020 | Check | 26193 | Williams | Legal Fees | EMPLOYEE BENEFITS | 13,743.41 |
| 03/16/2020 | Check | 26192 | Mullen | Legal Fees | NEXUS SERVICES MATTER | 1,792.00 |
| 05/06/2020 | Check | 26962 | Williams | Legal Fees | | 13,743.41 |
| 06/22/2020 | Expense | | Mullen | Legal Fees | Mullen | 13,743.41 |
| 06/23/2020 | Expense | | Williams | Legal Fees | Williams | 5,000.00 |
| 06/26/2020 | Expense | | Mullen | Legal Fees | Mullen | 2,918.50 |
| 06/26/2020 | Expense | | Williams | Legal Fees | Williams | 5,156.50 |
| 06/30/2020 | Expense | | Mullen | Legal Fees | Mullen | 715.00 |
| 07/01/2020 | Expense | | Williams | Legal Fees | Mullen | 4,335.00 |
| 07/02/2020 | Expense | | Mullen | Legal Fees | Mullen | 10,000.00 |
| 07/02/2020 | Expense | | Williams | Legal Fees | Mullen | 587.00 |
| 07/03/2020 | Expense | | Mullen | Legal Fees | Mullen | 1,083.53 |
| 07/06/2020 | Expense | | Williams | Legal Fees | Mullen | 5,000.00 |
| 07/06/2020 | Expense | | Mullen | Legal Fees | Williams | 3,500.00 |
| 07/16/2020 | Expense | | Williams | Legal Fees | Mullen | 4,000.00 |
| 07/20/2020 | Expense | | Williams | Legal Fees | | 10,000.00 |

| Date | Type | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|---|
| 10/31/2019 | Expense | | Williams Mullen | Legal Fees | WILLIAMS MULLEN | 4,832.50 |
| 10/30/2019 | Expense | | Williams Mullen | Legal Fees | WILLIAMS MULLEN | 4,832.50 |
| 10/29/2019 | Expense | | Williams Mullen | Legal Fees | WILLIAMS MULLEN | 4,832.50 |
| 10/28/2019 | Expense | | Williams Mullen | Legal Fees | WILLIAMS MULLEN | 4,832.50 |
| 10/24/2019 | Expense | | Williams Mullen | Legal Fees | WILLIAMS MULLEN | 4,832.50 |
| 10/21/2019 | Expense | | Williams Mullen | Legal Fees | WILLIAMS MULLEN | 4,832.50 |
| 10/18/2019 | Expense | | Williams Mullen | Legal Fees | WILLIAMS MULLEN | 8,800.00 |
| 10/16/2019 | Expense | | Williams Mullen | Legal Fees | WILLIAMS MULLEN | 50,000.00 |
| 10/15/2019 | Expense | | Williams Mullen | Legal Fees | WILLIAMS MULLEN | 50,000.00 |
| 10/11/2019 | Expense | | Williams Mullen | Legal Fees | WILLIAMS MULLEN | 10,000.00 |
| 10/09/2019 | Expense | | Williams Mullen | Legal Fees | WILLIAMS MULLEN | 7,175.44 |
| 10/01/2019 | Expense | | Williams Mullen | Legal Fees | WILLIAMS MULLEN | 100,000.00 |
| 09/19/2019 | Check | VV26170 | Williams Mullen | Legal Fees | REISSUED CHECK | 15,000.00 |
| 09/19/2019 | Check | VV26118 | Williams Mullen | Legal Fees | REISSUED CHECK | 15,000.00 |
| 09/19/2019 | Check | VV26110 | Williams Mullen | Legal Fees | REISSUED CHECK | 15,000.00 |
| 09/17/2019 | Expense | | Williams Mullen | Legal Fees | WILLIAMS MULLEN | 100,000.00 |
| 09/16/2019 | Check | VV26110 | Williams Mullen | Legal Fees | WILLIAMS MULLEN | 15,000.00 |
| 09/04/2019 | Expense | | Williams Mullen | Legal Fees | WILLIAMS MULLEN | 100,000.00 |
| 08/09/2019 | Check | 8859 | Williams Mullen | EE Federal Withholding | 464996933 emp 941 Q-4 2018 form | 15,000.00 |
| 08/09/2019 | Check | 8858 | Williams Mullen | EE Federal Withholding | 464996933 emp 941 Q-4 2018 form | 15,000.00 |
| 08/09/2019 | Check | 8990 | Williams Mullen | EE Federal Withholding | 464996933 emp 941 Q-4 2018 form | 50,000.00 |
| 08/01/2019 | Check | VV26036 | Williams Mullen | Legal Fees | LOBBYING FEES | 37,202.84 |
| 08/01/2019 | Check | VV26035 | Williams Mullen | Legal Fees | 0008 | 34,537.96 |

| Date | Type | Num | Payee | Category | Memo | Amount |
|---|---|---|---|---|---|---|
| 07/31/2019 | Check | 26028 | Williams Mullen | Legal Fees | LOBBYING FEES | 22,500.00 |
| 07/31/2019 | Check | 26027 | Williams Mullen | Legal Fees | INV 1090148 | 12,356.28 |
| 07/19/2019 | Check | 26005 | Williams Mullen | Legal Fees | TAX TRUSTEE SETTLEME NT | 20,000.00 |
| 07/09/2019 | Check | 25997 | Williams Mullen | Legal Fees | RETAINER 075769.000 6 | 20,000.00 |
| 07/05/2019 | Check | 25992 | Williams Mullen | Legal Fees | RETAINER 075769.000 9 | 13,958.00 |
| 06/26/2019 | Check | 25963 | Williams Mullen | Legal Fees | 075769.000 5 | 214.00 |
| 06/26/2019 | Check | 25962 | Williams Mullen | Legal Fees | | 405.00 |
| 06/04/2019 | Expense | | Williams Mullen | Legal Fees | | 10,000.00 |
| 05/14/2019 | Check | 25892 | Williams Mullen | Legal Fees | BRIGMANN RETAINER | 10,000.00 |
| 05/09/2019 | Check | 25871 | Williams Mullen | Legal Fees | RETAINER CORPORA TE RETAINER | 25,000.00 |
| 04/30/2019 | Check | 25841 | Williams Mullen | Legal Fees | | 10,000.00 |
| 04/03/2019 | Expense | | Williams Mullen | Legal Fees | | 10,000.00 |
| 04/02/2019 | Expense | | Williams Mullen | Legal Fees | | 10,000.00 |
| 03/04/2019 | Expense | | Williams Mullen | Legal Fees | | 10,000.00 |
| 03/01/2019 | Expense | | Williams Mullen | Legal Fees | | 10,000.00 |
| 02/01/2019 | Check | 25648 | Williams Mullen | Legal Fees | OLDEST INVOICES | 142,581.85 |
| 01/29/2019 | Expense | | Williams Mullen | Legal Fees | | 10,000.00 |
| 01/28/2019 | Expense | | Williams Mullen | Legal Fees | | 10,000.00 |
| 01/22/2019 | Expense | | Williams Mullen | Legal Fees | | 10,000.00 |
| 01/17/2019 | Expense | | Williams Mullen | Legal Fees | | 10,000.00 |
| 11/19/2018 | Check | 26103* | Williams Mullen | Branch Deposit of Income | | 15,000.00 |
| 11/09/2018 | Bill Payment (Check) | 26103 | Williams Mullen | | | -15,000.00 |
| 11/09/2018 | Bill Payment (Check) | 26102 | Williams Mullen | | | -3,823.50 |

| Date | Type | Num | Name | Account/Memo | Amount |
|---|---|---|---|---|---|
| 07/06/2018 | Bill | 1044477 | Williams Mullen | Legal Fees | 2,181.00 |
| 07/09/2018 | Bill Payment (Check) | 25223 | Williams Mullen | Ryan Alvarez v. Nexus Services | -858.00 |
| 07/11/2018 | Bill | 1045535 | Williams Mullen | Legal Fees | 1,866.20 |
| 07/11/2018 | Bill | 1045534 | Williams Mullen | Legal Fees Appeal to Fourth Court | 49.99 |
| 07/12/2018 | Bill | 1046080 | Williams Mullen | Legal Fees Wiretapping - EDC - Professional Svcs County of Augusta - Response to Subpoena | 810.00 |
| 07/12/2018 | Bill | 1046084 | Williams Mullen | Legal Fees Wiretapping - EDC Data Services | 4.00 |
| 07/20/2018 | Bill Payment (Check) | 25252 | Williams Mullen | | -11,654.50 |
| 07/26/2018 | Bill Payment (Check) | 25502 | Williams Mullen | | -4,974.00 |
| 07/31/2018 | Bill Payment (Check) | 25255 | Williams Mullen | | -11,356.33 |
| 07/31/2018 | Bill Payment (Check) | 25256 | Williams Mullen | | -2,227.50 |
| 08/01/2018 | Bill | 075769.001 -Sept | Williams Mullen | Legal Fees Retainer August 1 2018 - | 7,500.00 |
| 08/01/2018 | Bill | 075769.000 1-Aug | Williams Mullen | Legal Fees Government Advocacy | 7,500.00 |
| 10/02/2018 | Check | 25480 | Williams Mullen | Legal Fees Checked Returned for NSF | 28,562.51 |
| 10/05/2018 | Check | 25480 | Williams Mullen | Legal Fees | 28,562.51 |
| 10/18/2018 | Bill Payment (Check) | 26024 | Williams Mullen | | -28,562.51 |
| 10/24/2018 | Bill Payment (Check) | 26038 | Williams Mullen | | -22,719.19 |
| 10/29/2018 | Check | 26024 | Williams Mullen | Branch Deposit of Income 26024* | 28,562.51 |

| Date | Type | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|---|
| 07/06/2018 | Bill | 1044476 | Williams Mullen | Legal Fees | Briggman, David B (VEC Appeal) | 828.50 |
| 07/05/2018 | Bill Payment (Check) | 25435 | Williams Mullen | | | -405.00 |
| 07/01/2018 | Bill | 075769.000 1 | Williams Mullen | Legal Fees | Gov. Advocacy- 5/1/18- 4/1/19 | 7,500.00 |
| 06/12/2018 | Bill | 1042575 | Williams Mullen | Legal Fees | Tax Appeal | 140.00 |
| 06/12/2018 | Bill | 1042576 | Williams Mullen | Legal Fees | Appeal to the Fourth Court | 3,703.00 |
| 06/08/2018 | Bill | 1041501 | Williams Mullen | Legal Fees | Nexus Services | 9,460.00 |
| 06/06/2018 | Bill | 25100 | Williams Mullen | | County of Augusta - Response | -3,333.33 |
| 06/06/2018 | Bill Payment (Check) | 25101 | Williams Mullen | | Ryan Alvarez vs | -7,011.42 |
| 06/06/2018 | Bill Payment (Check) | 25102 | Williams Mullen | | | -161.50 |
| 06/06/2018 | Bill Payment (Check) | 25103 | Williams Mullen | | | -4,595.50 |
| 05/09/2018 | Bill | 1037142 | Williams Mullen | Legal Fees | Subpoena to Ryan Alvarez V | 2,227.50 |
| 05/09/2018 | Bill | 1037141 | Williams Mullen | Legal Fees | Nexus Services | 11,356.33 |
| 05/09/2018 | Bill | 1037136 | Williams Mullen | Legal Fees | Appeal to Fourth Circuit County of Augusta - Response | 4,974.00 |
| 04/16/2018 | Bill Payment (Check) | 1034974 | Williams Mullen | Legal Fees | to Subpoena | 405.00 |
| 04/13/2018 | Bill | 1034284 | Williams Mullen | Legal Fees | Tax Appeal | 858.00 |

| Date | Type | Number | Vendor | Category | Memo | Amount |
|---|---|---|---|---|---|---|
| 03/06/2018 | Bill | 1033907 | Williams Mullen | Legal Fees | Ryan Alvarez V. Nexus Services | 22,166.51 |
| 03/06/2018 | Bill | 1028567 | Williams Mullen | Legal Fees | Tax Appeal | 6,396.00 |
| 03/06/2018 | Bill | 1028574 | Williams Mullen | Legal Fees | Ryan Alvarez v Nexus Services | 11,654.50 |
| 03/05/2018 | Bill Payment (Check) | 15021 | Williams Mullen | | Ryan Alvarez v Nexus Services - 1027517 | -3,333.33 |
| 02/22/2018 | Bill | 1027517 | Williams Mullen | Legal Fees | Tax Appeal | 4,595.50 |
| 02/18/2018 | Bill | 1025092 | Williams Mullen | Legal Fees | | 161.50 |
| | | | | | | 1,587,478.04 |

**Type: All transactions &middot; Status: All statuses &middot; Name: LAW OFFICE OF CHRIS KOWALCZUK &middot; Date: All dates**

| Date | Type | No. | Payee | Category | Memo | Total |
|---|---|---|---|---|---|---|
| 07/07/2020 | Expense | | LAW OFFICE OF CHRIS KOWALCZUK | Legal Fees | LAW OFFICE OF CHRIS KOWALCZUK | 3,487.80 |
| 07/06/2020 | Expense | | LAW OFFICE OF CHRIS KOWALCZUK | Legal Fees | LAW OFFICE OF CHRIS KOWALCZUK | 3,000.00 |
| 07/03/2020 | Expense | | LAW OFFICE OF CHRIS KOWALCZUK | Legal Fees | LAW OFFICE OF CHRIS KOWALCZUK | 5,000.00 |
| 07/01/2020 | Expense | | LAW OFFICE OF CHRIS KOWALCZUK | Legal Fees | LAW OFFICE OF CHRIS KOWALCZUK | 5,000.00 |

Type: All transactions &middot; Status: All statuses &middot; Date: All dates
Name: Allen, Norton & Blue, P.A. &middot;

| Date | Type | No. | Payee | Category | Memo | Total |
|------|------|-----|-------|----------|------|-------|
| 08/19/2020 | Expense | | Allen, Norton & Blue, P.A. | Legal Fees | | 3,000.00 |
| 08/12/2020 | Expense | | Allen, Norton & Blue, P.A. | Legal Fees | | 1,109.50 |
| 08/10/2020 | Expense | | Allen, Norton & Blue, P.A. | Legal Fees | | 2,890.50 |
| 08/05/2020 | Bill | 147284 | Allen, Norton & Blue, P.A. | Legal Fees | CASE NO. CACE-19-024229 | 8,524.00 |
| 08/04/2020 | Expense | | Allen, Norton & Blue, P.A. | Legal Fees | | 3,270.05 |
| 08/03/2020 | Expense | | Allen, Norton & Blue, P.A. | Legal Fees | | 4,000.00 |
| 07/08/2020 | Bill | 146748 | Allen, Norton & Blue, P.A. | Legal Fees | CASE NO. CACE-19-024229 | 2,822.20 |
| 07/06/2020 | Expense | | Allen, Norton & Blue, P.A. | Legal Fees | | 117.00 |
| 07/03/2020 | Expense | | Allen, Norton & Blue, P.A. | Legal Fees | | 3,078.50 |
| 07/02/2020 | Expense | | Allen, Norton & Blue, P.A. | Legal Fees | | 2,734.70 |
| 07/01/2020 | Expense | | Allen, Norton & Blue, P.A. | Legal Fees | | 2,811.65 |
| 06/30/2020 | Expense | | Allen, Norton & Blue, P.A. | Legal Fees | | 3,000.00 |
| 06/29/2020 | Expense | | Allen, Norton & Blue, P.A. | Legal Fees | | 3,000.00 |
| 06/26/2020 | Expense | | Allen, Norton & Blue, P.A. | Legal Fees | | 3,000.00 |
| 06/08/2020 | Expense | | Allen, Norton & Blue, P.A. | Legal Fees | | 3,000.00 |
| 06/03/2020 | Expense | | Allen, Norton & Blue, P.A. | Legal Fees | | 3,000.00 |

| Date | Type | Num | Name | Account | Memo | Amount |
|---|---|---|---|---|---|---|
| 04/12/2018 | Bill | 131767 | Allen, Norton & Blue, P.A. | Legal Fees | Nexus Services | 1,292.50 |
| 04/12/2018 | Bill | 131768 | Allen, Norton & Blue, P.A. | Legal Fees | Villaran vs Carlos Services | 1,301.13 |
| 05/17/2018 | Bill | 132482 | Allen, Norton & Blue, P.A. | Legal Fees | Services Nexus Services Padilla vs Annette | 15,000.00 |
| 05/30/2018 | Bill Payment (Check) | | Allen, Norton & Blue, P.A. | | Nexus Services Padilla vs Annette | 0.00 |
| 06/04/2018 | Bill Payment (Check) | VV376 | Allen, Norton & Blue, P.A. | | | -1,704.65 |
| 06/07/2018 | Bill Payment (Check) | 25091 | Allen, Norton & Blue, P.A. | | | -8,644.35 |
| 06/07/2018 | Bill Payment (Check) | 25109 | Allen, Norton & Blue, P.A. | | | -2,440.90 |
| 07/03/2018 | Bill Payment (Check) | 25411 | Allen, Norton & Blue, P.A. | | | -1,292.50 |
| 07/03/2018 | Bill Payment (Check) | 25412 | Allen, Norton & Blue, P.A. | | | -1,301.13 |
| 07/30/2018 | Bill Payment (Check) | 25240 | Allen, Norton & Blue, P.A. | | | -21,642.95 |
| 10/11/2018 | Bill Payment (Check) | 26009 | Allen, Norton & Blue, P.A. | | | -10,000.00 |
| 11/06/2018 | Bill Payment (Check) | 26072 | Allen, Norton & Blue, P.A. | | | -5,000.00 |
| 05/06/2019 | Check | 25868 | Allen, Norton & Blue, P.A. | Legal Fees | 132482 | 10,254.30 |
| 06/03/2019 | Check | 25926 | Allen, Norton & Blue, P.A. | Legal Fees | INV 132713 / 133171 | 10,000.00 |
| 06/10/2019 | Check | 25944 | Allen, Norton & Blue, P.A. | Legal Fees | INVOICE 167/134212 | 5,000.00 |
| 11/18/2019 | Check | 26338 | Allen, Norton & Blue, P.A. | Legal Fees | INVOICE 133171/133 | 10,000.00 |
| 12/04/2019 | Check | 26355 | Allen, Norton & Blue, P.A. | Legal Fees | | 9,609.87 |

| Date | Type | Number | Firm | Category | Matter | Amount |
|---|---|---|---|---|---|---|
| 02/28/2018 | Bill | 131243 | Allen, Norton & Blue, P.A. | Legal Fees | Carlos Villaran vs. Nexus | 2,440.90 |
| 02/28/2018 | Bill | 131244 | Allen, Norton & Blue, P.A. | Legal Fees | Annette Padilla vs. Nexus Services | 21,642.95 |
| 01/31/2018 | Bill | 130699 | Allen, Norton & Blue, P.A. | Legal Fees | Carlos Villaran vs Nexus Services | 8,644.35 |
| 01/31/2018 | Bill | 130698 | Allen, Norton & Blue, P.A. | Legal Fees | | 1,704.65 |

**Type: All transactions &middot; Status: All statuses &middot; Name: Bomar Law Firm &middot; Date: All dates**

| Date | Type | No. | Payee | Category | Memo | Total |
|------|------|-----|-------|----------|------|-------|
| 06/26/2020 | Expense | | Bomar Law Firm | Legal Fees | | 20,000.00 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

RLI INSURANCE COMPANY,

Plaintiff/Counterclaim Defendant,

v.                                         Case No.: 5:18-cv-00066-MFU-JCH

NEXUS SERVICES, INC., *et. al.*

Defendant/Counterclaim Plaintiffs

**DEFENDANT'S ANSWERS TO INTERROGATORIES**

# Annex 9

| Name | Basis and extent of such funding | Basis and extent of such funding | consideration received or expected | relationships between the recipient or other beneficiary |
|---|---|---|---|---|
| RISE Foundation | Social Justice | Excess of 50,000 | None | N/A |
| Black Lives Matter of Shen Valley | Social Justice | $25,849.00 | None | Founder was fomer employee who started organization |
| Roanoke Pride | LGBTQIA+ Orginzation | est 10,000 | comapny name listed as sponsor on banners at their event | N/A |
| Nexus Caridades | Pro bono law firm | Excess of 2.5 million | None | N/A |
| Nexus Derechos Humanos | Pro bono law firm | 1.8 million | None | N/A |
| Beth Chapman Memorial Scholarship Fund | Memorial | 25,000 | None | Beth Chapman was a friend of Nexus and its owners |

This list does not include various charitable initiatives that have been performed by Nexus over several years, including Nexus' Christmas Miracle Program for Nexus clients and community members.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

RLI INSURANCE COMPANY,

Plaintiff/Counterclaim Defendant,

  v.                                     Case No.: 5:18-cv-00066-MFU-JCH

  NEXUS SERVICES, INC., *et. al.*

Defendant/Counterclaim Plaintiffs

**DEFENDANT'S ANSWERS TO INTERROGATORIES**

# Annex 10

## ADMINISTRATIVE SERVICES AGREEMENT
### CLIENT MANAGEMENT AND PROCESSING

This Agreement for Administrative Services (this "Agreement") is made effective as of April 15, 2022, by and between Libre by Nexus Inc., of 113 Mill Place Pkwy, Verona, Virginia 24482, and Subversivo LLC, of 651 N Broad Street, Suite 204, Middletown, Delaware 19709. In this Agreement, the party who is contracting to receive the services shall be referred to as "Libre", and the party who will be providing the services shall be referred to as "SubV".

Whereas Libre has a need for additional staff, , and whereas SubV manages an international call center and has access to staff required by Libre, and in consideration of the mutual promises set forth below, the parties agree as follows:

**DESCRIPTION OF SERVICES.** Beginning on April 15, 2022, SubV will provide Administrative Support and Services as described here and that includes accounting, clerical, secretarial, receptionist assistance and any other administrative Services reasonably requested by the Company and agreed to by the Service Provider and the following services (collectively, the "Services"): As described in the attached "Addendum A".

**MUTUAL OBLIGATIONS.** Both Service Provider and the Company agree that they will take all steps necessary and reasonably required, at their own expertise to:

a.    designate key individuals to perform its obligations herein;
b.    conduct periodic meetings of key individuals and others as required;
c.    fully cooperate with all reasonable requests for assistance, and
d.    take such further steps and execute documents found reasonably necessary.

In addition all efforts will be taken by the parties in resolving any problems arising in the Services.

**SERVICE PROVIDER'S FEE.** In consideration of the services to be performed by the Service Provider, the Company agrees to compensate the Service Provider for the services rendered as follows:
Service Provider's fees for the services specified in Paragraph 1, above, and for any additional services, will be charged at Service Provider's standard rate of $10,000.00 per month.

Any additional services not specified in Paragraph 1, above, are considered included in the monthly service provider's fee,

**TERM/TERMINATION.** This Agreement may be terminated by either party upon 60 days written notice to the other party. Libre may terminate this agreement immediately for cause, which shall include any material breach of the agreement, upon the service of written notice to SubV.

**RELATIONSHIP OF PARTIES.** It is understood by the parties that SubV is an independent contractor with respect to Libre, and not an employee of Libre. Libre will not provide fringe benefits, including health insurance benefits, paid vacation, or any other employee benefit, for the benefit of SubV.

**WORK PRODUCT OWNERSHIP.** Any copyrightable works, ideas, discoveries, inventions, patents, products, or other information (collectively, the "Work Product") developed in whole or in part by SubV in connection with the Services shall be the exclusive property of Libre. Upon request, SubV shall sign all documents necessary to confirm or perfect the exclusive ownership of Libre to the Work Product.

**CONFIDENTIALITY.** SubV will not at any time or in any manner, either directly or indirectly, use for the personal benefit of SubV, or divulge, disclose, or communicate in any manner any information that is proprietary to Libre. SubV will protect such information and treat it as strictly confidential. This provision shall continue to be effective after the termination of this Agreement. Upon termination of this Agreement, SubV will return to Libre all records, notes, documentation and other items that were used, created, or controlled by SubV during the term of this Agreement.

**INJURIES.** SubV acknowledges SubV's obligation to obtain appropriate insurance coverage for the benefit of SubV (and SubV's employees, if any). SubV waives any rights to recovery from Libre for any injuries that SubV (and/or SubV's employees) may sustain while performing services under this Agreement and that are a result of the negligence of SubV or SubV's employees.

**AUDIT / BOOKS AND RECORDS REVIEW.** This agreement bestows upon Libre the absolute right to inspect, make copies of, or otherwise review the financial and program records of SubV in any manner suggested by Libre. SubV shall insure that it never directly competes with Libre, and that an audit committee of 3 Libre employees or executives shall have final say in what constitutes "competitive revenue". Competitive Revenue shall be deemed as revenue earned by Libre. SubV may terminate this agreement upon 60 days notice should it disagree with the audit committee, however the audit committee's decision shall remain in effect. SubV may appeal any audit committee determination about "competitive revenue" or any other aspect of the program management to the CEO of Libre. The decision of the CEO of Libre shall be final. SubV shall cooperate with all audit committee reviews, and any failure to cooperate shall be a material breach of this agreement.

**INJUNCTIVE RELIEF.** Libre and SubV agree that any material breach of this agreement exposes Libre to potential damages that are significant and difficult to calculate money value for, such as reputation injury. Therefore, SubV agrees that after a material breach of the agreement has occurred that injunctive relief would be necessary to protect Libre, and SubV agrees not to oppose injunctive relief ordering payments under this agreement, specific performance related to its terms, or access to SubV's books and records. SubV agrees that payments made under this agreement represent the vast majority of Libre's revenue. As such, SubV's failure to perform would not be remediable by payment of money damages at the conclusion of any case, and SubV

agrees to the Court implementing an injunctive relief order commanding such payments to preserve the status quo for Libre in the event of any litigation.

**ENTIRE AGREEMENT.** This Agreement contains the entire agreement of the parties, and there are no other promises or conditions in any other agreement whether oral or written.

**SEVERABILITY.** If any provision of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

**APPLICABLE LAW.** This Agreement shall be governed by the laws of the State of Delaware.

**SIGNATORIES.** This Agreement shall be signed by Micheal Donovan, Officer on behalf of Libre by Nexus Inc. and by David See, , Officer on behalf of Subversivo LLC. This Agreement is effective as of the date first above written.

COMPANY:
Libre by Nexus Inc

By: _____     Date: ___April 15, 2022___
Micheal Donovan
Officer

SERVICE PROVIDER:
Subversivo LLC

By: _____     Date: ___4/15/2022___
David See
Officer

**ADDENDUM A**
*DESCRIPTION OF SERVICES*

SubV shall provide the following services pursuant to this administrative services agreement:

Monitor Libre personnel in client's native language for AQ purposes, submit detailed QA reports on at least 10 Libre client interactions per month.

Train and develop Libre personnel on processing client payments and collecting client receivables. SubV shall train Libre personnel to use its advanced payment platforms and shall manage their use to insure compliance with all laws, rules, and regulations.

Remit, on a daily basis, all revenue from all transactions processed by SubV or under the training and direction of SubV to Libre by Nexus, at Libre's direction.

Produce a weekly audit report on all payments collected, payment collection percentage, and performance of accounts receivable to Libre.

Libre shall provide SubV access to client records and systems to enable the effective administration of the services pursuant to this agreement. Libre shall provide all HR services related to any Libre employees subject to monitoring and management by SubV. Libre shall hold SubV harmless from any action taken by a Libre employee, unless such act was performed or directed by SubV personnel.

COMPANY:
Libre by Nexus Inc.

By: _____     Date: _____April 15, 2022_____

Micheal Donovan
Officer

SERVICE PROVIDER:
Subversivo LLC

By: _____     Date: **4/15/2022**

David See
Officer

# LOAN REPAYMENT AGREEMENT

THIS AGREEMENT is made and entered into effective as of February 26, 2022 (the "Effective Date"), by and between Libre by Nexus Inc., a corporation organized and existing under the laws of the state of Virginia, with its office located at 113 Mill Place Pkwy, Verona, Virginia 24482 ("Libre"), and Subversivo LLC, a limited liability company organized and existing under the laws of the state of Delaware, with its office located at 651 N Broad Street, Suite 204, Middletown, Delaware 19709 ("Sub V").

WHEREAS, Libre is in need of a loan for the purpose of covering its legal fees and judgments;

WHEREAS, Sub V has agreed to provide such a loan to Libre;

WHEREAS, Libre's surety agent has directed Libre to provide another indemnitor due to concerns over solvency; and

WHEREAS, Sub V is willing to provide indemnification to Libre's surety agent, and

WHEREAS, Sub V is prepared to take an assignment on all of Libre's recurring business while also agreeing to cover the necessary operating expenses of Libre's program, retaining the remainder of the revenues for payment of the loan obligations until the loan is fully repaid.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

1. **LOAN:** Sub V agrees to lend to Libre, and Libre agrees to borrow from Sub V, the sum of up to One Million Dollars ($1,000,000), which will be disbursed in multiple payments as detailed in Exhibit A, attached hereto and incorporated herein by reference.

2. **SECURITY INTEREST:** As security for the repayment of the loan, Libre hereby grants to Sub V a security interest in and to all of Libre's program participant contracts.

3. **REPAYMENT:** Libre agrees to repay the loan to Sub V from its daily receipts, which are assigned and transferred to Sub V. Sub V agrees to pay

the necessary operating expenses of Libre's program and will retain the remainder of the revenues for the payment of the loan obligations.

4. **RELEASE OF ASSIGNMENT:** Upon the full repayment of the loan and all interest due, Sub V will release the assignment on all of Libre's recurring business.

5. **INTEREST:** The loan provided under this Agreement shall bear interest at a rate of twelve percent (12%) per annum. Interest shall be calculated on the basis of actual days elapsed and a year of 365 days.

6. **TERM AND BALLOON PAYMENT:** The balance of the loan shall be repaid within a period of thirty-six (36) months from the effective date of this Agreement. At the end of this term, Libre shall owe Sub V a balloon payment equivalent to the outstanding balance of the loan at that time. Once the loan is repaid, the indemnification assistance may continue on a month-to-month basis until the agreement is cancelled by either party with a 60-day written notice.

**7. GOVERNING LAW AND VENUE:** This Agreement will be governed by, construed, and enforced in accordance with the laws of the State of Delaware, without regard to its conflict of laws rules. The parties agree that any suit, action or proceeding brought by either party to enforce any provision of, or based on any right arising out of, this Agreement shall be brought in any federal or state court located within the State of Delaware. Each of the parties consents to the jurisdiction of such courts (and of the appropriate appellate courts) in any such suit, action or proceeding and irrevocably waives, to the fullest extent permitted by law, any objection which it may now or hereafter have to the laying of the venue of any such suit, action or proceeding in any such court or that any such suit, action or proceeding which is brought in any such court has been brought in an inconvenient forum.

8. **ENTIRE AGREEMENT:** This Loan Repayment Agreement constitutes the entire agreement between Libre and Sub V, and supersedes all prior oral or written agreements, understandings, or representations.

9. **COUNTERPARTS:** This Agreement may be executed in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. A signed copy of this

Agreement delivered by facsimile, e-mail, or other means of electronic transmission is deemed to have the same legal effect as delivery of an original signed copy of this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Loan Repayment Agreement as of the date first above written.

IN WITNESS WHEREOF, the parties hereto have executed this Loan Repayment Agreement as of the date first above written.

Libre by Nexus Inc.

By: _____

Subversivo LLC

By: _____

## EXHIBIT A

| | |
|---|---|
| 3/4/2022 | $30,000 |
| 3/7/2022 | $12,000 |
| 3/29/2022 | $54,000 |
| 4/25/2022 | $10,000 |
| 5/12/2022 | $119,800 |
| 5/24/2022 | $250,000 |
| 5/31/2022 | $80,000 |
| 6/29/2022 | $134,000 |
| 6/29/2022 | $134,000 |
| 6/29/2022 | $134,000 |
| 6/29/2022 | $40,000 |
| TOTAL: | **$997,800** |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

RLI INSURANCE COMPANY,

Plaintiff/Counterclaim Defendant,

v.                                        Case No.: 5:18-cv-00066-MFU-JCH

NEXUS SERVICES, INC., *et. al.*

Defendant/Counterclaim Plaintiffs

**DEFENDANT'S ANSWERS TO INTERROGATORIES**

# *Annex 11*



## State Corporation Commission
## Clerk's Information System

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | EMPOWER BY NEXUS INC. | Entity ID: | 08015232 |
| Entity Type: | Stock Corporation | Entity Status: | Inactive |
| Series LLC: | N/A | Reason for Status: | Automatically Terminated - Registration Fee - Can Reinstate |
| Formation Date: | 02/19/2016 | Status Date: | 06/30/2022 |
| VA Qualification Date: | 02/19/2016 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | 02/28/2023 |
| Jurisdiction: | VA | Charter Fee: | $50.00 |
| Registration Fee Due Date: | 02/28/2022 | | |

### Filing History Details

| ■ SelectAll | Filing Date Time | Effective Date | Filing Number | Filing Type | Number of Pages |
|---|---|---|---|---|---|
| ☐ | 02/19/2016 12:01 AM | 02/19/2016 | 1602191111 | Articles of Incorporation | 5 |
| ☐ | 09/07/2016 12:01 AM | 09/07/2016 | 1609070639 | Statement of Change of Registered Office and/or Registered Agent | 2 |
| ☐ | 01/23/2017 12:00 AM | 01/23/2017 | A217025128 | Annual Report | 2 |
| ☐ | 02/09/2018 12:00 AM | 02/09/2018 | A218035111 | Annual Report | 2 |
| ☐ | 08/14/2018 12:01 AM | 08/14/2018 | 1808130750 | Statement of Resignation of Registered Agent | 2 |
| ☐ | 09/18/2018 12:01 AM | 09/18/2018 | 1809186877 | Statement of Change of Registered Office and/or Registered Agent | 2 |
| ☐ | 05/08/2020 02:00 PM | 05/08/2020 | 200508642606 | Reinstatement | 1 |
| ☐ | 05/08/2020 02:00 PM | 05/08/2020 | 200508642608 | Annual Report | 1 |
| ☐ | 02/23/2021 07:40 PM | 02/23/2021 | 2102232954200 | Annual Report | 1 |
| ☐ | 01/16/2022 07:42 AM | 01/16/2022 | 2201164075364 | Annual Report | 1 |

Page 1 of 1, records 1 to 10 of 10

Back    Return to Search    Return to Results

Download Copies

Back to Login

Privacy Policy | Contact Us



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 19, 2016

RICHARD MOORE
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:    EMPOWER BY NEXUS INC.

ID:    0801523 - 2

DCN:   16-02-19-1111

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing articles of incorporation with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate of incorporation is February 19, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISJMA

ENTITY NAME: EMPOWER BY NEXUS INC.

Name availability done in:

Initials:          Conflict with ID #:

eFile: _____    _____

CIS: _____      _____

ENTITY ID #: _9a_____ _3a75_

DCN #: 160219 1111

_____

_____

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE    50          JURISDICTION: _____

FILING FEE    25

EXPEDITE FEE(S) [ S/D ]    200

TOTAL FEES    275

AMENDMENT OR OTHER INFORMATION:

| SPECIAL EFFECTIVE DATE / TIME |
| --- |
| _____ |

INDUSTRY CODE: _____

SEND COPY TO: _____

_____

_____

_____

COPYWORK REQUESTED:        (TGB)        CORRESPONDENT:

_____     2/19/2016

_____

AMOUNT AVAILABLE
FOR COPYWORK:

_____

_____ MAIL _____
_____ CALL _____
_____ FAX _____
_____ FED EX _____

REVISED 08/11

0801523-7



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
SCC21.2   1300 E MAIN ST
(07/14)   RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia



## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (if known): |
|---|---|
| EMPOWER BY NEXUS INC. | |

**Customer Contact Information:**

Name: RICHARD MOORE

Address:
113 MILL PLACE PKWY

SUITE 103

VERONA                    VA          24482
(city or town)          (state)      (zip code)

Telephone: ( 757 ) 344 - 5127 ext

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose **one**)

[✓] Email   **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup  (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail
(Prepaid envelope required.)

[ ] Overnight via  [ ] UPS  [ ] Fed Ex
(Completed waybill required.  For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**
(mark service requested)

*** **Expedite Fee:**
*** (does not include filing fee(s) – see footnote)

[✓] **Category A**  Expedite Business Entity Document listed in Schedule A
  [✓] Same Day Service (Received by Noon)          $ 200
  [ ] Next Day Service (Received by 4:00 p.m.)      $ 100

[ ] **Category B**  Preliminary Review of Document listed in Schedule A
  (2nd Business Day Service Only – Received by 4:00 p.m.)   $ 50
  [ ] Resubmission within 30 Days of initial Pre-Review   (N/C)

[ ] **Category C**  Expedite Business Entity Document listed in Schedule C   $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

[ ] **Category D**  Expedite Application for Reinstatement   $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

**FOR OFFICE USE ONLY**

160219  1111

I/O [ ]          *ga*

---

*** Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, FEBRUARY 19, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

# EMPOWER BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective February 19, 2016.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CORPACPT
CISJMA
16-02-19-1111



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**SCC619**
**(09/15)**

**ARTICLES OF INCORPORATION**
**OF A VIRGINIA STOCK CORPORATION**

*CLERK'S OFFICE*
*INFORMATION DESK*

*2016 FEB 19  A 11:30*

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, state(s) as follows:

1. The name of the corporation is
   **EMPOWER BY NEXUS INC.**

2. The corporation is authorized to issue _____ **500** _____ share(s) of common stock.

3. A. The name of the corporation's initial registered agent is
   **INCORP SERVICES INC.**  0591549-5

   B. The corporation's initial registered agent is **(mark appropriate box)**:

   | an <u>individual</u> who is a resident of Virginia **and** <br> ☐ an initial director of the corporation. <br> ☐ a member of the Virginia State Bar. | **OR** | ☑ a domestic or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
   |---|---|---|

4. A. The corporation's initial registered office address, including the street and number (if any),
      which is identical to the business office of the initial registered agent, is
      **7288 HANOVER GREEN DRIVE**      **MECHANICSVILLE**, VA **23111**
      (number/street)                              (city or town)              (zip)

   B. The registered office is located in the ☑ county **or** ☐ city of **HANOVER**.

5. (Optional) The corporation's principal office address, including the street and number (if any), is
   **113 MILL PLACE PKWY SUITE 103**      **VERONA**      **VA**      **24482**
   (number/street)                          (city or town)     (state)    (zip)

6. The initial directors are:

   | NAME(S) | ADDRESS(ES) |
   |---|---|
   | RICHARD MOORE | 113 MILL PLACE PKWY ST 103 <br> VERONA VA 24482 |
   | MICHEAL DONOVAN | 113 MILL PLACE PKWY ST 103 <br> VERONA VA 24482 |
   | EVAN AJIN | 113 MILL PLACE PKWY ST 103 <br> VERONA VA 24482 |

**INCORPORATOR(S):**

_____          RICHARD MOORE
_____          MICHEAL DONOVAN
SIGNATURE(S)                                 PRINTED NAME(S)

Telephone number (optional): _____ **540-217-4308** _____

---

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 19, 2016

RICHARD MOORE
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     EMPOWER BY NEXUS INC.

ID:     0801523 - 2

DCN:    16-02-19-1111

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing articles of incorporation with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate of incorporation is February 19, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISJMA

ENTITY NAME: EMPOWER BY NEXUS INC.

Name availability done in:

Initials:          Conflict with ID #:

eFile: _____     _____

CIS: _____       _____

ENTITY ID #: _ga_ _____ _ta75_

DCN #: _160219 1111_

_____

_____

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE   _50_       JURISDICTION: _____

FILING FEE               _25_

EXPEDITE FEE(S)[ S/D]    _200_       | SPECIAL EFFECTIVE DATE / TIME |
                                     | _____ |

TOTAL FEES               _275_       INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:      SEND COPY TO: _____

_____

_____

_____

_____

COPYWORK REQUESTED:    (TAJB)         CORRESPONDENT:
                        2/19/2016
_____

_____

_____

AMOUNT AVAILABLE                     _____
FOR COPYWORK:                        _____ MAIL
                                     _____ CALL _____
_____                      _____ FAX
                                     _____ FED EX _____



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION
OFFICE OF THE CLERK**
SCC21.2   **1300 E MAIN ST**
(07/14)   **RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia**



## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.):<br><br>EMPOWER BY NEXUS INC. | SCC ID No. (If known): |
|---|---|

**Customer Contact Information:**

Name: RICHARD MOORE

Address:
113 MILL PLACE PKWY

SUITE 103

VERONA                    VA        24482
(city or town)            (state)     (zip code)

Telephone: ( 757 ) 344 - 5127 ext

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose **one**)

[✓] Email — **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup  (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail
(Prepaid envelope required.)

[ ] Overnight via  [ ] UPS   [ ] Fed Ex
(Completed waybill required.  For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**
(mark service requested)

**\*\*\* Expedite Fee:**
**\*\*\* (does not include filing fee(s) – see footnote)**

[✓] **Category A**  Expedite Business Entity Document listed in Schedule A
    [✓] Same Day Service (Received by Noon)      $ 200
    [ ] Next Day Service (Received by 4:00 p.m.)   $ 100

[ ] **Category B**  Preliminary Review of Document listed in Schedule A
    (2nd Business Day Service Only – Received by 4:00 p.m.)   $ 50
    [ ] Resubmission within 30 Days of initial Pre-Review   (N/C)

[ ] **Category C**  Expedite Business Entity Document listed in Schedule C
    (Next Day Service Only – Received by 4:00 p.m.)   $ 50

[ ] **Category D**  Expedite Application for Reinstatement
    (Next Day Service Only – Received by 4:00 p.m.)   $ 50

**FOR OFFICE USE ONLY**

160219  1111

I/O [ ]

---

**\*\*\*** Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, FEBRUARY 19, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

# EMPOWER BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective February 19, 2016.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CORPACPT
CISJMA
16-02-19-1111



## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

**SCC619**
**(09/15)**

### ARTICLES OF INCORPORATION
### OF A VIRGINIA STOCK CORPORATION

*CLERK'S OFFICE
INFORMATION DESK*

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, state(s) as follows:

*2016 FEB 19  A 11: 30*

1. The name of the corporation is
   **EMPOWER BY NEXUS INC.**

2. The corporation is authorized to issue _____ 500 _____ share(s) of common stock.

3. A. The name of the corporation's initial registered agent is
   **INCORP SERVICES INC.** 0591547-5

   B. The corporation's initial registered agent is **(mark appropriate box)**:

   | an <u>individual</u> who is a resident of Virginia **and** | | a domestic or foreign stock or nonstock |
   |---|---|---|
   | ☐ an initial director of the corporation. | **OR** | corporation, limited liability company or registered limited liability partnership |
   | ☐ a member of the Virginia State Bar. | | ☑ authorized to transact business in Virginia. |

4. A. The corporation's initial registered office address, including the street and number (if any), which is identical to the business office of the initial registered agent, is
   7288 HANOVER GREEN DRIVE _____ MECHANICSVILLE , VA 23111
   (number/street)                    (city or town)                    (zip)

   B. The registered office is located in the ☑ county **or** ☐ city of _____ HANOVER

5. (Optional)  The corporation's principal office address, including the street and number (if any), is
   113 MILL PLACE PKWY SUITE 103 _____ VERONA _____ VA _____ 24482
   (number/street)                    (city or town)    (state)    (zip)

6. The initial directors are:

   | NAME(S) | ADDRESS(ES) |
   |---|---|
   | RICHARD MOORE | 113 MILL PLACE PKWY ST 103 |
   | | VERONA VA 24482 |
   | MICHEAL DONOVAN | 113 MILL PLACE PKWY ST 103 |
   | | VERONA VA 24482 |
   | EVAN AJIN | 113 MILL PLACE PKWY ST 103 |
   | | VERONA VA 24482 |

INCORPORATOR(S):

RICHARD MOORE
MICHEAL DONOVAN

_____
SIGNATURE(S)                                    PRINTED NAME(S)

Telephone number (optional): _____ 540-217-4308

**Personal Information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:   EMPOWER BY NEXUS INC.

ID:    0801523 - 2

DCN:   16-09-07-0639

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



160909379

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED
OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:  EMPOWER BY NEXUS INC.    160907 0639    SCC ID No.: 0801523 - 2

| Section A | Current Information | Revised Information |
|---|---|---|
| Registered Agent Name: | INCORP SERVICES INC | Gentry Locke Rakes & Moore, LLP  J0011214 |
| Qualification: | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| Registered Office Address: | 7288 HANOVER GREEN DR   MECHANICSVILLE, VA 23111 | (Provide a complete address when a change is being made.)  10 Franklin Road, SE, Suite 900  Roanoke, VA  24011 |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of _____ Roanoke |

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an <u>individual</u> who is a resident of Virginia <u>and</u>
  ☐ an officer of the corporation whose title is

  _____
  (e.g., president, secretary, treasurer)
  ☐ a director of the corporation.
  ☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____  8/10/2016
(signature)                          (date)

Micheal Donovan
(printed name)

President
(title (e.g., president or chairman))    (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 19, 2016

RICHARD MOORE
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:    EMPOWER BY NEXUS INC.

ID:    0801523 - 2

DCN:   16-02-19-1111

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing articles of incorporation with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate of incorporation is February 19, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISJMA

ENTITY NAME: EMPOWER BY NEXUS INC.

Name availability done in:

Initials:          Conflict with ID #:

eFile: _____     _____     ENTITY ID #: _____

CIS: _____       _____     DCN #: 160219 1111

                                           _____

                                           _____

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE ____50____      JURISDICTION: _____

FILING FEE ____25____

EXPEDITE FEE(S) [ S/D ] ____200____

| SPECIAL EFFECTIVE DATE / TIME |
| --- |
| _____ |

TOTAL FEES ____275____         INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:     SEND COPY TO: _____

_____

_____

_____

_____

COPYWORK REQUESTED:        (TAB)            CORRESPONDENT:

_____    2/19/2016

_____

_____      _____

AMOUNT AVAILABLE              _____ MAIL
FOR COPYWORK:                 _____ CALL _____
                              _____ FAX
_____                  _____ FED EX _____

REVISED 08/11

FOR OFFICE USE ONLY    FOR OFFICE USE ONLY    FOR OFFICE USE ONLY    FOR OFFICE USE ONLY

0801523-7



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
SCC21.2    1300 E MAIN ST
(07/14)    RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia



## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.):  EMPOWER BY NEXUS INC. | SCC ID No. (If known): |
|---|---|

**Customer Contact Information:**

Name: RICHARD MOORE

Address:
113 MILL PLACE PKWY
SUITE 103
VERONA    VA    24482
(city or town)  (state)  (zip code)

Telephone: ( 757 ) 344 - 5127 ext

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose **one**)

[✓] Email  **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup  (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail
(Prepaid envelope required.)

[ ] Overnight via  [ ] UPS  [ ] Fed Ex
(Completed waybill required.  For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**
(mark service requested)

**\*\*\* Expedite Fee:**
\*\*\* (does not include filing fee(s) – see footnote)

**FOR OFFICE USE ONLY**

160219 1111

[✓] **Category A**  Expedite Business Entity Document listed in Schedule A
    [✓] Same Day Service (Received by Noon)  $ 200
    [ ] Next Day Service (Received by 4:00 p.m.)  $ 100

[ ] **Category B**  Preliminary Review of Document listed in Schedule A
(2nd Business Day Service Only – Received by 4:00 p.m.)  $ 50
    [ ] Resubmission within 30 Days of initial Pre-Review  (N/C)

[ ] **Category C**  Expedite Business Entity Document listed in Schedule C
(Next Day Service Only – Received by 4:00 p.m.)  $ 50

[ ] **Category D**  Expedite Application for Reinstatement
(Next Day Service Only – Received by 4:00 p.m.)  $ 50

I/O [ ]

---

**\*\*\*** Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

## REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, FEBRUARY 19, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

# EMPOWER BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it
is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of
the Commission, effective February 19, 2016.

The corporation is granted the authority conferred on it by law in accordance with the articles,
subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CORPACPT
CISJMA
16-02-19-1111



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**SCC619**
**(09/15)**

**ARTICLES OF INCORPORATION**
**OF A VIRGINIA STOCK CORPORATION**

*(stamp: CLERK'S OFFICE / INFORMATION DESK / 2016 FEB 19  A 11: 30)*

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, state(s) as follows:

1. The name of the corporation is

   EMPOWER BY NEXUS INC.

2. The corporation is authorized to issue _____ 500 _____ share(s) of common stock.

3. A. The name of the corporation's initial registered agent is

   INCORP SERVICES INC.  0591547-5

   B. The corporation's initial registered agent is **(mark appropriate box)**:

   | an <u>individual</u> who is a resident of Virginia **and** | OR | ☑ a domestic or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
   | ☐ an initial director of the corporation. | | |
   | ☐ a member of the Virginia State Bar. | | |

4. A. The corporation's initial registered office address, including the street and number (if any), which is identical to the business office of the initial registered agent, is

   7288 HANOVER GREEN DRIVE      MECHANICSVILLE , VA   23111
   (number/street)                    (city or town)              (zip)

   B. The registered office is located in the ☑ county or ☐ city of _____ HANOVER _____.

5. (Optional)  The corporation's principal office address, including the street and number (if any), is

   113 MILL PLACE PKWY SUITE 103      VERONA      VA   24482
   (number/street)                    (city or town)      (state)   (zip)

6. The initial directors are:

   | NAME(S) | ADDRESS(ES) |
   |---|---|
   | RICHARD MOORE | 113 MILL PLACE PKWY  ST 103 |
   | | VERONA VA 24482 |
   | MICHEAL DONOVAN | 113 MILL PLACE PKWY ST 103 |
   | | VERONA VA 24482 |
   | EVAN AJIN | 113 MILL PLACE PKWY ST 103 |
   | | VERONA VA 24482 |

INCORPORATOR(S):

_(signatures)_
SIGNATURE(S)

RICHARD MOORE
MICHEAL DONOVAN
PRINTED NAME(S)

Telephone number (optional): _____ 540-217-4308 _____

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     EMPOWER BY NEXUS INC.

ID:     0801523 - 2

DCN:    16-09-07-0639

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



160907 0379

# COMMONWEALTH OF VIRGINIA
# STATE CORPORATION COMMISSION

## STATEMENT OF CHANGE OF REGISTERED
## OFFICE AND/OR REGISTERED AGENT

**SCC635/834
(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

Corporation's Name:  EMPOWER BY NEXUS INC.   160907 0639   SCC ID No.: 0801523 - 2

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent Name:** | INCORP SERVICES INC | Gentry Locke Rakes & Moore, LLP  JOO11214 |
| **Qualification:** | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| **Registered Office Address:** | 7288 HANOVER GREEN DR   MECHANICSVILLE, VA 23111 | (Provide a complete address when a change is being made.)  10 Franklin Road, SE, Suite 900 Roanoke, VA  24011 |
| **Locality:** | HANOVER COUNTY | ☐ County or ☒ City of ___Roanoke___ |

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

| (1) an <u>individual</u> who is a resident of Virginia <u>and</u>  ☐ an officer of the corporation whose title is<br><br>_____<br>(e.g., president, secretary, treasurer)<br>☐ a director of the corporation.<br>☐ a member of the Virginia State Bar. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
|---|---|---|

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by:<br><br>_____ 8/10/2016<br>(signature)                (date)<br><br>Micheal Donovan<br>(printed name)<br><br>President<br>(title (e.g., president or chairman))   (See Instructions)<br><br>_____<br>(telephone number (optional)) | *The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*<br><br>☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |
|---|---|---|

**Personal Information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

217025128--1/23/2017

**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION
SCC CLERK'S OFFICE

2017 JAN 23 AM 11: 44

1. CORPORATION NAME:
   EMPOWER BY NEXUS INC.

   DUE DATE: **02/28/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY
   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0801523-2**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 500 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: | ADDRESS: **113 Mill Place Pkwy. Suite 103** |
| CITY/ST/ZIP , | CITY/ST/ZIP **Verona, VA  24482** |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0012599

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
| NAME: EVAN AJIN | NAME: **Evan M. Ajin** |
| TITLE: DIRECTOR | TITLE: **Vice President** |
| ADDRESS: 113 MILL PLACE PKWY ST 103 | ADDRESS: **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: VERONA, VA 24482 | CITY/ST/ZIP: **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____    Richard Moore    1/2/16

SIGNATURE OF DIRECTOR/OFFICER          PRINTED NAME AND CORPORATE TITLE          DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

## 2017 ANNUAL REPORT CONTINUED

217025128--1/23/2017

CORPORATION NAME:
EMPOWER BY NEXUS INC.

DUE DATE: **02/28/17**
SCC ID NO.: **0801523-2**

7.   DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct ☒ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br><br>NAME:  MICHAEL  DONOVAN<br><br>TITLE:  DIRECTOR<br><br>ADDRESS:  113 MILL PLACE PKWY ST 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☒ DIRECTOR ☒<br><br>NAME:  Micheal P. Donovan<br><br>TITLE:  President/CEO<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank: ☐ Information is correct ☒ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☒ Correction ☐ Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☒<br><br>NAME:  RICHARD  MOORE<br><br>TITLE:  DIRECTOR<br><br>ADDRESS:  113 MILL PLACE PKWY ST 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☒ DIRECTOR ☒<br><br>NAME:   Richard E. Moore<br><br>TITLE: Vice President<br><br>ADDRESS: 113 Mill Place Pkwy., Ste. 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☒ Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☐<br><br>NAME:  Timothy D. Okonski<br><br>TITLE:  Secretary/Treasurer<br><br>ADDRESS: 113 Mill Place Pkwy., Ste. 103<br><br>CITY/ST/ZIP: Verona, VA 24482 |
| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



0012589



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 19, 2016

RICHARD MOORE
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     EMPOWER BY NEXUS INC.

ID:     0801523 - 2

DCN:    16-02-19-1111

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing articles of incorporation with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate of incorporation is February 19, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISJMA

ENTITY NAME: EMPOWER BY NEXUS INC.

Name availability done in:

Initials:        Conflict with ID #:

eFile: _____    _____    ENTITY ID #: _____

CIS: _____    _____    DCN #: 160219 1111

_____

_____

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE    50        JURISDICTION: _____

FILING FEE    25

EXPEDITE FEE(S) [S/D]    200

| SPECIAL EFFECTIVE DATE / TIME |
| --- |
| _____ |

TOTAL FEES    275        INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:    SEND COPY TO: _____

_____

_____

_____

_____

COPYWORK REQUESTED:    (TQB)        CORRESPONDENT:

_____    2/19/2016

_____

_____    _____

AMOUNT AVAILABLE        _____ MAIL
FOR COPYWORK:        _____ CALL _____
        _____ FAX
_____    _____ FED EX _____

REVISED 08/11

0801523-7



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
**SCC21.2** 1300 E MAIN ST
**(07/14)** RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia



# This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (if known): |
|---|---|
| EMPOWER BY NEXUS INC. | |

**Customer Contact Information:**

Name: RICHARD MOORE

Address: 113 MILL PLACE PKWY

SUITE 103

VERONA                VA        24482
(city or town)        (state)   (zip code)

Telephone: ( 757 ) 344 - 5127 ext

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose **one**)

[✓] Email — **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup  (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail
(Prepaid envelope required.)

[ ] Overnight via  [ ] UPS   [ ] Fed Ex
(Completed waybill required.  For Fed Ex, the waybill
must be computer-generated with a barcode.)

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**
(mark service requested)

**\*\*\* Expedite Fee:**
**\*\*\* (does not include filing fee(s) – see footnote)**

[✓] **Category A**  Expedite Business Entity Document listed in Schedule A
  [✓] Same Day Service (Received by Noon)   $ 200
  [ ] Next Day Service (Received by 4:00 p.m.)   $ 100

[ ] **Category B**  Preliminary Review of Document listed in Schedule A
  (2nd Business Day Service Only – Received by 4:00 p.m.)   $ 50
  [ ] Resubmission within 30 Days of initial Pre-Review   (N/C)

[ ] **Category C**  Expedite Business Entity Document listed in Schedule C
  (Next Day Service Only – Received by 4:00 p.m.)   $ 50

[ ] **Category D**  Expedite Application for Reinstatement
  (Next Day Service Only – Received by 4:00 p.m.)   $ 50

**FOR OFFICE USE ONLY**

160219  1111

I/O [ ]

**\*\*\*** Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, FEBRUARY 19, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

# EMPOWER BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective February 19, 2016.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CORPACPT
CISJMA
16-02-19-1111



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**SCC619**
**(09/15)**

**ARTICLES OF INCORPORATION**
**OF A VIRGINIA STOCK CORPORATION**

*SCC CLERK'S OFFICE*
*INFORMATION DESK*

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

*2016 FEB 19 A 11:30*

1.  The name of the corporation is
    **EMPOWER BY NEXUS INC.**

2.  The corporation is authorized to issue _____ 500 _____ share(s) of common stock.

3.  A.  The name of the corporation's initial registered agent is
    **INCORP SERVICES INC.** 0591547-5

    B.  The corporation's initial registered agent is **(mark appropriate box)**:

    | an <u>individual</u> who is a resident of Virginia **and** | OR | ✔ a domestic or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
    | --- | --- | --- |
    | ☐ an initial director of the corporation. | | |
    | ☐ a member of the Virginia State Bar. | | |

4.  A.  The corporation's initial registered office address, including the street and number (if any), which is identical to the business office of the initial registered agent, is
    7288 HANOVER GREEN DRIVE          MECHANICSVILLE , VA   23111
    (number/street)                           (city or town)                    (zip)

    B.  The registered office is located in the ✔ county or ☐ city of _____ HANOVER _____ .

5.  (Optional)  The corporation's principal office address, including the street and number (if any), is
    113 MILL PLACE PKWY SUITE 103     VERONA         VA      24482
    (number/street)                           (city or town)     (state)     (zip)

6.  The initial directors are:

| NAME(S) | ADDRESS(ES) |
| --- | --- |
| RICHARD MOORE | 113 MILL PLACE PKWY  ST 103 |
| | VERONA VA 24482 |
| MICHEAL DONOVAN | 113 MILL PLACE PKWY ST 103 |
| | VERONA VA 24482 |
| EVAN AJIN | 113 MILL PLACE PKWY ST 103 |
| | VERONA VA 24482 |

INCORPORATOR(S):

_____
_____
SIGNATURE(S)

RICHARD MOORE
MICHEAL DONOVAN
PRINTED NAME(S)

Telephone number (optional): _____ 540-217-4308 _____

**Personal Information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     EMPOWER BY NEXUS INC.

ID:     0801523 - 2

DCN:    16-09-07-0639

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED
OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:  EMPOWER BY NEXUS INC.    160907 0639    SCC ID No.: 0801523 - 2

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | INCORP SERVICES INC | Gentry Locke Rakes & Moore, LLP JODII2I4 |
| Qualification: | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | 7288 HANOVER GREEN DR MECHANICSVILLE, VA 23111 | (Provide a complete address when a change is being made.) 10 Franklin Road, SE, Suite 900 Roanoke, VA  24011 |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of ___Roanoke___ |

Section B *must* be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an <u>individual</u> who is a resident of Virginia <u>and</u>
   ☐ an officer of the corporation whose title is

   _____
   (e.g., president, secretary, treasurer)
   ☐ a director of the corporation.
   ☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____  8/10/2016
(signature)                (date)

Micheal Donovan
(printed name)

President
(title (e.g., president or chairman))    (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION
SCC CLERK'S OFFICE

217025128--1/23/2017

2017 JAN 23 AM 11: 44

1. CORPORATION NAME:
   EMPOWER BY NEXUS INC.

   DUE DATE: **02/28/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY
   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0801523-2**

   5. STOCK INFORMATION

   | CLASS | AUTHORIZED |
   |-------|-----------|
   | COMMON | 500 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: | ADDRESS: **113 Mill Place Pkwy.** **Suite 103** |
| CITY/ST/ZIP , | CITY/ST/ZIP **Verona, VA   24482** |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0012599

| Mark appropriate box unless area below is blank: ☐ Information is correct ☒ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒ | OFFICER ☒ DIRECTOR ☒ |
| NAME: EVAN AJIN | NAME: **Evan M. Ajin** |
| TITLE: DIRECTOR | TITLE: **Vice President** |
| ADDRESS: 113 MILL PLACE PKWY ST 103 | ADDRESS: **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: VERONA, VA 24482 | CITY/ST/ZIP: **Verona, VA   24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____        *Richard Moore*        1/2/16

SIGNATURE OF DIRECTOR/OFFICER        PRINTED NAME AND CORPORATE TITLE        DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

## 2017 ANNUAL REPORT CONTINUED

217025128--1/23/2017

CORPORATION NAME:

EMPOWER BY NEXUS INC.

DUE DATE: **02/28/17**

SCC ID NO.: **0801523-2**

**7.   DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☒ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☒<br><br>NAME:  MICHAEL  DONOVAN<br><br>TITLE:  DIRECTOR<br><br>ADDRESS:  113 MILL PLACE PKWY ST 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☒   DIRECTOR ☒<br><br>NAME:  Micheal P. Donovan<br><br>TITLE:  President/CEO<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☒ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐   DIRECTOR ☒<br><br>NAME:  RICHARD  MOORE<br><br>TITLE:  DIRECTOR<br><br>ADDRESS:  113 MILL PLACE PKWY ST 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☒   DIRECTOR ☒<br><br>NAME:  Richard E. Moore<br><br>TITLE: Vice President<br><br>ADDRESS: 113 Mill Place Pkwy., Ste. 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction   ☒ Addition   ☐ Replacement |
| OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒   DIRECTOR ☐<br><br>NAME:  Timothy D. Okonski<br><br>TITLE:  Secretary/Treasurer<br><br>ADDRESS: 113 Mill Place Pkwy., Ste. 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |

0012509





**2018 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

218035111--2/9/2018

1. CORPORATION NAME:

   EMPOWER BY NEXUS INC.

   DUE DATE:   **02/28/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.:   **0801523-2**

   5.  STOCK INFORMATION

   | CLASS | AUTHORIZED |
   |-------|-----------|
   | COMMON | 500 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PKWY<br>STE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0012441

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME:  MICHAEL  DONOVAN | NAME: |
| TITLE:  P/CEO | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY ST 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _(signature)_ | _Timothy Olkonski, S/T_ | 2/7/2018 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

## 2018 ANNUAL REPORT CONTINUED

218035111--2/9/2018

CORPORATION NAME:

EMPOWER BY NEXUS INC.

DUE DATE: **02/28/18**

SCC ID NO.: **0801523-2**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒<br><br>NAME:  EVAN M AJIN<br><br>TITLE:  VICE PRESIDENT<br><br>ADDRESS:  113 MILL PLACE PKWY ST 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☒   DIRECTOR ☒<br><br>NAME:  RICHARD  MOORE<br><br>TITLE:  VICE PRESIDENT<br><br>ADDRESS:  113 MILL PLACE PKWY ST 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☒   DIRECTOR ☐<br><br>NAME:  TIMOTHY D OKONSKI<br><br>TITLE:  S/T<br><br>ADDRESS:  113 MILL PL PKWY<br>              STE 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |

0012441





**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 19, 2016

RICHARD MOORE
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     EMPOWER BY NEXUS INC.

ID:     0801523 - 2

DCN:    16-02-19-1111

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing articles of incorporation with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate of incorporation is February 19, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISJMA

ENTITY NAME: EMPOWER BY NEXUS INC.

Name availability done in:

| | Initials: | Conflict with ID #: |
|---|---|---|
| eFile: | _____ | _____ |
| CIS: | _____ | _____ |

ENTITY ID #: _____

DCN #: 160219 1111

_____

_____

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE    50

FILING FEE    25

EXPEDITE FEE(S) [ S/D ]    200

TOTAL FEES    275

JURISDICTION: _____

| SPECIAL EFFECTIVE DATE / TIME |
|---|
| _____ |

INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:

SEND COPY TO: _____

_____

_____

_____

COPYWORK REQUESTED:    (TJB)

2/19/2016

CORRESPONDENT:

_____

_____

_____

AMOUNT AVAILABLE
FOR COPYWORK:

_____

_____ MAIL _____

_____ CALL _____

_____ FAX _____

_____ FED EX _____

REVISED 08/11

FOR OFFICE USE ONLY    FOR OFFICE USE ONLY    FOR OFFICE USE ONLY    FOR OFFICE USE ONLY

0801523-7



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
SCC21.2   1300 E MAIN ST
(07/14)   RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia



## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| **Name of Corporation or Company (etc.):** | **SCC ID No.** (If known): |
|---|---|
| EMPOWER BY NEXUS INC. | |

**Customer Contact Information:**

Name: RICHARD MOORE

Address:
113 MILL PLACE PKWY
SUITE 103
VERONA                    VA       24482
(city or town)          (state)      (zip code)

Telephone: ( 757 ) 344 - 5127 ext _____

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose **one**)

[✓] Email — **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup  (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail
(Prepaid envelope required.)

[ ] Overnight via   [ ] UPS   [ ] Fed Ex
(Completed waybill required.  For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**
(mark service requested)

**\*\*\* Expedite Fee:**
**\*\*\* (does not include filing fee(s) – see footnote)**

[✓] **Category A**  Expedite Business Entity Document listed in Schedule A
    [✓] Same Day Service (Received by Noon)          $ 200
    [ ] Next Day Service (Received by 4:00 p.m.)     $ 100

[ ] **Category B**  Preliminary Review of Document listed in Schedule A
    (2nd Business Day Service Only – Received by 4:00 p.m.)   $ 50
    [ ] Resubmission within 30 Days of initial Pre-Review   (N/C)

[ ] **Category C**  Expedite Business Entity Document listed in Schedule C   $ 50
    (Next Day Service Only – Received by 4:00 p.m.)

[ ] **Category D**  Expedite Application for Reinstatement   $ 50
    (Next Day Service Only – Received by 4:00 p.m.)

**FOR OFFICE USE ONLY**

160219  1111

I/O [ ]

*ga*

---

**\*\*\*** Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, FEBRUARY 19, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

# EMPOWER BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective February 19, 2016.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CORPACPT
CISJMA
16-02-19-1111



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**SCC619**
**(09/15)**

**ARTICLES OF INCORPORATION**
**OF A VIRGINIA STOCK CORPORATION**

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, state(s) as follows:

1.  The name of the corporation is
    EMPOWER BY NEXUS INC.

2.  The corporation is authorized to issue _____500_____ share(s) of common stock.

3.  A.  The name of the corporation's initial registered agent is
    INCORP SERVICES INC.  0591549-5

    B.  The corporation's initial registered agent is **(mark appropriate box)**:

    | | | |
    |---|---|---|
    | an <u>individual</u> who is a resident of Virginia **and** <br> ☐ an initial director of the corporation. <br> ☐ a member of the Virginia State Bar. | **OR** | ☑ a domestic or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |

4.  A.  The corporation's initial registered office address, including the street and number (if any), which is identical to the business office of the initial registered agent, is
    7288 HANOVER GREEN DRIVE    MECHANICSVILLE , VA  23111
    (number/street)                          (city or town)            (zip)

    B.  The registered office is located in the ☑ county **or** ☐ city of _____HANOVER_____.

5.  (Optional)  The corporation's principal office address, including the street and number (if any), is
    113 MILL PLACE PKWY SUITE 103    VERONA     VA    24482
    (number/street)                          (city or town)    (state)    (zip)

6.  The initial directors are:

    | NAME(S) | ADDRESS(ES) |
    |---|---|
    | RICHARD MOORE | 113 MILL PLACE PKWY ST 103 <br> VERONA VA 24482 |
    | MICHEAL DONOVAN | 113 MILL PLACE PKWY ST 103 <br> VERONA VA 24482 |
    | EVAN AJIN | 113 MILL PLACE PKWY ST 103 <br> VERONA VA 24482 |

INCORPORATOR(S):

| | |
|---|---|
| _____ | RICHARD MOORE |
| _____ | MICHEAL DONOVAN |
| **SIGNATURE(S)** | **PRINTED NAME(S)** |

Telephone number (optional): _____540-217-4308_____

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     EMPOWER BY NEXUS INC.

ID:     0801523 - 2

DCN:    16-09-07-0639

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:  EMPOWER BY NEXUS INC.    160907 0639    SCC ID No.: 0801523 - 2

| Section A | Current Information | Revised Information |
|---|---|---|
| Registered Agent Name: | INCORP SERVICES INC | Gentry Locke Rakes & Moore, LLP  J0011214 |
| Qualification: | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| Registered Office Address: | 7288 HANOVER GREEN DR  MECHANICSVILLE, VA 23111 | (Provide a complete address when a change is being made.)  10 Franklin Road, SE, Suite 900  Roanoke, VA 24011 |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of ___Roanoke___ |

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an <u>individual</u> who is a resident of Virginia <u>and</u>
☐ an officer of the corporation whose title is

_____
(e.g., president, secretary, treasurer)

☐ a director of the corporation.
☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____   8/10/2016
(signature)                        (date)

Micheal Donovan
(printed name)

President
(title (e.g., president or chairman))    (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

217025128--1/23/2017 

## 2017 ANNUAL REPORT
### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION
SCC CLERK'S OFFICE

2017 JAN 23 AM 11: 44

1. CORPORATION NAME:
   EMPOWER BY NEXUS INC.

DUE DATE: **02/28/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY
   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

SCC ID NO.: **0801523-2**

### 5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 500 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: | ADDRESS: **113 Mill Place Pkwy. Suite 103** |
| CITY/ST/ZIP , | CITY/ST/ZIP **Verona, VA 24482** |

7. DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed.
                                          An individual may be designated as both a director and an officer.

0012599

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR ☒ | OFFICER ☒  DIRECTOR ☒ |
| NAME:  EVAN AJIN | NAME:  **Evan M. Ajin** |
| TITLE:  DIRECTOR | TITLE:  **Vice President** |
| ADDRESS:  113 MILL PLACE PKWY ST 103 | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA 24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____          *Richard Moore*          1/2/16
SIGNATURE OF DIRECTOR/OFFICER        PRINTED NAME AND CORPORATE TITLE        DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2017 ANNUAL REPORT CONTINUED**

217025128--1/23/2017

CORPORATION NAME:

EMPOWER BY NEXUS INC.

DUE DATE: **02/28/17**

SCC ID NO.: **0801523-2**

7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☒ Correction  ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☒<br><br>NAME:  MICHAEL  DONOVAN<br><br>TITLE:  DIRECTOR<br><br>ADDRESS:  113 MILL PLACE PKWY ST 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☒   DIRECTOR ☒<br><br>NAME:  Micheal P. Donovan<br><br>TITLE:  President/CEO<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☒ Correction  ☐ Addition ☐ Replacement |
| OFFICER ☐   DIRECTOR ☒<br><br>NAME:  RICHARD  MOORE<br><br>TITLE:  DIRECTOR<br><br>ADDRESS:  113 MILL PLACE PKWY ST 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☒   DIRECTOR ☒<br><br>NAME:   Richard E. Moore<br><br>TITLE: Vice President<br><br>ADDRESS: 113 Mill Place Pkwy., Ste. 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction  ☒ Addition ☐ Replacement |
| OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒   DIRECTOR ☐<br><br>NAME:  Timothy D. Okonski<br><br>TITLE:  Secretary/Treasurer<br><br>ADDRESS: 113 Mill Place Pkwy., Ste. 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction  ☐ Addition ☐ Replacement |
| OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |





**2018 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

218035111--2/9/2018

1. CORPORATION NAME:

   EMPOWER BY NEXUS INC.

   DUE DATE:  **02/28/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.:  **0801523-2**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 500 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PKWY STE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
                                          An individual may be designated as both a director and an officer.

0012441

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br><br>NAME:  MICHAEL  DONOVAN<br>TITLE:  P/CEO<br>ADDRESS:  113 MILL PLACE PKWY ST 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Timothy Olkonski, S/T
PRINTED NAME AND CORPORATE TITLE

2/7/2018
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

# 2018 ANNUAL REPORT CONTINUED

218035111--2/9/2018

**CORPORATION NAME:**
EMPOWER BY NEXUS INC.

DUE DATE: **02/28/18**
SCC ID NO.: **0801523-2**

**7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☒   DIRECTOR ☒

NAME:  EVAN M AJIN

TITLE:  VICE PRESIDENT

ADDRESS:  113 MILL PLACE PKWY ST 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☒   DIRECTOR ☒

NAME:  RICHARD  MOORE

TITLE:  VICE PRESIDENT

ADDRESS:  113 MILL PLACE PKWY ST 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☒   DIRECTOR ☐

NAME:  TIMOTHY D OKONSKI

TITLE:  S/T

ADDRESS:  113 MILL PL PKWY
STE 103
CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

0012441



---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

EMPOWER BY NEXUS INC.
113 MILL PLACE PKWY
STE 103
VERONA, VA 24482

## RECEIPT

RE:     EMPOWER BY NEXUS INC.

ID:     0801523 - 2

DCN:    18-08-13-0750

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

EMPOWER BY NEXUS INC.
_____
(name of corporation)

0801523-2
_____
(corporation's SCC ID #)

☑  The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____    _____    _____
(signature of individual resigning as registered agent)       (printed name)            (date)

**OR**         **180813  0750**

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _W. William Gust_          W. William Gust, Esq. - Partner      8-6-18
(signature)                       (printed name and title)           (date)

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

### NOTICE TO THE ABOVE-REFERENCED CORPORATION

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

### SEE INSTRUCTIONS ON THE REVERSE



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 19, 2016

RICHARD MOORE
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     EMPOWER BY NEXUS INC.

ID:     0801523 - 2

DCN:    16-02-19-1111

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing articles of incorporation with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate of incorporation is February 19, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISJMA

ENTITY NAME: **EMPOWER BY NEXUS INC.**

Name availability done in:

|  | Initials: | Conflict with ID #: |
|---|---|---|
| eFile: | _____ | _____ |
| CIS: | _____ | _____ |

ENTITY ID #: _____

DCN #: 160219 1111

_____

_____

ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ ஊ

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE  50        JURISDICTION: _____

FILING FEE  25

EXPEDITE FEE(S) [ S/D ]  200

| **SPECIAL EFFECTIVE DATE / TIME** |
|---|
| _____ |

TOTAL FEES  275        INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:        SEND COPY TO: _____

_____

_____

_____

COPYWORK REQUESTED:   (TJB)         CORRESPONDENT:

_____  2/19/2016

_____

_____

AMOUNT AVAILABLE
FOR COPYWORK:

_____

_____ MAIL

_____ CALL _____

_____ FAX _____

_____ FED EX _____

REVISED 08/11

0801523-7



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
SCC21.2    1300 E MAIN ST
(07/14)    RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia



# This form **MUST** be completed and placed on top of **EACH** document submission
## (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (If known): |
|---|---|
| EMPOWER BY NEXUS INC. | |

**Customer Contact Information:**

Name: RICHARD MOORE

Address: 113 MILL PLACE PKWY

SUITE 103

VERONA                    VA       24482
(city or town)          (state)    (zip code)

Telephone: ( 757 ) 344 - 5127 ext

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose **one**)

[✓] Email   **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup  (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail
(Prepaid envelope required.)

[ ] Overnight via  [ ] UPS   [ ] Fed Ex
(Completed waybill required.  For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**
(mark service requested)

**\*\*\* Expedite Fee:**
**\*\*\* (does not include filing fee(s) – see footnote)**

**FOR OFFICE USE ONLY**

160219  1111

[✓] **Category A**  Expedite Business Entity Document listed in Schedule A
  [✓] Same Day Service (Received by Noon)         $ 200
  [ ] Next Day Service (Received by 4:00 p.m.)     $ 100

[ ] **Category B**  Preliminary Review of Document listed in Schedule A   $ 50
  (2nd Business Day Service Only – Received by 4:00 p.m.)
  [ ] Resubmission within 30 Days of initial Pre-Review   (N/C)

[ ] **Category C**  Expedite Business Entity Document listed in Schedule C   $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

[ ] **Category D**  Expedite Application for Reinstatement   $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

I/O [ ]

**\*\*\*** Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

## REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, FEBRUARY 19, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

# EMPOWER BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective February 19, 2016.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By _____

James C. Dimitri
Commissioner

CORPACPT
CISJMA
16-02-19-1111



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**SCC619**
**(09/15)**

**ARTICLES OF INCORPORATION**
**OF A VIRGINIA STOCK CORPORATION**

*STATE CLERK'S OFFICE*
*INFORMATION DESK*

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, state(s) as follows:

2016 FEB 19  A 11: 30

1. The name of the corporation is
   **EMPOWER BY NEXUS INC.**

2. The corporation is authorized to issue _____**500**_____ share(s) of common stock.

3. A. The name of the corporation's initial registered agent is
   **INCORP SERVICES INC.**  0591547-5

   B. The corporation's initial registered agent is **(mark appropriate box)**:

   | an <u>individual</u> who is a resident of Virginia **and** | | OR | ✔ a domestic or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
   |---|---|---|---|
   | ☐ an initial director of the corporation. | | | |
   | ☐ a member of the Virginia State Bar. | | | |

4. A. The corporation's initial registered office address, including the street and number (if any), which is identical to the business office of the initial registered agent, is
   **7288 HANOVER GREEN DRIVE**   **MECHANICSVILLE**, VA   **23111**
   (number/street)                (city or town)              (zip)

   B. The registered office is located in the ✔ county or ☐ city of **HANOVER**.

5. (Optional) The corporation's principal office address, including the street and number (if any), is
   **113 MILL PLACE PKWY SUITE 103**   **VERONA**   **VA**   **24482**
   (number/street)                      (city or town)  (state) (zip)

6. The initial directors are:

   | NAME(S) | ADDRESS(ES) |
   |---|---|
   | RICHARD MOORE | 113 MILL PLACE PKWY ST 103 |
   | | VERONA VA 24482 |
   | MICHEAL DONOVAN | 113 MILL PLACE PKWY ST 103 |
   | | VERONA VA 24482 |
   | EVAN AJIN | 113 MILL PLACE PKWY ST 103 |
   | | VERONA VA 24482 |

   INCORPORATOR(S):

   _____
   _____
   SIGNATURE(S)

   **RICHARD MOORE**
   **MICHEAL DONOVAN**
   PRINTED NAME(S)

   Telephone number (optional): ____**540-217-4308**____

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

## RECEIPT

RE:     EMPOWER BY NEXUS INC.

ID:      0801523 - 2

DCN:    16-09-07-0639

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*
Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



160903379

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name: EMPOWER BY NEXUS INC.     160907 0639     SCC ID No.: 0801523 - 2

| Section A | Current Information | Revised Information |
|---|---|---|
| Registered Agent Name: | INCORP SERVICES INC | Gentry Locke Rakes & Moore, LLP<br>J0011214 |
| Qualification: | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| Registered Office Address: | 7288 HANOVER GREEN DR<br><br>MECHANICSVILLE, VA 23111 | (Provide a complete address when a change is being made.)<br>10 Franklin Road, SE, Suite 900<br>Roanoke, VA 24011 |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of ___Roanoke___ |

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

Section B *must* be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.

(1) an <u>individual</u> who is a resident of Virginia <u>and</u>
 ☐ an officer of the corporation whose title is

 _____
 (e.g., president, secretary, treasurer)

 ☐ a director of the corporation.

 ☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____  8/10/2016
(signature)                              (date)

Micheal Donovan
(printed name)

President
(title (e.g., president or chairman))     (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

217025128--1/23/2017



# 2017 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION
SCC CLERK'S OFFICE

2017 JAN 23 AM 11: 44

1. CORPORATION NAME:
   EMPOWER BY NEXUS INC.

   **DUE DATE:** 02/28/17

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY
   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   **SCC ID NO.:** 0801523-2

### 5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 500 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: | ADDRESS: **113 Mill Place Pkwy. Suite 103** |
| CITY/ST/ZIP , | CITY/ST/ZIP **Verona, VA 24482** |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0012599

| Mark appropriate box unless area below is blank: ☐ Information is correct ☒ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒ | OFFICER ☒ DIRECTOR ☒ |
| NAME: EVAN AJIN | NAME: **Evan M. Ajin** |
| TITLE: DIRECTOR | TITLE: **Vice President** |
| ADDRESS: 113 MILL PLACE PKWY ST 103 | ADDRESS: **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: VERONA, VA 24482 | CITY/ST/ZIP: **Verona, VA 24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _____ | _Richard Moore_ | _1/2/16_ |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

# 2017 ANNUAL REPORT CONTINUED

217025128--1/2?/2017

CORPORATION NAME:
EMPOWER BY NEXUS INC.

DUE DATE: **02/28/17**
SCC ID NO.: **0801523-2**

## 7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER** ☐ **DIRECTOR** ☒  NAME:  MICHAEL  DONOVAN  TITLE:  DIRECTOR  ADDRESS:  113 MILL PLACE PKWY ST 103  CITY/ST/ZIP:  VERONA, VA 24482 | **OFFICER** ☒ **DIRECTOR** ☒  NAME:  Micheal P. Donovan  TITLE:  President/CEO  ADDRESS: 113 Mill Place Pkwy., Ste 103  CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank: ☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
| **OFFICER** ☐ **DIRECTOR** ☒  NAME:  RICHARD  MOORE  TITLE:  DIRECTOR  ADDRESS:  113 MILL PLACE PKWY ST 103  CITY/ST/ZIP:  VERONA, VA 24482 | **OFFICER** ☒ **DIRECTOR** ☒  NAME:   Richard E. Moore  TITLE: Vice President  ADDRESS: 113 Mill Place Pkwy., Ste. 103  CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| **OFFICER** ☐ **DIRECTOR** ☐  NAME:  TITLE:  ADDRESS:  CITY/ST/ZIP: | **OFFICER** ☒ **DIRECTOR** ☐  NAME:  Timothy D. Okonski  TITLE:  Secretary/Treasurer  ADDRESS: 113 Mill Place Pkwy., Ste. 103  CITY/ST/ZIP: Verona, VA 24482 |
| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| **OFFICER** ☐ **DIRECTOR** ☐  NAME:  TITLE:  ADDRESS:  CITY/ST/ZIP: | **OFFICER** ☐ **DIRECTOR** ☐  NAME:  TITLE:  ADDRESS:  CITY/ST/ZIP: |

0012509





**2018 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

218035111--2/9/2018

218035111

1. CORPORATION NAME:

   EMPOWER BY NEXUS INC.

   DUE DATE: **02/28/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0801523-2**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 500 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PKWY<br>STE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0012441

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  MICHAEL  DONOVAN | NAME: |
| TITLE:  P/CEO | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY ST 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _(signature)_ | Timothy Olkonski, S/T | 2/7/2018 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

# 2018 ANNUAL REPORT CONTINUED

218035111--2/9/2018

218035111

| CORPORATION NAME: | DUE DATE: | **02/28/18** |
|---|---|---|
| EMPOWER BY NEXUS INC. | SCC ID NO.: | **0801523-2** |

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:

☐ Information is correct    ☐ Information is incorrect    ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:    ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☒    DIRECTOR ☒

NAME:  EVAN M AJIN

TITLE:  VICE PRESIDENT

ADDRESS:  113 MILL PLACE PKWY ST 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐    DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:

☐ Information is correct    ☐ Information is incorrect    ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:    ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☒    DIRECTOR ☒

NAME:  RICHARD  MOORE

TITLE:  VICE PRESIDENT

ADDRESS:  113 MILL PLACE PKWY ST 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐    DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:

☐ Information is correct    ☐ Information is incorrect    ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:    ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☒    DIRECTOR ☐

NAME:  TIMOTHY D OKONSKI

TITLE:  S/T

ADDRESS:  113 MILL PL PKWY
STE 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐    DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

0012441



---

Mark appropriate box unless area below is blank:

☐ Information is correct    ☐ Information is incorrect    ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:    ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☐    DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐    DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

EMPOWER BY NEXUS INC.
113 MILL PLACE PKWY
STE 103
VERONA, VA 24482

### RECEIPT

RE:   EMPOWER BY NEXUS INC.

ID:   0801523 - 2

DCN:   18-08-13-0750

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)

**STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____

(name of registered agent)

hereby resigns as the registered agent for

EMPOWER BY NEXUS INC.
_____

(name of corporation)

0801523-2
_____

(corporation's SCC ID #)

☑   The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____

(signature of individual resigning as registered agent)    (printed name)    (date)

**OR**    180813 0750

Gentry Locke Rakes & Moore, LLP
_____

(name of business entity resigning as registered agent)

By: _W. William Gust_    W. William Gust, Esq. - Partner    8-6-18
(signature)    (printed name and title)    (date)

> **PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

## NOTICE TO THE ABOVE-REFERENCED CORPORATION

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

## SEE INSTRUCTIONS ON THE REVERSE

1809540809



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
HANOVER, VA 23111

**RECEIPT**

RE:          **EMPOWER BY NEXUS INC.**

ID:          **08015232**

DCN:         **1809186877**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
CISECOM

1809540809



eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.  RE:   **EMPOWER BY NEXUS INC.**

     ID:   **08015232**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):
     GENTRY LOCKE RAKES & MOORE, LLP
     10 FRANKLIN RD SE STE 900
     ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.  The current registered agent is Resigned.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):
     INCORP SERVICES, INC.
     7288 Hanover Green Drive
     Hanover, VA 23111          (HANOVER COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of EMPOWER BY NEXUS INC.
By: Richard Moore, Vice-President
     /s/ Richard Moore



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 19, 2016

RICHARD MOORE
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     EMPOWER BY NEXUS INC.

ID:     0801523 - 2

DCN:    16-02-19-1111

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing articles of incorporation with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate of incorporation is February 19, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISJMA

**ENTITY NAME:** EMPOWER BY NEXUS INC.

Name availability done in:

Initials:      Conflict with ID #:

eFile: _____   _____        ENTITY ID #: _____

CIS: _____   _____         DCN #: 160219 1111

_____

_____

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE    50            JURISDICTION: _____

FILING FEE    25

EXPEDITE FEE(S) [S/D]    200

| SPECIAL EFFECTIVE DATE / TIME |
| --- |
| _____ |

TOTAL FEES    275           INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:    SEND COPY TO: _____

_____

_____

_____

COPYWORK REQUESTED:    (TJB)        CORRESPONDENT:

_____     2/19/2016

_____

_____        _____

AMOUNT AVAILABLE
FOR COPYWORK:                  _____ MAIL
                               _____ CALL  _____
_____               _____ FAX   _____
                               _____ FED EX _____

REVISED 08/11

FOR OFFICE USE ONLY    FOR OFFICE USE ONLY    FOR OFFICE USE ONLY    FOR OFFICE USE ONLY

0801523-7



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
SCC21.2   **1300 E MAIN ST**
(07/14)   **RICHMOND, VA 23219**
**(804) 371-9733**
**1-866-722-2551 Toll-free in Virginia**



# This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.):<br><br>EMPOWER BY NEXUS INC. | SCC ID No. (If known): |
|---|---|

**Customer Contact Information:**

Name: RICHARD MOORE

Address:
113 MILL PLACE PKWY

SUITE 103

VERONA                VA        24482
(city or town)        (state)   (zip code)

Telephone: ( 757 ) 344 - 5127 ext

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose **one**)

[✓] Email   **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup  (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail
(Prepaid envelope required.)

[ ] Overnight via  [ ] UPS   [ ] Fed Ex
(Completed waybill required.  For Fed Ex, the waybill must be computer-generated with a barcode.)

---

## ~~ See Information & Instructions for description of Categories. ~~

**Expedited Service Requested:**
(mark service requested)

**\*\*\* Expedite Fee:**
\*\*\* (does not include filing fee(s) – see footnote)

**FOR OFFICE USE ONLY**

160219  1111

[✓] **Category A**  Expedite Business Entity Document listed in Schedule A
   [✓] Same Day Service (Received by Noon)        $ 200
   [ ] Next Day Service (Received by 4:00 p.m.)     $ 100

[ ] **Category B**  Preliminary Review of Document listed in Schedule A
   (2nd Business Day Service Only – Received by 4:00 p.m.)   $ 50
   [ ] Resubmission within 30 Days of initial Pre-Review    (N/C)

[ ] **Category C**  Expedite Business Entity Document listed in Schedule C
   (Next Day Service Only – Received by 4:00 p.m.)   $ 50

[ ] **Category D**  Expedite Application for Reinstatement
   (Next Day Service Only – Received by 4:00 p.m.)   $ 50

I/O [ ]

*ja*

---

\*\*\* Submit one payment for <u>all</u> applicable fees (e.g., charter/entrance, reinstatement, filing <u>and</u> expedite fees)

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, FEBRUARY 19, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

# EMPOWER BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective February 19, 2016.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CORPACPT
CISJMA
16-02-19-1111



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**SCC619**
**(09/15)**

**ARTICLES OF INCORPORATION**
**OF A VIRGINIA STOCK CORPORATION**

RECEIVED CLERK'S OFFICE
INFORMATION DESK
2016 FEB 19  A 11: 30

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, state(s) as follows:

1.  The name of the corporation is
    **EMPOWER BY NEXUS INC.**

2.  The corporation is authorized to issue _____ 500 _____ share(s) of common stock.

3.  A.  The name of the corporation's initial registered agent is
    **INCORP SERVICES INC.**  0591547-5

    B.  The corporation's initial registered agent is **(mark appropriate box)**:

    | an <u>individual</u> who is a resident of Virginia **and** ☐ an initial director of the corporation. ☐ a member of the Virginia State Bar. | **OR** | ☑ a domestic or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
    |---|---|---|

4.  A.  The corporation's initial registered office address, including the street and number (if any), which is identical to the business office of the initial registered agent, is
    **7288 HANOVER GREEN DRIVE** (number/street)   **MECHANICSVILLE** (city or town), VA   **23111** (zip)

    B.  The registered office is located in the ☑ county **or** ☐ city of  **HANOVER**.

5.  (Optional)  The corporation's principal office address, including the street and number (if any), is
    **113 MILL PLACE PKWY SUITE 103** (number/street)   **VERONA** (city or town)   **VA** (state)   **24482** (zip)

6.  The initial directors are:

    | **NAME(S)** | **ADDRESS(ES)** |
    |---|---|
    | RICHARD MOORE | 113 MILL PLACE PKWY ST 103 |
    | | VERONA VA 24482 |
    | MICHEAL DONOVAN | 113 MILL PLACE PKWY ST 103 |
    | | VERONA VA 24482 |
    | EVAN AJIN | 113 MILL PLACE PKWY ST 103 |
    | | VERONA VA 24482 |

INCORPORATOR(S):

_____
_____
**SIGNATURE(S)**

RICHARD MOORE
MICHEAL DONOVAN
**PRINTED NAME(S)**

Telephone number (optional): _____ 540-217-4308 _____

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     EMPOWER BY NEXUS INC.

ID:     0801523 - 2

DCN:    16-09-07-0639

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:   EMPOWER BY NEXUS INC.   160907 0639   SCC ID No.: 0801523 - 2

| Section A | Current Information | Revised Information |
|---|---|---|
| Registered Agent Name: | INCORP SERVICES INC | Gentry Locke Rakes & Moore, LLP   J0011214 |
| Qualification: | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| Registered Office Address: | 7288 HANOVER GREEN DR   MECHANICSVILLE, VA 23111 | (Provide a complete address when a change is being made.)   10 Franklin Road, SE, Suite 900   Roanoke, VA   24011 |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of ___ Roanoke |

| Section B | The registered agent, whose business office address is identical with the registered office, is: | | |
|---|---|---|---|
| (1) an <u>individual</u> who is a resident of Virginia <u>and</u><br>  ☐ an officer of the corporation whose title is<br>  _____<br>  (e.g., president, secretary, treasurer)<br>  ☐ a director of the corporation.<br>  ☐ a member of the Virginia State Bar. | | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____  8/10/2016
(signature)                    (date)

Micheal Donovan
(printed name)

President
(title (e.g., president or chairman))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



# 2017 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION
SCC CLERK'S OFFICE

217025128--1/23/2017



2017 JAN 23 AM 11: 44

1. CORPORATION NAME:
   EMPOWER BY NEXUS INC.

   DUE DATE: **02/28/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY
   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0801523-2**

   5. STOCK INFORMATION

   | CLASS | AUTHORIZED |
   |-------|-----------|
   | COMMON | 500 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: | ADDRESS: **113 Mill Place Pkwy.** **Suite 103** |
| CITY/ST/ZIP  , | CITY/ST/ZIP **Verona, VA 24482** |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0012599



| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒ | OFFICER ☒ DIRECTOR ☒ |
| NAME:  EVAN AJIN | NAME:  **Evan M. Ajin** |
| TITLE:  DIRECTOR | TITLE:  **Vice President** |
| ADDRESS:  113 MILL PLACE PKWY ST 103 | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _____ | _Richard Moore_ | 1/2/16 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2017 ANNUAL REPORT CONTINUED**

217025128--1/23/2017

CORPORATION NAME:                                      DUE DATE:  **02/28/17**

EMPOWER BY NEXUS INC.                                  SCC ID NO.:  **0801523-2**

7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☒ Correction  ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☒<br><br>NAME:  MICHAEL  DONOVAN<br><br>TITLE:   DIRECTOR<br><br>ADDRESS:  113 MILL PLACE PKWY ST 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☒   DIRECTOR ☒<br><br>NAME:  **Micheal P. Donovan**<br><br>TITLE:  **President/CEO**<br><br>ADDRESS: **113 Mill Place Pkwy., Ste 103**<br><br>CITY/ST/ZIP: **Verona, VA  24482** |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☒ Correction  ☐ Addition ☐ Replacement |
| OFFICER ☐   DIRECTOR ☒<br><br>NAME:  RICHARD  MOORE<br><br>TITLE:  DIRECTOR<br><br>ADDRESS:  113 MILL PLACE PKWY ST 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☒   DIRECTOR ☒<br><br>NAME:   **Richard E. Moore**<br><br>TITLE: **Vice President**<br><br>ADDRESS: **113 Mill Place Pkwy., Ste. 103**<br><br>CITY/ST/ZIP: **Verona, VA  24482** |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction  ☒ Addition ☐ Replacement |
| OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒   DIRECTOR ☐<br><br>NAME:  **Timothy D. Okonski**<br><br>TITLE:  **Secretary/Treasurer**<br><br>ADDRESS: **113 Mill Place Pkwy., Ste. 103**<br><br>CITY/ST/ZIP: **Verona, VA 24482** |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction  ☐ Addition ☐ Replacement |
| OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



0012509



**2018 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

218035111--2/9/2018

1. CORPORATION NAME:

EMPOWER BY NEXUS INC.

DUE DATE: **02/28/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

SCC ID NO.: **0801523-2**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 500 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PKWY STE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:  All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0012441

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  MICHAEL  DONOVAN | NAME: |
| TITLE:  P/CEO | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY ST 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Timothy Olkonski, S/T
PRINTED NAME AND CORPORATE TITLE

2/7/2018
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

# 2018 ANNUAL REPORT CONTINUED

218035111--2/9/2018

218035111

CORPORATION NAME:

EMPOWER BY NEXUS INC.

DUE DATE: **02/28/18**

SCC ID NO.: **0801523-2**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement

| OFFICER ☒ DIRECTOR ☒ | OFFICER ☐ DIRECTOR ☐ |
|---|---|
| NAME:  EVAN M AJIN | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY ST 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement

| OFFICER ☒ DIRECTOR ☒ | OFFICER ☐ DIRECTOR ☐ |
|---|---|
| NAME:  RICHARD  MOORE | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY ST 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement

| OFFICER ☒ DIRECTOR ☐ | OFFICER ☐ DIRECTOR ☐ |
|---|---|
| NAME:  TIMOTHY D OKONSKI | NAME: |
| TITLE:  S/T | TITLE: |
| ADDRESS:  113 MILL PL PKWY STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

0012441



---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement

| OFFICER ☐ DIRECTOR ☐ | OFFICER ☐ DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

EMPOWER BY NEXUS INC.
113 MILL PLACE PKWY
STE 103
VERONA, VA 24482

### RECEIPT

RE:    EMPOWER BY NEXUS INC.

ID:    0801523 - 2

DCN:    18-08-13-0750

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)

**STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP

_____
(name of registered agent)

hereby resigns as the registered agent for

EMPOWER BY NEXUS INC.

_____
(name of corporation)

0801523-2
_____
(corporation's SCC ID #)

☑ The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)      (printed name)      (date)

<u>OR</u>      180813  0750

Gentry Locke Rakes & Moore, LLP

(name of business entity resigning as registered agent)

By: _William Gust_      W. William Gust, Esq. - Partner      8-6-18
(signature)      (printed name and title)      (date)

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**NOTICE TO THE ABOVE-REFERENCED CORPORATION**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

**SEE INSTRUCTIONS ON THE REVERSE**

1809540809



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
HANOVER, VA 23111

**RECEIPT**

RE:        **EMPOWER BY NEXUS INC.**

ID:        **08015232**

DCN:       **1809186877**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

1809540809



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.  RE:    **EMPOWER BY NEXUS INC.**

    ID:    **08015232**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):
    GENTRY LOCKE RAKES & MOORE, LLP
    10 FRANKLIN RD SE STE 900
    ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.  The current registered agent is Resigned.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):
    INCORP SERVICES, INC.
    7288 Hanover Green Drive
    Hanover, VA 23111          (HANOVER COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of EMPOWER BY NEXUS INC.
By: Richard Moore, Vice-President
     /s/ Richard Moore

> Commonwealth of Virginia
> State Corporation Commission
> Office of the Clerk
> Entity ID: 08015232
> Filing Number: 200508642606
> Filing Date/Time: 05/08/2020 02:00 PM
> Effective Date/Time: 05/08/2020 02:00 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | EMPOWER BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 08015232 | Formation Date: | 02/19/2016 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 05/08/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services Inc. | Stock Corporation | Richard Moore | Richard Moore | Vice-President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 05/08/2020 01:35 PM | Stock Corporation | Annual Report | Pending |
| 05/08/2020 01:37 PM | Stock Corporation | Registration Fee | Pending |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 19, 2016

RICHARD MOORE
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     EMPOWER BY NEXUS INC.

ID:     0801523 - 2

DCN:    16-02-19-1111

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing articles of incorporation with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate of incorporation is February 19, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISJMA

**ENTITY NAME:** EMPOWER BY NEXUS INC.

Name availability done in:

Initials:          Conflict with ID #:

eFile: _____   _____

CIS: _____   _____

**ENTITY ID #:** 9a       Ja275

**DCN #:** 160219 1111

_____

_____

## CHARTER EXAMINER WORKSHEET

**CHARTER / ENTRANCE FEE**   50

**FILING FEE**   25

**EXPEDITE FEE(S)[S/D]**   200

**TOTAL FEES**   275

**AMENDMENT OR OTHER INFORMATION:**

_____

_____

_____

**JURISDICTION:** _____

| SPECIAL EFFECTIVE DATE / TIME |
| --- |
| _____ |

**INDUSTRY CODE:** _____

**SEND COPY TO:** _____

**COPYWORK REQUESTED:**   (TdJB)   **CORRESPONDENT:**

2/19/2016

_____   _____

_____   _____

**AMOUNT AVAILABLE FOR COPYWORK:**

_____

_____ MAIL
_____ CALL _____
_____ FAX _____
_____ FED EX _____

REVISED 08/11

0801523-7



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
SCC21.2  1300 E MAIN ST
(07/14)  RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia



# This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (If known): |
|---|---|
| EMPOWER BY NEXUS INC. | |

**Customer Contact Information:**

Name: RICHARD MOORE

Address:
113 MILL PLACE PKWY
SUITE 103
VERONA    VA    24482
(city or town)  (state)  (zip code)

Telephone: ( 757 ) 344 - 5127 ext ____

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose **one**)

[✓] Email  **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail
(Prepaid envelope required.)

[ ] Overnight via [ ] UPS [ ] Fed Ex
(Completed waybill required. For Fed Ex, the waybill must be computer-generated with a barcode.)

---

## ~~ See Information & Instructions for description of Categories. ~~

**Expedited Service Requested:**
(mark service requested)

**\*\*\* Expedite Fee:**
\*\*\* (does not include filing fee(s) – see footnote)

**FOR OFFICE USE ONLY**

160219 1111

[✓] **Category A**  Expedite Business Entity Document listed in Schedule A
    [✓] Same Day Service (Received by Noon)    $ 200
    [ ] Next Day Service (Received by 4:00 p.m.)    $ 100

[ ] **Category B**  Preliminary Review of Document listed in Schedule A
(2nd Business Day Service Only – Received by 4:00 p.m.)    $ 50
    [ ] Resubmission within 30 Days of initial Pre-Review    (N/C)

[ ] **Category C**  Expedite Business Entity Document listed in Schedule C
(Next Day Service Only – Received by 4:00 p.m.)    $ 50

[ ] **Category D**  Expedite Application for Reinstatement
(Next Day Service Only – Received by 4:00 p.m.)    $ 50

I/O [ ]

---

\*\*\* Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

## REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, FEBRUARY 19, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

# EMPOWER BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective February 19, 2016.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CORPACPT
CISJMA
16-02-19-1111



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**SCC619**
**(09/15)**

**ARTICLES OF INCORPORATION**
**OF A VIRGINIA STOCK CORPORATION**

CLERK'S OFFICE
INFORMATION DESK

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, state(s) as follows:

2016 FEB 19   A 11: 30

1. The name of the corporation is
   **EMPOWER BY NEXUS INC.**

2. The corporation is authorized to issue _____ 500 _____ share(s) of common stock.

3. A. The name of the corporation's initial registered agent is
   **INCORP SERVICES INC.** 0591547-5

   B. The corporation's initial registered agent is **(mark appropriate box)**:

   | an <u>individual</u> who is a resident of Virginia **and** | | OR | ☑ a domestic or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
   |---|---|---|---|
   | ☐ an initial director of the corporation. | | | |
   | ☐ a member of the Virginia State Bar. | | | |

4. A. The corporation's initial registered office address, including the street and number (if any), which is identical to the business office of the initial registered agent, is
   7288 HANOVER GREEN DRIVE      MECHANICSVILLE , VA   23111
   (number/street)                              (city or town)          (zip)

   B. The registered office is located in the ☑ county **or** ☐ city of _____ HANOVER

5. (Optional)  The corporation's principal office address, including the street and number (if any), is
   113 MILL PLACE PKWY SUITE 103      VERONA        VA      24482
   (number/street)                              (city or town)       (state)    (zip)

6. The initial directors are:

   | NAME(S) | ADDRESS(ES) |
   |---|---|
   | RICHARD MOORE | 113 MILL PLACE PKWY ST 103 VERONA VA 24482 |
   | MICHEAL DONOVAN | 113 MILL PLACE PKWY ST 103 VERONA VA 24482 |
   | EVAN AJIN | 113 MILL PLACE PKWY ST 103 VERONA VA 24482 |

**INCORPORATOR(S):**

| SIGNATURE(S) | PRINTED NAME(S) |
|---|---|
| | RICHARD MOORE |
| | MICHEAL DONOVAN |

Telephone number (optional): _____ 540-217-4308

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     EMPOWER BY NEXUS INC.

ID:     0801523 - 2

DCN:    16-09-07-0639

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



160908379

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

### STATEMENT OF CHANGE OF REGISTERED
### OFFICE AND/OR REGISTERED AGENT

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name: EMPOWER BY NEXUS INC.    160907 0639    SCC ID No.: 0801523 - 2

| Section A | Current Information | Revised Information |
|---|---|---|
| Registered Agent Name: | INCORP SERVICES INC | Gentry Locke Rakes & Moore, LLP   J0011214 |
| Qualification: | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| Registered Office Address: | 7288 HANOVER GREEN DR | (Provide a complete address when a change is being made.) 10 Franklin Road, SE, Suite 900 Roanoke, VA 24011 |
| | MECHANICSVILLE, VA 23111 | |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of ____Roanoke____ |

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

(1) an <u>individual</u> who is a resident of Virginia <u>and</u>
  ☐ an officer of the corporation whose title is

_____
     (e.g., president, secretary, treasurer)
  ☐ a director of the corporation.
  ☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____   8/10/2016
  (signature)         (date)

**Micheal Donovan**
(printed name)

**President**
(title (e.g., president or chairman))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**Personal Information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

217025128--1/23/2017

**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION
SCC CLERK'S OFFICE

2017 JAN 23  AM 11: 44

1. CORPORATION NAME:
   EMPOWER BY NEXUS INC.

DUE DATE: **02/28/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY
   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

SCC ID NO.: **0801523-2**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 500 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: | ADDRESS: **113 Mill Place Pkwy.** **Suite 103** |
| CITY/ST/ZIP  , | CITY/ST/ZIP  **Verona, VA   24482** |

7. DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed.
                                          An individual may be designated as both a director and an officer.

0012599

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
| NAME:  EVAN AJIN | NAME:  **Evan M. Ajin** |
| TITLE:  DIRECTOR | TITLE:  **Vice President** |
| ADDRESS:  113 MILL PLACE PKWY ST 103 | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA   24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _____ | _Richard Moore_ | 1/2/16 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2017 ANNUAL REPORT CONTINUED**

217025128--1/2?/2017

CORPORATION NAME:
EMPOWER BY NEXUS INC.

DUE DATE: **02/28/17**
SCC ID NO.: **0801523-2**

7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR ☒<br><br>NAME: MICHAEL DONOVAN<br>TITLE: DIRECTOR<br>ADDRESS: 113 MILL PLACE PKWY ST 103<br>CITY/ST/ZIP: VERONA, VA 24482 | OFFICER ☒  DIRECTOR ☒<br><br>NAME: **Micheal P. Donovan**<br>TITLE: **President/CEO**<br>ADDRESS: **113 Mill Place Pkwy., Ste 103**<br>CITY/ST/ZIP: **Verona, VA  24482** |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐  DIRECTOR ☒<br><br>NAME: RICHARD MOORE<br>TITLE: DIRECTOR<br>ADDRESS: 113 MILL PLACE PKWY ST 103<br>CITY/ST/ZIP: VERONA, VA 24482 | OFFICER ☒  DIRECTOR ☒<br><br>NAME: **Richard E. Moore**<br>TITLE: **Vice President**<br>ADDRESS: **113 Mill Place Pkwy., Ste. 103**<br>CITY/ST/ZIP: **Verona, VA  24482** |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☒  DIRECTOR ☐<br><br>NAME: **Timothy D. Okonski**<br>TITLE: **Secretary/Treasurer**<br>ADDRESS: **113 Mill Place Pkwy., Ste. 103**<br>CITY/ST/ZIP: **Verona, VA 24482** |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |



0012589



**2018 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

218035111--2/9/2018

1. CORPORATION NAME:

   EMPOWER BY NEXUS INC.

   DUE DATE: **02/28/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0801523-2**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 500 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PKWY<br>STE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0012441

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  MICHAEL  DONOVAN | NAME: |
| TITLE:  P/CEO | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY ST 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Timothy Olkonski, S/T
PRINTED NAME AND CORPORATE TITLE

2/7/2018
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

## 2018 ANNUAL REPORT CONTINUED

218035111--2/9/2018

CORPORATION NAME:
EMPOWER BY NEXUS INC.

DUE DATE: **02/28/18**
SCC ID NO.: **0801523-2**

**7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☒   DIRECTOR ☒

NAME:  EVAN M AJIN

TITLE:  VICE PRESIDENT

ADDRESS:  113 MILL PLACE PKWY ST 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☒   DIRECTOR ☒

NAME:  RICHARD MOORE

TITLE:  VICE PRESIDENT

ADDRESS:  113 MILL PLACE PKWY ST 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☒   DIRECTOR ☐

NAME:  TIMOTHY D OKONSKI

TITLE:  S/T

ADDRESS:  113 MILL PL PKWY
STE 103
CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

0012441



---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

EMPOWER BY NEXUS INC.
113 MILL PLACE PKWY
STE 103
VERONA, VA 24482

## RECEIPT

RE:      EMPOWER BY NEXUS INC.

ID:      0801523 - 2

DCN:     18-08-13-0750

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363

...



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)

**STATEMENT OF RESIGNATION OF REGISTERED AGENT**

1808050528

SCC CLERK'S OFFICE
2010 AUG 13 AM 10: 02

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

EMPOWER BY NEXUS INC.
_____
(name of corporation)

0801523-2
_____
(corporation's SCC ID #)

☑ The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)     (printed name)     (date)

**OR**

180813 0750

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: *W. William Gust*     W. William Gust, Esq. - Partner     8-6-18
(signature)     (printed name and title)     (date)

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**NOTICE TO THE ABOVE-REFERENCED CORPORATION**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

**SEE INSTRUCTIONS ON THE REVERSE**

1809540809



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
HANOVER, VA 23111

**RECEIPT**

RE:        **EMPOWER BY NEXUS INC.**

ID:        **08015232**

DCN:        **1809186877**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1809540809



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **EMPOWER BY NEXUS INC.**

     ID:   **08015232**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
          GENTRY LOCKE RAKES & MOORE, LLP
          10 FRANKLIN RD SE STE 900
          ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.   The current registered agent is Resigned.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
          INCORP SERVICES, INC.
          7288 Hanover Green Drive
          Hanover, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of EMPOWER BY NEXUS INC.
By: Richard Moore, Vice-President
     /s/ Richard Moore

**Commonwealth of Virginia**
**State Corporation Commission**
**Office of the Clerk**
**Entity ID: 08015232**
**Filing Number: 200508642606**
**Filing Date/Time: 05/08/2020 02:00 PM**
**Effective Date/Time: 05/08/2020 02:00 PM**

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | EMPOWER BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 08015232 | Formation Date: | 02/19/2016 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 05/08/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services Inc. | Stock Corporation | Richard Moore | Richard Moore | Vice-President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 05/08/2020 01:35 PM | Stock Corporation | Annual Report | Pending |
| 05/08/2020 01:37 PM | Stock Corporation | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 08015232
Filing Number: 200508642608
Filing Date/Time: 05/08/2020 02:00 PM
Effective Date/Time: 05/08/2020 02:00 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | EMPOWER BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 08015232 | Formation Date: | 02/19/2016 |
| Jurisdiction: | VA | | |
| Total Shares: | 500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, HANOVER, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Vice President | Yes | EVAN M AJIN | 113 MILL PLACE PKWY ST 103, VERONA, VA, 24482 - 0000, USA |
| P/CEO | Yes | MICHAEL DONOVAN | 113 MILL PLACE PKWY ST 103, VERONA, VA, 24482 - 0000, USA |
| Vice President | Yes | RICHARD MOORE | 113 MILL PLACE PKWY ST 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 05/08/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Vice President |



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 19, 2016

RICHARD MOORE
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:   EMPOWER BY NEXUS INC.

ID:   0801523 - 2

DCN:   16-02-19-1111

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing articles of incorporation with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate of incorporation is February 19, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISJMA

ENTITY NAME: EMPOWER BY NEXUS INC.

160267052 7

Name availability done in:

Initials:          Conflict with ID #:

eFile: _____    _____

CIS: _____      _____

ENTITY ID #: _9a_ _____ _8a75_

DCN #: _160219_ _1111_

_____

_____

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE    _50_          JURISDICTION: _____

FILING FEE                _25_

EXPEDITE FEE(S) [S/D]     _200_          | SPECIAL EFFECTIVE DATE / TIME |
                                         | _____ |

TOTAL FEES                _275_          INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:          SEND COPY TO: _____

_____

_____

_____

_____

COPYWORK REQUESTED:    (TJB)             CORRESPONDENT:
                        2/19/2016

_____    _____

_____    _____

AMOUNT AVAILABLE                          _____ MAIL _____
FOR COPYWORK:
                                          _____ CALL _____
_____                             _____ FAX _____
                                          _____ FED EX _____

REVISED 08/11

FOR OFFICE USE ONLY    FOR OFFICE USE ONLY    FOR OFFICE USE ONLY    FOR OFFICE USE ONLY

0801523-7



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
SCC21.2  **1300 E MAIN ST**
(07/14)  **RICHMOND, VA 23219**
**(804) 371-9733**
**1-866-722-2551 Toll-free in Virginia**



## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (If known): |
|---|---|
| EMPOWER BY NEXUS INC. | |

**Customer Contact Information:**

Name: RICHARD MOORE

Address: 113 MILL PLACE PKWY

SUITE 103

VERONA     VA     24482
(city or town)    (state)    (zip code)

Telephone: ( 757 ) 344 - 5127 ext

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose **one**)

[✓] Email   **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
**(Email is only available for Categories A, C and D.)**

[ ] Hold for Pickup (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail
**(Prepaid envelope required.)**

[ ] Overnight via [ ] UPS [ ] Fed Ex
**(Completed waybill required. For Fed Ex, the waybill must be computer-generated with a barcode.)**

**~~ See Information & Instructions for description of Categories. ~~**

| Expedited Service Requested:<br>(mark service requested) | *** Expedite Fee:<br>*** (does not include filing fee(s) – see footnote) |
|---|---|
| [✓] **Category A** Expedite Business Entity Document listed in Schedule A | |
|     [✓] Same Day Service (Received by Noon) | $ 200 |
|     [ ] Next Day Service (Received by 4:00 p.m.) | $ 100 |
| [ ] **Category B** Preliminary Review of Document listed in Schedule A | $ 50 |
|     (2nd Business Day Service Only – Received by 4:00 p.m.) | |
|     [ ] Resubmission within 30 Days of initial Pre-Review | (N/C) |
| [ ] **Category C** Expedite Business Entity Document listed in Schedule C | $ 50 |
|     (Next Day Service Only – Received by 4:00 p.m.) | |
| [ ] **Category D** Expedite Application for Reinstatement | $ 50 |
|     (Next Day Service Only – Received by 4:00 p.m.) | |

**FOR OFFICE USE ONLY**

160219  1111

I/O [ ]

*** Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, FEBRUARY 19, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

# EMPOWER BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective February 19, 2016.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CORPACPT
CISJMA
16-02-19-1111



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**SCC619**
**(09/15)**

**ARTICLES OF INCORPORATION**
**OF A VIRGINIA STOCK CORPORATION**

CLERK'S OFFICE
INFORMATION DESK

2016 FEB 19  A 11: 30

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, state(s) as follows:

1.  The name of the corporation is
    **EMPOWER BY NEXUS INC.**

2.  The corporation is authorized to issue _____500_____ share(s) of common stock.

3.  A.  The name of the corporation's initial registered agent is
       **INCORP SERVICES INC.** 0591549-5

    B.  The corporation's initial registered agent is **(mark appropriate box)**:

    | an <u>individual</u> who is a resident of Virginia **and** | OR | ☑ a domestic or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
    |---|---|---|
    | ☐ an initial director of the corporation. | | |
    | ☐ a member of the Virginia State Bar. | | |

4.  A.  The corporation's initial registered office address, including the street and number (if any), which is identical to the business office of the initial registered agent, is
       **7288 HANOVER GREEN DRIVE**     **MECHANICSVILLE**, VA  **23111**
       (number/street)                              (city or town)              (zip)

    B.  The registered office is located in the ☑ county or ☐ city of ____**HANOVER**____.

5.  (Optional)  The corporation's principal office address, including the street and number (if any), is
    **113 MILL PLACE PKWY SUITE 103**   **VERONA**   **VA**   **24482**
    (number/street)                          (city or town)   (state)   (zip)

6.  The initial directors are:

    | NAME(S) | ADDRESS(ES) |
    |---|---|
    | RICHARD MOORE | 113 MILL PLACE PKWY ST 103 |
    | | VERONA VA 24482 |
    | MICHEAL DONOVAN | 113 MILL PLACE PKWY ST 103 |
    | | VERONA VA 24482 |
    | EVAN AJIN | 113 MILL PLACE PKWY ST 103 |
    | | VERONA VA 24482 |

INCORPORATOR(S):

_____
_____
          **SIGNATURE(S)**

Telephone number (optional): _____540-217-4308_____

RICHARD MOORE
MICHEAL DONOVAN
**PRINTED NAME(S)**

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:    EMPOWER BY NEXUS INC.

ID:    0801523 - 2

DCN:    16-09-07-0639

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:   EMPOWER BY NEXUS INC.   160907 0639    SCC ID No.: 0801523 - 2

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent Name:** | INCORP SERVICES INC | Gentry Locke Rakes & Moore, LLP  JODI1214 |
| **Qualification:** | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| **Registered Office Address:** | 7288 HANOVER GREEN DR  MECHANICSVILLE, VA 23111 | (Provide a complete address when a change is being made.)  10 Franklin Road, SE, Suite 900  Roanoke, VA  24011 |
| **Locality:** | HANOVER COUNTY | ☐ County or ☒ City of ___Roanoke___ |

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

(1) an <u>individual</u> who is a resident of Virginia <u>and</u>
  ☐ an officer of the corporation whose title is

  _____
  (e.g., president, secretary, treasurer)
  ☐ a director of the corporation.
  ☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____  8/10/2016
(signature)                  (date)

Micheal Donovan
(printed name)

President
(title (e.g., president or chairman))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

217025128--1/23/2017

# 2017 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION
SCC CLERK'S OFFICE

2017 JAN 23 AM 11: 44

1. CORPORATION NAME:
   EMPOWER BY NEXUS INC.

   **DUE DATE:** 02/28/17

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY
   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   **SCC ID NO.:** 0801523-2

   **5. STOCK INFORMATION**

   | CLASS | AUTHORIZED |
   |-------|-----------|
   | COMMON | 500 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: | ADDRESS: **113 Mill Place Pkwy. Suite 103** |
| CITY/ST/ZIP , | CITY/ST/ZIP **Verona, VA 24482** |

7. DIRECTORS AND PRINCIPAL OFFICERS: All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0012599

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒ | OFFICER ☒ DIRECTOR ☒ |
| NAME: EVAN AJIN | NAME: **Evan M. Ajin** |
| TITLE: DIRECTOR | TITLE: **Vice President** |
| ADDRESS: 113 MILL PLACE PKWY ST 103 | ADDRESS: **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: VERONA, VA 24482 | CITY/ST/ZIP: **Verona, VA 24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _____ | _Richard Moore_ | 1/2/16 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2017 ANNUAL REPORT CONTINUED**

217025128--1/23/2017

CORPORATION NAME:

EMPOWER BY NEXUS INC.

DUE DATE: **02/28/17**

SCC ID NO.: **0801523-2**

7.   DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☒ Correction  ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☒<br><br>NAME:  MICHAEL  DONOVAN<br><br>TITLE:  DIRECTOR<br><br>ADDRESS:  113 MILL PLACE PKWY ST 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☒   DIRECTOR ☒<br><br>NAME:  Micheal P. Donovan<br><br>TITLE:  President/CEO<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☒ Correction  ☐ Addition ☐ Replacement |
| OFFICER ☐   DIRECTOR ☒<br><br>NAME:  RICHARD  MOORE<br><br>TITLE:  DIRECTOR<br><br>ADDRESS:  113 MILL PLACE PKWY ST 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☒   DIRECTOR ☒<br><br>NAME:   Richard E. Moore<br><br>TITLE: Vice President<br><br>ADDRESS: 113 Mill Place Pkwy., Ste. 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction  ☒ Addition ☐ Replacement |
| OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒   DIRECTOR ☐<br><br>NAME:  Timothy D. Okonski<br><br>TITLE:  Secretary/Treasurer<br><br>ADDRESS: 113 Mill Place Pkwy., Ste. 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction  ☐ Addition ☐ Replacement |
| OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



0012589



**2018 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

218035111--2/9/2018

1. CORPORATION NAME:
   EMPOWER BY NEXUS INC.

   DUE DATE:  **02/28/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY
   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.:  **0801523-2**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 500 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PKWY STE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0012441

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒<br>NAME:  MICHAEL  DONOVAN<br>TITLE:  P/CEO<br>ADDRESS:  113 MILL PLACE PKWY ST 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐   DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _(signature)_ | _Timothy Olkonski, S/T_ | _2/7/2018_ |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

# 2018 ANNUAL REPORT CONTINUED

218035111--2/9/2018

218035111

CORPORATION NAME:

EMPOWER BY NEXUS INC.

DUE DATE: **02/28/18**

SCC ID NO.: **0801523-2**

---

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

OFFICER ☒ DIRECTOR ☒

NAME: EVAN M AJIN

TITLE: VICE PRESIDENT

ADDRESS: 113 MILL PLACE PKWY ST 103

CITY/ST/ZIP: VERONA, VA 24482

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

OFFICER ☒ DIRECTOR ☒

NAME: RICHARD MOORE

TITLE: VICE PRESIDENT

ADDRESS: 113 MILL PLACE PKWY ST 103

CITY/ST/ZIP: VERONA, VA 24482

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

OFFICER ☒ DIRECTOR ☐

NAME: TIMOTHY D OKONSKI

TITLE: S/T

ADDRESS: 113 MILL PL PKWY
STE 103

CITY/ST/ZIP: VERONA, VA 24482

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

0012441



---

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

EMPOWER BY NEXUS INC.
113 MILL PLACE PKWY
STE 103
VERONA, VA 24482

## RECEIPT

RE:     EMPOWER BY NEXUS INC.

ID:     0801523 - 2

DCN:    18-08-13-0750

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)

**STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

EMPOWER BY NEXUS INC.
_____
(name of corporation)

0801523-2
_____
(corporation's SCC ID #)

☑ The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)    (printed name)         (date)

**OR**              180813  0750

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _William Gust_        W. William Gust, Esq. - Partner      8-6-18
(signature)                  (printed name and title)            (date)

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

### NOTICE TO THE ABOVE-REFERENCED CORPORATION

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

### SEE INSTRUCTIONS ON THE REVERSE

1809540809



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
HANOVER, VA 23111

**RECEIPT**

RE:        **EMPOWER BY NEXUS INC.**

ID:        **08015232**

DCN:       **1809186877**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1809540809



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **EMPOWER BY NEXUS INC.**

     ID:   **08015232**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

     GENTRY LOCKE RAKES & MOORE, LLP
     10 FRANKLIN RD SE STE 900
     ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.   The current registered agent is Resigned.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

     INCORP SERVICES, INC.
     7288 Hanover Green Drive
     Hanover, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of EMPOWER BY NEXUS INC.
By: Richard Moore, Vice-President
     /s/ Richard Moore

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 08015232
Filing Number: 200508642606
Filing Date/Time: 05/08/2020 02:00 PM
Effective Date/Time: 05/08/2020 02:00 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | EMPOWER BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 08015232 | Formation Date: | 02/19/2016 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 05/08/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services Inc. | Stock Corporation | Richard Moore | Richard Moore | Vice-President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 05/08/2020 01:35 PM | Stock Corporation | Annual Report | Pending |
| 05/08/2020 01:37 PM | Stock Corporation | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 08015232
Filing Number: 200508642608
Filing Date/Time: 05/08/2020 02:00 PM
Effective Date/Time: 05/08/2020 02:00 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | EMPOWER BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 08015232 | Formation Date: | 02/19/2016 |
| Jurisdiction: | VA | | |
| Total Shares: | 500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, HANOVER, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address:   113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Vice President | Yes | EVAN M AJIN | 113 MILL PLACE PKWY ST 103, VERONA, VA, 24482 - 0000, USA |
| P/CEO | Yes | MICHAEL DONOVAN | 113 MILL PLACE PKWY ST 103, VERONA, VA, 24482 - 0000, USA |
| Vice President | Yes | RICHARD MOORE | 113 MILL PLACE PKWY ST 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 05/08/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Vice President |

**Commonwealth of Virginia**
**State Corporation Commission**
**Office of the Clerk**
**Entity ID: 08015232**
**Filing Number: 2102232954200**
**Filing Date/Time: 02/23/2021 07:40 PM**
**Effective Date/Time: 02/23/2021 07:40 PM**

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | EMPOWER BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 08015232 | Formation Date: | 02/19/2016 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, HANOVER, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address:    113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| P/CEO | Yes | MICHAEL DONOVAN | 113 MILL PLACE PKWY ST 103, VERONA, VA, 24482 - 0000, USA |
| Vice President | Yes | RICHARD MOORE | 113 MILL PLACE PKWY ST 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 02/23/2021

| Printed Name | Signature | Title |
|---|---|---|
| MICHAEL DONOVAN | MICHAEL DONOVAN | CEO |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 19, 2016

RICHARD MOORE
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:      EMPOWER BY NEXUS INC.

ID:      0801523 - 2

DCN:     16-02-19-1111

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing articles of incorporation with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate of incorporation is February 19, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISJMA

ENTITY NAME: EMPOWER BY NEXUS INC.

Name availability done in:

Initials:          Conflict with ID #:

eFile: _____    _____

CIS: _____    _____

ENTITY ID #: _Ja_    _Ja75_

DCN #: 160219 1111

_____

_____

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE    50          JURISDICTION: _____

FILING FEE    25

EXPEDITE FEE(S) [ S/D ]    200

TOTAL FEES    275

| SPECIAL EFFECTIVE DATE / TIME |
| --- |
| _____ |

INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:    SEND COPY TO: _____

_____

_____

_____

_____

COPYWORK REQUESTED:    (TaB)          CORRESPONDENT:

2/19/2016

_____    _____

_____    _____

AMOUNT AVAILABLE
FOR COPYWORK:

_____

_____ MAIL    _____

_____ CALL    _____

_____ FAX    _____

_____ FED EX    _____

REVISED 08/11

FOR OFFICE USE ONLY      FOR OFFICE USE ONLY      FOR OFFICE USE ONLY      FOR OFFICE USE ONLY

0801523-7



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
**SCC21.2** 1300 E MAIN ST
**(07/14)** RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia



## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (If known): |
|---|---|
| EMPOWER BY NEXUS INC. | |

**Customer Contact Information:**

Name: RICHARD MOORE

Address:
113 MILL PLACE PKWY
SUITE 103
VERONA                VA        24482
(city or town)      (state)      (zip code)

Telephone: ( 757 ) 344 - 5127 ext

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose **one**)

[✓] Email  **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup  (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail
(Prepaid envelope required.)

[ ] Overnight via  [ ] UPS   [ ] Fed Ex
(Completed waybill required.  For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**
(mark service requested)

**\*\*\* Expedite Fee:**
\*\*\* (does not include filing fee(s) – see footnote)

**FOR OFFICE USE ONLY**

160219  1111

[✓] **Category A**  Expedite Business Entity Document listed in Schedule A
  [✓] Same Day Service (Received by Noon)   $ 200
  [ ] Next Day Service (Received by 4:00 p.m.)   $ 100

[ ] **Category B**  Preliminary Review of Document listed in Schedule A   $ 50
  (2nd Business Day Service Only – Received by 4:00 p.m.)
  [ ] Resubmission within 30 Days of initial Pre-Review   (N/C)

[ ] **Category C**  Expedite Business Entity Document listed in Schedule C   $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

[ ] **Category D**  Expedite Application for Reinstatement   $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

I/O [ ]

---

**\*\*\*** Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

## REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, FEBRUARY 19, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

# EMPOWER BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective February 19, 2016.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CORPACPT
CISJMA
16-02-19-1111



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**SCC619**
**(09/15)**

**ARTICLES OF INCORPORATION**
**OF A VIRGINIA STOCK CORPORATION**

CLERK'S OFFICE
INFORMATION DESK

2016 FEB 19  A 11: 30

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1. The name of the corporation is
   **EMPOWER BY NEXUS INC.**

2. The corporation is authorized to issue ____500____ share(s) of common stock.

3. A. The name of the corporation's initial registered agent is
      **INCORP SERVICES INC.** 0591547-5

   B. The corporation's initial registered agent is **(mark appropriate box)**:

| an <u>individual</u> who is a resident of Virginia **and** | OR | ✔ a domestic or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
|---|---|---|
| ☐ an initial director of the corporation. ☐ a member of the Virginia State Bar. | | |

4. A. The corporation's initial registered office address, including the street and number (if any), which is identical to the business office of the initial registered agent, is
      **7288 HANOVER GREEN DRIVE**  **MECHANICSVILLE**, VA  **23111**
      (number/street)              (city or town)              (zip)

   B. The registered office is located in the ✔ county or ☐ city of ____HANOVER____

5. (Optional)  The corporation's principal office address, including the street and number (if any), is
      **113 MILL PLACE PKWY SUITE 103**  **VERONA**  **VA**  **24482**
      (number/street)                    (city or town)  (state)  (zip)

6. The initial directors are:

| NAME(S) | ADDRESS(ES) |
|---|---|
| RICHARD MOORE | 113 MILL PLACE PKWY  ST 103 VERONA VA 24482 |
| MICHEAL DONOVAN | 113 MILL PLACE PKWY ST 103 VERONA VA 24482 |
| EVAN AJIN | 113 MILL PLACE PKWY ST 103 VERONA VA 24482 |

INCORPORATOR(S):

_____          RICHARD MOORE
_____          MICHEAL DONOVAN
        SIGNATURE(S)                  PRINTED NAME(S)

Telephone number (optional): ____540-217-4308____

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:   EMPOWER BY NEXUS INC.

ID:   0801523 - 2

DCN:   16-09-07-0639

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



1609030379

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:   EMPOWER BY NEXUS INC.   160907 0639   SCC ID No.: 0801523 - 2

| Section A | Current Information | Revised Information |
|---|---|---|
| Registered Agent Name: | INCORP SERVICES INC | Gentry Locke Rakes & Moore, LLP  J0011214 |
| Qualification: | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| Registered Office Address: | 7288 HANOVER GREEN DR    MECHANICSVILLE, VA 23111 | (Provide a complete address when a change is being made.)  10 Franklin Road, SE, Suite 900 Roanoke, VA  24011 |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of ____Roanoke____ |

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

| (1) an <u>individual</u> who is a resident of Virginia <u>and</u> | | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
|---|---|---|
| ☐ an officer of the corporation whose title is _____  (e.g., president, secretary, treasurer) | **OR** | |
| ☐ a director of the corporation. | | |
| ☐ a member of the Virginia State Bar. | | |

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by:  _____ (signature)   8/10/2016 (date)  Micheal Donovan (printed name)  President (title (e.g., president or chairman))   (See Instructions)  _____ (telephone number (optional)) | *The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*  ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

217025128--1/23/2017

# 2017 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION
SCC CLERK'S OFFICE

2017 JAN 23  AM 11: 44

1. CORPORATION NAME:
   EMPOWER BY NEXUS INC.

   DUE DATE: **02/28/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY
   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0801523-2**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 500 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: | ADDRESS: **113 Mill Place Pkwy. Suite 103** |
| CITY/ST/ZIP , | CITY/ST/ZIP **Verona, VA  24482** |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0012599

| Mark appropriate box unless area below is blank: ☐ Information is correct ☒ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒ | OFFICER ☒ DIRECTOR ☒ |
| NAME: EVAN AJIN | NAME: **Evan M. Ajin** |
| TITLE: DIRECTOR | TITLE: **Vice President** |
| ADDRESS: 113 MILL PLACE PKWY ST 103 | ADDRESS: **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: VERONA, VA 24482 | CITY/ST/ZIP: **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _____ | _Richard Moore_ | 1/2/16 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

# 2017 ANNUAL REPORT CONTINUED

217025128--1/23/2017

CORPORATION NAME:          DUE DATE: **02/28/17**
EMPOWER BY NEXUS INC.      SCC ID NO.: **0801523-2**

## 7.   DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR ☒<br><br>NAME:  MICHAEL  DONOVAN<br>TITLE:  DIRECTOR<br>ADDRESS:  113 MILL PLACE PKWY ST 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☒  DIRECTOR ☒<br><br>NAME:  **Micheal P. Donovan**<br>TITLE:  **President/CEO**<br>ADDRESS: **113 Mill Place Pkwy., Ste 103**<br>CITY/ST/ZIP: **Verona, VA  24482** |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☒ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐  DIRECTOR ☒<br><br>NAME:  RICHARD  MOORE<br>TITLE:  DIRECTOR<br>ADDRESS:  113 MILL PLACE PKWY ST 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☒  DIRECTOR ☒<br><br>NAME:  **Richard E. Moore**<br>TITLE: **Vice President**<br>ADDRESS: **113 Mill Place Pkwy., Ste. 103**<br>CITY/ST/ZIP: **Verona, VA  24482** |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☒  DIRECTOR ☐<br><br>NAME:  **Timothy D. Okonski**<br>TITLE:  **Secretary/Treasurer**<br>ADDRESS: **113 Mill Place Pkwy., Ste. 103**<br>CITY/ST/ZIP: **Verona, VA 24482** |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |





**2018 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

218035111--2/9/2018

1. CORPORATION NAME:
   EMPOWER BY NEXUS INC.

   DUE DATE:  **02/28/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY
   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.:  **0801523-2**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 500 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PKWY STE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0012441

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  MICHAEL  DONOVAN | NAME: |
| TITLE:  P/CEO | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY ST 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _(signature)_ | Timothy Olkonski, S/T | 2/7/2018 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

**2018 ANNUAL REPORT CONTINUED**

218035111--2/9/2018

CORPORATION NAME:

EMPOWER BY NEXUS INC.

DUE DATE: **02/28/18**

SCC ID NO.: **0801523-2**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  EVAN M AJIN | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY ST 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  RICHARD  MOORE | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY ST 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  TIMOTHY D OKONSKI | NAME: |
| TITLE:  S/T | TITLE: |
| ADDRESS:  113 MILL PL PKWY STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

0012441





**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

EMPOWER BY NEXUS INC.
113 MILL PLACE PKWY
STE 103
VERONA, VA 24482

**RECEIPT**

RE:     EMPOWER BY NEXUS INC.

ID:     0801523 - 2

DCN:    18-08-13-0750

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)

**STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP

_____
(name of registered agent)

hereby resigns as the registered agent for

EMPOWER BY NEXUS INC.

_____
(name of corporation)

0801523-2

_____
(corporation's SCC ID #)

☑ The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)     (printed name)     (date)

**OR**     180813 0750

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _W. William Gust_     W. William Gust, Esq. - Partner     8-6-18
(signature)     (printed name and title)     (date)

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**NOTICE TO THE ABOVE-REFERENCED CORPORATION**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

**SEE INSTRUCTIONS ON THE REVERSE**

1809540809



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
HANOVER, VA 23111

**RECEIPT**

RE:       **EMPOWER BY NEXUS INC.**

ID:       **08015232**

DCN:      **1809186877**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                           Sincerely,
CISECOM

                                  Joel H. Peck
                                  Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk

1809540809



eFile
(12/09)

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

STATEMENT OF CHANGE OF REGISTERED OFFICE
AND/OR REGISTERED AGENT CHANGE

1.  RE:   **EMPOWER BY NEXUS INC.**

    ID:   **08015232**

2.  Current registered agent's name and registered office address on record (including the
    jurisdiction in which the registered office is physically located):
    GENTRY LOCKE RAKES & MOORE, LLP
    10 FRANKLIN RD SE STE 900
    ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.  The current registered agent is Resigned.

4.  The registered agent's name and registered office address after this statement is filed with the
    Commission (including the jurisdiction in which the registered office is physically located):
    INCORP SERVICES, INC.
    7288 Hanover Green Drive
    Hanover, VA 23111          (HANOVER COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
    limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the corporation will be in compliance with the
    requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of EMPOWER BY NEXUS INC.
By: Richard Moore, Vice-President
    /s/ Richard Moore

**Commonwealth of Virginia**
**State Corporation Commission**
**Office of the Clerk**
**Entity ID: 08015232**
**Filing Number: 200508642606**
**Filing Date/Time: 05/08/2020 02:00 PM**
**Effective Date/Time: 05/08/2020 02:00 PM**

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | EMPOWER BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 08015232 | Formation Date: | 02/19/2016 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 05/08/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services Inc. | Stock Corporation | Richard Moore | Richard Moore | Vice-President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 05/08/2020 01:35 PM | Stock Corporation | Annual Report | Pending |
| 05/08/2020 01:37 PM | Stock Corporation | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 08015232
Filing Number: 200508642608
Filing Date/Time: 05/08/2020 02:00 PM
Effective Date/Time: 05/08/2020 02:00 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | EMPOWER BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 08015232 | Formation Date: | 02/19/2016 |
| Jurisdiction: | VA | | |
| Total Shares: | 500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, HANOVER, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address:    113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Vice President | Yes | EVAN M AJIN | 113 MILL PLACE PKWY ST 103, VERONA, VA, 24482 - 0000, USA |
| P/CEO | Yes | MICHAEL DONOVAN | 113 MILL PLACE PKWY ST 103, VERONA, VA, 24482 - 0000, USA |
| Vice President | Yes | RICHARD MOORE | 113 MILL PLACE PKWY ST 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 05/08/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Vice President |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 08015232
Filing Number: 2102232954200
Filing Date/Time: 02/23/2021 07:40 PM
Effective Date/Time: 02/23/2021 07:40 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | EMPOWER BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 08015232 | Formation Date: | 02/19/2016 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, HANOVER, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address:   113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| P/CEO | Yes | MICHAEL DONOVAN | 113 MILL PLACE PKWY ST 103, VERONA, VA, 24482 - 0000, USA |
| Vice President | Yes | RICHARD MOORE | 113 MILL PLACE PKWY ST 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 02/23/2021

| Printed Name | Signature | Title |
|---|---|---|
| MICHAEL DONOVAN | MICHAEL DONOVAN | CEO |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 08015232
Filing Number: 2201164075364
Filing Date/Time: 01/16/2022 07:42 AM
Effective Date/Time: 01/16/2022 07:42 AM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | EMPOWER BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 08015232 | Formation Date: | 02/19/2016 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, HANOVER, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| P/CEO | Yes | Micheal DONOVAN | 113 MILL PLACE PKWY ST 103, VERONA, VA, 24482 - 0000, USA |
| Vice President | Yes | Evan Ajin | 113 MILL PLACE PKWY ST 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 01/16/2022

| Printed Name | Signature | Title |
|---|---|---|
| Evan Ajin | Evan Ajin | Vice President |



## State Corporation Commission
### Clerk's Information System

**Copies Request**

**Entity Information**

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity ID: | 07861230 |
| Entity Type: | Stock Corporation | Entity Status: | Inactive |
| Series LLC: | N/A | Reason for Status: | Automatically Terminated - Registration Fee - Can Reinstate |
| Formation Date: | 01/01/2015 | Status Date: | 05/31/2022 |
| VA Qualification Date: | 01/01/2015 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | 01/31/2023 |
| Jurisdiction: | VA | Charter Fee: | $50.00 |
| Registration Fee Due Date: | 01/31/2022 | | |

**Filing History Details**

| ☐ SelectAll | Filing Date Time | Effective Date | Filing Number | Filing Type | Number of Pages |
|---|---|---|---|---|---|
| ☐ | 01/01/2015 12:01 AM | 01/01/2015 | 1501015433 | Articles of Incorporation | 3 |
| ☐ | 10/26/2016 12:00 AM | 10/26/2016 | A216158896 | Annual Report | 2 |
| ☐ | 10/26/2016 12:01 AM | 10/26/2016 | 1610241452 | Reinstatement | 5 |
| ☐ | 01/26/2017 12:01 AM | 01/26/2017 | 1701230632 | Statement of Change of Registered Office and/or Registered Agent | 2 |
| Missing Image Request | 03/13/2017 12:00 AM | 03/13/2017 | A217051862 | Annual Report | 0 |
| ☐ | 03/17/2017 12:00 AM | 03/17/2017 | A217053762 | Annual Report | 2 |
| ☐ | 01/18/2018 12:00 AM | 01/18/2018 | A218023120 | Annual Report | 2 |
| ☐ | 08/14/2018 12:01 AM | 08/14/2018 | 1808130752 | Statement of Resignation of Registered Agent | 2 |
| ☐ | 09/18/2018 12:01 AM | 09/18/2018 | 1809186872 | Statement of Change of Registered Office and/or Registered Agent | 2 |
| ☐ | 04/13/2020 01:37 PM | 04/13/2020 | 200413548769 | Reinstatement | 1 |

‹ Previous — 1 2 … Next › Page 1 of 2, records 1 to 10 of 13    Go to Page



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

1501500105

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

# ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is HOMES BY NEXUS INC.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 50 shares of common stock.

4.   The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.   The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
       RICHARD MOORE, Chief Operations Officer



**1501500105**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

## ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1. The name of the corporation is HOMES BY NEXUS INC.

2. The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3. The corporation is authorized to issue 50 shares of common stock.

4. The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5. The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6. The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
         RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

216158896--10/26/201



## REINSTATE

| 01 |
|---|

1. CORPORATION NAME
   HOMES BY NEXUS INC.

DUE DATE:

SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

   *H.W.*
   *10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS: **113 MILL PLACE PARKWAY**<br>**SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br>NAME: *Richard Moore*<br>TITLE: *Executive Vice President*<br>ADDRESS: *113 Mill Place Pkwy #103*<br>CITY/ST/ZIP: *Verona VA 24482* | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____        *Richard Moore EVP*        *9/27/16*
SIGNATURE OF DIRECTOR/OFFICER              PRINTED NAME AND TITLE              DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216158896--10/26/201

2016 ANNUAL REPORT CONTINUED

| | |
|---|---|
| CORPORATE NAME: | DUE DATE: |
| HOMES BY NEXUS INC. | SCC ID NO.:  0786123-0 |

**7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☒ DIRECTOR ☐

NAME: Micheal Donovan

TITLE: President

ADDRESS: 113 Mill Place Pkwy Suite 103

CITY/ST/ZIP: Verona VA 24482

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

### ARTICLES OF INCORPORATION
### OF
### HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is HOMES BY NEXUS INC.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 50 shares of common stock.

4.    The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.    The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
        RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION



216158896--10/26/201

**REINSTATE**

| 01 |

1. CORPORATION NAME
   HOMES BY NEXUS INC.

DUE DATE:

SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

*HVN*
*10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:  **113 MILL PLACE PARKWAY**<br>**SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER [X]  DIRECTOR [✓]<br>NAME: Richard Moore.<br>TITLE: Executive Vice President<br>ADDRESS: 113 Mill Place Pkwy #103<br>CITY/ST/ZIP: Verona VA 24482 | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Richard Moore EVP*
PRINTED NAME AND TITLE

*9/27/16*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED                                        216158896--10/26/201

CORPORATE NAME:                                    DUE DATE:
HOMES BY NEXUS INC.                                SCC ID NO.:   0786123-0

All directors and principal officers must be listed.

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):      An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐Information is correct  ☐Information is incorrect  ☐Delete Information | and enter information below: ☐Correction  ☐Addition  ☐Replacement |

OFFICER ☒ DIRECTOR ☐                    OFFICER ☐   DIRECTOR ☐

NAME:  Micheal Donovan                  NAME:

TITLE:  President                       TITLE:

ADDRESS:  113 Mill Place Pky Suit 103   ADDRESS:

CITY/ST/ZIP:  Veron VA 24482            CITY/ST/ZIP:

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐Information is correct  ☐Information is incorrect  ☐Delete Information | and enter information below: ☐Correction  ☐Addition  ☐Replacement |

OFFICER ☐ DIRECTOR ☐                    OFFICER ☐   DIRECTOR ☐

NAME:                                   NAME:

TITLE:                                  TITLE:

ADDRESS:                                ADDRESS:

CITY/ST/ZIP:                            CITY/ST/ZIP:

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐Information is correct  ☐Information is incorrect  ☐Delete Information | and enter information below: ☐Correction  ☐Addition  ☐Replacement |

OFFICER ☐ DIRECTOR ☐                    OFFICER ☐   DIRECTOR ☐

NAME:                                   NAME:

TITLE:                                  TITLE:

ADDRESS:                                ADDRESS:

CITY/ST/ZIP:                            CITY/ST/ZIP:

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐Information is correct  ☐Information is incorrect  ☐Delete Information | and enter information below: ☐Correction  ☐Addition  ☐Replacement |

OFFICER ☐ DIRECTOR ☐                    OFFICER ☐   DIRECTOR ☐

NAME:                                   NAME:

TITLE:                                  TITLE:

ADDRESS:                                ADDRESS:

CITY/ST/ZIP:                            CITY/ST/ZIP:



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:      HOMES BY NEXUS INC.

ID:      0786123 - 0

DCN:     16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ‖HOMES
## BY NEXUS

**HOMES BY NEXUS INC.**                                    WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA 23218-1197

RE: Request for Reinstatement of Homes By Nexus, Inc.
     ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-488-3669

```
CIS0372                          CIS                    10/26/16
1    17  CISM0180        CORPORATE DATA INQUIRY          09:57:45

     CORP ID:  0786123 - 0   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
   CORP NAME:  HOMES BY NEXUS INC._____

   _____
DATE OF CERTIFICATE: 01/01/2015 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION: VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:               CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE: 50.00    MON NO:         MON STATUS:  MONITOR DTE:
  R/A NAME:  NEXUS SERVICES INC.

   STREET:  113 MILL PLACE PARKWAY              AR RTN MAIL:
            SUITE 103
     CITY:  VERONA                 STATE : VA  ZIP: 24482-0000
R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                      AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:        STATUS:  ASSESSMENT INDICATOR:  0
YEAR     FEES     PENALTY    INTEREST    TAXES    BALANCE      TOTAL SHARES
 16     100.00     10.00                                                50
COMMAND:  ...............................................................
4AÛ                                                       06,016
```

0786123 - 0

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482

REINACPT
CIS0372
16-10-24-1452

# APPLICATION FOR REINSTATEMENT
# OF A VIRGINIA CORPORATION



Date: _9/26/16_

To:   State Corporation Commission
      Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From: **HOMES BY NEXUS INC.**

SCC ID No. **0786123 - 0**

| 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence. All required documents and fees are enclosed.

Sincerely,

_____
(signature)

_Richard Moore_
(printed name)

_EVP_
(title)

| For Office Use Only |
| DCN: _161024 1452_ |
| _____ |
| Reinstatement Fee: $ _100_ |
| Past Due Fees: ( ) $ _____ |
| Total: $ _100_ |
| R/A? Yes: ____ No: ____ N/C: _✓_ |
| A/R? Yes: _✓_ No: ____ YR: _2016_ |
| Exam By: _HW_ Date: _10-26-16_ |

Signing Requirements:

This application **must** be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director. "Owner" and "registered agent" are not acceptable titles. See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

---

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent. (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____        _____
(name)                                  (telephone number)

_____
(mailing address)

---

**Personal information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM                                              **CORP**



1501500105

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

# ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is HOMES BY NEXUS INC.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 50 shares of common stock.

4.  The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.  The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By: /s/  RICHARD MOORE   Date: January 1, 2015
　　　RICHARD MOORE, Chief Operations Officer



# 2016 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

216158896--10/26/201

## REINSTATE

01



1. CORPORATION NAME
   HOMES BY NEXUS INC.

DUE DATE:

SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

*HqN 10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:  **113 MILL PLACE PARKWAY**<br>**SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br>NAME: *Richard Moore*<br>TITLE: *Executive Vice President*<br>ADDRESS: *113 Mill Place Pkwy #103*<br>CITY/ST/ZIP: *Verona VA 24482* | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Richard Moore EVP*
PRINTED NAME AND TITLE

*9/27/16*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED                                      216158896--10/26/201

CORPORATE NAME:                                    DUE DATE:
HOMES BY NEXUS INC.                                SCC ID NO.:   0786123-0

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐<br><br>NAME: Micheal Donovan<br><br>TITLE: President<br><br>ADDRESS: 113 Mill Place Pkwy Suite 103<br><br>CITY/ST/ZIP: Veron VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:   HOMES BY NEXUS INC.

ID:   0786123 - 0

DCN:   16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ||HOMES
## BY NEXUS

**HOMES BY NEXUS INC.**                                    WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA 23218-1197

RE: Request for Reinstatement of Homes By Nexus, Inc.
    ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-468-3669

```
CIS0372                           CIS                    10/26/16
1    17  CISM0180        CORPORATE DATA INQUIRY           09:57:45

     CORP ID:  0786123 - 0  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
  CORP NAME:  HOMES BY NEXUS INC._____

  _____
DATE OF CERTIFICATE: 01/01/2015 PERIOD OF DURATION:     INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA    STOCK INDICATOR:  S STOCK
MERGER IND:                 CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE: 50.00    MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  NEXUS SERVICES INC.

     STREET:  113 MILL PLACE PARKWAY              AR RTN MAIL:
              SUITE 103
       CITY:  VERONA            STATE : VA  ZIP: 24482-0000
  R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                 AUGUSTA COUNTY
  CURRENT AR#: 000 00 0000  DATE:        STATUS:  ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY   INTEREST   TAXES    BALANCE      TOTAL SHARES
  16    100.00   10.00                                             50
COMMAND:  .....................................................
4AÛ                                                   06,016
```

0786123 - 0

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.


STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner


CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482


REINACPT
CIS0372
16-10-24-1452

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION



Date: _9/26/16_

To:    State Corporation Commission
       Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From: **HOMES BY NEXUS INC.**

SCC ID No. **0786123 - 0**                                    | 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

_Richard Moore_
(printed name)

_E V P_
(title)

| *For Office Use Only* |
| DCN: _161024 1452_ |
| |
| Reinstatement Fee:         $ _100_ |
| Past Due Fees: (        ) $ _____ |
| Total:                     $ _100_ |
| R/A?  Yes: _____  No: _____  N/C: _✓_ |
| A/R?  Yes: _✓_  No: _____  YR: _2016_ |
| Exam By: _Hus_  Date: _10-26-16_ |

Signing Requirements:

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____          _____
(name)                                            (telephone number)

_____
(mailing address)

**Personal information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM                                          **CORP**



# COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

**Office of the Clerk**

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

## RECEIPT

RE:    HOMES BY NEXUS INC.

ID:    0786123 - 0

DCN:   17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**REINSTATE**

### STATEMENT OF CHANGE OF REGISTERED
### OFFICE AND/OR REGISTERED AGENT

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

***REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.***

Corporation's Name: **HOMES BY NEXUS INC.**     170123^0632     SCC ID No.: **0786123 - 0**

| **Section A** | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP ( J00112/-4) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | **113 MILL PLACE PARKWAY** **SUITE 103** **VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of Roanoke |

| *Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.* | | |
|---|---|---|
| **Section B** | The registered agent, whose business office address is identical with the registered office, is: | |
| (1) an individual who is a resident of Virginia and ☐ an officer of the corporation whose title is _____ (e.g., president, secretary, treasurer) ☐ a director of the corporation. ☐ a member of the Virginia State Bar. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** | |
|---|---|---|
| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by: _____ 5/10/2016 (signature)              (date) **Richard Moore** (printed name) **Vice President** (title (e.g., president or chairman))   (See Instructions) _____ (telephone number (optional)) | *The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.* ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees. Therefore, it is ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

# ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is HOMES BY NEXUS INC.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 50 shares of common stock.

4.    The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.    The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
        RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

216158896--10/26/201

**REINSTATE**

01

1. CORPORATION NAME
   HOMES BY NEXUS INC.

DUE DATE:

SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

*HgV*
*10-26-16*

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   **113 MILL PLACE PARKWAY**<br>**SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br>NAME: *Richard Moore*<br>TITLE: *Executive Vice President*<br>ADDRESS: *113 Mill Place Pkwy #103*<br>CITY/ST/ZIP: *Verona VA 24482* | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Richard Moore GVP*
PRINTED NAME AND TITLE

*9/27/16*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED

216158896--10/26/201

CORPORATE NAME:
HOMES BY NEXUS INC.

DUE DATE:
SCC ID NO.:   0786123-0

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box
and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☒ DIRECTOR ☐

NAME: Micheal Donovan

TITLE: President

ADDRESS: 113 Mill Place Pkwy Suit 103

CITY/ST/ZIP: Veron VA 24452

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box
and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box
and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box
and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ||HOMES
## BY NEXUS

**HOMES BY NEXUS INC.**   WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA 23218-1197

RE: Request for Reinstatement of Homes By Nexus, Inc.
    ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-488-3669

```
CIS0372                        CIS                      10/26/16
1    17  CISM0180        CORPORATE DATA INQUIRY         09:57:45

    CORP ID:  0786123 - 0   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
 CORP NAME:  HOMES BY NEXUS INC._____
 _____
 DATE OF CERTIFICATE: 01/01/2015 PERIOD OF DURATION:        INDUSTRY CODE: 00
 STATE OF INCORPORATION: VA VIRGINIA      STOCK INDICATOR:  S STOCK
 MERGER IND:                   CONVERSION/DOMESTICATION IND:
 GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
 CHARTER FEE: 50.00     MON NO:         MON STATUS:  MONITOR DTE:
  R/A NAME:  NEXUS SERVICES INC.

    STREET:  113 MILL PLACE PARKWAY               AR RTN MAIL:
             SUITE 103
      CITY:  VERONA               STATE : VA  ZIP: 24482-0000
 R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
 ACCEPTED AR#: 000 00 0000  DATE:                       AUGUSTA COUNTY
  CURRENT AR#: 000 00 0000  DATE:         STATUS:   ASSESSMENT INDICATOR:  0
 YEAR    FEES    PENALTY   INTEREST    TAXES    BALANCE       TOTAL SHARES
  16     100.00   10.00                                             50
 COMMAND:  ..............................................................
 4AÛ                                                    06,016
```

0786123 - 0

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482

REINACPT
CIS0372
16-10-24-1452



# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION

Date: _9/26/16_

To:   State Corporation Commission
      Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From: **HOMES BY NEXUS INC.**
      SCC ID No. **0786123 - 0**

| 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

Richard Moore
(printed name)

EVP
(title)

| *For Office Use Only* |
| DCN: 161024 1452 |
| _____ |
| Reinstatement Fee:     $ _100_ |
| Past Due Fees: (     ) $ _____ |
| Total:                 $ _100_ |
| R/A?  Yes: _____ No: _____ N/C: ✓ |
| A/R?  Yes: ✓ No: _____ YR: 2016 |
| Exam By: Hus  Date: 10-26-16 |

<u>Signing Requirements:</u>

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

---

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____        _____
(name)                                  (telephone number)

_____
(mailing address)

---

**Personal information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

**RECEIPT**

RE:      HOMES BY NEXUS INC.

ID:       0786123 - 0

DCN:    17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**REINSTATE**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's Name: **HOMES BY NEXUS INC.**   **170123^0632**   SCC ID No.: **0786123 - 0**

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP (J00112/-4) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | **113 MILL PLACE PARKWAY** **SUITE 103** **VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of Roanoke |

| *Section B* | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

| (1) an **individual** who is a resident of Virginia **and** ☐ an officer of the corporation whose title is _____ (e.g., president, secretary, treasurer) ☐ a director of the corporation. ☐ a member of the Virginia State Bar. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
|---|---|---|

| *Section C* | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by: _____ 5/10/2016 (signature)        (date) **Richard Moore** (printed name) **Vice President** (title (e.g., president or chairman))    (See Instructions) _____ (telephone number (optional)) | The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information. ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



217053762--3/17/2017

**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION



1. CORPORATION NAME:

   HOMES BY NEXUS INC.                     DUE DATE:  **01/31/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY      SCC ID NO.:  **0786123-0**

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   5. STOCK INFORMATION

   | CLASS | AUTHORIZED |
   |-------|-----------|
   | COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| [X] Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
                                         An individual may be designated as both a director and an officer.

0002020

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  [X] Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>[X] Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER [X]  DIRECTOR ☐ | OFFICER [X]  DIRECTOR [X] |
| NAME:  MICHAEL DONOVAN | NAME:  **MICHEAL P. DONOVAN** |
| TITLE:  PRESIDENT | TITLE:  **PRESIDENT/CEO** |
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____     *Richard Moore, Vice Presid*     3/14/16
SIGNATURE OF DIRECTOR/OFFICER       PRINTED NAME AND CORPORATE TITLE        DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

## 2017 ANNUAL REPORT CONTINUED

217053762--3/31/2017

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/17**

SCC ID NO.: **0786123-0**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | ☒ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☒   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME:  RICHARD  MOORE | NAME:  **RICHARD E. MOORE** |
| TITLE:  EXECUTIVE VP | TITLE:  **VICE PRESIDENT** |
| ADDRESS:  113 MILL PLACE PARKWAY #103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☒ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME: | NAME:  **EVAN M. AJIN** |
| TITLE: | TITLE:  **SECRETARY/TREASURER** |
| ADDRESS: | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |



0002629



1501500105

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

## ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is HOMES BY NEXUS INC.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 50 shares of common stock.

4.   The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.   The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
     RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

216158896--10/26/201

**REINSTATE**

01

1. CORPORATION NAME
   HOMES BY NEXUS INC.

   DUE DATE:

   SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

   *HVV*
   *10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   **113 MILL PLACE PARKWAY**<br>              **SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
                                          An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒<br>NAME: *Richard Moore*<br>TITLE: *Executive Vice President*<br>ADDRESS: *113 Mill Place Pkwy #103*<br>CITY/ST/ZIP: *Verona VA 24482* | OFFICER ☐   DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Richard Moore EVP*
PRINTED NAME AND TITLE

*9/27/16*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED                                                216158896--10/26/201

CORPORATE NAME:                                    DUE DATE:
HOMES BY NEXUS INC.                                SCC ID NO.:   0786123-0

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: <br> ☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box <br> and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐ <br><br> NAME:  Micheal Donovan <br><br> TITLE:  President <br><br> ADDRESS:  113 Mill Place Pky Suite 103 <br><br> CITY/ST/ZIP:  Verona VA 24482 | OFFICER ☐  DIRECTOR ☐ <br><br> NAME: <br><br> TITLE: <br><br> ADDRESS: <br><br> CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: <br> ☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box <br> and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☐ <br><br> NAME: <br><br> TITLE: <br><br> ADDRESS: <br><br> CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐ <br><br> NAME: <br><br> TITLE: <br><br> ADDRESS: <br><br> CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: <br> ☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box <br> and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☐ <br><br> NAME: <br><br> TITLE: <br><br> ADDRESS: <br><br> CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐ <br><br> NAME: <br><br> TITLE: <br><br> ADDRESS: <br><br> CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: <br> ☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box <br> and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☐ <br><br> NAME: <br><br> TITLE: <br><br> ADDRESS: <br><br> CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐ <br><br> NAME: <br><br> TITLE: <br><br> ADDRESS: <br><br> CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ||HOMES
## BY NEXUS

**HOMES BY NEXUS INC.**                                     WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA  23218-1197

RE:  Request for Reinstatement of Homes By Nexus, Inc.
     ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the
Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-488-3669

```
CIS0372                              CIS                        10/26/16
1    17  CISM0180          CORPORATE DATA INQUIRY               09:57:45

    CORP ID:  0786123 - 0  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
 CORP NAME:  HOMES BY NEXUS INC._____
            _____
DATE OF CERTIFICATE: 01/01/2015 PERIOD OF DURATION:        INDUSTRY CODE: 00
STATE OF INCORPORATION: VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:                  CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE: 50.00    MON NO:          MON STATUS:  MONITOR DTE:
 R/A NAME:  NEXUS SERVICES INC.

   STREET:  113 MILL PLACE PARKWAY                  AR RTN MAIL:
            SUITE 103
     CITY:  VERONA              STATE : VA  ZIP: 24482-0000
 R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                    AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:         STATUS:  ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY   INTEREST   TAXES    BALANCE     TOTAL SHARES
 16    100.00    10.00                                            50
COMMAND: ..................................................................
4AÛ                                                        06,016
```

0786123 - 0

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.


STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner


CC:   RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482


REINACPT
CIS0372
16-10-24-1452

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION



SCC - CLERK'S OFFICE
OF PARTIONS
2016 OCT 24 AM 9: 51

Date: **9/26/16**

To:    State Corporation Commission
       Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From: **HOMES BY NEXUS INC.**
       SCC ID No. **0786123 - 0**

| 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

_Richard Moore_
(printed name)

_E VP_
(title)

| *For Office Use Only* |
| --- |
| DCN: **161024 1452** |
| |
| Reinstatement Fee:       $ **100** |
| Past Due Fees: (        ) $ _____ |
| Total:                  $ **100** |
| R/A?  Yes: _____ No: _____  N/C: **✓** |
| A/R?  Yes: **✓** No: _____  YR: **2016** |
| Exam By: _____ Date: **10-26-16** |

Signing Requirements:

This application **must** be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____
(name)                                    (telephone number)

_____
(mailing address)

**Personal information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

### RECEIPT

RE:   HOMES BY NEXUS INC.

ID:   0786123 - 0

DCN:  17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**REINSTATE**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's Name:   **HOMES BY NEXUS INC.**         170123^0632         SCC ID No.: **0786123 - 0**

| **Section A** | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP (J00112/-4) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | **113 MILL PLACE PARKWAY** **SUITE 103** **VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of  Roanoke |

| **Section B** | Section B *must* be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent. |
|---|---|

The registered agent, whose business office address is identical with the registered office, is:

(1) an **individual** who is a resident of Virginia **and**
☐ an officer of the corporation whose title is
_____
(e.g., president, secretary, treasurer)
☐ a director of the corporation.
☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:
_____ 5/10/2016
(signature)         (date)

Richard Moore
(printed name)

Vice President
(title (e.g., president or chairman))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217053762--3/17/2017



1. CORPORATION NAME:

   HOMES BY NEXUS INC.                   DUE DATE: **01/31/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP       SCC ID NO.: **0786123-0**
   10 FRANKLIN RD SE
   SUITE 900                             5. STOCK INFORMATION
   ROANOKE, VA 24011

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| [X] Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
                                        An individual may be designated as both a director and an officer.

0002020

| Mark appropriate box unless area below is blank: <br> ☐ Information is correct  [X] Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: <br> [X] Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER [X]  DIRECTOR ☐ <br><br> NAME:  MICHAEL DONOVAN <br><br> TITLE:   PRESIDENT <br><br> ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 <br><br> CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER [X]  DIRECTOR [X] <br><br> NAME:  **MICHEAL P. DONOVAN** <br><br> TITLE:  **PRESIDENT/CEO** <br><br> ADDRESS:  **113 Mill Place Pkwy., Ste. 103** <br><br> CITY/ST/ZIP:  **Verona, VA   24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_Richard Moore, Vice Pres._        3/14/16

SIGNATURE OF DIRECTOR/OFFICER      PRINTED NAME AND CORPORATE TITLE       DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

## 2017 ANNUAL REPORT CONTINUED

217053762--3/1/2017

CORPORATION NAME:
HOMES BY NEXUS INC.

DUE DATE:  **01/31/17**
SCC ID NO.:  **0786123-0**

7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☒ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☒ Correction   ☐ Addition   ☐ Replacement

| OFFICER ☒   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME:  RICHARD  MOORE | NAME:  **RICHARD E. MOORE** |
| TITLE:  EXECUTIVE VP | TITLE:  **VICE PRESIDENT** |
| ADDRESS:  113 MILL PLACE PARKWAY #103 | ADDRESS: **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: **Verona, VA  24482** |

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction   ☒ Addition   ☐ Replacement

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME: | NAME:  **EVAN M. AJIN** |
| TITLE: | TITLE:  **SECRETARY/TREASURER** |
| ADDRESS: | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: | CITY/ST/ZIP:  **Verona, VA  24482** |

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction   ☐ Addition   ☐ Replacement

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction   ☐ Addition   ☐ Replacement

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

0002029



218023120--1/18/2018



# 2018 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0013403

| Mark appropriate box unless area below is blank<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒<br>NAME:   MICHAEL P. DONOVAN<br>TITLE:   PRESIDENT/CEO<br>ADDRESS:  113 MILL PLACE PKWY., STE. 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐   DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _Evan Pisini_ | _Evan Pisin / Director_ | _1-17-18_ |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

218023120--1/18/2018

# 2018 ANNUAL REPORT CONTINUED

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE:  **01/31/18**

SCC ID NO.:  **0786123-0**

**7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br><br>NAME:  RICHARD E. MOORE<br><br>TITLE:  VICE PRESIDENT<br><br>ADDRESS:  113 MILL PLACE PKWY., STE. 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
| OFFICER ☒  DIRECTOR ☒<br><br>NAME:  EVAN M. AJIN<br><br>TITLE:  S/T<br><br>ADDRESS:  113 MILL PLACE PKWY., STE 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |

0013403





1501500105

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

## ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is HOMES BY NEXUS INC.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 50 shares of common stock.

4.    The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.    The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
       RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

216158896--10/26/201



## REINSTATE

01

1. CORPORATION NAME
   HOMES BY NEXUS INC.

DUE DATE:

SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

   *#9V*
   *10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:  **113 MILL PLACE PARKWAY** **SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
                                        An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER [X]  DIRECTOR [✓] NAME: *Richard Moore* TITLE: *Executive Vice President* ADDRESS: *113 Mill Place Pkwy #103* CITY/ST/ZIP: *Verona VA 24482* | OFFICER ☐  DIRECTOR ☐ NAME: TITLE: ADDRESS: CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Richard Moore EVP*
PRINTED NAME AND TITLE

*9/27/16*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED                                216158896--10/26/201

CORPORATE NAME:                                 DUE DATE:
HOMES BY NEXUS INC.                             SCC ID NO.:   0786123-0

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):    All directors and principal officers must be listed.
                                                     An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐<br>NAME: Micheal Donovan<br>TITLE: President<br>ADDRESS: 113 Mill Place Pkwy Suite 103<br>CITY/ST/ZIP: Verona VA 24482 | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐ Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐ Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ▌▌HOMES
## BY NEXUS

**HOMES BY NEXUS INC.**                                    WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA  23218-1197

RE:  Request for Reinstatement of Homes By Nexus, Inc.
     ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-468-3669

```
CIS0372                        CIS                    10/26/16
1    17  CISM0180        CORPORATE DATA INQUIRY         09:57:45

    CORP ID:  0786123 - 0  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
  CORP NAME:  HOMES BY NEXUS INC._____

    _____
DATE OF CERTIFICATE: 01/01/2015 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION: VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:                   CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE:  50.00    MON NO:         MON STATUS:  MONITOR DTE:
  R/A NAME:  NEXUS SERVICES INC.

  STREET:  113 MILL PLACE PARKWAY              AR RTN MAIL:
           SUITE 103
     CITY:  VERONA              STATE :  VA  ZIP: 24482-0000
R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                     AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:        STATUS:  ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY   INTEREST   TAXES    BALANCE     TOTAL SHARES
 16    100.00    10.00                                            50
COMMAND:  ...........................................................
4AÛ                                               06,016
```

0786123 - 0

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.


STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner


CC:      RICHARD MOORE
         NEXUS SERVICES INC.
         113 MILL PLACE PKWY STE 103
         VERONA, VA 24482


REINACPT
CIS0372
16-10-24-1452

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION



Date: _9/26/16_

To:  State Corporation Commission
     Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From: **HOMES BY NEXUS INC.**

     SCC ID No. **0786123 - 0**                              | 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

_Richard Moore_
(printed name)

_EVP_
(title)

| *For Office Use Only* |
| DCN: _161024 1452_ |
| _____ |
| Reinstatement Fee:    $ _100_ |
| Past Due Fees: (    ) $ _____ |
| Total:                $ _100_ |
| R/A?  Yes: _____ No: _____  N/C: _✓_ |
| A/R?  Yes: _✓_ No: _____   YR: _2016_ |
| Exam By: _Hud_   Date: _10-26-16_ |

Signing Requirements:

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

---

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____
(name)                              (telephone number)

_____
(mailing address)

---

**Personal information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM                                              **CORP**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**REINSTATE**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

***REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.***

Corporation's Name:   **HOMES BY NEXUS INC.**        **170123^0632**        SCC ID No.: **0786123 - 0**

| **Section A** | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP (J00112/-4) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | **113 MILL PLACE PARKWAY** **SUITE 103** **VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of Roanoke |

| *Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.* | | |
|---|---|---|
| **Section B** | The registered agent, whose business office address is identical with the registered office, is: | |
| (1) an **individual** who is a resident of Virginia **and** ☐ an officer of the corporation whose title is _____ (e.g., president, secretary, treasurer) ☐ a director of the corporation. ☐ a member of the Virginia State Bar. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** | |
|---|---|---|
| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by: _____ (signature)    5/10/2016 (date) **Richard Moore** (printed name) **Vice President** (title (e.g., president or chairman))    (See Instructions) _____ (telephone number (optional)) | *The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.* ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217053762--3/17/2017



1. CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

SCC ID NO.: **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.   Carefully read the enclosed instructions. Type or
print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| [X] Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0002020

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   [X] Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   [X] Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER [X]   DIRECTOR ☐ | OFFICER [X]   DIRECTOR [X] |
| NAME:   MICHAEL DONOVAN | NAME:   **MICHEAL P. DONOVAN** |
| TITLE:   PRESIDENT | TITLE:   **PRESIDENT/CEO** |
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS: **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP: **Verona, VA   24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.



| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |
|---|---|---|

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to
the Commission for filing.

## 2017 ANNUAL REPORT CONTINUED

217053762--3/21/2017

CORPORATION NAME:
HOMES BY NEXUS INC.

DUE DATE: **01/31/17**
SCC ID NO.: **0786123-0**

---

**7.   DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | ☒ Correction  ☐ Addition  ☐ Replacement |

| OFFICER ☒   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME:  RICHARD  MOORE | NAME:  **RICHARD E. MOORE** |
| TITLE:  EXECUTIVE VP | TITLE:  **VICE PRESIDENT** |
| ADDRESS:  113 MILL PLACE PARKWAY #103 | ADDRESS: **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction  ☒ Addition  ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME: | NAME:  **EVAN M. AJIN** |
| TITLE: | TITLE:  **SECRETARY/TREASURER** |
| ADDRESS: | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

0002629





218023120--1/18/2018

# 2018 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>            SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒<br><br>NAME:  MICHAEL P. DONOVAN<br>TITLE:  PRESIDENT/CEO<br>ADDRESS:  113 MILL PLACE PKWY., STE. 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _Evan Dijon_ / Director | 1-17-18 |
|---|---|
| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

218023120--1/18/2018

# 2018 ANNUAL REPORT CONTINUED

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/18**

SCC ID NO.: **0786123-0**

## 7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br><br>NAME:  RICHARD E. MOORE<br><br>TITLE:  VICE PRESIDENT<br><br>ADDRESS:  113 MILL PLACE PKWY., STE. 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☒  DIRECTOR ☒<br><br>NAME:  EVAN M. AJIN<br><br>TITLE:  S/T<br><br>ADDRESS:  113 MILL PLACE PKWY., STE 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |

0013403





**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

HOMES BY NEXUS INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:      HOMES BY NEXUS INC.

ID:      0786123 - 0

DCN:     18-08-13-0752

Dear Customer:

   The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

   Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

   Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

SCC636/835
(07/10)                    STATEMENT OF RESIGNATION OF REGISTERED AGENT

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

HOMES BY NEXUS INC.
_____
(name of corporation)

0786123-0
_____
(corporation's SCC ID #)

[✓]   The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)    (printed name)    (date)

**OR**   **180813 0752**

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _M. William Gust_____        W. William Gust, Esq. - Partner    8-6-18
(signature)                        (printed name and title)         (date)

> **PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

## NOTICE TO THE ABOVE-REFERENCED CORPORATION

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

**SEE INSTRUCTIONS ON THE REVERSE**

1808050530

SCC - CLERK'S OFFICE
2018 AUG 13   AM 10: 02



1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

# HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

# ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is HOMES BY NEXUS INC.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 50 shares of common stock.

4.    The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.    The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
        RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

216158896--10/26/201



# REINSTATE

| 01 |

1. CORPORATION NAME
   HOMES BY NEXUS INC.

   DUE DATE:

   SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

   *H9N*
   *10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   **113 MILL PLACE PARKWAY**<br>**SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed.
                                                                        An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below:☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br>NAME: *Richard Moore.*<br>TITLE: *Executive Vice President*<br>ADDRESS: *113 Mill Place Pkwy #103*<br>CITY/ST/ZIP: *Verona VA 24482* | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____           *Richard Moore EVP*                    *9/27/16*
SIGNATURE OF DIRECTOR/OFFICER              PRINTED NAME AND TITLE                    DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216158896--10/26/201

2016 ANNUAL REPORT CONTINUED

CORPORATE NAME:                                              DUE DATE:
HOMES BY NEXUS INC.                                          SCC ID NO.:   0786123-0

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):      All directors and principal officers must be listed.
                                                        An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐<br>NAME:  Micheal Donovan<br>TITLE:  President<br>ADDRESS:  113 Mill Place Pkwy Suite 103<br>CITY/ST/ZIP:  Verona VA 24482 | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ||HOMES
## BY NEXUS

**HOMES BY NEXUS INC.**                                            WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA  23218-1197

RE:  Request for Reinstatement of Homes By Nexus, Inc.
     ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the
Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-488-3669

```
CIS0372                         CIS                    10/26/16
1    17  CISM0180        CORPORATE DATA INQUIRY        09:57:45

     CORP ID:  0786123 - 0   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
CORP NAME:  HOMES BY NEXUS INC._____
          _____
DATE OF CERTIFICATE: 01/01/2015 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION: VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:                  CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE: 50.00    MON NO:        MON STATUS:  MONITOR DTE:
 R/A NAME:  NEXUS SERVICES INC.

    STREET:  113 MILL PLACE PARKWAY              AR RTN MAIL:
             SUITE 103
      CITY:  VERONA              STATE : VA  ZIP: 24482-0000
 R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                    AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:        STATUS:   ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY   INTEREST   TAXES    BALANCE      TOTAL SHARES
 16    100.00    10.00                                              50
COMMAND:  .............................................................
4AÛ                                                      06,016
```

0786123 - 0

### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.


STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner


CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482


REINACPT
CIS0372
16-10-24-1452



# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION

Date: 9/26/16

To:   State Corporation Commission
      Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From:  **HOMES BY NEXUS INC.**

SCC ID No. 0786123 - 0

| 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

Richard Moore
(printed name)

EVP
(title)

*For Office Use Only*

DCN: 161024 1452

_____

Reinstatement Fee:    $ 100
Past Due Fees: (    ) $ _____
Total:                $ 100

R/A? Yes: _____ No: _____ N/C: ✓
A/R? Yes: ✓ No: _____ YR: 2016
Exam By: HW    Date: 10-26-16

Signing Requirements:

This application **must** be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐
**Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)**

_____         _____
(name)                                      (telephone number)

_____
(mailing address)

**Personal information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**



# COMMONWEALTH OF VIRGINIA
# STATE CORPORATION COMMISSION

### Office of the Clerk

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

### RECEIPT

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336



**COMMONWEALTH OF VIRGINIA**     **REINSTATE**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's Name: **HOMES BY NEXUS INC.**     **170123ˆ0632**     SCC ID No.: **0786123 - 0**

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP (J00112I-4) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | **113 MILL PLACE PARKWAY** **SUITE 103** **VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of Roanoke |

| *Section B* | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

| (1) an **individual** who is a resident of Virginia **and** ☐ an officer of the corporation whose title is _____ (e.g., president, secretary, treasurer) ☐ a director of the corporation. ☐ a member of the Virginia State Bar. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
|---|---|---|

| *Section C* | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by: _____ (signature)   5/10/2016 (date) **Richard Moore** (printed name) **Vice President** (title (e.g., president or chairman)) (See Instructions) _____ (telephone number (optional)) | *The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.* ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |
|---|---|---|

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217053762--3/17/2017

1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| [X] Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>                  SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:        All directors and principal officers must be listed.
                                            An individual may be designated as both a director and an officer.

0002020

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  [X] Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>[X] Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER [X]  DIRECTOR ☐ | OFFICER [X]  DIRECTOR [X] |
| NAME:  MICHAEL DONOVAN | NAME:  **MICHEAL P. DONOVAN** |
| TITLE:  PRESIDENT | TITLE:  **PRESIDENT/CEO** |
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____     *Richard Moore, Vice Prsmt*     3/14/16

SIGNATURE OF DIRECTOR/OFFICER          PRINTED NAME AND CORPORATE TITLE          DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

# 2017 ANNUAL REPORT CONTINUED

217053762--3/17/2017

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/17**

SCC ID NO.: **0786123-0**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER ☒   DIRECTOR ☒** | **OFFICER ☒   DIRECTOR ☒** |
| NAME:  RICHARD  MOORE | NAME:  **RICHARD E. MOORE** |
| TITLE:  EXECUTIVE VP | TITLE:  **VICE PRESIDENT** |
| ADDRESS:  113 MILL PLACE PARKWAY #103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
|---|---|
| **OFFICER ☐   DIRECTOR ☐** | **OFFICER ☒   DIRECTOR ☒** |
| NAME: | NAME:  **EVAN M. AJIN** |
| TITLE: | TITLE:  **SECRETARY/TREASURER** |
| ADDRESS: | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER ☐   DIRECTOR ☐** | **OFFICER ☐   DIRECTOR ☐** |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER ☐   DIRECTOR ☐** | **OFFICER ☐   DIRECTOR ☐** |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

0002629



218023120--1/18/2018

# 2018 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0013403

| Mark appropriate box unless area below is blank<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  MICHAEL P. DONOVAN | NAME: |
| TITLE:  PRESIDENT/CEO | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE. 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_Evan Pizon_ / _Director_    1-17-18

| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

218023120--1/18/2018

# 2018 ANNUAL REPORT CONTINUED

CORPORATION NAME:                                    DUE DATE: **01/31/18**

HOMES BY NEXUS INC.                                  SCC ID NO.: **0786123-0**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br><br>NAME:  RICHARD E. MOORE<br><br>TITLE:  VICE PRESIDENT<br><br>ADDRESS:  113 MILL PLACE PKWY., STE. 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☒  DIRECTOR ☒<br><br>NAME:  EVAN M. AJIN<br><br>TITLE:  S/T<br><br>ADDRESS:  113 MILL PLACE PKWY., STE 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |

0013403





**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

HOMES BY NEXUS INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

## RECEIPT

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    18-08-13-0752

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)

**STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

HOMES BY NEXUS INC.
_____
(name of corporation)

0786123-0
_____
(corporation's SCC ID #)

☑  The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)     (printed name)          (date)

**OR**   **180813  0752**

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _____     W. William Gust, Esq. - Partner     8-6-18
(signature)                        (printed name and title)          (date)

---

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission.  Any information provided on these documents is subject to public viewing.

---

### NOTICE TO THE ABOVE-REFERENCED CORPORATION

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission.  The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office.  The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission.  A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**.  A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551.  If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

**SEE INSTRUCTIONS ON THE REVERSE**

1809540806



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **HOMES BY NEXUS INC.**

ID:        **07861230**

DCN:       **1809186872**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                    Sincerely,
CISECOM

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1809540806



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **HOMES BY NEXUS INC.**

     ID:   **07861230**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
           GENTRY LOCKE RAKES & MOORE, LLP
           10 FRANKLIN RD SE
           SUITE 900
           ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.   The current registered agent is Resigned.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
           INCORP SERVICES, INC.
           7288 Hanover Green Drive
           Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of HOMES BY NEXUS INC.
By: Richard Moore, Vice-President
     /s/ Richard Moore



**1501500105**

### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

### RECEIPT

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

# ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is HOMES BY NEXUS INC.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 50 shares of common stock.

4.    The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.    The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
        RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

216158896--10/26/201 

## REINSTATE

01

1. CORPORATION NAME
   HOMES BY NEXUS INC.

   DUE DATE:

   SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

   *HVV*
   *10-26-16*

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:  **113 MILL PLACE PARKWAY SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME: *Richard Moore* | NAME: |
| TITLE: *Executive Vice President* | TITLE: |
| ADDRESS: *113 Mill Place Pkwy #103* | ADDRESS: |
| CITY/ST/ZIP: *Verona VA 24482* | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _____ | *Richard Moore EVP* | *9/27/16* |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED                                           216158896--10/26/201

CORPORATE NAME:                                    DUE DATE:
HOMES BY NEXUS INC.                                SCC ID NO.:   0786123-0

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):    All directors and principal officers must be listed.
                                                      An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐Information is correct  ☐Information is incorrect  ☐Delete Information | and enter information below: ☐ Correction  ☐Addition  ☐Replacement |

OFFICER ☒ DIRECTOR ☐                          OFFICER ☐   DIRECTOR ☐
NAME: Micheal Donovan                          NAME:
TITLE: President                               TITLE:
ADDRESS: 113 Mill Place Pky Suit 103           ADDRESS:
CITY/ST/ZIP: Veron VA 24482                    CITY/ST/ZIP:

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐Information is correct  ☐Information is incorrect  ☐Delete Information | and enter information below: ☐ Correction  ☐Addition  ☐Replacement |

OFFICER ☐ DIRECTOR ☐                          OFFICER ☐   DIRECTOR ☐
NAME:                                          NAME:
TITLE:                                         TITLE:
ADDRESS:                                       ADDRESS:
CITY/ST/ZIP:                                   CITY/ST/ZIP:

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐Information is correct  ☐Information is incorrect  ☐Delete Information | and enter information below: ☐ Correction  ☐Addition  ☐Replacement |

OFFICER ☐ DIRECTOR ☐                          OFFICER ☐   DIRECTOR ☐
NAME:                                          NAME:
TITLE:                                         TITLE:
ADDRESS:                                       ADDRESS:
CITY/ST/ZIP:                                   CITY/ST/ZIP:

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐Delete Information | and enter information below: ☐ Correction  ☐Addition  ☐Replacement |

OFFICER ☐ DIRECTOR ☐                          OFFICER ☐   DIRECTOR ☐
NAME:                                          NAME:
TITLE:                                         TITLE:
ADDRESS:                                       ADDRESS:
CITY/ST/ZIP:                                   CITY/ST/ZIP:



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ||HOMES
## BY NEXUS

**HOMES BY NEXUS INC.**                                        WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA 23218-1197

RE:  Request for Reinstatement of Homes By Nexus, Inc.
ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-488-3669

```
CIS0372                        CIS                    10/26/16
1    17  CISM0180         CORPORATE DATA INQUIRY       09:57:45

    CORP ID:  0786123 - 0  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
CORP NAME:  HOMES BY NEXUS INC._____
          _____
DATE OF CERTIFICATE: 01/01/2015 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION: VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                  CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE:  50.00    MON NO:        MON STATUS:   MONITOR DTE:
  R/A NAME:  NEXUS SERVICES INC.

    STREET:  113 MILL PLACE PARKWAY              AR RTN MAIL:
             SUITE 103
       CITY:  VERONA            STATE : VA  ZIP: 24482-0000
  R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                    AUGUSTA COUNTY
  CURRENT AR#: 000 00 0000  DATE:        STATUS:   ASSESSMENT INDICATOR:  0
YEAR    FEES     PENALTY    INTEREST    TAXES     BALANCE      TOTAL SHARES
 16    100.00     10.00                                                 50
COMMAND: .............................................................
4AÛ                                                        06,016
```

0786123 - 0

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.


STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner


CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482


REINACPT
CIS0372
16-10-24-1452

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION



Date: _9/26/16_

To:  State Corporation Commission
     Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From: **HOMES BY NEXUS INC.**
      SCC ID No. **0786123 - 0**

| 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

Richard Moore
(printed name)

_EVP_
(title)

| *For Office Use Only* |
| --- |
| DCN: 161024 1452 |
| |
| Reinstatement Fee:    $ _100_ |
| Past Due Fees: (    ) $ _____ |
| Total:                $ _100_ |
| R/A? Yes: ____ No: ____ N/C: _X_ |
| A/R? Yes: _X_ No: ____ YR: _2016_ |
| Exam By: _Hus_ Date: _10-26-16_ |

<u>Signing Requirements:</u>

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____        _____
(name)                                  (telephone number)

_____
(mailing address)

**Personal information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

**RECEIPT**

RE:    HOMES BY NEXUS INC.

ID:    0786123 - 0

DCN:   17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**REINSTATE**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's Name:   **HOMES BY NEXUS INC.**

**170123^0632**

SCC ID No.:   **0786123 - 0**

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| Registered Agent Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP (J001121-4) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| Registered Office Address: | **113 MILL PLACE PARKWAY** **SUITE 103** **VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of  Roanoke |

| *Section B* must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent. |
|---|

| **Section B** | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an **individual** who is a resident of Virginia **and**
☐ an officer of the corporation whose title is
_____
(e.g., president, secretary, treasurer)
☐ a director of the corporation.
☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____  5/10/2016
(signature)                    (date)

Richard Moore
(printed name)

Vice President
(title (e.g., president or chairman))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

**2017 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

217053762--3/17/2017



1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| [X] Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0002020



| Mark appropriate box unless area below is blank:<br>☐ Information is correct  [X] Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  [X] Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER [X] DIRECTOR ☐ | OFFICER [X] DIRECTOR [X] |
| NAME:  MICHAEL DONOVAN | NAME:  **MICHEAL P. DONOVAN** |
| TITLE:  PRESIDENT | TITLE:  **PRESIDENT/CEO** |
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____           *Richard Moore, Vice Printp*           3/14/16
SIGNATURE OF DIRECTOR/OFFICER           PRINTED NAME AND CORPORATE TITLE           DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2017 ANNUAL REPORT CONTINUED**

217053762--3/21/2017

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/17**

SCC ID NO.: **0786123-0**

7.   DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
| NAME:  RICHARD  MOORE | NAME:  **RICHARD E. MOORE** |
| TITLE:  EXECUTIVE VP | TITLE:  **VICE PRESIDENT** |
| ADDRESS:  113 MILL PLACE PARKWAY #103 | ADDRESS: **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
| NAME: | NAME:  **EVAN M. AJIN** |
| TITLE: | TITLE:  **SECRETARY/TREASURER** |
| ADDRESS: | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: | CITY/ST/ZIP: **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |



0002629

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |



218023120--1/18/2018

# 2018 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0013403

| Mark appropriate box unless area below is blank | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  MICHAEL P. DONOVAN | NAME: |
| TITLE:  PRESIDENT/CEO | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE. 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____          Evan Pizer / Director          1-17-18
SIGNATURE OF DIRECTOR/OFFICER              PRINTED NAME AND CORPORATE TITLE          DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

218023120--1/18/2018

# 2018 ANNUAL REPORT CONTINUED

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/18**

SCC ID NO.: **0786123-0**

**7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| | |
|---|---|
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☒   DIRECTOR ☒<br><br>NAME:  RICHARD E. MOORE<br>TITLE:  VICE PRESIDENT<br>ADDRESS:  113 MILL PLACE PKWY., STE. 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☒   DIRECTOR ☒<br><br>NAME:  EVAN M. AJIN<br>TITLE:  S/T<br>ADDRESS:  113 MILL PLACE PKWY., STE 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

0013403





**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

HOMES BY NEXUS INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    18-08-13-0752

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent.  As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise.  The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation.  The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov.  If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP

<div align="center">(name of registered agent)</div>

<div align="center">hereby resigns as the registered agent for</div>

HOMES BY NEXUS INC.

<div align="center">(name of corporation)</div>

<div align="center">0786123-0</div>

<div align="center">(corporation's SCC ID #)</div>

☑  The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)     (printed name)          (date)

**OR**   **180813  0752**

Gentry Locke Rakes & Moore, LLP

(name of business entity resigning as registered agent)

By: _____   W. William Gust, Esq. - Partner      8-6-18
      (signature)                          (printed name and title)          (date)

> **PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

### NOTICE TO THE ABOVE-REFERENCED CORPORATION

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

<div align="center">SEE INSTRUCTIONS ON THE REVERSE</div>



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **HOMES BY NEXUS INC.**

ID:        **07861230**

DCN:        **1809186872**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

Joel H. Peck
Clerk of the Commission



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.  RE:   **HOMES BY NEXUS INC.**

    ID:   **07861230**

2.  Current registered agent's name and registered office address on record (including the
    jurisdiction in which the registered office is physically located):
    GENTRY LOCKE RAKES & MOORE, LLP
    10 FRANKLIN RD SE
    SUITE 900
    ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.  The current registered agent is Resigned.

4.  The registered agent's name and registered office address after this statement is filed with the
    Commission (including the jurisdiction in which the registered office is physically located):
    INCORP SERVICES, INC.
    7288 Hanover Green Drive
    Mechanicsville, VA 23111          (HANOVER COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
    limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the corporation will be in compliance with the
    requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of HOMES BY NEXUS INC.
By: Richard Moore, Vice-President
    /s/ Richard Moore

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 200413548769
Filing Date/Time: 04/13/2020 01:37 PM
Effective Date/Time: 04/13/2020 01:37 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 04/13/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/13/2020 01:33 PM | Stock Corporation | Annual Report | Pending |
| 04/13/2020 01:35 PM | Stock Corporation | Registration Fee | Pending |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

1501500105

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

# HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

# ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is HOMES BY NEXUS INC.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 50 shares of common stock.

4.   The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.   The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
        RICHARD MOORE, Chief Operations Officer



**1501500105**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

## ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is HOMES BY NEXUS INC.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 50 shares of common stock.

4.    The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.    The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
        RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION



216158896--10/26/201

**REINSTATE**

01

1. CORPORATION NAME
   HOMES BY NEXUS INC.

DUE DATE:

SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

*Hgu*
*10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:  **113 MILL PLACE PARKWAY**<br>**SUITE 103** | ADDRESS: |
| CITY/ST/ZIP:  **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:  All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br>NAME: *Richard Moore*<br>TITLE: *Executive Vice President*<br>ADDRESS: *113 Mill Place Pkwy #103*<br>CITY/ST/ZIP: *Verona VA 24482* | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Richard Moore EVP*
PRINTED NAME AND TITLE

*9/27/16*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED

216158896--10/26/201

CORPORATE NAME:
HOMES BY NEXUS INC.

DUE DATE:
SCC ID NO.: 0786123-0

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☒ DIRECTOR ☐

NAME: Micheal Donovan

TITLE: President

ADDRESS: 113 Mill Place Pkwy Suit 103

CITY/ST/ZIP: Verona VA 24482

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



1501500105

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

**ARTICLES OF INCORPORATION**

**OF**

**HOMES BY NEXUS INC.**

1501500105

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is HOMES BY NEXUS INC.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 50 shares of common stock.

4.   The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.   The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
      RICHARD MOORE, Chief Operations Officer



## 2016 ANNUAL REPORT
### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

216158896--10/26/201



## REINSTATE

01

1. CORPORATION NAME
   HOMES BY NEXUS INC.

   DUE DATE:

   SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

   *H9J 10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS: **113 MILL PLACE PARKWAY SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
                                         An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER [X]  DIRECTOR [✓] | OFFICER ☐  DIRECTOR ☐ |
| NAME: *Richard Moore* | NAME: |
| TITLE: *Executive Vice President* | TITLE: |
| ADDRESS: *113 Mill Place Pkwy #103* | ADDRESS: |
| CITY/ST/ZIP: *Verona VA 24482* | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _____ | *Richard Moore EVP* | *9/27/16* |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM                                              .

2016 ANNUAL REPORT CONTINUED

216158896--10/26/201

CORPORATE NAME:
HOMES BY NEXUS INC.

DUE DATE:
SCC ID NO.:   0786123-0

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐<br>NAME: Micheal Donovan<br>TITLE: President<br>ADDRESS: 113 Mill Place Pky Suit 103<br>CITY/ST/ZIP: Veron VA 24482 | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ‖HOMES
## BY NEXUS

**HOMES BY NEXUS INC.** WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA  23218-1197

RE:  Request for Reinstatement of Homes By Nexus, Inc.
ID:  0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-488-3669

```
CIS0372                          CIS                    10/26/16
1    17  CISM0180        CORPORATE DATA INQUIRY          09:57:45

    CORP ID:  0786123 - 0   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
  CORP NAME:  HOMES BY NEXUS INC._____
  _____
DATE OF CERTIFICATE: 01/01/2015 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION: VA VIRGINIA    STOCK INDICATOR:  S STOCK
MERGER IND:              CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE: 50.00    MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  NEXUS SERVICES INC.

    STREET:  113 MILL PLACE PARKWAY              AR RTN MAIL:
             SUITE 103
      CITY:  VERONA              STATE : VA  ZIP: 24482-0000
R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                      AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:        STATUS:  ASSESSMENT INDICATOR:  0
YEAR    FEES     PENALTY    INTEREST    TAXES    BALANCE      TOTAL SHARES
 16    100.00     10.00                                              50
COMMAND: ...............................................................
4AÛ                                                      06,016
```

0786123 - 0

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482

REINACPT
CIS0372
16-10-24-1452

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION



Date: _9/26/16_

To:   State Corporation Commission
      Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From:  **HOMES BY NEXUS INC.**
       SCC ID No. **0786123 - 0**                          | 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_(signature)_

Richard Moore
(printed name)

EVP
(title)

**For Office Use Only**

DCN: _161024 1452_

Reinstatement Fee:  $ _100_
Past Due Fees: (   ) $ _____
Total:  $ _100_

R/A?  Yes: ____  No: ____  N/C: _✓_
A/R?  Yes: _✓_  No: ____  YR: _2016_
Exam By: _Hus_ Date: _10-26-16_

Signing Requirements:

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____          _____
(name)                                    (telephone number)

_____
(mailing address)

**Personal information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM                                              **CORP**



**1501500105**

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

# HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

# ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is HOMES BY NEXUS INC.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 50 shares of common stock.

4.  The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.  The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
       RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

216158896--10/26/201



## REINSTATE

| 01 |

1. CORPORATION NAME
   HOMES BY NEXUS INC.

   DUE DATE:

   SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

   *#gv̇* *10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS: **113 MILL PLACE PARKWAY SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER [X]  DIRECTOR [✓]<br>NAME: Richard Moore.<br>TITLE: Executive Vice President<br>ADDRESS: 113 Mill Place Pkwy #103<br>CITY/ST/ZIP: Verona VA 24482 | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _(signature)_ | Richard Moore EVP | 9/27/16 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED                                  216158896--10/26/201

CORPORATE NAME:                          DUE DATE:
HOMES BY NEXUS INC.                      SCC ID NO.:   0786123-0

All directors and principal officers must be listed.
7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):     An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☑ DIRECTOR ☐<br><br>NAME: Micheal Donovan<br><br>TITLE: President<br><br>ADDRESS: 113 Mill Place Pkwy Suit 103<br><br>CITY/ST/ZIP: Veron VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ||HOMES
## BY NEXUS

## HOMES BY NEXUS INC.

WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA  23218-1197

RE:  Request for Reinstatement of Homes By Nexus, Inc.
     ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-468-3669

```
CIS0372                         CIS                  10/26/16
1    17  CISM0180        CORPORATE DATA INQUIRY        09:57:45

   CORP ID:  0786123 - 0   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
CORP NAME:  HOMES BY NEXUS INC._____
         _____
DATE OF CERTIFICATE: 01/01/2015 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION: VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:              CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE:  50.00    MON NO:         MON STATUS:  MONITOR DTE:
  R/A NAME:  NEXUS SERVICES INC.

    STREET:  113 MILL PLACE PARKWAY                 AR RTN MAIL:
             SUITE 103
      CITY:  VERONA            STATE :  VA  ZIP: 24482-0000
R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                      AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:        STATUS:  ASSESSMENT INDICATOR:  0
YEAR     FEES     PENALTY   INTEREST   TAXES     BALANCE      TOTAL SHARES
 16    100.00     10.00                                              50
COMMAND: ..............................................................
4AÛ                                                      06,016
```

0786123 - 0

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CC:    RICHARD MOORE
       NEXUS SERVICES INC.
       113 MILL PLACE PKWY STE 103
       VERONA, VA 24482

REINACPT
CIS0372
16-10-24-1452



# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION

Date: __9/26/16__

To:   State Corporation Commission
      Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From: **HOMES BY NEXUS INC.**
      SCC ID No. **0786123 - 0**

| 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_(signature)_

Richard Moore
(printed name)

EVP
(title)

*For Office Use Only*

DCN: 161024 1452

Reinstatement Fee:    $ __100__
Past Due Fees: (   ) $ _____
Total:                $ __100__

R/A? Yes: ____ No: ____  N/C: ✗
A/R? Yes: ✗ No: ____  YR: 2016
Exam By: ____ Date: 10-26-16

<u>Signing Requirements:</u>

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

┌─────────────────────────────────────────────────────────────────────────────┐
Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____        _____
(name)                              (telephone number)

_____
(mailing address)
└─────────────────────────────────────────────────────────────────────────────┘

**Personal information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

### RECEIPT

RE:    HOMES BY NEXUS INC.

ID:    0786123 - 0

DCN:    17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**REINSTATE**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

***REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.***

Corporation's Name:   **HOMES BY NEXUS INC.**   170123^0632   SCC ID No.: **0786123 - 0**

| **Section A** | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent Name:** | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP (J00112/-4) |
| **Qualification:** | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office Address:** | **113 MILL PLACE PARKWAY** **SUITE 103** **VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| **Locality:** | **AUGUSTA COUNTY** | ☐ County or ☒ City of  Roanoke |

| **Section B** | *must* be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent. |
|---|---|

The registered agent, whose business office address is identical with the registered office, is:

(1) an individual who is a resident of Virginia **and**
 ☐ an officer of the corporation whose title is
 _____
 (e.g., president, secretary, treasurer)
 ☐ a director of the corporation.
 ☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____  5/10/2016
(signature)                              (date)

Richard Moore
(printed name)

Vice President
(title (e.g., president or chairman))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**Personal Information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**1501500105**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

# HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

# ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

1501500105

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is HOMES BY NEXUS INC.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 50 shares of common stock.

4.  The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.  The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By: /s/ RICHARD MOORE   Date: January 1, 2015
      RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

216158896--10/26/201

**REINSTATE**

01



1. CORPORATION NAME
   HOMES BY NEXUS INC.

DUE DATE:

SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

*Hand written: 10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:  **113 MILL PLACE PARKWAY SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☒<br>NAME: Richard Moore<br>TITLE: Executive Vice President<br>ADDRESS: 113 Mill Place Pkwy #103<br>CITY/ST/ZIP: Verona VA 24482 | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Richard Moore EVP*
PRINTED NAME AND TITLE

*9/27/16*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED                                    216158896--10/26/201

CORPORATE NAME:                                    DUE DATE:
HOMES BY NEXUS INC.                                SCC ID NO.:   0786123-0

**7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):**   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box
and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☒ DIRECTOR ☐                    OFFICER ☐ DIRECTOR ☐

NAME: Micheal Donovan                   NAME:

TITLE: President                        TITLE:

ADDRESS: 113 Mill Place Pkwy Suit 103   ADDRESS:

CITY/ST/ZIP: Verona VA 24482            CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box
and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☐ DIRECTOR ☐                    OFFICER ☐ DIRECTOR ☐

NAME:                                   NAME:

TITLE:                                  TITLE:

ADDRESS:                                ADDRESS:

CITY/ST/ZIP:                            CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box
and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☐ DIRECTOR ☐                    OFFICER ☐ DIRECTOR ☐

NAME:                                   NAME:

TITLE:                                  TITLE:

ADDRESS:                                ADDRESS:

CITY/ST/ZIP:                            CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information

If information at lower left is incorrect or blank, please mark appropriate box
and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☐ DIRECTOR ☐                    OFFICER ☐ DIRECTOR ☐

NAME:                                   NAME:

TITLE:                                  TITLE:

ADDRESS:                                ADDRESS:

CITY/ST/ZIP:                            CITY/ST/ZIP:



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:  HOMES BY NEXUS INC.

ID:  0786123 - 0

DCN:  16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ||HOMES
## BY NEXUS

**HOMES BY NEXUS INC.**                                    WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA  23218-1197

RE:  Request for Reinstatement of Homes By Nexus, Inc.
     ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-488-3669

```
CIS0372                          CIS                    10/26/16
1    17  CISM0180         CORPORATE DATA INQUIRY        09:57:45

     CORP ID:  0786123 - 0  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
  CORP NAME:  HOMES BY NEXUS INC._____
  _____
DATE OF CERTIFICATE: 01/01/2015 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION: VA VIRGINIA    STOCK INDICATOR:  S STOCK
MERGER IND:                 CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE:  50.00    MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  NEXUS SERVICES INC.

   STREET:  113 MILL PLACE PARKWAY              AR RTN MAIL:
            SUITE 103
     CITY:  VERONA              STATE : VA  ZIP: 24482-0000
R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                     AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:        STATUS:   ASSESSMENT INDICATOR:  0
YEAR     FEES     PENALTY   INTEREST    TAXES    BALANCE      TOTAL SHARES
 16     100.00     10.00                                              50
COMMAND: ....................................................................
4AÛ                                                        06,016
```

0786123 - 0

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.


STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner


CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482


REINACPT
CIS0372
16-10-24-1452



# APPLICATION FOR REINSTATEMENT
# OF A VIRGINIA CORPORATION

Date: _9/26/16_

To:    State Corporation Commission
       Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From: **HOMES BY NEXUS INC.**
       SCC ID No. **0786123 - 0**

| 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

_Richard Moore_
(printed name)

_EVP_
(title)

*For Office Use Only*

DCN: _161024 1452_

_____

Reinstatement Fee:      $ _100_
Past Due Fees: (      ) $ _____
Total:                  $ _100_

R/A? Yes: ____ No: ____ N/C: _✓_
A/R? Yes: _✓_ No: ____ YR: _2016_
Exam By: _Hus_ Date: _10-26-16_

Signing Requirements:

This application **must** be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____        _____
(name)                                  (telephone number)

_____
(mailing address)

**Personal information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**REINSTATE**

### STATEMENT OF CHANGE OF REGISTERED
### OFFICE AND/OR REGISTERED AGENT

**SCC635/834
(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

***REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.***

Corporation's Name:   **HOMES BY NEXUS INC.**          **170123^0632**          SCC ID No.: **0786123 - 0**

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP ( J00112 / -4 ) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | **113 MILL PLACE PARKWAY** **SUITE 103** **VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of  Roanoke |

| *Section B* | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

| (1) an **individual** who is a resident of Virginia **and** ☐ an officer of the corporation whose title is _____ *(e.g., president, secretary, treasurer)* ☐ a director of the corporation. ☐ a member of the Virginia State Bar. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
|---|---|---|

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by: _____ 5/10/2016 (signature)              (date) **Richard Moore** (printed name) **Vice President** (title (e.g., president or chairman))    (See Instructions) _____ (telephone number (optional)) | *The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.* ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217053762--3/17/2017



1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 50 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| [X] Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0002020

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  [X] Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>[X] Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER [X]   DIRECTOR ☐ | OFFICER [X]   DIRECTOR [X] |
| NAME:  MICHAEL DONOVAN | NAME:  **MICHEAL P. DONOVAN** |
| TITLE:  PRESIDENT | TITLE:  **PRESIDENT/CEO** |
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____          *Richard Moore, Vic Presnt*          3/14/16
SIGNATURE OF DIRECTOR/OFFICER          PRINTED NAME AND CORPORATE TITLE          DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2017 ANNUAL REPORT CONTINUED**

217053762--3/21/2017

CORPORATION NAME:
HOMES BY NEXUS INC.

DUE DATE: **01/31/17**
SCC ID NO.: **0786123-0**

---

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | ☒ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☒   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME:  RICHARD  MOORE | NAME:  **RICHARD E. MOORE** |
| TITLE:  EXECUTIVE VP | TITLE:  **VICE PRESIDENT** |
| ADDRESS:  113 MILL PLACE PARKWAY #103 | ADDRESS: **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☒ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME: | NAME:  **EVAN M. AJIN** |
| TITLE: | TITLE:  **SECRETARY/TREASURER** |
| ADDRESS: | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

0002629





**1501500105**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

# ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is HOMES BY NEXUS INC.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 50 shares of common stock.

4.    The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.    The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
        RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

216158896--10/26/201

**REINSTATE**

01

1. CORPORATION NAME
   HOMES BY NEXUS INC.

DUE DATE:

SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

5. STOCK INFORMATION:

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA VA 24482

*H9M*
*10-26-16*

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   **113 MILL PLACE PARKWAY**<br>**SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br>NAME: *Richard Moore*<br>TITLE: *Executive Vice President*<br>ADDRESS: *113 Mill Place Pkwy #103*<br>CITY/ST/ZIP: *Verona VA 24482* | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Richard Moore EVP*
PRINTED NAME AND TITLE

*9/27/16*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED                                                216158896--10/26/201

CORPORATE NAME:                                    DUE DATE:
HOMES BY NEXUS INC.                                SCC ID NO.:   0786123-0

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):     All directors and principal officers must be listed.
                                                      An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐<br><br>NAME: Micheal Donovan<br>TITLE: President<br>ADDRESS: 113 Mill Place Pkwy Suite 103<br>CITY/ST/ZIP: Veron .VA 24482 | OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:    HOMES BY NEXUS INC.

ID:    0786123 - 0

DCN:   16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ||HOMES
## BY NEXUS

**HOMES BY NEXUS INC.**                                              WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA  23218-1197

RE:  Request for Reinstatement of Homes By Nexus, Inc.
     ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-468-3669

```
CIS0372                          CIS                   10/26/16
1    17  CISM0180      CORPORATE DATA INQUIRY          09:57:45

   CORP ID:  0786123 - 0  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
CORP NAME:  HOMES BY NEXUS INC._____
            _____
DATE OF CERTIFICATE: 01/01/2015 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION: VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:              CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE: 50.00    MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  NEXUS SERVICES INC.

   STREET:  113 MILL PLACE PARKWAY              AR RTN MAIL:
            SUITE 103
     CITY:  VERONA             STATE : VA  ZIP: 24482-0000
R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                      AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:        STATUS:  ASSESSMENT INDICATOR:  0
YEAR     FEES     PENALTY    INTEREST    TAXES     BALANCE     TOTAL SHARES
 16     100.00     10.00                                               50
COMMAND:  ..............................................................
4AÛ                                                       06,016
```

0786123 - 0

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016. The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.


STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner


CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482


REINACPT
CIS0372
16-10-24-1452



# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION

Date: _9/26/16_

To:    State Corporation Commission
       Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From:  **HOMES BY NEXUS INC.**
       SCC ID No. **0786123 - 0**

| 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

_Richard Moore_
(printed name)

_EVP_
(title)

| For Office Use Only |
| DCN: 161024 1452 |
| |
| Reinstatement Fee:     $ _100_ |
| Past Due Fees: (     ) $ _____ |
| Total:     $ _100_ |
| R/A?  Yes: ____ No: ____ N/C: ✓ |
| A/R?  Yes: ✓ No: ____ YR: _2016_ |
| Exam By: _____ Date: _10-26-16_ |

Signing Requirements:

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

┌─────────────────────────────────────────────────────────────────────────┐
│ **Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)** │
│                                                                           │
│ _____          _____     │
│          (name)                              (telephone number)          │
│                                                                           │
│ _____            │
│          (mailing address)                                               │
└─────────────────────────────────────────────────────────────────────────┘

**Personal information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**REINSTATE**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's Name:   **HOMES BY NEXUS INC.**

**170123 ^0632**

SCC ID No.:  **0786123 - 0**

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP ( J00112 / -4) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | **113 MILL PLACE PARKWAY** **SUITE 103** **VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of  Roanoke |

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an **individual** who is a resident of Virginia **and**
  ☐ an officer of the corporation whose title is
  _____
  (e.g., president, secretary, treasurer)
  ☐ a director of the corporation.
  ☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____   5/10/2016
(signature)        (date)

Richard Moore
(printed name)

Vice President
(title (e.g., president or chairman))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



# 2017 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

217053762--3/17/2017



1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

   5. STOCK INFORMATION

   | CLASS | AUTHORIZED |
   |-------|-----------|
   | COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| [X] Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>              SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0002020

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  [X] Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>[X] Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER [X]   DIRECTOR ☐ | OFFICER [X]   DIRECTOR [X] |
| NAME:  MICHAEL DONOVAN | NAME:  **MICHEAL P. DONOVAN** |
| TITLE:  PRESIDENT | TITLE:  **PRESIDENT/CEO** |
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____          _Richard Moore, Vice Pres._          _3/14/16_
SIGNATURE OF DIRECTOR/OFFICER          PRINTED NAME AND CORPORATE TITLE          DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

## 2017 ANNUAL REPORT CONTINUED

217053762--3/?/2017

CORPORATION NAME:
HOMES BY NEXUS INC.

DUE DATE:   **01/31/17**
SCC ID NO.:   **0786123-0**

7.   DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | ☒ Correction   ☐ Addition   ☐ Replacement |
| **OFFICER** ☒ **DIRECTOR** ☒ | **OFFICER** ☒ **DIRECTOR** ☒ |
| NAME:  RICHARD  MOORE | NAME:  **RICHARD E. MOORE** |
| TITLE:  EXECUTIVE VP | TITLE:  **VICE PRESIDENT** |
| ADDRESS:   113 MILL PLACE PARKWAY #103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:   VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |
| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☒ Addition   ☐ Replacement |
| **OFFICER** ☐ **DIRECTOR** ☐ | **OFFICER** ☒ **DIRECTOR** ☒ |
| NAME: | NAME:  **EVAN M. AJIN** |
| TITLE: | TITLE:  **SECRETARY/TREASURER** |
| ADDRESS: | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: | CITY/ST/ZIP:  **Verona, VA  24482** |
| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |
| **OFFICER** ☐ **DIRECTOR** ☐ | **OFFICER** ☐ **DIRECTOR** ☐ |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |
| **OFFICER** ☐ **DIRECTOR** ☐ | **OFFICER** ☐ **DIRECTOR** ☐ |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

0002629





218023120--1/18/2018



# 2018 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION



1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0013403

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction  ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br><br>NAME:   MICHAEL P. DONOVAN<br>TITLE:   PRESIDENT/CEO<br>ADDRESS:  113 MILL PLACE PKWY., STE. 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| Evan Dijon / Director | 1-17-18 |
|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

218023120--1/18/2018

## 2018 ANNUAL REPORT CONTINUED

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/18**

SCC ID NO.: **0786123-0**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒<br><br>NAME: RICHARD E. MOORE<br>TITLE: VICE PRESIDENT<br>ADDRESS: 113 MILL PLACE PKWY., STE. 103<br>CITY/ST/ZIP: VERONA, VA 24482 | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☒   DIRECTOR ☒<br><br>NAME: EVAN M. AJIN<br>TITLE: S/T<br>ADDRESS: 113 MILL PLACE PKWY., STE 103<br>CITY/ST/ZIP: VERONA, VA 24482 | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

0013403





**1501500105**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

# ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is HOMES BY NEXUS INC.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 50 shares of common stock.

4.   The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.   The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
     RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

216158896--10/26/201



## REINSTATE

01

1. CORPORATION NAME
   HOMES BY NEXUS INC.

DUE DATE:

SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

   *H9V*
   *10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in
black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   **113 MILL PLACE PARKWAY**<br>**SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
                                          An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br>NAME: *Richard Moore*<br>TITLE: *Executive Vice President*<br>ADDRESS: *113 Mill Place Pkwy #103*<br>CITY/ST/ZIP: *Verona VA 24482* | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____     *Richard Moore EVP*          *9/27/16*
SIGNATURE OF DIRECTOR/OFFICER          PRINTED NAME AND TITLE          DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the
Commission for filing.

CISEMM

216158896--10/26/201

**2016 ANNUAL REPORT CONTINUED**

CORPORATE NAME:                                         DUE DATE:
HOMES BY NEXUS INC.                                     SCC ID NO.:   0786123-0

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):     All directors and principal officers must be listed.
                                                       An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
|---|---|
| **OFFICER** ☒ **DIRECTOR** ☐<br>NAME: Micheal Donovan<br>TITLE: President<br>ADDRESS: 113 Mill Place Pky Suit 103<br>CITY/ST/ZIP: Veron VA 24482 | **OFFICER** ☐  **DIRECTOR** ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| **OFFICER** ☐ **DIRECTOR** ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | **OFFICER** ☐  **DIRECTOR** ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| **OFFICER** ☐ **DIRECTOR** ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | **OFFICER** ☐  **DIRECTOR** ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| **OFFICER** ☐ **DIRECTOR** ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | **OFFICER** ☐  **DIRECTOR** ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:   HOMES BY NEXUS INC.

ID:   0786123 - 0

DCN:  16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ||HOMES
## BY NEXUS

**HOMES BY NEXUS INC.**                                    WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA  23218-1197

RE:  Request for Reinstatement of Homes By Nexus, Inc.
    ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the
Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-488-3669

```
CIS0372                        CIS                  10/26/16
1    17  CISM0180        CORPORATE DATA INQUIRY       09:57:45

      CORP ID:  0786123 - 0   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
   CORP NAME:  HOMES BY NEXUS INC._____
   _____
DATE OF CERTIFICATE:  01/01/2015 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:                    CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE:  50.00    MON NO:        MON STATUS:  MONITOR DTE:
   R/A NAME:  NEXUS SERVICES INC.

   STREET:  113 MILL PLACE PARKWAY              AR RTN MAIL:
            SUITE 103
      CITY:  VERONA             STATE :  VA  ZIP:  24482-0000
R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                      AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:        STATUS:  ASSESSMENT INDICATOR:  0
 YEAR    FEES    PENALTY   INTEREST   TAXES    BALANCE      TOTAL SHARES
  16    100.00    10.00                                            50
COMMAND: ...............................................................
4AÛ                                                  06,016
```

0786123 - 0

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482

REINACPT
CIS0372
16-10-24-1452

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION



Date: _9/26/16_

To:    State Corporation Commission
       Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From:  **HOMES BY NEXUS INC.**
       SCC ID No. **0786123 - 0**

| 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

_Richard Moore_
(printed name)

_EVP_
(title)

| *For Office Use Only* |
|---|
| DCN: _161024 1452_ |
| |
| Reinstatement Fee:  $ _100_ |
| Past Due Fees: (      ) $ _____ |
| Total:             $ _100_ |
| R/A?  Yes: ____  No: ____  N/C: ✓ |
| A/R?  Yes: ✗  No: ____  YR: 2016 |
| Exam By: _____ Date: _10-26-16_ |

<u>Signing Requirements:</u>

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

| Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.) |
|---|
| _____          _____ |
| (name)                                            (telephone number) |
| _____ |
| (mailing address) |

| **Personal information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk. |

REINSTAX
CISEMM

**CORP**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336

COMMONWEALTH OF VIRGINIA          **REINSTATE**
STATE CORPORATION COMMISSION

STATEMENT OF CHANGE OF REGISTERED
OFFICE AND/OR REGISTERED AGENT

**SCC635/834**
**(04/16)**   *This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's Name:   **HOMES BY NEXUS INC.**   170123^0632   SCC ID No.: **0786123 - 0**

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP (J001121-4) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | **113 MILL PLACE PARKWAY** **SUITE 103** **VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of Roanoke |

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

| (1) an <u>individual</u> who is a resident of Virginia <u>and</u>  ☐ an officer of the corporation whose title is  _____  (e.g., president, secretary, treasurer)  ☐ a director of the corporation.  ☐ a member of the Virginia State Bar. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
|---|---|---|

| Section C | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by:  _____(signature)_____  5/10/2016 (date)  Richard Moore (printed name)  Vice President (title (e.g., president or chairman))   (See Instructions)  _____(telephone number (optional))_____ | *The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.*  ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217053762--3/17/2017



1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| [X] Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY  SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0002020

| Mark appropriate box unless area below is blank: [ ] Information is correct  [X] Information is incorrect  [ ] Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: [X] Correction  [ ] Addition  [ ] Replacement |
|---|---|
| OFFICER [X]  DIRECTOR [ ] | OFFICER [X]  DIRECTOR [X] |
| NAME:  MICHAEL DONOVAN | NAME:  **MICHEAL P. DONOVAN** |
| TITLE:  PRESIDENT | TITLE:  **PRESIDENT/CEO** |
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____          *Richard Moore, Vice Pres*          3/14/16
SIGNATURE OF DIRECTOR/OFFICER          PRINTED NAME AND CORPORATE TITLE          DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

217053762--3/  2/2017

# 2017 ANNUAL REPORT CONTINUED

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/17**

SCC ID NO.: **0786123-0**

---

**7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | ☒ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☒   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME:  RICHARD  MOORE | NAME:  **RICHARD E. MOORE** |
| TITLE:  EXECUTIVE VP | TITLE:  **VICE PRESIDENT** |
| ADDRESS:  113 MILL PLACE PARKWAY #103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☒ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME: | NAME:  **EVAN M. AJIN** |
| TITLE: | TITLE:  **SECRETARY/TREASURER** |
| ADDRESS: | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

0002629



218023120--1/18/2018



# 2018 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

1. CORPORATION NAME:

   HOMES BY NEXUS INC.

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DUE DATE:  **01/31/18**

SCC ID NO.:  **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:  All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME:   MICHAEL P. DONOVAN | NAME: |
| TITLE:   PRESIDENT/CEO | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE. 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Evan Rijn / Director
PRINTED NAME AND CORPORATE TITLE

1-17-18
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

218023120--1/18/2018

## 2018 ANNUAL REPORT CONTINUED

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/18**

SCC ID NO.: **0786123-0**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☒   DIRECTOR ☒

NAME: RICHARD E. MOORE

TITLE: VICE PRESIDENT

ADDRESS: 113 MILL PLACE PKWY., STE. 103

CITY/ST/ZIP: VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☒   DIRECTOR ☒

NAME: EVAN M. AJIN

TITLE: S/T

ADDRESS: 113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP: VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

0013403



---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

HOMES BY NEXUS INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

## RECEIPT

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    18-08-13-0752

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

HOMES BY NEXUS INC.
_____
(name of corporation)

0786123-0
_____
(corporation's SCC ID #)

☑    The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)    (printed name)    (date)

**OR**   **180813 0752**

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _William Gust_          W. William Gust, Esq. - Partner       8-6-18
(signature)                  (printed name and title)                (date)

> **PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

### NOTICE TO THE ABOVE-REFERENCED CORPORATION

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

### SEE INSTRUCTIONS ON THE REVERSE



1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

# HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

# ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1. The name of the corporation is HOMES BY NEXUS INC.

2. The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3. The corporation is authorized to issue 50 shares of common stock.

4. The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5. The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6. The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
      RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

216158896--10/26/201

**REINSTATE**

01

1. CORPORATION NAME
   HOMES BY NEXUS INC.

DUE DATE:

SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

*H9M*
*10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   **113 MILL PLACE PARKWAY**<br>**SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
                                          An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☒<br>NAME: *Richard Moore*<br>TITLE: *Executive Vice President*<br>ADDRESS: *113 Mill Place Pkwy #103*<br>CITY/ST/ZIP: *Verona VA 24482* | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Richard Moore EVP*
PRINTED NAME AND TITLE

*9/27/16*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED                                      216158896--10/26/201

CORPORATE NAME:                                    DUE DATE:
HOMES BY NEXUS INC.                                SCC ID NO.:   0786123-0

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):    All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐<br>NAME: Micheal Donovan<br>TITLE: President<br>ADDRESS: 113 Mill Place Pkwy Suite103<br>CITY/ST/ZIP: Verona VA 24482 | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:   HOMES BY NEXUS INC.

ID:   0786123 - 0

DCN:   16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ‖HOMES
## BY NEXUS

**HOMES BY NEXUS INC.**                                          WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA  23218-1197

RE:  Request for Reinstatement of Homes By Nexus, Inc.
ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-488-3669

```
CIS0372                          CIS                    10/26/16
1    17  CISM0180         CORPORATE DATA INQUIRY        09:57:45

    CORP ID:  0786123 - 0   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
  CORP NAME:  HOMES BY NEXUS INC._____
            _____
DATE OF CERTIFICATE: 01/01/2015 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                  CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE: 50.00    MON NO:        MON STATUS:   MONITOR DTE:
  R/A NAME:  NEXUS SERVICES INC.

    STREET:  113 MILL PLACE PARKWAY                 AR RTN MAIL:
             SUITE 103
      CITY:  VERONA              STATE : VA  ZIP: 24482-0000
  R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                     AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:        STATUS:   ASSESSMENT INDICATOR:  0
YEAR    FEES      PENALTY    INTEREST    TAXES     BALANCE    TOTAL SHARES
 16    100.00     10.00                                              50
COMMAND: ...............................................................
4AÛ                                                     06,016
```

0786123 - 0

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.


STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner


CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482


REINACPT
CIS0372
16-10-24-1452

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION



Date: _9/26/16_

To:   State Corporation Commission
      Office of the Clerk

From: **HOMES BY NEXUS INC.**
      SCC ID No. 0786123 - 0

| Last Day for Reinstatement |
| **May 31, 2021** |

| 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence. All required documents and fees are enclosed.

Sincerely,

_____
(signature)

_Richard Moore_
(printed name)

_EVP_
(title)

**For Office Use Only**

DCN: _161024 1452_

_____

Reinstatement Fee:     $ _100_
Past Due Fees: (     ) $ _____
Total:                 $ _100_

R/A? Yes: ____ No: ____ N/C: _✓_
A/R? Yes: _✓_ No: ____ YR: _2016_
Exam By: _Hud_  Date: _10-26-16_

Signing Requirements:

This application **must** be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director. "Owner" and "registered agent" are not acceptable titles. See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent. (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____
(name)                                          (telephone number)

_____
(mailing address)

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**REINSTATE**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's Name:   **HOMES BY NEXUS INC.**      170123^0632      SCC ID No.:  **0786123 - 0**

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP (J001121-4) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | **113 MILL PLACE PARKWAY** **SUITE 103** **VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of  Roanoke |

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

| (1) an **individual** who is a resident of Virginia **and** ☐ an officer of the corporation whose title is _____ (e.g., president, secretary, treasurer) ☐ a director of the corporation. ☐ a member of the Virginia State Bar. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
|---|---|---|

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by: _____(signature)    5/10/2016 (date) **Richard Moore** (printed name) **Vice President** (title (e.g., president or chairman))   (See Instructions) _____ (telephone number (optional)) | *The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.* ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |
|---|---|---|

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217053762--3/17/2017

1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE:  **01/31/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.:  **0786123-0**

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☒ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0002020

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☒ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
| NAME:  MICHAEL DONOVAN | NAME:  **MICHEAL P. DONOVAN** |
| TITLE:  PRESIDENT | TITLE:  **PRESIDENT/CEO** |
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____        *Richard Moore , Vice Prisdt*        3/14/16
SIGNATURE OF DIRECTOR/OFFICER              PRINTED NAME AND CORPORATE TITLE         DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

# 2017 ANNUAL REPORT CONTINUED

217053762--3/1/2017

**CORPORATION NAME:**

HOMES BY NEXUS INC.

**DUE DATE:** 01/31/17

**SCC ID NO.:** 0786123-0

7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | ☒ Correction  ☐ Addition  ☐ Replacement |

| OFFICER ☒   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME:  RICHARD MOORE | NAME:  RICHARD E. MOORE |
| TITLE:  EXECUTIVE VP | TITLE:  VICE PRESIDENT |
| ADDRESS:  113 MILL PLACE PARKWAY #103 | ADDRESS: 113 Mill Place Pkwy., Ste. 103 |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: Verona, VA  24482 |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | ☐ Correction  ☒ Addition  ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME: | NAME:  EVAN M. AJIN |
| TITLE: | TITLE:  SECRETARY/TREASURER |
| ADDRESS: | ADDRESS: 113 Mill Place Pkwy., Ste 103 |
| CITY/ST/ZIP: | CITY/ST/ZIP: Verona, VA  24482 |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

0002629





218023120--1/18/2018

# 2018 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION



1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  MICHAEL P. DONOVAN | NAME: |
| TITLE:  PRESIDENT/CEO | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE. 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____          Evan Ajin / Director          1-17-18

SIGNATURE OF DIRECTOR/OFFICER          PRINTED NAME AND CORPORATE TITLE          DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

## 2018 ANNUAL REPORT CONTINUED

218023120--1/18/2018

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/18**

SCC ID NO.: **0786123-0**

**7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐

NAME:  RICHARD E. MOORE | NAME:

TITLE:  VICE PRESIDENT | TITLE:

ADDRESS:  113 MILL PLACE PKWY., STE. 103 | ADDRESS:

CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐

NAME:  EVAN M. AJIN | NAME:

TITLE:  S/T | TITLE:

ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS:

CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

OFFICER ☐  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐

NAME: | NAME:

TITLE: | TITLE:

ADDRESS: | ADDRESS:

CITY/ST/ZIP: | CITY/ST/ZIP:

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

OFFICER ☐  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐

NAME: | NAME:

TITLE: | TITLE:

ADDRESS: | ADDRESS:

CITY/ST/ZIP: | CITY/ST/ZIP:



0013403



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

HOMES BY NEXUS INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

## RECEIPT

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    18-08-13-0752

Dear Customer:

    The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent.  As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

    Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise.  The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

    Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation.  The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov.  If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

SCC636/835
(07/10)          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

HOMES BY NEXUS INC.
_____
(name of corporation)

0786123-0
_____
(corporation's SCC ID #)

☑   The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)     (printed name)     (date)

**OR**   **180813  0752**

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _____   W. William Gust, Esq. - Partner   8-6-18
(signature)                           (printed name and title)          (date)

---

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

---

### NOTICE TO THE ABOVE-REFERENCED CORPORATION

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

### SEE INSTRUCTIONS ON THE REVERSE

1809540806



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **HOMES BY NEXUS INC.**

ID:        **07861230**

DCN:       **1809186872**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
CISECOM

1809540806



eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.   RE:   **HOMES BY NEXUS INC.**

     ID:   **07861230**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
     GENTRY LOCKE RAKES & MOORE, LLP
     10 FRANKLIN RD SE
     SUITE 900
     ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.   The current registered agent is Resigned.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
     INCORP SERVICES, INC.
     7288 Hanover Green Drive
     Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of HOMES BY NEXUS INC.
By: Richard Moore, Vice-President
    /s/ Richard Moore



1501500105

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

# HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

## ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is HOMES BY NEXUS INC.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 50 shares of common stock.

4.    The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.    The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
        RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

216158896--10/26/201



**REINSTATE**

01

1. CORPORATION NAME
   HOMES BY NEXUS INC.

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

   *HqU*
   *10-26-16*

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DUE DATE:

SCC ID NO.: **0786123-0**

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:  **113 MILL PLACE PARKWAY SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME: *Richard Moore.* | NAME: |
| TITLE: *Executive Vice President* | TITLE: |
| ADDRESS: *113 Mill Place Pkwy #103* | ADDRESS: |
| CITY/ST/ZIP: *Verona VA 24482* | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Richard Moore EVP*
PRINTED NAME AND TITLE

*9/27/16*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED                                    216158896--10/26/201

CORPORATE NAME:                                    DUE DATE:
HOMES BY NEXUS INC.                                SCC ID NO.:   0786123-0

All directors and principal officers must be listed.
7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):    An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER** ☒ **DIRECTOR** ☐<br>NAME:  *Micheal Donovan*<br>TITLE:  *President*<br>ADDRESS:  *113 Mill Place Pkwy Suit 103*<br>CITY/ST/ZIP:  *Veron, VA 24482* | **OFFICER** ☐ **DIRECTOR** ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| **OFFICER** ☐ **DIRECTOR** ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | **OFFICER** ☐ **DIRECTOR** ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| **OFFICER** ☐ **DIRECTOR** ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | **OFFICER** ☐ **DIRECTOR** ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| **OFFICER** ☐ **DIRECTOR** ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | **OFFICER** ☐ **DIRECTOR** ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# IIHOMES
## BY NEXUS

**HOMES BY NEXUS INC.**                                           WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA 23218-1197

RE: Request for Reinstatement of Homes By Nexus, Inc.
      ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-488-3669

```
CIS0372                        CIS                    10/26/16
1    17  CISM0180        CORPORATE DATA INQUIRY         09:57:45

    CORP ID:  0786123 - 0   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
CORP NAME:  HOMES BY NEXUS INC._____
            _____
DATE OF CERTIFICATE:  01/01/2015 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:                   CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE:  50.00     MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  NEXUS SERVICES INC.

   STREET:  113 MILL PLACE PARKWAY                  AR RTN MAIL:
            SUITE 103
     CITY:  VERONA               STATE :  VA  ZIP:  24482-0000
R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE:  01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                      AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:        STATUS:   ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY   INTEREST   TAXES    BALANCE      TOTAL SHARES
 16    100.00    10.00                                              50
COMMAND:  ..........................................................
4AÛ                                                  06,016
```

0786123 - 0

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.


STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner


CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482


REINACPT
CIS0372
16-10-24-1452

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION



Date: _9/26/16_

To:  State Corporation Commission
     Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From: **HOMES BY NEXUS INC.**
      SCC ID No. 0786123 - 0

`01`

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

_Richard Moore_
(printed name)

_EVP_
(title)

---

*For Office Use Only*

DCN: _161024 1452_

_____

| | |
| --- | --- |
| Reinstatement Fee: | $ _100_ |
| Past Due Fees: (     ) $ _____ |
| Total: | $ _100_ |

R/A?  Yes: _____  No: _____  N/C: _✓_
A/R?  Yes: _✓_  No: _____  YR: _2016_
Exam By: _Hud_ Date: _10-26-16_

<u>Signing Requirements:</u>

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

---

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____
(name)                                    (telephone number)

_____
(mailing address)

---

**Personal information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**REINSTATE**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's Name:   **HOMES BY NEXUS INC.**   **170123 ^0632**   SCC ID No.: **0786123 - 0**

| Section A | Current Information | Revised Information |
|---|---|---|
| Registered Agent Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP (J001121-4) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| Registered Office Address: | **113 MILL PLACE PARKWAY SUITE 103 VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of   Roanoke |

| Section B | *must* be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent. |
|---|---|

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an **individual** who is a resident of Virginia **and**
  ☐ an officer of the corporation whose title is

      _____
      (e.g., president, secretary, treasurer)

  ☐ a director of the corporation.

  ☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____   5/10/2016
(signature)                                    (date)

Richard Moore
(printed name)

Vice President
(title (e.g., president or chairman))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

217053762--3/17/2017

# 2017 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION



1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| [X] Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0002020

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  [X] Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  [X] Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER [X]  DIRECTOR ☐ | OFFICER [X]  DIRECTOR [X] |
| NAME:  MICHAEL DONOVAN | NAME:  **MICHEAL P. DONOVAN** |
| TITLE:  PRESIDENT | TITLE:  **PRESIDENT/CEO** |
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____                    *Richard Moore, Vice Prsdt*                    3/14/16

SIGNATURE OF DIRECTOR/OFFICER              PRINTED NAME AND CORPORATE TITLE                DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

# 2017 ANNUAL REPORT CONTINUED

217053762--3/17/2017

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/17**

SCC ID NO.: **0786123-0**

## 7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | ☒ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☒   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME:  RICHARD MOORE | NAME:  **RICHARD E. MOORE** |
| TITLE:  EXECUTIVE VP | TITLE:  **VICE PRESIDENT** |
| ADDRESS:  113 MILL PLACE PARKWAY #103 | ADDRESS: **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☒ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME: | NAME:  **EVAN M. AJIN** |
| TITLE: | TITLE:  **SECRETARY/TREASURER** |
| ADDRESS: | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |



0002629

218023120--1/18/2018



# 2018 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

1. CORPORATION NAME:

   HOMES BY NEXUS INC.

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DUE DATE:  **01/31/18**

SCC ID NO.:  **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------:|
| COMMON | 50 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME:  MICHAEL P. DONOVAN | NAME: |
| TITLE:  PRESIDENT/CEO | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE. 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Evan Bjin  / Director
PRINTED NAME AND CORPORATE TITLE

1-17-18
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

218023120--1/18/2018

## 2018 ANNUAL REPORT CONTINUED

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE:   **01/31/18**

SCC ID NO.:   **0786123-0**

**7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct    ☐ Information is incorrect    ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br><br>NAME:  RICHARD E. MOORE<br><br>TITLE:  VICE PRESIDENT<br><br>ADDRESS:  113 MILL PLACE PKWY., STE. 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct    ☐ Information is incorrect    ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☒  DIRECTOR ☒<br><br>NAME:  EVAN M. AJIN<br><br>TITLE:  S/T<br><br>ADDRESS:  113 MILL PLACE PKWY., STE 103<br><br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct    ☐ Information is incorrect    ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct    ☐ Information is incorrect    ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |

0013403





**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

HOMES BY NEXUS INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

## RECEIPT

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    18-08-13-0752

Dear Customer:

    The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent.  As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

    Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise.  The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

    Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation.  The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov.  If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

180805053O

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

HOMES BY NEXUS INC.
_____
(name of corporation)

0786123-0
_____
(corporation's SCC ID #)

SCC CLERK'S OFFICE
2018 AUG 13 AM 10: 02

☑  The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)     (printed name)          (date)

**OR**   180813  0752

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _____        W. William Gust, Esq. - Partner       8-6-18
    (signature)                          (printed name and title)          (date)

> **PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

## NOTICE TO THE ABOVE-REFERENCED CORPORATION

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

## SEE INSTRUCTIONS ON THE REVERSE

1809540806



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **HOMES BY NEXUS INC.**

ID:        **07861230**

DCN:       **1809186872**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                           Sincerely,
CISECOM

                                  Joel H. Peck
                                  Clerk of the Commission

1809540806



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **HOMES BY NEXUS INC.**

     ID:   **07861230**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):

          GENTRY LOCKE RAKES & MOORE, LLP

          10 FRANKLIN RD SE

          SUITE 900

          ROANOKE, VA 24011-0000            (ROANOKE CITY)

3.   The current registered agent is Resigned.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):

          INCORP SERVICES, INC.

          7288 Hanover Green Drive

          Mechanicsville, VA 23111            (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of HOMES BY NEXUS INC.

By: Richard Moore, Vice-President

     /s/ Richard Moore

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 200413548769
Filing Date/Time: 04/13/2020 01:37 PM
Effective Date/Time: 04/13/2020 01:37 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 04/13/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/13/2020 01:33 PM | Stock Corporation | Annual Report | Pending |
| 04/13/2020 01:35 PM | Stock Corporation | Registration Fee | Pending |



**1501500105**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

# ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is HOMES BY NEXUS INC.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 50 shares of common stock.

4.   The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.   The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
      RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

216158896--10/26/201



# REINSTATE

01

1. CORPORATION NAME
   HOMES BY NEXUS INC.

DUE DATE:

SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

*Hvu*
*10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   **113 MILL PLACE PARKWAY**<br>**SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER [X]  DIRECTOR [X]<br>NAME: *Richard Moore.*<br>TITLE: *Executive Vice President*<br>ADDRESS: *113 Mill Place Pkwy #103*<br>CITY/ST/ZIP: *Verona VA 24482* | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Richard Moore EVP*
PRINTED NAME AND TITLE

*9/27/16*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED                                      216158896--10/26/201

CORPORATE NAME:                                    DUE DATE:
HOMES BY NEXUS INC.                                SCC ID NO.:   0786123-0

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):   All directors and principal officers must be listed.
                                                    An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐<br>NAME: Micheal Donovan<br>TITLE: President<br>ADDRESS: 113 Mill Place Pkwy Suite 103<br>CITY/ST/ZIP: Verona VA 24482 | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |



# COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

### RECEIPT

RE:   HOMES BY NEXUS INC.

ID:   0786123 - 0

DCN:   16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ||HOMES
## BY NEXUS

**HOMES BY NEXUS INC.**                                      WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA 23218-1197

RE: Request for Reinstatement of Homes By Nexus, Inc.
    ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the
Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-488-3669

```
CIS0372                          CIS                    10/26/16
1    17  CISM0180        CORPORATE DATA INQUIRY         09:57:45

   CORP ID:  0786123 - 0  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
CORP NAME:  HOMES BY NEXUS INC._____
         _____
DATE OF CERTIFICATE:  01/01/2015 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:                    CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE:  50.00     MON NO:         MON STATUS:  MONITOR DTE:
  R/A NAME:  NEXUS SERVICES INC.

   STREET:  113 MILL PLACE PARKWAY                 AR RTN MAIL:
            SUITE 103
      CITY:  VERONA              STATE :  VA  ZIP:  24482-0000
R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                      AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:          STATUS:  ASSESSMENT INDICATOR:  0
YEAR     FEES     PENALTY    INTEREST    TAXES     BALANCE      TOTAL SHARES
 16     100.00     10.00                                                 50
COMMAND:  ....................................................................
4AÛ                                                     06,016
```

0786123 - 0

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.


STATE CORPORATION COMMISSION

By    _James C. Dimitri_

James C. Dimitri
Commissioner


CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482


REINACPT
CIS0372
16-10-24-1452

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION



Date: __9/26/16__

To:   State Corporation Commission
      Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From: **HOMES BY NEXUS INC.**
      SCC ID No. **0786123 - 0**                                  | 01 |

       On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to
reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

_Richard Moore_
(printed name)

_EVP_
(title)

| For Office Use Only |
| DCN: 161024 1452 |
| _____ |
| Reinstatement Fee:         $ _100_ |
| Past Due Fees: (     ) $ _____ |
| Total:                     $ _100_ |
| R/A?  Yes: ____  No: ____  N/C: _Y_ |
| A/R?  Yes: _Y_  No: ____  YR: _2016_ |
| Exam By: _____ Date: _10-26-16_ |

<u>Signing Requirements:</u>

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president,
secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604
of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the
annual report with the same title as is designated above.

----

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If
left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____     _____
                 (name)                                    (telephone number)

_____
             (mailing address)

----

**Personal information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk
for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

**RECEIPT**

RE:   HOMES BY NEXUS INC.

ID:   0786123 - 0

DCN:   17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336

COMMONWEALTH OF VIRGINIA                    **REINSTATE**
STATE CORPORATION COMMISSION

### STATEMENT OF CHANGE OF REGISTERED
### OFFICE AND/OR REGISTERED AGENT

**SCC635/834
(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's Name:   **HOMES BY NEXUS INC.**       170123^0632       SCC ID No.: **0786123 - 0**

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| Registered Agent Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP (J001121-4) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| Registered Office Address: | **113 MILL PLACE PARKWAY SUITE 103 VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of Roanoke |

| *Section B* | Section B *must* be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent. |
|---|---|
| | The registered agent, whose business office address is identical with the registered office, is: |

| (1) an <u>individual</u> who is a resident of Virginia <u>and</u> ☐ an officer of the corporation whose title is _____ (e.g., president, secretary, treasurer) ☐ a director of the corporation. ☐ a member of the Virginia State Bar. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
|---|---|---|

| *Section C* | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by: _____ 5/10/2016 (signature)                (date) **Richard Moore** (printed name) **Vice President** (title (e.g., president or chairman))   (See Instructions) _____ (telephone number (optional)) | *The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.* ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |
|---|---|---|

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217053762--3/17/2017



1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

   5. STOCK INFORMATION

   | CLASS | AUTHORIZED |
   |-------|-----------|
   | COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| [X] Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: 113 MILL PLACE PARKWAY  SUITE 103 | ADDRESS: |
| CITY/ST/ZIP  VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0002020

| Mark appropriate box unless area below is blank: ☐ Information is correct  [X] Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: [X] Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER [X]  DIRECTOR ☐ | OFFICER [X]  DIRECTOR [X] |
| NAME: MICHAEL DONOVAN | NAME: **MICHEAL P. DONOVAN** |
| TITLE: PRESIDENT | TITLE: **PRESIDENT/CEO** |
| ADDRESS: 113 MILL PLACE PARKWAY SUITE 103 | ADDRESS: **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP: VERONA, VA 24482 | CITY/ST/ZIP: **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_Richard Moore, Vice President_        3/14/16

| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

# 2017 ANNUAL REPORT CONTINUED

217053762--3/17/2017

CORPORATION NAME:
HOMES BY NEXUS INC.

DUE DATE: **01/31/17**
SCC ID NO.: **0786123-0**

## 7.   DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | ☒ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☒   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME:  RICHARD  MOORE | NAME:  **RICHARD E. MOORE** |
| TITLE:  EXECUTIVE VP | TITLE:  **VICE PRESIDENT** |
| ADDRESS:  113 MILL PLACE PARKWAY #103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☒ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME: | NAME:  **EVAN M. AJIN** |
| TITLE: | TITLE:  **SECRETARY/TREASURER** |
| ADDRESS: | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |



0002629

218023120--1/18/2018

**2018 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:        All directors and principal officers must be listed.
                                            An individual may be designated as both a director and an officer.

0013403

| Mark appropriate box unless area below is blank<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  MICHAEL P. DONOVAN | NAME: |
| TITLE:  PRESIDENT/CEO | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE. 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

Evan Pijn / Director                        1-17-18

| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |
|---|---|---|

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

218023120--1/18/2018

# 2018 ANNUAL REPORT CONTINUED

CORPORATION NAME:                            DUE DATE:  **01/31/18**

HOMES BY NEXUS INC.                        SCC ID NO.:  **0786123-0**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**     All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct    ☐ Information is incorrect    ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:    ☐ Correction ☐ Addition ☐ Replacement

OFFICER ☒ DIRECTOR ☒

NAME: RICHARD E. MOORE

TITLE: VICE PRESIDENT

ADDRESS: 113 MILL PLACE PKWY., STE. 103

CITY/ST/ZIP: VERONA, VA 24482

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct    ☐ Information is incorrect    ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:    ☐ Correction ☐ Addition ☐ Replacement

OFFICER ☒ DIRECTOR ☒

NAME: EVAN M. AJIN

TITLE: S/T

ADDRESS: 113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP: VERONA, VA 24482

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct    ☐ Information is incorrect    ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:    ☐ Correction ☐ Addition ☐ Replacement

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

0013403



---

Mark appropriate box unless area below is blank:
☐ Information is correct    ☐ Information is incorrect    ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:    ☐ Correction ☐ Addition ☐ Replacement

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

HOMES BY NEXUS INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

## RECEIPT

RE:     HOMES BY NEXUS INC.

ID:      0786123 - 0

DCN:    18-08-13-0752

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)       **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP

_____
(name of registered agent)

hereby resigns as the registered agent for

HOMES BY NEXUS INC.

_____
(name of corporation)

0786123-0

_____
(corporation's SCC ID #)

[✓]   The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)     (printed name)     (date)

**OR   180813  0752**

Gentry Locke Rakes & Moore, LLP

(name of business entity resigning as registered agent)

By: _William Gust_     W. William Gust, Esq. - Partner     8-6-18
    (signature)                        (printed name and title)          (date)

| **PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing. |
|---|

**NOTICE TO THE ABOVE-REFERENCED CORPORATION**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

**SEE INSTRUCTIONS ON THE REVERSE**

1809540806



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:          **HOMES BY NEXUS INC.**

ID:          **07861230**

DCN:         **1809186872**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                          Sincerely,
CISECOM
                                 *Joel H. Peck*
                                 Joel H. Peck
                                 Clerk of the Commission

1809540806



eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.  RE:  **HOMES BY NEXUS INC.**

    ID:  **07861230**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

    GENTRY LOCKE RAKES & MOORE, LLP
    10 FRANKLIN RD SE
    SUITE 900
    ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.  The current registered agent is Resigned.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

    INCORP SERVICES, INC.
    7288 Hanover Green Drive
    Mechanicsville, VA 23111          (HANOVER COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of HOMES BY NEXUS INC.
By: Richard Moore, Vice-President
    /s/ Richard Moore

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 200413548769
Filing Date/Time: 04/13/2020 01:37 PM
Effective Date/Time: 04/13/2020 01:37 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 04/13/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/13/2020 01:33 PM | Stock Corporation | Annual Report | Pending |
| 04/13/2020 01:35 PM | Stock Corporation | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 200413548770
Filing Date/Time: 04/13/2020 01:37 PM
Effective Date/Time: 04/13/2020 01:37 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Jurisdiction: | VA | | |
| Total Shares: | 50 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER | | |

### Principal Office Address

Address:   113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| PRESIDENT/CEO | Yes | MICHAEL P. DONOVAN | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| Vice President | Yes | RICHARD E. MOORE | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| S/T | Yes | EVAN M. AJIN | 113 MILL PLACE PKWY., STE 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 04/13/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard E. Moore | Richard E. Moore | Executive Vice President |



**1501500105**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

# HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

## ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is HOMES BY NEXUS INC.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 50 shares of common stock.

4.    The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.    The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
        RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

216158896--10/26/201



## REINSTATE

01

1. CORPORATION NAME
   HOMES BY NEXUS INC.

DUE DATE:

SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

   *HVV
   10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS: **113 MILL PLACE PARKWAY** **SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER [X]   DIRECTOR [✓] NAME: *Richard Moore* TITLE: *Executive Vice President* ADDRESS: *113 Mill Place Pkwy #103* CITY/ST/ZIP: *Verona VA 24482* | OFFICER ☐   DIRECTOR ☐ NAME: TITLE: ADDRESS: CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Richard Moore EVP*
PRINTED NAME AND TITLE

*9/27/16*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED                                          216158896--10/26/201

CORPORATE NAME:                                    DUE DATE:
HOMES BY NEXUS INC.                                SCC ID NO.:   0786123-0

All directors and principal officers must be listed.
7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):      An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐Information is correct   ☐ Information is incorrect   ☐Delete Information | and enter information below: ☐ Correction   ☐Addition   ☐ Replacement |

OFFICER ☒ DIRECTOR ☐                          OFFICER ☐   DIRECTOR ☐

NAME:  Micheal Donovan                        NAME:

TITLE:  President                             TITLE:

ADDRESS:  113 Mill Place Pkwy Suite 103       ADDRESS:

CITY/ST/ZIP:  Veron, VA 24482                 CITY/ST/ZIP:

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐Information is correct   ☐ Information is incorrect   ☐Delete Information | and enter information below: ☐ Correction   ☐Addition   ☐ Replacement |

OFFICER ☐ DIRECTOR ☐                          OFFICER ☐   DIRECTOR ☐

NAME:                                         NAME:

TITLE:                                        TITLE:

ADDRESS:                                      ADDRESS:

CITY/ST/ZIP:                                  CITY/ST/ZIP:

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐Information is correct   ☐ Information is incorrect   ☐Delete Information | and enter information below: ☐ Correction   ☐Addition   ☐ Replacement |

OFFICER ☐ DIRECTOR ☐                          OFFICER ☐   DIRECTOR ☐

NAME:                                         NAME:

TITLE:                                        TITLE:

ADDRESS:                                      ADDRESS:

CITY/ST/ZIP:                                  CITY/ST/ZIP:

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐Delete Information | and enter information below: ☐ Correction   ☐Addition   ☐ Replacement |

OFFICER ☐ DIRECTOR ☐                          OFFICER ☐   DIRECTOR ☐

NAME:                                         NAME:

TITLE:                                        TITLE:

ADDRESS:                                      ADDRESS:

CITY/ST/ZIP:                                  CITY/ST/ZIP:



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:      0786123 - 0

DCN:    16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ‖HOMES
## BY NEXUS

**HOMES BY NEXUS INC.**                                    WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA  23218-1197

RE:  Request for Reinstatement of Homes By Nexus, Inc.
     ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-468-3669

```
CIS0372                         CIS                    10/26/16
1    17  CISM0180        CORPORATE DATA INQUIRY        09:57:45

    CORP ID:  0786123 - 0   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
 CORP NAME:  HOMES BY NEXUS INC._____
            _____
 DATE OF CERTIFICATE: 01/01/2015 PERIOD OF DURATION:       INDUSTRY CODE: 00
 STATE OF INCORPORATION: VA VIRGINIA     STOCK INDICATOR:  S STOCK
 MERGER IND:              CONVERSION/DOMESTICATION IND:
 GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
 CHARTER FEE: 50.00    MON NO:        MON STATUS:  MONITOR DTE:
   R/A NAME:  NEXUS SERVICES INC.

    STREET:  113 MILL PLACE PARKWAY                 AR RTN MAIL:
             SUITE 103
      CITY:  VERONA              STATE : VA  ZIP: 24482-0000
 R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
 ACCEPTED AR#: 000 00 0000  DATE:                      AUGUSTA COUNTY
  CURRENT AR#: 000 00 0000  DATE:         STATUS:   ASSESSMENT INDICATOR:  0
 YEAR     FEES     PENALTY    INTEREST    TAXES     BALANCE      TOTAL SHARES
  16     100.00     10.00                                                 50
 COMMAND: ...............................................................
 4AÛ                                                    06,016
```

0786123 - 0

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.


STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner


CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482


REINACPT
CIS0372
16-10-24-1452

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION



Date: _9/26/16_

To:    State Corporation Commission
       Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From: **HOMES BY NEXUS INC.**
       SCC ID No. **0786123 - 0**

| 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

_Richard Moore_
(printed name)

_EVP_
(title)

| *For Office Use Only* |
| --- |
| DCN: 161024 1452 |
| |
| Reinstatement Fee:      $ _100_ |
| Past Due Fees: (      ) $ _____ |
| Total:                  $ _100_ |
| R/A?  Yes: ____ No: ____  N/C: ✓ |
| A/R? Yes: ✓ No: ____  YR: 2016 |
| Exam By: _Hus_  Date: 10-26-16 |

<u>Signing Requirements:</u>

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____        _____
(name)                           (telephone number)

_____
(mailing address)

**Personal information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**



# COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

### Office of the Clerk

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

## RECEIPT

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336

COMMONWEALTH OF VIRGINIA          **REINSTATE**
STATE CORPORATION COMMISSION

STATEMENT OF CHANGE OF REGISTERED
OFFICE AND/OR REGISTERED AGENT

**SCC635/834
(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's Name:   **HOMES BY NEXUS INC.**          170123^0632          SCC ID No.:  **0786123 - 0**

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| Registered Agent Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP (J00112/-4) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| Registered Office Address: | **113 MILL PLACE PARKWAY SUITE 103 VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of  Roanoke |

| *Section B* | *must* be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent. |
|---|---|

Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.

**Section B**   The registered agent, whose business office address is identical with the registered office, is:

(1) an **individual** who is a resident of Virginia **and**
  ☐ an officer of the corporation whose title is
  _____
  (e.g., president, secretary, treasurer)
  ☐ a director of the corporation.
  ☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

**Section C**   *IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.*

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:
_____  5/10/2016
(signature)            (date)

**Richard Moore**
(printed name)

**Vice President**
(title (e.g., president or chairman))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**Personal Information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217053762--3/17/2017



1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| [X] Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>            SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0002020

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  [X] Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  [X] Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER [X]  DIRECTOR ☐<br><br>NAME:  MICHAEL DONOVAN<br>TITLE:  PRESIDENT<br>ADDRESS:  113 MILL PLACE PARKWAY SUITE 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER [X]  DIRECTOR [X]<br><br>NAME:  **MICHEAL P. DONOVAN**<br>TITLE:  **PRESIDENT/CEO**<br>ADDRESS:  **113 Mill Place Pkwy., Ste. 103**<br>CITY/ST/ZIP:  **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_Richard Moore , Vice Pres._   3/14/16

SIGNATURE OF DIRECTOR/OFFICER        PRINTED NAME AND CORPORATE TITLE        DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

## 2017 ANNUAL REPORT CONTINUED

217053762--3/21/2017

217053762

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/17**

SCC ID NO.: **0786123-0**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | ☒ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☒   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME: RICHARD MOORE | NAME: **RICHARD E. MOORE** |
| TITLE: EXECUTIVE VP | TITLE: **VICE PRESIDENT** |
| ADDRESS: 113 MILL PLACE PARKWAY #103 | ADDRESS: **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP: VERONA, VA 24482 | CITY/ST/ZIP: **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☒ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME: | NAME: **EVAN M. AJIN** |
| TITLE: | TITLE: **SECRETARY/TREASURER** |
| ADDRESS: | ADDRESS: **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: | CITY/ST/ZIP: **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

0002629





218023120--1/18/2018

# 2018 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE:  **01/31/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.:  **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0013403

| Mark appropriate box unless area below is blank<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| **OFFICER** ☒ **DIRECTOR** ☒<br><br>NAME:  MICHAEL P. DONOVAN<br>TITLE:  PRESIDENT/CEO<br>ADDRESS:  113 MILL PLACE PKWY., STE. 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | **OFFICER** ☐ **DIRECTOR** ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _Evan Pijn_ / _Director_ | 1-17-18 |
|---|---|
| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

218023120--1/18/2018

# 2018 ANNUAL REPORT CONTINUED

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/18**

SCC ID NO.: **0786123-0**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction ☐ Addition ☐ Replacement

OFFICER ☒ DIRECTOR ☒

NAME: RICHARD E. MOORE

TITLE: VICE PRESIDENT

ADDRESS: 113 MILL PLACE PKWY., STE. 103

CITY/ST/ZIP: VERONA, VA 24482

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction ☐ Addition ☐ Replacement

OFFICER ☒ DIRECTOR ☒

NAME: EVAN M. AJIN

TITLE: S/T

ADDRESS: 113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP: VERONA, VA 24482

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction ☐ Addition ☐ Replacement

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



0013403

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction ☐ Addition ☐ Replacement

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



# COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

**Office of the Clerk**

August 14, 2018

HOMES BY NEXUS INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

## RECEIPT

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    18-08-13-0752

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP

<div align="center">(name of registered agent)</div>

<div align="center">hereby resigns as the registered agent for</div>

HOMES BY NEXUS INC.

<div align="center">(name of corporation)</div>

<div align="center">0786123-0</div>

<div align="center">(corporation's SCC ID #)</div>

☑    The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

(signature of individual resigning as registered agent)     (printed name)     (date)

**OR**   **180813 0752**

Gentry Locke Rakes & Moore, LLP

(name of business entity resigning as registered agent)

By:  _(signature)_     W. William Gust, Esq. - Partner     8-6-18

(signature)     (printed name and title)     (date)

---

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

---

### NOTICE TO THE ABOVE-REFERENCED CORPORATION

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

<div align="center">SEE INSTRUCTIONS ON THE REVERSE</div>

1809540806



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **HOMES BY NEXUS INC.**

ID:        **07861230**

DCN:       **1809186872**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

1809540806



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **HOMES BY NEXUS INC.**

     ID:   **07861230**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):

          GENTRY LOCKE RAKES & MOORE, LLP
          10 FRANKLIN RD SE
          SUITE 900
          ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.   The current registered agent is Resigned.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):

          INCORP SERVICES, INC.
          7288 Hanover Green Drive
          Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of HOMES BY NEXUS INC.
By: Richard Moore, Vice-President
    /s/ Richard Moore

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 200413548769
Filing Date/Time: 04/13/2020 01:37 PM
Effective Date/Time: 04/13/2020 01:37 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 04/13/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/13/2020 01:33 PM | Stock Corporation | Annual Report | Pending |
| 04/13/2020 01:35 PM | Stock Corporation | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Entity Number: 200413548770
Filing Date/Time: 04/13/2020 01:37 PM
Effective Date/Time: 04/13/2020 01:37 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Jurisdiction: | VA | | |
| Total Shares: | 50 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| PRESIDENT/CEO | Yes | MICHAEL P. DONOVAN | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| Vice President | Yes | RICHARD E. MOORE | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| S/T | Yes | EVAN M. AJIN | 113 MILL PLACE PKWY., STE 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 04/13/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard E. Moore | Richard E. Moore | Executive Vice President |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 2009091047321
Filing Date/Time: 09/09/2020 08:04 PM
Effective Date/Time: 09/09/2020 08:04 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 09/09/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services Inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/10/2020 02:37 PM | Stock Corporation | Annual Report | Pending |
| 04/10/2020 02:40 PM | Stock Corporation | Registration Fee | Pending |



**1501500105**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

# HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

# ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1. The name of the corporation is HOMES BY NEXUS INC.

2. The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3. The corporation is authorized to issue 50 shares of common stock.

4. The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5. The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6. The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
        RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

216158896--10/26/201

**REINSTATE**

01

1 0 4 0 7 8 6 1 2 3 0

216158896

1. CORPORATION NAME
HOMES BY NEXUS INC.

DUE DATE:

SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA VA 24482

*HAV*
*10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.   Carefully read the enclosed instructions.   Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   **113 MILL PLACE PARKWAY**<br>**SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒<br>NAME: Richard Moore.<br>TITLE: Executive Vice President<br>ADDRESS: 113 Mill Place Pkwy #103<br>CITY/ST/ZIP: Verona VA 24482 | OFFICER ☐   DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Richard Moore EVP
PRINTED NAME AND TITLE

9/27/16
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED                                216158896--10/26/201

CORPORATE NAME:                              DUE DATE:
HOMES BY NEXUS INC.                          SCC ID NO.:  0786123-0

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):    All directors and principal officers must be listed.
                                                     An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐Information is correct ☐Information is incorrect ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐Addition ☐Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐<br>NAME: Micheal Donovan<br>TITLE: President<br>ADDRESS: 113 Mill Place Pkwy Suite103<br>CITY/ST/ZIP: Veron .VA 24482 | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: ☐Information is correct ☐Information is incorrect ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐Addition ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: ☐Information is correct ☐Information is incorrect ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐Addition ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐Addition ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ‖HOMES
## BY NEXUS

## HOMES BY NEXUS INC.                              WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA  23218-1197

RE:  Request for Reinstatement of Homes By Nexus, Inc.
     ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-468-3669

```
CIS0372                          CIS                      10/26/16
1    17  CISM0180         CORPORATE DATA INQUIRY          09:57:45

     CORP ID:  0786123 - 0  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
  CORP NAME:  HOMES BY NEXUS INC._____


DATE OF CERTIFICATE: 01/01/2015 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION: VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                  CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE:  50.00    MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  NEXUS SERVICES INC.

    STREET:  113 MILL PLACE PARKWAY              AR RTN MAIL:
             SUITE 103
      CITY:  VERONA              STATE : VA  ZIP: 24482-0000
 R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                   AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:       STATUS:  ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY   INTEREST   TAXES    BALANCE     TOTAL SHARES
 16    100.00    10.00                                             50
COMMAND: .......................................................
4AÛ                                             06,016
```

0786123 - 0

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.


STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner


CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482


REINACPT
CIS0372
16-10-24-1452

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION



Date: _9/26/16_

To:   State Corporation Commission
      Office of the Clerk

> Last Day for Reinstatement
> **May 31, 2021**

From: **HOMES BY NEXUS INC.**
      SCC ID No. **0786123 - 0**

| 01 |
| --- |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

_Richard Moore_
(printed name)

_EVP_
(title)

| *For Office Use Only* |
| --- |
| DCN: _161024 1452_ |
| _____ |
| Reinstatement Fee:    $ _100_ |
| Past Due Fees: (    ) $ _____ |
| Total:                $ _100_ |
| R/A? Yes: ____ No: ____ N/C: _✔_ |
| A/R? Yes: _✔_ No: ____ YR: _2016_ |
| Exam By: _Hus_    Date: _10-26-16_ |

Signing Requirements:

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

> Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)
>
> _____
> (name)                    (telephone number)
>
> _____
> (mailing address)

| **Personal information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk. |
| --- |

REINSTAX
CISEMM

**CORP**



## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

**Office of the Clerk**

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

## RECEIPT

RE:    HOMES BY NEXUS INC.

ID:    0786123 - 0

DCN:   17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**REINSTATE**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's Name:   **HOMES BY NEXUS INC.**   170123^0632   SCC ID No.:  **0786123 - 0**

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP (J00112/-4) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | **113 MILL PLACE PARKWAY** **SUITE 103** **VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of  Roanoke |

| *Section B* | *must* be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent. |
|---|---|
| | The registered agent, whose business office address is identical with the registered office, is: |

(1) an **individual** who is a resident of Virginia **and**
    ☐ an officer of the corporation whose title is

    _____
    (e.g., president, secretary, treasurer)

    ☐ a director of the corporation.

    ☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____   5/10/2016
(signature)                        (date)

**Richard Moore**
(printed name)

**Vice President**
(title (e.g., president or chairman))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217053762--3/17/2017



1. CORPORATION NAME:

    HOMES BY NEXUS INC.

    DUE DATE: **01/31/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

    GENTRY LOCKE RAKES & MOORE, LLP
    10 FRANKLIN RD SE
    SUITE 900
    ROANOKE, VA 24011

    SCC ID NO.: **0786123-0**

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

    217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

    VA-VIRGINIA

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| [X] Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0002020

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☐ | OFFICER ☒  DIRECTOR ☒ |
| NAME:  MICHAEL DONOVAN | NAME:  **MICHEAL P. DONOVAN** |
| TITLE:  PRESIDENT | TITLE:  **PRESIDENT/CEO** |
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_Richard Moore, Vice President_        3/14/16

SIGNATURE OF DIRECTOR/OFFICER          PRINTED NAME AND CORPORATE TITLE          DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2017 ANNUAL REPORT CONTINUED**

217053762--3/ /2017

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/17**
SCC ID NO.: **0786123-0**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | ☒ Correction  ☐ Addition  ☐ Replacement |

| OFFICER ☒   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME:  RICHARD  MOORE | NAME:  **RICHARD E. MOORE** |
| TITLE:  EXECUTIVE VP | TITLE:  **VICE PRESIDENT** |
| ADDRESS:  113 MILL PLACE PARKWAY #103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | ☐ Correction  ☒ Addition  ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME: | NAME:  **EVAN M. AJIN** |
| TITLE: | TITLE:  **SECRETARY/TREASURER** |
| ADDRESS: | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |



0002629

218023120--1/18/2018



# 2018 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0013403

| Mark appropriate box unless area below is blank<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒<br><br>NAME:  MICHAEL P. DONOVAN<br>TITLE:  PRESIDENT/CEO<br>ADDRESS:  113 MILL PLACE PKWY., STE. 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _Evan Ajin_ | _Director_ | _1-17-18_ |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

218023120--1/18/2018

# 2018 ANNUAL REPORT CONTINUED

| CORPORATION NAME: | DUE DATE: | **01/31/18** |
| HOMES BY NEXUS INC. | SCC ID NO.: | **0786123-0** |

**7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☒   DIRECTOR ☒

NAME:  RICHARD E. MOORE

TITLE:  VICE PRESIDENT

ADDRESS:  113 MILL PLACE PKWY., STE. 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☒   DIRECTOR ☒

NAME:  EVAN M. AJIN

TITLE:  S/T

ADDRESS:  113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

0013403



---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:  ☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

HOMES BY NEXUS INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

## RECEIPT

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    18-08-13-0752

Dear Customer:

    The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent.  As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

    Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise.  The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

    Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation.  The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov.  If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

                                    Sincerely yours,

                                    Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)

**STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

HOMES BY NEXUS INC.
_____
(name of corporation)

0786123-0
_____
(corporation's SCC ID #)

☑ The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)     (printed name)     (date)

**OR**  180813 0752

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _(signature)_          W. William Gust, Esq. - Partner     8-6-18
(signature)                 (printed name and title)          (date)

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

### NOTICE TO THE ABOVE-REFERENCED CORPORATION

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

### SEE INSTRUCTIONS ON THE REVERSE

1809540806



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:     **HOMES BY NEXUS INC.**

ID:     **07861230**

DCN:    **1809186872**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                           Sincerely,
CISECOM
                                  Joel H. Peck
                                  Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk

1809540806



eFile
(12/09)

COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

STATEMENT OF CHANGE OF REGISTERED OFFICE
AND/OR REGISTERED AGENT CHANGE

1.    RE:    **HOMES BY NEXUS INC.**

      ID:    **07861230**

2.    Current registered agent's name and registered office address on record (including the
      jurisdiction in which the registered office is physically located):

          GENTRY LOCKE RAKES & MOORE, LLP
          10 FRANKLIN RD SE
          SUITE 900
          ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.    The current registered agent is Resigned.

4.    The registered agent's name and registered office address after this statement is filed with the
      Commission (including the jurisdiction in which the registered office is physically located):

          INCORP SERVICES, INC.
          7288 Hanover Green Drive
          Mechanicsville, VA 23111          (HANOVER COUNTY)

5.    The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
      limited liability company authorized to transact business in Virginia.

6.    After the foregoing change or changes are made, the corporation will be in compliance with the
      requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of HOMES BY NEXUS INC.
By: Richard Moore, Vice-President
      /s/ Richard Moore

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 200413548769
Filing Date/Time: 04/13/2020 01:37 PM
Effective Date/Time: 04/13/2020 01:37 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 04/13/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/13/2020 01:33 PM | Stock Corporation | Annual Report | Pending |
| 04/13/2020 01:35 PM | Stock Corporation | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Entity Number: 200413548770
Filing Date/Time: 04/13/2020 01:37 PM
Effective Date/Time: 04/13/2020 01:37 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Jurisdiction: | VA | | |
| Total Shares: | 50 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| PRESIDENT/CEO | Yes | MICHAEL P. DONOVAN | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| Vice President | Yes | RICHARD E. MOORE | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| S/T | Yes | EVAN M. AJIN | 113 MILL PLACE PKWY., STE 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 04/13/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard E. Moore | Richard E. Moore | Executive Vice President |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 2009091047321
Filing Date/Time: 09/09/2020 08:04 PM
Effective Date/Time: 09/09/2020 08:04 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 09/09/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services Inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/10/2020 02:37 PM | Stock Corporation | Annual Report | Pending |
| 04/10/2020 02:40 PM | Stock Corporation | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 2009091047322
Filing Date/Time: 09/09/2020 08:04 PM
Effective Date/Time: 09/09/2020 08:04 PM

**Stock Corporation - Annual Report**

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Jurisdiction: | VA | | |
| Total Shares: | 50 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| PRESIDENT/CEO | Yes | MICHAEL P. DONOVAN | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| Executive Vice President | Yes | RICHARD MOORE | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| S/T | Yes | EVAN M. AJIN | 113 MILL PLACE PKWY., STE 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 09/09/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Executive Vice President |



**1501500105**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

## ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is HOMES BY NEXUS INC.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 50 shares of common stock.

4.   The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.   The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
        RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

216158896--10/26/201



## REINSTATE

| 01 |

1. CORPORATION NAME
   HOMES BY NEXUS INC.

   DUE DATE:

   SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

   *HM*
   *10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   **113 MILL PLACE PARKWAY SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER [X]  DIRECTOR [X] NAME: Richard Moore. TITLE: Executive Vice President ADDRESS: 113 Mill Place Pkwy #103 CITY/ST/ZIP: Verona VA 24482 | OFFICER ☐  DIRECTOR ☐ NAME: TITLE: ADDRESS: CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Richard Moore GVP*
PRINTED NAME AND TITLE

*9/27/16*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED

216158896--10/26/201

**CORPORATE NAME:**
HOMES BY NEXUS INC.

DUE DATE:
SCC ID NO.:   0786123-0

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐<br><br>NAME: Micheal Donovan<br><br>TITLE: President<br><br>ADDRESS: 113 Mill Place Pkwy Suit 103<br><br>CITY/ST/ZIP: Veron VA 24482 | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:    HOMES BY NEXUS INC.

ID:    0786123 - 0

DCN:   16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ||HOMES
## BY NEXUS

**HOMES BY NEXUS INC.**                          WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA 23218-1197

RE: Request for Reinstatement of Homes By Nexus, Inc.
    ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-468-3669

```
CIS0372                        CIS                    10/26/16
1    17  CISM0180        CORPORATE DATA INQUIRY           09:57:45

    CORP ID:  0786123 - 0   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
  CORP NAME:  HOMES BY NEXUS INC._____
  _____
DATE OF CERTIFICATE: 01/01/2015 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION: VA VIRGINIA    STOCK INDICATOR:  S STOCK
MERGER IND:              CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE:  50.00    MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  NEXUS SERVICES INC.

  STREET:  113 MILL PLACE PARKWAY              AR RTN MAIL:
           SUITE 103
     CITY:  VERONA            STATE : VA  ZIP: 24482-0000
R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                   AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:        STATUS:  ASSESSMENT INDICATOR:  0
YEAR    FEES     PENALTY    INTEREST    TAXES     BALANCE      TOTAL SHARES
 16    100.00     10.00                                            50
COMMAND: ...............................................................
4AÛ                                              06,016
```

0786123 - 0

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner

CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482

REINACPT
CIS0372
16-10-24-1452

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION



Date: _9/26/16_

To:   State Corporation Commission
      Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From:  **HOMES BY NEXUS INC.**
       SCC ID No. **0786123 - 0**                              | 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

_Richard Moore_
(printed name)

_E VP_
(title)

---

*For Office Use Only*

DCN: _161024 1452_

_____

Reinstatement Fee:          $ _100_
Past Due Fees: (    ) $ _____
Total:                      $ _100_
R/A?  Yes: ____  No: ____  N/C: _✗_
A/R?  Yes: _✗_  No: ____  YR: _2016_
Exam By: _Hus_   Date: _10-26-16_

---

<u>Signing Requirements:</u>

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

---

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____          _____
(name)                                    (telephone number)

_____
(mailing address)

---

**Personal information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM                                                           **CORP**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

## RECEIPT

RE:    HOMES BY NEXUS INC.

ID:    0786123 - 0

DCN:   17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**REINSTATE**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

***REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.***

Corporation's Name:  **HOMES BY NEXUS INC.**        170123ᴧ0632        SCC ID No.: **0786123 - 0**

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP (J00112l-4) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | **113 MILL PLACE PARKWAY** **SUITE 103** **VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| **Section B** | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an **individual** who is a resident of Virginia **and**
☐ an officer of the corporation whose title is
_____
(e.g., president, secretary, treasurer)

☐ a director of the corporation.

☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____   5/10/2016
(signature)                (date)

Richard Moore
(printed name)

Vice President
(title (e.g., president or chairman))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217053762--3/17/2017



1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE:  **01/31/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.:  **0786123-0**

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 50 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| [X] Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0002020

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   [X] Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>[X] Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER [X]   DIRECTOR ☐ | OFFICER [X]   DIRECTOR [X] |
| NAME:  MICHAEL DONOVAN | NAME:  **MICHEAL P. DONOVAN** |
| TITLE:  PRESIDENT | TITLE:  **PRESIDENT/CEO** |
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____          *Richard Moore, Vice Presdt*          3/14/16
SIGNATURE OF DIRECTOR/OFFICER          PRINTED NAME AND CORPORATE TITLE          DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

# 2017 ANNUAL REPORT CONTINUED

217053762--3/?/2017

CORPORATION NAME:
HOMES BY NEXUS INC.

DUE DATE: **01/31/17**
SCC ID NO.: **0786123-0**

7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | ☒ Correction   ☐ Addition   ☐ Replacement |
| **OFFICER ☒   DIRECTOR ☒** | **OFFICER ☒   DIRECTOR ☒** |
| NAME:  RICHARD  MOORE | NAME:  **RICHARD E. MOORE** |
| TITLE:  EXECUTIVE VP | TITLE:  **VICE PRESIDENT** |
| ADDRESS:  113 MILL PLACE PARKWAY #103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☒ Addition   ☐ Replacement |
| **OFFICER ☐   DIRECTOR ☐** | **OFFICER ☒   DIRECTOR ☒** |
| NAME: | NAME:  **EVAN M. AJIN** |
| TITLE: | TITLE:  **SECRETARY/TREASURER** |
| ADDRESS: | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |
| **OFFICER ☐   DIRECTOR ☐** | **OFFICER ☐   DIRECTOR ☐** |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |
| **OFFICER ☐   DIRECTOR ☐** | **OFFICER ☐   DIRECTOR ☐** |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |


0002629



# 2018 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS: 113 MILL PLACE PARKWAY SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒<br><br>NAME:   MICHAEL P. DONOVAN<br>TITLE:   PRESIDENT/CEO<br>ADDRESS:  113 MILL PLACE PKWY., STE. 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _Evan Pijn_ / Director | 1-17-18 |
|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

218023120--1/18/2018

# 2018 ANNUAL REPORT CONTINUED

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/18**

SCC ID NO.: **0786123-0**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:

☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction ☐ Addition ☐ Replacement

OFFICER ☒   DIRECTOR ☒

NAME: RICHARD E. MOORE

TITLE: VICE PRESIDENT

ADDRESS: 113 MILL PLACE PKWY., STE. 103

CITY/ST/ZIP: VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:

☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction ☐ Addition ☐ Replacement

OFFICER ☒   DIRECTOR ☒

NAME: EVAN M. AJIN

TITLE: S/T

ADDRESS: 113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP: VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:

☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction ☐ Addition ☐ Replacement

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



0013403

---

Mark appropriate box unless area below is blank:

☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction ☐ Addition ☐ Replacement

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

HOMES BY NEXUS INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:    HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:   18-08-13-0752

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

HOMES BY NEXUS INC.
_____
(name of corporation)

0786123-0
_____
(corporation's SCC ID #)

☑  The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)     (printed name)          (date)

**OR**  **180813  0752**

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _____  W. William Gust, Esq. - Partner      8-6-18
(signature)                              (printed name and title)          (date)

> **PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

### NOTICE TO THE ABOVE-REFERENCED CORPORATION

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

### SEE INSTRUCTIONS ON THE REVERSE

1809540806



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:     **HOMES BY NEXUS INC.**

ID:     **07861230**

DCN:    **1809186872**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk



eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.   RE:   **HOMES BY NEXUS INC.**

     ID:   **07861230**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):
         GENTRY LOCKE RAKES & MOORE, LLP
         10 FRANKLIN RD SE
         SUITE 900
         ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.   The current registered agent is Resigned.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):
         INCORP SERVICES, INC.
         7288 Hanover Green Drive
         Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of HOMES BY NEXUS INC.
By: Richard Moore, Vice-President
     /s/ Richard Moore

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 200413548769
Filing Date/Time: 04/13/2020 01:37 PM
Effective Date/Time: 04/13/2020 01:37 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 04/13/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/13/2020 01:33 PM | Stock Corporation | Annual Report | Pending |
| 04/13/2020 01:35 PM | Stock Corporation | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 200413548770
Filing Date/Time: 04/13/2020 01:37 PM
Effective Date/Time: 04/13/2020 01:37 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Jurisdiction: | VA | | |
| Total Shares: | 50 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER | | |

### Principal Office Address

Address:    113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| PRESIDENT/CEO | Yes | MICHAEL P. DONOVAN | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| Vice President | Yes | RICHARD E. MOORE | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| S/T | Yes | EVAN M. AJIN | 113 MILL PLACE PKWY., STE 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 04/13/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard E. Moore | Richard E. Moore | Executive Vice President |

**Commonwealth of Virginia**
**State Corporation Commission**
**Office of the Clerk**
**Entity ID: 07861230**
**Filing Number: 2009091047321**
**Filing Date/Time: 09/09/2020 08:04 PM**
**Effective Date/Time: 09/09/2020 08:04 PM**

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 09/09/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services Inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/10/2020 02:37 PM | Stock Corporation | Annual Report | Pending |
| 04/10/2020 02:40 PM | Stock Corporation | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 2009091047322
Filing Date/Time: 09/09/2020 08:04 PM
Effective Date/Time: 09/09/2020 08:04 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Jurisdiction: | VA | | |
| Total Shares: | 50 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| PRESIDENT/CEO | Yes | MICHAEL P. DONOVAN | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| Executive Vice President | Yes | RICHARD MOORE | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| S/T | Yes | EVAN M. AJIN | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 09/09/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Executive Vice President |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 2101082770865
Filing Date/Time: 01/08/2021 03:57 PM
Effective Date/Time: 01/08/2021 03:57 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 50 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| PRESIDENT/CEO | Yes | MICHAEL P. DONOVAN | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| Vice President | Yes | RICHARD MOORE | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| S/T | Yes | EVAN M. AJIN | 113 MILL PLACE PKWY., STE 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 01/08/2021

| Printed Name | Signature | Title |
|---|---|---|
| MICHAEL P DONOVAN | MICHAEL P. DONOVAN | CEO/ President |



**1501500105**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 1, 2015

NEXUS SERVICES INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: HOMES BY NEXUS INC.

ID: 07861230

DCN: 15-01-01-5433

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is January 1, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1501500105

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 1, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

# HOMES BY NEXUS INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective January 1, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *[signature]*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
15-01-01-5433

eFile

1501500105

## ARTICLES OF INCORPORATION
## OF
## HOMES BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is HOMES BY NEXUS INC.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 50 shares of common stock.

4.   The name of the corporation's initial registered agent is Nexus Services Inc.  The initial registered agent is a Virginia stock corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.   The address of the corporation's principal office is 113 MILL PLACE PARKWAY, SUITE 103, VERONA, VA 24482.

INCORPORATOR:

NEXUS SERVICES INC
By:  /s/  RICHARD MOORE   Date: January 1, 2015
        RICHARD MOORE, Chief Operations Officer



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

216158896--10/26/201



## REINSTATE

| 01 |

1. CORPORATION NAME
   HOMES BY NEXUS INC.

DUE DATE:

SCC ID NO.: **0786123-0**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   NEXUS SERVICES INC.
   113 MILL PLACE PARKWAY
   SUITE 103
   VERONA VA 24482

*H.G.J 10-26-16*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   **113 MILL PLACE PARKWAY**<br>                **SUITE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br>NAME: *Richard Moore*<br>TITLE: *Executive Vice President*<br>ADDRESS: *113 Mill Place Pkwy #103*<br>CITY/ST/ZIP: *Verona VA 24482* | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*Richard Moore EVP*
PRINTED NAME AND TITLE

*9/27/16*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

2016 ANNUAL REPORT CONTINUED                                      216158896--10/26/201

CORPORATE NAME:                                    DUE DATE:
HOMES BY NEXUS INC.                                SCC ID NO.:   0786123-0

All directors and principal officers must be listed.
7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):     An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐Information is correct  ☐Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☐<br>NAME:  Micheal Donovan<br>TITLE:  President<br>ADDRESS:  113 Mill Place Pkwy Suit 103<br>CITY/ST/ZIP: Veron. VA 24482 | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: ☐Information is correct  ☐Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: ☐Information is correct  ☐Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

October 26, 2016

RICHARD MOORE
NEXUS SERVICES INC.
113 MILL PLACE PKWY STE 103
VERONA, VA 24482

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    16-10-24-1452

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on October 26, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0372

# ‖HOMES
## BY NEXUS

**HOMES BY NEXUS INC.**                                    WWW.HOMESBYNEXUS.COM

September 27th, 2016

Clerk of The Commission
PO Box 1197
Richmond, VA  23218-1197

RE:  Request for Reinstatement of Homes By Nexus, Inc.
ID: 0786123-0

I would like to formally request that Homes By Nexus, Inc. be reinstated as a corporation in the Commonwealth of Virginia.

Per your request, attached please find:

1) This letter signed by an officer of the Corporation
2) A check to cover the reinstatement fee of $100.00
3) An annual report on the enclosed form.
4) A copy of the letter sent by the State Corporation Commission, Office of the Clerk.

Thank you.

Regards,

Richard Moore
Executive Vice President
Nexus Services, Inc.

Cc
file

113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482
1-(540)-468-3669

```
CIS0372                         CIS                      10/26/16
1    17  CISM0180        CORPORATE DATA INQUIRY           09:57:45

     CORP ID:  0786123 - 0   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 05/31/16
  CORP NAME:  HOMES BY NEXUS INC._____

     _____
DATE OF CERTIFICATE:  01/01/2015 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA       STOCK INDICATOR:  S STOCK
MERGER IND:                  CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE:  50.00    MON NO:          MON STATUS:   MONITOR DTE:
  R/A NAME:  NEXUS SERVICES INC.

    STREET:  113 MILL PLACE PARKWAY                AR RTN MAIL:
             SUITE 103
       CITY:  VERONA              STATE : VA  ZIP: 24482-0000
  R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 01/01/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                       AUGUSTA COUNTY
  CURRENT AR#: 000 00 0000  DATE:         STATUS:   ASSESSMENT INDICATOR:  0
  YEAR     FEES     PENALTY    INTEREST    TAXES     BALANCE        TOTAL SHARES
   16     100.00     10.00                                              50
  COMMAND:  .......................................................
4AÛ                                                      06,016
```

0786123 - 0

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, OCTOBER 26, 2016

ORDER OF REINSTATEMENT

The corporate existence of HOMES BY NEXUS INC., a domestic corporation, was automatically terminated on May 31, 2016.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.


STATE CORPORATION COMMISSION

By

James C. Dimitri
Commissioner


CC:     RICHARD MOORE
        NEXUS SERVICES INC.
        113 MILL PLACE PKWY STE 103
        VERONA, VA 24482


REINACPT
CIS0372
16-10-24-1452

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION



Date: _9/26/16_

To:   State Corporation Commission
      Office of the Clerk

| Last Day for Reinstatement |
| **May 31, 2021** |

From: **HOMES BY NEXUS INC.**
      SCC ID No. **0786123 - 0**

| 01 |

On behalf of HOMES BY NEXUS INC., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

_Richard Moore_
(printed name)

_EVP_
(title)

**For Office Use Only**

DCN: _161024 1452_

_____

| | |
|---|---|
| Reinstatement Fee: | $ _100_ |
| Past Due Fees: ( ) | $ _____ |
| Total: | $ _100_ |

R/A?  Yes: _____  No: _____  N/C: _✓_
A/R?  Yes: _✓_  No: _____  YR: _2016_
Exam By: _Hud_  Date: _10-26-16_

Signing Requirements:

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_____          _____
(name)                                    (telephone number)

_____
(mailing address)

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM                                                              **CORP**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 26, 2017

GENTRY LOCKE RAKES & MOORE, LLP
10 FRANKLIN RD SE
SUITE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     HOMES BY NEXUS INC.

ID:     0786123 - 0

DCN:    17-01-23-0632

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is January 26, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0336

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**REINSTATE**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

***REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.***

Corporation's Name: **HOMES BY NEXUS INC.**

170123^0632

SCC ID No.: **0786123 - 0**

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | **NEXUS SERVICES INC.** | Gentry Locke Rakes & Moore, LLP (J00112/-4) |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | **113 MILL PLACE PARKWAY** **SUITE 103** **VERONA, VA 24482-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA 24011 |
| Locality: | **AUGUSTA COUNTY** | ☐ County or ☒ City of  Roanoke |

| Section B | *Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.* |
|---|---|
| | The registered agent, whose business office address is identical with the registered office, is: |

(1) an **individual** who is a resident of Virginia **and**
☐ an officer of the corporation whose title is
_____
(e.g., president, secretary, treasurer)
☐ a director of the corporation.
☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:
_____ 5/10/2016
(signature)                    (date)

**Richard Moore**
(printed name)

**Vice President**
(title (e.g., president or chairman))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217053762--3/17/2017




1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE: **01/31/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0786123-0**

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 50 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.   Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| [X] Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>             SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0002020

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   [X] Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>[X] Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER [X]   DIRECTOR ☐ | OFFICER [X]   DIRECTOR [X] |
| NAME:  MICHAEL DONOVAN | NAME:  **MICHEAL P. DONOVAN** |
| TITLE:  PRESIDENT | TITLE:  **PRESIDENT/CEO** |
| ADDRESS:  113 MILL PLACE PARKWAY SUITE 103 | ADDRESS:  **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP:  **Verona, VA   24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____          *Richard Moore, Vice Presdt*          3/14/16
SIGNATURE OF DIRECTOR/OFFICER             PRINTED NAME AND CORPORATE TITLE         DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2017 ANNUAL REPORT CONTINUED**

217053762--3/21/2017

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/17**

SCC ID NO.: **0786123-0**

---

**7.   DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☒ Information is incorrect   ☐ Delete information | ☒ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☒   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME:  RICHARD  MOORE | NAME:  **RICHARD E. MOORE** |
| TITLE:  EXECUTIVE VP | TITLE:  **VICE PRESIDENT** |
| ADDRESS:  113 MILL PLACE PARKWAY #103 | ADDRESS: **113 Mill Place Pkwy., Ste. 103** |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☒ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☒   DIRECTOR ☒ |
|---|---|
| NAME: | NAME:  **EVAN M. AJIN** |
| TITLE: | TITLE:  **SECRETARY/TREASURER** |
| ADDRESS: | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: | CITY/ST/ZIP:  **Verona, VA  24482** |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

0002629







218023120--1/18/2018

# 2018 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION



1. CORPORATION NAME:

   HOMES BY NEXUS INC.

   DUE DATE:   **01/31/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY

   GENTRY LOCKE RAKES & MOORE, LLP
   10 FRANKLIN RD SE
   SUITE 900
   ROANOKE, VA 24011

   SCC ID NO.:  **0786123-0**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 50 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103 | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0013403

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:   ☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br><br>NAME:  MICHAEL P. DONOVAN<br>TITLE:  PRESIDENT/CEO<br>ADDRESS:  113 MILL PLACE PKWY., STE. 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_Evan Pin_ / _Director_                    1-17-18

| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to

**2018 ANNUAL REPORT CONTINUED**

218023120--1/18/2018

CORPORATION NAME:

HOMES BY NEXUS INC.

DUE DATE: **01/31/18**

SCC ID NO.: **0786123-0**

7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br><br>NAME:  RICHARD E. MOORE<br>TITLE:  VICE PRESIDENT<br>ADDRESS:  113 MILL PLACE PKWY., STE. 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☒  DIRECTOR ☒<br><br>NAME:  EVAN M. AJIN<br>TITLE:  S/T<br>ADDRESS:  113 MILL PLACE PKWY., STE 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

0013403





**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

HOMES BY NEXUS INC.
113 MILL PLACE PARKWAY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:      HOMES BY NEXUS INC.

ID:      0786123 - 0

DCN:     18-08-13-0752

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

**SCC636/835
(07/10)**

STATEMENT OF RESIGNATION OF REGISTERED AGENT

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

HOMES BY NEXUS INC.
_____
(name of corporation)

0786123-0
_____
(corporation's SCC ID #)

☑   The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)    (printed name)    (date)

**OR    180813  0752**

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _____    W. William Gust, Esq. - Partner    8-6-18
(signature)                        (printed name and title)        (date)

> **PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

### NOTICE TO THE ABOVE-REFERENCED CORPORATION

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

### SEE INSTRUCTIONS ON THE REVERSE



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:          **HOMES BY NEXUS INC.**

ID:          **07861230**

DCN:         **1809186872**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

1809540806



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **HOMES BY NEXUS INC.**

     ID:   **07861230**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
          GENTRY LOCKE RAKES & MOORE, LLP
          10 FRANKLIN RD SE
          SUITE 900
          ROANOKE, VA 24011-0000            (ROANOKE CITY)

3.   The current registered agent is Resigned.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
          INCORP SERVICES, INC.
          7288 Hanover Green Drive
          Mechanicsville, VA 23111            (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of HOMES BY NEXUS INC.
By: Richard Moore, Vice-President
     /s/ Richard Moore

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 200413548769
Filing Date/Time: 04/13/2020 01:37 PM
Effective Date/Time: 04/13/2020 01:37 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 04/13/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/13/2020 01:33 PM | Stock Corporation | Annual Report | Pending |
| 04/13/2020 01:35 PM | Stock Corporation | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Entity Number: 200413548770
Filing Date/Time: 04/13/2020 01:37 PM
Effective Date/Time: 04/13/2020 01:37 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Jurisdiction: | VA | | |
| Total Shares: | 50 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER | | |

### Principal Office Address

Address:   113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| PRESIDENT/CEO | Yes | MICHAEL P. DONOVAN | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| Vice President | Yes | RICHARD E. MOORE | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| S/T | Yes | EVAN M. AJIN | 113 MILL PLACE PKWY., STE 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 04/13/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard E. Moore | Richard E. Moore | Executive Vice President |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 2009091047321
Filing Date/Time: 09/09/2020 08:04 PM
Effective Date/Time: 09/09/2020 08:04 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 09/09/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services Inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/10/2020 02:37 PM | Stock Corporation | Annual Report | Pending |
| 04/10/2020 02:40 PM | Stock Corporation | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 2009091047322
Filing Date/Time: 09/09/2020 08:04 PM
Effective Date/Time: 09/09/2020 08:04 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Jurisdiction: | VA | | |
| Total Shares: | 50 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER | | |

### Principal Office Address

Address:    113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| PRESIDENT/CEO | Yes | MICHAEL P. DONOVAN | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| Executive Vice President | Yes | RICHARD MOORE | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| S/T | Yes | EVAN M. AJIN | 113 MILL PLACE PKWY., STE 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 09/09/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Executive Vice President |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 2101082770865
Filing Date/Time: 01/08/2021 03:57 PM
Effective Date/Time: 01/08/2021 03:57 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 50 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| PRESIDENT/CEO | Yes | MICHAEL P. DONOVAN | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| Vice President | Yes | RICHARD MOORE | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| S/T | Yes | EVAN M. AJIN | 113 MILL PLACE PKWY., STE 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 01/08/2021

| Printed Name | Signature | Title |
|---|---|---|
| MICHAEL P DONOVAN | MICHAEL P. DONOVAN | CEO/ President |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07861230
Filing Number: 2201164075368
Filing Date/Time: 01/16/2022 07:47 AM
Effective Date/Time: 01/16/2022 07:47 AM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | HOMES BY NEXUS INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07861230 | Formation Date: | 01/01/2015 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 50 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| PRESIDENT/CEO | Yes | MICHEAL P. DONOVAN | 113 MILL PLACE PKWY., STE. 103, VERONA, VA, 24482 - 0000, USA |
| Secretary | Yes | EVAN M. AJIN | 113 MILL PLACE PKWY., STE 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 01/16/2022

| Printed Name | Signature | Title |
|---|---|---|
| EVAN M. AJIN | EVAN M. AJIN | SECRETARY |



## State Corporation Commission
### Clerk's Information System

**Copies Request**

**Entity Information**

| | | | |
|---|---|---|---|
| Entity Name: | Libre by Nexus, Inc. | Entity ID: | F2117135 |
| Entity Type: | Stock Corporation | Entity Status: | **Pending Inactive** |
| Series LLC: | N/A | Reason for Status: | Annual Registration Fee Past Due and/or Penalties Unpaid and Annual Report Past Due – Not in Good Standing |
| Formation Date: | 12/31/2018 | Status Date: | 04/02/2023 |
| VA Qualification Date: | 03/01/2019 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | 03/31/2023 |
| Jurisdiction: | GA | Charter Fee: | $50.00 |
| Registration Fee Due Date: | 03/31/2023 | | |

**Filing History Details**

| ■ SelectAll | Filing Date Time | Effective Date | Filing Number | Filing Type | Number of Pages |
|---|---|---|---|---|---|
| ☐ | 03/01/2019 12:01 AM | 03/01/2019 | 1903011103 | Application for a Certificate of Authority to Transact Business in Virginia | 12 |
| ☐ | 03/12/2020 02:02 PM | 03/12/2020 | 200312446631 | Annual Report | 1 |
| ☐ | 03/20/2021 11:52 AM | 03/20/2021 | 2103203056377 | Annual Report | 1 |
| ☐ | 01/16/2022 07:09 AM | 01/16/2022 | 2201164075346 | Reinstatement | 1 |
| ☐ | 01/16/2022 07:09 AM | 01/16/2022 | 2201164075347 | Annual Report | 1 |

Page 1 of 1, records 1 to 5 of 5

| Back | Return to Search | Return to Results |
|---|---|---|

Download Copies

Back to Login



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 1, 2019

RICHARD MOORE
NEUS SERVICES INC
1175 PEACHTREE ST NE STE 1000
ATLANTA, GA 30361

**RECEIPT**

RE:     Libre by Nexus, Inc.

ID:     F211713 - 5

DCN:    19-03-01-1103

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing an application for a certificate of authority to transact business in Virginia with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate is March 1, 2019.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORFACPT
CIS0368

190301047 4

ENTITY NAME: *Libre By Nexus, Inc.*

Name availability done in:

Initials: *KP*   Conflict with ID #: _____

eFile:

CIS: *u*   _____

ENTITY ID #: _____

DCN #: **190301 1103**

_____

_____

---

### CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE  *50*   JURISDICTION: *GA*

FILING FEE  *25*

EXPEDITE FEE(S)  *200*   **SPECIAL EFFECTIVE DATE / TIME**
_____

TOTAL FEES  *275*   INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:   SEND COPY TO: _____

_____

_____   *Mechie*
*3/1/19*

_____

COPYWORK REQUESTED:   CORRESPONDENT:

_____   _____

_____   _____

_____   _____

AMOUNT AVAILABLE   _____ MAIL _____
FOR COPYWORK:   _____ CALL _____
_____ FAX _____
_____   _____ FED EX _____

REVISED 08/11

FOR OFFICE USE ONLY   FOR OFFICE USE ONLY   FOR OFFICE USE ONLY   FOR OFFICE USE ONLY

*F211713-S*



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
SCC21.2 **1300 E MAIN ST**
(03/19) **RICHMOND, VA 23219**
**(804) 371-9733**
**1-866-722-2551 Toll-free in Virginia**

SCC-CLERK'S OFFICE
OPERATIONS
2019 MAR -1 AM 11: 28


Expedited Service
Request Form

## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): (Must be typed for Email option.) | SCC ID No. (If known): |
|---|---|
| Libre By Nexus, Inc. | |

**Customer Contact Information:**

Name: Richard Moore

Company: Neus Services, Inc.

Address: 1175 Peachtree Street NE    Ste 1000

Atlanta _____ VA _____ 30361
(city or town)         (state)      (zip code)

Telephone: ( 757 ) 344 - 5127 ext _____

Email: RMOORE@NEXUSHELPS.COM

(All Letters in Email Address must be CAPITALIZED.)

**Send Evidence of Expedited Filing By:**
(Choose **one**)

[✓] Email (Only available for Categories A, C and D)

> **Two typed originals** of this form **must** be submitted for Email option.
> See "Return of Evidence" in the Instructions.

[ ] Hold for Pickup (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail (Prepaid envelope required.)

[ ] Overnight via [ ] UPS [ ] Fed Ex
(Completed waybill required. For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**
(mark service requested)

**\*\*\* Expedite Fee:**
\*\*\* (other fees may be needed – see footnote)

**FOR OFFICE USE ONLY**

190301  1103

[✓] **Category A** Expedite Business Entity Document listed in Schedule A
    [✓] Same Day Service (Received by 10:00 a.m.)   $ 200
    [ ] Next Day Service (Received by 2:00 p.m.)   $ 100

[ ] **Category B** Preliminary Review of Document listed in Schedule A   $ 50
    (2nd Business Day Service Only – Received by 2:00 p.m.)
    [ ] Resubmission within 30 Days of initial Pre-Review   (N/C)

[ ] **Category C** Expedite Business Entity Document listed in Schedule C   $ 50
    (Next Day Service Only – Received by 2:00 p.m.)

[ ] **Category D** Expedite Application for Reinstatement   $ 50
    (Next Day Service Only – Received by 2:00 p.m.)

I/O [ ]    *CBB*

---

**\*\*\*** Submit one payment for <u>all</u> applicable fees (e.g., charter/entrance, reinstatement, filing <u>and</u> expedite fees)

## REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

```
CIS0368                          CIS                    03/01/19
 1    64 CISM0180         CORPORATE DATA INQUIRY              13:07:50

     CORP ID:  0778842 - 5  STATUS: 18  SURRENDERED    STATUS DATE: 02/20/19
   CORP NAME:  Libre by Nexus Inc._____
                                  _____
DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                     CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N SURRENDERED    MONITOR INDICATOR:
CHARTER FEE:  50.00     MON NO:          MON STATUS:  MONITOR DTE:
   R/A NAME:  INCORP SERVICES, INC.

    STREET:  7288 HANOVER GREEN DRIVE                AR RTN MAIL:

      CITY:  MECHANICSVILLE         STATE : VA  ZIP:  23111-0000
   R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE:  09/18/18  LOC.: 142
ACCEPTED AR#: 218 08 1733  DATE: 05/15/18              HANOVER COUNTY
 CURRENT AR#: 218 08 1733  DATE: 05/15/18  STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY   INTEREST   TAXES     BALANCE      TOTAL SHARES
 18    100.00                                                      100
COMMAND:  ................................................................
4AÛ                                                        06,016
```

```
CIS0368                          CIS                03/01/19
1    64 CISM0250          MICROFILM INQUIRY              13:07:53

   CORP ID: 0778842 - 5    CORP STATUS: 18  SURRENDERE    ORDER/LINE #'S
CORP NAME: Libre by Nexus Inc._____    _____

COURT LOCALITY: 142 HANOVER COUNTY          TOTAL CHARTER FEES:    50.00

ORD SEL   MICROFILM NO   DOCUMENT TYPE        DATE    CHARTER FEE PAGES
   __     19 02 07 0431  SURR > SURRENDER INC  02/20/19              7
   __     18 09 54 0218  RAC  > REGISTERED AGE 09/18/18              2
   __     18 09 01 0203  RSGN > R/A RESIGNED   08/28/18              3
   __     16 09 03 0376  RAC  > REGISTERED AGE 09/07/16              2
   __     15 12 03 0160  REIN > REINSTATEMENT  12/04/15              2
   __     15 12 03 0187  RAC  > REGISTERED AGE 12/04/15              1
   __     15 11 22 0770  TERM > TERMINATION    10/31/15              1
   __     15 03 54 0138  RAC  > REGISTERED AGE 03/19/15              1
   __     15 03 54 0142  RAC  > REGISTERED AGE 03/19/15              2
   __     14 12 50 0487  RAC  > REGISTERED AGE 12/02/14              2
   __     14 09 02 0402  AMEN > AMENDMENT      09/04/14              2
   __     14 06 50 1069  NEWC > NEW CHARTER    06/04/14      50.00   2
COMMAND: .........................................................
4AÛ                                                         06,014
```

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, MARCH  1, 2019

The State Corporation Commission has found the accompanying application for a certificate of authority to transact business in Virginia submitted on behalf of

## Libre by Nexus, Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

## CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS IN VIRGINIA

be issued and admitted to record with the application in the Office of the Clerk of the Commission, effective March  1, 2019.

The corporation is authorized to transact business in Virginia, subject to all Virginia laws applicable to the corporation and its business.

STATE CORPORATION COMMISSION

By        *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORFACPT
CIS0368
19-03-01-1103



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC759/921
(06/16)

**APPLICATION FOR A CERTIFICATE OF AUTHORITY TO**
**TRANSACT BUSINESS IN VIRGINIA AS A FOREIGN CORPORATION**

Provide a
Certified
Copy of the
Formation
Document,
as Amended

190301 0474

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's name: _____ Libre By Nexus, Inc. _____

Designated name (if required): _____

State or other jurisdiction of incorporation: _____ Georgia _____

Date of incorporation: _____ December 31, 2018 _____   Period of duration: _____ Perpetual _____

**(Mark if applicable:)** ☐ The corporation was previously authorized or registered to transact business in Virginia as a foreign business entity. (See Instructions.) *Set forth additional information on an attachment.*

The post office address, including the street and number, of the corporation's principal office is

| 1175 Peachtree Street NE   Ste 1000 | Atlanta | GA | 30361 |
|---|---|---|---|
| (number/street) | (city or town) | (state) | (zip) |

The corporation's registered agent in VIRGINIA is _____ Incorp Services, Inc. _____ 059154775

The registered agent is **(mark appropriate box)**:

(1) an <u>individual</u> who is a resident of Virginia **and**
    ☐ an officer of the corporation.
    ☐ a director of the corporation.
    ☐ a member of the Virginia State Bar.

**OR**

(2) ☑ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

The corporation's VIRGINIA registered office address, including the street and number, if any, which is identical to the business office of the registered agent, is

| 7288 Hanover Green Dr. | Mechanicsville | , VA | 23111 |
|---|---|---|---|
| (number/street) | (city or town) | | (zip) |

which is physically located in the ☑ county **or** ☐ city of _____ Hanover _____ .

**OFFICERS:**   <u>NAME AND TITLE</u>                        BUSINESS ADDRESS

| Michael Donoan | 1175 Peachtree Street NE |
|---|---|
| | Suite 1000 |
| Richard Moore | Atlanta, GA  30361 |

**DIRECTORS:**   <u>NAME</u>                              BUSINESS ADDRESS

| Evan Ajin | 1175 Peachtree Street NE |
|---|---|
| | Suite 1000 |
| Timothy Okonski | Atlanta, GA  30361 |

**STOCK:**   <u>NUMBER OF SHARES AUTHORIZED TO BE ISSUED</u>       <u>CLASS</u>

| 500 | Common |
|---|---|

Signed in the name of the foreign corporation by:

_____ (signature) _____         2/28/2019
                                  (date)           (telephone number (optional))

Timothy Okonski            Chief Finanical Officer
(printed name)                 (title)   *(see Instructions for examples of acceptable titles)*

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

Control Number : 17073147

# STATE OF GEORGIA

## Secretary of State

### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

## CERTIFICATE OF CONVERSION

I, **Robyn A. Crittenden**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that articles of conversion have been filed on **12/31/2018** converting

**LIBRE BY NEXUS INC.**
a Foreign Profit Corporation

to

**LIBRE BY NEXUS INC.**
a Domestic Profit Corporation

The required fees as provided by Title 14 of the Official Code of Georgia Annotated have been paid.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **01/08/2019**.



Robyn A. Crittenden
Secretary of State

## CERTIFICATE OF CONVERSION TO CONVERT A FOREIGN CORPORATION INTO A GEORGIA CORPORATION

Pursuant to O.C.G.A §14-2-11092.2 and related provisions of the Official Code of Georgia Annotated. The following corporation hereby elects to convert into a Georgia Corporation by filing this Certificate of Conversion and attached articles of incorporation.

1. The name of the Virginia corporation immediately prior to filing this Certificate of Conversion is Libre by Nexus, Inc. (the "Converting Entity"). The name under which the Converting Entity was originally incorporated was Libre by Nexus, Inc.

*07788426*

*Surrendered 2/20/19*

2. Libre by Nexus, Inc. elects to become a Georgia Corporation under the name: Libre by Nexus, Inc.

3. The original jurisdiction of formation of the Converting Entity is Virginia.

4. The date of formation of the Converting Entity is June 4, 2014.    *nona*

5. The name of the Converted Entity as identified in its articles of incorporation is Libre By Nexus, Inc., and it will be a Georgia corporation.

6. The conversion has been approved by all required entities as required pursuant to O.C.G.A §14-2-11092.2(a).

7. This Certificate of Conversion shall be effective on the date it is filed with the Secretary of State of Georgia.

8. A statement setting forth the manner and basis for converting the ownership interests in the entity making the election into shares of the corporation formed pursuant to such election.

9. Filed with this certificate of conversion are articles of incorporation in the form required by O.C.G.A §14-2-202 that set forth a name for the corporation that satisfies the requirements of O.C.G.A §14-2-401 and state that such articles of incorporation shall be the articles of incorporation of the corporation formed pursuant to such election unless and until modified in accordance with Chapter 2 of Title 14 of the Official Code of Georgia Annotated.

IN AFFIRMATION THEREOF, the facts stated above are true and correct:

Libre by Nexus, Inc.
Signed by: Richard Moore
Title: Executive Vice President

_12/31/18_
DATE

## ARTICLES OF INCORPORATION OF LIBRE BY NEXUS, INC.

These Articles of Incorporation are submitted for filing for the purpose of creating and organizing a business corporation pursuant to the applicable provisions of the Georgia Business Corporation Code (the **"Code"**) and the Georgia Administrative Code.

### Article 1: Name of the Corporation

The name of the corporation is Libre by Nexus, Inc. (the **"Corporation"**).

### Article 2: Corporate Purpose

The purpose of the Corporation is to engage in any and all lawful business for which corporations may be incorporated under the Code.

### Article 3: Authorized Shares

The Corporation is authorized to issue a total of 100 shares of common stock.

The Board of Directors is authorized to establish one or more classes or series of shares of the Corporation's stock, setting forth the designation of each such class or series, and fixing the preferences, limitations, and relative rights of each such class or series.

### Article 4: Initial Registered Office and Agent

The address and county of the Corporation's initial registered office and the name of the Corporation's initial registered agent at the initial registered office is Mary Donne Peters, Gorby, Peters & Associates. LLC, 1175 Peachtree St. NE, 10th Floor, Suite 1000, Atlanta, Georgia 30361.

### Article 5: Incorporators

The names and addresses of the incorporators are:

Richard Moore

100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

### Article 6: Initial Principal Office

The mailing address of the Corporation's initial principal office is: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

### Article 7: Initial Board of Directors

The name and address of each of the Corporation's initial Director is as follows:

Richard Moore:  100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

Micheal Donovan: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

Evan Ajin: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

## Article 8: Effective Date

These Articles of Incorporation shall be effective on the date they are filed with Georgia Secretary of State.

**IN WITNESS WHEREOF,** the undersigned have signed these Articles of Incorporation as of August __31__, 2018.

Signature: _____
Richard Moore, as Incorporator

2

19030104?4



Secretary of State

**OFFICE OF SECRETARY OF STATE**
**CORPORATIONS DIVISION**
2 Martin Luther King Jr Dr SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817
sos.georgia.gov/corporations

2018 DEC 31  AM 9:56

### TRANSMITTAL INFORMATION FORM
### GEORGIA PROFIT OR NONPROFIT CORPORATION

IMPORTANT  Please provide the entity's primary email address when completing this form.

Primary Email Address  rmoore@nexushelps.com

NOTICE TO APPLICANT·  PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM

**1.**

Corporate Name Reservation Number (if one has been obtained; if articles are being filed without prior reservation, leave this line blank)

Libre by Nexus, Inc.

Corporate Name (List exactly as it appears in articles )

**2.**  Richard Moore

Name of Person Filing Articles of Incorporation (Certificate will be mailed to this person at email address listed below.)

*100 Hartsfield Center Parkway, Suite 500*

Address

*Atlanta*                                    *GA*        *30354*

City                                        State       Zip Code

rmoore@nexushelps.com

Filer's Email Address                                    Telephone Number

**3.**  Gorby Peters & Associates, LLC

Name of Registered Agent in Georgia

1175 Peachtree St. NE, 10th Floor, Suite 1000

Registered Office Street Address in Georgia (Post office box or mail drop not acceptable for registered office address.)

| Atlanta | United States | GA | 30361 |
|---------|---------------|-----|-------|
| City | County | State | Zip Code |

mpeters@gorbypeters.com

Registered Agent's Email Address

**4.**  Mail the following items to the Secretary of State at the above address.

    1)  This transmittal form;

    2)  The Articles of Incorporation; and

    3)  Filing fee of $100.00 payable to Secretary of State.  Filing fees are non-refundable.

I certify that a Notice of Incorporation or Notice of Intent to incorporate with a publication fee of $40.00 has been or will be mailed or delivered to the official organ of the county where the initial registered office of the corporation is to be located.  (The clerk of superior court can advise you of the official organ in a particular county.)  I understand that the information on this form will be entered in the Secretary of State business entity database, and I certify that the above information is true and correct to the best of my knowledge

Signature of Authorized Person                    *8/31/18*
                                                  Date

*Richard Moore*

Print name

FORM 227
(Rev. 9/2016)



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March  1, 2019

RICHARD MOORE
NEUS SERVICES INC
1175 PEACHTREE ST NE STE 1000
ATLANTA, GA 30361

**RECEIPT**

RE:     Libre by Nexus, Inc.

ID:     F211713 - 5

DCN:    19-03-01-1103

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing an application for a certificate of
authority to transact business in Virginia with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate is March  1, 2019.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORFACPT
CIS0368

190301047 4

ENTITY NAME: *Libre By Nexus, Inc.*

Name availability done in:

Initials: _KP_    Conflict with ID #: _____

eFile: _____    ENTITY ID #: _____

CIS: _u_    DCN #: **190301 1103**

_____

_____

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE  _50_    JURISDICTION: _GA_

FILING FEE  _25_

| **SPECIAL EFFECTIVE DATE / TIME** |
| _____ |

EXPEDITE FEE(S)  _200_

TOTAL FEES  _275_    INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:    SEND COPY TO: _____

_____

_____    _Meckin_

_____    _3/1/19_

COPYWORK REQUESTED:    CORRESPONDENT:

_____    _____

_____    _____

_____

AMOUNT AVAILABLE    _____ MAIL _____
FOR COPYWORK:    _____ CALL _____
    _____ FAX _____
_____    _____ FED EX _____

REVISED 08/11
FOR OFFICE USE ONLY    FOR OFFICE USE ONLY    FOR OFFICE USE ONLY    FOR OFFICE USE ONLY

_F211713-S_



COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION
OFFICE OF THE CLERK
SCC21.2   1300 E MAIN ST
(03/19)   RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia



## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): (Must be typed for Email option.) | SCC ID No. (if known): |
|---|---|
| Libre By Nexus, Inc. | |

**Customer Contact Information:**

Name: Richard Moore

Company: Neus Services, Inc.

Address: 1175 Peachtree Street NE   Ste 1000

Atlanta _____ VA _____ 30361
(city or town)    (state)    (zip code)

Telephone: ( 757 ) 344 - 5127 ext _____

Email: RMOORE@NEXUSHELPS.COM

(All Letters in Email Address must be CAPITALIZED.)

**Send Evidence of Expedited Filing By:**
(Choose one)

[✓] Email (Only available for Categories A, C and D)

> **Two typed originals** of this form must be submitted for Email option.
> See "Return of Evidence" in the Instructions.

[ ] Hold for Pickup (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail (Prepaid envelope required.)

[ ] Overnight via [ ] UPS [ ] Fed Ex
(Completed waybill required. For Fed Ex, the waybill must be computer-generated with a barcode.)

---

~~ See Information & Instructions for description of Categories. ~~

**Expedited Service Requested:** *** **Expedite Fee:**
(mark service requested)   *** (other fees may be needed – see footnote)

**FOR OFFICE USE ONLY**

190301  1103

[✓] **Category A** Expedite Business Entity Document listed in Schedule A
   [✓] Same Day Service (Received by 10:00 a.m.) $ 200
   [ ] Next Day Service (Received by 2:00 p.m.) $ 100

[ ] **Category B** Preliminary Review of Document listed in Schedule A $ 50
   (2nd Business Day Service Only – Received by 2:00 p.m.)
   [ ] Resubmission within 30 Days of initial Pre-Review (N/C)

[ ] **Category C** Expedite Business Entity Document listed in Schedule C $ 50
   (Next Day Service Only – Received by 2:00 p.m.)

[ ] **Category D** Expedite Application for Reinstatement $ 50
   (Next Day Service Only – Received by 2:00 p.m.)

I/O [ ]   *CBB*

*** Submit one payment for all applicable fees (e.g., charter/entrance, reinstatement, filing and expedite fees)

## REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

```
CIS0368                        CIS                       03/01/19
 1    64 CISM0180        CORPORATE DATA INQUIRY          13:07:50

    CORP ID:  0778842 - 5   STATUS: 18  SURRENDERED    STATUS DATE: 02/20/19
    CORP NAME:  Libre by Nexus Inc._____
                                    _____
DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                     CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N SURRENDERED   MONITOR INDICATOR:
CHARTER FEE:  50.00     MON NO:         MON STATUS:  MONITOR DTE:
   R/A NAME:  INCORP SERVICES, INC.

    STREET:  7288 HANOVER GREEN DRIVE              AR RTN MAIL:

     CITY:  MECHANICSVILLE         STATE : VA  ZIP:  23111-0000
   R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE:  09/18/18  LOC.: 142
ACCEPTED AR#: 218 08 1733  DATE: 05/15/18            HANOVER COUNTY
 CURRENT AR#: 218 08 1733  DATE: 05/15/18  STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES     PENALTY   INTEREST   TAXES     BALANCE      TOTAL SHARES
 18     100.00                                                     100
COMMAND:  ...............................................................
4AÛ                                                       06,016
```

```
CIS0368                        CIS                  03/01/19
1    64  CISM0250         MICROFILM INQUIRY            13:07:53

    CORP ID: 0778842 - 5    CORP STATUS: 18  SURRENDERE    ORDER/LINE #'S
CORP NAME: Libre by Nexus Inc._____  _____
                        _____  __
COURT LOCALITY: 142 HANOVER COUNTY        TOTAL CHARTER FEES:    50.00

ORD SEL  MICROFILM NO   DOCUMENT TYPE        DATE    CHARTER FEE PAGES
  __     19 02 07 0431  SURR > SURRENDER INC  02/20/19              7
  __     18 09 54 0218  RAC  > REGISTERED AGE 09/18/18              2
  __     18 09 01 0203  RSGN > R/A RESIGNED   08/28/18              3
  __     16 09 03 0376  RAC  > REGISTERED AGE 09/07/16              2
  __     15 12 03 0160  REIN > REINSTATEMENT  12/04/15              2
  __     15 12 03 0187  RAC  > REGISTERED AGE 12/04/15              1
  __     15 11 22 0770  TERM > TERMINATION    10/31/15              1
  __     15 03 54 0138  RAC  > REGISTERED AGE 03/19/15              1
  __     15 03 54 0142  RAC  > REGISTERED AGE 03/19/15              2
  __     14 12 50 0487  RAC  > REGISTERED AGE 12/02/14              2
  __     14 09 02 0402  AMEN > AMENDMENT      09/04/14              2
  __     14 06 50 1069  NEWC > NEW CHARTER    06/04/14      50.00   2
COMMAND: ...............................................................
4AÛ                                                         06,014
```

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, MARCH 1, 2019

The State Corporation Commission has found the accompanying application for a certificate of authority to transact business in Virginia submitted on behalf of

## Libre by Nexus, Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

## CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS IN VIRGINIA

be issued and admitted to record with the application in the Office of the Clerk of the Commission, effective March 1, 2019.

The corporation is authorized to transact business in Virginia, subject to all Virginia laws applicable to the corporation and its business.

STATE CORPORATION COMMISSION

By    *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORFACPT
CIS0368
19-03-01-1103



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**APPLICATION FOR A CERTIFICATE OF AUTHORITY TO**
**TRANSACT BUSINESS IN VIRGINIA AS A FOREIGN CORPORATION**

SCC759/921
(06/16)

> Provide a
> Certified
> Copy of the
> Formation
> Document,
> as Amended

1903010474

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's name: _____ Libre By Nexus, Inc. _____

Designated name (if required): _____

State or other jurisdiction of incorporation: _____ Georgia _____

Date of incorporation: ___ December 31, 2018 ___   Period of duration: ___ Perpetual ___

**(Mark if applicable:)** ☐ The corporation was previously authorized or registered to transact business in Virginia as a foreign business entity. (See Instructions.) *Set forth additional information on an attachment.*

The post office address, including the street and number, of the corporation's principal office is
___ 1175 Peachtree Street NE   Ste 1000 ___      ___ Atlanta ___   ___ GA ___   ___ 30361 ___
(number/street)                                   (city or town)    (state)    (zip)
The corporation's registered agent in VIRGINIA is _____ Incorp Services, Inc. _____ 059154715

The registered agent is **(mark appropriate box)**:

(1) an <u>individual</u> who is a resident of Virginia **and**
☐ an officer of the corporation.
☐ a director of the corporation.
☐ a member of the Virginia State Bar.

**OR**

(2) ☑ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

The corporation's VIRGINIA registered office address, including the street and number, if any, which is identical to the business office of the registered agent, is

___ 7288 Hanover Green Dr. ___   ___ Mechanicsville ___ , VA ___ 23111 ___,
(number/street)                   (city or town)              (zip)
which is physically located in the ☑ county **or** ☐ city of ___ Hanover ___.

**OFFICERS:**   <u>NAME AND TITLE</u>                 <u>BUSINESS ADDRESS</u>

Michael Donoan                          1175 Peachtree Street NE
                                        Suite 1000
Richard Moore                           Atlanta, GA  30361

**DIRECTORS:**   <u>NAME</u>                          <u>BUSINESS ADDRESS</u>

Evan Ajin                               1175 Peachtree Street NE
                                        Suite 1000
Timothy Okonski                         Atlanta, GA  30361

**STOCK:**   <u>NUMBER OF SHARES AUTHORIZED TO BE ISSUED</u>              <u>CLASS</u>
             500                                          Common

Signed in the name of the foreign corporation by:

_____          ___ 2/28/2019 ___      _____
(signature)                          (date)              (telephone number (optional))
___ Timothy Okonski ___          ___ Chief Finanical Officer ___
(printed name)                       (title)  *(see Instructions for examples of acceptable titles)*

---

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

Control Number : 17073147

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

## CERTIFICATE OF CONVERSION

I, **Robyn A. Crittenden**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that articles of conversion have been filed on **12/31/2018** converting

**LIBRE BY NEXUS INC.**
a Foreign Profit Corporation

to

**LIBRE BY NEXUS INC.**
a Domestic Profit Corporation

The required fees as provided by Title 14 of the Official Code of Georgia Annotated have been paid.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **01/08/2019**.



Robyn A. Crittenden
Secretary of State

1903010474

## CERTIFICATE OF CONVERSION TO CONVERT A FOREIGN CORPORATION INTO A GEORGIA CORPORATION

Pursuant to O.C.G.A §14-2-11092.2 and related provisions of the Official Code of Georgia Annotated. The following corporation hereby elects to convert into a Georgia Corporation by filing this Certificate of Conversion and attached articles of incorporation.

1. The name of the Virginia corporation immediately prior to filing this Certificate of Conversion is Libre by Nexus, Inc. (the "Converting Entity"). The name under which the Converting Entity was originally incorporated was Libre by Nexus, Inc.

*07788426*

*Surrendered 2/20/19*

2. Libre by Nexus, Inc. elects to become a Georgia Corporation under the name: Libre by Nexus, Inc.

3. The original jurisdiction of formation of the Converting Entity is Virginia.

4. The date of formation of the Converting Entity is June 4, 2014.   *none*

5. The name of the Converted Entity as identified in its articles of incorporation is Libre By Nexus, Inc., and it will be a Georgia corporation.

6. The conversion has been approved by all required entities as required pursuant to O.C.G.A §14-2-11092.2(a).

7. This Certificate of Conversion shall be effective on the date it is filed with the Secretary of State of Georgia.

8. A statement setting forth the manner and basis for converting the ownership interests in the entity making the election into shares of the corporation formed pursuant to such election.

9. Filed with this certificate of conversion are articles of incorporation in the form required by O.C.G.A §14-2-202 that set forth a name for the corporation that satisfies the requirements of O.C.G.A §14-2-401 and state that such articles of incorporation shall be the articles of incorporation of the corporation formed pursuant to such election unless and until modified in accordance with Chapter 2 of Title 14 of the Official Code of Georgia Annotated.

**IN AFFIRMATION THEREOF**, the facts stated above are true and correct:

Libre by Nexus, Inc.
Signed by: Richard Moore
Title: Executive Vice President

12/31/18
DATE

## ARTICLES OF INCORPORATION OF LIBRE BY NEXUS, INC.

These Articles of Incorporation are submitted for filing for the purpose of creating and organizing a business corporation pursuant to the applicable provisions of the Georgia Business Corporation Code (the "**Code**") and the Georgia Administrative Code.

### Article 1: Name of the Corporation

The name of the corporation is Libre by Nexus, Inc. (the "**Corporation**").

### Article 2: Corporate Purpose

The purpose of the Corporation is to engage in any and all lawful business for which corporations may be incorporated under the Code.

### Article 3: Authorized Shares

The Corporation is authorized to issue a total of 100 shares of common stock.

The Board of Directors is authorized to establish one or more classes or series of shares of the Corporation's stock, setting forth the designation of each such class or series, and fixing the preferences, limitations, and relative rights of each such class or series.

### Article 4: Initial Registered Office and Agent

The address and county of the Corporation's initial registered office and the name of the Corporation's initial registered agent at the initial registered office is Mary Donne Peters, Gorby, Peters & Associates, LLC, 1175 Peachtree St. NE, 10th Floor, Suite 1000, Atlanta, Georgia 30361.

### Article 5: Incorporators

The names and addresses of the incorporators are:

Richard Moore

100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

### Article 6: Initial Principal Office

The mailing address of the Corporation's initial principal office is: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

### Article 7: Initial Board of Directors

The name and address of each of the Corporation's initial Director is as follows:

Richard Moore: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

Micheal Donovan: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

Evan Ajin: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

**Article 8: Effective Date**

These Articles of Incorporation shall be effective on the date they are filed with Georgia Secretary of State.

**IN WITNESS WHEREOF,** the undersigned have signed these Articles of Incorporation as of August 31, 2018.

Signature: _____
Richard Moore, as Incorporator

2

190301047.4



Secretary of State

**OFFICE OF SECRETARY OF STATE**
**CORPORATIONS DIVISION**
2 Martin Luther King Jr Dr SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817
sos.georgia.gov/corporations

2019 DEC 31   AM 9:56

### TRANSMITTAL INFORMATION FORM
### GEORGIA PROFIT OR NONPROFIT CORPORATION

**IMPORTANT** Please provide the entity s primary email address when completing this form.

Primary Email Address  rmoore@nexushelps.com

NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM

1.
Corporate Name Reservation Number (if one has been obtained; if articles are being filed without prior reservation, leave this line blank)

**Libre by Nexus, Inc.**
Corporate Name (List exactly as it appears in articles )

2. **Richard Moore**
Name of Person Filing Articles of Incorporation (Certificate will be mailed to this person at email address listed below.)

100 Hartsfield Center Parkway, Suite 500
Address

Atlanta                                    GA          30354
City                                       State       Zip Code

rmoore@nexushelps.com
Filer's Email Address                                  Telephone Number

3. **Gorby Peters & Associates, LLC**
Name of Registered Agent in Georgia

1175 Peachtree St. NE, 10th Floor, Suite 1000
Registered Office Street Address in Georgia (Post office box or mail drop not acceptable for registered office address.)

Atlanta              United States              GA          30361
City                 County                     State       Zip Code

mpeters@gorbypeters.com
Registered Agent's Email Address

4. Mail the following items to the Secretary of State at the above address.

    1)  This transmittal form;
    2)  The Articles of Incorporation; and
    3)  Filing fee of $100.00 payable to Secretary of State. Filing fees are non-refundable.

I certify that a Notice of Incorporation or Notice of Intent to incorporate with a publication fee of $40.00 has been or
will be mailed or delivered to the official organ of the county where the initial registered office of the corporation is to
be located. (The clerk of superior court can advise you of the official organ in a particular county.) I understand that
the information on this form will be entered in the Secretary of State business entity database, and I certify that the
above information is true and correct to the best of my knowledge

_____                              8/31/18
Signature of Authorized Person                       Date

Richard Moore
Print name

**FORM 227**
(Rev. 9/2016)

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: F2117135
Filing Number: 200312446631
Filing Date/Time: 03/12/2020 02:02 PM
Effective Date/Time: 03/12/2020 02:02 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Libre by Nexus, Inc. | Entity Type: | Stock Corporation |
| Entity ID: | F2117135 | Formation Date: | 03/01/2019 |
| Jurisdiction: | GA | | |
| Status: | Active | | |
| Total Shares: | 100 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DR, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER | | |

### Principal Office Address

Address:  113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Secretary | Yes | TIMOTHY OKONSKI | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| President | Yes | MICHAEL DONOVAN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Vice President | Yes | EVAN AJIN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Vice President, Executive Vice President | No | RICHARD MOORE | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Treasurer | Yes | David See | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |

### Signature Information

Date Signed: 03/12/2020

| Printed Name | Signature | Title |
|---|---|---|
| Michael Donovan | Michael Donovan | President |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March  1, 2019

RICHARD MOORE
NEUS SERVICES INC
1175 PEACHTREE ST NE STE 1000
ATLANTA, GA 30361

**RECEIPT**

RE:      Libre by Nexus, Inc.

ID:      F211713 - 5

DCN:     19-03-01-1103

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing an application for a certificate of
authority to transact business in Virginia with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate is March  1, 2019.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORFACPT
CIS0368

190301047.4

**ENTITY NAME:** *Libre By Nexus, Inc.*

Name availability done in:

Initials: *KP*

Conflict with ID #: _____

eFile: _____

CIS: *u*   _____

**ENTITY ID #:** _____

**DCN #:** **190301 1103**

_____

_____

∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿∿

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE   *50*       JURISDICTION:   *GA*

FILING FEE   *25*

EXPEDITE FEE(S)   *200*

| **SPECIAL EFFECTIVE DATE / TIME** |
| --- |
| _____ |

TOTAL FEES   *275*

INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:     SEND COPY TO: _____

_____

_____   *Meli*

_____   *3/1/19*

_____

////////////////////////////////////////////////

COPYWORK REQUESTED:                    CORRESPONDENT:

_____        _____

_____        _____

_____        _____

AMOUNT AVAILABLE        _____ MAIL _____
FOR COPYWORK:           _____ CALL _____
                        _____ FAX _____
_____         _____ FED EX _____

REVISED 08/11

| FOR OFFICE USE ONLY | FOR OFFICE USE ONLY | FOR OFFICE USE ONLY | FOR OFFICE USE ONLY |

*F211713-5*



COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION
OFFICE OF THE CLERK
1300 E MAIN ST
RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia

SCC21.2
(03/19)

SCC - CLERK'S OFFICE
OPERATIONS
2019 MAR -1  AM 11: 28



**This form MUST be completed and placed on top of EACH document submission**
**(so it can be readily identified as a request for expedited review and processing).**

| Name of Corporation or Company (etc.): *(Must be typed for Email option.)* | SCC ID No. *(If known):* |
|---|---|
| Libre By Nexus, Inc. | |

**Customer Contact Information:**

Name:   Richard Moore

Company:   Neus Services, Inc.

Address:   1175 Peachtree Street NE   Ste 1000

Atlanta                    VA        30361
(city or town)           (state)      (zip code)

Telephone: ( 757 )  344  -  5127   ext

Email:   RMOORE@NEXUSHELPS.COM
*(All Letters in Email Address must be CAPITALIZED.)*

**Send Evidence of Expedited Filing By:**
*(Choose one)*

[✓] Email (Only available for Categories A, C and D)

> **Two typed originals** of this form **must** be submitted for Email option.
> See "Return of Evidence" in the Instructions.

[ ] Hold for Pickup  (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail  (Prepaid envelope required.)

[ ] Overnight via  [ ] UPS  [ ] Fed Ex
(Completed waybill required.  For Fed Ex, the waybill
must be computer-generated with a barcode.)

---

~~ See Information & Instructions for description of Categories. ~~

**Expedited Service Requested:**
(mark service requested)                  *** **Expedite Fee:**
                                          *** (other fees may be needed – see footnote)

**FOR OFFICE USE ONLY**

190301  1103

[✓] **Category A**  Expedite Business Entity Document listed in Schedule A
      [✓] Same Day Service (Received by 10:00 a.m.)      $ 200
      [ ] Next Day Service (Received by 2:00 p.m.)       $ 100

[ ] **Category B**  Preliminary Review of Document listed in Schedule A      $ 50
      (2nd Business Day Service Only – Received by 2:00 p.m.)
      [ ] Resubmission within 30 Days of initial Pre-Review      (N/C)

[ ] **Category C**  Expedite Business Entity Document listed in Schedule C      $ 50
      (Next Day Service Only – Received by 2:00 p.m.)

[ ] **Category D**  Expedite Application for Reinstatement      $ 50
      (Next Day Service Only – Received by 2:00 p.m.)

I/O [ ]            CBB

---

*** Submit one payment for all applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

```
CIS0368                        CIS                      03/01/19
1    64 CISM0180       CORPORATE DATA INQUIRY           13:07:50

    CORP ID:  0778842 - 5  STATUS: 18  SURRENDERED    STATUS DATE: 02/20/19
    CORP NAME:  Libre by Nexus Inc._____
_____
DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                    CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N SURRENDERED   MONITOR INDICATOR:
CHARTER FEE:  50.00    MON NO:         MON STATUS:  MONITOR DTE:
   R/A NAME:  INCORP SERVICES, INC.

    STREET:  7288 HANOVER GREEN DRIVE                AR RTN MAIL:

    CITY:  MECHANICSVILLE          STATE :  VA  ZIP:  23111-0000
   R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE:  09/18/18  LOC.: 142
ACCEPTED AR#: 218 08 1733  DATE: 05/15/18          HANOVER COUNTY
 CURRENT AR#: 218 08 1733  DATE: 05/15/18  STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY   INTEREST   TAXES     BALANCE      TOTAL SHARES
 18     100.00                                                   100
COMMAND:  ...............................................................
4AÛ                                                      06,016
```

```
CIS0368                          CIS                     03/01/19
1    64  CISM0250            MICROFILM INQUIRY            13:07:53

    CORP ID: 0778842 - 5    CORP STATUS: 18  SURRENDERE      ORDER/LINE #'S
 CORP NAME: Libre by Nexus Inc._____    _____
 _____    __
 COURT LOCALITY: 142 HANOVER COUNTY        TOTAL CHARTER FEES:   50.00

 ORD SEL   MICROFILM NO   DOCUMENT TYPE        DATE     CHARTER FEE PAGES
    __     19 02 07 0431  SURR > SURRENDER INC  02/20/19              7
    __     18 09 54 0218  RAC  > REGISTERED AGE 09/18/18              2
    __     18 09 01 0203  RSGN > R/A RESIGNED   08/28/18              3
    __     16 09 03 0376  RAC  > REGISTERED AGE 09/07/16              2
    __     15 12 03 0160  REIN > REINSTATEMENT  12/04/15              2
    __     15 12 03 0187  RAC  > REGISTERED AGE 12/04/15              1
    __     15 11 22 0770  TERM > TERMINATION    10/31/15              1
    __     15 03 54 0138  RAC  > REGISTERED AGE 03/19/15              1
    __     15 03 54 0142  RAC  > REGISTERED AGE 03/19/15              2
    __     14 12 50 0487  RAC  > REGISTERED AGE 12/02/14              2
    __     14 09 02 0402  AMEN > AMENDMENT      09/04/14              2
    __     14 06 50 1069  NEWC > NEW CHARTER    06/04/14      50.00   2
 COMMAND: ...............................................................
 4AÛ                                                           06,014
```

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, MARCH 1, 2019

The State Corporation Commission has found the accompanying application for a certificate of authority to transact business in Virginia submitted on behalf of

## Libre by Nexus, Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

## CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS IN VIRGINIA

be issued and admitted to record with the application in the Office of the Clerk of the Commission, effective March 1, 2019.

The corporation is authorized to transact business in Virginia, subject to all Virginia laws applicable to the corporation and its business.

STATE CORPORATION COMMISSION

By        *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORFACPT
CIS0368
19-03-01-1103



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC759/921
(06/16)

**APPLICATION FOR A CERTIFICATE OF AUTHORITY TO**
**TRANSACT BUSINESS IN VIRGINIA AS A FOREIGN CORPORATION**

Provide a
Certified
Copy of the
Formation
Document,
as Amended

190301047.4

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's name: _____ Libre By Nexus, Inc. _____

Designated name (if required): _____

State or other jurisdiction of incorporation: _____ Georgia _____

Date of incorporation: _____ December 31, 2018 _____   Period of duration: _____ Perpetual _____

**(Mark if applicable:)** ☐ The corporation was previously authorized or registered to transact business in Virginia as a foreign business entity. (See Instructions.) *Set forth additional information on an attachment.*

The post office address, including the street and number, of the corporation's principal office is

1175 Peachtree Street NE   Ste 1000 _____ Atlanta _____ GA _____ 30361
(number/street)                                   (city or town)   (state)   (zip)

The corporation's registered agent in VIRGINIA is _____ Incorp Services, Inc. _____ 059154715

The registered agent is **(mark appropriate box)**:

(1) an <u>individual</u> who is a resident of Virginia **and**              (2) ☑ a Virginia or foreign stock or nonstock
☐ an officer of the corporation.                                                        corporation, limited liability company or
☐ a director of the corporation.              **OR**                         registered limited liability partnership
☐ a member of the Virginia State Bar.                                        authorized to transact business in Virginia.

The corporation's VIRGINIA registered office address, including the street and number, if any, which is identical to the business office of the registered agent, is

7288 Hanover Green Dr. _____ Mechanicsville _____, VA _____ 23111 ,
(number/street)                       (city or town)                           (zip)

which is physically located in the ☑ county **or** ☐ city of _____ Hanover _____.

| **OFFICERS:** | <u>NAME AND TITLE</u> | BUSINESS ADDRESS |
|---|---|---|
| Michael Donoan | | 1175 Peachtree Street NE |
| | | Suite 1000 |
| Richard Moore | | Atlanta, GA  30361 |

| **DIRECTORS:** | <u>NAME</u> | BUSINESS ADDRESS |
|---|---|---|
| Evan Ajin | | 1175 Peachtree Street NE |
| | | Suite 1000 |
| Timothy Okonski | | Atlanta, GA  30361 |

**STOCK:**   <u>NUMBER OF SHARES AUTHORIZED TO BE ISSUED</u>              <u>CLASS</u>

500                                                                                       Common

Signed in the name of the foreign corporation by:

_____ (signature)

2/28/2019
(date)                              (telephone number (optional))

Timothy Okonski                     Chief Finanical Officer
(printed name)                         (title)   *(see Instructions for examples of acceptable titles)*

**Personal Information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at <u>www.scc.virginia.gov/clk</u>.

Control Number : 17073147

# STATE OF GEORGIA

## Secretary of State

### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

## CERTIFICATE OF CONVERSION

I, **Robyn A. Crittenden**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that articles of conversion have been filed on **12/31/2018** converting

### LIBRE BY NEXUS INC.
**a Foreign Profit Corporation**

to

### LIBRE BY NEXUS INC.
**a Domestic Profit Corporation**

The required fees as provided by Title 14 of the Official Code of Georgia Annotated have been paid.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **01/08/2019**.



**Robyn A. Crittenden**
**Secretary of State**

## CERTIFICATE OF CONVERSION TO CONVERT A FOREIGN CORPORATION INTO A GEORGIA CORPORATION

Pursuant to O.C.G.A §14-2-11092.2 and related provisions of the Official Code of Georgia Annotated. The following corporation hereby elects to convert into a Georgia Corporation by filing this Certificate of Conversion and attached articles of incorporation.

1. The name of the Virginia corporation immediately prior to filing this Certificate of Conversion is Libre by Nexus, Inc. (the "Converting Entity"). The name under which the Converting Entity was originally incorporated was Libre by Nexus, Inc.

2. Libre by Nexus, Inc. elects to become a Georgia Corporation under the name: Libre by Nexus, Inc.

3. The original jurisdiction of formation of the Converting Entity is Virginia.

4. The date of formation of the Converting Entity is June 4, 2014.

5. The name of the Converted Entity as identified in its articles of incorporation is Libre By Nexus, Inc., and it will be a Georgia corporation.

6. The conversion has been approved by all required entities as required pursuant to O.C.G.A §14-2-11092.2(a).

7. This Certificate of Conversion shall be effective on the date it is filed with the Secretary of State of Georgia.

8. A statement setting forth the manner and basis for converting the ownership interests in the entity making the election into shares of the corporation formed pursuant to such election.

9. Filed with this certificate of conversion are articles of incorporation in the form required by O.C.G.A §14-2-202 that set forth a name for the corporation that satisfies the requirements of O.C.G.A §14-2-401 and state that such articles of incorporation shall be the articles of incorporation of the corporation formed pursuant to such election unless and until modified in accordance with Chapter 2 of Title 14 of the Official Code of Georgia Annotated.

**IN AFFIRMATION THEREOF**, the facts stated above are true and correct:

Libre by Nexus, Inc.
Signed by: Richard Moore
Title: Executive Vice President

12/31/18
DATE

*handwritten notes in margin: 07788426   Surrendered   2/20/19   nonl*

## ARTICLES OF INCORPORATION OF LIBRE BY NEXUS, INC.

These Articles of Incorporation are submitted for filing for the purpose of creating and organizing a business corporation pursuant to the applicable provisions of the Georgia Business Corporation Code (the "**Code**") and the Georgia Administrative Code.

### Article 1: Name of the Corporation

The name of the corporation is Libre by Nexus, Inc. (the "**Corporation**").

### Article 2: Corporate Purpose

The purpose of the Corporation is to engage in any and all lawful business for which corporations may be incorporated under the Code.

### Article 3: Authorized Shares

The Corporation is authorized to issue a total of 100 shares of common stock.

The Board of Directors is authorized to establish one or more classes or series of shares of the Corporation's stock, setting forth the designation of each such class or series, and fixing the preferences, limitations, and relative rights of each such class or series.

### Article 4: Initial Registered Office and Agent

The address and county of the Corporation's initial registered office and the name of the Corporation's initial registered agent at the initial registered office is Mary Donne Peters, Gorby, Peters & Associates, LLC, 1175 Peachtree St. NE, 10th Floor, Suite 1000, Atlanta, Georgia 30361.

### Article 5: Incorporators

The names and addresses of the incorporators are:

Richard Moore

100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

### Article 6: Initial Principal Office

The mailing address of the Corporation's initial principal office is: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

### Article 7: Initial Board of Directors

The name and address of each of the Corporation's initial Director is as follows:

Richard Moore:  100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

Micheal Donovan: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

Evan Ajin: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

### Article 8: Effective Date

These Articles of Incorporation shall be effective on the date they are filed with Georgia Secretary of State.

**IN WITNESS WHEREOF**, the undersigned have signed these Articles of Incorporation as of August __31__, 2018.


Signature: _____
Richard Moore, as Incorporator

2



Secretary of State

**OFFICE OF SECRETARY OF STATE**
**CORPORATIONS DIVISION**
2 Martin Luther King Jr Dr SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817
sos.georgia.gov/corporations



## TRANSMITTAL INFORMATION FORM
## GEORGIA PROFIT OR NONPROFIT CORPORATION

**IMPORTANT** Please provide the entity's primary email address when completing this form.

Primary Email Address **rmoore@nexushelps.com**

NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM

**1.**

Corporate Name Reservation Number (if one has been obtained; if articles are being filed without prior reservation, leave this line blank)

**Libre by Nexus, Inc.**

Corporate Name (List exactly as it appears in articles.)

**2.   Richard Moore**

Name of Person Filing Articles of Incorporation (Certificate will be mailed to this person at email address listed below.)

*100 Hartsfield Center Parkway, Suite 500*

Address

*Atlanta*                                           *GA*        *30354*

City                                               State      Zip Code

rmoore@nexushelps.com

Filer's Email Address                              Telephone Number

**3.   Gorby Peters & Associates, LLC**

Name of Registered Agent in Georgia

**1175 Peachtree St. NE, 10th Floor, Suite 1000**

Registered Office Street Address in Georgia (Post office box or mail drop not acceptable for registered office address.)

| Atlanta | United States | GA | 30361 |
|---------|---------------|-----|---------|
| City | County | State | Zip Code |

mpeters@gorbypeters.com

Registered Agent's Email Address

**4.  Mail the following items to the Secretary of State at the above address.**

     1)  This transmittal form;
     2)  The Articles of Incorporation; and
     3)  Filing fee of $100.00 payable to Secretary of State. Filing fees are non-refundable.

I certify that a Notice of Incorporation or Notice of Intent to Incorporate with a publication fee of $40.00 has been or will be mailed or delivered to the official organ of the county where the initial registered office of the corporation is to be located. (The clerk of superior court can advise you of the official organ in a particular county.) I understand that the information on this form will be entered in the Secretary of State business entity database, and I certify that the above information is true and correct to the best of my knowledge

_____                    *8/31/18*

Signature of Authorized Person                     Date

*Richard Moore*

Print name

FORM 227
(Rev. 9/2016)

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: F2117135
Filing Number: 200312446631
Filing Date/Time: 03/12/2020 02:02 PM
Effective Date/Time: 03/12/2020 02:02 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Libre by Nexus, Inc. | Entity Type: | Stock Corporation |
| Entity ID: | F2117135 | Formation Date: | 03/01/2019 |
| Jurisdiction: | GA | | |
| Status: | Active | | |
| Total Shares: | 100 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DR, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Secretary | Yes | TIMOTHY OKONSKI | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| President | Yes | MICHAEL DONOVAN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Vice President | Yes | EVAN AJIN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Vice President, Executive Vice President | No | RICHARD MOORE | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Treasurer | Yes | David See | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |

### Signature Information

Date Signed: 03/12/2020

| Printed Name | Signature | Title |
|---|---|---|
| Michael Donovan | Michael Donovan | President |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: F2117135
Filing Number: 2103203056377
Filing Date/Time: 03/20/2021 11:52 AM
Effective Date/Time: 03/20/2021 11:52 AM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Libre by Nexus, Inc. | Entity Type: | Stock Corporation |
| Entity ID: | F2117135 | Formation Date: | 03/01/2019 |
| Jurisdiction: | GA | | |
| Status: | Active | | |
| Total Shares: | 100 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DR, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Secretary | Yes | TIMOTHY OKONSKI | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| President | Yes | MICHAEL DONOVAN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Vice President | Yes | EVAN AJIN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Vice President, Executive Director | No | RICHARD MOORE | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Treasurer | Yes | David See | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |

### Signature Information

Date Signed: 03/20/2021

| Printed Name | Signature | Title |
|---|---|---|
| Michael Donovan | Michael Donovan | President |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March  1, 2019

RICHARD MOORE
NEUS SERVICES INC
1175 PEACHTREE ST NE STE 1000
ATLANTA, GA 30361

**RECEIPT**

RE:     Libre by Nexus, Inc.

ID:     F211713 - 5

DCN:    19-03-01-1103

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing an application for a certificate of
authority to transact business in Virginia with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate is March  1, 2019.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORFACPT
CIS0368

190301047-4

**ENTITY NAME:** *Libre By Nexus, Inc.*

Name availability done in:

Initials: *KP*

eFile:

Conflict with ID #: _____

CIS: *n* _____

**ENTITY ID #:** _____

**DCN #:** **190301 1103**

_____

_____

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE    *50*

FILING FEE    *25*

EXPEDITE FEE(S)    *200*

TOTAL FEES    *275*

JURISDICTION:    *GA*

**SPECIAL EFFECTIVE DATE / TIME**

_____

INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:

SEND COPY TO: _____

_____

_____

*Meckie*
*3/1/19*

SCC: CLERK'S OFFICE
OPERATIONS
2019 MAR -1  AM 11:28

COPYWORK REQUESTED:

CORRESPONDENT:

_____

_____

_____

_____

_____

_____

AMOUNT AVAILABLE
FOR COPYWORK:

_____

_____ MAIL    _____

_____ CALL    _____

_____ FAX    _____

_____ FED EX    _____

FOR OFFICE USE ONLY    FOR OFFICE USE ONLY    FOR OFFICE USE ONLY    FOR OFFICE USE ONLY

*F211713-5*



COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION
OFFICE OF THE CLERK
1300 E MAIN ST
RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia

SCC21.2
(03/19)

SCC - CLERK'S OFFICE
OPERATIONS
2019 MAR -1  AM 11: 28



## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.):   (Must be typed for Email option.) | SCC ID No. (If known): |
|---|---|
| Libre By Nexus, Inc. | |

**Customer Contact Information:**

Name: Richard Moore

Company: Neus Services, Inc.

Address: 1175 Peachtree Street NE    Ste 1000

Atlanta _____ VA _____ 30361
(city or town)      (state)      (zip code)

Telephone: ( 757 ) 344 - 5127 ext _____

Email: RMOORE@NEXUSHELPS.COM
(All Letters in Email Address must be CAPITALIZED.)

**Send Evidence of Expedited Filing By:**
(Choose **one**)

[✓] Email (Only available for Categories A, C and D)

> **Two typed originals** of this form **must** be submitted for Email option.
> See "Return of Evidence" in the Instructions.

[ ] Hold for Pickup (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail (Prepaid envelope required.)

[ ] Overnight via  [ ] UPS   [ ] Fed Ex
(Completed waybill required.  For Fed Ex, the waybill must be computer-generated with a barcode.)

---

~~ See Information & Instructions for description of Categories. ~~

**Expedited Service Requested:**
(mark service requested)

**\*\*\* Expedite Fee:**
\*\*\* (other fees may be needed – see footnote)

**FOR OFFICE USE ONLY**

190301  1103

[✓] **Category A**  Expedite Business Entity Document listed in Schedule A
  [✓] Same Day Service (Received by 10:00 a.m.)     $ 200
  [ ] Next Day Service (Received by 2:00 p.m.)      $ 100

[ ] **Category B**  Preliminary Review of Document listed in Schedule A   $ 50
  (2nd Business Day Service Only – Received by 2:00 p.m.)
  [ ] Resubmission within 30 Days of initial Pre-Review   (N/C)

[ ] **Category C**  Expedite Business Entity Document listed in Schedule C   $ 50
  (Next Day Service Only – Received by 2:00 p.m.)

[ ] **Category D**  Expedite Application for Reinstatement   $ 50
  (Next Day Service Only – Received by 2:00 p.m.)

I/O [ ]    *CBB*

---

\*\*\* Submit one payment for <u>all</u> applicable fees (e.g., charter/entrance, reinstatement, filing <u>and</u> expedite fees)

## REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

```
CIS0368                          CIS                      03/01/19
1    64  CISM0180       CORPORATE DATA INQUIRY            13:07:50

    CORP ID:  0778842 - 5   STATUS: 18  SURRENDERED    STATUS DATE: 02/20/19
  CORP NAME:  Libre by Nexus Inc._____

DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:        INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA       STOCK INDICATOR:  S STOCK
MERGER IND:                      CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N SURRENDERED   MONITOR INDICATOR:
CHARTER FEE:  50.00     MON NO:          MON STATUS:  MONITOR DTE:
  R/A NAME:  INCORP SERVICES, INC.

  STREET:  7288 HANOVER GREEN DRIVE                AR RTN MAIL:

    CITY:  MECHANICSVILLE        STATE : VA  ZIP:  23111-0000
  R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE:  09/18/18  LOC.: 142
ACCEPTED AR#: 218 08 1733  DATE: 05/15/18            HANOVER COUNTY
 CURRENT AR#: 218 08 1733  DATE: 05/15/18  STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES     PENALTY   INTEREST   TAXES      BALANCE      TOTAL SHARES
 18     100.00                                                      100
COMMAND:  .........................................................
4AÛ                                                        06,016
```

```
CIS0368                          CIS                    03/01/19
1    64  CISM0250          MICROFILM INQUIRY            13:07:53

   CORP ID: 0778842 - 5    CORP STATUS: 18  SURRENDERE       ORDER/LINE #'S
CORP NAME: Libre by Nexus Inc._____   _____
                          _____   __
COURT LOCALITY: 142 HANOVER COUNTY         TOTAL CHARTER FEES:    50.00

ORD SEL    MICROFILM NO    DOCUMENT TYPE        DATE    CHARTER FEE PAGES
   __      19 02 07 0431   SURR > SURRENDER INC  02/20/19              7
   __      18 09 54 0218   RAC  > REGISTERED AGE 09/18/18              2
   __      18 09 01 0203   RSGN > R/A RESIGNED   08/28/18              3
   __      16 09 03 0376   RAC  > REGISTERED AGE 09/07/16              2
   __      15 12 03 0160   REIN > REINSTATEMENT  12/04/15              2
   __      15 12 03 0187   RAC  > REGISTERED AGE 12/04/15              1
   __      15 11 22 0770   TERM > TERMINATION    10/31/15              1
   __      15 03 54 0138   RAC  > REGISTERED AGE 03/19/15              1
   __      15 03 54 0142   RAC  > REGISTERED AGE 03/19/15              2
   __      14 12 50 0487   RAC  > REGISTERED AGE 12/02/14              2
   __      14 09 02 0402   AMEN > AMENDMENT      09/04/14              2
   __      14 06 50 1069   NEWC > NEW CHARTER    06/04/14      50.00   2
COMMAND: .................................................
4AÛ                                                            06,014
```

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, MARCH 1, 2019

The State Corporation Commission has found the accompanying application for a certificate of authority to transact business in Virginia submitted on behalf of

## Libre by Nexus, Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

## CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS IN VIRGINIA

be issued and admitted to record with the application in the Office of the Clerk of the Commission, effective March 1, 2019.

The corporation is authorized to transact business in Virginia, subject to all Virginia laws applicable to the corporation and its business.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORFACPT
CIS0368
19-03-01-1103



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC759/921
(06/16)

**APPLICATION FOR A CERTIFICATE OF AUTHORITY TO
TRANSACT BUSINESS IN VIRGINIA AS A FOREIGN CORPORATION**

| Provide a Certified Copy of the Formation Document, as Amended |
| --- |

19030101474

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's name: _____ Libre By Nexus, Inc. _____

Designated name (if required): _____

State or other jurisdiction of incorporation: _____ Georgia _____

Date of incorporation: _____ December 31, 2018 _____   Period of duration: _____ Perpetual _____

**(Mark if applicable:)** ☐ The corporation was previously authorized or registered to transact business in Virginia as a foreign business entity. (See Instructions.) *Set forth additional information on an attachment.*

The post office address, including the street and number, of the corporation's principal office is

| 1175 Peachtree Street NE   Ste 1000 | Atlanta | GA | 30361 |
| --- | --- | --- | --- |
| (number/street) | (city or town) | (state) | (zip) |

The corporation's registered agent in VIRGINIA is _____ Incorp Services, Inc. ___ 05915475

The registered agent is **(mark appropriate box)**:

(1) an <u>individual</u> who is a resident of Virginia **and**
  ☐ an officer of the corporation.
  ☐ a director of the corporation.
  ☐ a member of the Virginia State Bar.

**OR**

(2) ☑ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

The corporation's VIRGINIA registered office address, including the street and number, if any, which is identical to the business office of the registered agent, is

| 7288 Hanover Green Dr. | Mechanicsville | , VA | 23111 |
| --- | --- | --- | --- |
| (number/street) | (city or town) | | (zip) |

which is physically located in the ☑ county **or** ☐ city of _____ Hanover _____.

**OFFICERS:**   <u>NAME AND TITLE</u>        <u>BUSINESS ADDRESS</u>

| Michael Donoan | 1175 Peachtree Street NE |
| --- | --- |
| | Suite 1000 |
| Richard Moore | Atlanta, GA  30361 |

**DIRECTORS:**   <u>NAME</u>        <u>BUSINESS ADDRESS</u>

| Evan Ajin | 1175 Peachtree Street NE |
| --- | --- |
| | Suite 1000 |
| Timothy Okonski | Atlanta, GA  30361 |

**STOCK:**   <u>NUMBER OF SHARES AUTHORIZED TO BE ISSUED</u>     <u>CLASS</u>

| 500 | Common |
| --- | --- |

Signed in the name of the foreign corporation by:

| (signature) | 2/28/2019 | |
| --- | --- | --- |
| | (date) | (telephone number (optional)) |
| Timothy Okonski | Chief Finanical Officer | |
| (printed name) | (title) | *(see Instructions for examples of acceptable titles)* |

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

Control Number : 17073147

# STATE OF GEORGIA

## Secretary of State

**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

### CERTIFICATE OF CONVERSION

I, **Robyn A. Crittenden**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that articles of conversion have been filed on **12/31/2018** converting

**LIBRE BY NEXUS INC.**
a Foreign Profit Corporation

to

**LIBRE BY NEXUS INC.**
a Domestic Profit Corporation

The required fees as provided by Title 14 of the Official Code of Georgia Annotated have been paid.

WITNESS my hand and official seal in the City of Atlanta
and the State of Georgia on **01/08/2019**.



Robyn A. Crittenden
Secretary of State

**CERTIFICATE OF CONVERSION TO CONVERT A FOREIGN CORPORATION
INTO A GEORGIA CORPORATION**

Pursuant to O.C.G.A §14-2-11092.2 and related provisions of the Official Code of Georgia Annotated. The following corporation hereby elects to convert into a Georgia Corporation by filing this Certificate of Conversion and attached articles of incorporation.

1. The name of the Virginia corporation immediately prior to filing this Certificate of Conversion is Libre by Nexus, Inc. (the "Converting Entity"). The name under which the Converting Entity was originally incorporated was Libre by Nexus, Inc.

*07788426*

*Surrendered*
*2/20/19*

2. Libre by Nexus, Inc. elects to become a Georgia Corporation under the name: Libre by Nexus, Inc.

3. The original jurisdiction of formation of the Converting Entity is Virginia.

4. The date of formation of the Converting Entity is June 4, 2014.   *none*

5. The name of the Converted Entity as identified in its articles of incorporation is Libre By Nexus, Inc., and it will be a Georgia corporation.

6. The conversion has been approved by all required entities as required pursuant to O.C.G.A §14-2-11092.2(a).

7. This Certificate of Conversion shall be effective on the date it is filed with the Secretary of State of Georgia.

8. A statement setting forth the manner and basis for converting the ownership interests in the entity making the election into shares of the corporation formed pursuant to such election.

9. Filed with this certificate of conversion are articles of incorporation in the form required by O.C.G.A §14-2-202 that set forth a name for the corporation that satisfies the requirements of O.C.G.A §14-2-401 and state that such articles of incorporation shall be the articles of incorporation of the corporation formed pursuant to such election unless and until modified in accordance with Chapter 2 of Title 14 of the Official Code of Georgia Annotated.

**IN AFFIRMATION THEREOF**, the facts stated above are true and correct:

Libre by Nexus, Inc.
Signed by: Richard Moore
Title: Executive Vice President

_12/31/18_
DATE

## ARTICLES OF INCORPORATION OF LIBRE BY NEXUS, INC.

These Articles of Incorporation are submitted for filing for the purpose of creating and organizing a business corporation pursuant to the applicable provisions of the Georgia Business Corporation Code (the **"Code"**) and the Georgia Administrative Code.

### Article 1: Name of the Corporation

The name of the corporation is Libre by Nexus, Inc. (the **"Corporation"**).

### Article 2: Corporate Purpose

The purpose of the Corporation is to engage in any and all lawful business for which corporations may be incorporated under the Code.

### Article 3: Authorized Shares

The Corporation is authorized to issue a total of 100 shares of common stock.

The Board of Directors is authorized to establish one or more classes or series of shares of the Corporation's stock, setting forth the designation of each such class or series, and fixing the preferences, limitations, and relative rights of each such class or series.

### Article 4: Initial Registered Office and Agent

The address and county of the Corporation's initial registered office and the name of the Corporation's initial registered agent at the initial registered office is Mary Donne Peters, Gorby, Peters & Associates, LLC, 1175 Peachtree St. NE, 10th Floor, Suite 1000, Atlanta, Georgia 30361.

### Article 5: Incorporators

The names and addresses of the incorporators are:

Richard Moore

100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

### Article 6: Initial Principal Office

The mailing address of the Corporation's initial principal office is: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

### Article 7: Initial Board of Directors

The name and address of each of the Corporation's initial Director is as follows:

Richard Moore: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

Micheal Donovan: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

Evan Ajin: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

### Article 8: Effective Date

These Articles of Incorporation shall be effective on the date they are filed with Georgia Secretary of State.

**IN WITNESS WHEREOF**, the undersigned have signed these Articles of Incorporation as of August __31__, 2018.

Signature: _____
Richard Moore, as Incorporator

2





**OFFICE OF SECRETARY OF STATE**
**CORPORATIONS DIVISION**
2 Martin Luther King Jr Dr SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817
sos.georgia.gov/corporations

Secretary of State

## TRANSMITTAL INFORMATION FORM
## GEORGIA PROFIT OR NONPROFIT CORPORATION

**IMPORTANT** Please provide the entity's primary email address when completing this form.

Primary Email Address  rmoore@nexushelps.com

**NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM**

**1.**

Corporate Name Reservation Number (if one has been obtained; if articles are being filed without prior reservation, leave this line blank)

Libre by Nexus, Inc.

Corporate Name (List exactly as it appears in articles.)

**2.** Richard Moore

Name of Person Filing Articles of Incorporation (Certificate will be mailed to this person at email address listed below.)

100 Hartsfield Center Parkway, Suite 500

Address

Atlanta                                                                   GA          30354

City                                                                      State       Zip Code

rmoore@nexushelps.com

Filer's Email Address                                                     Telephone Number

**3.** Gorby Peters & Associates, LLC

Name of Registered Agent in Georgia

1175 Peachtree St. NE, 10th Floor, Suite 1000

Registered Office Street Address in Georgia (Post office box or mail drop not acceptable for registered office address.)

Atlanta                     United States               GA          30361

City                        County                      State       Zip Code

mpeters@gorbypeters.com

Registered Agent's Email Address

**4.** Mail the following items to the Secretary of State at the above address.

    1) This transmittal form;
    2) The Articles of Incorporation; and
    3) Filing fee of $100.00 payable to Secretary of State. Filing fees are non-refundable.

I certify that a Notice of Incorporation or Notice of Intent to incorporate with a publication fee of $40.00 has been or will be mailed or delivered to the official organ of the county where the initial registered office of the corporation is to be located. (The clerk of superior court can advise you of the official organ in a particular county.) I understand that the information on this form will be entered in the Secretary of State business entity database, and I certify that the above information is true and correct to the best of my knowledge

Signature of Authorized Person                              8/31/18

Richard Moore                                               Date

Print name

FORM 227
(Rev. 9/2016)

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: F2117135
Filing Number: 200312446631
Filing Date/Time: 03/12/2020 02:02 PM
Effective Date/Time: 03/12/2020 02:02 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Libre by Nexus, Inc. | Entity Type: | Stock Corporation |
| Entity ID: | F2117135 | Formation Date: | 03/01/2019 |
| Jurisdiction: | GA | | |
| Status: | Active | | |
| Total Shares: | 100 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DR, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Secretary | Yes | TIMOTHY OKONSKI | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| President | Yes | MICHAEL DONOVAN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Vice President | Yes | EVAN AJIN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Vice President, Executive Vice President | No | RICHARD MOORE | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Treasurer | Yes | David See | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |

### Signature Information

Date Signed: 03/12/2020

| Printed Name | Signature | Title |
|---|---|---|
| Michael Donovan | Michael Donovan | President |

**Commonwealth of Virginia**
**State Corporation Commission**
**Office of the Clerk**
**Entity ID: F2117135**
**Filing Number: 2103203056377**
**Filing Date/Time: 03/20/2021 11:52 AM**
**Effective Date/Time: 03/20/2021 11:52 AM**

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Libre by Nexus, Inc. | Entity Type: | Stock Corporation |
| Entity ID: | F2117135 | Formation Date: | 03/01/2019 |
| Jurisdiction: | GA | | |
| Status: | Active | | |
| Total Shares: | 100 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DR, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Secretary | Yes | TIMOTHY OKONSKI | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| President | Yes | MICHAEL DONOVAN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Vice President | Yes | EVAN AJIN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Vice President, Executive Director | No | RICHARD MOORE | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Treasurer | Yes | David See | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |

### Signature Information

Date Signed: 03/20/2021

| Printed Name | Signature | Title |
|---|---|---|
| MIchael Donovan | MIchael Donovan | President |

**Commonwealth of Virginia**
**State Corporation Commission**
**Office of the Clerk**
**Entity ID: F2117135**
**Filing Number: 2201164075346**
**Filing Date/Time: 01/16/2022 07:09 AM**
**Effective Date/Time: 01/16/2022 07:09 AM**

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Libre by Nexus, Inc. | Entity Type: | Stock Corporation |
| Entity ID: | F2117135 | VA Qualification Date: | 03/01/2019 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 01/16/2022

| Printed Name | Signature | Title |
|---|---|---|
| Evan Ajin | Evan Ajin | Secretary |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 01/16/2022 07:05 AM | Stock Corporation | Annual Report | Pending |
| 01/16/2022 07:07 AM | Stock Corporation | Registration Fee | Pending |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March  1, 2019

RICHARD MOORE
NEUS SERVICES INC
1175 PEACHTREE ST NE STE 1000
ATLANTA, GA 30361

**RECEIPT**

RE:     Libre by Nexus, Inc.

ID:     F211713 - 5

DCN:    19-03-01-1103

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing an application for a certificate of authority to transact business in Virginia with this office.

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate is March  1, 2019.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORFACPT
CIS0368

ENTITY NAME: *Libre By Nexus, Inc.*

Name availability done in:

Initials: _KP_          Conflict with ID #: _____

eFile:

CIS: _u_          _____

ENTITY ID #: _____

DCN #: **190301 1103**

_____

_____

1903010474

CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE _50_          JURISDICTION: _GA_

FILING FEE _25_

EXPEDITE FEE(S) _200_          **SPECIAL EFFECTIVE DATE / TIME**

_____

TOTAL FEES _275_          INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:          SEND COPY TO: _____

_____          _Meche_
_____          _3/1/19_
_____

2019 MAR -1  AM 11:28   SCC CLERK'S OFFICE OPERATIONS

COPYWORK REQUESTED:          CORRESPONDENT:

_____          _____

_____          _____

_____          _____

AMOUNT AVAILABLE          _____ MAIL _____
FOR COPYWORK:          _____ CALL _____
          _____ FAX _____
_____          _____ FED EX _____

REVISED 08/11

FOR OFFICE USE ONLY          FOR OFFICE USE ONLY          FOR OFFICE USE ONLY          FOR OFFICE USE ONLY

*F211713-S*



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
**1300 E MAIN ST**
**RICHMOND, VA 23219**
**(804) 371-9733**
**1-866-722-2551 Toll-free in Virginia**

SCC21.2
(03/19)

SCC-CLERK'S OFFICE
OPERATIONS
2019 MAR -1 AM 11: 28


Expedited Service
Request Form

## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): (Must be typed for Email option.) | SCC ID No. (If known): |
|---|---|
| Libre By Nexus, Inc. | |

**Customer Contact Information:**

Name: Richard Moore

Company: Neus Services, Inc.

Address: 1175 Peachtree Street NE    Ste 1000

Atlanta                VA          30361
(city or town)          (state)      (zip code)

Telephone: ( 757 )  344  - 5127  ext

Email: RMOORE@NEXUSHELPS.COM
(All Letters in Email Address must be CAPITALIZED.)

**Send Evidence of Expedited Filing By:**
(Choose **one**)

[✓] Email (Only available for Categories A, C and D)

> **Two typed originals** of this form
> **must** be submitted for Email option.
> See "Return of Evidence" in the Instructions.

[ ] Hold for Pickup (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail (Prepaid envelope required.)

[ ] Overnight via [ ] UPS [ ] Fed Ex
(Completed waybill required. For Fed Ex, the waybill
must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**
(mark service requested)

**\*\*\* Expedite Fee:**
\*\*\* (other fees may be needed – see footnote)

**FOR OFFICE USE ONLY**

190301  1103

[✓] **Category A**  Expedite Business Entity Document listed in Schedule A
    [✓] Same Day Service (Received by 10:00 a.m.)    $ 200
    [ ] Next Day Service (Received by 2:00 p.m.)    $ 100

[ ] **Category B**  Preliminary Review of Document listed in Schedule A    $ 50
    (2nd Business Day Service Only – Received by 2:00 p.m.)
    [ ] Resubmission within 30 Days of initial Pre-Review    (N/C)

[ ] **Category C**  Expedite Business Entity Document listed in Schedule C    $ 50
    (Next Day Service Only – Received by 2:00 p.m.)

[ ] **Category D**  Expedite Application for Reinstatement    $ 50
    (Next Day Service Only – Received by 2:00 p.m.)

I/O [ ]    *CBB*

---

**\*\*\*** Submit one payment for <u>all</u> applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

```
CIS0368                          CIS                        03/01/19
1    64  CISM0180        CORPORATE DATA INQUIRY              13:07:50

    CORP ID:  0778842 - 5   STATUS: 18  SURRENDERED    STATUS DATE: 02/20/19
    CORP NAME:  Libre by Nexus Inc._____

DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:        INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:                      CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N SURRENDERED    MONITOR INDICATOR:
CHARTER FEE:  50.00     MON NO:         MON STATUS:  MONITOR DTE:
   R/A NAME:  INCORP SERVICES, INC.

    STREET:  7288 HANOVER GREEN DRIVE               AR RTN MAIL:

      CITY:  MECHANICSVILLE        STATE : VA  ZIP:  23111-0000
   R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE:  09/18/18  LOC.: 142
ACCEPTED AR#: 218 08 1733  DATE: 05/15/18            HANOVER COUNTY
 CURRENT AR#: 218 08 1733  DATE: 05/15/18  STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES      PENALTY    INTEREST    TAXES      BALANCE      TOTAL SHARES
 18      100.00                                                        100
COMMAND:  ............................................................
4AÛ                                                          06,016
```

```
CIS0368                         CIS                  03/01/19
1    64  CISM0250           MICROFILM INQUIRY         13:07:53

   CORP ID: 0778842 - 5    CORP STATUS: 18  SURRENDERE    ORDER/LINE #'S
CORP NAME: Libre by Nexus Inc._____  _____

COURT LOCALITY: 142 HANOVER COUNTY         TOTAL CHARTER FEES:   50.00

ORD SEL   MICROFILM NO   DOCUMENT TYPE        DATE     CHARTER FEE PAGES
  __      19 02 07 0431  SURR > SURRENDER INC  02/20/19             7
  __      18 09 54 0218  RAC  > REGISTERED AGE 09/18/18             2
  __      18 09 01 0203  RSGN > R/A RESIGNED   08/28/18             3
  __      16 09 03 0376  RAC  > REGISTERED AGE 09/07/16             2
  __      15 12 03 0160  REIN > REINSTATEMENT  12/04/15             2
  __      15 12 03 0187  RAC  > REGISTERED AGE 12/04/15             1
  __      15 11 22 0770  TERM > TERMINATION    10/31/15             1
  __      15 03 54 0138  RAC  > REGISTERED AGE 03/19/15             1
  __      15 03 54 0142  RAC  > REGISTERED AGE 03/19/15             2
  __      14 12 50 0487  RAC  > REGISTERED AGE 12/02/14             2
  __      14 09 02 0402  AMEN > AMENDMENT      09/04/14             2
  __      14 06 50 1069  NEWC > NEW CHARTER    06/04/14    50.00    2
COMMAND: ..............................................................
4AÛ                                                        06,014
```

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, MARCH 1, 2019

The State Corporation Commission has found the accompanying application for a certificate of authority to transact business in Virginia submitted on behalf of

# Libre by Nexus, Inc.

to comply with the requirements of law, and confirms payment of all required fees. Therefore, it is ORDERED that this

# CERTIFICATE OF AUTHORITY TO TRANSACT BUSINESS IN VIRGINIA

be issued and admitted to record with the application in the Office of the Clerk of the Commission, effective March 1, 2019.

The corporation is authorized to transact business in Virginia, subject to all Virginia laws applicable to the corporation and its business.

STATE CORPORATION COMMISSION

By  *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORFACPT
CIS0368
19-03-01-1103



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC759/921
(06/16)

**APPLICATION FOR A CERTIFICATE OF AUTHORITY TO**
**TRANSACT BUSINESS IN VIRGINIA AS A FOREIGN CORPORATION**

Provide a
Certified
Copy of the
Formation
Document,
as Amended

190301047-4

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

Corporation's name: _____ Libre By Nexus, Inc. _____

Designated name (if required): _____

State or other jurisdiction of incorporation: _____ Georgia _____

Date of incorporation: _____ December 31, 2018 _____ Period of duration: _____ Perpetual _____

**(Mark if applicable:)** ☐ The corporation was previously authorized or registered to transact business in Virginia as a foreign business entity. (See Instructions.) *Set forth additional information on an attachment.*

The post office address, including the street and number, of the corporation's principal office is

| 1175 Peachtree Street NE   Ste 1000 | Atlanta | GA | 30361 |
|---|---|---|---|
| (number/street) | (city or town) | (state) | (zip) |

The corporation's registered agent in VIRGINIA is _____ Incorp Services, Inc. _____ 0591547-5

The registered agent is **(mark appropriate box)**:

(1) an <u>individual</u> who is a resident of Virginia **and**
    ☐ an officer of the corporation.
    ☐ a director of the corporation.
    ☐ a member of the Virginia State Bar.

**OR**

(2) ☑ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

The corporation's VIRGINIA registered office address, including the street and number, if any, which is identical to the business office of the registered agent, is

| 7288 Hanover Green Dr. | Mechanicsville | , VA | 23111 |
|---|---|---|---|
| (number/street) | (city or town) | | (zip) |

which is physically located in the ☑ county **or** ☐ city of _____ Hanover _____.

| **OFFICERS:** | NAME AND TITLE | BUSINESS ADDRESS |
|---|---|---|
| Michael Donoan | | 1175 Peachtree Street NE |
| | | Suite 1000 |
| Richard Moore | | Atlanta, GA  30361 |

| **DIRECTORS:** | NAME | BUSINESS ADDRESS |
|---|---|---|
| Evan Ajin | | 1175 Peachtree Street NE |
| | | Suite 1000 |
| Timothy Okonski | | Atlanta, GA  30361 |

| **STOCK:** | NUMBER OF SHARES AUTHORIZED TO BE ISSUED | CLASS |
|---|---|---|
| | 500 | Common |

Signed in the name of the foreign corporation by:

_____ (signature) _____

_____ 2/28/2019 _____ (date) _____ (telephone number (optional))

Timothy Okonski
(printed name)

Chief Finanical Officer
(title)   *(see Instructions for examples of acceptable titles)*

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

Control Number : 17073147

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

## CERTIFICATE OF CONVERSION

I, **Robyn A. Crittenden**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that articles of conversion have been filed on **12/31/2018** converting

### LIBRE BY NEXUS INC.
**a Foreign Profit Corporation**

to

### LIBRE BY NEXUS INC.
**a Domestic Profit Corporation**

The required fees as provided by Title 14 of the Official Code of Georgia Annotated have been paid.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **01/08/2019**.



**Robyn A. Crittenden**
**Secretary of State**

## CERTIFICATE OF CONVERSION TO CONVERT A FOREIGN CORPORATION INTO A GEORGIA CORPORATION

Pursuant to O.C.G.A §14-2-11092.2 and related provisions of the Official Code of Georgia Annotated. The following corporation hereby elects to convert into a Georgia Corporation by filing this Certificate of Conversion and attached articles of incorporation.

1. The name of the Virginia corporation immediately prior to filing this Certificate of Conversion is Libre by Nexus, Inc. (the "Converting Entity"). The name under which the Converting Entity was originally incorporated was Libre by Nexus, Inc.

2. Libre by Nexus, Inc. elects to become a Georgia Corporation under the name: Libre by Nexus, Inc.

3. The original jurisdiction of formation of the Converting Entity is Virginia.

4. The date of formation of the Converting Entity is June 4, 2014.

5. The name of the Converted Entity as identified in its articles of incorporation is Libre By Nexus, Inc., and it will be a Georgia corporation.

6. The conversion has been approved by all required entities as required pursuant to O.C.G.A §14-2-11092.2(a).

7. This Certificate of Conversion shall be effective on the date it is filed with the Secretary of State of Georgia.

8. A statement setting forth the manner and basis for converting the ownership interests in the entity making the election into shares of the corporation formed pursuant to such election.

9. Filed with this certificate of conversion are articles of incorporation in the form required by O.C.G.A §14-2-202 that set forth a name for the corporation that satisfies the requirements of O.C.G.A §14-2-401 and state that such articles of incorporation shall be the articles of incorporation of the corporation formed pursuant to such election unless and until modified in accordance with Chapter 2 of Title 14 of the Official Code of Georgia Annotated.

IN AFFIRMATION THEREOF, the facts stated above are true and correct:

Libre by Nexus, Inc.
Signed by: Richard Moore
Title: Executive Vice President

12/31/18
DATE

## ARTICLES OF INCORPORATION OF LIBRE BY NEXUS, INC.

These Articles of Incorporation are submitted for filing for the purpose of creating and organizing a business corporation pursuant to the applicable provisions of the Georgia Business Corporation Code (the "**Code**") and the Georgia Administrative Code.

### Article 1: Name of the Corporation

The name of the corporation is Libre by Nexus, Inc. (the "**Corporation**").

### Article 2: Corporate Purpose

The purpose of the Corporation is to engage in any and all lawful business for which corporations may be incorporated under the Code.

### Article 3: Authorized Shares

The Corporation is authorized to issue a total of 100 shares of common stock.

The Board of Directors is authorized to establish one or more classes or series of shares of the Corporation's stock, setting forth the designation of each such class or series, and fixing the preferences, limitations, and relative rights of each such class or series.

### Article 4: Initial Registered Office and Agent

The address and county of the Corporation's initial registered office and the name of the Corporation's initial registered agent at the initial registered office is Mary Donne Peters, Gorby, Peters & Associates, LLC, 1175 Peachtree St. NE, 10th Floor, Suite 1000, Atlanta, Georgia 30361.

### Article 5: Incorporators

The names and addresses of the incorporators are:

Richard Moore

100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

### Article 6: Initial Principal Office

The mailing address of the Corporation's initial principal office is: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

### Article 7: Initial Board of Directors

The name and address of each of the Corporation's initial Director is as follows:

Richard Moore:  100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

Micheal Donovan: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

Evan Ajin: 100 Hartsfield Center Parkway, Suite 500, Atlanta, Georgia 30354

**Article 8: Effective Date**

These Articles of Incorporation shall be effective on the date they are filed with Georgia Secretary of State.

**IN WITNESS WHEREOF,** the undersigned have signed these Articles of Incorporation as of August 31 , 2018.

Signature: _____

Richard Moore, as Incorporator

2



Secretary of State

**OFFICE OF SECRETARY OF STATE**
**CORPORATIONS DIVISION**
2 Martin Luther King Jr Dr SE
Suite 313 West Tower
Atlanta, Georgia 30334
(404) 656-2817
sos.georgia.gov/corporations

19030101474

## TRANSMITTAL INFORMATION FORM
## GEORGIA PROFIT OR NONPROFIT CORPORATION

**IMPORTANT** Please provide the entity's primary email address when completing this form.

Primary Email Address   rmoore@nexushelps.com

NOTICE TO APPLICANT: PRINT PLAINLY OR TYPE REMAINDER OF THIS FORM

| | |
|---|---|
| 1. | Corporate Name Reservation Number (if one has been obtained; if articles are being filed without prior reservation, leave this line blank) |

Libre by Nexus, Inc.
Corporate Name (List exactly as it appears in articles.)

2.   Richard Moore
Name of Person Filing Articles of Incorporation (Certificate will be mailed to this person at email address listed below.)

100 Hartsfield Center Parkway, Suite 500
Address

Atlanta                                    GA        30354
City                                       State     Zip Code

rmoore@nexushelps.com
Filer's Email Address                                Telephone Number

3.   Gorby Peters & Associates, LLC
Name of Registered Agent in Georgia

1175 Peachtree St. NE, 10th Floor, Suite 1000
Registered Office Street Address in Georgia (Post office box or mail drop not acceptable for registered office address.)

Atlanta          United States         GA        30361
City              County               State     Zip Code

mpeters@gorbypeters.com
Registered Agent's Email Address

4. Mail the following items to the Secretary of State at the above address.

    1)   This transmittal form;
    2)   The Articles of Incorporation; and
    3)   Filing fee of $100.00 payable to Secretary of State. Filing fees are non-refundable.

I certify that a Notice of Incorporation or Notice of Intent to incorporate with a publication fee of $40.00 has been or
will be mailed or delivered to the official organ of the county where the initial registered office of the corporation is to
be located. (The clerk of superior court can advise you of the official organ in a particular county.) I understand that
the information on this form will be entered in the Secretary of State business entity database, and I certify that the
above information is true and correct to the best of my knowledge

Signature of Authorized Person                       Date   8/31/18

Richard Moore
Print name

FORM 227
(Rev. 9/2016)

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: F2117135
Filing Number: 200312446631
Filing Date/Time: 03/12/2020 02:02 PM
Effective Date/Time: 03/12/2020 02:02 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Libre by Nexus, Inc. | Entity Type: | Stock Corporation |
| Entity ID: | F2117135 | Formation Date: | 03/01/2019 |
| Jurisdiction: | GA | | |
| Status: | Active | | |
| Total Shares: | 100 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DR, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Secretary | Yes | TIMOTHY OKONSKI | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| President | Yes | MICHAEL DONOVAN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Vice President | Yes | EVAN AJIN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Vice President, Executive Vice President | No | RICHARD MOORE | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Treasurer | Yes | David See | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |

### Signature Information

Date Signed: 03/12/2020

| Printed Name | Signature | Title |
|---|---|---|
| Michael Donovan | Michael Donovan | President |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: F2117135
Filing Number: 2103203056377
Filing Date/Time: 03/20/2021 11:52 AM
Effective Date/Time: 03/20/2021 11:52 AM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Libre by Nexus, Inc. | Entity Type: | Stock Corporation |
| Entity ID: | F2117135 | Formation Date: | 03/01/2019 |
| Jurisdiction: | GA | | |
| Status: | Active | | |
| Total Shares: | 100 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DR, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Secretary | Yes | TIMOTHY OKONSKI | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| President | Yes | MICHAEL DONOVAN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Vice President | Yes | EVAN AJIN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Vice President, Executive Director | No | RICHARD MOORE | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Treasurer | Yes | David See | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |

### Signature Information

Date Signed: 03/20/2021

| Printed Name | Signature | Title |
|---|---|---|
| Michael Donovan | Michael Donovan | President |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: F2117135
Filing Number: 2201164075346
Filing Date/Time: 01/16/2022 07:09 AM
Effective Date/Time: 01/16/2022 07:09 AM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Libre by Nexus, Inc. | Entity Type: | Stock Corporation |
| Entity ID: | F2117135 | VA Qualification Date: | 03/01/2019 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 01/16/2022

| Printed Name | Signature | Title |
|---|---|---|
| Evan Ajin | Evan Ajin | Secretary |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 01/16/2022 07:05 AM | Stock Corporation | Annual Report | Pending |
| 01/16/2022 07:07 AM | Stock Corporation | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: F2117135
Entity Number: 2201164075347
Filing Date/Time: 01/16/2022 07:09 AM
Effective Date/Time: 01/16/2022 07:09 AM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Libre by Nexus, Inc. | Entity Type: | Stock Corporation |
| Entity ID: | F2117135 | Formation Date: | 03/01/2019 |
| Jurisdiction: | GA | | |
| Total Shares: | 100 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DR, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address:   113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Chief Financial Officer | Yes | REBECCA WELLS | 1201 Peachtree Street North East, Suite 100, Atlanta, GA, 30361, USA |
| President | Yes | MICHAEL DONOVAN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |
| Vice President | Yes | EVAN AJIN | 113 Mill Place Pkwy Unit 103, Verona, VA, 24482 - 2663, USA |

### Signature Information

Date Signed: 01/16/2022

| Printed Name | Signature | Title |
|---|---|---|
| Evan Ajin | Evan Ajin | Secretary |



1406501069

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 4, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Nexus Libre Inc.

ID: 07788425

DCN: 14-06-04-5856

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is June 4, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1406501069

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Libre Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective June 4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By _Judith Williams Jagdmann_

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-06-04-5856

eFile

1406501069

## ARTICLES OF INCORPORATION
## OF
## NEXUS LIBRE INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is Nexus Libre Inc.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 100 shares of common stock.

4.  The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Rockingham County, Virginia.

6.  The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Erik Schneider | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Rebecca Neal | 2 North Main Street |
| | Harrisonburg, VA 22802 |

7.  The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/   Ilene Marie Tognini, Esq.   Date: June 4, 2014
       Ilene Marie Tognini, Esq.

1406501069



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 4, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Nexus Libre Inc.

ID: 07788425

DCN: 14-06-04-5856

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is June 4, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1406501069

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Libre Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective June 4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-06-04-5856

eFile

1406501069

## ARTICLES OF INCORPORATION
## OF
## NEXUS LIBRE INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is Nexus Libre Inc.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 100 shares of common stock.

4.    The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Rockingham County, Virginia.

6.    The following individuals are to serve as an initial director of the corporation:

| Name | Address |
|------|---------|
| Richard Moore | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Erik Schneider | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Rebecca Neal | 2 North Main Street |
| | Harrisonburg, VA 22802 |

7.    The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/    Ilene Marie Tognini, Esq.   Date: June 4, 2014
       Ilene Marie Tognini, Esq.



COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

Office of the Clerk

September 4, 2014

NEXUS LIBRE INC
RICHARD MOORE
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:     Libre by Nexus Inc.

ID:     0778842 - 5

DCN:    14-09-04-1101

Dear Customer:

This is your receipt for $25.00 to cover the fee(s) for filing articles of amendment for a corporation with this office.

The effective date of the amendment is September 4, 2014.

Note: Prior to the effective date of this filing, the name of the above-referenced corporation was Nexus Libre Inc..

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

Thank you for contacting our office.  If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

AMENACPT
CIS0368

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

ENTITY NAME: _Nexus Libre Inc._

Name availability done in:

      Initials:      Conflict with ID #:

eFile: _____     _____

CIS: _____     _____

ENTITY ID #: _0778842 5_

DCN #: **140904 1101**

_CBB #225_

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE _____

FILING FEE _____25_____

EXPEDITE FEE(S) _SAME DAY_ _200_

TOTAL FEES _225_

JURISDICTION: _____

| SPECIAL EFFECTIVE DATE / TIME |
| --- |
| |

INDUSTRY CODE: _____

SEND COPY TO: _____

AMENDMENT OR OTHER INFORMATION:

_Dom Amend_
_Name change_
_Libre by Nexus Inc._

_Michi_
_9/4/14_

COPYWORK REQUESTED:

CORRESPONDENT:

AMOUNT AVAILABLE
FOR COPYWORK:

_____

____ MAIL
____ CALL _____
____ FAX _____
____ FED EX _____

REVISED 08/11

FOR OFFICE USE ONLY       FOR OFFICE USE ONLY       FOR OFFICE USE ONLY       FOR OFFICE USE ONLY



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
**SCC21.2** 1300 E MAIN ST
**(07/14)** RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia





**Expedited Service Request Form**

## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (if known): |
|---|---|
| NEXUS LIBRE INC. | 07788425 |

**Customer Contact Information:**

Name: NEXUS LIBRE INC.

RICHARD MOORE

Address: 2 N MAIN ST

HARRISONBURG     VA      22802
(city or town)     (state)     (zip code)

Telephone: ( 757 ) 344 - 5127 ext _____

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose one)

[✔] Email | **Two duplicate copies** of this typed form must be submitted for Email. See "Return of Evidence" in the Instructions.

(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail (Prepaid envelope required.)

[ ] Overnight via [ ] UPS [ ] Fed Ex
(Completed waybill required. For Fed Ex, the waybill must be computer-generated with a barcode.)

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**     **\*\*\* Expedite Fee:**
(mark service requested)     **\*\*\* (does not include filing fee(s) – see footnote)**

**FOR OFFICE USE ONLY**

**140904 1101**

[✔] **Category A**   Expedite Business Entity Document listed in Schedule A
    [✔] Same Day Service (Received by Noon)    $ 200
    [ ] Next Day Service (Received by 4:00 p.m.)    $ 100

[ ] **Category B**   Preliminary Review of Document listed in Schedule A
    (2nd Business Day Service Only – Received by 4:00 p.m.)    $ 50
    [ ] Resubmission within 30 Days of initial Pre-Review    (N/C)

[ ] **Category C**   Expedite Business Entity Document listed in Schedule C    $ 50
    (Next Day Service Only – Received by 4:00 p.m.)

[ ] **Category D**   Expedite Application for Reinstatement    $ 50
    (Next Day Service Only – Received by 4:00 p.m.)

I/O [ ]

**\*\*\*** Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

```
CIS0368                          CIS                    09/04/14
1    68  CISM0180        CORPORATE DATA INQUIRY         12:45:37

    CORP ID:  0778842 - 5  STATUS: 00  ACTIVE      STATUS DATE: 06/04/14
    CORP NAME:  Nexus Libre Inc._____
           _____
DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:        INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                     CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: Y           MONITOR INDICATOR:
CHARTER FEE: 50.00    MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  RICHARD MOORE

   STREET:  2 NORTH MAIN STREET                AR RTN MAIL:

    CITY:  HARRISONBURG        STATE : VA  ZIP: 22802
  R/A STATUS:  1  DIRECTOR      EFF. DATE: 06/04/14  LOC.: 182
ACCEPTED AR#: 000 00 0000  DATE:                  ROCKINGHAM COUN
 CURRENT AR#: 000 00 0000  DATE:        STATUS:    ASSESSMENT INDICATOR:  0
YEAR    FEES     PENALTY    INTEREST    TAXES     BALANCE      TOTAL SHARES
 00                                                              100
COMMAND: .................................................................
4AÛ                                                       06,016
```

```
CIS0368                        CIS                    09/04/14
1    68  CISM0250        MICROFILM INQUIRY            12:45:41

   CORP ID: 0778842 - 5    CORP STATUS: 00  ACTIVE
CORP NAME: Nexus Libre Inc._____
          _____
COURT LOCALITY: 182 ROCKINGHAM COUNTY        TOTAL CHARTER FEES:    50.00

          MICROFILM NO  DOCUMENT TYPE         DATE    CHARTER FEE PAGES
          14 06 50 1069 NEWC > NEW CHARTER   06/04/14    50.00      3




COMMAND:  ...........................................................
4AÛ                                                      06,014
```

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, SEPTEMBER  4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Libre by Nexus Inc. (formerly Nexus Libre Inc. )

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it
is ORDERED that this

CERTIFICATE OF AMENDMENT

be issued and admitted to record with the articles of amendment in the Office of the Clerk of the
Commission, effective September  4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles,
subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By _Judith Williams Jagdmann_

Judith Williams Jagdmann
Commissioner

14-09-04-1101
AMENACPT
CIS0368



**SCC710N**
**(07/07)**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**ARTICLES OF AMENDMENT**

**CHANGING THE NAME OF A VIRGINIA STOCK CORPORATION**
**By Unanimous Consent of the Shareholders**

The undersigned, on behalf of the corporation set forth below, pursuant to § 13.1-710 of the Code of Virginia, states as follows:

1. The current name of the corporation is

   Nexus Libre Inc.

2. The name of the corporation is changed to

   Libre by Nexus Inc.

3. The foregoing amendment was adopted by unanimous consent of the shareholders on

   September 1, 2014
   _____
   (date)

Executed in the name of the corporation by:

_____          September 1, 2014
(signature)                          _____
                                     (date)

Richard Moore                        Vice President
_____          _____
(printed name)                       (corporate title)

(888)-997-7646                       07788425
_____          _____
(telephone number (optional))        (corporation's SCC corporate ID no.)

*(The execution must be by the chairman or any vice-chairman of the board of directors, the president, or any other of its officers authorized to act on behalf of the corporation.)*

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**SEE INSTRUCTIONS ON THE REVERSE**



1406501069

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 4, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Nexus Libre Inc.

ID: 07788425

DCN: 14-06-04-5856

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is June 4, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1406501069

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Libre Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective June 4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By _Judith Williams Jagdmann_

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-06-04-5856

eFile

1406501069

## ARTICLES OF INCORPORATION
## OF
## NEXUS LIBRE INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is Nexus Libre Inc.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 100 shares of common stock.

4.  The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Rockingham County, Virginia.

6.  The following individuals are to serve as an initial director of the corporation:

    | Name | Address |
    | --- | --- |
    | Richard Moore | 2 North Main Street |
    |  | Harrisonburg, VA 22802 |
    | Mike Donovan | 2 North Main Street |
    |  | Harrisonburg, VA 22802 |
    | Erik Schneider | 2 North Main Street |
    |  | Harrisonburg, VA 22802 |
    | Rebecca Neal | 2 North Main Street |
    |  | Harrisonburg, VA 22802 |

7.  The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/   Ilene Marie Tognini, Esq.   Date: June 4, 2014
      Ilene Marie Tognini, Esq.



COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

Office of the Clerk

September 4, 2014

NEXUS LIBRE INC
RICHARD MOORE
2 N MAIN ST
HARRISONBURG, VA 22802

## RECEIPT

RE:     Libre by Nexus Inc.

ID:     0778842 - 5

DCN:    14-09-04-1101

Dear Customer:

This is your receipt for $25.00 to cover the fee(s) for filing articles of amendment for a
corporation with this office.

The effective date of the amendment is September 4, 2014.

Note: Prior to the effective date of this filing, the name of the above-referenced corporation was
Nexus Libre Inc..

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

Thank you for contacting our office.  If you have any questions, please call (804) 371-9733 or
toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

AMENACPT
CIS0368

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

ENTITY NAME: _Nexus Libre Inc._

Name availability done in:

Initials:     Conflict with ID #:

eFile: _____     _____     ENTITY ID #: _0118842-5_

CIS: _____     _____     DCN #: **140904 1101**

_CBB $225_

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE _____     JURISDICTION: _____

FILING FEE _____ _25_

EXPEDITE FEE(S) SAME DAY _____ _200_     SPECIAL EFFECTIVE DATE / TIME

TOTAL FEES _____ _225_     INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:     SEND COPY TO: _____

_Dom Amend_
_Name change_     _Michi_
_Libre by Nexus Inc._     _9/4/14_

COPYWORK REQUESTED:     CORRESPONDENT:

_____     _____

_____     _____

_____     _____

AMOUNT AVAILABLE     _____
FOR COPYWORK:

_____     ____ MAIL
____ CALL _____
____ FAX _____
____ FED EX _____

REVISED 08/11

FOR OFFICE USE ONLY     FOR OFFICE USE ONLY     FOR OFFICE USE ONLY     FOR OFFICE USE ONLY

 **COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
**SCC21.2**  1300 E MAIN ST
**(07/14)**  RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia




**Expedited Service Request Form**

## This form **MUST** be completed and placed on top of **EACH** document submission
**(so it can be readily identified as a request for expedited review and processing).**

| Name of Corporation or Company (etc.): | SCC ID No. (if known): |
|---|---|
| NEXUS LIBRE INC. | 07788425 |

**Customer Contact Information:**

Name: NEXUS LIBRE INC.

RICHARD MOORE

Address: 2 N MAIN ST

HARRISONBURG     VA     22802
(city or town)     (state)     (zip code)

Telephone: ( 757 ) 344 - 5127 ext _____

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose one)

☑ Email | **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

☐ Hold for Pickup  (Available at 4:00 p.m.)

☐ First-Class Mail

☐ USPS Express Mail
(Prepaid envelope required.)

☐ Overnight via   ☐ UPS   ☐ Fed Ex
(Completed waybill required.  For Fed Ex, the waybill must be computer-generated with a barcode.)

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**        *** Expedite Fee:
(mark service requested)        *** (does not include filing fee(s) – see footnote)

☑ **Category A**  Expedite Business Entity Document listed in Schedule A
  ☑ Same Day Service (Received by Noon)        $ 200
  ☐ Next Day Service (Received by 4:00 p.m.)        $ 100

☐ **Category B**  Preliminary Review of Document listed in Schedule A
  (2nd Business Day Service Only – Received by 4:00 p.m.)
  ☐ Resubmission within 30 Days of initial Pre-Review        (N/C)

☐ **Category C**  Expedite Business Entity Document listed in Schedule C        $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

☐ **Category D**  Expedite Application for Reinstatement        $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

**FOR OFFICE USE ONLY**

*140904  1101*

I/O ☐

*** Submit one payment for <u>all</u> applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

## REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

```
CIS0368                         CIS                    09/04/14
1    68  CISM0180        CORPORATE DATA INQUIRY          12:45:37

     CORP ID:  0778842 - 5  STATUS: 00  ACTIVE        STATUS DATE: 06/04/14
   CORP NAME:  Nexus Libre Inc._____
              _____
DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                    CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: Y           MONITOR INDICATOR:
CHARTER FEE: 50.00    MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  RICHARD MOORE

   STREET:  2 NORTH MAIN STREET                   AR RTN MAIL:

     CITY:  HARRISONBURG         STATE : VA  ZIP: 22802
  R/A STATUS:  1  DIRECTOR       EFF. DATE: 06/04/14  LOC.: 182
ACCEPTED AR#: 000 00 0000  DATE:                    ROCKINGHAM COUN
 CURRENT AR#: 000 00 0000  DATE:       STATUS:   ASSESSMENT INDICATOR: 0
YEAR    FEES    PENALTY    INTEREST    TAXES    BALANCE     TOTAL SHARES
 00                                                              100
COMMAND:  ...............................................................
4AÛ                                                          06,016
```

```
CIS0368                          CIS                    09/04/14
1    68  CISM0250           MICROFILM INQUIRY            12:45:41

   CORP ID: 0778842 - 5    CORP STATUS: 00  ACTIVE
CORP NAME: Nexus Libre Inc._____
          _____
COURT LOCALITY: 182 ROCKINGHAM COUNTY      TOTAL CHARTER FEES:   50.00

         MICROFILM NO  DOCUMENT TYPE        DATE    CHARTER FEE PAGES
         14 06 50 1069 NEWC > NEW CHARTER  06/04/14     50.00     3




COMMAND:  ..............................................................
4AÛ                                                         06,014
```

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, SEPTEMBER  4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Libre by Nexus Inc. (formerly Nexus Libre Inc. )

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it
is ORDERED that this

CERTIFICATE OF AMENDMENT

be issued and admitted to record with the articles of amendment in the Office of the Clerk of the
Commission, effective September  4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles,
subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

14-09-04-1101
AMENACPT
CIS0368



**SCC710N**
**(07/07)**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**ARTICLES OF AMENDMENT**

**CHANGING THE NAME OF A VIRGINIA STOCK CORPORATION**
**By Unanimous Consent of the Shareholders**

The undersigned, on behalf of the corporation set forth below, pursuant to § 13.1-710 of the Code of Virginia, states as follows:

1. The current name of the corporation is

   Nexus Libre Inc.

2. The name of the corporation is changed to

   Libre by Nexus Inc.

3. The foregoing amendment was adopted by unanimous consent of the shareholders on

   September 1, 2014
   _____(date)_____

Executed in the name of the corporation by:

_____          September 1, 2014
         (signature)                                  (date)

Richard Moore                                Vice President
      (printed name)                          (corporate title)

(888)-997-7646                               07788425
  (telephone number (optional))            (corporation's SCC corporate ID no.)

*(The execution must be by the chairman or any vice-chairman of the board of directors, the president, or any other of its officers authorized to act on behalf of the corporation.)*

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**SEE INSTRUCTIONS ON THE REVERSE**

1412500487



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
9524 LEE HIGHWAY
SUITE C
FAIRFAX, VA 22031

## RECEIPT

RE:      **Libre by Nexus Inc.**

ID:      **07788425**

DCN:     **1412025524**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                          Sincerely,
CISECOM

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1412500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Libre by Nexus Inc.**

     ID:   **07788425**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

          RICHARD MOORE
          2 NORTH MAIN STREET
          HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

          Nexus Services Inc.
          9524 LEE HIGHWAY
          SUITE C
          FAIRFAX, VA 22031          (FAIRFAX COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Libre by Nexus Inc.
By: richard moore, Vice-President
     /s/ richard moore



1406501069

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 4, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Nexus Libre Inc.

ID: 07788425

DCN: 14-06-04-5856

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is June 4, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1406501069

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Libre Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective June 4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-06-04-5856

eFile

1406501069

**ARTICLES OF INCORPORATION**

**OF**

**NEXUS LIBRE INC.**

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is Nexus Libre Inc.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 100 shares of common stock.

4.   The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Rockingham County, Virginia.

6.   The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Erik Schneider | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Rebecca Neal | 2 North Main Street |
| | Harrisonburg, VA 22802 |

7.   The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/   Ilene Marie Tognini, Esq.   Date: June 4, 2014
      Ilene Marie Tognini, Esq.



COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

Office of the Clerk

September 4, 2014

NEXUS LIBRE INC
RICHARD MOORE
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:     Libre by Nexus Inc.

ID:     0778842 - 5

DCN:    14-09-04-1101

Dear Customer:

This is your receipt for $25.00 to cover the fee(s) for filing articles of amendment for a corporation with this office.

The effective date of the amendment is September 4, 2014.

Note: Prior to the effective date of this filing, the name of the above-referenced corporation was Nexus Libre Inc..

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

Thank you for contacting our office. If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

AMENACPT
CIS0368

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

ENTITY NAME: _Nexus Libre Inc._

Name availability done in:

Initials:          Conflict with ID #:

eFile: _____   _____   ENTITY ID #: _0778842-5_

CIS: _____    _____    DCN #: **140904 1101**

CBB #225

---

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE _____        JURISDICTION: _____

FILING FEE                    _25_

EXPEDITE FEE(S) SAME DAY       _200_      SPECIAL EFFECTIVE DATE / TIME
                                          _____

TOTAL FEES                    _225_      INDUSTRY CODE: _____

AMENDMENT OR OTHER INFORMATION:          SEND COPY TO: _____

_Dom Amend_
_Name change_                            _Michi_
_Libre by Nexus Inc._                    _9/4/14_

---

COPYWORK REQUESTED:                      CORRESPONDENT:

_____                  _____

_____                  _____

_____                  _____

                                         _____

AMOUNT AVAILABLE                         _____
 FOR COPYWORK:                     ____ MAIL
                                   ____ CALL _____
_____                    ____ FAX  _____
                                   ____ FED EX _____

REVISED 08/11

FOR OFFICE USE ONLY      FOR OFFICE USE ONLY         FOR OFFICE USE ONLY      FOR OFFICE USE ONLY



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
**SCC21.2** 1300 E MAIN ST
**(07/14)** RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia





# Expedited Service Request Form

## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (if known): |
|---|---|
| NEXUS LIBRE INC. | 07788425 |

**Customer Contact Information:**

Name: NEXUS LIBRE INC.

RICHARD MOORE

Address: 2 N MAIN ST

HARRISONBURG        VA        22802
(city or town)        (state)        (zip code)

Telephone: ( 757 ) 344 - 5127 ext _____

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose one)

[✔] Email   **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup  (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail
(Prepaid envelope required.)

[ ] Overnight via  [ ] UPS    [ ] Fed Ex
(Completed waybill required.  For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**             *** **Expedite Fee:**
(mark service requested)             *** (does not include filing fee(s) – see footnote)

[✔] **Category A**   Expedite Business Entity Document listed in Schedule A
　　　　[✔] Same Day Service (Received by Noon)         $ 200
　　　　[ ] Next Day Service (Received by 4:00 p.m.)      $ 100

[ ] **Category B**   Preliminary Review of Document listed in Schedule A      $ 50
　　　　(2nd Business Day Service Only – Received by 4:00 p.m.)
　　　　[ ] Resubmission within 30 Days of initial Pre-Review    (N/C)

[ ] **Category C**   Expedite Business Entity Document listed in Schedule C   $ 50
　　　　(Next Day Service Only – Received by 4:00 p.m.)

[ ] **Category D**   Expedite Application for Reinstatement         $ 50
　　　　(Next Day Service Only – Received by 4:00 p.m.)

**FOR OFFICE USE ONLY**

**140904  1101**

I/O [ ]

*** Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

## REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

```
CIS0368                        CIS                    09/04/14
1    68  CISM0180      CORPORATE DATA INQUIRY          12:45:37

     CORP ID:  0778842 - 5  STATUS: 00  ACTIVE        STATUS DATE: 06/04/14
   CORP NAME:  Nexus Libre Inc._____

       _____
DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                  CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: Y           MONITOR INDICATOR:
CHARTER FEE:  50.00    MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  RICHARD MOORE

     STREET:  2 NORTH MAIN STREET                 AR RTN MAIL:

      CITY:  HARRISONBURG        STATE : VA  ZIP:  22802
  R/A STATUS:  1  DIRECTOR        EFF. DATE:  06/04/14  LOC.: 182
ACCEPTED AR#: 000 00 0000  DATE:                    ROCKINGHAM COUN
 CURRENT AR#: 000 00 0000  DATE:          STATUS:  ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY    INTEREST   TAXES    BALANCE      TOTAL SHARES
 00                                                          100
COMMAND:  ...................................................................
4AÛ                                              06,016
```

```
CIS0368                        CIS                    09/04/14
1    68  CISM0250          MICROFILM INQUIRY          12:45:41

   CORP ID: 0778842 - 5    CORP STATUS: 00  ACTIVE
CORP NAME: Nexus Libre Inc._____
           _____
COURT LOCALITY: 182 ROCKINGHAM COUNTY      TOTAL CHARTER FEES:   50.00

        MICROFILM NO  DOCUMENT TYPE        DATE    CHARTER FEE PAGES
        14 06 50 1069 NEWC > NEW CHARTER  06/04/14    50.00      3
```

```
COMMAND:  .......................................................
4AÛ                                                      06,014
```

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, SEPTEMBER  4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Libre by Nexus Inc. (formerly Nexus Libre Inc. )

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it
is ORDERED that this

CERTIFICATE OF AMENDMENT

be issued and admitted to record with the articles of amendment in the Office of the Clerk of the
Commission, effective September  4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles,
subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

14-09-04-1101
AMENACPT
CIS0368



**SCC710N**
**(07/07)**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**ARTICLES OF AMENDMENT**

**CHANGING THE NAME OF A VIRGINIA STOCK CORPORATION**
**By Unanimous Consent of the Shareholders**

The undersigned, on behalf of the corporation set forth below, pursuant to § 13.1-710 of the Code of Virginia, states as follows:

1. The current name of the corporation is

Nexus Libre Inc.

2. The name of the corporation is changed to

Libre by Nexus Inc.

3. The foregoing amendment was adopted by unanimous consent of the shareholders on

September 1, 2014
(date)

Executed in the name of the corporation by:

_____
(signature)

September 1, 2014
(date)

Richard Moore
(printed name)

Vice President
(corporate title)

(888)-997-7646
(telephone number (optional))

07788425
(corporation's SCC corporate ID no.)

*(The execution must be by the chairman or any vice-chairman of the board of directors, the president, or any other of its officers authorized to act on behalf of the corporation.)*

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**SEE INSTRUCTIONS ON THE REVERSE**

1412500487



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
9524 LEE HIGHWAY
SUITE C
FAIRFAX, VA 22031

**RECEIPT**

RE:       **Libre by Nexus Inc.**

ID:       **07788425**

DCN:      **1412025524**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                              Sincerely,
CISECOM
                                     Joel H. Peck
                                     Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1412500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Libre by Nexus Inc.**

     ID:   **07788425**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):

          RICHARD MOORE
          2 NORTH MAIN STREET
          HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a director of the
     corporation.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):

          Nexus Services Inc.
          9524 LEE HIGHWAY
          SUITE C
          FAIRFAX, VA 22031          (FAIRFAX COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Libre by Nexus Inc.
By: richard moore, Vice-President
     /s/ richard moore

1503540138



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:      **Libre by Nexus Inc.**

ID:      **07788425**

DCN:     **1503196199**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1503540138



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Libre by Nexus Inc.**

     ID:   **07788425**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):

             NEXUS SERVICES INC.
             9524 LEE HIGHWAY
             SUITE C
             FAIRFAX, VA 22031-0000          (FAIRFAX COUNTY)

3.   The current registered agent is a domestic or foreign stock or nonstock corporation or limited
     liability company authorized to transact business in Virginia.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):

             REBECCA NEAL
             113 MILL PLACE PKWY
             SUITE 103
             VERONA, VA 24482          (AUGUSTA COUNTY)

5.   The registered agent named in item 4 is an individual who is a resident of Virginia and an officer
     of the corporation who is the CFO.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Libre by Nexus Inc.
By: RICHARD MOORE, Vice-President
    /s/ RICHARD MOORE



1406501069

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 4, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Nexus Libre Inc.

ID: 07788425

DCN: 14-06-04-5856

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is June 4, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1406501069

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Libre Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective June 4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-06-04-5856

eFile

1406501069

## ARTICLES OF INCORPORATION
## OF
## NEXUS LIBRE INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is Nexus Libre Inc.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 100 shares of common stock.

4.   The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Rockingham County, Virginia.

6.   The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Erik Schneider | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Rebecca Neal | 2 North Main Street |
| | Harrisonburg, VA 22802 |

7.   The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/   Ilene Marie Tognini, Esq.   Date: June 4, 2014
      Ilene Marie Tognini, Esq.



COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

Office of the Clerk

September 4, 2014

NEXUS LIBRE INC
RICHARD MOORE
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:     Libre by Nexus Inc.

ID:     0778842 - 5

DCN:    14-09-04-1101

Dear Customer:

This is your receipt for $25.00 to cover the fee(s) for filing articles of amendment for a corporation with this office.

The effective date of the amendment is September 4, 2014.

Note: Prior to the effective date of this filing, the name of the above-referenced corporation was Nexus Libre Inc..

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

Thank you for contacting our office. If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

AMENACPT
CIS0368

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

ENTITY NAME: _Nexus Libre Inc._

Name availability done in:

Initials:          Conflict with ID #:

ENTITY ID #: _0778842-5_

eFile: _____   _____

CIS: _____   _____

DCN #: **140904 1101**

CBB #225

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE _____          JURISDICTION: _____

FILING FEE          _25_

EXPEDITE FEE(S) SAME DAY   _200_

TOTAL FEES          _225_

| SPECIAL EFFECTIVE DATE / TIME |
|---|
| |

INDUSTRY CODE: _____

SEND COPY TO: _____

AMENDMENT OR OTHER INFORMATION:

_Dom Amend_
_Name change_
_Libre by Nexus Inc._

_Nichi_
_9/4/14_

COPYWORK REQUESTED:                    CORRESPONDENT:

_____          _____

_____          _____

_____          _____

AMOUNT AVAILABLE                    _____
 FOR COPYWORK:

_____          ____ MAIL
                              ____ CALL  _____
                              ____ FAX   _____
                              ____ FED EX _____

REVISED 08/11

FOR OFFICE USE ONLY     FOR OFFICE USE ONLY          FOR OFFICE USE ONLY     FOR OFFICE USE ONLY



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
**SCC21.2** 1300 E MAIN ST
**(07/14)** RICHMOND, VA 23219
**(804) 371-9733**
**1-866-722-2551 Toll-free in Virginia**





## This form <u>MUST</u> be completed and placed on top of <u>EACH</u> document submission
**(so it can be readily identified as a request for expedited review and processing).**

| Name of Corporation or Company (etc.): | SCC ID No. (if known): |
|---|---|
| NEXUS LIBRE INC. | 07788425 |

**Customer Contact Information:**

Name: NEXUS LIBRE INC.

RICHARD MOORE

Address: 2 N MAIN ST

HARRISONBURG   VA   22802
(city or town)   (state)   (zip code)

Telephone: ( 757 ) 344 - 5127 ext _____

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose <u>one</u>)

[✓] Email   | **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup  (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail
(Prepaid envelope required.)

[ ] Overnight via  [ ] UPS   [ ] Fed Ex
(Completed waybill required.  For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**
(mark service requested)

*** **Expedite Fee:**
*** (does not include filing fee(s) – see footnote)

**FOR OFFICE USE ONLY**

140904  1101

[✓] **Category A**   Expedite Business Entity Document listed in Schedule A
  [✓] Same Day Service (Received by Noon)   $ 200
  [ ] Next Day Service (Received by 4:00 p.m.)   $ 100

[ ] **Category B**   Preliminary Review of Document listed in Schedule A
  (2nd Business Day Service Only – Received by 4:00 p.m.)
  [ ] Resubmission within 30 Days of initial Pre-Review   (N/C)   $ 50

[ ] **Category C**   Expedite Business Entity Document listed in Schedule C
  (Next Day Service Only – Received by 4:00 p.m.)   $ 50

[ ] **Category D**   Expedite Application for Reinstatement
  (Next Day Service Only – Received by 4:00 p.m.)   $ 50

I/O [ ]

*** Submit one payment for <u>all</u> applicable fees (e.g., charter/entrance, reinstatement, filing <u>and</u> expedite fees)

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

```
CIS0368                          CIS                    09/04/14
1    68  CISM0180        CORPORATE DATA INQUIRY          12:45:37

     CORP ID:  0778842 - 5  STATUS: 00  ACTIVE        STATUS DATE: 06/04/14
   CORP NAME:  Nexus Libre Inc._____
               _____
DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:                    CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: Y           MONITOR INDICATOR:
CHARTER FEE: 50.00    MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  RICHARD MOORE

    STREET:  2 NORTH MAIN STREET                  AR RTN MAIL:

     CITY:  HARRISONBURG          STATE : VA  ZIP: 22802
  R/A STATUS:  1  DIRECTOR        EFF. DATE: 06/04/14  LOC.: 182
ACCEPTED AR#: 000 00 0000  DATE:                     ROCKINGHAM COUN
 CURRENT AR#: 000 00 0000  DATE:        STATUS:    ASSESSMENT INDICATOR:  0
YEAR    FEES     PENALTY    INTEREST    TAXES     BALANCE      TOTAL SHARES
 00                                                                  100
COMMAND: ...................................................................
4AÛ                                                            06,016
```

```
CIS0368                           CIS                      09/04/14
1     68  CISM0250         MICROFILM INQUIRY               12:45:41

   CORP ID: 0778842 - 5    CORP STATUS: 00  ACTIVE
CORP NAME: Nexus Libre Inc._____
         _____
COURT LOCALITY: 182 ROCKINGHAM COUNTY       TOTAL CHARTER FEES:   50.00

          MICROFILM NO  DOCUMENT TYPE       DATE    CHARTER FEE PAGES
          14 06 50 1069 NEWC > NEW CHARTER  06/04/14      50.00     3




COMMAND:  .................................................
4AÛ                                               06,014
```

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, SEPTEMBER  4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Libre by Nexus Inc. (formerly Nexus Libre Inc. )

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it
is ORDERED that this

# CERTIFICATE OF AMENDMENT

be issued and admitted to record with the articles of amendment in the Office of the Clerk of the
Commission, effective September  4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles,
subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By   *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

14-09-04-1101
AMENACPT
CIS0368



**SCC710N**
**(07/07)**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**ARTICLES OF AMENDMENT**

**CHANGING THE NAME OF A VIRGINIA STOCK CORPORATION**
**By Unanimous Consent of the Shareholders**

The undersigned, on behalf of the corporation set forth below, pursuant to § 13.1-710 of the Code of Virginia, states as follows:

1. The current name of the corporation is

   Nexus Libre Inc.

2. The name of the corporation is changed to

   Libre by Nexus Inc.

3. The foregoing amendment was adopted by unanimous consent of the shareholders on

   September 1, 2014
   ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
   (date)

Executed in the name of the corporation by:

_____          September 1, 2014
           (signature)                                          (date)

Richard Moore                                    Vice President
        (printed name)                                   (corporate title)

(888)-997-7646                                    07788425
   (telephone number (optional))                (corporation's SCC corporate ID no.)

*(The execution must be by the chairman or any vice-chairman of the board of directors, the president, or any other of its officers authorized to act on behalf of the corporation.)*

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**SEE INSTRUCTIONS ON THE REVERSE**

1412500487



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
9524 LEE HIGHWAY
SUITE C
FAIRFAX, VA 22031

## RECEIPT

RE:        **Libre by Nexus Inc.**

ID:        **07788425**

DCN:       **1412025524**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1412500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:     **Libre by Nexus Inc.**

     ID:     **07788425**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):

           RICHARD MOORE
           2 NORTH MAIN STREET
           HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a director of the
     corporation.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):

           Nexus Services Inc.
           9524 LEE HIGHWAY
           SUITE C
           FAIRFAX, VA 22031          (FAIRFAX COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Libre by Nexus Inc.
By: richard moore, Vice-President
    /s/ richard moore

1503540138



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     **Libre by Nexus Inc.**

ID:     **07788425**

DCN:    **1503196199**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1503540138



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

eFile
(12/09)

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.   RE:     **Libre by Nexus Inc.**

     ID:     **07788425**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):

          NEXUS SERVICES INC.
          9524 LEE HIGHWAY
          SUITE C
          FAIRFAX, VA 22031-0000          (FAIRFAX COUNTY)

3.   The current registered agent is a domestic or foreign stock or nonstock corporation or limited
     liability company authorized to transact business in Virginia.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):

          REBECCA NEAL
          113 MILL PLACE PKWY
          SUITE 103
          VERONA, VA 24482          (AUGUSTA COUNTY)

5.   The registered agent named in item 4 is an individual who is a resident of Virginia and an officer
     of the corporation who is the CFO.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Libre by Nexus Inc.
By: RICHARD MOORE, Vice-President
   /s/ RICHARD MOORE

1503540142



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     **Libre by Nexus Inc.**

ID:     **07788425**

DCN:    **1503196210**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1503540142



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Libre by Nexus Inc.**

     ID:   **07788425**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

          REBECCA NEAL
          113 MILL PLACE PKWY
          SUITE 103
          VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and an officer of the corporation.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

          REBECCA NEAL
          113 MILL PLACE PKWY
          SUITE 103
          VERONA, VA 24482          (AUGUSTA COUNTY)

5.   The registered agent named in item 4 is an individual who is a resident of Virginia and an officer of the corporation.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Libre by Nexus Inc.
By: REBECCA NEAL, CFO
     /s/ REBECCA NEAL

1406501069



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 4, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Nexus Libre Inc.

ID: 07788425

DCN: 14-06-04-5856

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is June 4, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1406501069

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Libre Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective June 4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-06-04-5856

eFile

1406501069

## ARTICLES OF INCORPORATION
## OF
## NEXUS LIBRE INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is Nexus Libre Inc.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 100 shares of common stock.

4.    The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Rockingham County, Virginia.

6.    The following individuals are to serve as an initial director of the corporation:

| Name | Address |
|------|---------|
| Richard Moore | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Erik Schneider | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Rebecca Neal | 2 North Main Street |
| | Harrisonburg, VA 22802 |

7.    The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/    Ilene Marie Tognini, Esq.   Date: June 4, 2014
       Ilene Marie Tognini, Esq.



COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

Office of the Clerk

September 4, 2014

NEXUS LIBRE INC
RICHARD MOORE
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:     Libre by Nexus Inc.

ID:      0778842 - 5

DCN:    14-09-04-1101

Dear Customer:

This is your receipt for $25.00 to cover the fee(s) for filing articles of amendment for a corporation with this office.

The effective date of the amendment is September 4, 2014.

Note: Prior to the effective date of this filing, the name of the above-referenced corporation was Nexus Libre Inc..

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

Thank you for contacting our office. If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

AMENACPT
CIS0368

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

**ENTITY NAME:** _Nexus Libre Inc._

14090210402

Name availability done in:

     Initials:      Conflict with ID #:

**ENTITY ID #:** _0778842-5_

eFile: _____    _____

CIS: _____    _____

**DCN #:** _140904 1101_

_CBB #225_

---

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE _____

JURISDICTION: _____

FILING FEE _____25_____

EXPEDITE FEE(S) _SAME DAY_ _____200_____

TOTAL FEES _____225_____

| SPECIAL EFFECTIVE DATE / TIME |
|---|
| |

INDUSTRY CODE: _____

SEND COPY TO: _____

AMENDMENT OR OTHER INFORMATION:

_Dom Amend_
_Name change_
_Libre by Nexus Inc._

_Michi_
_9/4/14_

---

COPYWORK REQUESTED:

CORRESPONDENT:

AMOUNT AVAILABLE
FOR COPYWORK:

_____

____ MAIL
____ CALL
____ FAX
____ FED EX

REVISED 08/11

FOR OFFICE USE ONLY     FOR OFFICE USE ONLY     FOR OFFICE USE ONLY     FOR OFFICE USE ONLY



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
1300 E MAIN ST
RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia

SCC21.2
(07/14)





Expedited Service Request Form

## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (if known): |
|---|---|
| NEXUS LIBRE INC. | 07788425 |

**Customer Contact Information:**

Name: NEXUS LIBRE INC.

RICHARD MOORE

Address: 2 N MAIN ST

HARRISONBURG        VA        22802
(city or town)          (state)       (zip code)

Telephone: ( 757 ) 344 - 5127 ext

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose one)

[✔] Email — **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail
(Prepaid envelope required.)

[ ] Overnight via [ ] UPS [ ] Fed Ex
(Completed waybill required. For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**
(mark service requested)

*** **Expedite Fee:**
*** (does not include filing fee(s) – see footnote)

**FOR OFFICE USE ONLY**

140904 1101

[✔] **Category A**   Expedite Business Entity Document listed in Schedule A
  [✔] Same Day Service (Received by Noon)            $ 200
  [ ] Next Day Service (Received by 4:00 p.m.)        $ 100

[ ] **Category B**   Preliminary Review of Document listed in Schedule A
  (2nd Business Day Service Only – Received by 4:00 p.m.)
  [ ] Resubmission within 30 Days of initial Pre-Review   (N/C)   $ 50

[ ] **Category C**   Expedite Business Entity Document listed in Schedule C   $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

[ ] **Category D**   Expedite Application for Reinstatement   $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

I/O [ ]

*** Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

```
CIS0368                          CIS                    09/04/14
1    68  CISM0180        CORPORATE DATA INQUIRY            12:45:37

     CORP ID:  0778842 - 5  STATUS: 00  ACTIVE        STATUS DATE: 06/04/14
   CORP NAME:  Nexus Libre Inc._____
           _____
DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:                    CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: Y           MONITOR INDICATOR:
CHARTER FEE: 50.00    MON NO:          MON STATUS:  MONITOR DTE:
   R/A NAME:  RICHARD MOORE

     STREET:  2 NORTH MAIN STREET                 AR RTN MAIL:

      CITY:  HARRISONBURG        STATE : VA  ZIP:  22802
   R/A STATUS:  1  DIRECTOR        EFF. DATE:  06/04/14  LOC.: 182
ACCEPTED AR#: 000 00 0000  DATE:                     ROCKINGHAM COUN
 CURRENT AR#: 000 00 0000  DATE:          STATUS:   ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY   INTEREST    TAXES    BALANCE      TOTAL SHARES
 00                                                              100
COMMAND:  ...............................................................
4AÛ                                                         06,016
```

```
CIS0368                        CIS                    09/04/14
1    68  CISM0250        MICROFILM INQUIRY            12:45:41

    CORP ID: 0778842 - 5    CORP STATUS: 00  ACTIVE
CORP NAME: Nexus Libre Inc._____
          _____
COURT LOCALITY: 182 ROCKINGHAM COUNTY       TOTAL CHARTER FEES:    50.00

        MICROFILM NO   DOCUMENT TYPE        DATE     CHARTER FEE PAGES
        14 06 50 1069  NEWC > NEW CHARTER   06/04/14      50.00      3




COMMAND:  .......................................................
4AÛ                                                      06,014
```

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, SEPTEMBER  4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Libre by Nexus Inc. (formerly Nexus Libre Inc. )

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it
is ORDERED that this

CERTIFICATE OF AMENDMENT

be issued and admitted to record with the articles of amendment in the Office of the Clerk of the
Commission, effective September  4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles,
subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By        Judith Williams Jagdmann

Judith Williams Jagdmann
Commissioner

14-09-04-1101
AMENACPT
CIS0368



**SCC710N**
**(07/07)**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**ARTICLES OF AMENDMENT**

**CHANGING THE NAME OF A VIRGINIA STOCK CORPORATION**
**By Unanimous Consent of the Shareholders**

The undersigned, on behalf of the corporation set forth below, pursuant to § 13.1-710 of the Code of Virginia, states as follows:

1. The current name of the corporation is

Nexus Libre Inc.

2. The name of the corporation is changed to

Libre by Nexus Inc.

3. The foregoing amendment was adopted by unanimous consent of the shareholders on

September 1, 2014
<span style="font-size:smaller">(date)</span>

Executed in the name of the corporation by:

_____
<span style="font-size:smaller">(signature)</span>

Richard Moore
<span style="font-size:smaller">(printed name)</span>

(888)-997-7646
<span style="font-size:smaller">(telephone number (optional))</span>

September 1, 2014
<span style="font-size:smaller">(date)</span>

Vice President
<span style="font-size:smaller">(corporate title)</span>

07788425
<span style="font-size:smaller">(corporation's SCC corporate ID no.)</span>

*(The execution must be by the chairman or any vice-chairman of the board of directors, the president, or any other of its officers authorized to act on behalf of the corporation.)*

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**SEE INSTRUCTIONS ON THE REVERSE**

1412500487



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
9524 LEE HIGHWAY
SUITE C
FAIRFAX, VA 22031

**RECEIPT**

RE:        **Libre by Nexus Inc.**

ID:        **07788425**

DCN:       **1412025524**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1412500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Libre by Nexus Inc.**

     ID:   **07788425**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
             RICHARD MOORE
             2 NORTH MAIN STREET
             HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a director of the
     corporation.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
             Nexus Services Inc.
             9524 LEE HIGHWAY
             SUITE C
             FAIRFAX, VA 22031          (FAIRFAX COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Libre by Nexus Inc.
By: richard moore, Vice-President
     /s/ richard moore

1503540138



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     **Libre by Nexus Inc.**

ID:     **07788425**

DCN:    **1503196199**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                      Sincerely,
CISECOM
                             *Joel H. Peck*

                             Joel H. Peck
                             Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



1503540138

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.     RE:     **Libre by Nexus Inc.**

       ID:     **07788425**

2.     Current registered agent's name and registered office address on record (including the
jurisdiction in which the registered office is physically located):

         NEXUS SERVICES INC.
         9524 LEE HIGHWAY
         SUITE C
         FAIRFAX, VA 22031-0000       (FAIRFAX COUNTY)

3.     The current registered agent is a domestic or foreign stock or nonstock corporation or limited
liability company authorized to transact business in Virginia.

4.     The registered agent's name and registered office address after this statement is filed with the
Commission (including the jurisdiction in which the registered office is physically located):

         REBECCA NEAL
         113 MILL PLACE PKWY
         SUITE 103
         VERONA, VA 24482       (AUGUSTA COUNTY)

5.     The registered agent named in item 4 is an individual who is a resident of Virginia and an officer
of the corporation who is the CFO.

6.     After the foregoing change or changes are made, the corporation will be in compliance with the
requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Libre by Nexus Inc.

By: RICHARD MOORE, Vice-President

    /s/ RICHARD MOORE

1503540142



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     **Libre by Nexus Inc.**

ID:     **07788425**

DCN:    **1503196210**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                          Sincerely,
CISECOM

                                 *Joel H. Peck*

                                 Joel H. Peck
                                 Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1503540142

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Libre by Nexus Inc.**

ID:   **07788425**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and an officer of the corporation.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482          (AUGUSTA COUNTY)

5.   The registered agent named in item 4 is an individual who is a resident of Virginia and an officer of the corporation.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Libre by Nexus Inc.
By: REBECCA NEAL, CFO
     /s/ REBECCA NEAL

# 2015 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

215181144--12/4/2015

## REINSTATE

06

1040778842 5

**1. CORPORATION NAME**
Libre by Nexus Inc.

DUE DATE:

SCC ID NO.: **0778842-5**

**2. VA REGISTERED AGENT NAME AND ADDRESS:  OFFICER.**

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA VA 24482

*AMC
12.14*

**5. STOCK INFORMATION:**

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

**3. CITY OR COUNTY OF VA REGISTERED OFFICE:**
107 - AUGUSTA COUNTY

**4. STATE OR COUNTRY OF INCORPORATION:**
VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

## 6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:  **2 NORTH MAIN STREET** | ADDRESS: 113 Mill Place Parkway Suite 103 |
| CITY/ST/ZIP: **HARRISONBURG VA 22802** | CITY/ST/ZIP: Verona VA 24482 |

## 7. DIRECTORS AND PRINCIPAL OFFICERS:

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☒ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR [X]<br>NAME: **MIKE DONOVAN**<br>TITLE: **DIRECTOR**<br>ADDRESS: **2 NORTH MAIN STREET**<br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒  DIRECTOR ☒<br>NAME: T. Mike Donovan<br>TITLE: President<br>ADDRESS: 113 Mill Place Pkwy Suite 103<br>CITY/ST/ZIP: Verona VA 24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Richard Moore Director
PRINTED NAME AND TITLE

12/2/15
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

215181144--12/4/2015

2015 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Libre by Nexus Inc.

DUE DATE:
SCC ID NO.:   0778842-5

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☒Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☒Correction  ☐Addition  ☐Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br>NAME:  **RICHARD MOORE**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:   **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP:  **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br>NAME:  Richard Moore<br><br>TITLE:  Executive VP<br><br>ADDRESS: 113 Mill Place Parkway Suite 103<br><br>CITY/ST/ZIP: Verona VA 24482 |
| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐Information is incorrect  ☒Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☒<br>NAME:  **REBECCA NEAL**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:   **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP:  **HARRISONBURG VA 22802** | OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐Information is correct  ☐Information is incorrect  ☒Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐Correction  ☐Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☒<br>NAME:  **ERIK SCHNEIDER**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:   **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP:  **HARRISONBURG VA 22802** | OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☒Addition  ☐Replacement |
| OFFICER ☐ DIRECTOR ☒<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br>NAME: Evan Ajin<br><br>TITLE: Director / VP<br><br>ADDRESS: 113 Mill Place Parkway Suite 103<br><br>CITY/ST/ZIP: Verona VA 24482 |



1406501069

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 4, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Nexus Libre Inc.

ID: 07788425

DCN: 14-06-04-5856

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is June 4, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1406501069

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Libre Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective June 4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-06-04-5856

eFile

1406501069

## ARTICLES OF INCORPORATION
## OF
## NEXUS LIBRE INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is Nexus Libre Inc.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 100 shares of common stock.

4.    The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Rockingham County, Virginia.

6.    The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
|  | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
|  | Harrisonburg, VA 22802 |
| Erik Schneider | 2 North Main Street |
|  | Harrisonburg, VA 22802 |
| Rebecca Neal | 2 North Main Street |
|  | Harrisonburg, VA 22802 |

7.    The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/    Ilene Marie Tognini, Esq.   Date: June 4, 2014
       Ilene Marie Tognini, Esq.



COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

Office of the Clerk

September 4, 2014

NEXUS LIBRE INC
RICHARD MOORE
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:      Libre by Nexus Inc.

ID:       0778842 - 5

DCN:     14-09-04-1101

Dear Customer:

This is your receipt for $25.00 to cover the fee(s) for filing articles of amendment for a corporation with this office.

The effective date of the amendment is September 4, 2014.

Note: Prior to the effective date of this filing, the name of the above-referenced corporation was Nexus Libre Inc..

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

Thank you for contacting our office.  If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

AMENACPT
CIS0368

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

**ENTITY NAME:** _Nexus Libre Inc._

Name availability done in:

Initials:    Conflict with ID #:

eFile: _____    _____    **ENTITY ID #:** _0778842-5_

CIS: _____    _____    **DCN #:** _140904 1101_

_CHB #225_

_____

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE _____    **JURISDICTION:** _____

FILING FEE    _25_

EXPEDITE FEE(S) SAME DAY    _200_

TOTAL FEES    _225_

| SPECIAL EFFECTIVE DATE / TIME |
| --- |
| _____ |

INDUSTRY CODE: _____

SEND COPY TO: _____

**AMENDMENT OR OTHER INFORMATION:**

_Dom Amend_
_Name change_
_Libre by Nexus Inc._    _Michi_    _9/4/14_

COPYWORK REQUESTED:    CORRESPONDENT:

_____    _____

_____    _____

_____    _____

AMOUNT AVAILABLE
FOR COPYWORK:    _____

_____    ____ MAIL
____ CALL _____
____ FAX _____
____ FED EX _____

REVISED 08/11

FOR OFFICE USE ONLY    FOR OFFICE USE ONLY    FOR OFFICE USE ONLY    FOR OFFICE USE ONLY



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
**SCC21.2** 1300 E MAIN ST
**(07/14)** RICHMOND, VA 23219
**(804) 371-9733**
**1-866-722-2551 Toll-free in Virginia**





# This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (if known): |
|---|---|
| NEXUS LIBRE INC. | 07788425 |

**Customer Contact Information:**

Name: NEXUS LIBRE INC.

RICHARD MOORE

Address: 2 N MAIN ST

HARRISONBURG    VA    22802
(city or town)    (state)    (zip code)

Telephone: ( 757 ) 344 - 5127 ext _____

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose one)

☑ Email   **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

☐ Hold for Pickup (Available at 4:00 p.m.)

☐ First-Class Mail

☐ USPS Express Mail (Prepaid envelope required.)

☐ Overnight via ☐ UPS ☐ Fed Ex
(Completed waybill required. For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**     *** **Expedite Fee:**
(mark service requested)     *** (does not include filing fee(s) – see footnote)

☑ **Category A**   Expedite Business Entity Document listed in Schedule A
    ☑ Same Day Service (Received by Noon)   $ 200
    ☐ Next Day Service (Received by 4:00 p.m.)   $ 100

☐ **Category B**   Preliminary Review of Document listed in Schedule A
    (2nd Business Day Service Only – Received by 4:00 p.m.)
    ☐ Resubmission within 30 Days of initial Pre-Review   (N/C)

☐ **Category C**   Expedite Business Entity Document listed in Schedule C   $ 50
    (Next Day Service Only – Received by 4:00 p.m.)

☐ **Category D**   Expedite Application for Reinstatement   $ 50
    (Next Day Service Only – Received by 4:00 p.m.)

**FOR OFFICE USE ONLY**

*140904 1101*

I/O ☐

---

*** Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

```
CIS0368                          CIS                      09/04/14
1    68  CISM0180        CORPORATE DATA INQUIRY           12:45:37

    CORP ID:  0778842 - 5  STATUS: 00  ACTIVE        STATUS DATE: 06/04/14
  CORP NAME:  Nexus Libre Inc._____

               _____
DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                      CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: Y           MONITOR INDICATOR:
CHARTER FEE: 50.00    MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  RICHARD MOORE

    STREET:  2 NORTH MAIN STREET                AR RTN MAIL:

      CITY:  HARRISONBURG        STATE : VA  ZIP: 22802
  R/A STATUS:  1  DIRECTOR        EFF. DATE: 06/04/14  LOC.: 182
ACCEPTED AR#: 000 00 0000  DATE:                      ROCKINGHAM COUN
 CURRENT AR#: 000 00 0000  DATE:         STATUS:    ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY    INTEREST    TAXES    BALANCE     TOTAL SHARES
 00                                                             100
COMMAND: .............................................................
4AÛ                                                        06,016
```

```
CIS0368                        CIS                    09/04/14
1    68  CISM0250          MICROFILM INQUIRY           12:45:41

   CORP ID: 0778842 - 5    CORP STATUS: 00  ACTIVE
CORP NAME: Nexus Libre Inc._____
           _____
COURT LOCALITY: 182 ROCKINGHAM COUNTY        TOTAL CHARTER FEES:    50.00

           MICROFILM NO  DOCUMENT TYPE          DATE   CHARTER FEE PAGES
           14 06 50 1069 NEWC > NEW CHARTER    06/04/14     50.00     3




COMMAND:  .............................................................
4AÛ                                                          06,014
```

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, SEPTEMBER  4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Libre by Nexus Inc. (formerly Nexus Libre Inc. )

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it
is ORDERED that this

# CERTIFICATE OF AMENDMENT

be issued and admitted to record with the articles of amendment in the Office of the Clerk of the
Commission, effective September  4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles,
subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

14-09-04-1101
AMENACPT
CIS0368



**SCC710N**
**(07/07)**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**ARTICLES OF AMENDMENT**

**CHANGING THE NAME OF A VIRGINIA STOCK CORPORATION**
**By Unanimous Consent of the Shareholders**

The undersigned, on behalf of the corporation set forth below, pursuant to § 13.1-710 of the Code of Virginia, states as follows:

1. The current name of the corporation is

   Nexus Libre Inc.

2. The name of the corporation is changed to

   Libre by Nexus Inc.

3. The foregoing amendment was adopted by unanimous consent of the shareholders on

   September 1, 2014
   ___(date)___

Executed in the name of the corporation by:

_____                          September 1, 2014
(signature)                                       (date)

Richard Moore                                     Vice President
(printed name)                                    (corporate title)

(888)-997-7646                                    07788425
(telephone number (optional))                     (corporation's SCC corporate ID no.)

*(The execution must be by the chairman or any vice-chairman of the board of directors, the*
*president, or any other of its officers authorized to act on behalf of the corporation.)*

PRIVACY ADVISORY: Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**SEE INSTRUCTIONS ON THE REVERSE**

1412500487



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
9524 LEE HIGHWAY
SUITE C
FAIRFAX, VA 22031

**RECEIPT**

RE:          **Libre by Nexus Inc.**

ID:          **07788425**

DCN:        **1412025524**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1412500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

eFile
(12/09)

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.   RE:   **Libre by Nexus Inc.**

   ID:   **07788425**

2.   Current registered agent's name and registered office address on record (including the
   jurisdiction in which the registered office is physically located):
   RICHARD MOORE
   2 NORTH MAIN STREET
   HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a director of the
   corporation.

4.   The registered agent's name and registered office address after this statement is filed with the
   Commission (including the jurisdiction in which the registered office is physically located):
   Nexus Services Inc.
   9524 LEE HIGHWAY
   SUITE C
   FAIRFAX, VA 22031          (FAIRFAX COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
   limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
   requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Libre by Nexus Inc.
By: richard moore, Vice-President
   /s/ richard moore

1503540138



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     **Libre by Nexus Inc.**

ID:     **07788425**

DCN:    **1503196199**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206





**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

eFile
(12/09)

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1. RE: **Libre by Nexus Inc.**

   ID: **07788425**

2. Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

   NEXUS SERVICES INC.
   9524 LEE HIGHWAY
   SUITE C
   FAIRFAX, VA 22031-0000          (FAIRFAX COUNTY)

3. The current registered agent is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

4. The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

   REBECCA NEAL
   113 MILL PLACE PKWY
   SUITE 103
   VERONA, VA 24482          (AUGUSTA COUNTY)

5. The registered agent named in item 4 is an individual who is a resident of Virginia and an officer of the corporation who is the CFO.

6. After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Libre by Nexus Inc.
By: RICHARD MOORE, Vice-President
   /s/ RICHARD MOORE

1503540142



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     **Libre by Nexus Inc.**

ID:     **07788425**

DCN:    **1503196210**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1503540142



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.     RE:     **Libre by Nexus Inc.**

        ID:     **07788425**

2.     Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

        REBECCA NEAL
        113 MILL PLACE PKWY
        SUITE 103
        VERONA, VA 24482-0000        (AUGUSTA COUNTY)

3.     The current registered agent is an individual who is a resident of Virginia and an officer of the corporation.

4.     The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

        REBECCA NEAL
        113 MILL PLACE PKWY
        SUITE 103
        VERONA, VA 24482        (AUGUSTA COUNTY)

5.     The registered agent named in item 4 is an individual who is a resident of Virginia and an officer of the corporation.

6.     After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Libre by Nexus Inc.
By: REBECCA NEAL, CFO
     /s/ REBECCA NEAL

**2015 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

215181144--12/4/2015

215181144

**REINSTATE**

06

1. CORPORATION NAME
   Libre by Nexus Inc.

DUE DATE:

SCC ID NO.: **0778842-5**

2. VA REGISTERED AGENT NAME AND ADDRESS: OFFICER.

   REBECCA NEAL
   113 MILL PLACE PKWY
   SUITE 103
   VERONA VA 24482

   *AUK*
   *12.14*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS: **2 NORTH MAIN STREET** | ADDRESS: 113 Mill Place Parkway Suite 103 |
| CITY/ST/ZIP: **HARRISONBURG VA 22802** | CITY/ST/ZIP: Verona VA 24482 |

7. DIRECTORS AND PRINCIPAL OFFICERS:  All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct ☒ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☒ Correction ☐ Addition ☒ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒ <br> NAME: **MIKE DONOVAN** <br> TITLE: **DIRECTOR** <br> ADDRESS: **2 NORTH MAIN STREET** <br> CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒ <br> NAME: Mike Donovan <br> TITLE: President <br> ADDRESS: 113 Mill Place Pkwy Suite 103 <br> CITY/ST/ZIP: Verona VA 24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Richard Moore  Director
PRINTED NAME AND TITLE

12/2/15
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

215181144--12/4/2015

## 2015 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Libre by Nexus Inc.

DUE DATE:
SCC ID NO.:   0778842-5

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐Information is correct ☒Information is incorrect ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒Correction ☐Addition ☐Replacement |
|---|---|
| OFFICER ☐ DIRECTOR [X]<br>NAME:  **RICHARD MOORE**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:   **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br>NAME:  Richard Moore<br><br>TITLE: Executive VP<br><br>ADDRESS: 113 Mill Place Parkway Suite 103<br><br>CITY/ST/ZIP: Verona VA 24482 |

| Mark appropriate box unless area below is blank: ☐Information is correct ☐Information is incorrect ☒Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐Correction ☐Addition ☐Replacement |
|---|---|
| OFFICER ☐ DIRECTOR [X]<br>NAME:  **REBECCA NEAL**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:   **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐Information is correct ☐Information is incorrect ☒Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐Correction ☐Addition ☐Replacement |
|---|---|
| OFFICER ☐ DIRECTOR [X]<br>NAME:  **ERIK SCHNEIDER**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:   **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☒Addition ☐Replacement |
|---|---|
| OFFICER ☐ DIRECTOR [X]<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br>NAME: Evan Ajin<br><br>TITLE: Director / VP<br><br>ADDRESS: 113 Mill Place Parkway Suite 103<br><br>CITY/ST/ZIP: Verona VA 24482 |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December  4, 2015

INCORP SERVICES INC
7288 HANOVER GREEN DR
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:     Libre by Nexus Inc.

ID:      0778842 - 5

DCN:    15-12-04-1402

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is December  4, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0343

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC635/834      STATEMENT OF CHANGE OF REGISTERED OFFICE
(07/10)           AND/OR REGISTERED AGENT

1. Corporation's Name:        Corporation's SCC ID No.: **0778842 - 5**

     **Libre by Nexus Inc.**

2. Current registered agent's name and registered office address on record with the Commission:

     **REBECCA NEAL**

     **113 MILL PLACE PKWY**          151204-1402
     **SUITE 103**
     **VERONA, VA 24482-0000**

     **Fully complete items 3, 4 and 5, even if some information remains unchanged.**

3. After this statement is filed with the Commission, the name of the corporation's registered agent and address of its registered office in **VIRGINIA**, including the street and number, if any, will be:

     *In Corp Services, Inc.*
     *7288 Hanover Green Dr*
     *Mechanicsville VA 23111*

4. The registered agent named in item 3 is **(mark appropriate box)**:
     (A) an <u>individual</u> who is a **resident of Virginia** <u>and</u>
         ☐ an officer of the corporation: _____ *(title)*.
         ☐ a director of the corporation.
         ☐ a member of the Virginia State Bar.
            **OR**
     (B) ☒ a domestic or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

5. Locality of **VIRGINIA** registered office:

     (A) Current registered office locality: **AUGUSTA COUNTY**

     (B) Registered office locality after this statement is filed: ☑ county or ☐ city of *Hanover*

6. After the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

7. (A) Signed on behalf of the corporation by:    *(See Instructions for acceptable titles.)*
        _____    *Richard Moore, Director*    *12/2/15*
           (signature)        (printed name and title) *exec. VP*      (date)
     **OR**

     (B) *(May be used in lieu of (A) only for the circumstances set forth in the Instructions.)*

        The undersigned registered agent declares that a copy of this statement has been or will be mailed to the corporation's principal office address on or before the business day following the day on which the statement is filed with the Commission.

     _____      _____
         (date)               (signature of registered agent)

PRIVACY ADVISORY: Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

            **SEE INSTRUCTIONS**        **REINSTATE**



1406501069

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 4, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Nexus Libre Inc.

ID: 07788425

DCN: 14-06-04-5856

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is June 4, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1406501069

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Libre Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective June 4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-06-04-5856

eFile

1406501069

## ARTICLES OF INCORPORATION
## OF
## NEXUS LIBRE INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is Nexus Libre Inc.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 100 shares of common stock.

4.    The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Rockingham County, Virginia.

6.    The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Erik Schneider | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Rebecca Neal | 2 North Main Street |
| | Harrisonburg, VA 22802 |

7.    The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/    Ilene Marie Tognini, Esq.   Date: June 4, 2014
        Ilene Marie Tognini, Esq.



COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

Office of the Clerk

September 4, 2014

NEXUS LIBRE INC
RICHARD MOORE
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:     Libre by Nexus Inc.

ID:     0778842 - 5

DCN:    14-09-04-1101

Dear Customer:

This is your receipt for $25.00 to cover the fee(s) for filing articles of amendment for a corporation with this office.

The effective date of the amendment is September 4, 2014.

Note: Prior to the effective date of this filing, the name of the above-referenced corporation was Nexus Libre Inc..

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

Thank you for contacting our office.  If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

AMENACPT
CIS0368

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

**ENTITY NAME:** *Nexus Libre Inc.*

Name availability done in:

Initials:     Conflict with ID #:

eFile: _____    _____    ENTITY ID #: _0778842-5_

CIS: _____    _____    DCN #: **140904 1101**

**CHARTER EXAMINER WORKSHEET**

| CHARTER / ENTRANCE FEE | _____ | JURISDICTION: | _____ |

FILING FEE _____ 25

EXPEDITE FEE(S) SAME DAY _____ 200

TOTAL FEES _____ 225

**SPECIAL EFFECTIVE DATE / TIME**

INDUSTRY CODE: _____

SEND COPY TO: _____

AMENDMENT OR OTHER INFORMATION:

*Dom Amend*
*Name change*
*Libre by Nexus Inc.*

*Michi*
*9/4/14*

**COPYWORK REQUESTED:**

**CORRESPONDENT:**

AMOUNT AVAILABLE
FOR COPYWORK:

_____

____ MAIL
____ CALL
____ FAX
____ FED EX

REVISED 08/11

FOR OFFICE USE ONLY     FOR OFFICE USE ONLY     FOR OFFICE USE ONLY     FOR OFFICE USE ONLY



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
**SCC21.2** 1300 E MAIN ST
**(07/14)** RICHMOND, VA 23219
**(804) 371-9733**
**1-866-722-2551 Toll-free in Virginia**





**Expedited Service Request Form**

# This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (if known): |
|---|---|
| NEXUS LIBRE INC. | 07788425 |

**Customer Contact Information:**

Name: NEXUS LIBRE INC.

RICHARD MOORE

Address: 2 N MAIN ST

HARRISONBURG     VA     22802
(city or town)          (state)      (zip code)

Telephone: ( 757 ) 344 - 5127 ext _____

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose one)

[✔] Email   **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup  (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail
(Prepaid envelope required.)

[ ] Overnight via  [ ] UPS  [ ] Fed Ex
(Completed waybill required. For Fed Ex, the waybill must be computer-generated with a barcode.)

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**
(mark service requested)

*** **Expedite Fee:**
*** (does not include filing fee(s) – see footnote)

**FOR OFFICE USE ONLY**

*140904 1101*

[✔] **Category A**  Expedite Business Entity Document listed in Schedule A
   [✔] Same Day Service (Received by Noon)    $ 200
   [ ] Next Day Service (Received by 4:00 p.m.)    $ 100

[ ] **Category B**  Preliminary Review of Document listed in Schedule A
   (2nd Business Day Service Only – Received by 4:00 p.m.)
   [ ] Resubmission within 30 Days of initial Pre-Review    (N/C)

[ ] **Category C**  Expedite Business Entity Document listed in Schedule C    $ 50
   (Next Day Service Only – Received by 4:00 p.m.)

[ ] **Category D**  Expedite Application for Reinstatement    $ 50
   (Next Day Service Only – Received by 4:00 p.m.)

I/O [ ]

*** Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

## REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

```
CIS0368                          CIS                    09/04/14
1    68  CISM0180        CORPORATE DATA INQUIRY          12:45:37

    CORP ID:  0778842 - 5  STATUS: 00  ACTIVE        STATUS DATE: 06/04/14
    CORP NAME:  Nexus Libre Inc._____
              _____
DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:        INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                    CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: Y           MONITOR INDICATOR:
CHARTER FEE: 50.00    MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  RICHARD MOORE

    STREET:  2 NORTH MAIN STREET                 AR RTN MAIL:

    CITY:  HARRISONBURG         STATE : VA  ZIP: 22802
  R/A STATUS:  1  DIRECTOR       EFF. DATE: 06/04/14  LOC.: 182
ACCEPTED AR#: 000 00 0000  DATE:                    ROCKINGHAM COUN
 CURRENT AR#: 000 00 0000  DATE:       STATUS:   ASSESSMENT INDICATOR:  0
YEAR    FEES     PENALTY    INTEREST    TAXES     BALANCE       TOTAL SHARES
 00                                                              100
COMMAND: .................................................................
4AÛ                                                  06,016
```

```
CIS0368                          CIS                    09/04/14
1    68  CISM0250          MICROFILM INQUIRY            12:45:41

   CORP ID: 0778842 - 5   CORP STATUS: 00  ACTIVE
CORP NAME: Nexus Libre Inc._____
          _____
COURT LOCALITY: 182 ROCKINGHAM COUNTY      TOTAL CHARTER FEES:   50.00

        MICROFILM NO   DOCUMENT TYPE        DATE    CHARTER FEE PAGES
        14 06 50 1069  NEWC > NEW CHARTER  06/04/14     50.00      3




COMMAND:  ...........................................................
4AÛ                                                      06,014
```

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, SEPTEMBER  4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Libre by Nexus Inc. (formerly Nexus Libre Inc. )

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it
is ORDERED that this

# CERTIFICATE OF AMENDMENT

be issued and admitted to record with the articles of amendment in the Office of the Clerk of the
Commission, effective September  4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles,
subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

14-09-04-1101
AMENACPT
CIS0368



**SCC710N**
**(07/07)**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**ARTICLES OF AMENDMENT**

**CHANGING THE NAME OF A VIRGINIA STOCK CORPORATION**
**By Unanimous Consent of the Shareholders**

The undersigned, on behalf of the corporation set forth below, pursuant to § 13.1-710 of the Code of Virginia, states as follows:

1.  The current name of the corporation is

    Nexus Libre Inc.

2.  The name of the corporation is changed to

    Libre by Nexus Inc.

3.  The foregoing amendment was adopted by unanimous consent of the shareholders on

    September 1, 2014
    _____
    (date)

Executed in the name of the corporation by:

_____          September 1, 2014
(signature)                                _____
                                           (date)

Richard Moore                              Vice President
_____          _____
(printed name)                             (corporate title)

(888)-997-7646                             07788425
_____          _____
(telephone number (optional))              (corporation's SCC corporate ID no.)

*(The execution must be by the chairman or any vice-chairman of the board of directors, the president, or any other of its officers authorized to act on behalf of the corporation.)*

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**SEE INSTRUCTIONS ON THE REVERSE**

1412500487



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
9524 LEE HIGHWAY
SUITE C
FAIRFAX, VA 22031

## RECEIPT

RE:          **Libre by Nexus Inc.**

ID:          **07788425**

DCN:        **1412025524**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                                  Sincerely,
CISECOM

                                         *Joel H. Peck*

                                         Joel H. Peck
                                         Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1412500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Libre by Nexus Inc.**

     ID:   **07788425**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

          RICHARD MOORE
          2 NORTH MAIN STREET
          HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

          Nexus Services Inc.
          9524 LEE HIGHWAY
          SUITE C
          FAIRFAX, VA 22031          (FAIRFAX COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Libre by Nexus Inc.
By: richard moore, Vice-President
     /s/ richard moore

1503540138



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:        **Libre by Nexus Inc.**

ID:         **07788425**

DCN:       **1503196199**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206





**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

eFile
(12/09)

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1503540138

1.    RE:    **Libre by Nexus Inc.**


      ID:    **07788425**

2.    Current registered agent's name and registered office address on record (including the
      jurisdiction in which the registered office is physically located):
                   NEXUS SERVICES INC.
                   9524 LEE HIGHWAY
                   SUITE C
                   FAIRFAX, VA 22031-0000          (FAIRFAX COUNTY)

3.    The current registered agent is a domestic or foreign stock or nonstock corporation or limited
      liability company authorized to transact business in Virginia.

4.    The registered agent's name and registered office address after this statement is filed with the
      Commission (including the jurisdiction in which the registered office is physically located):
                   REBECCA NEAL
                   113 MILL PLACE PKWY
                   SUITE 103
                   VERONA, VA 24482          (AUGUSTA COUNTY)

5.    The registered agent named in item 4 is an individual who is a resident of Virginia and an officer
      of the corporation who is the CFO.

6.    After the foregoing change or changes are made, the corporation will be in compliance with the
      requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Libre by Nexus Inc.
By: RICHARD MOORE, Vice-President
    /s/ RICHARD MOORE

1503540142



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     **Libre by Nexus Inc.**

ID:     **07788425**

DCN:    **1503196210**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206





eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1503540142

1.   RE:   **Libre by Nexus Inc.**

     ID:   **07788425**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
     REBECCA NEAL
     113 MILL PLACE PKWY
     SUITE 103
     VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and an officer of the
     corporation.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
     REBECCA NEAL
     113 MILL PLACE PKWY
     SUITE 103
     VERONA, VA 24482          (AUGUSTA COUNTY)

5.   The registered agent named in item 4 is an individual who is a resident of Virginia and an officer
     of the corporation.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Libre by Nexus Inc.
By: REBECCA NEAL, CFO
     /s/ REBECCA NEAL

**2015 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

215181144--12/4/2015

**REINSTATE**

06

1. CORPORATION NAME
   Libre by Nexus Inc.

DUE DATE:

SCC ID NO.: **0778842-5**

2. VA REGISTERED AGENT NAME AND ADDRESS:  OFFICER.

   REBECCA NEAL
   113 MILL PLACE PKWY
   SUITE 103
   VERONA VA 24482

*AVK 12.14*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS: **2 NORTH MAIN STREET** | ADDRESS: *113 Mill Place Parkway Suite 103* |
| CITY/ST/ZIP: **HARRISONBURG VA 22802** | CITY/ST/ZIP: *Verona VA 24482* |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☒ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR [X]<br>NAME: **MIKE DONOVAN**<br>TITLE: **DIRECTOR**<br>ADDRESS: **2 NORTH MAIN STREET**<br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER [X]  DIRECTOR [X]<br>NAME: *Mike Donovan*<br>TITLE: *President*<br>ADDRESS: *113 Mill Place Pkwy Suite 103*<br>CITY/ST/ZIP: *Verona VA 24482* |

I affirm that the information contained in this report is accurate and complete as of the date below.

| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | *Richard Moore Director*<br>PRINTED NAME AND TITLE | *12/2/15*<br>DATE |
|---|---|---|

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

215181144--12/4/2015

2015 ANNUAL REPORT CONTINUED

CORPORATE NAME:                                      DUE DATE:
Libre by Nexus Inc.                                  SCC ID NO.:   0778842-5

7. DIRECTORS AND PRINCIPAL OFFICERS (continued):   All directors and principal officers must be listed.
                                                    An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct ☒ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br>NAME: **RICHARD MOORE**<br>TITLE: **DIRECTOR**<br>ADDRESS: **2 NORTH MAIN STREET**<br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br>NAME: *Richard Moore*<br>TITLE: *Executive VP*<br>ADDRESS: *113 Mill Place Parkway Suite 103*<br>CITY/ST/ZIP: *Verona VA 24482* |

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☒ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br>NAME: **REBECCA NEAL**<br>TITLE: **DIRECTOR**<br>ADDRESS: **2 NORTH MAIN STREET**<br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☒ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br>NAME: **ERIK SCHNEIDER**<br>TITLE: **DIRECTOR**<br>ADDRESS: **2 NORTH MAIN STREET**<br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☒ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br>NAME: *Evan Ajin*<br>TITLE: *Director / VP*<br>ADDRESS: *113 Mill Place Parkway Suite 103*<br>CITY/ST/ZIP: *Verona VA 24482* |



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 4, 2015

INCORP SERVICES INC
7288 HANOVER GREEN DR
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:      Libre by Nexus Inc.

ID:      0778842 - 5

DCN:     15-12-04-1402

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is December 4, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0343

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC635/834          STATEMENT OF CHANGE OF REGISTERED OFFICE
(07/10)                      AND/OR REGISTERED AGENT

1. Corporation's Name:                    Corporation's SCC ID No.: **0778842 - 5**

   **Libre by Nexus Inc.**

2. Current registered agent's name and registered office address on record with the Commission:

   **REBECCA NEAL**

   **113 MILL PLACE PKWY**                   151204 1402
   **SUITE 103**
   **VERONA, VA 24482-0000**

   **Fully complete items 3, 4 and 5, even if some information remains unchanged.**

3. After this statement is filed with the Commission, the name of the corporation's registered agent and address
   of its registered office in **VIRGINIA**, including the street and number, if any, will be:

   _In Corp Services, Inc._
   _7288 Hanover Green Dr_
   _Mechanicsville VA 23111_

4. The registered agent named in item 3 is **(mark appropriate box):**
   (A) an underlined individual who is a **resident of Virginia** and
       ☐ an officer of the corporation: _____ (title).
       ☐ a director of the corporation.
       ☐ a member of the Virginia State Bar.
                    **OR**
   (B) ☒ a domestic or foreign stock or nonstock corporation, limited liability company or registered limited
       liability partnership authorized to transact business in Virginia.

5. Locality of **VIRGINIA** registered office:

   (A) Current registered office locality: **AUGUSTA COUNTY**

   (B) Registered office locality after this statement is filed: ☒ county or ☐ city of _Hanover_

6. After the foregoing change or changes are made, the corporation will be in compliance with the
   requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

7. (A) Signed on behalf of the corporation by:   (See Instructions for acceptable titles.)
       _____        _Richard Moore, Director_        _12/2/15_
              (signature)              (printed name and title) **exec. VP**        (date)
                    **OR**

   (B) (May be used in lieu of (A) only for the circumstances set forth in the Instructions.)

       The undersigned registered agent declares that a copy of this statement has been or will be mailed to the
       corporation's principal office address on or before the business day following the day on which the statement is
       filed with the Commission.

       _____        _____
              (date)                        (signature of registered agent)

   ┌─────────────────────────────────────────────────────────────────────────────────┐
   │ PRIVACY ADVISORY: Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be │
   │ included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing. │
   └─────────────────────────────────────────────────────────────────────────────────┘

                    **SEE INSTRUCTIONS**          **REINSTATE**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 4, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     Libre by Nexus Inc.

ID:     0778842 - 5

DCN:    15-12-04-1401

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

This is also your receipt for $50.00 to cover the fee(s) for expedited service(s).

The order of reinstatement was entered on December 4, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0343



**NEXUS SERVICES INC.** WWW.NEXUSHELPS.COM

State Corporation Commission
Office of the Clerk
Post Office Box 1197
Richmond, VA 23218*1197

December 2, 2015

To Whom It May Concern:

RE: Libre By Nexus Inc. Reinstatement
ID: 0778842-5

I hereby request the Commonwealth of Virginia State Corporation Commission to
reinstate Libre By Nexus, Inc. to an active status.

With Regards,

Richard Moore
Libre By Nexus Inc.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
1300 E MAIN ST
RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia

SCC21.2
(07/14)



# Expedited Service Request Form

## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (if known): |
|---|---|
| Libre By Nexus Inc. | 0778842-5 |

**Customer Contact Information:**

Name: Richard Moore

Address: 113 Mill Place Pkwy
Suite 103
Verona          VA          24482
(city or town)   (state)   (zip code)

Telephone: ( 540 ) 217 - 4308 ext _____

Email: rmoore@librebynexus.com

**Send Evidence of Expedited Filing By:**
(Choose **one**)

◉ Email   | **Two duplicate copies** of this typed form must be submitted for Email. See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

○ Hold for Pickup  (Available at 4:00 p.m.)

○ First-Class Mail

○ USPS Express Mail
(Prepaid envelope required.)

○ Overnight via  ☐ UPS   ☐ Fed Ex
(Completed waybill required. For Fed Ex, the waybill must be computer-generated with a barcode.)

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:** *** **Expedite Fee:**
(mark service requested) *** (does not include filing fee(s) – see footnote)

○ **Category A**  Expedite Business Entity Document listed in Schedule A
  ☐ Same Day Service (Received by Noon)              $ 200
  ☐ Next Day Service (Received by 4:00 p.m.)         $ 100

○ **Category B**  Preliminary Review of Document listed in Schedule A   $ 50
  (2ⁿᵈ Business Day Service Only – Received by 4:00 p.m.)
  ☐ Resubmission within 30 Days of initial Pre-Review   (N/C)

○ **Category C**  Expedite Business Entity Document listed in Schedule C   $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

◉ **Category D**  Expedite Application for Reinstatement   $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

**FOR OFFICE USE ONLY**

151204·1401
1214- left message
with Asia
Spoke with Richard
moore for
corrections
151204·1402

I/O ☐

*** Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

```
CIS0343                         CIS                      12/04/15
1     54  CISM0180       CORPORATE DATA INQUIRY          08:55:17

     CORP ID:  0778842 - 5  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 10/31/15
  CORP NAME:  Libre by Nexus Inc._____
              _____
DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:        INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:                    CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE: 50.00     MON NO:          MON STATUS:  MONITOR DTE:
  R/A NAME:  REBECCA NEAL

   STREET:  113 MILL PLACE PKWY                  AR RTN MAIL:
            SUITE 103
      CITY:  VERONA              STATE : VA  ZIP: 24482-0000
R/A STATUS:  2  OFFICER        EFF. DATE: 03/19/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                    AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:        STATUS:  ASSESSMENT INDICATOR:  0
 YEAR    FEES    PENALTY   INTEREST   TAXES    BALANCE      TOTAL SHARES
 15    100.00    10.00                                          100
COMMAND: ...............................................................
4AÛ                                                    06,016
```

0778842 - 5

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

AT RICHMOND, DECEMBER 4, 2015

### ORDER OF REINSTATEMENT

The corporate existence of Libre by Nexus Inc., a domestic corporation, was automatically terminated on October 31, 2015. The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

CC:     RICHARD MOORE
        113 MILL PLACE PKWY
        SUITE 103
        VERONA, VA 24482

REINACPT
CIS0343
15-12-04-1401

# APPLICATION FOR REINSTATEMENT

## OF A VIRGINIA CORPORATION

Date: 12/2/15

To:    State Corporation Commission
       Office of the Clerk          151204 1402

| Last Day for Reinstatement |
| **October 31, 2020** |

From:  **Libre by Nexus Inc.**
       SCC ID No. **0778842 - 5**                                    | 06 |

On behalf of Libre by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_(signature)_

Richard Moore
(printed name)

Executive Vice President
(title)

| For Office Use Only |
| DCN: **151204 1401** |
| |
| Reinstatement Fee:      $ 100 |
| Past Due Fees: (      ) $ — |
| Total:                  $ 100 |
| R/A? Yes: ✓  No: _____  N/C: _____ |
| A/R?: Yes: ✓  No: _____  YR: 15 |
| Exam By:              Date: 12 14 |

<u>Signing Requirements:</u>

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

Richard Moore                          540-217-4308
(name)                                 (telephone number)

113 Mill Place Pkwy #103 Verona VA 24482
(mailing address)

**Personal information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM                                                    **CORP**



1406501069

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 4, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Nexus Libre Inc.

ID: 07788425

DCN: 14-06-04-5856

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is June 4, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1406501069

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Libre Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective June 4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-06-04-5856

eFile

1406501069

**ARTICLES OF INCORPORATION**

**OF**

**NEXUS LIBRE INC.**

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is Nexus Libre Inc.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 100 shares of common stock.

4.  The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Rockingham County, Virginia.

6.  The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Erik Schneider | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Rebecca Neal | 2 North Main Street |
| | Harrisonburg, VA 22802 |

7.  The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/    Ilene Marie Tognini, Esq.    Date: June 4, 2014
        Ilene Marie Tognini, Esq.



COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

Office of the Clerk

September  4, 2014

NEXUS LIBRE INC
RICHARD MOORE
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:     Libre by Nexus Inc.

ID:     0778842 - 5

DCN:    14-09-04-1101

Dear Customer:

This is your receipt for $25.00 to cover the fee(s) for filing articles of amendment for a
corporation with this office.

The effective date of the amendment is September  4, 2014.

Note: Prior to the effective date of this filing, the name of the above-referenced corporation was
Nexus Libre Inc..

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

Thank you for contacting our office.  If you have any questions, please call (804) 371-9733 or
toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

AMENACPT
CIS0368

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

ENTITY NAME: _Nexus Libre Inc._

Name availability done in:

| | Initials: | Conflict with ID #: |
|---|---|---|
| eFile: | _____ | _____ |
| CIS: | _____ | _____ |

ENTITY ID #: _0778842-5_

DCN #: **140904 1101**

_CBB #225_

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

## CHARTER EXAMINER WORKSHEET

CHARTER / ENTRANCE FEE _____

JURISDICTION: _____

FILING FEE _25_

EXPEDITE FEE(S) _SAME DAY_ _200_

TOTAL FEES _225_

**SPECIAL EFFECTIVE DATE / TIME**

_____

INDUSTRY CODE: _____

SEND COPY TO: _____

AMENDMENT OR OTHER INFORMATION:

_Dom Amend_
_Name change_
_Libre by Nexus Inc._

_Michi_
_9/4/14_

////////////////////////////////////////////////

COPYWORK REQUESTED: _____

CORRESPONDENT: _____

_____

_____

_____

AMOUNT AVAILABLE
FOR COPYWORK:

_____

| ____ MAIL | _____ |
|---|---|
| ____ CALL | _____ |
| ____ FAX | _____ |
| ____ FED EX | _____ |

REVISED 08/11

FOR OFFICE USE ONLY      FOR OFFICE USE ONLY      FOR OFFICE USE ONLY      FOR OFFICE USE ONLY

 **COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
**SCC21.2** 1300 E MAIN ST
**(07/14)** RICHMOND, VA 23219
**(804) 371-9733**
**1-866-722-2551 Toll-free in Virginia**





## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (if known): |
|---|---|
| NEXUS LIBRE INC. | 07788425 |

**Customer Contact Information:**

Name: NEXUS LIBRE INC.

RICHARD MOORE

Address: 2 N MAIN ST

HARRISONBURG      VA      22802
(city or town)        (state)      (zip code)

Telephone: ( 757 ) 344 - 5127 ext _____

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose one)

[✔] Email | **Two duplicate copies** of this typed form must be submitted for Email. See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail (Prepaid envelope required.)

[ ] Overnight via [ ] UPS [ ] Fed Ex
(Completed waybill required. For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**     *** **Expedite Fee:**
(mark service requested)    *** (does not include filing fee(s) – see footnote)

**FOR OFFICE USE ONLY**

*140904 1101*

[✔] **Category A**   Expedite Business Entity Document listed in Schedule A
     [✔] Same Day Service (Received by Noon)    $ 200
     [ ] Next Day Service (Received by 4:00 p.m.)    $ 100

[ ] **Category B**   Preliminary Review of Document listed in Schedule A
     (2nd Business Day Service Only – Received by 4:00 p.m.)    $ 50
     [ ] Resubmission within 30 Days of initial Pre-Review    (N/C)

[ ] **Category C**   Expedite Business Entity Document listed in Schedule C
     (Next Day Service Only – Received by 4:00 p.m.)    $ 50

[ ] **Category D**   Expedite Application for Reinstatement
     (Next Day Service Only – Received by 4:00 p.m.)    $ 50

I/O [ ]

---

*** Submit one payment for **all** applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

```
CIS0368                          CIS                      09/04/14
1    68  CISM0180        CORPORATE DATA INQUIRY           12:45:37

     CORP ID:  0778842 - 5  STATUS: 00  ACTIVE          STATUS DATE: 06/04/14
     CORP NAME:  Nexus Libre Inc._____
                 _____
DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                  CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: Y         MONITOR INDICATOR:
CHARTER FEE:  50.00    MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  RICHARD MOORE

     STREET:  2 NORTH MAIN STREET                 AR RTN MAIL:

     CITY:  HARRISONBURG          STATE : VA  ZIP:  22802
  R/A STATUS:  1  DIRECTOR     EFF. DATE:  06/04/14  LOC.: 182
ACCEPTED AR#: 000 00 0000  DATE:                      ROCKINGHAM COUN
 CURRENT AR#: 000 00 0000  DATE:         STATUS:   ASSESSMENT INDICATOR:  0
YEAR     FEES     PENALTY    INTEREST    TAXES     BALANCE      TOTAL SHARES
 00                                                                    100
COMMAND:  ..................................................................
4AÛ                                                        06,016
```

```
CIS0368                         CIS                    09/04/14
1    68  CISM0250           MICROFILM INQUIRY          12:45:41

   CORP ID: 0778842 - 5    CORP STATUS: 00  ACTIVE
CORP NAME: Nexus Libre Inc._____
_____
COURT LOCALITY: 182 ROCKINGHAM COUNTY      TOTAL CHARTER FEES:   50.00

        MICROFILM NO  DOCUMENT TYPE        DATE    CHARTER FEE PAGES
        14 06 50 1069 NEWC > NEW CHARTER   06/04/14      50.00     3
```

```
COMMAND:  ...........................................................
4AÛ                                                    06,014
```

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, SEPTEMBER  4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Libre by Nexus Inc. (formerly Nexus Libre Inc. )

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it
is ORDERED that this

CERTIFICATE OF AMENDMENT

be issued and admitted to record with the articles of amendment in the Office of the Clerk of the
Commission, effective September  4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles,
subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

14-09-04-1101
AMENACPT
CIS0368



**SCC710N**
**(07/07)**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**ARTICLES OF AMENDMENT**

**CHANGING THE NAME OF A VIRGINIA STOCK CORPORATION**
**By Unanimous Consent of the Shareholders**

The undersigned, on behalf of the corporation set forth below, pursuant to § 13.1-710 of the Code of Virginia, states as follows:

1.  The current name of the corporation is

Nexus Libre Inc.

2.  The name of the corporation is changed to

Libre by Nexus Inc.

3.  The foregoing amendment was adopted by unanimous consent of the shareholders on

September 1, 2014
<span style="font-size:small">(date)</span>

Executed in the name of the corporation by:

_____
<span style="font-size:small">(signature)</span>

September 1, 2014
<span style="font-size:small">(date)</span>

Richard Moore
<span style="font-size:small">(printed name)</span>

Vice President
<span style="font-size:small">(corporate title)</span>

(888)-997-7646
<span style="font-size:small">(telephone number (optional))</span>

07788425
<span style="font-size:small">(corporation's SCC corporate ID no.)</span>

*(The execution must be by the chairman or any vice-chairman of the board of directors, the president, or any other of its officers authorized to act on behalf of the corporation.)*

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**SEE INSTRUCTIONS ON THE REVERSE**

1412500487



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
9524 LEE HIGHWAY
SUITE C
FAIRFAX, VA 22031

**RECEIPT**

RE:     **Libre by Nexus Inc.**

ID:     **07788425**

DCN:    **1412025524**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1412500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Libre by Nexus Inc.**

     ID:   **07788425**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
          RICHARD MOORE
          2 NORTH MAIN STREET
          HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a director of the
     corporation.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
          Nexus Services Inc.
          9524 LEE HIGHWAY
          SUITE C
          FAIRFAX, VA 22031          (FAIRFAX COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Libre by Nexus Inc.
By: richard moore, Vice-President
     /s/ richard moore

1503540138



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE: **Libre by Nexus Inc.**

ID: **07788425**

DCN: **1503196199**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206





eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1. RE: **Libre by Nexus Inc.**

   ID: **07788425**

2. Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

   NEXUS SERVICES INC.
   9524 LEE HIGHWAY
   SUITE C
   FAIRFAX, VA 22031-0000          (FAIRFAX COUNTY)

3. The current registered agent is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

4. The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

   REBECCA NEAL
   113 MILL PLACE PKWY
   SUITE 103
   VERONA, VA 24482          (AUGUSTA COUNTY)

5. The registered agent named in item 4 is an individual who is a resident of Virginia and an officer of the corporation who is the CFO.

6. After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Libre by Nexus Inc.
By: RICHARD MOORE, Vice-President
   /s/ RICHARD MOORE

1503540142



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:    **Libre by Nexus Inc.**

ID:    **07788425**

DCN:    **1503196210**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1503540142



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.    RE:    **Libre by Nexus Inc.**

      ID:    **07788425**

2.    Current registered agent's name and registered office address on record (including the
      jurisdiction in which the registered office is physically located):

                REBECCA NEAL
                113 MILL PLACE PKWY
                SUITE 103
                VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.    The current registered agent is an individual who is a resident of Virginia and an officer of the
      corporation.

4.    The registered agent's name and registered office address after this statement is filed with the
      Commission (including the jurisdiction in which the registered office is physically located):

                REBECCA NEAL
                113 MILL PLACE PKWY
                SUITE 103
                VERONA, VA 24482          (AUGUSTA COUNTY)

5.    The registered agent named in item 4 is an individual who is a resident of Virginia and an officer
      of the corporation.

6.    After the foregoing change or changes are made, the corporation will be in compliance with the
      requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Libre by Nexus Inc.
By: REBECCA NEAL, CFO
      /s/ REBECCA NEAL

**2015 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

215181144--12/4/2015

**REINSTATE**

06



1. CORPORATION NAME
   Libre by Nexus Inc.

2. VA REGISTERED AGENT NAME AND ADDRESS:  OFFICER.

   REBECCA NEAL
   113 MILL PLACE PKWY
   SUITE 103
   VERONA VA 24482

   *AUC 12/4*

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DUE DATE:

SCC ID NO.: **0778842-5**

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:  **2 NORTH MAIN STREET** | ADDRESS: *113 Mill Place Parkway Suite 103* |
| CITY/ST/ZIP: **HARRISONBURG VA 22802** | CITY/ST/ZIP: *Verona VA 24482* |

7. DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed.
                                          An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction ☐ Addition ☒ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR [X]<br>NAME: **MIKE DONOVAN**<br><br>TITLE: **DIRECTOR**<br><br>ADDRESS:  **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER [X]  DIRECTOR [X]<br>NAME: *T Mike Donovan*<br><br>TITLE: *President*<br><br>ADDRESS: *113 Mill Place Pkwy Suite 103*<br><br>CITY/ST/ZIP: *Verona VA 24482* |

I affirm that the information contained in this report is accurate and complete as of the date below.

SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT

*Richard Moore Director*
PRINTED NAME AND TITLE

*12/2/15*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

215181144--12/4/2015

2015 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Libre by Nexus Inc.

DUE DATE:
SCC ID NO.:   0778842-5

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br>NAME:  **RICHARD MOORE**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:   **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP:  **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br>NAME:  Richard Moore<br><br>TITLE: Executive VP<br><br>ADDRESS: 113 Mill Place Parkway Suite 103<br><br>CITY/ST/ZIP: Verona VA 24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☒ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☒<br>NAME:  **REBECCA NEAL**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:   **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP:  **HARRISONBURG VA 22802** | OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☒ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☒<br>NAME:  **ERIK SCHNEIDER**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:   **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP:  **HARRISONBURG VA 22802** | OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☒<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br>NAME: Evan Ajin<br><br>TITLE: Director / VP<br><br>ADDRESS: 113 Mill Place Parkway Suite 103<br><br>CITY/ST/ZIP: Verona VA 24482 |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December  4, 2015

INCORP SERVICES INC
7288 HANOVER GREEN DR
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:      Libre by Nexus Inc.

ID:      0778842 - 5

DCN:     15-12-04-1402

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is December  4, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0343

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC635/834                    STATEMENT OF CHANGE OF REGISTERED OFFICE
(07/10)                              AND/OR REGISTERED AGENT

1. Corporation's Name:                    Corporation's SCC ID No.: **0778842 - 5**

   **Libre by Nexus Inc.**

2. Current registered agent's name and registered office address on record with the Commission:

   **REBECCA NEAL**

   **113 MILL PLACE PKWY**                     151204-1402
   **SUITE 103**
   **VERONA, VA 24482-0000**

   **Fully complete items 3, 4 and 5, even if some information remains unchanged.**

3. After this statement is filed with the Commission, the name of the corporation's registered agent and address
   of its registered office in **VIRGINIA**, including the street and number, if any, will be:

   InCorp Services, Inc.
   7288 Hanover Green Dr
   Mechanicsville VA 23111

4. The registered agent named in item 3 is **(mark appropriate box):**
   (A) an <u>individual</u> who is a **resident of Virginia** and
      ☐ an officer of the corporation: _____ (title).
      ☐ a director of the corporation.
      ☐ a member of the Virginia State Bar.
                      **OR**
   (B) ☒ a domestic or foreign stock or nonstock corporation, limited liability company or registered limited
          liability partnership authorized to transact business in Virginia.

5. Locality of **VIRGINIA** registered office:

   (A) Current registered office locality: **AUGUSTA COUNTY**

   (B) Registered office locality after this statement is filed: ☒ county or ☐ city of Hanover _____.

6. After the foregoing change or changes are made, the corporation will be in compliance with the
   requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

7. (A) Signed on behalf of the corporation by:    *(See Instructions for acceptable titles.)*

   _____          Richard Moore, Director    12/2/15
      (signature)                       (printed name and title) exec. VP    (date)

      **OR**

   (B) *(May be used in lieu of (A) only for the circumstances set forth in the Instructions.)*

      The undersigned registered agent declares that a copy of this statement has been or will be mailed to the
      corporation's principal office address on or before the business day following the day on which the statement is
      filed with the Commission.

   _____          _____
      (date)                       (signature of registered agent)

---

PRIVACY ADVISORY: Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be
included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

---

                    **SEE INSTRUCTIONS**        **REINSTATE**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 4, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

### RECEIPT

RE:      Libre by Nexus Inc.

ID:      0778842 - 5

DCN:      15-12-04-1401

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

This is also your receipt for $50.00 to cover the fee(s) for expedited service(s).

The order of reinstatement was entered on December 4, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0343

# IINEXUS
### SERVICES

## NEXUS SERVICES INC.
WWW.NEXUSHELPS.COM

State Corporation Commission
Office of the Clerk
Post Office Box 1197
Richmond, VA 23218*1197

December 2, 2015

To Whom It May Concern:

RE: Libre By Nexus Inc.  Reinstatement
ID: 0778842-5

I hereby request the Commonwealth of Virginia State Corporation Commission to
reinstate Libre By Nexus, Inc. to an active status.

With Regards,

Richard Moore
Libre By Nexus Inc.

113 MILL PLACE PKWY
SUITE 103
VERONA, VA
1-(540)-457-8985



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION
OFFICE OF THE CLERK**
1300 E MAIN ST
RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia

SCC21.2
(07/14)

# Expedited Service
# Request Form

151204010

---

## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (if known): |
|---|---|
| Libre By Nexus Inc. | 0778842-5 |

**Customer Contact Information:**

Name: Richard Moore

Address: 113 Mill Place Pkwy
Suite 103
Verona     VA     24482
(city or town)     (state)     (zip code)

Telephone: ( 540 ) 217 - 4308 ext _____

Email: rmoore@librebynexus.com

**Send Evidence of Expedited Filing By:**
(Choose one)

◉ Email | **Two duplicate copies** of this typed form must be submitted for Email. See "Return of Evidence" in the Instructions.

(Email is only available for Categories A, C and D.)

○ Hold for Pickup  (Available at 4:00 p.m.)

○ First-Class Mail

○ USPS Express Mail
(Prepaid envelope required.)

○ Overnight via  ☐ UPS   ☐ Fed Ex
(Completed waybill required.  For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**
(mark service requested)

***Expedite Fee:**
*** (does not include filing fee(s) – see footnote)

○ **Category A**  Expedite Business Entity Document listed in Schedule A
    ☐ Same Day Service (Received by Noon)    $ 200
    ☐ Next Day Service (Received by 4:00 p.m.)    $ 100

○ **Category B**  Preliminary Review of Document listed in Schedule A    $ 50
    (2nd Business Day Service Only – Received by 4:00 p.m.)
    ☐ Resubmission within 30 Days of initial Pre-Review    (N/C)

○ **Category C**  Expedite Business Entity Document listed in Schedule C    $ 50
    (Next Day Service Only – Received by 4:00 p.m.)

◉ **Category D**  Expedite Application for Reinstatement    $ 50
    (Next Day Service Only – Received by 4:00 p.m.)

**FOR OFFICE USE ONLY**

151204-1401
1214- left message
with Asia
spoke with Richard
moore for
corrections
151204-1402

I/O ☐

---

*** Submit one payment for <u>all</u> applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

```
CIS0343                          CIS                    12/04/15
1    54  CISM0180        CORPORATE DATA INQUIRY         08:55:17

      CORP ID:  0778842 - 5  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 10/31/15
   CORP NAME:  Libre by Nexus Inc._____
            _____
DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                    CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE: 50.00     MON NO:          MON STATUS:   MONITOR DTE:
   R/A NAME:  REBECCA NEAL

      STREET:  113 MILL PLACE PKWY                 AR RTN MAIL:
               SUITE 103
         CITY:  VERONA           STATE :  VA  ZIP: 24482-0000
   R/A STATUS:  2  OFFICER       EFF. DATE: 03/19/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                       AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:        STATUS:   ASSESSMENT INDICATOR:  0
 YEAR    FEES    PENALTY    INTEREST   TAXES     BALANCE      TOTAL SHARES
  15    100.00    10.00                                             100
COMMAND: ......................................................
4AÛ                                                   06,016
```

0778842 - 5

### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

AT RICHMOND, DECEMBER  4, 2015

### ORDER OF REINSTATEMENT

The corporate existence of Libre by Nexus Inc., a domestic corporation, was automatically terminated on October 31, 2015.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.


STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner


CC:      RICHARD MOORE
         113 MILL PLACE PKWY
         SUITE 103
         VERONA, VA 24482


REINACPT
CIS0343
15-12-04-1401

# APPLICATION FOR REINSTATEMENT

## OF A VIRGINIA CORPORATION

Date: _12/2/15_

To:   State Corporation Commission
      Office of the Clerk                **151204  1402**

From: **Libre by Nexus Inc.**
      SCC ID No. **0778842 - 5**

| Last Day for Reinstatement |
| **October 31, 2020** |

**06**

On behalf of Libre by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_____
(signature)

**Richard Moore**
(printed name)

_Executive Vice President_
(title)

| For Office Use Only | | |
|---|---|---|
| DCN: | **151204  1401** | |
| | | |
| Reinstatement Fee: | $ | 100 |
| Past Due Fees: ( ) | $ | — |
| Total: | $ | 100 |
| R/A? Yes: ✓ No: | N/C: | |
| A/R?: Yes: ✓ No: | YR: | 15 |
| Exam By: | Date: | 12 14 |

Signing Requirements:

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

.................................................................................................................................
Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

_Richard Moore_                                    _540-217-4308_
(name)                                              (telephone number)

_113 Mill Place Pkwy #103 Verona VA 24482_
(mailing address)
.................................................................................................................................

**Personal information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM                                                        **CORP**

# 2015 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

215192796--3/17/2016

1 0 4 0 7 7 8 8 4 2 5

1. CORPORATION NAME
   Libre by Nexus Inc.

DUE DATE: 6/30/2015

SCC ID NO.: 0778842-5

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

INCORP SERVICES INC
7288 HANOVER GREEN DR
MECHANICSVILLE VA 23111

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   142 - HANOVER COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS: **113 MILL PLACE PARKWAY STE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☒ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☒ Replacement |
|---|---|
| OFFICER [X]   DIRECTOR [X] | OFFICER ☒   DIRECTOR ☒ |
| NAME: **MIKE DONOVAN** | NAME: *EVAN AJIN* |
| TITLE: **PRESIDENT** | TITLE: *PRESIDENT* |
| ADDRESS: **113 MILL PLACE PKWY STE 103** | ADDRESS: *113 MILL PLACE PARKWAY SUITE 103* |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: *VERONA, VA 24482* |

I affirm that the information contained in this report is accurate and complete as of the date below.

_Evan Ajin_
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

*EVAN AJIN PRESIDENT*
PRINTED NAME AND TITLE

*3-16-16*
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CIS0360

215192796--3/17/2016

2015 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Libre by Nexus Inc.

DUE DATE:   6/30/2015
SCC ID NO.:   0778842-5

7.   DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| | |
|---|---|
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☒ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction   ☐ Addition   ☒ Replacement |
| OFFICER ☒  DIRECTOR ☒<br>NAME:  EVAN AJIN<br><br>TITLE:  DIR/VP<br><br>ADDRESS:   113 MILL PLACE PKWY<br>STE 103<br>CITY/ST/ZIP:  VERONA VA 24482 | OFFICER ☒  DIRECTOR ☒<br>NAME:  DAVID SEE<br><br>TITLE:  VICE PRESIDENT<br><br>ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103<br>CITY/ST/ZIP:  VERONA, VA 24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☒ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☒  DIRECTOR ☒<br>NAME:  RICHARD MOORE<br><br>TITLE:  EXEC VP<br><br>ADDRESS:   113 MILL PLACE PKWY<br>STE 103<br>CITY/ST/ZIP:  VERONA VA 24482 | OFFICER ☐  DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☒ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☒ DIRECTOR ☒<br>NAME:  Jim Okonski<br>TITLE:  VICE PRESIDENT<br>ADDRESS:  113 MILL PLACE PARKWAY<br>SUITE 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐  DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |

2016 MAR 17  PM 3:35  CLERK'S OFFICE

CIS0360

1406501069

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 4, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Nexus Libre Inc.

ID: 07788425

DCN: 14-06-04-5856

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is June 4, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1406501069

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Libre Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective June 4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-06-04-5856

eFile

1406501069

**ARTICLES OF INCORPORATION**

**OF**

**NEXUS LIBRE INC.**

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1. The name of the corporation is Nexus Libre Inc.

2. The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3. The corporation is authorized to issue 100 shares of common stock.

4. The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5. The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Rockingham County, Virginia.

6. The following individuals are to serve as an initial director of the corporation:

   | Name | Address |
   | --- | --- |
   | Richard Moore | 2 North Main Street |
   | | Harrisonburg, VA 22802 |
   | Mike Donovan | 2 North Main Street |
   | | Harrisonburg, VA 22802 |
   | Erik Schneider | 2 North Main Street |
   | | Harrisonburg, VA 22802 |
   | Rebecca Neal | 2 North Main Street |
   | | Harrisonburg, VA 22802 |

7. The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/   Ilene Marie Tognini, Esq.   Date: June 4, 2014
        Ilene Marie Tognini, Esq.



COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

Office of the Clerk

September  4, 2014

NEXUS LIBRE INC
RICHARD MOORE
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:     Libre by Nexus Inc.

ID:     0778842 - 5

DCN:    14-09-04-1101

Dear Customer:

This is your receipt for $25.00 to cover the fee(s) for filing articles of amendment for a
corporation with this office.

The effective date of the amendment is September  4, 2014.

Note: Prior to the effective date of this filing, the name of the above-referenced corporation was
Nexus Libre Inc..

This is also your receipt for $200.00 to cover the fee(s) for expedited service(s).

Thank you for contacting our office.  If you have any questions, please call (804) 371-9733 or
toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

AMENACPT
CIS0368

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

**ENTITY NAME:** _Nexus Libre Inc._

Name availability done in:

Initials:          Conflict with ID #:

eFile: _____   _____   ENTITY ID #: _0778842 5_

CIS: _____   _____   DCN #: _140904 1101_

_CBB $225_

**CHARTER EXAMINER WORKSHEET**

CHARTER / ENTRANCE FEE _____   JURISDICTION: _____

FILING FEE _____25_

EXPEDITE FEE(S) SAME DAY _____200_

TOTAL FEES _____225_

| SPECIAL EFFECTIVE DATE / TIME |
| --- |
| |

INDUSTRY CODE: _____

SEND COPY TO: _____

AMENDMENT OR OTHER INFORMATION:

_Dom Amend_
_Name change_
_Libre by Nexus Inc._

_Nichi_
_9/4/14_

COPYWORK REQUESTED:                    CORRESPONDENT:

AMOUNT AVAILABLE
FOR COPYWORK:

_____ MAIL
_____ CALL
_____ FAX
_____ FED EX

REVISED 00/11

FOR OFFICE USE ONLY          FOR OFFICE USE ONLY          FOR OFFICE USE ONLY          FOR OFFICE USE ONLY



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION
OFFICE OF THE CLERK**
SCC21.2   1300 E MAIN ST
(07/14)   RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia




Expedited Service
Request Form

## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (if known): |
|---|---|
| NEXUS LIBRE INC. | 07788425 |

**Customer Contact Information:**

Name: NEXUS LIBRE INC.

RICHARD MOORE

Address: 2 N MAIN ST

HARRISONBURG   VA   22802
(city or town)   (state)   (zip code)

Telephone: ( 757 ) 344 - 5127 ext _____

Email: RMOORE@NEXUSHELPS.COM

**Send Evidence of Expedited Filing By:**
(Choose one)

[✓] Email   **Two duplicate copies** of this typed form must be submitted for Email.
See "Return of Evidence" in the Instructions.
(Email is only available for Categories A, C and D.)

[ ] Hold for Pickup   (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail
(Prepaid envelope required.)

[ ] Overnight via   [ ] UPS   [ ] Fed Ex
(Completed waybill required. For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**
(mark service requested)

*** **Expedite Fee:**
*** (does not include filing fee(s) – see footnote)

**FOR OFFICE USE ONLY**

140904  1101

[✓] **Category A**   Expedite Business Entity Document listed in Schedule A
  [✓] Same Day Service (Received by Noon)   $ 200
  [ ] Next Day Service (Received by 4:00 p.m.)   $ 100

[ ] **Category B**   Preliminary Review of Document listed in Schedule A
  (2nd Business Day Service Only – Received by 4:00 p.m.)
  [ ] Resubmission within 30 Days of initial Pre-Review   (N/C)

[ ] **Category C**   Expedite Business Entity Document listed in Schedule C   $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

[ ] **Category D**   Expedite Application for Reinstatement   $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

I/O [ ]

*** Submit one payment for _all_ applicable fees (e.g., charter/entrance, reinstatement, filing **and** expedite fees)

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

```
CIS0368                         CIS                    09/04/14
 1    68  CISM0180      CORPORATE DATA INQUIRY          12:45:37

    CORP ID:  0778842 - 5  STATUS: 00  ACTIVE        STATUS DATE: 06/04/14
    CORP NAME:  Nexus Libre Inc._____
            _____
DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:     INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:                     CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: Y         MONITOR INDICATOR:
CHARTER FEE: 50.00    MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  RICHARD MOORE

    STREET:  2 NORTH MAIN STREET                AR RTN MAIL:

    CITY:  HARRISONBURG        STATE : VA  ZIP: 22802
  R/A STATUS:  1  DIRECTOR        EFF. DATE: 06/04/14  LOC.: 182
ACCEPTED AR#: 000 00 0000  DATE:                    ROCKINGHAM COUN
 CURRENT AR#: 000 00 0000  DATE:        STATUS:   ASSESSMENT INDICATOR: 0
YEAR    FEES    PENALTY    INTEREST    TAXES     BALANCE      TOTAL SHARES
 00                                                             100
COMMAND: ................................................................
4AÛ                                                      06,016
```

```
CIS0368                        CIS                    09/04/14
1    68  CISM0250        MICROFILM INQUIRY            12:45:41

   CORP ID: 0778842 - 5    CORP STATUS: 00  ACTIVE
CORP NAME: Nexus Libre Inc._____
         _____
COURT LOCALITY: 182 ROCKINGHAM COUNTY        TOTAL CHARTER FEES:    50.00

          MICROFILM NO  DOCUMENT TYPE        DATE    CHARTER FEE PAGES
          14 06 50 1069 NEWC > NEW CHARTER   06/04/14    50.00      3
```

```
COMMAND:  ..................................................
4AÛ                                                06,014
```

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, SEPTEMBER  4, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Libre by Nexus Inc. (formerly Nexus Libre Inc. )

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it
is ORDERED that this

CERTIFICATE OF AMENDMENT

be issued and admitted to record with the articles of amendment in the Office of the Clerk of the
Commission, effective September  4, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles,
subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By   *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

14-09-04-1101
AMENACPT
CIS0368



**SCC710N**
**(07/07)**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**ARTICLES OF AMENDMENT**

**CHANGING THE NAME OF A VIRGINIA STOCK CORPORATION**
**By Unanimous Consent of the Shareholders**

The undersigned, on behalf of the corporation set forth below, pursuant to § 13.1-710 of the Code of Virginia, states as follows:

1. The current name of the corporation is

   Nexus Libre Inc.

2. The name of the corporation is changed to

   Libre by Nexus Inc.

3. The foregoing amendment was adopted by unanimous consent of the shareholders on

   September 1, 2014
   <u>(date)</u>

Executed in the name of the corporation by:

| | |
|---|---|
| _(signature)_ | September 1, 2014 <br> (date) |
| Richard Moore <br> (printed name) | Vice President <br> (corporate title) |
| (888)-997-7646 <br> (telephone number (optional)) | 07788425 <br> (corporation's SCC corporate ID no.) |

*(The execution must be by the chairman or any vice-chairman of the board of directors, the president, or any other of its officers authorized to act on behalf of the corporation.)*

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**SEE INSTRUCTIONS ON THE REVERSE**

1412500487



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
9524 LEE HIGHWAY
SUITE C
FAIRFAX, VA 22031

**RECEIPT**

RE:       **Libre by Nexus Inc.**

ID:       **07788425**

DCN:      **1412025524**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1412500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

eFile
(12/09)

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.   RE:   **Libre by Nexus Inc.**


     ID:   **07788425**


2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
          RICHARD MOORE
          2 NORTH MAIN STREET
          HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)


3.   The current registered agent is an individual who is a resident of Virginia and a director of the
     corporation.


4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
          Nexus Services Inc.
          9524 LEE HIGHWAY
          SUITE C
          FAIRFAX, VA 22031          (FAIRFAX COUNTY)


5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.


6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.


Signed on December 2, 2014, on behalf of Libre by Nexus Inc.
By: richard moore, Vice-President
      /s/ richard moore

1503540138



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     **Libre by Nexus Inc.**

ID:     **07788425**

DCN:    **1503196199**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1503540138



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.  RE:     **Libre by Nexus Inc.**

    ID:     **07788425**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

    NEXUS SERVICES INC.
    9524 LEE HIGHWAY
    SUITE C
    FAIRFAX, VA 22031-0000          (FAIRFAX COUNTY)

3.  The current registered agent is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

    REBECCA NEAL
    113 MILL PLACE PKWY
    SUITE 103
    VERONA, VA 24482          (AUGUSTA COUNTY)

5.  The registered agent named in item 4 is an individual who is a resident of Virginia and an officer of the corporation who is the CFO.

6.  After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Libre by Nexus Inc.
By: RICHARD MOORE, Vice-President
    /s/ RICHARD MOORE

1503540142



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

REBECCA NEAL
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

## RECEIPT

RE:  **Libre by Nexus Inc.**

ID:  **07788425**

DCN:  **1503196210**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206





**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

eFile
(12/09)

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.  RE:   **Libre by Nexus Inc.**

    ID:   **07788425**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):
    REBECCA NEAL
    113 MILL PLACE PKWY
    SUITE 103
    VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.  The current registered agent is an individual who is a resident of Virginia and an officer of the corporation.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):
    REBECCA NEAL
    113 MILL PLACE PKWY
    SUITE 103
    VERONA, VA 24482          (AUGUSTA COUNTY)

5.  The registered agent named in item 4 is an individual who is a resident of Virginia and an officer of the corporation.

6.  After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Libre by Nexus Inc.
By: REBECCA NEAL, CFO
     /s/ REBECCA NEAL

**2015 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

215181144--12/4/2015



**REINSTATE**

06

1. CORPORATION NAME
   Libre by Nexus Inc.

DUE DATE:

SCC ID NO.: **0778842-5**

2. VA REGISTERED AGENT NAME AND ADDRESS: OFFICER.

   REBECCA NEAL
   113 MILL PLACE PKWY
   SUITE 103
   VERONA VA 24482

   *AVK 12/14*

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   107 - AUGUSTA COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS: **2 NORTH MAIN STREET** | ADDRESS: 113 Mill Place Parkway Suite 103 |
| CITY/ST/ZIP: **HARRISONBURG VA 22802** | CITY/ST/ZIP: Verona VA 24482 |

7. DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed.
                                          An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☒ Correction  ☐ Addition  ☒ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR [X] | OFFICER [X]  DIRECTOR [X] |
| NAME: **MIKE DONOVAN** | NAME: T. Mike Donovan |
| TITLE: **DIRECTOR** | TITLE: President |
| ADDRESS: **2 NORTH MAIN STREET** | ADDRESS: 113 Mill Place Pkwy Suite 103 |
| CITY/ST/ZIP: **HARRISONBURG VA 22802** | CITY/ST/ZIP: Verona VA 24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Richard Moore Director
PRINTED NAME AND TITLE

12/2/15
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

215181144--12/4/2015

2015 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Libre by Nexus Inc.

DUE DATE:
SCC ID NO.:   0778842-5

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):

| Mark appropriate box unless area below is blank:<br>☐Information is correct ☒Information is incorrect ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☒ Correction ☐Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br>NAME:  **RICHARD MOORE**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:   **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br>NAME:  *Richard Moore*<br><br>TITLE: *Executive VP*<br><br>ADDRESS: *113 Mill Place Parkway Suite 103*<br><br>CITY/ST/ZIP: *Verona VA 24482* |
| Mark appropriate box unless area below is blank:<br>☐Information is correct ☐ Information is incorrect ☒Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction ☐Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☒<br>NAME:  **REBECCA NEAL**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:   **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐Information is correct ☐ Information is incorrect ☒Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction ☐Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☒<br>NAME:  **ERIK SCHNEIDER**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:   **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct ☐ Information is incorrect ☐Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction ☒Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☒<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br>NAME: *Evan Ajin*<br><br>TITLE: *Director / VP*<br><br>ADDRESS: *113 Mill Place Parkway Suite 103*<br><br>CITY/ST/ZIP: *Verona VA 24482* |



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 4, 2015

INCORP SERVICES INC
7288 HANOVER GREEN DR
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:     Libre by Nexus Inc.

ID:     0778842 - 5

DCN:    15-12-04-1402

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is December 4, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CIS0343

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC635/834
(07/10)

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT**

1. Corporation's Name:          Corporation's SCC ID No.: **0778842 - 5**

   **Libre by Nexus Inc.**

2. Current registered agent's name and registered office address on record with the Commission:

   **REBECCA NEAL**

   **113 MILL PLACE PKWY**          151204-1402
   **SUITE 103**
   **VERONA, VA 24482-0000**

   **Fully complete items 3, 4 and 5, even if some information remains unchanged.**

3. After this statement is filed with the Commission, the name of the corporation's registered agent and address of its registered office in **VIRGINIA**, including the street and number, if any, will be:

   _In Corp Services, Inc._
   _7288 Hanover Green Dr_
   _Mechanicsville VA 23111_

4. The registered agent named in item 3 is **(mark appropriate box):**
   (A) an underlined individual who is a **resident of Virginia** and
      ☐ an officer of the corporation: _____ (title).
      ☐ a director of the corporation.
      ☐ a member of the Virginia State Bar.
           **OR**
   (B) ☒ a domestic or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

5. Locality of **VIRGINIA** registered office:

   (A) Current registered office locality: **AUGUSTA COUNTY**

   (B) Registered office locality after this statement is filed: ☑ county or ☐ city of _Hanover_____.

6. After the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

7. (A) Signed on behalf of the corporation by:     *(See Instructions for acceptable titles.)*

   _____          _Richard Moore, Director_ **exec. VP**     _12/2/15_
      (signature)                    (printed name and title)              (date)
      **OR**

   (B) *(May be used in lieu of (A) only for the circumstances set forth in the Instructions.)*

   The undersigned registered agent declares that a copy of this statement has been or will be mailed to the corporation's principal office address on or before the business day following the day on which the statement is filed with the Commission.

   _____          _____
      (date)                    (signature of registered agent)

PRIVACY ADVISORY: Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**SEE INSTRUCTIONS**          **REINSTATE**



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 4, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     Libre by Nexus Inc.

ID:      0778842 - 5

DCN:    15-12-04-1401

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

This is also your receipt for $50.00 to cover the fee(s) for expedited service(s).

The order of reinstatement was entered on December 4, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0343

# IINEXUS
## SERVICES

## NEXUS SERVICES INC.                                    WWW.NEXUSHELPS.COM

State Corporation Commission
Office of the Clerk
Post Office Box 1197
Richmond, VA 23218*1197

December 2, 2015

To Whom It May Concern:

RE:  Libre By Nexus Inc.  Reinstatement
ID:  0778842-5

I hereby request the Commonwealth of Virginia State Corporation Commission to
reinstate Libre By Nexus, Inc. to an active status.

With Regards,

Richard Moore
Libre By Nexus Inc.

113 MILL PLACE PKWY
SUITE 103
VERONA, VA
1-(540)-457-8985



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
SCC21.2   1300 E MAIN ST
(07/14)   RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia

# Expedited Service
# Request Form

## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): | SCC ID No. (if known): |
|---|---|
| Libre By Nexus Inc. | 0778842-5 |

**Customer Contact Information:**

Name: Richard Moore

Address: 113 Mill Place Pkwy
Suite 103
Verona                    VA        24482
(city or town)        (state)      (zip code)

Telephone: ( 540 ) 217 - 4308 ext _____

Email: rmoore@librebynexus.com

**Send Evidence of Expedited Filing By:**
(Choose **one**)

◉ Email | **Two duplicate copies** of this typed form must be submitted for Email. See "Return of Evidence" in the Instructions.

(Email is only available for Categories A, C and D.)

○ Hold for Pickup (Available at 4:00 p.m.)

○ First-Class Mail

○ USPS Express Mail
(Prepaid envelope required.)

○ Overnight via ☐ UPS   ☐ Fed Ex
(Completed waybill required. For Fed Ex, the waybill must be computer-generated with a barcode.)

---

### ~~ See Information & Instructions for description of Categories. ~~

**Expedited Service Requested:**          *** **Expedite Fee:**
(mark service requested)          *** (does not include filing fee(s) – see footnote)

○ **Category A**  Expedite Business Entity Document listed in Schedule A
  ☐ Same Day Service (Received by Noon)          $ 200
  ☐ Next Day Service (Received by 4:00 p.m.)      $ 100

○ **Category B**  Preliminary Review of Document listed in Schedule A    $ 50
  (2nd Business Day Service Only – Received by 4:00 p.m.)
  ☐ Resubmission within 30 Days of initial Pre-Review    (N/C)

○ **Category C**  Expedite Business Entity Document listed in Schedule C    $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

◉ **Category D**  Expedite Application for Reinstatement    $ 50
  (Next Day Service Only – Received by 4:00 p.m.)

**FOR OFFICE USE ONLY**

151204-1401
1214- left message
with Asia
Spoke with Richard
moore for
corrections
151204-1402

I/O ☐

***  Submit one payment for all applicable fees (e.g., charter/entrance, reinstatement, filing and expedite fees)

## REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

```
CIS0343                          CIS                       12/04/15
 1    54  CISM0180        CORPORATE DATA INQUIRY            08:55:17

      CORP ID:  0778842 - 5   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 10/31/15
   CORP NAME: Libre by Nexus Inc._____
          _____
DATE OF CERTIFICATE:  06/04/2014 PERIOD OF DURATION:        INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:                    CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR  MONITOR INDICATOR:
CHARTER FEE: 50.00     MON NO:          MON STATUS:  MONITOR DTE:
   R/A NAME:  REBECCA NEAL

      STREET:  113 MILL PLACE PKWY                    AR RTN MAIL:
               SUITE 103
        CITY:  VERONA              STATE : VA  ZIP: 24482-0000
   R/A STATUS:  2  OFFICER        EFF. DATE: 03/19/15  LOC.: 107
ACCEPTED AR#: 000 00 0000  DATE:                       AUGUSTA COUNTY
 CURRENT AR#: 000 00 0000  DATE:        STATUS:  ASSESSMENT INDICATOR:  0
 YEAR    FEES     PENALTY    INTEREST    TAXES     BALANCE      TOTAL SHARES
 15    100.00     10.00                                               100
COMMAND: ............................................................
4AÛ                                                      06,016
```

0778842 - 5

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, DECEMBER  4, 2015

ORDER OF REINSTATEMENT

The corporate existence of Libre by Nexus Inc., a domestic corporation, was automatically terminated on October 31, 2015.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

CC:      RICHARD MOORE
         113 MILL PLACE PKWY
         SUITE 103
         VERONA, VA 24482

REINACPT
CIS0343
15-12-04-1401

# APPLICATION FOR REINSTATEMENT

## OF A VIRGINIA CORPORATION

Date: __12/2/15__

To:   State Corporation Commission
      Office of the Clerk          **151204  1402**

| Last Day for Reinstatement |
| **October 31, 2020** |

From:  **Libre by Nexus Inc.**                                      | 06 |

       SCC ID No. **0778842 - 5**

On behalf of Libre by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_(signature)_

Richard Moore
_(printed name)_

Executive Vice President
_(title)_

**For Office Use Only**

DCN: **151204  1401**

| Reinstatement Fee: | $ 100 |
| Past Due Fees: ( ) | $ — |
| Total: | $ 100 |
| R/A? Yes: ✓ No: _____ N/C: _____ |
| A/R?: Yes: ✓ No: _____ YR: 15 |
| Exam By: | Date: 12|4 |

Signing Requirements:

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

Richard Moore                          540-217-4308
_(name)_                               _(telephone number)_

113 Mill Place Pkwy #103 Verona VA 24482
_(mailing address)_

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM                                                   **CORP**

# 2015 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

215192796--3/17/2016

1040778425

1. CORPORATION NAME
   Libre by Nexus Inc.

DUE DATE: 6/30/2015

SCC ID NO.: 0778842-5

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   INCORP SERVICES INC
   7288 HANOVER GREEN DR
   MECHANICSVILLE VA 23111

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   142 - HANOVER COUNTY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS: **113 MILL PLACE PARKWAY STE 103** | ADDRESS: |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: |

2016 MAR 16 PM 3:

7. DIRECTORS AND PRINCIPAL OFFICERS: All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐Information is correct ☐Information is incorrect ☒Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below:☐Correction ☐ Addition ☒ Replacement |
|---|---|
| OFFICER [X]   DIRECTOR [X] | OFFICER ☒ DIRECTOR ☒ |
| NAME: **MIKE DONOVAN** | NAME: *EVAN AJIN* |
| TITLE: **PRESIDENT** | TITLE: *PRESIDENT* |
| ADDRESS: **113 MILL PLACE PKWY STE 103** | ADDRESS: *113 MILL PLACE PARKWAY SUITE 103* |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: *VERONA, VA 24482* |

I affirm that the information contained in this report is accurate and complete as of the date below.

| *Evan Ajin* | *EVAN AJIN PRESIDENT* | 3-16-16 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CIS0360

215192796--3/17/2016

2015 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Libre by Nexus Inc.

DUE DATE:   6/30/2015
SCC ID NO.:   0778842-5

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☒ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☒ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☒  NAME:  EVAN AJIN  TITLE:  DIR/VP  ADDRESS:  113 MILL PLACE PKWY STE 103  CITY/ST/ZIP:  VERONA VA 24482 | OFFICER ☒ DIRECTOR ☒  NAME:  DAVID SEE  TITLE:  VICE PRESIDENT  ADDRESS:  113 MILL PLACE PARKWAY SUITE 103  CITY/ST/ZIP:  VERONA, VA 24482 |

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☒ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☒  NAME:  RICHARD MOORE  TITLE:  EXEC VP  ADDRESS:  113 MILL PLACE PKWY STE 103  CITY/ST/ZIP:  VERONA VA 24482 | OFFICER ☐ DIRECTOR ☐  NAME:  TITLE:  ADDRESS:  CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☒ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☒  NAME: Tim Okonski  TITLE: VICE PRESIDENT  ADDRESS: 113 MILL PLACE PARKWAY SUITE 103  CITY/ST/ZIP: VERONA, VA 24482 | OFFICER ☐ DIRECTOR ☐  NAME:  TITLE:  ADDRESS:  CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☐  NAME:  TITLE:  ADDRESS:  CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐  NAME:  TITLE:  ADDRESS:  CITY/ST/ZIP: |

2016 MAR 17 PM 3: 35   CLERK'S OFFICE

CIS0360

| SCC eFile | **2016 ANNUAL REPORT**<br>COMMONWEALTH OF VIRGINIA<br>STATE CORPORATION COMMISSION | 216525794 |
|---|---|---|

**1.) CORPORATION NAME:**

**Libre by Nexus Inc.**

**2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:**
**INCORP SERVICES INC**
**7288 HANOVER GREEN DR**
**MECHANICSVILLE, VA**

**3.) CITY OR COUNTY OF VA REGISTERED OFFICE:**
**HANOVER COUNTY**

**4.) STATE OR COUNTRY OF INCORPORATION:**
**VA**

DUE DATE: **6/30/2016**

SCC ID NO: **07788425**

**5.) STOCK INFORMATION**

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

**6.) PRINCIPAL OFFICE ADDRESS:**

ADDRESS: 113 MILL PLACE PARKWAY
STE 103

CITY/ST/ZIP: VERONA, VA 24482

**7.) DIRECTORS AND PRINCIPAL OFFICERS:** All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | |
|---|---|
| | [x] OFFICER   [x] DIRECTOR |
| NAME: | EVAN AJIN |
| TITLE: | PRESIDENT |
| ADDRESS: | 113 MILL PLACE PKWY |
| | STE 103 |
| CITY/ST/ZIP/CO: | VERONA, VA 24482 |

| | |
|---|---|
| | [x] OFFICER   [x] DIRECTOR |
| NAME: | TIM OKONSKI |
| TITLE: | VICE PRESIDENT |
| ADDRESS: | 113 MILL PLACE PARKWAY |
| | SUITE 103 |
| CITY/ST/ZIP/CO: | VERONA, VA 24482 |

| | |
|---|---|
| | [x] OFFICER   [x] DIRECTOR |
| NAME: | DAVID SEE |
| TITLE: | VICE PRESIDENT |
| ADDRESS: | 113 MILL PLACE PARKWAY |
| | SUITE 103 |
| CITY/ST/ZIP/CO: | VERONA, VA 24482 |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ EVAN AJIN | EVAN AJIN, PRESIDENT | 7/11/2016 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.



## Copies Request

### Entity Information

| | |
|---|---|
| Entity Name: | Nexus Commercial Ventures LLC |
| Entity Type: | Limited Liability Company |
| Series LLC: | No |
| Formation Date: | 01/14/2016 |
| VA Qualification Date: | 01/14/2016 |
| Industry Code: | 0 - General |
| Jurisdiction: | VA |
| Registration Fee Due Date: | Not Required |

| | |
|---|---|
| Entity ID: | S5968906 |
| Entity Status: | Active |
| Reason for Status: | Active |
| Status Date: | 04/21/2023 |
| Period of Duration: | Perpetual |
| Annual Report Due Date: | N/A |
| Charter Fee: | N/A |

### Filing History Details

| ✔ SelectAll | Filing Date Time | Effective Date | Filing Number | Filing Type | Number of Pages |
|---|---|---|---|---|---|
| ☑ | 01/14/2016 12:01 AM | 01/14/2016 | 1601146228 | Articles of Organization | 3 |
| ☑ | 09/14/2016 12:01 AM | 09/14/2016 | 1609020610 | Statement of Change of Registered Office and/or Registered Agent | 2 |
| ☑ | 08/14/2018 12:01 AM | 08/14/2018 | 1808130757 | Statement of Resignation of Registered Agent | 2 |
| ☑ | 09/18/2018 12:01 AM | 09/18/2018 | 1809186879 | Statement of Change of Registered Office and/or Registered Agent | 2 |
| ☑ | 04/13/2020 01:48 PM | 04/13/2020 | 200413548828 | Reinstatement | 1 |
| ☑ | 04/21/2023 11:45 AM | 04/21/2023 | 2304215766645 | Reinstatement | 1 |

Page 1 of 1, records 1 to 6 of 6

Back   Return to Search   Return to Results

Download Copies

Back to Login

1601530191



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 14, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE: Nexus Commercial Ventures LLC

ID: S5968906

DCN: 16-01-14-6228

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is January 14, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

1601530191

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 14, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Commercial Ventures LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective January 14, 2016.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

DLLCACPT
CISECOM
16-01-14-6228

SCC eFile

1601530191

## ARTICLES OF ORGANIZATION
## OF
## NEXUS COMMERCIAL VENTURES LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1. The name of the limited liability company is Nexus Commercial Ventures LLC.

2. The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3. The name of the limited liability company's initial registered agent is INCORP SERVICES, INC. The initial registered agent is a Virginia stock corporation.

4. The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA 23111.  The initial registered office is located in Hanover County, Virginia.

5. The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 113 MILL PLACE PKWY, SUITE 103, VERONA, VA 22939.

ORGANIZER:

/s/    RICHARD MOORE   Date: January 14, 2016
       RICHARD MOORE

1601530191



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 14, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE: Nexus Commercial Ventures LLC

ID: S5968906

DCN: 16-01-14-6228

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is January 14, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

1601530191

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 14, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Commercial Ventures LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

## CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective January 14, 2016.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

DLLCACPT
CISECOM
16-01-14-6228

SCC eFile

1601530191

# ARTICLES OF ORGANIZATION
## OF
## NEXUS COMMERCIAL VENTURES LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the limited liability company is Nexus Commercial Ventures LLC.

2.  The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.  The name of the limited liability company's initial registered agent is INCORP SERVICES, INC. The initial registered agent is a Virginia stock corporation.

4.  The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA 23111.  The initial registered office is located in Hanover County, Virginia.

5.  The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 113 MILL PLACE PKWY, SUITE 103, VERONA, VA 22939.

ORGANIZER:

/s/     RICHARD MOORE   Date: January 14, 2016
        RICHARD MOORE



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:    Nexus Commercial Ventures LLC

ID:    S596890 - 6

DCN:   16-09-02-0610

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office and/or registered agent for a limited liability company with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLRA
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**LLC-1016**
**(07/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

LLC's Name:     **Nexus Commercial Ventures LLC**                         SCC ID No.:  **S596890 - 6**

(the "Company")                    **160902  0610**

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP |
| Qualification: | **ENTITY AUTHORIZED IN VIRGINIA** | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE** **MECHANICSVILLE, VA 23111-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE, Suite 900 Roanoke, VA  24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an individual who is a resident of Virginia and

☐ a member or manager of the Company.
☐ a member or manager of an LLC that is a member or manager of the Company.
☐ an officer or director of a corporation that is a member or manager of the Company.
☐ a general partner of a general or limited partnership that is a member or manager of the Co.
☐ a trustee of a trust that is a member or manager of the Company.
☐ a member of the Virginia State Bar.
☐ a designated employee who is an officer (but not a member or manager) of the Company.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the Company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on behalf of the Company by:

_(signature)_                    8/10/2016
_(date)_

**Micheal Donovan**
(printed name)

**Manager**
(title (e.g., member or manager))     (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

CHECK IF APPLICABLE: ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

1601530191



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 14, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE: Nexus Commercial Ventures LLC

ID: S5968906

DCN: 16-01-14-6228

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is January 14, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

1601530191

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 14, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Commercial Ventures LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective January 14, 2016.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

DLLCACPT
CISECOM
16-01-14-6228

SCC eFile

1601530191

## ARTICLES OF ORGANIZATION
## OF
## NEXUS COMMERCIAL VENTURES LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the limited liability company is Nexus Commercial Ventures LLC.

2.  The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.  The name of the limited liability company's initial registered agent is INCORP SERVICES, INC. The initial registered agent is a Virginia stock corporation.

4.  The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA 23111.  The initial registered office is located in Hanover County, Virginia.

5.  The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 113 MILL PLACE PKWY, SUITE 103, VERONA, VA 22939.

ORGANIZER:

/s/     RICHARD MOORE   Date: January 14, 2016
        RICHARD MOORE



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Nexus Commercial Ventures LLC

ID:      S596890 - 6

DCN:    16-09-02-0610

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office and/or registered agent for a limited liability company with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLRA
CISCCJ



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED
OFFICE AND/OR REGISTERED AGENT**

**LLC-1016
(07/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

LLC's Name:   **Nexus Commercial Ventures LLC**          SCC ID No.:  **S596890 - 6**

(the "Company")          `160902 0610`

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP |
| Qualification: | **ENTITY AUTHORIZED IN VIRGINIA** | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE** **MECHANICSVILLE, VA 23111-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE, Suite 900 Roanoke, VA  24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of ___Roanoke___ |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: | |
|---|---|---|
| (1) an individual who is a resident of Virginia and ☐ a member or manager of the Company. ☐ a member or manager of an LLC that is a member or manager of the Company. ☐ an officer or director of a corporation that is a member or manager of the Company. ☐ a general partner of a general or limited partnership that is a member or manager of the Co. ☐ a trustee of a trust that is a member or manager of the Company. ☐ a member of the Virginia State Bar. ☐ a designated employee who is an officer (but not a member or manager) of the Company. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the Company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on behalf of the Company by:

_(signature)_   8/10/2016 _(date)_

**Micheal Donovan**
(printed name)

**Manager**
(title (e.g., member or manager))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

CHECK IF APPLICABLE: ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

Nexus Commercial Ventures LLC
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 22939

**RECEIPT**

RE:     Nexus Commercial Ventures LLC

ID:     S596890 - 6

DCN:    18-08-13-0757

Dear Customer:

The registered agent of the above-referenced limited liability company filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the limited liability company to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic cancellation of the limited liability company's existence if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the limited liability company's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

LCRARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**LLC-1017**
**(07/10)**          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

Nexus Commercial Ventures LLC
_____
(name of limited liability company)

S596890-6
_____
(limited liability company's SCC ID #)

☑      The registered office of the limited liability company is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be
mailed by certified mail to the principal office of the limited liability company on or before the
business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)      (printed name)      (date)

**OR**      180813 0757

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _____      W. William Gust, Esq. - Partner      8-6-18
(signature)                              (printed name and title)      (date)

PRIVACY ADVISORY: Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT
required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these
documents is subject to public viewing.

**NOTICE TO THE ABOVE-REFERENCED LIMITED LIABILITY COMPANY**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of
Resignation is filed with the Commission.  The law requires each domestic and foreign limited liability company
authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a
registered office.  The limited liaiblity company must appoint a new registered agent and, if appropriate,
establish a new registered office on or before the effective date of the resignation by filing with the Commission
a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission.
A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile
portal at **https://sccefile.scc.virginia.gov/**.  A Statement of Change form can also be requested on the
Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the
Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551.  If the limited liability company fails to
appoint a new registered agent and, if applicable, establish a new registered office, its existence or its certificate
of registration to transact business in Virginia ultimately will be automatically canceled.

**SEE INSTRUCTIONS ON THE REVERSE**

1601530191



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 14, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE: Nexus Commercial Ventures LLC

ID: S5968906

DCN: 16-01-14-6228

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is January 14, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

1601530191

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 14, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Commercial Ventures LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective January 14, 2016.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

DLLCACPT
CISECOM
16-01-14-6228

SCC eFile

1601530191

# ARTICLES OF ORGANIZATION
## OF
## NEXUS COMMERCIAL VENTURES LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.      The name of the limited liability company is Nexus Commercial Ventures LLC.

2.      The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.      The name of the limited liability company's initial registered agent is INCORP SERVICES, INC. The initial registered agent is a Virginia stock corporation.

4.      The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA 23111.  The initial registered office is located in Hanover County, Virginia.

5.      The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 113 MILL PLACE PKWY, SUITE 103, VERONA, VA 22939.

ORGANIZER:

/s/     RICHARD MOORE   Date: January 14, 2016
        RICHARD MOORE



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

## RECEIPT

RE:     Nexus Commercial Ventures LLC

ID:     S596890 - 6

DCN:    16-09-02-0610

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office and/or registered agent for a limited liability company with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLRA
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**LLC-1016**    *This form can be completed and filed online at www.sccefile.scc.virginia.gov.*
**(07/16)**

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

LLC's Name:    **Nexus Commercial Ventures LLC**                    SCC ID No.:  **S596890 - 6**

(the "Company")                    **160902 0610**

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP |
| Qualification: | **ENTITY AUTHORIZED IN VIRGINIA** | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE** **MECHANICSVILLE, VA 23111-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE, Suite 900 Roanoke, VA  24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of __Roanoke__ |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

| (1) an individual who is a resident of Virginia and | | (2) ☒ a Virginia or foreign stock or nonstock liability company or registered limited liability partnership authorized to transact business in Virginia. |
|---|---|---|
| ☐ a member or manager of the Company. | | |
| ☐ a member or manager of an LLC that is a member or manager of the Company. | **OR** | |
| ☐ an officer or director of a corporation that is a member or manager of the Company. | | |
| ☐ a general partner of a general or limited partnership that is a member or manager of the Co. | | |
| ☐ a trustee of a trust that is a member or manager of the Company. | | |
| ☐ a member of the Virginia State Bar. | | |
| ☐ a designated employee who is an officer (but not a member or manager) of the Company. | | |

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the Company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on behalf of the Company by:

_(signature)_    8/10/2016  _(date)_

**Micheal Donovan**
_(printed name)_

**Manager**
_(title (e.g., member or manager))  (See Instructions)_

_(telephone number (optional))_

The following box must be checked when this form is signed by the current *registered agent*. See the Instructions for additional information.

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

CHECK IF APPLICABLE: ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

Nexus Commercial Ventures LLC
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 22939

**RECEIPT**

RE:     Nexus Commercial Ventures LLC

ID:     S596890 - 6

DCN:    18-08-13-0757

Dear Customer:

The registered agent of the above-referenced limited liability company filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the limited liability company to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise.  The law also provides for the automatic cancellation of the limited liability company's existence if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the limited liability company's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation.  The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov.  If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

LCRARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**LLC-1017**
**(07/10)**          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

Nexus Commercial Ventures LLC
_____
(name of limited liability company)

S596890-6
_____
(limited liability company's SCC ID #)

☑      The registered office of the limited liability company is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be
mailed by certified mail to the principal office of the limited liability company on or before the
business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)          (printed name)          (date)

**OR**      **180813  0757**

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _William Gust_ (signature)          W. William Gust, Esq. - Partner          8-6-18
(signature)                          (printed name and title)          (date)

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT
required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these
documents is subject to public viewing.

**NOTICE TO THE ABOVE-REFERENCED LIMITED LIABILITY COMPANY**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of
Resignation is filed with the Commission. The law requires each domestic and foreign limited liability company
authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a
registered office. The limited liaiblity company must appoint a new registered agent and, if appropriate,
establish a new registered office on or before the effective date of the resignation by filing with the Commission
a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission.
A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile
portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the
Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the
Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the limited liability company fails to
appoint a new registered agent and, if applicable, establish a new registered office, its existence or its certificate
of registration to transact business in Virginia ultimately will be automatically canceled.

**SEE INSTRUCTIONS ON THE REVERSE**

1809540811



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **Nexus Commercial Ventures LLC**

ID:        **S5968906**

DCN:        **1809186879**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

1809540811



eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.  RE:  **Nexus Commercial Ventures LLC**

    ID:  **S5968906**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

    GENTRY LOCKE RAKES & MOORE, LLP
    10 FRANKLIN RD SE STE 900
    ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.  The current registered agent is Resigned.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

    INCORP SERVICES, INC.
    7288 Hanover Green Drive
    Mechanicsville, VA 23111          (HANOVER COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the limited liability company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on September 18, 2018, on behalf of Nexus Commercial Ventures LLC
By: Richard Moore, Manager
    /s/ Richard Moore

1601530191



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 14, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE: Nexus Commercial Ventures LLC

ID: S5968906

DCN: 16-01-14-6228

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is January 14, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

1601530191

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 14, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Commercial Ventures LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective January 14, 2016.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

DLLCACPT
CISECOM
16-01-14-6228

SCC eFile

1601530191

# ARTICLES OF ORGANIZATION
## OF
## NEXUS COMMERCIAL VENTURES LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1. The name of the limited liability company is Nexus Commercial Ventures LLC.

2. The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3. The name of the limited liability company's initial registered agent is INCORP SERVICES, INC. The initial registered agent is a Virginia stock corporation.

4. The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA 23111.  The initial registered office is located in Hanover County, Virginia.

5. The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 113 MILL PLACE PKWY, SUITE 103, VERONA, VA 22939.

ORGANIZER:

/s/    RICHARD MOORE   Date: January 14, 2016
       RICHARD MOORE



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:    Nexus Commercial Ventures LLC

ID:    S596890 - 6

DCN:   16-09-02-0610

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office and/or registered agent for a limited liability company with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLRA
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**LLC-1016**   *This form can be completed and filed online at www.sccefile.scc.virginia.gov.*
**(07/16)**

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

LLC's Name:   **Nexus Commercial Ventures LLC**                                    SCC ID No.: **S596890 - 6**

(the "Company")                      **160902 0610**

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP |
| Qualification: | **ENTITY AUTHORIZED IN VIRGINIA** | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE**  **MECHANICSVILLE, VA 23111-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE, Suite 900 Roanoke, VA  24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of ___Roanoke___ |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an <u>individual</u> who is a resident of Virginia **and**
☐ a member or manager of the Company.
☐ a member or manager of an LLC that is a member or manager of the Company.
☐ an officer or director of a corporation that is a member or manager of the Company.
☐ a general partner of a general or limited partnership that is a member or manager of the Co.
☐ a trustee of a trust that is a member or manager of the Company.
☐ a member of the Virginia State Bar.
☐ a designated employee who is an officer (but <u>not</u> a member or manager) of the Company.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | *IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.* |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the Company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on behalf of the Company by:

_(signature)_   8/10/2016  _(date)_

**Micheal Donovan**
_(printed name)_

**Manager**
_(title (e.g., member or manager))   (See Instructions)_

_(telephone number (optional))_

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

CHECK IF APPLICABLE: ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

Nexus Commercial Ventures LLC
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 22939

## RECEIPT

RE:     Nexus Commercial Ventures LLC

ID:     S596890 - 6

DCN:    18-08-13-0757

Dear Customer:

The registered agent of the above-referenced limited liability company filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the limited liability company to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise.  The law also provides for the automatic cancellation of the limited liability company's existence if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the limited liability company's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation.  The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov.  If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

LCRARES
CIS0363

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**LLC-1017**
**(07/10)**          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

Nexus Commercial Ventures LLC
_____
(name of limited liability company)

S596890-6
_____
(limited liability company's SCC ID #)

☑   The registered office of the limited liability company is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the limited liability company on or before the business day following the day on which this statement is filed with the Commission.

_____        _____        _____
(signature of individual resigning as registered agent)        (printed name)        (date)

**OR**      **180813 0757**

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _W. William Gust_        W. William Gust, Esq. - Partner        8-6-18
(signature)        (printed name and title)        (date)

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

### NOTICE TO THE ABOVE-REFERENCED LIMITED LIABILITY COMPANY

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign limited liability company authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The limited liability company must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the limited liability company fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence or its certificate of registration to transact business in Virginia ultimately will be automatically canceled.

### SEE INSTRUCTIONS ON THE REVERSE

1809540811



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:     **Nexus Commercial Ventures LLC**

ID:     **S5968906**

DCN:    **1809186879**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

Joel H. Peck
Clerk of the Commission

1809540811



eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.   RE:   **Nexus Commercial Ventures LLC**

     ID:   **S5968906**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

     GENTRY LOCKE RAKES & MOORE, LLP
     10 FRANKLIN RD SE STE 900
     ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.   The current registered agent is Resigned.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

     INCORP SERVICES, INC.
     7288 Hanover Green Drive
     Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the limited liability company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on September 18, 2018, on behalf of Nexus Commercial Ventures LLC
By: Richard Moore, Manager
     /s/ Richard Moore

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5968906
Filing Number: 200413548828
Filing Date/Time: 04/13/2020 01:48 PM
Effective Date/Time: 04/13/2020 01:48 PM

**Limited Liability Company - Application for Reinstatement**

**Entity Information**

| | | | |
|---|---|---|---|
| Entity Name: | Nexus Commercial Ventures LLC | Entity Type: | Limited Liability Company |
| Entity ID: | S5968906 | Formation Date: | 01/14/2016 |
| Status: | Inactive | | |

**Signature Information**

Date Signed: 04/13/2020

Executed in the name of the limited liability company by:

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services Inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |

**Additional Filings Required**

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/13/2020 01:45 PM | Limited Liability Company | Registration Fee | Pending |

1601530191



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 14, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE: Nexus Commercial Ventures LLC

ID: S5968906

DCN: 16-01-14-6228

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is January 14, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

1601530191

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 14, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Commercial Ventures LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective January 14, 2016.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

DLLCACPT
CISECOM
16-01-14-6228

SCC eFile

1601530191

# ARTICLES OF ORGANIZATION
## OF
## NEXUS COMMERCIAL VENTURES LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.      The name of the limited liability company is Nexus Commercial Ventures LLC.

2.      The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.      The name of the limited liability company's initial registered agent is INCORP SERVICES, INC. The initial registered agent is a Virginia stock corporation.

4.      The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA 23111.  The initial registered office is located in Hanover County, Virginia.

5.      The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 113 MILL PLACE PKWY, SUITE 103, VERONA, VA 22939.

ORGANIZER:

/s/      RICHARD MOORE   Date: January 14, 2016
         RICHARD MOORE



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Nexus Commercial Ventures LLC

ID:     S596890 - 6

DCN:    16-09-02-0610

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office and/or registered agent for a limited liability company with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLRA
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**LLC-1016**
**(07/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

LLC's Name:  **Nexus Commercial Ventures LLC**

(the "Company")

160902 0610

SCC ID No.:  **S596890 - 6**

| **Section A** | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP |
| Qualification: | **ENTITY AUTHORIZED IN VIRGINIA** | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE** **MECHANICSVILLE, VA 23111-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE, Suite 900 Roanoke, VA  24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of   Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| **Section B** | The registered agent, whose business office address is identical with the registered office, is: | | |
|---|---|---|---|
| (1) an **individual** who is a resident of Virginia **and** | | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
| ☐ a member or manager of the Company. | | | |
| ☐ a member or manager of an LLC that is a member or manager of the Company. | | | |
| ☐ an officer or director of a corporation that is a member or manager of the Company. | | | |
| ☐ a general partner of a general or limited partnership that is a member or manager of the Co. | | | |
| ☐ a trustee of a trust that is a member or manager of the Company. | | | |
| ☐ a member of the Virginia State Bar. | | | |
| ☐ a designated employee who is an officer (but **not** a member or manager) of the Company. | | | |

| **Section C** | *IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.* |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the Company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on behalf of the Company by:

_(signature)_    8/10/2016
_(date)_

**Micheal Donovan**
(printed name)

**Manager**
(title (e.g., member or manager))   (See Instructions)

_(telephone number (optional))_

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**CHECK IF APPLICABLE:** ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

**Personal Information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

Nexus Commercial Ventures LLC
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 22939

**RECEIPT**

RE:     Nexus Commercial Ventures LLC

ID:     S596890 - 6

DCN:    18-08-13-0757

Dear Customer:

The registered agent of the above-referenced limited liability company filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the limited liability company to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic cancellation of the limited liability company's existence if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the limited liability company's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

LCRARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**LLC-1017**
**(07/10)**   **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

Nexus Commercial Ventures LLC
_____
(name of limited liability company)

S596890-6
_____
(limited liability company's SCC ID #)

☑   The registered office of the limited liability company is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the limited liability company on or before the business day following the day on which this statement is filed with the Commission.

_____     _____     _____
(signature of individual resigning as registered agent)     (printed name)     (date)

**OR**   180813 0757

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _____     W. William Gust, Esq. - Partner     8-6-18
(signature)     (printed name and title)     (date)

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**NOTICE TO THE ABOVE-REFERENCED LIMITED LIABILITY COMPANY**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign limited liability company authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The limited liablity company must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the limited liability company fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence or its certificate of registration to transact business in Virginia ultimately will be automatically canceled.

**SEE INSTRUCTIONS ON THE REVERSE**

1809540811



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE: **Nexus Commercial Ventures LLC**

ID: **S5968906**

DCN: **1809186879**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

1809540811



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.  RE:    **Nexus Commercial Ventures LLC**

    ID:    **S5968906**

2.  Current registered agent's name and registered office address on record (including the
    jurisdiction in which the registered office is physically located):

    GENTRY LOCKE RAKES & MOORE, LLP
    10 FRANKLIN RD SE STE 900
    ROANOKE, VA 24011-0000              (ROANOKE CITY)

3.  The current registered agent is Resigned.

4.  The registered agent's name and registered office address after this statement is filed with the
    Commission (including the jurisdiction in which the registered office is physically located):

    INCORP SERVICES, INC.
    7288 Hanover Green Drive
    Mechanicsville, VA 23111              (HANOVER COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
    limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the limited liability company will be in
    compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on September 18, 2018, on behalf of Nexus Commercial Ventures LLC
By: Richard Moore, Manager
    /s/ Richard Moore

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5968906
Filing Number: 200413548828
Filing Date/Time: 04/13/2020 01:48 PM
Effective Date/Time: 04/13/2020 01:48 PM

**Limited Liability Company - Application for Reinstatement**

**Entity Information**

| | | | |
|---|---|---|---|
| Entity Name: | Nexus Commercial Ventures LLC | Entity Type: | Limited Liability Company |
| Entity ID: | S5968906 | Formation Date: | 01/14/2016 |
| Status: | Inactive | | |

**Signature Information**

Date Signed: 04/13/2020

Executed in the name of the limited liability company by:

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services Inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |

**Additional Filings Required**

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/13/2020 01:45 PM | Limited Liability Company | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5968906
Filing Number: 2304215766645
Filing Date/Time: 04/21/2023 11:45 AM
Effective Date/Time: 04/21/2023 11:45 AM

## Limited Liability Company - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Nexus Commercial Ventures LLC | Entity Type: | Limited Liability Company |
| Entity ID: | S5968906 | Formation Date: | 01/14/2016 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 04/21/2023

Executed in the name of the limited liability company by:

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Manager |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/21/2023 11:43 AM | Limited Liability Company | Registration Fee | Pending |



## State Corporation Commission
### Clerk's Information System

**Copies Request**

**Entity Information**

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity ID: | 07902646 |
| Entity Type: | Stock Corporation | Entity Status: | **Inactive** |
| Series LLC: | N/A | Reason for Status: | Automatically Terminated - Annual Report and/or Fees - Can Reinstate |
| Formation Date: | 04/13/2015 | Status Date: | 08/31/2022 |
| VA Qualification Date: | 04/13/2015 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | 04/30/2022 |
| Jurisdiction: | VA | Charter Fee: | $50.00 |
| Registration Fee Due Date: | 04/30/2022 | | |

**Filing History Details**

| ☐ Select All | Filing Date Time | Effective Date | Filing Number | Filing Type | Number of Pages |
|---|---|---|---|---|---|
| ☐ | 04/13/2015 12:01 AM | 04/13/2015 | 1504135662 | Articles of Incorporation | 3 |
| ☐ | 02/11/2016 12:01 AM | 02/11/2016 | 1602116406 | Statement of Change of Registered Office and/or Registered Agent | 2 |
| ☐ | 05/08/2020 02:10 PM | 05/08/2020 | 200508642664 | Reinstatement | 1 |
| ☐ | 05/08/2020 02:10 PM | 05/08/2020 | 200508642665 | Annual Report | 1 |
| ☐ | 04/29/2021 10:19 PM | 04/29/2021 | 2104293207125 | Annual Report | 1 |
| ☐ | 01/16/2022 07:52 AM | 01/16/2022 | 2201164075369 | Annual Report | 1 |
| ☐ | 01/16/2022 07:56 AM | 01/16/2022 | 2201164075371 | Articles of Dissolution | 1 |

Page 1 of 1, records 1 to 7 of 7

Back | Return to Search | Return to Results

Download Copies

Back to Login



1504520455

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

April 13, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 109
VERONA, VA 24482

**RECEIPT**

RE: NEXUS HEALTH INC.

ID: 07902646

DCN: 15-04-13-5662

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is April 13, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1504520455

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, APRIL 13, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

# NEXUS HEALTH INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective April 13, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

CORPACPT
CISECOM
15-04-13-5662

eFile

1504520455

# ARTICLES OF INCORPORATION
## OF
## NEXUS HEALTH INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is NEXUS HEALTH INC.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 500 shares of common stock.

4.  The name of the corporation's initial registered agent is RICHARD MOORE.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PKWY , SUITE 109, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.  The following individuals are to serve as an initial director of the corporation:

| Name | Address |
|---|---|
| RICHARD MOORE | 113 MILL PLACE PKWY<br>SUITE 109<br>VERONA, VA 24482 |
| MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY<br>SUITE 109<br>VERONA, VA 24482 |

7.  The address of the corporation's principal office is 113 MILL PLACE PKWY, SUITE 109, VERONA, VA 24482.

INCORPORATOR:

/s/     RICHARD MOORE   Date: April 13, 2015
        RICHARD MOORE



**1504520455**

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

April 13, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 109
VERONA, VA 24482

**RECEIPT**

RE: NEXUS HEALTH INC.

ID: 07902646

DCN: 15-04-13-5662

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is April 13, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1504520455

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, APRIL 13, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

NEXUS HEALTH INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective April 13, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

CORPACPT
CISECOM
15-04-13-5662

eFile

1504520455

## ARTICLES OF INCORPORATION
## OF
## NEXUS HEALTH INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is NEXUS HEALTH INC.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 500 shares of common stock.

4.   The name of the corporation's initial registered agent is RICHARD MOORE.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PKWY , SUITE 109, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.   The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| RICHARD MOORE | 113 MILL PLACE PKWY<br>SUITE 109<br>VERONA, VA 24482 |
| MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY<br>SUITE 109<br>VERONA, VA 24482 |

7.   The address of the corporation's principal office is 113 MILL PLACE PKWY, SUITE 109, VERONA, VA 24482.

INCORPORATOR:

/s/    RICHARD MOORE   Date: April 13, 2015
       RICHARD MOORE

1602521174



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MDLOTHIAN, VA 23111

**RECEIPT**

RE:        **NEXUS HEALTH INC.**

ID:        **07902646**

DCN:        **1602116406**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1602521174



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

eFile
(12/09)

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.   RE:   **NEXUS HEALTH INC.**

     ID:   **07902646**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
          RICHARD MOORE
          113 MILL PLACE PKWY
          SUITE 109
          VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a director of the
     corporation.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
          INCORP SERVICES, INC.
          7288 Hanover Green Drive
          Mdlothian, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of NEXUS HEALTH INC.
By: Richard Moore, Vice-President
    /s/ Richard Moore



**1504520455**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

April 13, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 109
VERONA, VA 24482

**RECEIPT**

RE: NEXUS HEALTH INC.

ID: 07902646

DCN: 15-04-13-5662

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is April 13, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1504520455

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, APRIL 13, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

NEXUS HEALTH INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective April 13, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By _Mark C. Christie_

Mark C. Christie
Commissioner

CORPACPT
CISECOM
15-04-13-5662

eFile

1504520455

# ARTICLES OF INCORPORATION
## OF
## NEXUS HEALTH INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.      The name of the corporation is NEXUS HEALTH INC.

2.      The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.      The corporation is authorized to issue 500 shares of common stock.

4.      The name of the corporation's initial registered agent is RICHARD MOORE.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.      The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PKWY , SUITE 109, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.      The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| RICHARD MOORE | 113 MILL PLACE PKWY SUITE 109 VERONA, VA 24482 |
| MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY SUITE 109 VERONA, VA 24482 |

7.      The address of the corporation's principal office is 113 MILL PLACE PKWY, SUITE 109, VERONA, VA 24482.

INCORPORATOR:

/s/     RICHARD MOORE   Date: April 13, 2015
        RICHARD MOORE

1602521174



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MDLOTHIAN, VA 23111

**RECEIPT**

RE:        **NEXUS HEALTH INC.**

ID:        **07902646**

DCN:       **1602116406**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission



**COMMONWEALTH OF VIRGINIA**

**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**

**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **NEXUS HEALTH INC.**

ID:   **07902646**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

RICHARD MOORE

113 MILL PLACE PKWY

SUITE 109

VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

INCORP SERVICES, INC.

7288 Hanover Green Drive

Mdlothian, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of NEXUS HEALTH INC.

By: Richard Moore, Vice-President

   /s/ Richard Moore

**Commonwealth of Virginia**
**State Corporation Commission**
**Office of the Clerk**
**Entity ID: 07902646**
**Filing Number: 200508642664**
**Filing Date/Time: 05/08/2020 02:10 PM**
**Effective Date/Time: 05/08/2020 02:10 PM**

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07902646 | Formation Date: | 04/13/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 05/08/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 05/08/2020 02:05 PM | Stock Corporation | Annual Report | Pending |
| 05/08/2020 02:06 PM | Stock Corporation | Registration Fee | Pending |



**1504520455**

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

April 13, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 109
VERONA, VA 24482

**RECEIPT**

RE: NEXUS HEALTH INC.

ID: 07902646

DCN: 15-04-13-5662

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is April 13, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1504520455

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, APRIL 13, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

NEXUS HEALTH INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective April 13, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

CORPACPT
CISECOM
15-04-13-5662

eFile

1504520455

## ARTICLES OF INCORPORATION
### OF
### NEXUS HEALTH INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is NEXUS HEALTH INC.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 500 shares of common stock.

4.  The name of the corporation's initial registered agent is RICHARD MOORE.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PKWY , SUITE 109, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.  The following individuals are to serve as an initial director of the corporation:

| Name | Address |
|---|---|
| RICHARD MOORE | 113 MILL PLACE PKWY SUITE 109 VERONA, VA 24482 |
| MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY SUITE 109 VERONA, VA 24482 |

7.  The address of the corporation's principal office is 113 MILL PLACE PKWY, SUITE 109, VERONA, VA 24482.

INCORPORATOR:

/s/     RICHARD MOORE   Date: April 13, 2015
        RICHARD MOORE

1602521174



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MDLOTHIAN, VA 23111

**RECEIPT**

RE:   **NEXUS HEALTH INC.**

ID:   **07902646**

DCN:   **1602116406**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

1602521174



eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.   RE:   **NEXUS HEALTH INC.**

     ID:   **07902646**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

     RICHARD MOORE
     113 MILL PLACE PKWY
     SUITE 109
     VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

     INCORP SERVICES, INC.
     7288 Hanover Green Drive
     Mdlothian, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of NEXUS HEALTH INC.
By: Richard Moore, Vice-President
     /s/ Richard Moore

**Commonwealth of Virginia**
**State Corporation Commission**
**Office of the Clerk**
**Entity ID: 07902646**
**Filing Number: 200508642664**
**Filing Date/Time: 05/08/2020 02:10 PM**
**Effective Date/Time: 05/08/2020 02:10 PM**

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07902646 | Formation Date: | 04/13/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 05/08/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 05/08/2020 02:05 PM | Stock Corporation | Annual Report | Pending |
| 05/08/2020 02:06 PM | Stock Corporation | Registration Fee | Pending |

**Commonwealth of Virginia**
**State Corporation Commission**
**Office of the Clerk**
**Entity ID: 07902646**
**Filing Number: 200508642665**
**Filing Date/Time: 05/08/2020 02:10 PM**
**Effective Date/Time: 05/08/2020 02:10 PM**

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07902646 | Formation Date: | 04/13/2015 |
| Jurisdiction: | VA | | |
| Total Shares: | 500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MDLOTHIAN, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 109, Verona, VA, 24482 - 2662, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| | Yes | RICHARD MOORE | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |
| | Yes | MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 05/08/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Vice President |

1504520455



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

April 13, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 109
VERONA, VA 24482

**RECEIPT**

RE: NEXUS HEALTH INC.

ID: 07902646

DCN: 15-04-13-5662

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is April 13, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1504520455

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, APRIL 13, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

# NEXUS HEALTH INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective April 13, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

CORPACPT
CISECOM
15-04-13-5662

eFile

1504520455

## ARTICLES OF INCORPORATION
## OF
## NEXUS HEALTH INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.     The name of the corporation is NEXUS HEALTH INC.

2.     The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.     The corporation is authorized to issue 500 shares of common stock.

4.     The name of the corporation's initial registered agent is RICHARD MOORE.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.     The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PKWY , SUITE 109, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.     The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| RICHARD MOORE | 113 MILL PLACE PKWY SUITE 109 VERONA, VA 24482 |
| MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY SUITE 109 VERONA, VA 24482 |

7.     The address of the corporation's principal office is 113 MILL PLACE PKWY, SUITE 109, VERONA, VA 24482.

INCORPORATOR:

/s/     RICHARD MOORE   Date: April 13, 2015
        RICHARD MOORE

1602521174



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MDLOTHIAN, VA 23111

**RECEIPT**

RE: **NEXUS HEALTH INC.**

ID: **07902646**

DCN: **1602116406**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1602521174



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.  RE:   **NEXUS HEALTH INC.**

    ID:   **07902646**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

    RICHARD MOORE
    113 MILL PLACE PKWY
    SUITE 109
    VERONA, VA 24482-0000        (AUGUSTA COUNTY)

3.  The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

    INCORP SERVICES, INC.
    7288 Hanover Green Drive
    Mdlothian, VA 23111        (HANOVER COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of NEXUS HEALTH INC.
By: Richard Moore, Vice-President
    /s/ Richard Moore

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07902646
Filing Number: 200508642664
Filing Date/Time: 05/08/2020 02:10 PM
Effective Date/Time: 05/08/2020 02:10 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07902646 | Formation Date: | 04/13/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 05/08/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 05/08/2020 02:05 PM | Stock Corporation | Annual Report | Pending |
| 05/08/2020 02:06 PM | Stock Corporation | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07902646
Filing Number: 200508642665
Filing Date/Time: 05/08/2020 02:10 PM
Effective Date/Time: 05/08/2020 02:10 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07902646 | Formation Date: | 04/13/2015 |
| Jurisdiction: | VA | | |
| Total Shares: | 500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MDLOTHIAN, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 109, Verona, VA, 24482 - 2662, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| | Yes | RICHARD MOORE | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |
| | Yes | MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 05/08/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Vice President |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07902646
Entity Number: 2104293207125
Filing Date/Time: 04/29/2021 10:19 PM
Effective Date/Time: 04/29/2021 10:19 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07902646 | Formation Date: | 04/13/2015 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MDLOTHIAN, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address:   113 Mill Place Pkwy Unit 109, Verona, VA, 24482 - 2662, USA

### Principal Information

☑ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| | Yes | RICHARD MOORE | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |
| | Yes | MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 04/29/2021

| Printed Name | Signature | Title |
|---|---|---|
| Micheal PAUL Donovan | MICHEAL PAUL DONOVAN | Director |



1504520455

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

April 13, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 109
VERONA, VA 24482

**RECEIPT**

RE: NEXUS HEALTH INC.

ID: 07902646

DCN: 15-04-13-5662

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is April 13, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1504520455

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, APRIL 13, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

NEXUS HEALTH INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective April 13, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

CORPACPT
CISECOM
15-04-13-5662

eFile

1504520455

# ARTICLES OF INCORPORATION
## OF
## NEXUS HEALTH INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is NEXUS HEALTH INC.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 500 shares of common stock.

4.   The name of the corporation's initial registered agent is RICHARD MOORE.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PKWY , SUITE 109, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.   The following individuals are to serve as an initial director of the corporation:

| Name | Address |
|------|---------|
| RICHARD MOORE | 113 MILL PLACE PKWY<br>SUITE 109<br>VERONA, VA 24482 |
| MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY<br>SUITE 109<br>VERONA, VA 24482 |

7.   The address of the corporation's principal office is 113 MILL PLACE PKWY, SUITE 109, VERONA, VA 24482.

INCORPORATOR:

/s/     RICHARD MOORE   Date: April 13, 2015
        RICHARD MOORE

1602521174



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MDLOTHIAN, VA 23111

**RECEIPT**

RE:          **NEXUS HEALTH INC.**

ID:          **07902646**

DCN:         **1602116406**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

Joel H. Peck
Clerk of the Commission



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.  RE:   **NEXUS HEALTH INC.**

     ID:   **07902646**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):
             RICHARD MOORE
             113 MILL PLACE PKWY
             SUITE 109
             VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.  The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):
             INCORP SERVICES, INC.
             7288 Hanover Green Drive
             Mdlothian, VA 23111          (HANOVER COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of NEXUS HEALTH INC.
By: Richard Moore, Vice-President
    /s/ Richard Moore

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07902646
Filing Number: 200508642664
Filing Date/Time: 05/08/2020 02:10 PM
Effective Date/Time: 05/08/2020 02:10 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07902646 | Formation Date: | 04/13/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 05/08/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 05/08/2020 02:05 PM | Stock Corporation | Annual Report | Pending |
| 05/08/2020 02:06 PM | Stock Corporation | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07902646
Filing Number: 200508642665
Filing Date/Time: 05/08/2020 02:10 PM
Effective Date/Time: 05/08/2020 02:10 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07902646 | Formation Date: | 04/13/2015 |
| Jurisdiction: | VA | | |
| Total Shares: | 500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MDLOTHIAN, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address:   113 Mill Place Pkwy Unit 109, Verona, VA, 24482 - 2662, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| | Yes | RICHARD MOORE | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |
| | Yes | MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 05/08/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Vice President |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07902646
Entity Number: 2104293207125
Filing Date/Time: 04/29/2021 10:19 PM
Effective Date/Time: 04/29/2021 10:19 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07902646 | Formation Date: | 04/13/2015 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MDLOTHIAN, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 109, Verona, VA, 24482 - 2662, USA

### Principal Information

☑ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| | Yes | RICHARD MOORE | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |
| | Yes | MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 04/29/2021

| Printed Name | Signature | Title |
|---|---|---|
| Micheal PAUL Donovan | MICHEAL PAUL DONOVAN | Director |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07902646
Filing Number: 2201164075369
Filing Date/Time: 01/16/2022 07:52 AM
Effective Date/Time: 01/16/2022 07:52 AM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07902646 | Formation Date: | 04/13/2015 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MDLOTHIAN, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address:   113 Mill Place Pkwy Unit 109, Verona, VA, 24482 - 2662, USA

### Principal Information

☑ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| | Yes | MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 01/16/2022

| Printed Name | Signature | Title |
|---|---|---|
| Micheal Paul Donovan | MIcheal Paul Donovan | Director |



1504520455

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

April 13, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 109
VERONA, VA 24482

**RECEIPT**

RE: NEXUS HEALTH INC.

ID: 07902646

DCN: 15-04-13-5662

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is April 13, 2015.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1504520455

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, APRIL 13, 2015

The State Corporation Commission has found the accompanying articles submitted on behalf of

NEXUS HEALTH INC.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective April 13, 2015.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

CORPACPT
CISECOM
15-04-13-5662

eFile

1504520455

# ARTICLES OF INCORPORATION
## OF
## NEXUS HEALTH INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.     The name of the corporation is NEXUS HEALTH INC.

2.     The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.     The corporation is authorized to issue 500 shares of common stock.

4.     The name of the corporation's initial registered agent is RICHARD MOORE.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.     The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 113 MILL PLACE PKWY , SUITE 109, VERONA, VA 24482.  The initial registered office is located in Augusta County, Virginia.

6.     The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| RICHARD MOORE | 113 MILL PLACE PKWY SUITE 109 VERONA, VA 24482 |
| MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY SUITE 109 VERONA, VA 24482 |

7.     The address of the corporation's principal office is 113 MILL PLACE PKWY, SUITE 109, VERONA, VA 24482.

INCORPORATOR:

/s/     RICHARD MOORE   Date: April 13, 2015
        RICHARD MOORE

1602521174



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MDLOTHIAN, VA 23111

**RECEIPT**

RE:        **NEXUS HEALTH INC.**

ID:        **07902646**

DCN:       **1602116406**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1602521174



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **NEXUS HEALTH INC.**

     ID:   **07902646**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
          RICHARD MOORE
          113 MILL PLACE PKWY
          SUITE 109
          VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a director of the
     corporation.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
          INCORP SERVICES, INC.
          7288 Hanover Green Drive
          Mdlothian, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of NEXUS HEALTH INC.
By: Richard Moore, Vice-President
     /s/ Richard Moore

**Commonwealth of Virginia**
**State Corporation Commission**
**Office of the Clerk**
**Entity ID: 07902646**
**Filing Number: 200508642664**
**Filing Date/Time: 05/08/2020 02:10 PM**
**Effective Date/Time: 05/08/2020 02:10 PM**

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07902646 | Formation Date: | 04/13/2015 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 05/08/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 05/08/2020 02:05 PM | Stock Corporation | Annual Report | Pending |
| 05/08/2020 02:06 PM | Stock Corporation | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07902646
Filing Number: 200508642665
Filing Date/Time: 05/08/2020 02:10 PM
Effective Date/Time: 05/08/2020 02:10 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07902646 | Formation Date: | 04/13/2015 |
| Jurisdiction: | VA | | |
| Total Shares: | 500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MDLOTHIAN, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address:  113 Mill Place Pkwy Unit 109, Verona, VA, 24482 - 2662, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| | Yes | RICHARD MOORE | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |
| | Yes | MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 05/08/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Vice President |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07902646
Entity Number: 2104293207125
Filing Date/Time: 04/29/2021 10:19 PM
Effective Date/Time: 04/29/2021 10:19 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07902646 | Formation Date: | 04/13/2015 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MDLOTHIAN, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address:   113 Mill Place Pkwy Unit 109, Verona, VA, 24482 - 2662, USA

### Principal Information

☑ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| | Yes | RICHARD MOORE | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |
| | Yes | MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 04/29/2021

| Printed Name | Signature | Title |
|---|---|---|
| Micheal PAUL Donovan | MICHEAL PAUL DONOVAN | Director |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07902646
Filing Number: 2201164075369
Filing Date/Time: 01/16/2022 07:52 AM
Effective Date/Time: 01/16/2022 07:52 AM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07902646 | Formation Date: | 04/13/2015 |
| Jurisdiction: | VA | | |
| Status: | Active | | |
| Total Shares: | 500 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MDLOTHIAN, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address: 113 Mill Place Pkwy Unit 109, Verona, VA, 24482 - 2662, USA

### Principal Information

☑ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a written agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| | Yes | MICHEAL PAUL DONOVAN | 113 MILL PLACE PKWY, SUITE 109, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 01/16/2022

| Printed Name | Signature | Title |
|---|---|---|
| Micheal Paul Donovan | Micheal Paul Donovan | Director |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07902646
Filing Number: 2201164075371
Filing Date/Time: 01/16/2022 07:56 AM
Effective Date/Time: 01/16/2022 07:56 AM

## Stock Corporation - Articles of Dissolution

The undersigned, on behalf of the corporation set forth below, pursuant to § 13.1-743 of the Code of Virginia, states as follows:

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | NEXUS HEALTH INC. | Entity Type: | Stock Corporation |
| Entity ID: | 07902646 | Formation Date: | 04/13/2015 |
| Status: | Active | | |

### Jurisdiction of Formation

Jurisdiction (Country): United States

Jurisdiction (State): Virginia

Date of Formation: 04/13/2015

### Adoption and Vote

**Date of Adoption**

Date Articles were adopted: 01/31/2021

The dissolution was approved by the unanimous consent of the shareholders on 01/31/2021.

### Signature Information

Date Signed: 01/16/2022

| Printed Name | Signature | Title |
|---|---|---|
| Micheal Paul Donovan | MIcheal Paul Donovan | Director |



### State Corporation Commission
### Clerk's Information System

**Copies Request**

**Entity Information**

| | | | | |
|---|---|---|---|---|
| Entity Name: | Nexus Properties, LLC | | Entity ID: | S5139060 |
| Entity Type: | Limited Liability Company | | Entity Status: | Active |
| Series LLC: | No | | Reason for Status: | Active |
| Formation Date: | 07/07/2014 | | Status Date: | 09/12/2022 |
| VA Qualification Date: | 07/07/2014 | | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | | Annual Report Due Date: | N/A |
| Jurisdiction: | VA | | Charter Fee: | N/A |
| Registration Fee Due Date: | 07/31/2023 | | | |

**Filing History Details**

| ✓ SelectAll | Filing Date Time | Effective Date | Filing Number | Filing Type | Number of Pages |
|---|---|---|---|---|---|
| ☑ | 07/07/2014 12:01 AM | 07/07/2014 | 1407075828 | Articles of Organization | 3 |
| ☑ | 12/02/2014 12:01 AM | 12/02/2014 | 1412025533 | Statement of Change of Registered Office and/or Registered Agent | 2 |
| ☑ | 03/19/2015 12:01 AM | 03/19/2015 | 1503196194 | Statement of Change of Registered Office and/or Registered Agent | 2 |
| ☑ | 03/19/2015 12:01 AM | 03/19/2015 | 1503196204 | Statement of Change of Registered Office and/or Registered Agent | 2 |
| ☑ | 03/19/2015 12:01 AM | 03/19/2015 | 1503196207 | Statement of Principal Office Change | 2 |
| ☑ | 02/11/2016 12:01 AM | 02/11/2016 | 1602116417 | Statement of Change of Registered Office and/or Registered Agent | 2 |
| ☑ | 09/07/2016 12:01 AM | 09/07/2016 | 1609070643 | Statement of Change of Registered Office and/or Registered Agent | 2 |
| ☑ | 08/14/2018 12:01 AM | 08/14/2018 | 1808130758 | Statement of Resignation of Registered Agent | 2 |
| ☑ | 04/13/2020 01:42 PM | 04/13/2020 | 200413548794 | Reinstatement | 1 |
| ☑ | 04/13/2020 01:42 PM | 04/13/2020 | 200413548795 | Statement of Change of Registered Office and/or Registered Agent | 1 |

« Previous  1 ..  Next »   Page 1 of 2, records 1 to 10 of 11    Go to Page



1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

July 7, 2014

RICHARD MOORE
2 NORTH MAIN ST
HARRISONBURG , VA 22802

**RECEIPT**

RE: Nexus Properties, LLC

ID: S5139060

DCN: 14-07-07-5828

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited
liability company with this office.

The effective date of the filing is July 7, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JULY 7, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Properties, LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective July 7, 2014.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

DLLCACPT
CISECOM
14-07-07-5828

SCC eFile

1407510071

# ARTICLES OF ORGANIZATION
## OF
## NEXUS PROPERTIES, LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the limited liability company is Nexus Properties, LLC.

2.  The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.  The name of the limited liability company's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.  The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main St, Harrisonburg , VA 22802.  The initial registered office is located in Clarke County, Virginia.

5.  The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 2 North Main St, Harrisonburg, VA 22802.

ORGANIZER:

/s/      Ilene Marie Tognini    Date: July 7, 2014
         Ilene Marie Tognini

1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

July 7, 2014

RICHARD MOORE
2 NORTH MAIN ST
HARRISONBURG , VA 22802

**RECEIPT**

RE: Nexus Properties, LLC

ID: S5139060

DCN: 14-07-07-5828

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is July 7, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JULY 7, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Properties, LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective July 7, 2014.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

DLLCACPT
CISECOM
14-07-07-5828

SCC eFile

1407510071

## ARTICLES OF ORGANIZATION
## OF
## NEXUS PROPERTIES, LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the limited liability company is Nexus Properties, LLC.

2.  The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.  The name of the limited liability company's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.  The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main St, Harrisonburg , VA 22802.  The initial registered office is located in Clarke County, Virginia.

5.  The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 2 North Main St, Harrisonburg, VA 22802.

ORGANIZER:

/s/     Ilene Marie Tognini    Date: July 7, 2014
        Ilene Marie Tognini

1412500493



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:     **1412025533**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206





eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.    RE:    **Nexus Properties, LLC**

      ID:    **S5139060**

2.    Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

            RICHARD MOORE
            2 NORTH MAIN ST
            HARRISONBURG, VA 22802-0000          (CLARKE COUNTY)

3.    The current registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.    The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

            Nexus Services Inc.
            2 N MAIN ST
            HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

5.    The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.    After the foregoing change or changes are made, the limited liability company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Nexus Properties, LLC
By: rICHARD MOORE, Manager
     /s/ rICHARD MOORE

1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

July 7, 2014

RICHARD MOORE
2 NORTH MAIN ST
HARRISONBURG , VA 22802

**RECEIPT**

RE: Nexus Properties, LLC

ID: S5139060

DCN: 14-07-07-5828

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited
liability company with this office.

The effective date of the filing is July 7, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JULY 7, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Properties, LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it
is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the
Commission, effective July 7, 2014.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

DLLCACPT
CISECOM
14-07-07-5828

SCC eFile

1407510071

# ARTICLES OF ORGANIZATION
## OF
## NEXUS PROPERTIES, LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the limited liability company is Nexus Properties, LLC.

2.  The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.  The name of the limited liability company's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.  The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main St, Harrisonburg , VA 22802.  The initial registered office is located in Clarke County, Virginia.

5.  The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 2 North Main St, Harrisonburg, VA 22802.

ORGANIZER:

/s/      Ilene Marie Tognini    Date: July 7, 2014
         Ilene Marie Tognini

1412500493



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:        **Nexus Properties, LLC**

ID:        **S5139060**

DCN:        **1412025533**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1412500493

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

eFile
(12/09)

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.  RE:   **Nexus Properties, LLC**

    ID:   **S5139060**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

    RICHARD MOORE
    2 NORTH MAIN ST
    HARRISONBURG, VA 22802-0000          (CLARKE COUNTY)

3.  The current registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

    Nexus Services Inc.
    2 N MAIN ST
    HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the limited liability company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Nexus Properties, LLC
By: rICHARD MOORE, Manager
    /s/ rICHARD MOORE

1503540136



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:     **1503196194**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206





eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1503540136

1.    RE:    **Nexus Properties, LLC**

      ID:    **S5139060**

2.    Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

              NEXUS SERVICES INC.
              2 N MAIN ST
              HARRISONBURG, VA 22802-0000          (ROCKINGHAM COUNTY)

3.    The current registered agent is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

4.    The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

              RICHARD MOORE
              113 MILL PLACE PKWY
              SUITE 103
              VERONA, VA 24482          (AUGUSTA COUNTY)

5.    The registered agent named in item 4 is an individual who is a resident of Virginia and a member or manager of the limited liability company.

6.    After the foregoing change or changes are made, the limited liability company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
      /s/ RICHARD MOORE



1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

July 7, 2014

RICHARD MOORE
2 NORTH MAIN ST
HARRISONBURG , VA 22802

**RECEIPT**

RE: Nexus Properties, LLC

ID: S5139060

DCN: 14-07-07-5828

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is July 7, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JULY 7, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Properties, LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective July 7, 2014.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

DLLCACPT
CISECOM
14-07-07-5828

SCC eFile

1407510071

# ARTICLES OF ORGANIZATION
## OF
## NEXUS PROPERTIES, LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1. The name of the limited liability company is Nexus Properties, LLC.

2. The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3. The name of the limited liability company's initial registered agent is Richard Moore. The initial registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4. The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main St, Harrisonburg , VA 22802. The initial registered office is located in Clarke County, Virginia.

5. The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 2 North Main St, Harrisonburg, VA 22802.

ORGANIZER:

/s/   Ilene Marie Tognini   Date: July 7, 2014
      Ilene Marie Tognini

1412500493



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:     **1412025533**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206





1412500493

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.  RE:  **Nexus Properties, LLC**

    ID:  **S5139060**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

    RICHARD MOORE
    2 NORTH MAIN ST
    HARRISONBURG, VA 22802-0000          (CLARKE COUNTY)

3.  The current registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

    Nexus Services Inc.
    2 N MAIN ST
    HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the limited liability company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Nexus Properties, LLC
By: rICHARD MOORE, Manager
    /s/ rICHARD MOORE

1503540136



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:      **Nexus Properties, LLC**

ID:      **S5139060**

DCN:      **1503196194**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1503540136

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Nexus Properties, LLC**

     ID:   **S5139060**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
          NEXUS SERVICES INC.
          2 N MAIN ST
          HARRISONBURG, VA 22802-0000          (ROCKINGHAM COUNTY)

3.   The current registered agent is a domestic or foreign stock or nonstock corporation or limited
     liability company authorized to transact business in Virginia.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
          RICHARD MOORE
          113 MILL PLACE PKWY
          SUITE 103
          VERONA, VA 24482          (AUGUSTA COUNTY)

5.   The registered agent named in item 4 is an individual who is a resident of Virginia and a
     member or manager of the limited liability company.

6.   After the foregoing change or changes are made, the limited liability company will be in
     compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
     /s/ RICHARD MOORE

1503540140



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE C
VERONA, VA 24482

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:    **1503196204**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206





eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1503540140

1.    RE:    **Nexus Properties, LLC**

      ID:    **S5139060**

2.    Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

      RICHARD MOORE
      113 MILL PLACE PKWY
      SUITE 103
      VERONA, VA 24482-0000        (AUGUSTA COUNTY)

3.    The current registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.    The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

      RICHARD MOORE
      113 MILL PLACE PKWY
      SUITE C
      VERONA, VA 24482        (AUGUSTA COUNTY)

5.    The registered agent named in item 4 is an individual who is a resident of Virginia and a member or manager of the limited liability company.

6.    After the foregoing change or changes are made, the limited liability company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
     /s/ RICHARD MOORE

1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

July 7, 2014

RICHARD MOORE
2 NORTH MAIN ST
HARRISONBURG , VA 22802

**RECEIPT**

RE: Nexus Properties, LLC

ID: S5139060

DCN: 14-07-07-5828

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is July 7, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1407510071

### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

AT RICHMOND, JULY 7, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Properties, LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

## CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective July 7, 2014.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

DLLCACPT
CISECOM
14-07-07-5828

SCC eFile

1407510071

# ARTICLES OF ORGANIZATION
## OF
## NEXUS PROPERTIES, LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the limited liability company is Nexus Properties, LLC.

2.  The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.  The name of the limited liability company's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.  The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main St, Harrisonburg , VA 22802.  The initial registered office is located in Clarke County, Virginia.

5.  The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 2 North Main St, Harrisonburg, VA 22802.

ORGANIZER:

/s/     Ilene Marie Tognini     Date: July 7, 2014
        Ilene Marie Tognini

1412500493



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
2 N MAIN ST
HARRISONBURG, VA 22802

### RECEIPT

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:    **1412025533**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



1412500493

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Nexus Properties, LLC**

     ID:   **S5139060**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
              RICHARD MOORE
              2 NORTH MAIN ST
              HARRISONBURG, VA 22802-0000          (CLARKE COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a member or
     manager of the limited liability company.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
              Nexus Services Inc.
              2 N MAIN ST
              HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the limited liability company will be in
     compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Nexus Properties, LLC
By: rICHARD MOORE, Manager
     /s/ rICHARD MOORE

1503540136



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:    **1503196194**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206





**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

eFile
(12/09)

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1. RE: **Nexus Properties, LLC**

   ID: **S5139060**

2. Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

   NEXUS SERVICES INC.
   2 N MAIN ST
   HARRISONBURG, VA 22802-0000          (ROCKINGHAM COUNTY)

3. The current registered agent is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

4. The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

   RICHARD MOORE
   113 MILL PLACE PKWY
   SUITE 103
   VERONA, VA 24482          (AUGUSTA COUNTY)

5. The registered agent named in item 4 is an individual who is a resident of Virginia and a member or manager of the limited liability company.

6. After the foregoing change or changes are made, the limited liability company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
   /s/ RICHARD MOORE

1503540140



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE C
VERONA, VA 24482

## RECEIPT

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:    **1503196204**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



1503540140



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Nexus Properties, LLC**

     ID:   **S5139060**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

       RICHARD MOORE
       113 MILL PLACE PKWY
       SUITE 103
       VERONA, VA 24482-0000        (AUGUSTA COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

       RICHARD MOORE
       113 MILL PLACE PKWY
       SUITE C
       VERONA, VA 24482        (AUGUSTA COUNTY)

5.   The registered agent named in item 4 is an individual who is a resident of Virginia and a member or manager of the limited liability company.

6.   After the foregoing change or changes are made, the limited liability company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
    /s/ RICHARD MOORE

1503540141

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE C
VERONA, VA 24482

**RECEIPT**

RE:      Nexus Properties, LLC

ID:      S513906-0

DCN:     1503196207

Dear Customer:

This is your acknowledgement for filing a statement of change of principal office address for a limited liability company with this office.

The effective date of the change is March 19, 2015.

Thank you for contacting our office.  If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

1503540141

LLC-1018.1 **STATEMENT OF CHANGE OF THE PRINCIPAL OFFICE ADDRESS**
(04/10) **OF A LIMITED LIABILITY COMPANY**

1.  Limited Liability Company's Name: SCC ID #: **S513906-0**


    **NEXUS PROPERTIES, LLC**


2.  Current principal office address on record:


    **2 NORTH MAIN ST**
    **HARRISONBURG, VA 22802**


3.  The limited liability company's principal office address, including the street and number, is changed
    to:

    **113 MILL PLACE PKWY**
    **SUITE 103**
    **VERONA, VA 24482**


Executed in the name of the limited liability company by:


Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
    /s/ RICHARD MOORE


The statement must be executed in the name of the limited liability company by any manager or other
person who has been delegated the right and power to manage the business and affairs of the limited
liability company, or if no manager or such other person has been selected, by any member of the
limited liability company.

1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

July 7, 2014

RICHARD MOORE
2 NORTH MAIN ST
HARRISONBURG , VA 22802

**RECEIPT**

RE: Nexus Properties, LLC

ID: S5139060

DCN: 14-07-07-5828

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is July 7, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JULY 7, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Properties, LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it
is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the
Commission, effective July 7, 2014.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

DLLCACPT
CISECOM
14-07-07-5828

SCC eFile

1407510071

# ARTICLES OF ORGANIZATION
## OF
## NEXUS PROPERTIES, LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the limited liability company is Nexus Properties, LLC.

2.   The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.   The name of the limited liability company's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.   The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main St, Harrisonburg , VA 22802.  The initial registered office is located in Clarke County, Virginia.

5.   The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 2 North Main St, Harrisonburg, VA 22802.

ORGANIZER:

/s/    Ilene Marie Tognini    Date: July 7, 2014
       Ilene Marie Tognini

1412500493



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:        **Nexus Properties, LLC**

ID:        **S5139060**

DCN:       **1412025533**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                      Sincerely,
CISECOM

                             Joel H. Peck
                             Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



1412500493



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.    RE:    **Nexus Properties, LLC**

      ID:    **S5139060**

2.    Current registered agent's name and registered office address on record (including the
      jurisdiction in which the registered office is physically located):
                  RICHARD MOORE
                  2 NORTH MAIN ST
                  HARRISONBURG, VA 22802-0000          (CLARKE COUNTY)

3.    The current registered agent is an individual who is a resident of Virginia and a member or
      manager of the limited liability company.

4.    The registered agent's name and registered office address after this statement is filed with the
      Commission (including the jurisdiction in which the registered office is physically located):
                  Nexus Services Inc.
                  2 N MAIN ST
                  HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

5.    The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
      limited liability company authorized to transact business in Virginia.

6.    After the foregoing change or changes are made, the limited liability company will be in
      compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Nexus Properties, LLC
By: rICHARD MOORE, Manager
     /s/ rICHARD MOORE

1503540136



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:    **1503196194**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206





eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.    RE:    **Nexus Properties, LLC**

      ID:    **S5139060**

2.    Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

      NEXUS SERVICES INC.
      2 N MAIN ST
      HARRISONBURG, VA 22802-0000      (ROCKINGHAM COUNTY)

3.    The current registered agent is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

4.    The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

      RICHARD MOORE
      113 MILL PLACE PKWY
      SUITE 103
      VERONA, VA 24482      (AUGUSTA COUNTY)

5.    The registered agent named in item 4 is an individual who is a resident of Virginia and a member or manager of the limited liability company.

6.    After the foregoing change or changes are made, the limited liability company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
   /s/ RICHARD MOORE

1503540136

1503540140



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE C
VERONA, VA 24482

**RECEIPT**

RE: **Nexus Properties, LLC**

ID: **S5139060**

DCN: **1503196204**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**



**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Nexus Properties, LLC**

ID:   **S5139060**

2.   Current registered agent's name and registered office address on record (including the
jurisdiction in which the registered office is physically located):

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482-0000        (AUGUSTA COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a member or
manager of the limited liability company.

4.   The registered agent's name and registered office address after this statement is filed with the
Commission (including the jurisdiction in which the registered office is physically located):

RICHARD MOORE
113 MILL PLACE PKWY
SUITE C
VERONA, VA 24482        (AUGUSTA COUNTY)

5.   The registered agent named in item 4 is an individual who is a resident of Virginia and a
member or manager of the limited liability company.

6.   After the foregoing change or changes are made, the limited liability company will be in
compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
/s/ RICHARD MOORE



1503540141

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE C
VERONA, VA 24482

**RECEIPT**

RE:     Nexus Properties, LLC

ID:     S513906-0

DCN:    1503196207

Dear Customer:

This is your acknowledgement for filing a statement of change of principal office address for a limited liability company with this office.

The effective date of the change is March 19, 2015.

Thank you for contacting our office.  If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

# 1503540141

**LLC-1018.1**   **STATEMENT OF CHANGE OF THE PRINCIPAL OFFICE ADDRESS**
**(04/10)**               **OF A LIMITED LIABILITY COMPANY**

1.  Limited Liability Company's Name:                              SCC ID #: **S513906-0**


    **NEXUS PROPERTIES, LLC**


2.  Current principal office address on record:


    **2 NORTH MAIN ST**
    **HARRISONBURG, VA 22802**


3.  The limited liability company's principal office address, including the street and number, is changed
    to:

    **113 MILL PLACE PKWY**
    **SUITE 103**
    **VERONA, VA 24482**


Executed in the name of the limited liability company by:


Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
    /s/ RICHARD MOORE


The statement must be executed in the name of the limited liability company by any manager or other
person who has been delegated the right and power to manage the business and affairs of the limited
liability company, or if no manager or such other person has been selected, by any member of the
limited liability company.

1602521182



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **Nexus Properties, LLC**

ID:        **S5139060**

DCN:        **1602116417**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk

1602521182



eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**

**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**

**AND/OR REGISTERED AGENT CHANGE**

1.    RE:    **Nexus Properties, LLC**

       ID:    **S5139060**

2.    Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

       RICHARD MOORE

       113 MILL PLACE PKWY

       SUITE C

       VERONA, VA 24482-0000        (AUGUSTA COUNTY)

3.    The current registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.    The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

       INCORP SERVICES, INC.

       7288 Hanover Green Drive

       Mechanicsville, VA 23111        (HANOVER COUNTY)

5.    The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.    After the foregoing change or changes are made, the limited liability company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Nexus Properties, LLC
By: Richard Moore, Manager
   /s/ Richard Moore



1407510071

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

July 7, 2014

RICHARD MOORE
2 NORTH MAIN ST
HARRISONBURG , VA 22802

**RECEIPT**

RE: Nexus Properties, LLC

ID: S5139060

DCN: 14-07-07-5828

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited
liability company with this office.

The effective date of the filing is July 7, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JULY 7, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Properties, LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective July 7, 2014.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

DLLCACPT
CISECOM
14-07-07-5828

SCC eFile

1407510071

## ARTICLES OF ORGANIZATION
## OF
## NEXUS PROPERTIES, LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1. The name of the limited liability company is Nexus Properties, LLC.

2. The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3. The name of the limited liability company's initial registered agent is Richard Moore. The initial registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4. The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main St, Harrisonburg , VA 22802. The initial registered office is located in Clarke County, Virginia.

5. The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 2 North Main St, Harrisonburg, VA 22802.

ORGANIZER:

/s/     Ilene Marie Tognini    Date: July 7, 2014
        Ilene Marie Tognini

1412500493



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:     **1412025533**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1412500493



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Nexus Properties, LLC**

     ID:   **S5139060**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
              RICHARD MOORE
              2 NORTH MAIN ST
              HARRISONBURG, VA 22802-0000          (CLARKE COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a member or
     manager of the limited liability company.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
              Nexus Services Inc.
              2 N MAIN ST
              HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the limited liability company will be in
     compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Nexus Properties, LLC
By: rICHARD MOORE, Manager
     /s/ rICHARD MOORE

1503540136



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:     **1503196194**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



1503540136



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.    RE:    **Nexus Properties, LLC**

      ID:    **S5139060**

2.    Current registered agent's name and registered office address on record (including the
      jurisdiction in which the registered office is physically located):

              NEXUS SERVICES INC.
              2 N MAIN ST
              HARRISONBURG, VA 22802-0000          (ROCKINGHAM COUNTY)

3.    The current registered agent is a domestic or foreign stock or nonstock corporation or limited
      liability company authorized to transact business in Virginia.

4.    The registered agent's name and registered office address after this statement is filed with the
      Commission (including the jurisdiction in which the registered office is physically located):

              RICHARD MOORE
              113 MILL PLACE PKWY
              SUITE 103
              VERONA, VA 24482          (AUGUSTA COUNTY)

5.    The registered agent named in item 4 is an individual who is a resident of Virginia and a
      member or manager of the limited liability company.

6.    After the foregoing change or changes are made, the limited liability company will be in
      compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
     /s/ RICHARD MOORE

1503540140



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE C
VERONA, VA 24482

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:    **1503196204**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



1503540140

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.    RE:    **Nexus Properties, LLC**

      ID:    **S5139060**

2.    Current registered agent's name and registered office address on record (including the
      jurisdiction in which the registered office is physically located):

            RICHARD MOORE
            113 MILL PLACE PKWY
            SUITE 103
            VERONA, VA 24482-0000         (AUGUSTA COUNTY)

3.    The current registered agent is an individual who is a resident of Virginia and a member or
      manager of the limited liability company.

4.    The registered agent's name and registered office address after this statement is filed with the
      Commission (including the jurisdiction in which the registered office is physically located):

            RICHARD MOORE
            113 MILL PLACE PKWY
            SUITE C
            VERONA, VA 24482             (AUGUSTA COUNTY)

5.    The registered agent named in item 4 is an individual who is a resident of Virginia and a
      member or manager of the limited liability company.

6.    After the foregoing change or changes are made, the limited liability company will be in
      compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
    /s/ RICHARD MOORE



1503540141

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE C
VERONA, VA 24482

**RECEIPT**

RE:     Nexus Properties, LLC

ID:     S513906-0

DCN:    1503196207

Dear Customer:

This is your acknowledgement for filing a statement of change of principal office address for a limited liability company with this office.

The effective date of the change is March 19, 2015.

Thank you for contacting our office.  If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

# 1503540141

LLC-1018.1    **STATEMENT OF CHANGE OF THE PRINCIPAL OFFICE ADDRESS**
(04/10)          **OF A LIMITED LIABILITY COMPANY**

1.  Limited Liability Company's Name:                    SCC ID #: **S513906-0**

    **NEXUS PROPERTIES, LLC**

2.  Current principal office address on record:

    **2 NORTH MAIN ST**
    **HARRISONBURG, VA 22802**

3.  The limited liability company's principal office address, including the street and number, is changed
    to:

    **113 MILL PLACE PKWY**
    **SUITE 103**
    **VERONA, VA 24482**

Executed in the name of the limited liability company by:

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
    /s/ RICHARD MOORE

The statement must be executed in the name of the limited liability company by any manager or other
person who has been delegated the right and power to manage the business and affairs of the limited
liability company, or if no manager or such other person has been selected, by any member of the
limited liability company.

1602521182



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:    **1602116417**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1602521182



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Nexus Properties, LLC**

     ID:   **S5139060**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):

          RICHARD MOORE
          113 MILL PLACE PKWY
          SUITE C
          VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a member or
     manager of the limited liability company.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):

          INCORP SERVICES, INC.
          7288 Hanover Green Drive
          Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the limited liability company will be in
     compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Nexus Properties, LLC
By: Richard Moore, Manager
     /s/ Richard Moore

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Nexus Properties, LLC

ID:     S513906 - 0

DCN:    16-09-07-0643

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office and/or registered agent for a limited liability company with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLRA
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

1609030579

**LLC-1016**
**(07/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

LLC's Name: **Nexus Properties, LLC**      160907·0643      SCC ID No.: **S513906 - 0**

(the "Company")

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP J0011214 |
| Qualification: | **ENTITY AUTHORIZED IN VIRGINIA** | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE** **MECHANICSVILLE, VA 23111-0000** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA  24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an **individual** who is a resident of Virginia **and**
☐ a member or manager of the Company.
☐ a member or manager of an LLC that is a member or manager of the Company.
☐ an officer or director of a corporation that is a member or manager of the Company.
☐ a general partner of a general or limited partnership that is a member or manager of the Co.
☐ a trustee of a trust that is a member or manager of the Company.
☐ a member of the Virginia State Bar.
☐ a designated employee who is an officer (but **not** a member or manager) of the Company.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the Company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on behalf of the Company by:

_(Signature)_      8/10/2016 _(date)_

**Micheal Donovan**
(printed name)

**Manager**
(title (e.g., member or manager))    (See Instructions)

(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**CHECK IF APPLICABLE:** ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

July 7, 2014

RICHARD MOORE
2 NORTH MAIN ST
HARRISONBURG , VA 22802

**RECEIPT**

RE: Nexus Properties, LLC

ID: S5139060

DCN: 14-07-07-5828

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is July 7, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JULY 7, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Properties, LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it
is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the
Commission, effective July 7, 2014.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

DLLCACPT
CISECOM
14-07-07-5828

SCC eFile

1407510071

**ARTICLES OF ORGANIZATION**

**OF**

**NEXUS PROPERTIES, LLC**

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the limited liability company is Nexus Properties, LLC.

2.    The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.    The name of the limited liability company's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.    The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main St, Harrisonburg , VA 22802.  The initial registered office is located in Clarke County, Virginia.

5.    The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 2 North Main St, Harrisonburg, VA 22802.

ORGANIZER:

/s/     Ilene Marie Tognini     Date: July 7, 2014
        Ilene Marie Tognini

1412500493



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:    **1412025533**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                          Sincerely,
CISECOM
                                 *Joel H. Peck*

                                 Joel H. Peck
                                 Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206





**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

eFile
(12/09)

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.  RE:   **Nexus Properties, LLC**

    ID:   **S5139060**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

    RICHARD MOORE
    2 NORTH MAIN ST
    HARRISONBURG, VA 22802-0000          (CLARKE COUNTY)

3.  The current registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

    Nexus Services Inc.
    2 N MAIN ST
    HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the limited liability company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Nexus Properties, LLC
By: rICHARD MOORE, Manager
    /s/ rICHARD MOORE

1503540136



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:  **Nexus Properties, LLC**

ID:  **S5139060**

DCN:  **1503196194**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



1503540136

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.    RE:    **Nexus Properties, LLC**

      ID:    **S5139060**

2.    Current registered agent's name and registered office address on record (including the
      jurisdiction in which the registered office is physically located):
            NEXUS SERVICES INC.
            2 N MAIN ST
            HARRISONBURG, VA 22802-0000          (ROCKINGHAM COUNTY)

3.    The current registered agent is a domestic or foreign stock or nonstock corporation or limited
      liability company authorized to transact business in Virginia.

4.    The registered agent's name and registered office address after this statement is filed with the
      Commission (including the jurisdiction in which the registered office is physically located):
            RICHARD MOORE
            113 MILL PLACE PKWY
            SUITE 103
            VERONA, VA 24482          (AUGUSTA COUNTY)

5.    The registered agent named in item 4 is an individual who is a resident of Virginia and a
      member or manager of the limited liability company.

6.    After the foregoing change or changes are made, the limited liability company will be in
      compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
      /s/ RICHARD MOORE



1503540140

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE C
VERONA, VA 24482

### RECEIPT

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:    **1503196204**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1503540140



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Nexus Properties, LLC**

     ID:   **S5139060**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):

          RICHARD MOORE
          113 MILL PLACE PKWY
          SUITE 103
          VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a member or
     manager of the limited liability company.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):

          RICHARD MOORE
          113 MILL PLACE PKWY
          SUITE C
          VERONA, VA 24482          (AUGUSTA COUNTY)

5.   The registered agent named in item 4 is an individual who is a resident of Virginia and a
     member or manager of the limited liability company.

6.   After the foregoing change or changes are made, the limited liability company will be in
     compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
    /s/ RICHARD MOORE

1503540141



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE C
VERONA, VA 24482

**RECEIPT**

RE:     Nexus Properties, LLC

ID:     S513906-0

DCN:    1503196207

Dear Customer:

This is your acknowledgement for filing a statement of change of principal office address for a limited liability company with this office.

The effective date of the change is March 19, 2015.

Thank you for contacting our office.  If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

RECEIPTLC
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

# 1503540141

LLC-1018.1  **STATEMENT OF CHANGE OF THE PRINCIPAL OFFICE ADDRESS**
(04/10)  **OF A LIMITED LIABILITY COMPANY**

1.  Limited Liability Company's Name:  SCC ID #: **S513906-0**

   **NEXUS PROPERTIES, LLC**

2.  Current principal office address on record:

   **2 NORTH MAIN ST**
   **HARRISONBURG, VA 22802**

3.  The limited liability company's principal office address, including the street and number, is changed to:

   **113 MILL PLACE PKWY**
   **SUITE 103**
   **VERONA, VA 24482**

Executed in the name of the limited liability company by:

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
    /s/ RICHARD MOORE

The statement must be executed in the name of the limited liability company by any manager or other person who has been delegated the right and power to manage the business and affairs of the limited liability company, or if no manager or such other person has been selected, by any member of the limited liability company.

1602521182



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:    **Nexus Properties, LLC**

ID:    **S5139060**

DCN:    **1602116417**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.  RE:   **Nexus Properties, LLC**

    ID:   **S5139060**

2.  Current registered agent's name and registered office address on record (including the
    jurisdiction in which the registered office is physically located):

    RICHARD MOORE
    113 MILL PLACE PKWY
    SUITE C
    VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.  The current registered agent is an individual who is a resident of Virginia and a member or
    manager of the limited liability company.

4.  The registered agent's name and registered office address after this statement is filed with the
    Commission (including the jurisdiction in which the registered office is physically located):

    INCORP SERVICES, INC.
    7288 Hanover Green Drive
    Mechanicsville, VA 23111          (HANOVER COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
    limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the limited liability company will be in
    compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Nexus Properties, LLC
By: Richard Moore, Manager
    /s/ Richard Moore

160903 0579

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Nexus Properties, LLC

ID:      S513906 - 0

DCN:    16-09-07-0643

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office and/or registered agent for a limited liability company with this office.

The effective date of the change is September  7, 2016.

 If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLRA
CISCCJ

1609030579



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED
OFFICE AND/OR REGISTERED AGENT**

**LLC-1016
(07/16)**   *This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

LLC's Name:   **Nexus Properties, LLC**         160907·0643    SCC ID No.: **S513906 - 0**

(the "Company")

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP  J0011214 |
| Qualification: | **ENTITY AUTHORIZED IN VIRGINIA** | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE**  **MECHANICSVILLE, VA 23111-0000** | (Provide a complete address when a change is being made.)  10 Franklin Road, SE  Suite 900  Roanoke, VA  24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1)  an <u>individual</u> who is a resident of Virginia **and**
☐  a member or manager of the Company.
☐  a member or manager of an LLC that is a member or manager of the Company.
☐  an officer or director of a corporation that is a member or manager of the Company.
☐  a general partner of a general or limited partnership that is a member or manager of the Co.
☐  a trustee of a trust that is a member or manager of the Company.
☐  a member of the Virginia State Bar.
☐  a designated employee who is an officer (but <u>not</u> a member or manager) of the Company.

**OR**

(2) ☒  a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the Company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on behalf of the Company by:

_____   8/10/2016
(signature)                              (date)

**Micheal Donovan**
(printed name)

**Manager**
(title (e.g., member or manager))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐  By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**CHECK IF APPLICABLE:** ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

Nexus Properties, LLC
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     Nexus Properties, LLC

ID:     S513906 - 0

DCN:    18-08-13-0758

Dear Customer:

   The registered agent of the above-referenced limited liability company filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

   Virginia law requires the limited liability company to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise.  The law also provides for the automatic cancellation of the limited liability company's existence if it fails to establish a new registered agent and registered office in a timely manner.

   Enclosed is the Commission form required to change the limited liability company's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation.  The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov.  If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

LCRARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**LLC-1017**
**(07/10)**        **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

Nexus Properties, LLC
_____
(name of limited liability company)

S513906-0
_____
(limited liability company's SCC ID #)

☑        The registered office of the limited liability company is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the limited liability company on or before the business day following the day on which this statement is filed with the Commission.

_____        _____        _____
(signature of individual resigning as registered agent)          (printed name)              (date)

**OR**        **180813   0758**

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _____        W. William Gust, Esq. - Partner        8-6-18
       (signature)                                         (printed name and title)                       (date)

> **PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

### NOTICE TO THE ABOVE-REFERENCED LIMITED LIABILITY COMPANY

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign limited liability company authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The limited liablity company must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the limited liability company fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence or its certificate of registration to transact business in Virginia ultimately will be automatically canceled.

### SEE INSTRUCTIONS ON THE REVERSE



1407510071

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

July 7, 2014

RICHARD MOORE
2 NORTH MAIN ST
HARRISONBURG , VA 22802

**RECEIPT**

RE: Nexus Properties, LLC

ID: S5139060

DCN: 14-07-07-5828

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is July 7, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JULY 7, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Properties, LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it
is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the
Commission, effective July 7, 2014.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

DLLCACPT
CISECOM
14-07-07-5828

SCC eFile

1407510071

## ARTICLES OF ORGANIZATION
## OF
## NEXUS PROPERTIES, LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the limited liability company is Nexus Properties, LLC.

2.   The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.   The name of the limited liability company's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.   The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main St, Harrisonburg , VA 22802.  The initial registered office is located in Clarke County, Virginia.

5.   The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 2 North Main St, Harrisonburg, VA 22802.

ORGANIZER:

/s/     Ilene Marie Tognini    Date: July 7, 2014
        Ilene Marie Tognini

1412500493



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:        **Nexus Properties, LLC**

ID:        **S5139060**

DCN:        **1412025533**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206





eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.   RE:   **Nexus Properties, LLC**

     ID:   **S5139060**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):

          RICHARD MOORE
          2 NORTH MAIN ST
          HARRISONBURG, VA 22802-0000          (CLARKE COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a member or
     manager of the limited liability company.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):

          Nexus Services Inc.
          2 N MAIN ST
          HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the limited liability company will be in
     compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Nexus Properties, LLC
By: rICHARD MOORE, Manager
     /s/ rICHARD MOORE

1503540136



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:    **1503196194**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1503540136



eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.   RE:   **Nexus Properties, LLC**

     ID:   **S5139060**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

          NEXUS SERVICES INC.
          2 N MAIN ST
          HARRISONBURG, VA 22802-0000          (ROCKINGHAM COUNTY)

3.   The current registered agent is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

          RICHARD MOORE
          113 MILL PLACE PKWY
          SUITE 103
          VERONA, VA 24482          (AUGUSTA COUNTY)

5.   The registered agent named in item 4 is an individual who is a resident of Virginia and a member or manager of the limited liability company.

6.   After the foregoing change or changes are made, the limited liability company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
     /s/ RICHARD MOORE

1503540140



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE C
VERONA, VA 24482

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:    **1503196204**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



1503540140

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.    RE:    **Nexus Properties, LLC**

       ID:    **S5139060**

2.    Current registered agent's name and registered office address on record (including the
       jurisdiction in which the registered office is physically located):

              RICHARD MOORE
              113 MILL PLACE PKWY
              SUITE 103
              VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.    The current registered agent is an individual who is a resident of Virginia and a member or
       manager of the limited liability company.

4.    The registered agent's name and registered office address after this statement is filed with the
       Commission (including the jurisdiction in which the registered office is physically located):

              RICHARD MOORE
              113 MILL PLACE PKWY
              SUITE C
              VERONA, VA 24482          (AUGUSTA COUNTY)

5.    The registered agent named in item 4 is an individual who is a resident of Virginia and a
       member or manager of the limited liability company.

6.    After the foregoing change or changes are made, the limited liability company will be in
       compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
      /s/ RICHARD MOORE

1503540141

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE C
VERONA, VA 24482

**RECEIPT**

RE:      Nexus Properties, LLC

ID:      S513906-0

DCN:     1503196207

Dear Customer:

This is your acknowledgement for filing a statement of change of principal office address for a limited liability company with this office.

The effective date of the change is March 19, 2015.

Thank you for contacting our office.  If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

RECEIPTLC
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

# 1503540141

LLC-1018.1      **STATEMENT OF CHANGE OF THE PRINCIPAL OFFICE ADDRESS**
(04/10)                    **OF A LIMITED LIABILITY COMPANY**

1.  Limited Liability Company's Name:                     **SCC ID #:  S513906-0**

    **NEXUS PROPERTIES, LLC**

2.  Current principal office address on record:

    **2 NORTH MAIN ST**
    **HARRISONBURG, VA 22802**

3.  The limited liability company's principal office address, including the street and number, is changed
    to:

    **113 MILL PLACE PKWY**
    **SUITE 103**
    **VERONA, VA 24482**

Executed in the name of the limited liability company by:

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
    /s/ RICHARD MOORE

The statement must be executed in the name of the limited liability company by any manager or other
person who has been delegated the right and power to manage the business and affairs of the limited
liability company, or if no manager or such other person has been selected, by any member of the
limited liability company.

1602521182



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **Nexus Properties, LLC**

ID:        **S5139060**

DCN:        **1602116417**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1602521182



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.  RE:  **Nexus Properties, LLC**

    ID:  **S5139060**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

    RICHARD MOORE
    113 MILL PLACE PKWY
    SUITE C
    VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.  The current registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

    INCORP SERVICES, INC.
    7288 Hanover Green Drive
    Mechanicsville, VA 23111          (HANOVER COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the limited liability company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Nexus Properties, LLC
By: Richard Moore, Manager
    /s/ Richard Moore



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Nexus Properties, LLC

ID:     S513906 - 0

DCN:    16-09-07-0643

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office and/or registered agent for a limited liability company with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLRA
CISCCJ

160903057 9



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**LLC-1016** *This form can be completed and filed online at www.sccefile.scc.virginia.gov.*
**(07/16)**

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

LLC's Name:  **Nexus Properties, LLC**          160907 0643     SCC ID No.: **S513906 - 0**

(the "Company")

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** **Name:** | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP  J0011214 |
| **Qualification:** | **ENTITY AUTHORIZED IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** **Address:** | **7288 HANOVER GREEN DRIVE**  **MECHANICSVILLE, VA 23111-0000** | (Provide a complete address when a change is being made.)  10 Franklin Road, SE  Suite 900  Roanoke, VA  24011 |
| **Locality:** | **HANOVER COUNTY** | ☐ County or ☒ City of ___Roanoke___ |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

| (1) an **individual** who is a resident of Virginia **and** | | (2) ☒ a Virginia or foreign |
|---|---|---|
| ☐ a member or manager of the Company. | | stock or nonstock |
| ☐ a member or manager of an LLC that is a member or manager of the Company. | **OR** | corporation, limited liability company or registered limited |
| ☐ an officer or director of a corporation that is a member or manager of the Company. | | liability partnership authorized to |
| ☐ a general partner of a general or limited partnership that is a member or manager of the Co. | | transact business in Virginia. |
| ☐ a trustee of a trust that is a member or manager of the Company. | | |
| ☐ a member of the Virginia State Bar. | | |
| ☐ a designated employee who is an officer (but **not** a member or manager) of the Company. | | |

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the Company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on behalf of the Company by:

_____   8/10/2016
(Signature)              (date)

**Micheal Donovan**
(printed name)

**Manager**
(title (e.g., member or manager))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**CHECK IF APPLICABLE:** ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

Nexus Properties, LLC
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:      Nexus Properties, LLC

ID:      S513906 - 0

DCN:     18-08-13-0758

Dear Customer:

The registered agent of the above-referenced limited liability company filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the limited liability company to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise.  The law also provides for the automatic cancellation of the limited liability company's existence if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the limited liability company's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation.  The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov.  If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

LCRARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

LLC-1017
(07/10)          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

Nexus Properties, LLC
_____
(name of limited liability company)

S513906-0
_____
(limited liability company's SCC ID #)

☑      The registered office of the limited liability company is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be
mailed by certified mail to the principal office of the limited liability company on or before the
business day following the day on which this statement is filed with the Commission.

_____          _____     _____
(signature of individual resigning as registered agent)          (printed name)          (date)

**OR**      180813 0758

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _____     W. William Gust, Esq. - Partner      8-6-18
(signature)                    (printed name and title)          (date)

> **PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT
> required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these
> documents is subject to public viewing.

**NOTICE TO THE ABOVE-REFERENCED LIMITED LIABILITY COMPANY**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of
Resignation is filed with the Commission. The law requires each domestic and foreign limited liability company
authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a
registered office. The limited liability company must appoint a new registered agent and, if appropriate,
establish a new registered office on or before the effective date of the resignation by filing with the Commission
a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission.
A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile
portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the
Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the
Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the limited liability company fails to
appoint a new registered agent and, if applicable, establish a new registered office, its existence or its certificate
of registration to transact business in Virginia ultimately will be automatically canceled.

**SEE INSTRUCTIONS ON THE REVERSE**

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5139060
Filing Number: 200413548794
Filing Date/Time: 04/13/2020 01:42 PM
Effective Date/Time: 04/13/2020 01:42 PM

## Limited Liability Company - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Nexus Properties, LLC | Entity Type: | Limited Liability Company |
| Entity ID: | S5139060 | Formation Date: | 07/07/2014 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 04/13/2020

Executed in the name of the limited liability company by:

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services Inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/13/2020 01:39 PM | Limited Liability Company | Statement of Change of Registered Office and/or Registered Agent | Pending |
| 04/13/2020 01:40 PM | Limited Liability Company | Registration Fee | Pending |

1407510071



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

July 7, 2014

RICHARD MOORE
2 NORTH MAIN ST
HARRISONBURG , VA 22802

**RECEIPT**

RE: Nexus Properties, LLC

ID: S5139060

DCN: 14-07-07-5828

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is July 7, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1407510071

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JULY 7, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Nexus Properties, LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective July 7, 2014.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

DLLCACPT
CISECOM
14-07-07-5828

SCC eFile

**1407510071**

**ARTICLES OF ORGANIZATION**

**OF**

**NEXUS PROPERTIES, LLC**

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the limited liability company is Nexus Properties, LLC.

2.   The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.   The name of the limited liability company's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.   The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main St, Harrisonburg , VA 22802.  The initial registered office is located in Clarke County, Virginia.

5.   The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 2 North Main St, Harrisonburg, VA 22802.

ORGANIZER:

/s/     Ilene Marie Tognini    Date: July 7, 2014
         Ilene Marie Tognini

1412500493



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 2, 2014

NEXUS SERVICES INC.
2 N MAIN ST
HARRISONBURG, VA 22802

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:    **1412025533**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is December 2, 2014.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



1412500493

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Nexus Properties, LLC**

     ID:   **S5139060**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
          RICHARD MOORE
          2 NORTH MAIN ST
          HARRISONBURG, VA 22802-0000          (CLARKE COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a member or
     manager of the limited liability company.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
          Nexus Services Inc.
          2 N MAIN ST
          HARRISONBURG, VA 22802          (ROCKINGHAM COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the limited liability company will be in
     compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on December 2, 2014, on behalf of Nexus Properties, LLC
By: rICHARD MOORE, Manager
     /s/ rICHARD MOORE

1503540136



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:    **1503196194**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1503540136



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Nexus Properties, LLC**

     ID:   **S5139060**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):

          NEXUS SERVICES INC.
          2 N MAIN ST
          HARRISONBURG, VA 22802-0000          (ROCKINGHAM COUNTY)

3.   The current registered agent is a domestic or foreign stock or nonstock corporation or limited
     liability company authorized to transact business in Virginia.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):

          RICHARD MOORE
          113 MILL PLACE PKWY
          SUITE 103
          VERONA, VA 24482          (AUGUSTA COUNTY)

5.   The registered agent named in item 4 is an individual who is a resident of Virginia and a
     member or manager of the limited liability company.

6.   After the foregoing change or changes are made, the limited liability company will be in
     compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
     /s/ RICHARD MOORE

1503540140



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE C
VERONA, VA 24482

**RECEIPT**

RE:     **Nexus Properties, LLC**

ID:     **S5139060**

DCN:    **1503196204**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is March 19, 2015.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



1503540140



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

eFile
(12/09)

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.  RE:  **Nexus Properties, LLC**

    ID:  **S5139060**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

    RICHARD MOORE
    113 MILL PLACE PKWY
    SUITE 103
    VERONA, VA 24482-0000       (AUGUSTA COUNTY)

3.  The current registered agent is an individual who is a resident of Virginia and a member or manager of the limited liability company.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

    RICHARD MOORE
    113 MILL PLACE PKWY
    SUITE C
    VERONA, VA 24482       (AUGUSTA COUNTY)

5.  The registered agent named in item 4 is an individual who is a resident of Virginia and a member or manager of the limited liability company.

6.  After the foregoing change or changes are made, the limited liability company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
    /s/ RICHARD MOORE

1503540141

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

March 19, 2015

RICHARD MOORE
113 MILL PLACE PKWY
SUITE C
VERONA, VA 24482

**RECEIPT**

RE:      Nexus Properties, LLC

ID:      S513906-0

DCN:     1503196207

Dear Customer:

This is your acknowledgement for filing a statement of change of principal office address for a limited liability company with this office.

The effective date of the change is March 19, 2015.

Thank you for contacting our office.  If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

RECEIPTLC
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

# 1503540141

LLC-1018.1     **STATEMENT OF CHANGE OF THE PRINCIPAL OFFICE ADDRESS**
(04/10)     **OF A LIMITED LIABILITY COMPANY**

1.  Limited Liability Company's Name:                    SCC ID #:  **S513906-0**


    **NEXUS PROPERTIES, LLC**


2.  Current principal office address on record:


    **2 NORTH MAIN ST
    HARRISONBURG, VA 22802**


3.  The limited liability company's principal office address, including the street and number, is changed
    to:

    **113 MILL PLACE PKWY
    SUITE 103
    VERONA, VA 24482**


Executed in the name of the limited liability company by:


Signed on March 19, 2015, on behalf of Nexus Properties, LLC
By: RICHARD MOORE, Manager
    /s/ RICHARD MOORE


The statement must be executed in the name of the limited liability company by any manager or other
person who has been delegated the right and power to manage the business and affairs of the limited
liability company, or if no manager or such other person has been selected, by any member of the
limited liability company.

1602521182



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **Nexus Properties, LLC**

ID:        **S5139060**

DCN:       **1602116417**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced limited liability company with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

Joel H. Peck
Clerk of the Commission

RECEIPT
CISECOM

1602521182



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Nexus Properties, LLC**

     ID:   **S5139060**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):

     RICHARD MOORE
     113 MILL PLACE PKWY
     SUITE C
     VERONA, VA 24482-0000          (AUGUSTA COUNTY)

3.   The current registered agent is an individual who is a resident of Virginia and a member or
     manager of the limited liability company.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):

     INCORP SERVICES, INC.
     7288 Hanover Green Drive
     Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the limited liability company will be in
     compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Nexus Properties, LLC
By: Richard Moore, Manager
     /s/ Richard Moore

160903079

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Nexus Properties, LLC

ID:      S513906 - 0

DCN:   16-09-07-0643

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office and/or
registered agent for a limited liability company with this office.

The effective date of the change is September  7, 2016.

 If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLRA
CISCCJ

160903057 9



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**LLC-1016**
**(07/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

LLC's Name:  **Nexus Properties, LLC**          160907·0643     SCC ID No.:  **S513906 - 0**

(the "Company")

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP  ⌐0011214 |
| Qualification: | **ENTITY AUTHORIZED IN VIRGINIA** | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE**  **MECHANICSVILLE, VA 23111-0000** | (Provide a complete address when a change is being made.)  10 Franklin Road, SE  Suite 900  Roanoke, VA  24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of ___Roanoke___ |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an individual who is a resident of Virginia **and**
☐ a member or manager of the Company.
☐ a member or manager of an LLC that is a member or manager of the Company.
☐ an officer or director of a corporation that is a member or manager of the Company.
☐ a general partner of a general or limited partnership that is a member or manager of the Co.
☐ a trustee of a trust that is a member or manager of the Company.
☐ a member of the Virginia State Bar.
☐ a designated employee who is an officer (but not a member or manager) of the Company.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the Company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on behalf of the Company by:

_(Signature)_                    8/10/2016 _(date)_

**Micheal Donovan**
(printed name)

**Manager**
(title (e.g., member or manager))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**CHECK IF APPLICABLE:** ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

Nexus Properties, LLC
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 24482

**RECEIPT**

RE:     Nexus Properties, LLC

ID:     S513906 - 0

DCN:   18-08-13-0758

Dear Customer:

The registered agent of the above-referenced limited liability company filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the limited liability company to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise.  The law also provides for the automatic cancellation of the limited liability company's existence if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the limited liability company's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation.  The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov.  If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

LCRARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

LLC-1017
(07/10)     **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP

_(name of registered agent)_

hereby resigns as the registered agent for

Nexus Properties, LLC

_(name of limited liability company)_

S513906-0

_(limited liability company's SCC ID #)_

☑     The registered office of the limited liability company is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the limited liability company on or before the business day following the day on which this statement is filed with the Commission.

_(signature of individual resigning as registered agent)_     _(printed name)_     _(date)_

**OR**     180813   0758

Gentry Locke Rakes & Moore, LLP

_(name of business entity resigning as registered agent)_

By: _William Gust_     W. William Gust, Esq. - Partner     8-6-18
_(signature)_     _(printed name and title)_     _(date)_

---

PRIVACY ADVISORY: Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

---

**NOTICE TO THE ABOVE-REFERENCED LIMITED LIABILITY COMPANY**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign limited liability company authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The limited liablity company must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the limited liability company fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence or its certificate of registration to transact business in Virginia ultimately will be automatically canceled.

**SEE INSTRUCTIONS ON THE REVERSE**

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5139060
Filing Number: 200413548794
Filing Date/Time: 04/13/2020 01:42 PM
Effective Date/Time: 04/13/2020 01:42 PM

**Limited Liability Company - Application for Reinstatement**

**Entity Information**

| | | | |
|---|---|---|---|
| Entity Name: | Nexus Properties, LLC | Entity Type: | Limited Liability Company |
| Entity ID: | S5139060 | Formation Date: | 07/07/2014 |
| Status: | Inactive | | |

**Signature Information**

Date Signed: 04/13/2020

Executed in the name of the limited liability company by:

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services Inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |

**Additional Filings Required**

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 04/13/2020 01:39 PM | Limited Liability Company | Statement of Change of Registered Office and/or Registered Agent | Pending |
| 04/13/2020 01:40 PM | Limited Liability Company | Registration Fee | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5139060
Filing Number: 200413548795
Filing Date/Time: 04/13/2020 01:42 PM
Effective Date/Time: 04/13/2020 01:42 PM

## Limited Liability Company - Statement of Change of Registered Office and/or Registered Agent

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Nexus Properties, LLC | Entity Type: | Limited Liability Company |
| Entity ID: | S5139060 | Formation Date: | 07/07/2014 |
| Status: | Inactive | | |

### Previous Registered Agent Information

RA Type: Individual          Locality: ROANOKE CITY

RA Qualification:

Name: GENTRY LOCKE RAKES & MOORE, LLP

The company's initial registered office address, including the street and number, if any, which is identical to the business office of the initial registered agent, is:

Registered Office Address: 10 FRANKLIN RD SE STE 900, ROANOKE, VA, 24011 - 0000, USA

### Registered Agent Information

RA Type: Entity          Locality: HANOVER

RA Qualification: N/A

Name: INCORP SERVICES, INC.

The company's initial registered office address, including the street and number, if any, which is identical to the business office of the initial registered agent, is:

Registered Office Address: 7288 Hanover Green Dr Ste A, Mechanicsville, VA, 23111 - 1709, USA

### Signature Information

Date Signed: 04/13/2020

Executed in the name of the limited liability company by:

The person signing this statement affirms that after the foregoing change or changes are made, the company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia, as the case may be.

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services Inc. | Stock Corporation | Richard Moore | Richard Moore | Executive Vice President |



**State Corporation Commission**
**Clerk's Information System**

## Copies Request

### Entity Information

| | |
| --- | --- |
| Entity Name: Nexus Retail Brands Inc. | Entity ID: 08257644 |
| Entity Type: Stock Corporation | Entity Status: **Inactive** |
| Series LLC: N/A | Reason for Status: Automatically Terminated - Resigned RA - Can Reinstate |
| Formation Date: 12/13/2017 | Status Date: 12/31/2018 |
| VA Qualification Date: 12/13/2017 | Period of Duration: Perpetual |
| Industry Code: 0 - General | Annual Report Due Date: 12/31/2018 |
| Jurisdiction: VA | Charter Fee: $50.00 |
| Registration Fee Due Date: 12/31/2018 | |

### Filing History Details

| ■ SelectAll | Filing Date Time | Effective Date | Filing Number | Filing Type | Number of Pages |
| --- | --- | --- | --- | --- | --- |
| ☐ | 12/13/2017 12:01 AM | 12/13/2017 | 1712121210 | Articles of Incorporation | 6 |
| ☐ | 08/14/2018 12:01 AM | 08/14/2018 | 1808130749 | Statement of Resignation of Registered Agent | 2 |

Page 1 of 1, records 1 to 2 of 2

Back    Return to Search    Return to Results

Download Copies

Back to Login



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 13, 2017

BRITTNEY A HASENBECK PARALEGAL
GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE
STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Nexus Retail Brands Inc.

ID:     0825764 - 4

DCN:    17-12-12-1210

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing articles of incorporation with this office.

This is also your receipt for $100.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate of incorporation is December 13, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISEMM



**GENTRY LOCKE**
Attorneys

Brittney A. Hasenbeck
hasenbeck@gentrylocke.com
P:  540.983.9326
F:  540.983.9400

December 11, 2017

171212  1210
OB/EM  $175

**By FedEx**

Joel H. Peck, Clerk
State Corporation Commission
1300 E. Main Street
Richmond, VA  23219

Name Availability Done In:
Initials:
eFile: BB        Conflict with ID#:
CIS: BB

Re:    Nexus Retail Brands Inc.

Dear Mr. Peck:

Enclosed for filing are *Articles of Incorporation* for Nexus Retail Brands Inc., and our check in the amount of $175.00, payable to the State Corporation Commission, to cover the filing and **expedited** fees.

We are requesting **Next Day Expedited Service**. Please return evidence of filing to us by email as requested on the enclosed Expedited Service Request Form.

If you have any questions regarding the enclosed, please do not hesitate to contact us.  As always, your assistance is very much appreciated.

Sincerely,

GENTRY LOCKE

*Brittney Hasenbeck*

Brittney A. Hasenbeck
Paralegal

OK 080 12/13/17
50
25
100
175

Enclosures

0825764-4

2017 DEC 12  AM 11: 15
SCC-CLERK'S OFFICE
OPERATIONS

F12



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
1300 E MAIN ST
RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia

**SCC21.2**
**(10/17)**

SCC-CLERK'S OFFICE
OPEN OFFICE
2017 DEC 12 AM 11:15



Expedited Service Request Form

## This form **MUST** be completed and placed on top of **EACH** document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): *(Must be typed for Email option.)* | SCC ID No. *(If known):* |
|---|---|
| Nexus Retail Brands Inc. | |

**Customer Contact Information:**

Name: Brittney A. Hasenbeck, Paralegal

Company: Gentry Locke Rakes & Moore, LLP

Address: 10 Franklin Road, SE, Suite 900

Roanoke          VA          24011
*(city or town)     (state)     (zip code)*

Telephone: ( 540 ) 983 - 9326 ext

Email: HASENBECK@GENTRYLOCKE.COM

**Send Evidence of Expedited Filing By:**
**(Choose one)**

[✓] **Email** (Only available for Categories A, C and D)

> **Two typed originals** of this form **must** be submitted for Email option.
> See "Return of Evidence" in the Instructions.

[ ] Hold for Pickup (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail (Prepaid envelope required.)

[ ] Overnight via [ ] UPS [ ] Fed Ex
(Completed waybill required. For Fed Ex, the waybill must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**                    **\*\*\* Expedite Fee:**
**(mark service requested)**               **\*\*\* (other fees may be needed – see footnote)**

**FOR OFFICE USE ONLY**
171212 1210

[✓] **Category A**   Expedite Business Entity Document listed in Schedule A
  [ ] Same Day Service (Received by 10:00 a.m.)          $ 200
  [✓] Next Day Service (Received by 2:00 p.m.)          $ 100

[ ] **Category B**   Preliminary Review of Document listed in Schedule A   $ 50
  (2nd Business Day Service Only – Received by 2:00 p.m.)
  [ ] Resubmission within 30 Days of initial Pre-Review   (N/C)

[ ] **Category C**   Expedite Business Entity Document listed in Schedule C   $ 50
  (Next Day Service Only – Received by 2:00 p.m.)

[ ] **Category D**   Expedite Application for Reinstatement   $ 50
  (Next Day Service Only – Received by 2:00 p.m.)

I/O [ ]          CB/EM

**\*\*\* Submit one payment for all applicable fees (e.g., charter/entrance, reinstatement, filing and expedite fees)**

## REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, DECEMBER 13, 2017

The State Corporation Commission has found the accompanying articles submitted on behalf of

# Nexus Retail Brands Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective December 13, 2017.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISEMM
17-12-12-1210

ARTICLES OF INCORPORATION

OF

NEXUS RETAIL BRANDS INC.

I hereby form a stock corporation under the provisions of Chapter 9 of Title 13.1 of the Code of Virginia (1950), as amended, and to that end set forth the following:

FIRST:  The name of the Corporation is Nexus Retail Brands Inc.

SECOND:  The Corporation is organized to conduct any lawful business under the laws of the Commonwealth of Virginia.

THIRD:  The aggregate number of shares that the Corporation shall have the authority to issue is as follows:

| Class | No. of Shares |
|---|---|
| Common | 500 |

No holder of shares now or hereafter issued by the Corporation shall be entitled as a matter of right to subscribe for or purchase any part of the authorized but unissued shares of the Corporation of any class whatsoever, or to subscribe for or purchase any additional shares of any class whatsoever to be issued hereafter by reason of any increase in the number of shares authorized to be issued, or to subscribe for or purchase any bonds, certificates of indebtedness, debentures, or other securities of any kind or class convertible into or carrying a right to subscribe for or acquire shares of the Corporation.

FOURTH:  The initial registered agent of the Corporation shall be Gentry Locke Rakes & Moore, LLP, a registered Virginia limited liability partnership, and the post office address of the initial registered office, which is identical to the business office of the initial registered agent, shall

be at the law offices of the initial registered agent, 900 SunTrust Plaza, 10 Franklin Road, S.E., Post

Office Box 40013, in the City of Roanoke, Virginia 24022-0013.

FIFTH:  Any person who is a party or is threatened to be made a party to any threatened,

pending or completed action, suit or proceeding, whether civil, criminal, administrative or

investigative, by reason of the fact that he is or was a director or executive officer of the

Corporation, or is or was so serving with respect to another corporation, partnership, joint venture,

trust or other enterprise at the request of the Corporation, shall be indemnified by the Corporation

against liability, costs and expenses (including, but not limited to, reasonable attorneys' fees) to the

full extent permitted by applicable law.

The Corporation may, but shall not be required to, indemnify any and all other officers,

employees, or agents of the Corporation to the same extent as directors and executive officers.

Dated: December 11, 2017                                                    , Incorporator
                                        W. William Gust, Esq.

2



171204054 7

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

December 13, 2017

BRITTNEY A HASENBECK PARALEGAL
GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE
STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Nexus Retail Brands Inc.

ID:     0825764 - 4

DCN:    17-12-12-1210

Dear Customer:

This is your receipt for $75.00, to cover the fees for filing articles of incorporation with this office.

This is also your receipt for $100.00 to cover the fee(s) for expedited service(s).

The effective date of the certificate of incorporation is December 13, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISEMM



**Brittney A. Hasenbeck**
hasenbeck@gentrylocke.com
P: 540.983.9326
F: 540.983.9400

December 11, 2017

171212 1210
OB/EM $175

**By FedEx**

Joel H. Peck, Clerk
State Corporation Commission
1300 E. Main Street
Richmond, VA 23219

Name Availability Done In:
Initials:
eFile: BB   Conflict with ID#:
CIS: BB

Re:   Nexus Retail Brands Inc.

Dear Mr. Peck:

Enclosed for filing are *Articles of Incorporation* for Nexus Retail Brands Inc., and our check in the amount of $175.00, payable to the State Corporation Commission, to cover the filing and **expedited** fees.

We are requesting **Next Day Expedited Service**. Please return evidence of filing to us by email as requested on the enclosed Expedited Service Request Form.

If you have any questions regarding the enclosed, please do not hesitate to contact us.  As always, your assistance is very much appreciated.

Sincerely,

GENTRY LOCKE

*Brittney Hasenbeck*

Brittney A. Hasenbeck
Paralegal

OL 080 12/13/17
50
25
100
175

Enclosures

SCC-CLERK'S OFFICE
OPERATIONS
2017 DEC 12  AM 11: 15

0825764-4

10 Franklin Road SE, Suite 900  Roanoke, VA  24011 • PO Box 40013  Roanoke, VA  24022-0013
Toll Free:  866.983.0866

24463/3/8246114v1



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**
**OFFICE OF THE CLERK**
**SCC21.2** 1300 E MAIN ST
**(10/17)** RICHMOND, VA 23219
(804) 371-9733
1-866-722-2551 Toll-free in Virginia

*SCC CLERK'S OFFICE*
*OPEN OFFICE*
*2017 DEC 12 AM 11: 15*


Expedited Service Request Form

## This form __MUST__ be completed and placed on top of __EACH__ document submission
### (so it can be readily identified as a request for expedited review and processing).

| Name of Corporation or Company (etc.): (Must be typed for Email option.) | SCC ID No. (If known): |
|---|---|
| Nexus Retail Brands Inc. | |

**Customer Contact Information:**

Name: Brittney A. Hasenbeck, Paralegal

Company: Gentry Locke Rakes & Moore, LLP

Address: 10 Franklin Road, SE, Suite 900

Roanoke          VA          24011
(city or town)     (state)     (zip code)

Telephone: ( 540 ) 983 - 9326 ext

Email: HASENBECK@GENTRYLOCKE.COM

**Send Evidence of Expedited Filing By:**
**(Choose one)**

[✓] **Email** (Only available for Categories A, C and D)

> **Two typed originals** of this form
> __must__ be submitted for Email option.
> See "Return of Evidence" in the Instructions.

[ ] Hold for Pickup (Available at 4:00 p.m.)

[ ] First-Class Mail

[ ] USPS Express Mail (Prepaid envelope required.)

[ ] Overnight via [ ] UPS [ ] Fed Ex
(Completed waybill required. For Fed Ex, the waybill
must be computer-generated with a barcode.)

---

**~~ See Information & Instructions for description of Categories. ~~**

**Expedited Service Requested:**                          **\*\*\* Expedite Fee:**
**(mark service requested)**          **\*\*\* (other fees may be needed – see footnote)**

**FOR OFFICE USE ONLY**
171212  1210

| | | | |
|---|---|---|---|
| [✓] **Category A** | Expedite Business Entity Document listed in Schedule A | | |
| | [ ] Same Day Service (Received by 10:00 a.m.) | $ 200 | |
| | [✓] Next Day Service (Received by 2:00 p.m.) | $ 100 | |
| [ ] **Category B** | Preliminary Review of Document listed in Schedule A | $ 50 | |
| | (2nd Business Day Service Only – Received by 2:00 p.m.) | | |
| | [ ] Resubmission within 30 Days of initial Pre-Review | (N/C) | |
| [ ] **Category C** | Expedite Business Entity Document listed in Schedule C | $ 50 | |
| | (Next Day Service Only – Received by 2:00 p.m.) | | |
| [ ] **Category D** | Expedite Application for Reinstatement | $ 50 | |
| | (Next Day Service Only – Received by 2:00 p.m.) | | |

I/O [ ]          CB/BM

---

**\*\*\* Submit one payment for __all__ applicable fees (e.g., charter/entrance, reinstatement, filing __and__ expedite fees)**

## REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, DECEMBER 13, 2017

The State Corporation Commission has found the accompanying articles submitted on behalf of

# Nexus Retail Brands Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective December 13, 2017.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By  *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISEMM
17-12-12-1210

ARTICLES OF INCORPORATION

OF

NEXUS RETAIL BRANDS INC.

I hereby form a stock corporation under the provisions of Chapter 9 of Title 13.1 of the

Code of Virginia (1950), as amended, and to that end set forth the following:

FIRST:  The name of the Corporation is Nexus Retail Brands Inc.

SECOND:  The Corporation is organized to conduct any lawful business under the laws of

the Commonwealth of Virginia.

THIRD:  The aggregate number of shares that the Corporation shall have the authority to

issue is as follows:

| Class | No. of Shares |
|-------|---------------|
| Common | 500 |

No holder of shares now or hereafter issued by the Corporation shall be entitled as a matter of

right to subscribe for or purchase any part of the authorized but unissued shares of the

Corporation of any class whatsoever, or to subscribe for or purchase any additional shares of any

class whatsoever to be issued hereafter by reason of any increase in the number of shares

authorized to be issued, or to subscribe for or purchase any bonds, certificates of indebtedness,

debentures, or other securities of any kind or class convertible into or carrying a right to

subscribe for or acquire shares of the Corporation.

FOURTH:  The initial registered agent of the Corporation shall be Gentry Locke Rakes &

Moore, LLP, a registered Virginia limited liability partnership, and the post office address of the

initial registered office, which is identical to the business office of the initial registered agent, shall

24463/3/8246081v1

be at the law offices of the initial registered agent, 900 SunTrust Plaza, 10 Franklin Road, S.E., Post

Office Box 40013, in the City of Roanoke, Virginia 24022-0013.

FIFTH:  Any person who is a party or is threatened to be made a party to any threatened,

pending or completed action, suit or proceeding, whether civil, criminal, administrative or

investigative, by reason of the fact that he is or was a director or executive officer of the

Corporation, or is or was so serving with respect to another corporation, partnership, joint venture,

trust or other enterprise at the request of the Corporation, shall be indemnified by the Corporation

against liability, costs and expenses (including, but not limited to, reasonable attorneys' fees) to the

full extent permitted by applicable law.

The Corporation may, but shall not be required to, indemnify any and all other officers,

employees, or agents of the Corporation to the same extent as directors and executive officers.

Dated: December 11, 2017                                                    , Incorporator
                                            W. William Gust, Esq.

24463/3/8246081v1



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

GENTRY LOCKE RAKES & MOORE LLP
900 SUN TRUST PLAZA, 10 FRANKLIN ROAD SE
PO BOX 40013
ROANOKE, VA 24022-0013

**RECEIPT**

RE:    Nexus Retail Brands Inc.

ID:    0825764 - 4

DCN:   18-08-13-0749

Dear Customer:

    The registered agent of the above-referenced corporation filed with the State Corporation
Commission on August 14, 2018, a statement of resignation as registered agent.  As provided
by statute, the resignation will become effective on the 31st day after the date on which the
statement was filed.

    Virginia law requires the corporation to maintain at all times a registered agent and
registered office located in the Commonwealth for the purpose of receiving legal process,
notice, etc. that is served by mail, personal delivery or otherwise.  The law also provides for the
automatic termination of the corporation's existence or revocation of the corporation's authority
to transact business in Virginia, as the case may be, if it fails to establish a new registered agent
and registered office in a timely manner.

    Enclosed is the Commission form required to change the corporation's Virginia registered
agent/office, which should be completed and returned to this office prior to the effective date of
the agent's resignation.  The Statement of Change of Registered Office and/or Registered
Agent can also be filed online at https://sccefile.scc.virginia.gov.  If you need more information
with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia
at 1-866-722-2551, or in writing.

                              Sincerely yours,


                              Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)     **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP

_____
(name of registered agent)

hereby resigns as the registered agent for

Nexus Retail Brands Inc.

_____
(name of corporation)

0825764-4

_____
(corporation's SCC ID #)

☑     The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)     (printed name)     (date)

**OR**

180813.0749

Gentry Locke Rakes & Moore, LLP

_____
(name of business entity resigning as registered agent)

By: _M. William Gust_     W. William Gust, Esq. - Partner     8-6-18
(signature)                                (printed name and title)          (date)

> **PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

### NOTICE TO THE ABOVE-REFERENCED CORPORATION

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

### SEE INSTRUCTIONS ON THE REVERSE



## State Corporation Commission
## Clerk's Information System

### Copies Request

**Entity Information**

| | | | |
|---|---|---|---|
| Entity Name: | ONE FISH, TWO FISH LLC | Entity ID: | S5968914 |
| Entity Type: | Limited Liability Company | Entity Status: | **Active** |
| Series LLC: | No | Reason for Status: | Active |
| Formation Date: | 01/14/2016 | Status Date: | 03/13/2023 |
| VA Qualification Date: | 01/14/2016 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | N/A |
| Jurisdiction: | VA | Charter Fee: | N/A |
| Registration Fee Due Date: | Not Required | | |

**Filing History Details**

| ✓ SelectAll | Filing Date Time | Effective Date | Filing Number | Filing Type | Number of Pages |
|---|---|---|---|---|---|
| ☑ | 01/14/2016 12:01 AM | 01/14/2016 | 1601146236 | Articles of Organization | 3 |
| ☑ | 09/07/2016 12:01 AM | 09/07/2016 | 1609020611 | Statement of Change of Registered Office and/or Registered Agent | 2 |
| ☑ | 08/14/2018 12:01 AM | 08/14/2018 | 1808130759 | Statement of Resignation of Registered Agent | 2 |
| ☑ | 02/10/2020 01:45 PM | 02/10/2020 | 200210328560 | Reinstatement | 2 |
| ☑ | 02/10/2020 01:48 PM | 02/10/2020 | 200210328575 | Statement of Change of Registered Office and/or Registered Agent | 1 |
| ☑ | 06/28/2022 01:24 PM | 06/28/2022 | 2206284683348 | Reinstatement | 1 |

Page 1 of 1, records 1 to 6 of 6

Back    Return to Search    Return to Results

Download Copies

Back to Login

1601530194



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 14, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE: ONE FISH, TWO FISH LLC

ID: S5968914

DCN: 16-01-14-6236

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is January 14, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

1601530194

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 14, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

ONE FISH, TWO FISH LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective January 14, 2016.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

DLLCACPT
CISECOM
16-01-14-6236

SCC eFile

1601530194

**ARTICLES OF ORGANIZATION**
**OF**
**ONE FISH, TWO FISH LLC**

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.     The name of the limited liability company is ONE FISH, TWO FISH LLC.

2.     The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.     The name of the limited liability company's initial registered agent is INCORP SERVICES, INC. The initial registered agent is a Virginia stock corporation.

4.     The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA 23111.  The initial registered office is located in Hanover County, Virginia.

5.     The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 113 MILL PLACE PKWY, SUITE 103, VERONA, VA 22939.

ORGANIZER:

/s/     RICHARD MOORE   Date: January 14, 2016
        RICHARD MOORE

1601530194



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 14, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE: ONE FISH, TWO FISH LLC

ID: S5968914

DCN: 16-01-14-6236

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited
liability company with this office.

The effective date of the filing is January 14, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

1601530194

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 14, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

ONE FISH, TWO FISH LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective January 14, 2016.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

DLLCACPT
CISECOM
16-01-14-6236

SCC eFile

1601530194

# ARTICLES OF ORGANIZATION
## OF
## ONE FISH, TWO FISH LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the limited liability company is ONE FISH, TWO FISH LLC.

2.   The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.   The name of the limited liability company's initial registered agent is INCORP SERVICES, INC. The initial registered agent is a Virginia stock corporation.

4.   The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA 23111.  The initial registered office is located in Hanover County, Virginia.

5.   The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 113 MILL PLACE PKWY, SUITE 103, VERONA, VA 22939.

ORGANIZER:

/s/     RICHARD MOORE   Date: January 14, 2016
        RICHARD MOORE



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     ONE FISH, TWO FISH LLC

ID:     S596891 - 4

DCN:    16-09-02-0611

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office and/or
registered agent for a limited liability company with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLRA
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**LLC-1016**
**(07/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

LLC's Name:   **ONE FISH, TWO FISH LLC**        160902 0611        SCC ID No.:  **S596891 - 4**

(the "Company")

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | INCORP SERVICES, INC. | Gentry Locke Rakes & Moore, LLP  *J00l1214* |
| Qualification: | ENTITY AUTHORIZED IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | 7288 HANOVER GREEN DRIVE   MECHANICSVILLE, VA 23111-0000 | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA  24011 |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an <u>individual</u> who is a resident of Virginia **and**
☐ a member or manager of the Company.
☐ a member or manager of an LLC that is a member or manager of the Company.
☐ an officer or director of a corporation that is a member or manager of the Company.
☐ a general partner of a general or limited partnership that is a member or manager of the Co.
☐ a trustee of a trust that is a member or manager of the Company.
☐ a member of the Virginia State Bar.
☐ a designated employee who is an officer (but <u>not</u> a member or manager) of the Company.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the Company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on behalf of the Company by:

_(signature)_                    8/10/2016  _(date)_

**Micheal Donovan**
_(printed name)_

**Manager**
_(title (e.g., member or manager))   (See Instructions)_

_(telephone number (optional))_

*The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

CHECK IF APPLICABLE: ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

**Personal Information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

1601530194



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 14, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE: ONE FISH, TWO FISH LLC

ID: S5968914

DCN: 16-01-14-6236

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is January 14, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

1601530194

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 14, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

ONE FISH, TWO FISH LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective January 14, 2016.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

DLLCACPT
CISECOM
16-01-14-6236

SCC eFile

1601530194

# ARTICLES OF ORGANIZATION
## OF
## ONE FISH, TWO FISH LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the limited liability company is ONE FISH, TWO FISH LLC.

2.  The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.  The name of the limited liability company's initial registered agent is INCORP SERVICES, INC. The initial registered agent is a Virginia stock corporation.

4.  The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA 23111.  The initial registered office is located in Hanover County, Virginia.

5.  The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 113 MILL PLACE PKWY, SUITE 103, VERONA, VA 22939.

ORGANIZER:

/s/     RICHARD MOORE   Date: January 14, 2016
        RICHARD MOORE



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     ONE FISH, TWO FISH LLC

ID:     S596891 - 4

DCN:    16-09-02-0611

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office and/or registered agent for a limited liability company with this office.

The effective date of the change is September  7, 2016.

 If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLRA
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**LLC-1016**
**(07/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

LLC's Name:   **ONE FISH, TWO FISH LLC**        *160902 0611*        SCC ID No.:  **S596891 - 4**

(the "Company")

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP |
| Qualification: | **ENTITY AUTHORIZED IN VIRGINIA** | J00112/4 *(Use Section B to provide or change qualification information.)* |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE** **MECHANICSVILLE, VA 23111-0000** | *(Provide a complete address when a change is being made.)* 10 Franklin Road, SE Suite 900 Roanoke, VA  24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of  Roanoke |

*Section B **must** be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1)  an **individual** who is a resident of Virginia **and**
☐ a member or manager of the Company.
☐ a member or manager of an LLC that is a member or manager of the Company.
☐ an officer or director of a corporation that is a member or manager of the Company.
☐ a general partner of a general or limited partnership that is a member or manager of the Co.
☐ a trustee of a trust that is a member or manager of the Company.
☐ a member of the Virginia State Bar.
☐ a designated employee who is an officer (but **not** a member or manager) of the Company.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the Company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on behalf of the Company by:

_(signature)_ _____ 8/10/2016 _(date)_

**Micheal Donovan**
(printed name)

**Manager**
(title (e.g., member or manager))  **(See Instructions)**

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**CHECK IF APPLICABLE:** ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

ONE FISH, TWO FISH LLC
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 22939

## RECEIPT

RE:     ONE FISH, TWO FISH LLC

ID:     S596891 - 4

DCN:    18-08-13-0759

Dear Customer:

The registered agent of the above-referenced limited liability company filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the limited liability company to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise.  The law also provides for the automatic cancellation of the limited liability company's existence if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the limited liability company's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation.  The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov.  If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

LCRARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

LLC-1017
(07/10)     **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

ONE FISH, TWO FISH LLC
_____
(name of limited liability company)

S596891-4
_____
(limited liability company's SCC ID #)

☑     The registered office of the limited liability company is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the limited liability company on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)     (printed name)          (date)

**OR**     180813-0759

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _____     W. William Gust, Esq. - Partner     8-6-18
(signature)                      (printed name and title)              (date)

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**NOTICE TO THE ABOVE-REFERENCED LIMITED LIABILITY COMPANY**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign limited liability company authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The limited liability company must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the limited liability company fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence or its certificate of registration to transact business in Virginia ultimately will be automatically canceled.

**SEE INSTRUCTIONS ON THE REVERSE**

1601530194



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 14, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE: ONE FISH, TWO FISH LLC

ID: S5968914

DCN: 16-01-14-6236

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited
liability company with this office.

The effective date of the filing is January 14, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

1601530194

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 14, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

ONE FISH, TWO FISH LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective January 14, 2016.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

DLLCACPT
CISECOM
16-01-14-6236

SCC eFile

1601530194

# ARTICLES OF ORGANIZATION
## OF
## ONE FISH, TWO FISH LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1. The name of the limited liability company is ONE FISH, TWO FISH LLC.

2. The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3. The name of the limited liability company's initial registered agent is INCORP SERVICES, INC. The initial registered agent is a Virginia stock corporation.

4. The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA 23111.  The initial registered office is located in Hanover County, Virginia.

5. The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 113 MILL PLACE PKWY, SUITE 103, VERONA, VA 22939.

ORGANIZER:

/s/     RICHARD MOORE   Date: January 14, 2016
        RICHARD MOORE



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     ONE FISH, TWO FISH LLC

ID:     S596891 - 4

DCN:    16-09-02-0611

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office and/or registered agent for a limited liability company with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLRA
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**LLC-1016**
**(07/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

LLC's Name:  **ONE FISH, TWO FISH LLC**          *160902 0611*          SCC ID No.:  **S596891 - 4**

(the "Company")

| Section A | Current Information | Revised Information |
|---|---|---|
| Registered Agent Name: | INCORP SERVICES, INC. | Gentry Locke Rakes & Moore, LLP  J0011214 |
| Qualification: | ENTITY AUTHORIZED IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| Registered Office Address: | 7288 HANOVER GREEN DRIVE | (Provide a complete address when a change is being made.)  10 Franklin Road, SE  Suite 900  Roanoke, VA  24011 |
|  | MECHANICSVILLE, VA 23111-0000 |  |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: | | |
|---|---|---|---|
| (1) an **individual** who is a resident of Virginia **and** | | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
| ☐ a member or manager of the Company. | | | |
| ☐ a member or manager of an LLC that is a member or manager of the Company. | | | |
| ☐ an officer or director of a corporation that is a member or manager of the Company. | | | |
| ☐ a general partner of a general or limited partnership that is a member or manager of the Co. | | | |
| ☐ a trustee of a trust that is a member or manager of the Company. | | | |
| ☐ a member of the Virginia State Bar. | | | |
| ☐ a designated employee who is an officer (but **not** a member or manager) of the Company. | | | |

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the Company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on behalf of the Company by:

_(signature)_     8/10/2016 _(date)_

**Micheal Donovan**
(printed name)

**Manager**
(title (e.g., member or manager))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**CHECK IF APPLICABLE:** ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

ONE FISH, TWO FISH LLC
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 22939

**RECEIPT**

RE:     ONE FISH, TWO FISH LLC

ID:     S596891 - 4

DCN:    18-08-13-0759

Dear Customer:

The registered agent of the above-referenced limited liability company filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the limited liability company to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise.  The law also provides for the automatic cancellation of the limited liability company's existence if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the limited liability company's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation.  The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov.  If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

LCRARES
CIS0363

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

LLC-1017
(07/10)        **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

ONE FISH, TWO FISH LLC
_____
(name of limited liability company)

S596891-4
_____
(limited liability company's SCC ID #)

☑      The registered office of the limited liability company is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the limited liability company on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)      (printed name)      (date)

**OR**      180813-0759

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _____      W. William Gust, Esq. - Partner      8-6-18
(signature)                      (printed name and title)      (date)

| PRIVACY ADVISORY: Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing. |
|---|

**NOTICE TO THE ABOVE-REFERENCED LIMITED LIABILITY COMPANY**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign limited liability company authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The limited liaiblity company must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the limited liability company fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence or its certificate of registration to transact business in Virginia ultimately will be automatically canceled.

**SEE INSTRUCTIONS ON THE REVERSE**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5968914
Filing Number: 200210328560
Filing Date/Time: 02/10/2020 01:45 PM
Effective Date/Time: 02/10/2020 01:45 PM

**Office of the Clerk**

January 13, 2020

NONE
113 MILL PLACE PKWY
SUITE 103,
VERONA, VA, 22939 - 0000, USA

**Last Day for Reinstatement**
**December 31, 2023**

RE:    ONE FISH, TWO FISH LLC
SCC ID NO.:  S5968914

1

**Application for Reinstatement**

Dear Customer:

To reinstate the limited liability company's existence, you must complete and return the
following:

- Include a check or money order in the amount of $175.00

- Sign below to request reinstatement of the limited liability company's certificate of
  registration to transact business in Virginia:

| (signature) | Timothy Okonski | Member | 01/13/2020 |
|---|---|---|---|
| | (printed name) | (title(e.g.,manager or member) ) | (date) |

The person signing this application affirms that the person is a manager or a member of the
limited liability company, or is a person who has been delegated the right and power to manage
the company's business and affairs, or, in the case of a foreign limited liability company, is
authorized to sign an instrument of amendment for filing in the company's jurisdiction of
formation.

ONE FISH, TWO FISH LLC
S5968914

Page 1

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk

- Provide a name and mailing address for reinstatement correspondence

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5968914
Filing Number: 200210328560
Filing Date/Time: 02/10/2020 01:45 PM
Effective Date/Time: 02/10/2020 01:45 PM

Karen Gibson for InCorp Services, inc.          702-866-2500

(name)                                          (telephone number)

3773 Howard Hughes Pkwy Ste 500s    Las Vegas      NV          89169

(mailing address)                   (city/town)    (state)     (zip code)

- Return all documents (including this application) and a check or money order to SCC Clerk's Office, Attn: Reinstatement, PO Box 1197, Richmond, VA 23218 or use the enclosed envelope

Itemization of amount listed on page 1:

| Assessment Year | Assessment | Penalty |
|---|---|---|
| 2020 | $50.00 | $0.00 |
| 2019 | $0.00 | $25.00 |

Reinstatement Fee:     $100.00

## ADDITIONAL REQUIREMENTS FOR REINSTATEMENT (IF ANY)

1601530194



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 14, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE: ONE FISH, TWO FISH LLC

ID: S5968914

DCN: 16-01-14-6236

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is January 14, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

1601530194

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 14, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

ONE FISH, TWO FISH LLC

to comply with the requirements of law, and confirms payment of all required fees. Therefore, it is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the Commission, effective January 14, 2016.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

DLLCACPT
CISECOM
16-01-14-6236

SCC eFile

1601530194

# ARTICLES OF ORGANIZATION
## OF
## ONE FISH, TWO FISH LLC

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the limited liability company is ONE FISH, TWO FISH LLC.

2.    The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.    The name of the limited liability company's initial registered agent is INCORP SERVICES, INC. The initial registered agent is a Virginia stock corporation.

4.    The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA 23111.  The initial registered office is located in Hanover County, Virginia.

5.    The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 113 MILL PLACE PKWY, SUITE 103, VERONA, VA 22939.

ORGANIZER:

/s/      RICHARD MOORE   Date: January 14, 2016
         RICHARD MOORE



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

## RECEIPT

RE:    ONE FISH, TWO FISH LLC

ID:    S596891 - 4

DCN:    16-09-02-0611

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office and/or registered agent for a limited liability company with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLRA
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**LLC-1016**
**(07/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

LLC's Name:   **ONE FISH, TWO FISH LLC**          *160902 0611*          SCC ID No.:  **S596891 - 4**

(the "Company")

| Section A | Current Information | Revised Information |
|---|---|---|
| Registered Agent Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP  J0011214 |
| Qualification: | **ENTITY AUTHORIZED IN VIRGINIA** | (Use Section B to provide or change qualification information.) |
| Registered Office Address: | **7288 HANOVER GREEN DRIVE**  **MECHANICSVILLE, VA 23111-0000** | (Provide a complete address when a change is being made.)  10 Franklin Road, SE  Suite 900  Roanoke, VA  24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an underlined individual who is a resident of Virginia and
☐ a member or manager of the Company.
☐ a member or manager of an LLC that is a member or manager of the Company.
☐ an officer or director of a corporation that is a member or manager of the Company.
☐ a general partner of a general or limited partnership that is a member or manager of the Co.
☐ a trustee of a trust that is a member or manager of the Company.
☐ a member of the Virginia State Bar.
☐ a designated employee who is an officer (but not a member or manager) of the Company.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the Company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on behalf of the Company by:

_(signature)_          3/10/2016 _(date)_

**Micheal Donovan**
(printed name)

**Manager**
(title (e.g., member or manager))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**CHECK IF APPLICABLE:** ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

ONE FISH, TWO FISH LLC
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 22939

## RECEIPT

RE:     ONE FISH, TWO FISH LLC

ID:     S596891 - 4

DCN:    18-08-13-0759

Dear Customer:

The registered agent of the above-referenced limited liability company filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the limited liability company to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic cancellation of the limited liability company's existence if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the limited liability company's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

LCRARES
CIS0363

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

LLC-1017
(07/10)    **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

ONE FISH, TWO FISH LLC
_____
(name of limited liability company)

S596891-4
_____
(limited liability company's SCC ID #)

☑    The registered office of the limited liability company is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the limited liability company on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)    (printed name)    (date)

**OR**    180813-0759

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _____    W. William Gust, Esq. - Partner    8-6-18
(signature)    (printed name and title)    (date)

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**NOTICE TO THE ABOVE-REFERENCED LIMITED LIABILITY COMPANY**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign limited liability company authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The limited liability company must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the limited liability company fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence or its certificate of registration to transact business in Virginia ultimately will be automatically canceled.

**SEE INSTRUCTIONS ON THE REVERSE**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5968914
Filing Number: 200210328560
Filing Date/Time: 02/10/2020 01:45 PM
Effective Date/Time: 02/10/2020 01:45 PM

Office of the Clerk

January 13, 2020

NONE
113 MILL PLACE PKWY
SUITE 103,
VERONA, VA, 22939 - 0000, USA

**Last Day for Reinstatement
December 31, 2023**

RE:          ONE FISH, TWO FISH LLC
SCC ID NO.:   S5968914

| 1 |

**Application for Reinstatement**

Dear Customer:

To reinstate the limited liability company's existence, you must complete and return the
following:

- Include a check or money order in the amount of $175.00

- Sign below to request reinstatement of the limited liability company's certificate of
  registration to transact business in Virginia:

| (signature) | Timothy Okonski | Member | 01/13/2020 |
|---|---|---|---|
| | (printed name) | (title(e.g.,manager or member)) | (date) |

The person signing this application affirms that the person is a manager or a member of the
limited liability company, or is a person who has been delegated the right and power to manage
the company's business and affairs, or, in the case of a foreign limited liability company, is
authorized to sign an instrument of amendment for filing in the company's jurisdiction of
formation.

ONE FISH, TWO FISH LLC
S5968914                                                          Page 1

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk

- Provide a name and mailing address for reinstatement correspondence

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5968914
Filing Number: 200210328560
Filing Date/Time: 02/10/2020 01:45 PM
Effective Date/Time: 02/10/2020 01:45 PM

Karen Gibson for InCorp Services, Inc.                    702-866-2500

(name)                                                        (telephone number)

3773 Howard Hughes Pkwy Ste 500s        Las Vegas        NV              89169

(mailing address)                          (city/town)        (state)         (zip code)

- Return all documents (including this application) and a check or money order to SCC Clerk's Office, Attn: Reinstatement, PO Box 1197, Richmond, VA 23218 or use the enclosed envelope

Itemization of amount listed on page 1:

| Assessment Year | Assessment | Penalty |
|---|---|---|
| 2020 | $50.00 | $0.00 |
| 2019 | $0.00 | $25.00 |

Reinstatement Fee:        $100.00

## ADDITIONAL REQUIREMENTS FOR REINSTATEMENT (IF ANY)

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5968914
Filing Number: 200210328575
Filing Date/Time: 02/10/2020 01:48 PM
Effective Date/Time: 02/10/2020 01:48 PM

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**



**STATEMENT OF CHANGE OF REGISTERED
OFFICE AND/OR REGISTERED AGENT**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**LLC-1016**
**(07/16)**

REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

ID No: **S5968914**

LLC's Name:
(the "Company")   **ONE FISH, TWO FISH LLC**

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | PRINCIPAL OFFICE ADDRESS (RA RESIGNED) | InCorp Services, Inc. |
| Qualification: | RESIGNED | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** | | (Provide a complete address when a change is being made.) |
| Address: | 113 MILL PLACE PKWY SUITE 103 VERONA, VA, 22939 - 0000, USA | 7288 Hanover Green Drive Mechanicsville, VA 23111 |
| Locality: | ROANOKE CITY | ☒ County or ☐ City of Hanover |

*Section B __must__ be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| **Section B** | The registered agent, whose business office address is identical with the registered office, is: | |
|---|---|---|
| (1) an individual who is a resident of Virginia and<br>☐ a member or manager of the Company.<br>☐ a member or manager of an LLC that is a member or manager of the Company.<br>☐ an officer or director of a corporation that is a member or manager of the Company.<br>☐ a general partner of a general or limited partnership that is a member or manager of the Co.<br>☐ a trustee of a trust that is a member or manager of the Company.<br>☐ a member of the Virginia State Bar.<br>☐ a designated employee who is an officer (but not a member or manager) of the Company. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |

| **Section C** | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia, as the case may be. | Signed on behalf of the company by:<br><br>_(signature)_          01/13/2020<br>                    (date)<br><br>Timothy Okonski<br>(printed name)<br><br>Member<br>(title (e.g., member or manager))   (See Instructions)<br><br>(telephone number (optional)) | The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.<br><br>☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |

**CHECK IF APPLICABLE:** ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

**Personal Information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

1601530194



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

January 14, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE: ONE FISH, TWO FISH LLC

ID: S5968914

DCN: 16-01-14-6236

Dear Customer:

This is your receipt for $100.00 to cover the fee(s) for filing articles of organization for a limited liability company with this office.

The effective date of the filing is January 14, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLNCD
CISECOM

1601530194

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JANUARY 14, 2016

The State Corporation Commission has found the accompanying articles submitted on behalf of

ONE FISH, TWO FISH LLC

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it
is ORDERED that this

CERTIFICATE OF ORGANIZATION

be issued and admitted to record with the articles of organization in the Office of the Clerk of the
Commission, effective January 14, 2016.

STATE CORPORATION COMMISSION

By *Mark C. Christie*

Mark C. Christie
Commissioner

DLLCACPT
CISECOM
16-01-14-6236

SCC eFile

1601530194

**ARTICLES OF ORGANIZATION**
**OF**
**ONE FISH, TWO FISH LLC**

The undersigned, pursuant to Chapter 12 of Title 13.1 of the Code of Virginia, states as follows:

1.     The name of the limited liability company is ONE FISH, TWO FISH LLC.

2.     The purpose for which the limited liability company is formed is to engage in any lawful business, purpose or activity for which a limited liability company may be formed under the Virginia Limited Liability Company Act.

3.     The name of the limited liability company's initial registered agent is INCORP SERVICES, INC. The initial registered agent is a Virginia stock corporation.

4.     The address of the limited liability company's initial registered office, which is identical to the business office of the initial registered agent, is 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA 23111.  The initial registered office is located in Hanover County, Virginia.

5.     The address of the limited liability company's principal office where the records of the limited liability company are to be kept is 113 MILL PLACE PKWY, SUITE 103, VERONA, VA 22939.

ORGANIZER:

/s/     RICHARD MOORE   Date: January 14, 2016
        RICHARD MOORE



## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

### Office of the Clerk

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

## RECEIPT

RE:      ONE FISH, TWO FISH LLC

ID:      S596891 - 4

DCN:     16-09-02-0611

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office and/or
registered agent for a limited liability company with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPTLC
LLRA
CISCCJ



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED
OFFICE AND/OR REGISTERED AGENT**

**LLC-1016
(07/16)**   *This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

*REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.*

LLC's Name:   **ONE FISH, TWO FISH LLC**      160902 0611      SCC ID No.:  **S596891 - 4**

(the "Company")

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | INCORP SERVICES, INC. | Gentry Locke Rakes & Moore, LLP  J00I1214 |
| Qualification: | ENTITY AUTHORIZED IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | 7288 HANOVER GREEN DRIVE  MECHANICSVILLE, VA 23111-0000 | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA   24011 |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an **individual** who is a resident of Virginia **and**
☐ a member or manager of the Company.
☐ a member or manager of an LLC that is a member or manager of the Company.
☐ an officer or director of a corporation that is a member or manager of the Company.
☐ a general partner of a general or limited partnership that is a member or manager of the Co.
☐ a trustee of a trust that is a member or manager of the Company.
☐ a member of the Virginia State Bar.
☐ a designated employee who is an officer (but <u>not</u> a member or manager) of the Company.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the Company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia.

Signed on behalf of the Company by:

_(signature)_                    8/10/2016
                                        (date)

**Micheal Donovan**
(printed name)

**Manager**
(title (e.g., member or manager))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**CHECK IF APPLICABLE:** ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

ONE FISH, TWO FISH LLC
113 MILL PLACE PKWY
SUITE 103
VERONA, VA 22939

## RECEIPT

RE:      ONE FISH, TWO FISH LLC

ID:      S596891 - 4

DCN:     18-08-13-0759

Dear Customer:

    The registered agent of the above-referenced limited liability company filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

    Virginia law requires the limited liability company to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise.  The law also provides for the automatic cancellation of the limited liability company's existence if it fails to establish a new registered agent and registered office in a timely manner.

    Enclosed is the Commission form required to change the limited liability company's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation.  The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov.  If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

LCRARES
CIS0363

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

LLC-1017
(07/10)          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP

_____
(name of registered agent)

hereby resigns as the registered agent for

ONE FISH, TWO FISH LLC

_____
(name of limited liability company)

S596891-4

_____
(limited liability company's SCC ID #)

☑      The registered office of the limited liability company is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be
mailed by certified mail to the principal office of the limited liability company on or before the
business day following the day on which this statement is filed with the Commission.

_____        _____        _____
(signature of individual resigning as registered agent)                    (printed name)                      (date)

**OR**     180813-0759

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _____        W. William Gust, Esq. - Partner        8-6-18
(signature)                              (printed name and title)                  (date)

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT
required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these
documents is subject to public viewing.

**NOTICE TO THE ABOVE-REFERENCED LIMITED LIABILITY COMPANY**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of
Resignation is filed with the Commission. The law requires each domestic and foreign limited liability company
authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a
registered office. The limited liability company must appoint a new registered agent and, if appropriate,
establish a new registered office on or before the effective date of the resignation by filing with the Commission
a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission.
A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile
portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the
Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the
Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the limited liability company fails to
appoint a new registered agent and, if applicable, establish a new registered office, its existence or its certificate
of registration to transact business in Virginia ultimately will be automatically canceled.

**SEE INSTRUCTIONS ON THE REVERSE**

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5968914
Filing Number: 200210328560
Filing Date/Time: 02/10/2020 01:45 PM
Effective Date/Time: 02/10/2020 01:45 PM

Office of the Clerk

January 13, 2020

**NONE**
**113 MILL PLACE PKWY**
**SUITE 103,**
**VERONA, VA, 22939 - 0000, USA**

**Last Day for Reinstatement**
**December 31, 2023**

RE:        ONE FISH, TWO FISH LLC
SCC ID NO.:   S5968914

1

**Application for Reinstatement**

Dear Customer:

To reinstate the limited liability company's existence, you must complete and return the
following:

- Include a check or money order in the amount of $175.00

- Sign below to request reinstatement of the limited liability company's certificate of
  registration to transact business in Virginia:

| (signature) | Timothy Okonski | Member | 01/13/2020 |
|---|---|---|---|
| | (printed name) | (title(e.g.,manager or member) ) | (date) |

The person signing this application affirms that the person is a manager or a member of the
limited liability company, or is a person who has been delegated the right and power to manage
the company's business and affairs, or, in the case of a foreign limited liability company, is
authorized to sign an instrument of amendment for filing in the company's jurisdiction of
formation.

ONE FISH, TWO FISH LLC
S5968914

Page 1

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk

• Provide a name and mailing address for reinstatement correspondence

> Commonwealth of Virginia
> State Corporation Commission
> Office of the Clerk
> Entity ID: S5968914
> Filing Number: 200210328560
> Filing Date/Time: 02/10/2020 01:45 PM
> Effective Date/Time: 02/10/2020 01:45 PM

Karen Gibson for InCorp Services, Inc.                    702-866-2500

(name)                                                (telephone number)

3773 Howard Hughes Pkwy Ste 500s      Las Vegas      NV            89169

(mailing address)                      (city/town)      (state)      (zip code)

• Return all documents (including this application) and a check or money order to SCC
Clerk's Office, Attn: Reinstatement, PO Box 1197, Richmond, VA 23218 or use the
enclosed envelope

Itemization of amount listed on page 1:

| Assessment Year | Assessment | Penalty |
|---|---|---|
| 2020 | $50.00 | $0.00 |
| 2019 | $0.00 | $25.00 |

Reinstatement Fee:      $100.00

## ADDITIONAL REQUIREMENTS FOR REINSTATEMENT (IF ANY)

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5968914
Filing Number: 200210328575
Filing Date/Time: 02/10/2020 01:48 PM
Effective Date/Time: 02/10/2020 01:48 PM

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**



STATEMENT OF CHANGE OF REGISTERED
OFFICE AND/OR REGISTERED AGENT

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**LLC-1016
(07/16)**

REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

ID No: **S5968914**

LLC's Name:
(the "Company")   **ONE FISH, TWO FISH LLC**

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | PRINCIPAL OFFICE ADDRESS (RA RESIGNED) | InCorp Services, Inc. |
| Qualification: | RESIGNED | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | 113 MILL PLACE PKWY SUITE 103 VERONA, VA, 22939 - 0000, USA | (Provide a complete address when a change is being made.) 7288 Hanover Green Drive Mechanicsville, VA 23111 |
| Locality: | ROANOKE CITY | X County or ☐ City of Hanover |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: | |
|---|---|---|
| (1) an individual who is a resident of Virginia and ☐ a member or manager of the Company. ☐ a member or manager of an LLC that is a member or manager of the Company. ☐ an officer or director of a corporation that is a member or manager of the Company. ☐ a general partner of a general or limited partnership that is a member or manager of the Co. ☐ a trustee of a trust that is a member or manager of the Company. ☐ a member of the Virginia State Bar. ☐ a designated employee who is an officer (but not a member or manager) of the Company. | **OR** | (2) X a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the company will be in compliance with the requirements of § 13.1-1015 of the Code of Virginia, as the case may be. | Signed on behalf of the company by: (signature)  01/13/2020 (date)  Timothy Okonski (printed name)  Member (title (e.g., member or manager))  (See Instructions) (telephone number (optional)) | The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information. ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |

**CHECK IF APPLICABLE:** ☐ The person signing above has been delegated the right and power to manage the Company's business and affairs.

**Personal Information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: S5968914
Filing Number: 2206284683348
Filing Date/Time: 06/28/2022 01:24 PM
Effective Date/Time: 06/28/2022 01:24 PM

**Limited Liability Company - Application for Reinstatement**

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | ONE FISH, TWO FISH LLC | Entity Type: | Limited Liability Company |
| Entity ID: | S5968914 | Formation Date: | 01/14/2016 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 06/28/2022

Executed in the name of the limited liability company by:

| Printed Name | Signature | Title |
|---|---|---|
| Richard Moore | Richard Moore | Manager |



## State Corporation Commission
### Clerk's Information System

**Copies Request**

**Entity Information**

| | | | |
|---|---|---|---|
| Entity Name: | Secure by Nexus Inc. | Entity ID: | 07841786 |
| Entity Type: | Stock Corporation | Entity Status: | Inactive |
| Series LLC: | N/A | Reason for Status: | Automatically Terminated - Annual Report and/or Fees - Can Reinstate |
| Formation Date: | 11/03/2014 | Status Date: | 03/31/2021 |
| VA Qualification Date: | 11/03/2014 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | 11/30/2020 |
| Jurisdiction: | VA | Charter Fee: | $50.00 |
| Registration Fee Due Date: | 11/30/2020 | | |

**Filing History Details**

| ■ SelectAll | Filing Date Time | Effective Date | Filing Number | Filing Type | Number of Pages |
|---|---|---|---|---|---|
| ☐ | 11/03/2014 12:01 AM | 11/03/2014 | 1411036198 | Articles of Incorporation | 3 |
| ☐ | 03/19/2015 12:00 AM | 03/19/2015 | A215510309 | Annual Report | 1 |
| ☐ | 02/11/2016 12:01 AM | 02/11/2016 | 1602116240 | Statement of Change of Registered Office and/or Registered Agent | 2 |
| ☐ | 09/07/2016 12:01 AM | 09/07/2016 | 1609070637 | Statement of Change of Registered Office and/or Registered Agent | 2 |
| ☐ | 06/14/2017 12:00 AM | 06/14/2017 | A216192353 | Annual Report | 2 |
| ☐ | 06/14/2017 12:01 AM | 06/14/2017 | 1705311464 | Reinstatement | 4 |
| ☐ | 10/02/2017 12:00 AM | 10/02/2017 | A217151876 | Annual Report | 2 |
| ☐ | 11/22/2017 12:00 AM | 11/22/2017 | A217542322 | Annual Report | 1 |
| ☐ | 08/14/2018 12:01 AM | 08/14/2018 | 1808130755 | Statement of Resignation of Registered Agent | 2 |
| ☐ | 09/18/2018 12:01 AM | 09/18/2018 | 1809186876 | Statement of Change of Registered Office and/or Registered Agent | 2 |

< Previous  ...  1  ...  Next >  Page 1 of 2, records 1 to 10 of 13       Go to Page



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

1411500487

# ARTICLES OF INCORPORATION
## OF
## SECURE BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.     The name of the corporation is Secure by Nexus Inc.

2.     The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.     The corporation is authorized to issue 100 shares of common stock.

4.     The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.     The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.     The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
|  | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
|  | Harrisonburg, VA 22802 |

7.     The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/     ilene marie tognini esq   Date: November 3, 2014
        ilene marie tognini esq



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

1411500487

**ARTICLES OF INCORPORATION**

**OF**

**SECURE BY NEXUS INC.**

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is Secure by Nexus Inc.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 100 shares of common stock.

4.   The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.   The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
| | Harrisonburg, VA 22802 |

7.   The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/     ilene marie tognini esq   Date: November 3, 2014
        ilene marie tognini esq

| **SCC eFile** | **2015 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 215510309 |
|---|---|---|

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

DUE DATE: **3/19/2015**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | [ ] | X | DIRECTOR |
|---|---|---|---|---|---|

NAME:          MIKE DONOVAN
TITLE:          DIRECTOR
ADDRESS:     2 NORTH MAIN STREET
CITY/ST/ZIP/CO:  HARRISONBURG, VA 22802

| | | OFFICER | [ ] | X | DIRECTOR |
|---|---|---|---|---|---|

NAME:          RICHARD MOORE
TITLE:          DIRECTOR
ADDRESS:     2 NORTH MAIN STREET
CITY/ST/ZIP/CO:  HARRISONBURG, VA 22802

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

1411500487

**ARTICLES OF INCORPORATION**

**OF**

**SECURE BY NEXUS INC.**

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is Secure by Nexus Inc.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 100 shares of common stock.

4.   The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.   The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
|  | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
|  | Harrisonburg, VA 22802 |

7.   The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/   ilene marie tognini esq   Date: November 3, 2014
      ilene marie tognini esq

| SCC eFile | **2015 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 215510309 |
|---|---|---|

| | |
|---|---|
| 1.) CORPORATION NAME: | DUE DATE: **3/19/2015** |
| **Secure by Nexus Inc.** | |
| 2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:<br>**RICHARD MOORE**<br>**2 NORTH MAIN STREET**<br>**HARRISONBURG, VA** | SCC ID NO: **07841786**<br><br>5.) STOCK INFORMATION |

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | ☐ OFFICER | ☒ DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MIKE DONOVAN<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

| | | ☐ OFFICER | ☒ DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD MOORE<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **Secure by Nexus Inc.**

ID:        **07841786**

DCN:       **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1602521110



eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.   RE:   **Secure by Nexus Inc.**

   ID:   **07841786**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

   RICHARD MOORE
   2 NORTH MAIN STREET
   HARRISONBURG, VA 22802-0000         (HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY))

3.   The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

   INCORP SERVICES, INC.
   7288 Hanover Green Drive
   Mechanicsville, VA 23111         (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
   /s/ Richard Moore



1411500487

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

1411500487

## ARTICLES OF INCORPORATION
## OF
## SECURE BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is Secure by Nexus Inc.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 100 shares of common stock.

4.   The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.   The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
| | Harrisonburg, VA 22802 |

7.   The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/      ilene marie tognini esq   Date: November 3, 2014
         ilene marie tognini esq

| **SCC eFile** | **2015 ANNUAL REPORT** | 215510309 |
|---|---|---|
| | **COMMONWEALTH OF VIRGINIA** | |
| | **STATE CORPORATION COMMISSION** | |

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

DUE DATE: **3/19/2015**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

  ADDRESS:   113 MILL PLACE PKWY

  CITY/ST/ZIP:   VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

|  | OFFICER | X DIRECTOR |
|---|---|---|
| NAME: | MIKE DONOVAN | |
| TITLE: | DIRECTOR | |
| ADDRESS: | 2 NORTH MAIN STREET | |
| CITY/ST/ZIP/CO: | HARRISONBURG, VA 22802 | |

|  | OFFICER | X DIRECTOR |
|---|---|---|
| NAME: | RICHARD MOORE | |
| TITLE: | DIRECTOR | |
| ADDRESS: | 2 NORTH MAIN STREET | |
| CITY/ST/ZIP/CO: | HARRISONBURG, VA 22802 | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:      **Secure by Nexus Inc.**

ID:      **07841786**

DCN:      **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Secure by Nexus Inc.**

     ID:   **07841786**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):
     RICHARD MOORE
     2 NORTH MAIN STREET
     HARRISONBURG, VA 22802-0000          (HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY))

3.   The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):
     INCORP SERVICES, INC.
     7288 Hanover Green Drive
     Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
     /s/ Richard Moore

160903077

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

.

RECEIPT
RAC
CISCCJ

160903037 7



# COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

### STATEMENT OF CHANGE OF REGISTERED
### OFFICE AND/OR REGISTERED AGENT

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:  **Secure by Nexus Inc.**        SCC ID No.:  **0784178 - 6**

160907 0637

| *Section A* | Current Information | Revised Information |
|---|---|---|
| Registered Agent Name: | INCORP SERVICES, INC. | Gentry Locke Rakes & Moore, LLP  J0011214 |
| Qualification: | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| Registered Office Address: | 7288 HANOVER GREEN DRIVE  MECHANICSVILLE, VA 23111 | (Provide a complete address when a change is being made.)  10 Franklin Road, SE  Suite 900  Roanoke, VA 24011 |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of  Roanoke |

| *Section B* | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

| (1) an <u>individual</u> who is a resident of Virginia <u>and</u>  ☐ an officer of the corporation whose title is _____  *(e.g., president, secretary, treasurer)*  ☐ a director of the corporation.  ☐ a member of the Virginia State Bar. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
|---|---|---|

| *Section C* | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by:  _____ 3/10/16  (signature)      (date)  **Micheal Donovan**  (printed name)  **President**  (title (e.g., president or chairman))  (See Instructions)  _____  (telephone number (optional)) | *The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*  ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |
|---|---|---|

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

1411500487

**ARTICLES OF INCORPORATION**

**OF**

**SECURE BY NEXUS INC.**

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is Secure by Nexus Inc.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 100 shares of common stock.

4.    The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.    The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
|  | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
|  | Harrisonburg, VA 22802 |

7.    The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/      ilene marie tognini esq   Date: November 3, 2014
         ilene marie tognini esq

| SCC eFile | **2015 ANNUAL REPORT**<br>COMMONWEALTH OF VIRGINIA<br>STATE CORPORATION COMMISSION | 215510309 |

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

DUE DATE: **3/19/2015**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | OFFICER | X DIRECTOR |
|---|---|---|
| NAME: | MIKE DONOVAN | |
| TITLE: | DIRECTOR | |
| ADDRESS: | 2 NORTH MAIN STREET | |
| CITY/ST/ZIP/CO: | HARRISONBURG, VA 22802 | |

| | OFFICER | X DIRECTOR |
|---|---|---|
| NAME: | RICHARD MOORE | |
| TITLE: | DIRECTOR | |
| ADDRESS: | 2 NORTH MAIN STREET | |
| CITY/ST/ZIP/CO: | HARRISONBURG, VA 22802 | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

### RECEIPT

RE:         **Secure by Nexus Inc.**

ID:         **07841786**

DCN:        **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.  RE:    **Secure by Nexus Inc.**

    ID:    **07841786**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

    RICHARD MOORE
    2 NORTH MAIN STREET
    HARRISONBURG, VA 22802-0000          (HARRISONBURG CITY (FILED IN
    ROCKINGHAM COUNTY))

3.  The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

    INCORP SERVICES, INC.
    7288 Hanover Green Drive
    Mechanicsville, VA 23111          (HANOVER COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
    /s/ Richard Moore

1609030377

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

1609030377

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:   **Secure by Nexus Inc.**        SCC ID No.:  **0784178 - 6**

160907 0637

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| Registered Agent Name: | INCORP SERVICES, INC. | Gentry Locke Rakes & Moore, LLP  *J0011214* |
| Qualification: | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| Registered Office Address: | 7288 HANOVER GREEN DRIVE  MECHANICSVILLE, VA 23111 | (Provide a complete address when a change is being made.)  10 Franklin Road, SE  Suite 900  Roanoke, VA   24011 |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| **Section B** | The registered agent, whose business office address is identical with the registered office, is: | |
|---|---|---|
| (1) an <u>individual</u> who is a resident of Virginia <u>and</u>  ☐ an officer of the corporation whose title is  _____  (e.g., president, secretary, treasurer)  ☐ a director of the corporation.  ☐ a member of the Virginia State Bar. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|
| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by:  _____   3/10/16  (signature)              (date)  **Micheal Donovan**  (printed name)  **President**  (title (e.g., president or chairman))   (See Instructions)  _____  (telephone number (optional)) |
| | *The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*  ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

216192353=6/14/2017



## 2016 ANNUAL REPORT
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

### REINSTATE

11



216192353

1. CORPORATION NAME
   Secure by Nexus Inc.

DUE DATE:

SCC ID NO.: 0784178-6

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE VA 24011

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217 - ROANOKE CITY

6-14-17

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

## 6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   113 MILL PLACE PKWY | ADDRESS:  113 Mill Place Parkway<br>Suite 103 |
| CITY/ST/ZIP: VERONA VA 24482 | CITY/ST/ZIP:  Verona, VA  24482 |

## 7. DIRECTORS AND PRINCIPAL OFFICERS:

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☒<br>NAME: MIKE DONOVAN | OFFICER ☒   DIRECTOR ☒<br>NAME:  Micheal P. Donovan |
| TITLE: DIRECTOR | TITLE:  President/CEO |
| ADDRESS:  2 NORTH MAIN STREET | ADDRESS:  113 Mill Place Pkwy., Ste 103 |
| CITY/ST/ZIP: HARRISONBURG VA 22802 | CITY/ST/ZIP:  Verona, VA  24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Richard Mong EVP
PRINTED NAME AND TITLE

5/24/17
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216192353--6/14/2017

2161923 53

## 2016 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Secure by Nexus Inc.

DUE DATE:
SCC ID NO.:   0784178-6

**7. DIRECTORS AND PRINCIPAL OFFICERS (continued):**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct  ☒ Information is incorrect  ☐ Delete Information | and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |

OFFICER ☐ DIRECTOR ☒

NAME: **RICHARD MOORE**

TITLE: **DIRECTOR**

ADDRESS: **2 NORTH MAIN STREET**

CITY/ST/ZIP: **HARRISONBURG VA 22802**

OFFICER ☒ DIRECTOR ☒

NAME:  Richard E. Moore

TITLE:  Vice President

ADDRESS:  113 Mill Place Pkwy., Ste 103

CITY/ST/ZIP:  Verona, VA  24482

---

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☒ DIRECTOR ☒

NAME:  Evan M. Ajin

TITLE:  Vice President

ADDRESS:  113 Mill Place Pkwy., Ste 103

CITY/ST/ZIP:  Verona, VA  24482

---

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☒ DIRECTOR ☐

NAME:  Timothy D. Okonski

TITLE:  Secretary/Treasurer

ADDRESS:  113 Mill Place Pkwy., Ste 103

CITY/ST/ZIP:  Verona, VA  24482

---

| Mark appropriate box unless area below is blank: | If information at lower left is incorrect or blank, please mark appropriate box |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐ DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By _Judith Williams Jagdmann_

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

1411500487

**ARTICLES OF INCORPORATION**

**OF**

**SECURE BY NEXUS INC.**

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is Secure by Nexus Inc.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 100 shares of common stock.

4.  The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.  The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
| | Harrisonburg, VA 22802 |

7.  The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/    ilene marie tognini esq   Date: November 3, 2014
        ilene marie tognini esq

| SCC eFile | **2015 ANNUAL REPORT**<br>COMMONWEALTH OF VIRGINIA<br>STATE CORPORATION COMMISSION | 215510309 |
|---|---|---|

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

DUE DATE: **3/19/2015**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | OFFICER | X DIRECTOR |
|---|---|---|
| NAME:   MIKE DONOVAN<br>TITLE:   DIRECTOR<br>ADDRESS:   2 NORTH MAIN STREET<br>CITY/ST/ZIP/CO:   HARRISONBURG, VA 22802 | | |

| | OFFICER | X DIRECTOR |
|---|---|---|
| NAME:   RICHARD MOORE<br>TITLE:   DIRECTOR<br>ADDRESS:   2 NORTH MAIN STREET<br>CITY/ST/ZIP/CO:   HARRISONBURG, VA 22802 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:       **Secure by Nexus Inc.**

ID:       **07841786**

DCN:      **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Secure by Nexus Inc.**

     ID:   **07841786**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
             RICHARD MOORE
             2 NORTH MAIN STREET
             HARRISONBURG, VA 22802-0000          (HARRISONBURG CITY (FILED IN
     ROCKINGHAM COUNTY))

3.   The current registered agent is an individual who is a resident of Virginia and a director of the
     corporation.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
             INCORP SERVICES, INC.
             7288 Hanover Green Drive
             Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
     /s/ Richard Moore

1609030377

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ

160903 0377



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED
OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:   **Secure by Nexus Inc.**          SCC ID No.:  **0784178 - 6**

160907 0637

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP J0011214 |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE** **MECHANICSVILLE, VA 23111** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA   24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of  Roanoke |

*Section B **must** be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| **Section B** | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

| (1) an <u>individual</u> who is a resident of Virginia **and** ☐ an officer of the corporation whose title is _____ (e.g., president, secretary, treasurer) ☐ a director of the corporation. ☐ a member of the Virginia State Bar. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
|---|---|---|

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by: _____ (signature)          3/10/16 (date) **Micheal Donovan** (printed name) **President** (title (e.g., president or chairman))   (See Instructions) _____ (telephone number (optional)) | *The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.* ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |
|---|---|---|

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

216192353=6/14/2017



## 2016 ANNUAL REPORT
### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION



### REINSTATE

11

1. CORPORATION NAME
   Secure by Nexus Inc.

DUE DATE:

SCC ID NO.: 0784178-6

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE VA 24011

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217 - ROANOKE CITY

6-14-17

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   113 MILL PLACE PKWY | ADDRESS:   113 Mill Place Parkway Suite 103 |
| CITY/ST/ZIP: VERONA VA 24482 | CITY/ST/ZIP:   Verona, VA  24482 |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br>NAME: MIKE DONOVAN | OFFICER ☒ DIRECTOR ☒<br>NAME:  Micheal P. Donovan |
| TITLE: DIRECTOR | TITLE:  President/CEO |
| ADDRESS:  2 NORTH MAIN STREET | ADDRESS: 113 Mill Place Pkwy., Ste 103 |
| CITY/ST/ZIP: HARRISONBURG VA 22802 | CITY/ST/ZIP:  Verona, VA  24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Richard Moss  EVP
PRINTED NAME AND TITLE

5/24/17
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216192353--6/14/2017

216192353

## 2016 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Secure by Nexus Inc.

DUE DATE:
SCC ID NO.: 0784178-6

### 7. DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br><br>NAME: **RICHARD MOORE**<br><br>TITLE: **DIRECTOR**<br><br>ADDRESS: **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br><br>NAME: Richard E. Moore<br><br>TITLE: Vice President<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA 24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br><br>NAME: Evan M. Ajin<br><br>TITLE: Vice President<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA 24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☐<br><br>NAME: Timothy D. Okonski<br><br>TITLE: Secretary/Treasurer<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA 24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 14, 2017

BRITTNEY A HASENBECK
GENTRY LOCKE
PO BOX 40013
ROANOKE, VA 24022-0013

**RECEIPT**

RE:      Secure by Nexus Inc.

ID:      0784178 - 6

DCN:     17-05-31-1464

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on June 14, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0353

```
CIS0353                         CIS              06/14/17
1    78  CISM0180       CORPORATE DATA INQUIRY       11:07:18

   CORP ID:  0784178 - 6  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 03/31/17
   CORP NAME:  Secure by Nexus Inc._____
               _____
DATE OF CERTIFICATE:  11/03/2014 PERIOD OF DURATION:     INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:                    CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR   MONITOR INDICATOR:
CHARTER FEE:  50.00     MON NO:          MON STATUS:  MONITOR DTE:
   R/A NAME:  GENTRY LOCKE RAKES & MOORE LLP

   STREET:  10 FRANKLIN RD SE STE 900               AR RTN MAIL:

     CITY:  ROANOKE             STATE : VA  ZIP: 24011-0000
   R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE:  09/07/16  LOC.: 217
ACCEPTED AR#: 215 51 0309  DATE: 03/19/15              ROANOKE CITY
 CURRENT AR#: 215 51 0309  DATE: 03/19/15 STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES     PENALTY    INTEREST    TAXES      BALANCE      TOTAL SHARES
 16    100.00     10.00                                             100
COMMAND: ..............................................................
4AÛ                                                     06,016
```

0784178 - 6

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 14, 2017

ORDER OF REINSTATEMENT

The corporate existence of Secure by Nexus Inc., a domestic corporation, was automatically terminated on March 31, 2017. The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By    *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CC:    BRITTNEY A HASENBECK
       GENTRY LOCKE
       PO BOX 40013
       ROANOKE, VA 24022-0013

REINACPT
CIS0353
17-05-31-1464

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION

Date: _____

To:   State Corporation Commission

Office of the Clerk

| Last Day for Reinstatement |
| --- |
| **March 31, 2022** |

From: **Secure by Nexus Inc.**

SCC ID No. **0784178 - 6**

| 11 |
| --- |

On behalf of Secure by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_(signature)_

**Micheal P. Donovan**
(printed name)

**President/CEO**
(title)

| For Office Use Only |
| --- |
| DCN: 170531-1464 |
| Reinstatement Fee:  $ 100 |
| Past Due Fees: ( ) $ |
| Total:  $ 150 |
| R/A?  Yes: ____ No: ✓ N/C: ____ |
| A/R?: Yes: ✓ No: ____ YR: 2016 |
| Exam By: UES  Date: 6-14-17 |

<u>Signing Requirements:</u>

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

**Brittney A. Hasenbeck, Paralegal**       (540) 983-9326
(name)                                     (telephone number)

**C/o Gentry Locke   P.O. Box 40013, Roanoke, VA  24022-0013**
(mailing address)

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

# ARTICLES OF INCORPORATION
## OF
## SECURE BY NEXUS INC.

1411500487

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is Secure by Nexus Inc.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 100 shares of common stock.

4.   The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.   The following individuals are to serve as an initial director of the corporation:

| Name | Address |
|------|---------|
| Richard Moore | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
| | Harrisonburg, VA 22802 |

7.   The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/    ilene marie tognini esq   Date: November 3, 2014
       ilene marie tognini esq

| SCC eFile | **2015 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 215510309 |

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

DUE DATE: **3/19/2015**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | | OFFICER | X DIRECTOR |
|---|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MIKE DONOVAN<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | | |

| | | | OFFICER | X DIRECTOR |
|---|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD MOORE<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE<br>TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **Secure by Nexus Inc.**

ID:        **07841786**

DCN:       **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.     RE:     **Secure by Nexus Inc.**

      ID:     **07841786**

2.     Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

        RICHARD MOORE
        2 NORTH MAIN STREET
        HARRISONBURG, VA 22802-0000       (HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY))

3.     The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.     The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

        INCORP SERVICES, INC.
        7288 Hanover Green Drive
        Mechanicsville, VA 23111       (HANOVER COUNTY)

5.     The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.     After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
    /s/ Richard Moore

1609030377

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

## RECEIPT

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

.

RECEIPT
RAC
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:   Secure by Nexus Inc.          SCC ID No.:  **0784178 - 6**

160907 0637

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP  *J0011214* |
| **Qualification:** | **B.E. AUTH IN VIRGINIA** | *(Use Section B to provide or change qualification information.)* |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE**  **MECHANICSVILLE, VA 23111** | *(Provide a complete address when a change is being made.)*  10 Franklin Road, SE  Suite 900  Roanoke, VA   24011 |
| **Locality:** | **HANOVER COUNTY** | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| *Section B* | The registered agent, whose business office address is identical with the registered office, is: | | |
|---|---|---|---|
| (1) an <u>individual</u> who is a resident of Virginia **and** <br> ☐ an officer of the corporation whose title is <br> _____ <br> *(e.g., president, secretary, treasurer)* <br> ☐ a director of the corporation. <br> ☐ a member of the Virginia State Bar. | | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |

| *Section C* | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by: <br> _____ *(signature)*   3/10/16 *(date)* <br> **Micheal Donovan** <br> *(printed name)* <br> **President** <br> *(title (e.g., president or chairman))   (See Instructions)* <br> _____ *(telephone number (optional))* | *The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.* <br><br> ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



216192353=6/14/2017

## 2016 ANNUAL REPORT
### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

**REINSTATE**

11

1. CORPORATION NAME
   Secure by Nexus Inc.

2. VA REGISTERED AGENT NAME AND ADDRESS:  B.E. AUTH IN VIRGINI.

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE VA 24011

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217 - ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DUE DATE:

SCC ID NO.: 0784178-6

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   113 MILL PLACE PKWY | ADDRESS:  113 Mill Place Parkway Suite 103 |
| CITY/ST/ZIP: VERONA VA 24482 | CITY/ST/ZIP:  Verona, VA  24482 |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR ☒ | OFFICER ☒  DIRECTOR ☒ |
| NAME: MIKE DONOVAN | NAME:  Micheal P. Donovan |
| TITLE: DIRECTOR | TITLE:  President/CEO |
| ADDRESS:  2 NORTH MAIN STREET | ADDRESS:  113 Mill Place Pkwy., Ste 103 |
| CITY/ST/ZIP: HARRISONBURG VA 22802 | CITY/ST/ZIP:  Verona, VA  24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT

Richard Moss  EVP
PRINTED NAME AND TITLE

5/24/17
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216192353--6/14/2017

2161923S3

## 2016 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Secure by Nexus Inc.

DUE DATE:
SCC ID NO.:   0784178-6

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| | |
|---|---|
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☒<br>NAME:  RICHARD MOORE<br><br>TITLE:  DIRECTOR<br><br>ADDRESS:  2 NORTH MAIN STREET<br><br>CITY/ST/ZIP: HARRISONBURG VA 22802 | OFFICER ☒ DIRECTOR ☒<br>NAME:  Richard E. Moore<br><br>TITLE:  Vice President<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP:  Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br>NAME:  Evan M. Ajin<br><br>TITLE:  Vice President<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☐<br>NAME:  Timothy D. Okonski<br><br>TITLE:  Secretary/Treasurer<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 14, 2017

BRITTNEY A HASENBECK
GENTRY LOCKE
PO BOX 40013
ROANOKE, VA 24022-0013

**RECEIPT**

RE:      Secure by Nexus Inc.

ID:      0784178 - 6

DCN:     17-05-31-1464

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on June 14, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0353

```
CIS0353                      CIS                    06/14/17
1    78  CISM0180      CORPORATE DATA INQUIRY        11:07:18

    CORP ID:  0784178 - 6  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 03/31/17
    CORP NAME:  Secure by Nexus Inc._____
           _____
DATE OF CERTIFICATE:  11/03/2014 PERIOD OF DURATION:        INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                      CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR   MONITOR INDICATOR:
CHARTER FEE:  50.00    MON NO:        MON STATUS:  MONITOR DTE:
   R/A NAME:  GENTRY LOCKE RAKES & MOORE LLP

    STREET:  10 FRANKLIN RD SE STE 900              AR RTN MAIL:

     CITY:  ROANOKE            STATE :  VA  ZIP:  24011-0000
  R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE:  09/07/16  LOC.: 217
ACCEPTED AR#: 215 51 0309  DATE: 03/19/15              ROANOKE CITY
 CURRENT AR#: 215 51 0309  DATE: 03/19/15 STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY   INTEREST   TAXES     BALANCE      TOTAL SHARES
 16    100.00    10.00                                            100
COMMAND:  ............................................................
4AÛ                                                  06,016
```

0784178 - 6

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 14, 2017

ORDER OF REINSTATEMENT

The corporate existence of Secure by Nexus Inc., a domestic corporation, was automatically terminated on March 31, 2017.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CC:     BRITTNEY A HASENBECK
        GENTRY LOCKE
        PO BOX 40013
        ROANOKE, VA 24022-0013

REINACPT
CIS0353
17-05-31-1464

# APPLICATION FOR REINSTATEMENT

## OF A VIRGINIA CORPORATION

2017 MAY 31  AM 10: 06

Date: _____

To:   State Corporation Commission

Office of the Clerk

| Last Day for Reinstatement |
| **March 31, 2022** |

From: **Secure by Nexus Inc.**

SCC ID No. **0784178 - 6**

| 11 |

On behalf of Secure by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence. All required documents and fees are enclosed.

Sincerely,

_(signature)_

**Micheal P. Donovan**
(printed name)

**President/CEO**
(title)

| For Office Use Only |
|---|
| DCN: **170531 - 1464** |
| |
| Reinstatement Fee:    $ 100 |
| Past Due Fees: (    ) $ |
| Total:    $ 100 |
| R/A? Yes: ___ No: ✓  N/C: ___ |
| A/R?: Yes: ✓ No: ___  YR: 2015 |
| Exam By: LES   Date: 6-14-17 |

<u>Signing Requirements:</u>

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director. "Owner" and "registered agent" are not acceptable titles. See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

---

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent. (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

**Brittney A. Hasenbeck, Paralegal**    (540) 983-9326
       (name)                                   (telephone number)

**C/o Gentry Locke   P.O. Box 40013, Roanoke, VA   24022-0013**
              (mailing address)

---

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**

**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217151876--10/2/2017

1. CORPORATION NAME:

   Secure by Nexus Inc.

   DUE DATE:   **11/30/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:   ENTITY

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.:   **0784178-6**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0010626

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME:  MICHAEL P. DONOVAN | NAME: |
| TITLE:  PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Tim Okonski.  CFO
PRINTED NAME AND CORPORATE TITLE

9/28/2017
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2017 ANNUAL REPORT CONTINUED**

217151876--10/2/2017

CORPORATION NAME:

Secure by Nexus Inc.

DUE DATE:   **11/30/17**
SCC ID NO.:   **0784178-6**

7.   DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  EVAN M. AJIA | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  RICHARD E. MOORE | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☒   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  TIMOTHY D. OKONSKI | NAME: |
| TITLE:  SECRET/TREASURE | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |



| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

**ARTICLES OF INCORPORATION**

**OF**

**SECURE BY NEXUS INC.**

1411500487

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is Secure by Nexus Inc.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 100 shares of common stock.

4.  The name of the corporation's initial registered agent is Richard Moore. The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802. The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.  The following individuals are to serve as an initial director of the corporation:

    | Name | Address |
    | --- | --- |
    | Richard Moore | 2 North Main Street |
    | | Harrisonburg, VA 22802 |
    | Mike Donovan | 2 North Main Street |
    | | Harrisonburg, VA 22802 |

7.  The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/     ilene marie tognini esq   Date: November 3, 2014
        ilene marie tognini esq

| SCC eFile | **2015 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 215510309 |
|---|---|---|

**1.) CORPORATION NAME:**

**Secure by Nexus Inc.**

**2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:**
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

DUE DATE: **3/19/2015**

SCC ID NO: **07841786**

**5.) STOCK INFORMATION**

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

**3.) CITY OR COUNTY OF VA REGISTERED OFFICE:**
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

**4.) STATE OR COUNTRY OF INCORPORATION:**
**VA**

**6.) PRINCIPAL OFFICE ADDRESS:**

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

**7.) DIRECTORS AND PRINCIPAL OFFICERS:**   All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME: | MIKE DONOVAN | | |
| TITLE: | DIRECTOR | | |
| ADDRESS: | 2 NORTH MAIN STREET | | |
| CITY/ST/ZIP/CO: | HARRISONBURG, VA 22802 | | |

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME: | RICHARD MOORE | | |
| TITLE: | DIRECTOR | | |
| ADDRESS: | 2 NORTH MAIN STREET | | |
| CITY/ST/ZIP/CO: | HARRISONBURG, VA 22802 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **Secure by Nexus Inc.**

ID:        **07841786**

DCN:       **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Secure by Nexus Inc.**


     ID:   **07841786**


2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

          RICHARD MOORE
          2 NORTH MAIN STREET
          HARRISONBURG, VA 22802-0000            (HARRISONBURG CITY (FILED IN
     ROCKINGHAM COUNTY))


3.   The current registered agent is an individual who is a resident of Virginia and a director of the corporation.


4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

          INCORP SERVICES, INC.

          7288 Hanover Green Drive

          Mechanicsville, VA 23111            (HANOVER COUNTY)


5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.


6.   After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.


Signed on February 11, 2016, on behalf of Secure by Nexus Inc.

By: Richard Moore, Vice-President

    /s/ Richard Moore

1609030377

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

## RECEIPT

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name: **Secure by Nexus Inc.**

160907 0637

SCC ID No.: **0784178 - 6**

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP  J0011214 |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE**  **MECHANICSVILLE, VA 23111** | (Provide a complete address when a change is being made.)  10 Franklin Road, SE  Suite 900  Roanoke, VA   24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| **Section B** | The registered agent, whose business office address is identical with the registered office, is: | | |
|---|---|---|---|
| (1) an <u>individual</u> who is a resident of Virginia **and**  ☐ an officer of the corporation whose title is  _____  (e.g., president, secretary, treasurer)  ☐ a director of the corporation.  ☐ a member of the Virginia State Bar. | | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by:  _____ 3/10/16  (signature)                          (date)  **Micheal Donovan**  (printed name)  **President**  (title (e.g., president or chairman))    (See Instructions)  _____  (telephone number (optional)) | *The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*  ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

216192353–6/14/2017





**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

**REINSTATE**



11

1. CORPORATION NAME
   Secure by Nexus Inc.

DUE DATE:

SCC ID NO.: 0784178-6

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE VA 24011

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217 - ROANOKE CITY

6-14-17

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:  113 MILL PLACE PKWY | ADDRESS:  113 Mill Place Parkway<br>Suite 103 |
| CITY/ST/ZIP: VERONA VA 24482 | CITY/ST/ZIP:  Verona, VA  24482 |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR ☒<br>NAME: **MIKE DONOVAN**<br>TITLE: **DIRECTOR**<br>ADDRESS:  **2 NORTH MAIN STREET**<br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒  DIRECTOR ☒<br>NAME:  Micheal P. Donovan<br>TITLE:  President/CEO<br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br>CITY/ST/ZIP:  Verona, VA  24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Richard Mons EVP
PRINTED NAME AND TITLE

5/24/17
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216192353--6/14/2017

216192353

## 2016 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Secure by Nexus Inc.

DUE DATE:
SCC ID NO.:   0784178-6

### 7. DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct ☒ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br>NAME: **RICHARD MOORE**<br>TITLE: **DIRECTOR**<br>ADDRESS: **2 NORTH MAIN STREET**<br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br>NAME: Richard E. Moore<br>TITLE: Vice President<br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br>CITY/ST/ZIP: Verona, VA  24482 |

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☒ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br>NAME: Evan M. Ajin<br>TITLE: Vice President<br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br>CITY/ST/ZIP: Verona, VA  24482 |

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☒ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☐<br>NAME: Timothy D. Okonski<br>TITLE: Secretary/Treasurer<br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br>CITY/ST/ZIP: Verona, VA  24482 |

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 14, 2017

BRITTNEY A HASENBECK
GENTRY LOCKE
PO BOX 40013
ROANOKE, VA 24022-0013

### RECEIPT

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    17-05-31-1464

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on June 14, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0353

```
CIS0353                         CIS                 06/14/17
1    78  CISM0180       CORPORATE DATA INQUIRY      11:07:18

   CORP ID:  0784178 - 6   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 03/31/17
   CORP NAME:  Secure by Nexus Inc._____
            _____
DATE OF CERTIFICATE:  11/03/2014 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                     CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR   MONITOR INDICATOR:
CHARTER FEE:  50.00     MON NO:          MON STATUS:  MONITOR DTE:
   R/A NAME:  GENTRY LOCKE RAKES & MOORE LLP

   STREET:  10 FRANKLIN RD SE STE 900               AR RTN MAIL:

     CITY:  ROANOKE            STATE :  VA  ZIP:  24011-0000
 R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE:  09/07/16  LOC.: 217
ACCEPTED AR#: 215 51 0309  DATE: 03/19/15              ROANOKE CITY
 CURRENT AR#: 215 51 0309  DATE: 03/19/15 STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY    INTEREST    TAXES     BALANCE     TOTAL SHARES
 16    100.00    10.00                                              100
 COMMAND:  ..............................................................
4AÛ                                                       06,016
```

0784178 - 6

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 14, 2017

ORDER OF REINSTATEMENT

The corporate existence of Secure by Nexus Inc., a domestic corporation, was automatically terminated on March 31, 2017.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CC:     BRITTNEY A HASENBECK
        GENTRY LOCKE
        PO BOX 40013
        ROANOKE, VA 24022-0013

REINACPT
CIS0353
17-05-31-1464

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION

2017 MAY 31   AM 10: 06

Date: _____

To:   State Corporation Commission
      Office of the Clerk

| Last Day for Reinstatement |
| March 31, 2022 |

From: **Secure by Nexus Inc.**
      SCC ID No. **0784178 - 6**

| 11 |

On behalf of Secure by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence. All required documents and fees are enclosed.

Sincerely,

*(signature)*

**Micheal P. Donovan**
(printed name)

**President/CEO**
(title)

| For Office Use Only | |
|---|---|
| DCN: | 170531-1464 |
| | |
| Reinstatement Fee: | $ 100 |
| Past Due Fees: ( ) | $ _____ |
| Total: | $ 100 |
| R/A? Yes: ___ No: ✓ N/C: | |
| A/R?: Yes: ✓ No: ___ YR: 2015 | |
| Exam By: HS | Date: 6-14-17 |

**Signing Requirements:**

This application **must** be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director. "Owner" and "registered agent" are not acceptable titles. See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent. (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

**Brittney A. Hasenbeck, Paralegal**        (540) 983-9326
(name)                                        (telephone number)

**C/o Gentry Locke   P.O. Box 40013, Roanoke, VA  24022-0013**
(mailing address)

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**

217151876--10/2/2017

**2017 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**



1. CORPORATION NAME:

   Secure by Nexus Inc.

   DUE DATE:   **11/30/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:   ENTITY

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.:   **0784178-6**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0010628

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME:  MICHAEL P. DONOVAN | NAME: |
| TITLE:  PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Tim Okonski.  CFO
_____
PRINTED NAME AND CORPORATE TITLE

9/28/2017
_____
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

217151876--10/2/2017

217151876

## 2017 ANNUAL REPORT CONTINUED

CORPORATION NAME:

Secure by Nexus Inc.

DUE DATE: **11/30/17**
SCC ID NO.: **0784178-6**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☒   DIRECTOR ☒

NAME:  EVAN M. AJIA

TITLE:  VICE PRESIDENT

ADDRESS:  113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☒   DIRECTOR ☒

NAME:  RICHARD E. MOORE

TITLE:  VICE PRESIDENT

ADDRESS:  113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☒   DIRECTOR ☐

NAME:  TIMOTHY D. OKONSKI

TITLE:  SECRET/TREASURE

ADDRESS:  113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



0010928

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

| SCC eFile | **2017 ANNUAL REPORT**<br>COMMONWEALTH OF VIRGINIA<br>STATE CORPORATION COMMISSION | 217542322 |

**1.) CORPORATION NAME:**

**Secure by Nexus Inc.**

DUE DATE: **11/30/2017**

**2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:**
**GENTRY LOCKE RAKES & MOORE, LLP**
**10 FRANKLIN RD SE STE 900**
**ROANOKE, VA**

SCC ID NO: **07841786**

**5.) STOCK INFORMATION**

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 100 |

**3.) CITY OR COUNTY OF VA REGISTERED OFFICE:**
**ROANOKE CITY**

**4.) STATE OR COUNTRY OF INCORPORATION:**
**VA**

**6.) PRINCIPAL OFFICE ADDRESS:**

ADDRESS:   113 MILL PLACE PARKWAY

CITY/ST/ZIP:   VERONA, VA  24482

**7.) DIRECTORS AND PRINCIPAL OFFICERS:**      All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MICHAEL P. DONOVAN<br>PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER    [x] DIRECTOR

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | EVAN M. AJIA<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER    [x] DIRECTOR

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD E. MOORE<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER    [x] DIRECTOR

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | TIMOTHY D. OKONSKI<br>SECRET/TREASURE<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER    [ ] DIRECTOR

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ MICHAEL P. DONOVAN | MICHAEL P. DONOVAN, PRESIDENT | 11/22/2017 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

1411500487

## ARTICLES OF INCORPORATION
## OF
## SECURE BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is Secure by Nexus Inc.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 100 shares of common stock.

4.   The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.   The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
| | Harrisonburg, VA 22802 |

7.   The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/    ilene marie tognini esq   Date: November 3, 2014
       ilene marie tognini esq

| **SCC eFile** | **2015 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 215510309 |

**1.) CORPORATION NAME:**

**Secure by Nexus Inc.**

DUE DATE: **3/19/2015**

**2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:**
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

SCC ID NO: **07841786**

**5.) STOCK INFORMATION**

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

**3.) CITY OR COUNTY OF VA REGISTERED OFFICE:**
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

**4.) STATE OR COUNTRY OF INCORPORATION:**
**VA**

**6.) PRINCIPAL OFFICE ADDRESS:**

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

**7.) DIRECTORS AND PRINCIPAL OFFICERS:**     All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MIKE DONOVAN<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD MOORE<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:          **Secure by Nexus Inc.**

ID:          **07841786**

DCN:         **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.　RE:　**Secure by Nexus Inc.**


　　ID:　**07841786**


2.　Current registered agent's name and registered office address on record (including the
　　jurisdiction in which the registered office is physically located):
　　　　　RICHARD MOORE
　　　　　2 NORTH MAIN STREET
　　　　　HARRISONBURG, VA 22802-0000　　　(HARRISONBURG CITY (FILED IN
ROCKINGHAM COUNTY))


3.　The current registered agent is an individual who is a resident of Virginia and a director of the
　　corporation.


4.　The registered agent's name and registered office address after this statement is filed with the
　　Commission (including the jurisdiction in which the registered office is physically located):
　　　　　INCORP SERVICES, INC.
　　　　　7288 Hanover Green Drive
　　　　　Mechanicsville, VA 23111　　　(HANOVER COUNTY)


5.　The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
　　limited liability company authorized to transact business in Virginia.


6.　After the foregoing change or changes are made, the corporation will be in compliance with the
　　requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.


Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
　　/s/ Richard Moore



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

.

RECEIPT
RAC
CISCCJ

1609030377



# COMMONWEALTH OF VIRGINIA
# STATE CORPORATION COMMISSION

## STATEMENT OF CHANGE OF REGISTERED
## OFFICE AND/OR REGISTERED AGENT

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:  **Secure by Nexus Inc.**

160907 0637

SCC ID No.: **0784178 - 6**

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP   J0011 214 |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE**  **MECHANICSVILLE, VA 23111** | (Provide a complete address when a change is being made.)  10 Franklin Road, SE  Suite 900  Roanoke, VA  24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| **Section B** | The registered agent, whose business office address is identical with the registered office, is: | | |
|---|---|---|---|
| (1) an <u>individual</u> who is a resident of Virginia <u>and</u>  ☐ an officer of the corporation whose title is  _____  (e.g., president, secretary, treasurer)  ☐ a director of the corporation.  ☐ a member of the Virginia State Bar. | | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|
| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by:  _____ (signature)   3/10/16 (date)  **Micheal Donovan**  (printed name)  **President**  (title (e.g., president or chairman))   (See Instructions)  _____ (telephone number (optional)) |

The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

216192353--6/14/2017

6192353



## 2016 ANNUAL REPORT
### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

### REINSTATE

11



1 0 4 0 7 8 4 1 7 8 8

1. CORPORATION NAME
Secure by Nexus Inc.

DUE DATE:

SCC ID NO.: 0784178-6

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE VA 24011

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
217 - ROANOKE CITY

6-14-17

4. STATE OR COUNTRY OF INCORPORATION:
VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:  113 MILL PLACE PKWY | ADDRESS:  113 Mill Place Parkway Suite 103 |
| CITY/ST/ZIP: VERONA VA 24482 | CITY/ST/ZIP:  Verona, VA  24482 |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR [X] | OFFICER [X]  DIRECTOR [X] |
| NAME: MIKE DONOVAN | NAME:  Micheal P. Donovan |
| TITLE: DIRECTOR | TITLE:  President/CEO |
| ADDRESS:  2 NORTH MAIN STREET | ADDRESS:  113 Mill Place Pkwy., Ste 103 |
| CITY/ST/ZIP: HARRISONBURG VA 22802 | CITY/ST/ZIP:  Verona, VA  24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Richard Moss EVP
PRINTED NAME AND TITLE

5/24/17
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216192353--6/14/2017

2 1 6 1 9 2 3 5 3

**2016 ANNUAL REPORT CONTINUED**

CORPORATE NAME:
Secure by Nexus Inc.

DUE DATE:
SCC ID NO.:  0784178-6

**7. DIRECTORS AND PRINCIPAL OFFICERS (continued):**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br>NAME:  **RICHARD MOORE**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:  **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br>NAME:  Richard E. Moore<br><br>TITLE:  Vice President<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP:  Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br>NAME:  Evan M. Ajin<br><br>TITLE:  Vice President<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☐<br>NAME:  Timothy D. Okonski<br><br>TITLE:  Secretary/Treasurer<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 14, 2017

BRITTNEY A HASENBECK
GENTRY LOCKE
PO BOX 40013
ROANOKE, VA 24022-0013

## RECEIPT

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    17-05-31-1464

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on June 14, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0353

```
CIS0353                         CIS                    06/14/17
1    78  CISM0180        CORPORATE DATA INQUIRY        11:07:18

    CORP ID:  0784178 - 6   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 03/31/17
    CORP NAME:  Secure by Nexus Inc._____

DATE OF CERTIFICATE:  11/03/2014 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA       STOCK INDICATOR:  S STOCK
MERGER IND:                        CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR   MONITOR INDICATOR:
CHARTER FEE:  50.00     MON NO:        MON STATUS:  MONITOR DTE:
  R/A NAME:  GENTRY LOCKE RAKES & MOORE LLP

    STREET:  10 FRANKLIN RD SE STE 900               AR RTN MAIL:

      CITY:  ROANOKE            STATE :  VA  ZIP:  24011-0000
  R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE:  09/07/16  LOC.: 217
ACCEPTED AR#: 215 51 0309  DATE: 03/19/15              ROANOKE CITY
 CURRENT AR#: 215 51 0309  DATE: 03/19/15 STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY   INTEREST   TAXES      BALANCE      TOTAL SHARES
 16    100.00    10.00                                             100
COMMAND:  ...........................................................
4AÛ                                                   06,016
```

0784178 - 6

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 14, 2017

ORDER OF REINSTATEMENT

The corporate existence of Secure by Nexus Inc., a domestic corporation, was automatically terminated on March 31, 2017.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CC:     BRITTNEY A HASENBECK
        GENTRY LOCKE
        PO BOX 40013
        ROANOKE, VA 24022-0013

REINACPT
CIS0353
17-05-31-1464

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION

2017 MAY 31   AM 10: 06

Date: _____

To:   State Corporation Commission
      Office of the Clerk

From: **Secure by Nexus Inc.**
      SCC ID No. **0784178 - 6**

| Last Day for Reinstatement |
| **March 31, 2022** |

| 11 |

On behalf of Secure by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_(signature)_

**Micheal P. Donovan**
(printed name)

**President/CEO**
(title)

For Office Use Only

DCN: **170531 - 1464**

Reinstatement Fee:   $ 100
Past Due Fees: (     ) $ _____
Total:               $ 100
R/A? Yes: ___ No: ✓ N/C: ___
A/R?: Yes: ✓ No: ___ YR: 2015
Exam By: UES   Date: 6-14-17

<u>Signing Requirements:</u>

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

**Brittney A. Hasenbeck, Paralegal**     **(540) 983-9326**
(name)                                    (telephone number)

**C/o Gentry Locke   P.O. Box 40013, Roanoke, VA   24022-0013**
(mailing address)

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**

**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217151876--10/2/2017

1. CORPORATION NAME:
   Secure by Nexus Inc.

   DUE DATE:  **11/30/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY
   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.:  **0784178-6**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:       All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br>NAME:  MICHAEL P. DONOVAN<br>TITLE:  PRESIDENT<br>ADDRESS:  113 MILL PLACE PKWY., STE 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_Tim Okonski  CFO_          9/28/2017

SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT          PRINTED NAME AND CORPORATE TITLE          DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2017 ANNUAL REPORT CONTINUED**

217151876--10/2/2017

217151876

| CORPORATION NAME: | DUE DATE: | **11/30/17** |
| --- | --- | --- |
| Secure by Nexus Inc. | SCC ID NO.: | **0784178-6** |

**7.   DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| --- | --- |
| **OFFICER ☒   DIRECTOR ☒** | **OFFICER ☐   DIRECTOR ☐** |
| NAME:  EVAN M. AJIA | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| --- | --- |
| **OFFICER ☒   DIRECTOR ☒** | **OFFICER ☐   DIRECTOR ☐** |
| NAME:  RICHARD E. MOORE | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| --- | --- |
| **OFFICER ☒   DIRECTOR ☐** | **OFFICER ☐   DIRECTOR ☐** |
| NAME:  TIMOTHY D. OKONSKI | NAME: |
| TITLE:  SECRET/TREASURE | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |



| Mark appropriate box unless area below is blank: ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| --- | --- |
| **OFFICER ☐   DIRECTOR ☐** | **OFFICER ☐   DIRECTOR ☐** |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| SCC eFile | **2017 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 217542322 |
|---|---|---|

| 1.) CORPORATION NAME: | DUE DATE: **11/30/2017** |
|---|---|

**Secure by Nexus Inc.**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**GENTRY LOCKE RAKES & MOORE, LLP**
**10 FRANKLIN RD SE STE 900**
**ROANOKE, VA**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**ROANOKE CITY**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:  113 MILL PLACE PARKWAY

CITY/ST/ZIP:  VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:  All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MICHAEL P. DONOVAN<br>PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER   [x] DIRECTOR

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | EVAN M. AJIA<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER   [x] DIRECTOR

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD E. MOORE<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER   [x] DIRECTOR

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | TIMOTHY D. OKONSKI<br>SECRET/TREASURE<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER   [ ] DIRECTOR

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ MICHAEL P. DONOVAN | MICHAEL P. DONOVAN, PRESIDENT | 11/22/2017 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

Secure by Nexus Inc.
113 MILL PLACE PARKWAY
VERONA, VA 24482

## RECEIPT

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    18-08-13-0755

Dear Customer:

   The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

   Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

   Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

Secure by Nexus Inc.
_____.
(name of corporation)

0784178-6
_____
(corporation's SCC ID #)

☑  The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)    (printed name)        (date)

**OR**

Gentry Locke Rakes & Moore, LLP                    180813 0755
_____
(name of business entity resigning as registered agent)

By: _William Gust_          W. William Gust, Esq. - Partner    8-6-18
(signature)                    (printed name and title)        (date)

| **PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing. |
|---|

**NOTICE TO THE ABOVE-REFERENCED CORPORATION**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

**SEE INSTRUCTIONS ON THE REVERSE**



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

1411500487

# ARTICLES OF INCORPORATION
## OF
## SECURE BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is Secure by Nexus Inc.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 100 shares of common stock.

4.  The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.  The following individuals are to serve as an initial director of the corporation:

    | Name | Address |
    | --- | --- |
    | Richard Moore | 2 North Main Street |
    | | Harrisonburg, VA 22802 |
    | Mike Donovan | 2 North Main Street |
    | | Harrisonburg, VA 22802 |

7.  The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/     ilene marie tognini esq   Date: November 3, 2014
        ilene marie tognini esq

| SCC eFile | **2015 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 215510309 |
|---|---|---|

| 1.) CORPORATION NAME: | DUE DATE: **3/19/2015** |
|---|---|

**Secure by Nexus Inc.**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:  113 MILL PLACE PKWY

CITY/ST/ZIP:  VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MIKE DONOVAN<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD MOORE<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:          **Secure by Nexus Inc.**

ID:          **07841786**

DCN:         **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.    RE:    **Secure by Nexus Inc.**

      ID:    **07841786**

2.    Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

           RICHARD MOORE
           2 NORTH MAIN STREET
           HARRISONBURG, VA 22802-0000          (HARRISONBURG CITY (FILED IN
      ROCKINGHAM COUNTY))

3.    The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.    The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

           INCORP SERVICES, INC.
           7288 Hanover Green Drive
           Mechanicsville, VA 23111          (HANOVER COUNTY)

5.    The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.    After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
    /s/ Richard Moore

160903037

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

### RECEIPT

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

.

RECEIPT
RAC
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

1609030377

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:   **Secure by Nexus Inc.**

160907 0637

SCC ID No.:  **0784178 - 6**

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent**<br>Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP<br>J0011214 |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office**<br>Address: | **7288 HANOVER GREEN DRIVE**<br><br>**MECHANICSVILLE, VA 23111** | (Provide a complete address when a change is being made.)<br>10 Franklin Road, SE<br>Suite 900<br>Roanoke, VA   24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an <u>individual</u> who is a resident of Virginia **and**
  ☐ an officer of the corporation whose title is
  _____
  (e.g., president, secretary, treasurer)
  ☐ a director of the corporation.
  ☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____   3/10/16
(signature)                        (date)

**Micheal Donovan**
(printed name)

**President**
(title (e.g., president or chairman))    (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

216192353=6/14/2017

6192353



## 2016 ANNUAL REPORT
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

### REINSTATE

11



1 0 4 0 7 8 4 1 7 8 8

1. CORPORATION NAME
   Secure by Nexus Inc.

   DUE DATE:

   SCC ID NO.: 0784178-6

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE VA 24011

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217 - ROANOKE CITY

   6-14-17

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   113 MILL PLACE PKWY | ADDRESS:   113 Mill Place Parkway<br>Suite 103 |
| CITY/ST/ZIP: VERONA VA 24482 | CITY/ST/ZIP:  Verona, VA  24482 |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below:☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR ☒<br>NAME: MIKE DONOVAN | OFFICER ☒  DIRECTOR ☒<br>NAME:  Micheal P. Donovan |
| TITLE: DIRECTOR | TITLE:  President/CEO |
| ADDRESS:   2 NORTH MAIN STREET | ADDRESS: 113 Mill Place Pkwy., Ste 103 |
| CITY/ST/ZIP: HARRISONBURG VA 22802 | CITY/ST/ZIP:  Verona, VA  24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Richard Mons EVP
PRINTED NAME AND TITLE

5/24/17
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216192353--6/14/2017

## 2016 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Secure by Nexus Inc.

DUE DATE:
SCC ID NO.: 0784178-6

**7. DIRECTORS AND PRINCIPAL OFFICERS (continued):**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct ☒ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br><br>NAME: **RICHARD MOORE**<br><br>TITLE: **DIRECTOR**<br><br>ADDRESS: **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br><br>NAME: Richard E. Moore<br><br>TITLE: Vice President<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA 24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct ☐ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction ☒ Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br><br>NAME: Evan M. Ajin<br><br>TITLE: Vice President<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA 24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct ☐ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction ☒ Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☐<br><br>NAME: Timothy D. Okonski<br><br>TITLE: Secretary/Treasurer<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA 24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct ☐ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 14, 2017

BRITTNEY A HASENBECK
GENTRY LOCKE
PO BOX 40013
ROANOKE, VA 24022-0013

**RECEIPT**

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    17-05-31-1464

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on June 14, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0353

```
CIS0353                          CIS                    06/14/17
1    78  CISM0180        CORPORATE DATA INQUIRY         11:07:18

   CORP ID:  0784178 - 6  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 03/31/17
   CORP NAME:  Secure by Nexus Inc._____

 _____
DATE OF CERTIFICATE:  11/03/2014 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:                    CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR   MONITOR INDICATOR:
CHARTER FEE:  50.00    MON NO:          MON STATUS:  MONITOR DTE:
  R/A NAME:  GENTRY LOCKE RAKES & MOORE LLP

   STREET:  10 FRANKLIN RD SE STE 900              AR RTN MAIL:

    CITY:  ROANOKE            STATE :  VA  ZIP: 24011-0000
 R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE:  09/07/16  LOC.: 217
ACCEPTED AR#: 215 51 0309  DATE: 03/19/15            ROANOKE CITY
 CURRENT AR#: 215 51 0309  DATE: 03/19/15 STATUS: A  ASSESSMENT INDICATOR:  0
YEAR     FEES     PENALTY    INTEREST    TAXES      BALANCE     TOTAL SHARES
 16     100.00     10.00                                              100
 COMMAND:  ...........................................................
4AÛ                                               06,016
```

0784178 - 6

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

AT RICHMOND, JUNE 14, 2017

ORDER OF REINSTATEMENT

The corporate existence of Secure by Nexus Inc., a domestic corporation, was automatically terminated on March 31, 2017. The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CC:    BRITTNEY A HASENBECK
       GENTRY LOCKE
       PO BOX 40013
       ROANOKE, VA 24022-0013

REINACPT
CIS0353
17-05-31-1464

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION

2017 MAY 31  AM 10: 06

Date: _____

To:   State Corporation Commission
      Office of the Clerk

| Last Day for Reinstatement |
| --- |
| **March 31, 2022** |

From:  **Secure by Nexus Inc.**
       SCC ID No. **0784178 - 6**

| 11 |
| --- |

On behalf of Secure by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

*(signature)*

**Micheal P. Donovan**
(printed name)

**President/CEO**
(title)

**For Office Use Only**

DCN: **170531 - 1464**

Reinstatement Fee:      $ 100
Past Due Fees: (     ) $ _____
Total:                  $ 150
R/A? Yes: ___ No: ✓  N/C: ___
A/R?: Yes: ✓ No: ___  YR: 2015
Exam By: LS    Date: 6-14-17

**Signing Requirements:**

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

**Brittney A. Hasenbeck, Paralegal**      **(540) 983-9326**
(name)                                    (telephone number)

**C/o Gentry Locke   P.O. Box 40013, Roanoke, VA   24022-0013**
(mailing address)

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**

**2017 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

217151876--10/2/2017

1. CORPORATION NAME:

   Secure by Nexus Inc.

   DUE DATE:   **11/30/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.:  **0784178-6**

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0010828

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME:  MICHAEL P. DONOVAN | NAME: |
| TITLE:  PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _(signature)_ | Tim Okonski.  CFO | 9/28/2017 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2017 ANNUAL REPORT CONTINUED**

217151876--10/2/2017

CORPORATION NAME:

Secure by Nexus Inc.

DUE DATE: **11/30/17**
SCC ID NO.: **0784178-6**

7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

| OFFICER ☒ DIRECTOR ☒ | OFFICER ☐ DIRECTOR ☐ |
|---|---|
| NAME:  EVAN M. AJIA | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

| OFFICER ☒ DIRECTOR ☒ | OFFICER ☐ DIRECTOR ☐ |
|---|---|
| NAME:  RICHARD E. MOORE | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

| OFFICER ☒ DIRECTOR ☐ | OFFICER ☐ DIRECTOR ☐ |
|---|---|
| NAME:  TIMOTHY D. OKONSKI | NAME: |
| TITLE:  SECRET/TREASURE | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |



---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

| OFFICER ☐ DIRECTOR ☐ | OFFICER ☐ DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| SCC eFile | **2017 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 217542322 |
|---|---|---|

**1.) CORPORATION NAME:**

**Secure by Nexus Inc.**

DUE DATE: **11/30/2017**

**2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:**
**GENTRY LOCKE RAKES & MOORE, LLP**
**10 FRANKLIN RD SE STE 900**
**ROANOKE, VA**

SCC ID NO: **07841786**

**5.) STOCK INFORMATION**

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

**3.) CITY OR COUNTY OF VA REGISTERED OFFICE:**
**ROANOKE CITY**

**4.) STATE OR COUNTRY OF INCORPORATION:**
**VA**

**6.) PRINCIPAL OFFICE ADDRESS:**

ADDRESS:  113 MILL PLACE PARKWAY

CITY/ST/ZIP:  VERONA, VA  24482

**7.) DIRECTORS AND PRINCIPAL OFFICERS:**   All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | [x] OFFICER | [x] DIRECTOR |
|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MICHAEL P. DONOVAN<br>PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | |

| | [x] OFFICER | [x] DIRECTOR |
|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | EVAN M. AJIA<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | |

| | [x] OFFICER | [x] DIRECTOR |
|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD E. MOORE<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | |

| | [x] OFFICER | [ ] DIRECTOR |
|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | TIMOTHY D. OKONSKI<br>SECRET/TREASURE<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ MICHAEL P. DONOVAN | MICHAEL P. DONOVAN, PRESIDENT | 11/22/2017 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.



# COMMONWEALTH OF VIRGINIA
# STATE CORPORATION COMMISSION

### Office of the Clerk

August 14, 2018

Secure by Nexus Inc.
113 MILL PLACE PARKWAY
VERONA, VA 24482

## RECEIPT

RE:      Secure by Nexus Inc.

ID:       0784178 - 6

DCN:    18-08-13-0755

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

Secure by Nexus Inc.
_____
(name of corporation)

0784178-6
_____
(corporation's SCC ID #)

☑  The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)        (printed name)              (date)

**OR**

Gentry Locke Rakes & Moore, LLP          180813 0755
_____
(name of business entity resigning as registered agent)

By: _[signature]_          W. William Gust, Esq. - Partner          8-6-18
(signature)                        (printed name and title)                (date)

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**NOTICE TO THE ABOVE-REFERENCED CORPORATION**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

**SEE INSTRUCTIONS ON THE REVERSE**

1809540808



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:          **Secure by Nexus Inc.**

ID:          **07841786**

DCN:         **1809186876**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

1809540808



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Secure by Nexus Inc.**

     ID:   **07841786**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):

          GENTRY LOCKE RAKES & MOORE, LLP
          10 FRANKLIN RD SE STE 900
          ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.   The current registered agent is Resigned.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):

          INCORP SERVICES, INC.
          7288 Hanover Green Drive
          Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
     /s/ Richard Moore



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

**ARTICLES OF INCORPORATION**

**OF**

**SECURE BY NEXUS INC.**

1411500487

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1. The name of the corporation is Secure by Nexus Inc.

2. The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3. The corporation is authorized to issue 100 shares of common stock.

4. The name of the corporation's initial registered agent is Richard Moore. The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5. The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802. The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6. The following individuals are to serve as an initial director of the corporation:

   | Name | Address |
   | --- | --- |
   | Richard Moore | 2 North Main Street |
   | | Harrisonburg, VA 22802 |
   | Mike Donovan | 2 North Main Street |
   | | Harrisonburg, VA 22802 |

7. The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/    ilene marie tognini esq   Date: November 3, 2014
       ilene marie tognini esq

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees. Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

1411500487

## ARTICLES OF INCORPORATION
## OF
## SECURE BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is Secure by Nexus Inc.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 100 shares of common stock.

4.  The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.  The following individuals are to serve as an initial director of the corporation:

    | Name | Address |
    | --- | --- |
    | Richard Moore | 2 North Main Street |
    | | Harrisonburg, VA 22802 |
    | Mike Donovan | 2 North Main Street |
    | | Harrisonburg, VA 22802 |

7.  The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/     ilene marie tognini esq   Date: November 3, 2014
        ilene marie tognini esq

| SCC eFile | **2015 ANNUAL REPORT**<br>COMMONWEALTH OF VIRGINIA<br>STATE CORPORATION COMMISSION | 215510309 |
|---|---|---|

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

DUE DATE: **3/19/2015**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | | OFFICER | | X | DIRECTOR |
|---|---|---|---|---|---|---|

NAME:   MIKE DONOVAN
TITLE:   DIRECTOR
ADDRESS:   2 NORTH MAIN STREET
CITY/ST/ZIP/CO:   HARRISONBURG, VA 22802

| | | | OFFICER | | X | DIRECTOR |
|---|---|---|---|---|---|---|

NAME:   RICHARD MOORE
TITLE:   DIRECTOR
ADDRESS:   2 NORTH MAIN STREET
CITY/ST/ZIP/CO:   HARRISONBURG, VA 22802

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

**ARTICLES OF INCORPORATION**

**OF**

**SECURE BY NEXUS INC.**

1411500487

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is Secure by Nexus Inc.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 100 shares of common stock.

4.  The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.  The following individuals are to serve as an initial director of the corporation:

    | Name | Address |
    | --- | --- |
    | Richard Moore | 2 North Main Street |
    | | Harrisonburg, VA 22802 |
    | Mike Donovan | 2 North Main Street |
    | | Harrisonburg, VA 22802 |

7.  The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/    ilene marie tognini esq   Date: November 3, 2014
       ilene marie tognini esq

| SCC eFile | **2015 ANNUAL REPORT**<br>COMMONWEALTH OF VIRGINIA<br>STATE CORPORATION COMMISSION | 215510309 |
|---|---|---|

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

DUE DATE: **3/19/2015**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MIKE DONOVAN<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD MOORE<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE<br>TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:         **Secure by Nexus Inc.**

ID:         **07841786**

DCN:        **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
CISECOM

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.    RE:    **Secure by Nexus Inc.**

      ID:    **07841786**

2.    Current registered agent's name and registered office address on record (including the
      jurisdiction in which the registered office is physically located):
                RICHARD MOORE
                2 NORTH MAIN STREET
                HARRISONBURG, VA 22802-0000           (HARRISONBURG CITY (FILED IN
      ROCKINGHAM COUNTY))

3.    The current registered agent is an individual who is a resident of Virginia and a director of the
      corporation.

4.    The registered agent's name and registered office address after this statement is filed with the
      Commission (including the jurisdiction in which the registered office is physically located):
                INCORP SERVICES, INC.
                7288 Hanover Green Drive
                Mechanicsville, VA 23111           (HANOVER COUNTY)

5.    The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
      limited liability company authorized to transact business in Virginia.

6.    After the foregoing change or changes are made, the corporation will be in compliance with the
      requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
      /s/ Richard Moore



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

1411500487

**ARTICLES OF INCORPORATION**

**OF**

**SECURE BY NEXUS INC.**

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is Secure by Nexus Inc.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 100 shares of common stock.

4.  The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.  The following individuals are to serve as an initial director of the corporation:

    | Name | Address |
    | --- | --- |
    | Richard Moore | 2 North Main Street |
    | | Harrisonburg, VA 22802 |
    | Mike Donovan | 2 North Main Street |
    | | Harrisonburg, VA 22802 |

7.  The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/    ilene marie tognini esq   Date: November 3, 2014
       ilene marie tognini esq

| SCC eFile | **2015 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 215510309 |
|---|---|---|

**1.) CORPORATION NAME:**

**Secure by Nexus Inc.**

DUE DATE: **3/19/2015**

**2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:**
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

SCC ID NO: **07841786**

**5.) STOCK INFORMATION**

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

**3.) CITY OR COUNTY OF VA REGISTERED OFFICE:**
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

**4.) STATE OR COUNTRY OF INCORPORATION:**
**VA**

**6.) PRINCIPAL OFFICE ADDRESS:**

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

**7.) DIRECTORS AND PRINCIPAL OFFICERS:**   All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME: | MIKE DONOVAN | | |
| TITLE: | DIRECTOR | | |
| ADDRESS: | 2 NORTH MAIN STREET | | |
| CITY/ST/ZIP/CO: | HARRISONBURG, VA 22802 | | |

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME: | RICHARD MOORE | | |
| TITLE: | DIRECTOR | | |
| ADDRESS: | 2 NORTH MAIN STREET | | |
| CITY/ST/ZIP/CO: | HARRISONBURG, VA 22802 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:         **Secure by Nexus Inc.**

ID:         **07841786**

DCN:        **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

*Joel H. Peck*

RECEIPT
CISECOM

Joel H. Peck
Clerk of the Commission



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Secure by Nexus Inc.**

     ID:   **07841786**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):
          RICHARD MOORE
          2 NORTH MAIN STREET
          HARRISONBURG, VA 22802-0000          (HARRISONBURG CITY (FILED IN
     ROCKINGHAM COUNTY))

3.   The current registered agent is an individual who is a resident of Virginia and a director of the
     corporation.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):
          INCORP SERVICES, INC.
          7288 Hanover Green Drive
          Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
     /s/ Richard Moore

160903037 7

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

.

RECEIPT
RAC
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:   **Secure by Nexus Inc.**

160907 0637

SCC ID No.:  **0784178 - 6**

| **Section A** | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | *Gentry Locke Rakes & Moore, LLP* J0011 214 |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE** **MECHANICSVILLE, VA 23111** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA   24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of _Roanoke_ |

*Section B **must** be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| **Section B** | The registered agent, whose business office address is identical with the registered office, is: | | |
|---|---|---|---|
| (1) an <u>individual</u> who is a resident of Virginia <u>and</u> ☐ an officer of the corporation whose title is _____ (e.g., president, secretary, treasurer) ☐ a director of the corporation. ☐ a member of the Virginia State Bar. | | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by: _____ (signature)    3/10/16 (date) **Micheal Donovan** (printed name) **President** (title (e.g., president or chairman))   (See Instructions) _____ (telephone number (optional)) | *The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.* ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

1411500487

# ARTICLES OF INCORPORATION
## OF
## SECURE BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is Secure by Nexus Inc.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 100 shares of common stock.

4.   The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.   The following individuals are to serve as an initial director of the corporation:

| Name | Address |
|------|---------|
| Richard Moore | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
| | Harrisonburg, VA 22802 |

7.   The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/   ilene marie tognini esq   Date: November 3, 2014
      ilene marie tognini esq

| **SCC eFile** | **2015 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 215510309 |

**1.) CORPORATION NAME:**

**Secure by Nexus Inc.**

**2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:**
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

**3.) CITY OR COUNTY OF VA REGISTERED OFFICE:**
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

**4.) STATE OR COUNTRY OF INCORPORATION:**
**VA**

DUE DATE: **3/19/2015**

SCC ID NO: **07841786**

**5.) STOCK INFORMATION**

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

**6.) PRINCIPAL OFFICE ADDRESS:**

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

**7.) DIRECTORS AND PRINCIPAL OFFICERS:**   All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MIKE DONOVAN<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD MOORE<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:          **Secure by Nexus Inc.**

ID:          **07841786**

DCN:         **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

*Joel H. Peck*

RECEIPT
CISECOM

Joel H. Peck
Clerk of the Commission

1602521110



eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.   RE:   **Secure by Nexus Inc.**

     ID:   **07841786**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

          RICHARD MOORE
          2 NORTH MAIN STREET
          HARRISONBURG, VA 22802-0000          (HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY))

3.   The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

          INCORP SERVICES, INC.

          7288 Hanover Green Drive

          Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Secure by Nexus Inc.

By: Richard Moore, Vice-President

     /s/ Richard Moore



160903 0377

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

1609030377

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:   **Secure by Nexus Inc.**          SCC ID No.: **0784178 - 6**

160907 0637

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent Name:** | INCORP SERVICES, INC. | Gentry Locke Rakes & Moore, LLP   J0011214 |
| **Qualification:** | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| **Registered Office Address:** | 7288 HANOVER GREEN DRIVE  MECHANICSVILLE, VA 23111 | (Provide a complete address when a change is being made.)  10 Franklin Road, SE  Suite 900  Roanoke, VA   24011 |
| **Locality:** | HANOVER COUNTY | ☐ County or ☒ City of __Roanoke__ |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an <u>individual</u> who is a resident of Virginia <u>and</u>
  ☐ an officer of the corporation whose title is

  _____
  (e.g., president, secretary, treasurer)

  ☐ a director of the corporation.
  ☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| Section C | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____    3/10/16
(signature)                  (date)

**Micheal Donovan**
(printed name)

**President**
(title (e.g., president or chairman))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**Personal Information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

216192353—6/14/2017

**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

**REINSTATE**

11

1. CORPORATION NAME
   Secure by Nexus Inc.

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE VA 24011

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217 - ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DUE DATE:

SCC ID NO.: 0784178-6

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:  113 MILL PLACE PKWY | ADDRESS:  113 Mill Place Parkway Suite 103 |
| CITY/ST/ZIP: VERONA VA 24482 | CITY/ST/ZIP:  Verona, VA  24482 |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct ☒ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below:☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒ | OFFICER ☒ DIRECTOR ☒ |
| NAME: **MIKE DONOVAN** | NAME:  Micheal P. Donovan |
| TITLE: **DIRECTOR** | TITLE:  President/CEO |
| ADDRESS:  **2 NORTH MAIN STREET** | ADDRESS: 113 Mill Place Pkwy., Ste 103 |
| CITY/ST/ZIP: **HARRISONBURG VA 22802** | CITY/ST/ZIP:  Verona, VA  24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Richard Mong EVP
PRINTED NAME AND TITLE

5/24/17
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216192353--6/14/2017

## 2016 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Secure by Nexus Inc.

DUE DATE:
SCC ID NO.:   0784178-6

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| | |
|---|---|
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☒<br><br>NAME:  **RICHARD MOORE**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:  **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br><br>NAME:  Richard E. Moore<br><br>TITLE:  Vice President<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP:  Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br><br>NAME:  Evan M. Ajin<br><br>TITLE:  Vice President<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☐<br><br>NAME:  Timothy D. Okonski<br><br>TITLE:  Secretary/Treasurer<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP:  Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

**ARTICLES OF INCORPORATION**
**OF**
**SECURE BY NEXUS INC.**

1411500487

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.   The name of the corporation is Secure by Nexus Inc.

2.   The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.   The corporation is authorized to issue 100 shares of common stock.

4.   The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.   The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.   The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
| | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
| | Harrisonburg, VA 22802 |

7.   The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/   ilene marie tognini esq   Date: November 3, 2014
      ilene marie tognini esq

| SCC eFile | **2015 ANNUAL REPORT**<br>COMMONWEALTH OF VIRGINIA<br>STATE CORPORATION COMMISSION | 215510309 |
|---|---|---|

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA**

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

DUE DATE: **3/19/2015**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MIKE DONOVAN<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD MOORE<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE<br>TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:          **Secure by Nexus Inc.**

ID:          **07841786**

DCN:         **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                          Sincerely,
CISECOM
                                 *Joel H. Peck*
                                 Joel H. Peck
                                 Clerk of the Commission

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.  RE:   **Secure by Nexus Inc.**

    ID:   **07841786**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

    RICHARD MOORE
    2 NORTH MAIN STREET
    HARRISONBURG, VA 22802-0000          (HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY))

3.  The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

    INCORP SERVICES, INC.

    7288 Hanover Green Drive

    Mechanicsville, VA 23111          (HANOVER COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
   /s/ Richard Moore

160903O377

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

### RECEIPT

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED
OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:  **Secure by Nexus Inc.**          SCC ID No.:  **0784178 - 6**

160907 0637

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | INCORP SERVICES, INC. | Gentry Locke Rakes & Moore, LLP |
| | | *J0011214* |
| Qualification: | B.E. AUTH IN VIRGINIA | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | | (Provide a complete address when a change is being made.) |
| | 7288 HANOVER GREEN DRIVE | 10 Franklin Road, SE Suite 900 Roanoke, VA   24011 |
| | MECHANICSVILLE, VA 23111 | |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of  Roanoke |

*Section B __must__ be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| **Section B** | The registered agent, whose business office address is identical with the registered office, is: | | |
|---|---|---|---|
| (1) an <u>individual</u> who is a resident of Virginia **and** ☐ an officer of the corporation whose title is _____ (e.g., president, secretary, treasurer) ☐ a director of the corporation. ☐ a member of the Virginia State Bar. | | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|
| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by: _____ (signature)    3/10/16 (date) **Micheal Donovan** (printed name) **President** (title (e.g., president or chairman))    (See Instructions) _____ (telephone number (optional)) | *The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.* ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

216192353=6/14/2017

H6192353



**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

**REINSTATE**

11



1. CORPORATION NAME
   Secure by Nexus Inc.

DUE DATE:

SCC ID NO.: **0784178-6**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE VA 24011

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217 - ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

6-14-17

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:  **113 MILL PLACE PKWY** | ADDRESS:  **113 Mill Place Parkway Suite 103** |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP:  **Verona, VA  24482** |

7. DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed.
                                         An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☒<br>NAME: **MIKE DONOVAN** | OFFICER ☒  DIRECTOR ☒<br>NAME:  **Micheal P. Donovan** |
| TITLE: **DIRECTOR** | TITLE:  **President/CEO** |
| ADDRESS:  **2 NORTH MAIN STREET** | ADDRESS:  **113 Mill Place Pkwy., Ste 103** |
| CITY/ST/ZIP: **HARRISONBURG VA 22802** | CITY/ST/ZIP:  **Verona, VA  24482** |

I affirm that the information contained in this report is accurate and complete as of the date below.

SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Richard Mons EVP
PRINTED NAME AND TITLE

5/24/17
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216192353--6/14/2017

**2016 ANNUAL REPORT CONTINUED**

CORPORATE NAME:
Secure by Nexus Inc.

DUE DATE:
SCC ID NO.:   0784178-6

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| | |
|---|---|
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☒<br><br>NAME:  **RICHARD MOORE**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:  **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br><br>NAME:  Richard E. Moore<br><br>TITLE:  Vice President<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP:  Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br><br>NAME:  Evan M. Ajin<br><br>TITLE:  Vice President<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☐<br><br>NAME:  Timothy D. Okonski<br><br>TITLE:  Secretary/Treasurer<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 14, 2017

BRITTNEY A HASENBECK
GENTRY LOCKE
PO BOX 40013
ROANOKE, VA 24022-0013

**RECEIPT**

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    17-05-31-1464

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with
this office.

The order of reinstatement was entered on June 14, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0353

```
CIS0353                          CIS                    06/14/17
1    78  CISM0180        CORPORATE DATA INQUIRY         11:07:18

   CORP ID:  0784178 - 6   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 03/31/17
   CORP NAME:  Secure by Nexus Inc._____
          _____
DATE OF CERTIFICATE:  11/03/2014 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA     STOCK INDICATOR:  S STOCK
MERGER IND:                     CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR   MONITOR INDICATOR:
CHARTER FEE:  50.00    MON NO:        MON STATUS:  MONITOR DTE:
   R/A NAME:  GENTRY LOCKE RAKES & MOORE LLP

   STREET:  10 FRANKLIN RD SE STE 900              AR RTN MAIL:

     CITY:  ROANOKE           STATE : VA  ZIP: 24011-0000
 R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 09/07/16  LOC.: 217
ACCEPTED AR#: 215 51 0309  DATE: 03/19/15              ROANOKE CITY
 CURRENT AR#: 215 51 0309  DATE: 03/19/15 STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES     PENALTY    INTEREST    TAXES      BALANCE      TOTAL SHARES
 16    100.00     10.00                                            100
COMMAND:  ..............................................................
4AÛ                                                     06,016
```

0784178 - 6

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 14, 2017

ORDER OF REINSTATEMENT

The corporate existence of Secure by Nexus Inc., a domestic corporation, was automatically terminated on March 31, 2017.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CC:      BRITTNEY A HASENBECK
         GENTRY LOCKE
         PO BOX 40013
         ROANOKE, VA 24022-0013

REINACPT
CIS0353
17-05-31-1464

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION

2017 MAY 31 AM 10: 06

Date: _____

To:  State Corporation Commission
     Office of the Clerk

| Last Day for Reinstatement |
| --- |
| **March 31, 2022** |

From: **Secure by Nexus Inc.**
      SCC ID No. **0784178 - 6**

| 11 |
| --- |

   On behalf of Secure by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence. All required documents and fees are enclosed.

Sincerely,

_(signature)_

**Micheal P. Donovan**
(printed name)

**President/CEO**
(title)

| For Office Use Only | |
| --- | --- |
| DCN: | **170531 - 1464** |
| Reinstatement Fee: | $ 100 |
| Past Due Fees: ( ) | $ |
| Total: | $ 100 |
| R/A? Yes: ___ No: ✓ | N/C: |
| A/R?: Yes: ✓ No: ___ | YR: 2015 |
| Exam By: UB | Date: 6-14-17 |

**Signing Requirements:**

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director. "Owner" and "registered agent" are not acceptable titles. See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent. (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

**Brittney A. Hasenbeck, Paralegal**     **(540) 983-9326**
(name)                                   (telephone number)

**C/o Gentry Locke   P.O. Box 40013, Roanoke, VA**  24022-0013
(mailing address)

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

1411500487

## ARTICLES OF INCORPORATION
## OF
## SECURE BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is Secure by Nexus Inc.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 100 shares of common stock.

4.  The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.  The following individuals are to serve as an initial director of the corporation:

    | Name | Address |
    | --- | --- |
    | Richard Moore | 2 North Main Street |
    | | Harrisonburg, VA 22802 |
    | Mike Donovan | 2 North Main Street |
    | | Harrisonburg, VA 22802 |

7.  The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/     ilene marie tognini esq   Date: November 3, 2014
        ilene marie tognini esq

| **SCC eFile** | **2015 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 215510309 |

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

DUE DATE: **3/19/2015**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | [ ] | DIRECTOR | [X] |

NAME:   MIKE DONOVAN
TITLE:   DIRECTOR
ADDRESS:   2 NORTH MAIN STREET
CITY/ST/ZIP/CO:   HARRISONBURG, VA 22802

| | | OFFICER | [ ] | DIRECTOR | [X] |

NAME:   RICHARD MOORE
TITLE:   DIRECTOR
ADDRESS:   2 NORTH MAIN STREET
CITY/ST/ZIP/CO:   HARRISONBURG, VA 22802

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **Secure by Nexus Inc.**

ID:        **07841786**

DCN:       **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Secure by Nexus Inc.**

   ID:   **07841786**

2.   Current registered agent's name and registered office address on record (including the
   jurisdiction in which the registered office is physically located):
   RICHARD MOORE
   2 NORTH MAIN STREET
   HARRISONBURG, VA 22802-0000          (HARRISONBURG CITY (FILED IN
   ROCKINGHAM COUNTY))

3.   The current registered agent is an individual who is a resident of Virginia and a director of the
   corporation.

4.   The registered agent's name and registered office address after this statement is filed with the
   Commission (including the jurisdiction in which the registered office is physically located):
   INCORP SERVICES, INC.
   7288 Hanover Green Drive
   Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
   limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
   requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
   /s/ Richard Moore

160903O377

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:      Secure by Nexus Inc.

ID:      0784178 - 6

DCN:     16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

.

RECEIPT
RAC
CISCCJ

160903037 7



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED
OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name: **Secure by Nexus Inc.**          SCC ID No.: **0784178 - 6**

160907 0637

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| Registered Agent Name: | INCORP SERVICES, INC. | Gentry Locke Rakes & Moore, LLP  J0011214 |
| Qualification: | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| Registered Office Address: | 7288 HANOVER GREEN DRIVE  MECHANICSVILLE, VA 23111 | (Provide a complete address when a change is being made.)  10 Franklin Road, SE  Suite 900  Roanoke, VA  24011 |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of  Roanoke |

| *Section B* | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

| (1) an <u>individual</u> who is a resident of Virginia <u>and</u>  ☐ an officer of the corporation whose title is  _____  (e.g., president, secretary, treasurer)  ☐ a director of the corporation.  ☐ a member of the Virginia State Bar. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
|---|---|---|

| *Section C* | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by:  _____   3/10/16  (signature)           (date)  **Micheal Donovan**  (printed name)  **President**  (title (e.g., president or chairman))   (See Instructions)  _____  (telephone number (optional)) | *The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.*  ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |
|---|---|---|

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

216192353 = 6/14/2017

216192353

## 2016 ANNUAL REPORT
### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

### REINSTATE
11

1. CORPORATION NAME
   Secure by Nexus Inc.

   DUE DATE:

   SCC ID NO.: 0784178-6

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE VA 24011

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217 - ROANOKE CITY

   6-14-17

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:  113 MILL PLACE PKWY | ADDRESS:  113 Mill Place Parkway Suite 103 |
| CITY/ST/ZIP: VERONA VA 24482 | CITY/ST/ZIP:  Verona, VA  24482 |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
                                        An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct ☒ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR [X] | OFFICER [X]  DIRECTOR [x] |
| NAME: MIKE DONOVAN | NAME:  Micheal P. Donovan |
| TITLE: DIRECTOR | TITLE:  President/CEO |
| ADDRESS:  2 NORTH MAIN STREET | ADDRESS:  113 Mill Place Pkwy., Ste 103 |
| CITY/ST/ZIP: HARRISONBURG VA 22802 | CITY/ST/ZIP:  Verona, VA  24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____          Richard Mons EVP          5/24/17
SIGNATURE OF DIRECTOR/OFFICER      PRINTED NAME AND TITLE      DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216192353--6/14/2017

## 2016 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Secure by Nexus Inc.

DUE DATE:
SCC ID NO.:  0784178-6

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| | |
|---|---|
| Mark appropriate box unless area below is blank:<br>☐ Information is correct ☒ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction ☐ Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☒<br><br>NAME: **RICHARD MOORE**<br><br>TITLE: **DIRECTOR**<br><br>ADDRESS: **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br><br>NAME: Richard E. Moore<br><br>TITLE: Vice President<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct ☐ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☒ Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br><br>NAME: Evan M. Ajin<br><br>TITLE: Vice President<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct ☐ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☒ Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☐<br><br>NAME: Timothy D. Okonski<br><br>TITLE: Secretary/Treasurer<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct ☐ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 14, 2017

BRITTNEY A HASENBECK
GENTRY LOCKE
PO BOX 40013
ROANOKE, VA 24022-0013

## RECEIPT

RE:      Secure by Nexus Inc.

ID:      0784178 - 6

DCN:    17-05-31-1464

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on June 14, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0353

```
CIS0353                          CIS                    06/14/17
1    78  CISM0180       CORPORATE DATA INQUIRY          11:07:18

   CORP ID:  0784178 - 6  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 03/31/17
   CORP NAME:  Secure by Nexus Inc._____

   _____
DATE OF CERTIFICATE:  11/03/2014 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                    CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR   MONITOR INDICATOR:
CHARTER FEE:  50.00     MON NO:          MON STATUS:  MONITOR DTE:
   R/A NAME:  GENTRY LOCKE RAKES & MOORE LLP

   STREET:  10 FRANKLIN RD SE STE 900              AR RTN MAIL:

    CITY:  ROANOKE             STATE :  VA  ZIP:  24011-0000
  R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE:  09/07/16  LOC.: 217
ACCEPTED AR#: 215 51 0309  DATE: 03/19/15              ROANOKE CITY
 CURRENT AR#: 215 51 0309  DATE: 03/19/15 STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES     PENALTY    INTEREST    TAXES      BALANCE      TOTAL SHARES
 16    100.00     10.00                                              100
COMMAND:  ..........................................................
4AÛ                                            06,016
```

0784178 - 6

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 14, 2017

ORDER OF REINSTATEMENT

The corporate existence of Secure by Nexus Inc., a domestic corporation, was automatically terminated on March 31, 2017.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CC:     BRITTNEY A HASENBECK
        GENTRY LOCKE
        PO BOX 40013
        ROANOKE, VA 24022-0013

REINACPT
CIS0353
17-05-31-1464

# APPLICATION FOR REINSTATEMENT

## OF A VIRGINIA CORPORATION

SCC-CLERK'S
OFFICE
2017 MAY 31  AM 10: 06

Date: _____

To:   State Corporation Commission

Office of the Clerk

| Last Day for Reinstatement |
| **March 31, 2022** |

From: **Secure by Nexus Inc.**

SCC ID No. **0784178 - 6**

| 11 |

On behalf of Secure by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_(signature)_

**Micheal P. Donovan**
(printed name)

**President/CEO**
(title)

| For Office Use Only |
| --- |
| DCN: **170531 - 1464** |
| |
| Reinstatement Fee:        $ 100 |
| Past Due Fees: (        ) $ |
| Total:        $ 150 |
| R/A?  Yes: ____  No: ✓  N/C: |
| A/R?: Yes: ✓  No: ____  YR: 2015 |
| Exam By: JS    Date: 6-14-17 |

Signing Requirements:

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

**Brittney A. Hasenbeck, Paralegal**        (540) 983-9326
(name)        (telephone number)

**C/o Gentry Locke  P.O. Box 40013, Roanoke, VA  24022-0013**
(mailing address)

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**

**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217151876--10/2/2017

1. CORPORATION NAME:

   Secure by Nexus Inc.

   DUE DATE:   **11/30/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:   ENTITY

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.:   **0784178-6**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0010828

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:   MICHAEL P. DONOVAN | NAME: |
| TITLE:   PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _____<br>SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | Tim Okonski · CFO<br>PRINTED NAME AND CORPORATE TITLE | 9/28/2017<br>DATE |
|---|---|---|

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

217151876--10/2/2017

**2017 ANNUAL REPORT CONTINUED**

CORPORATION NAME:

Secure by Nexus Inc.

DUE DATE:  **11/30/17**
SCC ID NO.:  **0784178-6**

7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME:  EVAN M. AJIA | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME:  RICHARD E. MOORE | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐ |
| NAME:  TIMOTHY D. OKONSKI | NAME: |
| TITLE:  SECRET/TREASURE | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |



| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐ |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

**ARTICLES OF INCORPORATION**
**OF**
**SECURE BY NEXUS INC.**

1411500487

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.      The name of the corporation is Secure by Nexus Inc.

2.      The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.      The corporation is authorized to issue 100 shares of common stock.

4.      The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.      The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.      The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
|  | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
|  | Harrisonburg, VA 22802 |

7.      The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/      ilene marie tognini esq   Date: November 3, 2014
         ilene marie tognini esq

| **SCC eFile** | **2015 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 215510309 |

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

DUE DATE: **3/19/2015**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

|  |  | ☐ OFFICER | ☒ DIRECTOR |
|--|--|-----------|-----------|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MIKE DONOVAN<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

|  |  | ☐ OFFICER | ☒ DIRECTOR |
|--|--|-----------|-----------|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD MOORE<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|-------------------|-------------------------|-----------|
| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE<br>TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:          **Secure by Nexus Inc.**

ID:          **07841786**

DCN:          **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Secure by Nexus Inc.**

     ID:   **07841786**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):

           RICHARD MOORE
           2 NORTH MAIN STREET
           HARRISONBURG, VA 22802-0000           (HARRISONBURG CITY (FILED IN
     ROCKINGHAM COUNTY))

3.   The current registered agent is an individual who is a resident of Virginia and a director of the
     corporation.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):

           INCORP SERVICES, INC.
           7288 Hanover Green Drive
           Mechanicsville, VA 23111           (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
     /s/ Richard Moore

160903 0377

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:      Secure by Nexus Inc.

ID:      0784178 - 6

DCN:    16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ

1609030377



## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

### STATEMENT OF CHANGE OF REGISTERED
### OFFICE AND/OR REGISTERED AGENT

**SCC635/834
(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

### REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.

Corporation's Name:   **Secure by Nexus Inc.**          **160907 0637**          SCC ID No.:  **0784178 - 6**

| Section A | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | *Gentry Locke Rakes & Moore, LLP* J0011214 |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE** **MECHANICSVILLE, VA 23111** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA  24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| Section B | The registered agent, whose business office address is identical with the registered office, is: | | |
|---|---|---|---|
| (1) an <u>individual</u> who is a resident of Virginia **and** ☐ an officer of the corporation whose title is _____ (e.g., president, secretary, treasurer) ☐ a director of the corporation. ☐ a member of the Virginia State Bar. | | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |

| Section C | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|
| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by: _____ (signature)     3/10/16 (date) **Micheal Donovan** (printed name) **President** (title (e.g., president or chairman))   (See Instructions) _____ (telephone number (optional)) |
| | *The following box must be checked when this form is signed by the current **registered agent**. See the Instructions for additional information.* ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

216192353=6/14/2017



## 2016 ANNUAL REPORT
### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

### REINSTATE

11

1. CORPORATION NAME
   Secure by Nexus Inc.

DUE DATE:

SCC ID NO.: 0784178-6

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE VA 24011

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217 - ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   113 MILL PLACE PKWY | ADDRESS:  113 Mill Place Parkway Suite 103 |
| CITY/ST/ZIP: VERONA VA 24482 | CITY/ST/ZIP:  Verona, VA  24482 |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
                                          An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐Information is correct ☒Information is incorrect ☐Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below:☒Correction ☐Addition ☐Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒ | OFFICER ☒ DIRECTOR ☒ |
| NAME: MIKE DONOVAN | NAME:  Micheal P. Donovan |
| TITLE: DIRECTOR | TITLE:  President/CEO |
| ADDRESS:  2 NORTH MAIN STREET | ADDRESS:  113 Mill Place Pkwy., Ste 103 |
| CITY/ST/ZIP: HARRISONBURG VA 22802 | CITY/ST/ZIP:  Verona, VA  24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT

Richard Mors EVP
PRINTED NAME AND TITLE

5/24/17
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216192353--6/14/2017

216192353

## 2016 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Secure by Nexus Inc.

DUE DATE:
SCC ID NO.:  0784178-6

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br><br>NAME:  RICHARD MOORE<br><br>TITLE:  DIRECTOR<br><br>ADDRESS:  2 NORTH MAIN STREET<br><br>CITY/ST/ZIP: HARRISONBURG VA 22802 | OFFICER ☒ DIRECTOR ☒<br><br>NAME:  Richard E. Moore<br><br>TITLE:  Vice President<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP:  Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br><br>NAME:  Evan M. Ajin<br><br>TITLE:  Vice President<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☐<br><br>NAME:  Timothy D. Okonski<br><br>TITLE:  Secretary/Treasurer<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 14, 2017

BRITTNEY A HASENBECK
GENTRY LOCKE
PO BOX 40013
ROANOKE, VA 24022-0013

**RECEIPT**

RE:      Secure by Nexus Inc.

ID:      0784178 - 6

DCN:    17-05-31-1464

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on June 14, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0353

```
CIS0353                         CIS                    06/14/17
 1   78  CISM0180        CORPORATE DATA INQUIRY         11:07:18

    CORP ID:  0784178 - 6  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 03/31/17
    CORP NAME:  Secure by Nexus Inc._____
             _____
DATE OF CERTIFICATE:  11/03/2014 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                   CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR   MONITOR INDICATOR:
CHARTER FEE:  50.00     MON NO:          MON STATUS:  MONITOR DTE:
   R/A NAME:  GENTRY LOCKE RAKES & MOORE LLP

    STREET:  10 FRANKLIN RD SE STE 900                AR RTN MAIL:

     CITY:  ROANOKE              STATE :  VA  ZIP:  24011-0000
 R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE:  09/07/16  LOC.: 217
ACCEPTED AR#: 215 51 0309  DATE: 03/19/15              ROANOKE CITY
 CURRENT AR#: 215 51 0309  DATE: 03/19/15 STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES     PENALTY    INTEREST    TAXES      BALANCE      TOTAL SHARES
 16    100.00     10.00                                              100
COMMAND:  ...........................................................
4AÛ                                                     06,016
```

0784178 - 6

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 14, 2017

ORDER OF REINSTATEMENT

The corporate existence of Secure by Nexus Inc., a domestic corporation, was automatically terminated on March 31, 2017.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CC:     BRITTNEY A HASENBECK
        GENTRY LOCKE
        PO BOX 40013
        ROANOKE, VA 24022-0013

REINACPT
CIS0353
17-05-31-1464

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION

2017 MAY 31  AM 10: 06

Date: _____

To:   State Corporation Commission
      Office of the Clerk

| Last Day for Reinstatement |
| **March 31, 2022** |

From: **Secure by Nexus Inc.**
      SCC ID No. **0784178 - 6**

| 11 |

On behalf of Secure by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_(signature)_

**Micheal P. Donovan**
(printed name)

**President/CEO**
(title)

| For Office Use Only |
| --- |
| DCN: **170531 1464** |
| Reinstatement Fee:   $ **100** |
| Past Due Fees: (        ) $ _____ |
| Total:                $ **150** |
| R/A?  Yes: ____   No: ✔   N/C: ____ |
| A/R?: Yes: ✔   No: ____   YR: **2015** |
| Exam By: **US**      Date: **6-14-17** |

## Signing Requirements:

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

**Brittney A. Hasenbeck, Paralegal**          (540) 983-9326
(name)                                        (telephone number)

**C/o Gentry Locke   P.O. Box 40013, Roanoke, VA   24022-0013**
(mailing address)

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**

217151876--10/2/2017

# 2017 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION



1. CORPORATION NAME:

   Secure by Nexus Inc.

   DUE DATE:  **11/30/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.:  **0784178-6**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0010828

| Mark appropriate box unless area below is blank: ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME:  MICHAEL P. DONOVAN | NAME: |
| TITLE:  PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Tim Okonski  CFO
PRINTED NAME AND CORPORATE TITLE

9/28/2017
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2017 ANNUAL REPORT CONTINUED**

217151876--10/2/2017

217151876

CORPORATION NAME:

Secure by Nexus Inc.

DUE DATE: **11/30/17**
SCC ID NO.: **0784178-6**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
|---|---|
| NAME:  EVAN M. AJIA | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

---

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
|---|---|
| NAME:  RICHARD E. MOORE | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

---

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

| OFFICER ☒  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐ |
|---|---|
| NAME:  TIMOTHY D. OKONSKI | NAME: |
| TITLE:  SECRET/TREASURE | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |



---

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | ☐ Correction  ☐ Addition  ☐ Replacement |

| OFFICER ☐  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| SCC eFile | **2017 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 217542322 |
|---|---|---|

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**GENTRY LOCKE RAKES & MOORE, LLP**
**10 FRANKLIN RD SE STE 900**
**ROANOKE, VA**

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**ROANOKE CITY**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

DUE DATE: **11/30/2017**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS: 113 MILL PLACE PARKWAY

CITY/ST/ZIP: VERONA, VA 24482

7.) DIRECTORS AND PRINCIPAL OFFICERS: All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MICHAEL P. DONOVAN<br>PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[X] OFFICER   [X] DIRECTOR

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | EVAN M. AJIA<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[X] OFFICER   [X] DIRECTOR

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD E. MOORE<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[X] OFFICER   [X] DIRECTOR

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | TIMOTHY D. OKONSKI<br>SECRET/TREASURE<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[X] OFFICER   [ ] DIRECTOR

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ MICHAEL P. DONOVAN | MICHAEL P. DONOVAN, | 11/22/2017 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRESIDENT<br>PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

1411500487

**ARTICLES OF INCORPORATION**

**OF**

**SECURE BY NEXUS INC.**

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is Secure by Nexus Inc.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 100 shares of common stock.

4.    The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.    The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
|  | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
|  | Harrisonburg, VA 22802 |

7.    The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/      ilene marie tognini esq   Date: November 3, 2014
         ilene marie tognini esq

| SCC eFile | **2015 ANNUAL REPORT**<br>COMMONWEALTH OF VIRGINIA<br>STATE CORPORATION COMMISSION | 215510309 |
|---|---|---|

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

DUE DATE: **3/19/2015**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

    ADDRESS: 113 MILL PLACE PKWY

    CITY/ST/ZIP: VERONA, VA 24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | [X] DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MIKE DONOVAN<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

| | | OFFICER | [X] DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD MOORE<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **Secure by Nexus Inc.**

ID:        **07841786**

DCN:       **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                                    Sincerely,
CISECOM

                                           Joel H. Peck
                                           Clerk of the Commission

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Secure by Nexus Inc.**


      ID:   **07841786**


2.   Current registered agent's name and registered office address on record (including the
      jurisdiction in which the registered office is physically located):
                  RICHARD MOORE
                  2 NORTH MAIN STREET
                  HARRISONBURG, VA 22802-0000          (HARRISONBURG CITY (FILED IN
      ROCKINGHAM COUNTY))


3.   The current registered agent is an individual who is a resident of Virginia and a director of the
      corporation.


4.   The registered agent's name and registered office address after this statement is filed with the
      Commission (including the jurisdiction in which the registered office is physically located):
                  INCORP SERVICES, INC.
                  7288 Hanover Green Drive
                  Mechanicsville, VA 23111          (HANOVER COUNTY)


5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
      limited liability company authorized to transact business in Virginia.


6.   After the foregoing change or changes are made, the corporation will be in compliance with the
      requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.


Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
      /s/ Richard Moore

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Secure by Nexus Inc.

ID:      0784178 - 6

DCN:    16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:  Secure by Nexus Inc.          SCC ID No.:  **0784178 - 6**

160907 0637

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| Registered Agent Name: | INCORP SERVICES, INC. | Gentry Locke Rakes & Moore, LLP  J0011214 |
| Qualification: | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| Registered Office Address: | 7288 HANOVER GREEN DRIVE  MECHANICSVILLE, VA 23111 | (Provide a complete address when a change is being made.)  10 Franklin Road, SE  Suite 900  Roanoke, VA  24011 |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of ___Roanoke___ |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| **Section B** | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an <u>individual</u> who is a resident of Virginia <u>and</u>
  ☐ an officer of the corporation whose title is

  _____
  (e.g., president, secretary, treasurer)

  ☐ a director of the corporation.

  ☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____  3/10/16
(signature)                      (date)

**Micheal Donovan**
(printed name)

**President**
(title (e.g., president or chairman))   (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

216192353=6/14/2017

216192353

**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

**REINSTATE**

11

||||||||||||||||||||||||||||
1 0 4 0 7 8 4 1 7 8 8

1. CORPORATION NAME
Secure by Nexus Inc.

DUE DATE:

SCC ID NO.: 0784178-6

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE VA 24011

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
217 - ROANOKE CITY

6-14-17

4. STATE OR COUNTRY OF INCORPORATION:
VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:  113 MILL PLACE PKWY | ADDRESS:  113 Mill Place Parkway<br>Suite 103 |
| CITY/ST/ZIP: VERONA VA 24482 | CITY/ST/ZIP:  Verona, VA  24482 |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
| NAME: MIKE DONOVAN | NAME:  Micheal P. Donovan |
| TITLE: DIRECTOR | TITLE:  President/CEO |
| ADDRESS:  2 NORTH MAIN STREET | ADDRESS: 113 Mill Place Pkwy., Ste 103 |
| CITY/ST/ZIP: HARRISONBURG VA 22802 | CITY/ST/ZIP:  Verona, VA  24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Richard Moss EVP
PRINTED NAME AND TITLE

5/24/17
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216192353--6/14/2017

**2016 ANNUAL REPORT CONTINUED**

CORPORATE NAME:
Secure by Nexus Inc.

DUE DATE:
SCC ID NO.:  0784178-6

7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br><br>NAME:  **RICHARD MOORE**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:  **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br><br>NAME:  Richard E. Moore<br><br>TITLE:  Vice President<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP:  Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br><br>NAME:  Evan M. Ajin<br><br>TITLE:  Vice President<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☐<br><br>NAME:  Timothy D. Okonski<br><br>TITLE:  Secretary/Treasurer<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



# COMMONWEALTH OF VIRGINIA
# STATE CORPORATION COMMISSION

### Office of the Clerk

June 14, 2017

BRITTNEY A HASENBECK
GENTRY LOCKE
PO BOX 40013
ROANOKE, VA 24022-0013

## RECEIPT

RE:       Secure by Nexus Inc.

ID:       0784178 - 6

DCN:      17-05-31-1464

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on June 14, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0353

```
CIS0353                        CIS                    06/14/17
1   78  CISM0180        CORPORATE DATA INQUIRY        11:07:18

    CORP ID:  0784178 - 6  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 03/31/17
    CORP NAME:  Secure by Nexus Inc._____
            _____
DATE OF CERTIFICATE:  11/03/2014 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                      CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR   MONITOR INDICATOR:
CHARTER FEE:  50.00     MON NO:         MON STATUS:  MONITOR DTE:
   R/A NAME:  GENTRY LOCKE RAKES & MOORE LLP

    STREET:  10 FRANKLIN RD SE STE 900            AR RTN MAIL:

      CITY:  ROANOKE            STATE : VA  ZIP: 24011-0000
  R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 09/07/16  LOC.: 217
ACCEPTED AR#: 215 51 0309  DATE: 03/19/15              ROANOKE CITY
 CURRENT AR#: 215 51 0309  DATE: 03/19/15 STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY   INTEREST   TAXES      BALANCE      TOTAL SHARES
 16    100.00    10.00                                              100
COMMAND:  ............................................................
4AÛ                                                      06,016
```

0784178 - 6

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 14, 2017

ORDER OF REINSTATEMENT

The corporate existence of Secure by Nexus Inc., a domestic corporation, was automatically terminated on March 31, 2017.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CC:       BRITTNEY A HASENBECK
          GENTRY LOCKE
          PO BOX 40013
          ROANOKE, VA 24022-0013

REINACPT
CIS0353
17-05-31-1464

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION

2017 MAY 31   AM 10: 06

Date: _____

To:   State Corporation Commission
      Office of the Clerk

| Last Day for Reinstatement |
| **March 31, 2022** |

From: **Secure by Nexus Inc.**
      SCC ID No. **0784178 - 6**

| 11 |

On behalf of Secure by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence. All required documents and fees are enclosed.

Sincerely,

_(signature)_

**Micheal P. Donovan**
(printed name)

**President/CEO**
(title)

For Office Use Only

DCN: **170531 1464**

Reinstatement Fee:  $ 100
Past Due Fees: ( ) $ _____
Total: $ 150

R/A? Yes: ____ No: ✓ N/C: ____
A/R?: Yes: ✓ No: ____ YR: 2015
Exam By: JES   Date: 6-14-17

**Signing Requirements:**

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director. "Owner" and "registered agent" are not acceptable titles. See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent. (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

**Brittney A. Hasenbeck, Paralegal**        (540) 983-9326
        (name)                                    (telephone number)

**C/o Gentry Locke   P.O. Box 40013, Roanoke, VA** 24022-0013
                (mailing address)

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**

**2017 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

217151876--10/2/2017

1. CORPORATION NAME:

   Secure by Nexus Inc.

   DUE DATE:   **11/30/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:   ENTITY

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.:   **0784178-6**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0010628

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  MICHAEL P. DONOVAN | NAME: |
| TITLE:  PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____                Tim Okonski.  CFO                9/28/2017
SIGNATURE OF DIRECTOR/OFFICER           PRINTED NAME AND CORPORATE TITLE        DATE
     LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2017 ANNUAL REPORT CONTINUED**

217151876--10/2/2017

CORPORATION NAME:

Secure by Nexus Inc.

DUE DATE: **11/30/17**

SCC ID NO.: **0784178-6**

**7.   DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct    ☐ Information is incorrect    ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction    ☐ Addition    ☐ Replacement

| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME:  EVAN M. AJIA | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

---

Mark appropriate box unless area below is blank:
☐ Information is correct    ☐ Information is incorrect    ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction    ☐ Addition    ☐ Replacement

| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME:  RICHARD E. MOORE | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

---

Mark appropriate box unless area below is blank:
☐ Information is correct    ☐ Information is incorrect    ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction    ☐ Addition    ☐ Replacement

| OFFICER ☒   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: TIMOTHY D. OKONSKI | NAME: |
| TITLE:  SECRET/TREASURE | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |



---

Mark appropriate box unless area below is blank:
☐ Information is correct    ☐ Information is incorrect    ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction    ☐ Addition    ☐ Replacement

| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
|---|---|
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| SCC eFile | **2017 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 217542322 |
|---|---|---|

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

DUE DATE: **11/30/2017**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**GENTRY LOCKE RAKES & MOORE, LLP**
**10 FRANKLIN RD SE STE 900**
**ROANOKE, VA**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**ROANOKE CITY**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:  113 MILL PLACE PARKWAY

CITY/ST/ZIP:  VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | [x] OFFICER | [x] DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MICHAEL P. DONOVAN<br>PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | | |

| | | [x] OFFICER | [x] DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | EVAN M. AJIA<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | | |

| | | [x] OFFICER | [x] DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD E. MOORE<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | | |

| | | [x] OFFICER | [ ] DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | TIMOTHY D. OKONSKI<br>SECRET/TREASURE<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ MICHAEL P. DONOVAN | MICHAEL P. DONOVAN, PRESIDENT | 11/22/2017 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

Secure by Nexus Inc.
113 MILL PLACE PARKWAY
VERONA, VA 24482

**RECEIPT**

RE:      Secure by Nexus Inc.

ID:      0784178 - 6

DCN:    18-08-13-0755

Dear Customer:

   The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent.  As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

   Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise.  The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

   Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation.  The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov.  If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)                **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

Secure by Nexus Inc.
_____
(name of corporation)

0784178-6
_____
(corporation's SCC ID #)

☑   The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)          (printed name)          (date)

                          **OR**

Gentry Locke Rakes & Moore, LLP                    180813  0755
_____
(name of business entity resigning as registered agent)

By: _W. William Gust_          W. William Gust, Esq. - Partner          8-6-18
    (signature)                          (printed name and title)          (date)

| |
|---|
| **PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing. |

**NOTICE TO THE ABOVE-REFERENCED CORPORATION**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

**SEE INSTRUCTIONS ON THE REVERSE**



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

# CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

1411500487

## ARTICLES OF INCORPORATION
## OF
## SECURE BY NEXUS INC.

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.  The name of the corporation is Secure by Nexus Inc.

2.  The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.  The corporation is authorized to issue 100 shares of common stock.

4.  The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.  The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.  The following individuals are to serve as an initial director of the corporation:

    | Name | Address |
    | --- | --- |
    | Richard Moore | 2 North Main Street |
    | | Harrisonburg, VA 22802 |
    | Mike Donovan | 2 North Main Street |
    | | Harrisonburg, VA 22802 |

7.  The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/    ilene marie tognini esq   Date: November 3, 2014
       ilene marie tognini esq

| **SCC eFile** | **2015 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 215510309 |

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

DUE DATE: **3/19/2015**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | **x** DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MIKE DONOVAN<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

| | | OFFICER | **x** DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD MOORE<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **Secure by Nexus Inc.**

ID:        **07841786**

DCN:       **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                                    Sincerely,
CISECOM

                                           *Joel H. Peck*

                                           Joel H. Peck
                                           Clerk of the Commission

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Secure by Nexus Inc.**

     ID:   **07841786**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

          RICHARD MOORE
          2 NORTH MAIN STREET
          HARRISONBURG, VA 22802-0000          (HARRISONBURG CITY (FILED IN
ROCKINGHAM COUNTY))

3.   The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

          INCORP SERVICES, INC.
          7288 Hanover Green Drive
          Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
     /s/ Richard Moore

160903O377

**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



160903 0377

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:  **Secure by Nexus Inc.**          SCC ID No.:  **0784178 - 6**

160907 0637

| *Section A* | Current Information | Revised Information |
|---|---|---|
| **Registered Agent** Name: | INCORP SERVICES, INC. | Gentry Locke Rakes & Moore, LLP  *J0011 214* |
| Qualification: | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| **Registered Office** Address: | 7288 HANOVER GREEN DRIVE  MECHANICSVILLE, VA 23111 | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA   24011 |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| *Section B* | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

| (1) an <u>individual</u> who is a resident of Virginia <u>and</u>   ☐ an officer of the corporation whose title is  _____   (e.g., president, secretary, treasurer)   ☐ a director of the corporation.   ☐ a member of the Virginia State Bar. | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |
|---|---|---|

| *Section C* | IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles. |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by:  _____  3/10/16  (signature)              (date)  **Micheal Donovan**  (printed name)  **President**  (title (e.g., president or chairman))   (See Instructions)  _____  (telephone number (optional)) | *The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*  ☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |
|---|---|---|

**Personal Information,** such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

216192353=6/14/2017



## 2016 ANNUAL REPORT
### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION



### REINSTATE

11



1 0 4 0 7 8 4 1 7 8 8

1. CORPORATION NAME
   Secure by Nexus Inc.

DUE DATE:

SCC ID NO.: 0784178-6

2. VA REGISTERED AGENT NAME AND ADDRESS:  B.E. AUTH IN VIRGINI.

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE VA 24011

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217 - ROANOKE CITY

6-14-17

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions.  Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS:   113 MILL PLACE PKWY | ADDRESS:  113 Mill Place Parkway Suite 103 |
| CITY/ST/ZIP: VERONA VA 24482 | CITY/ST/ZIP:  Verona, VA  24482 |

7. DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed.
                                          An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐   DIRECTOR ☒ | OFFICER ☒   DIRECTOR ☒ |
| NAME: MIKE DONOVAN | NAME:  Micheal P. Donovan |
| TITLE: DIRECTOR | TITLE:  President/CEO |
| ADDRESS:   2 NORTH MAIN STREET | ADDRESS:  113 Mill Place Pkwy., Ste 103 |
| CITY/ST/ZIP: HARRISONBURG VA 22802 | CITY/ST/ZIP:  Verona, VA  24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____                Richard Mons EVP            5/24/17
SIGNATURE OF DIRECTOR/OFFICER                   PRINTED NAME AND TITLE          DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216192353--6/14/2017

# 2016 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Secure by Nexus Inc.

DUE DATE:
SCC ID NO.:  0784178-6

**7.  DIRECTORS AND PRINCIPAL OFFICERS (continued):**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br><br>NAME:  **RICHARD MOORE**<br><br>TITLE:  **DIRECTOR**<br><br>ADDRESS:  **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br><br>NAME:  Richard E. Moore<br><br>TITLE:  Vice President<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP:  Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br><br>NAME:  Evan M. Ajin<br><br>TITLE:  Vice President<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☐<br><br>NAME:  Timothy D. Okonski<br><br>TITLE:  Secretary/Treasurer<br><br>ADDRESS:  113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP:  Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 14, 2017

BRITTNEY A HASENBECK
GENTRY LOCKE
PO BOX 40013
ROANOKE, VA 24022-0013

**RECEIPT**

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    17-05-31-1464

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with
this office.

The order of reinstatement was entered on June 14, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0353

```
CIS0353                        CIS                    06/14/17
1    78  CISM0180        CORPORATE DATA INQUIRY         11:07:18

   CORP ID:  0784178 - 6   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 03/31/17
   CORP NAME:  Secure by Nexus Inc._____
             _____
DATE OF CERTIFICATE:  11/03/2014 PERIOD OF DURATION:    INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                     CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR   MONITOR INDICATOR:
CHARTER FEE:  50.00     MON NO:          MON STATUS:  MONITOR DTE:
   R/A NAME:  GENTRY LOCKE RAKES & MOORE LLP

     STREET:  10 FRANKLIN RD SE STE 900              AR RTN MAIL:

       CITY:  ROANOKE            STATE :  VA  ZIP:  24011-0000
   R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE:  09/07/16  LOC.: 217
ACCEPTED AR#: 215 51 0309  DATE: 03/19/15              ROANOKE CITY
 CURRENT AR#: 215 51 0309  DATE: 03/19/15 STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY   INTEREST   TAXES     BALANCE     TOTAL SHARES
 16     100.00    10.00                                              100
COMMAND:  ........................................................
4AÛ                                                       06,016
```

0784178 - 6

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 14, 2017

ORDER OF REINSTATEMENT

The corporate existence of Secure by Nexus Inc., a domestic corporation, was automatically terminated on March 31, 2017.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CC:    BRITTNEY A HASENBECK
       GENTRY LOCKE
       PO BOX 40013
       ROANOKE, VA 24022-0013

REINACPT
CIS0353
17-05-31-1464

# APPLICATION FOR REINSTATEMENT

## OF A VIRGINIA CORPORATION

2017 MAY 31  AM 10: 06

Date: _____

To:   State Corporation Commission

Office of the Clerk

| Last Day for Reinstatement |
|---|
| **March 31, 2022** |

From: **Secure by Nexus Inc.**

SCC ID No. **0784178 - 6**

| 11 |
|---|

On behalf of Secure by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_(signature)_

**Micheal P. Donovan**
(printed name)

**President/CEO**
(title)

| For Office Use Only |
|---|
| DCN: **170531-1464** |
| |
| Reinstatement Fee:       $ **100** |
| Past Due Fees: (         ) $ _____ |
| Total:                        $ **100** |
| R/A? Yes: ___ No: ✓ N/C: ___ |
| A/R?: Yes: ✓ No: ___ YR: **2015** |
| Exam By: **US**   Date: **6-14-17** |

Signing Requirements:

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

**Brittney A. Hasenbeck, Paralegal**        **(540) 983-9326**
(name)                                                    (telephone number)

**C/o Gentry Locke   P.O. Box 40013, Roanoke, VA   24022-0013**
(mailing address)

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM                                                                              **CORP**

**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217151876--10/2/2017

1. CORPORATION NAME:

   Secure by Nexus Inc.

   DUE DATE: **11/30/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0784178-6**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0010628

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☒ | OFFICER ☐ DIRECTOR ☐ |
| NAME:  MICHAEL P. DONOVAN | NAME: |
| TITLE:  PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_Tim Okonski_   CFO

9/28/2017

SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

PRINTED NAME AND CORPORATE TITLE

DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

217151876--10/2/2017

**2017 ANNUAL REPORT CONTINUED**

CORPORATION NAME:

Secure by Nexus Inc.

DUE DATE:  **11/30/17**

SCC ID NO.:  **0784178-6**

7.   DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |
| **OFFICER ☒   DIRECTOR ☒** | OFFICER ☐   DIRECTOR ☐ |
| NAME:  EVAN M. AJIA | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |
| **OFFICER ☒   DIRECTOR ☒** | OFFICER ☐   DIRECTOR ☐ |
| NAME:  RICHARD E. MOORE | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |
| **OFFICER ☒   DIRECTOR ☐** | OFFICER ☐   DIRECTOR ☐ |
| NAME:  TIMOTHY D. OKONSKI | NAME: |
| TITLE:  SECRET/TREASURE | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |



| Mark appropriate box unless area below is blank: | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: |
|---|---|
| ☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | ☐ Correction   ☐ Addition   ☐ Replacement |
| OFFICER ☐   DIRECTOR ☐ | OFFICER ☐   DIRECTOR ☐ |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |

| SCC eFile | **2017 ANNUAL REPORT**<br>COMMONWEALTH OF VIRGINIA<br>STATE CORPORATION COMMISSION | 217542322 |
|---|---|---|

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

DUE DATE: **11/30/2017**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**GENTRY LOCKE RAKES & MOORE, LLP**
**10 FRANKLIN RD SE STE 900**
**ROANOKE, VA**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**ROANOKE CITY**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:  113 MILL PLACE PARKWAY

CITY/ST/ZIP:  VERONA, VA 24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | [X] OFFICER | [X] DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MICHAEL P. DONOVAN<br>PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | | |

| | | [X] OFFICER | [X] DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | EVAN M. AJIA<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | | |

| | | [X] OFFICER | [X] DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD E. MOORE<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | | |

| | | [X] OFFICER | [ ] DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | TIMOTHY D. OKONSKI<br>SECRET/TREASURE<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ MICHAEL P. DONOVAN | MICHAEL P. DONOVAN, PRESIDENT | 11/22/2017 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

Secure by Nexus Inc.
113 MILL PLACE PARKWAY
VERONA, VA 24482

**RECEIPT**

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    18-08-13-0755

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

Secure by Nexus Inc.
_____
(name of corporation)

0784178-6
_____
(corporation's SCC ID #)

☑  The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by
certified mail to the principal office of the corporation on or before the business day following the day
on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)     (printed name)          (date)

**OR**

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _____  W. William Gust, Esq. - Partner    8-6-18
(signature)                          (printed name and title)          (date)

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT
required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these
documents is subject to public viewing.

**NOTICE TO THE ABOVE-REFERENCED CORPORATION**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of
Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to
transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The
corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or
before the effective date of the resignation by filing with the Commission a Statement of Change of Registered
Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be
completed    and    filed    electronically    through    the    Commission's    SCC    eFile    portal    at
**https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's
website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office
at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered
agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its
certificate of authority to transact business in Virginia ultimately will be automatically revoked.

**SEE INSTRUCTIONS ON THE REVERSE**

1809540808



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:　　　**Secure by Nexus Inc.**

ID:　　　**07841786**

DCN:　　　**1809186876**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1809540808



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.    RE:    **Secure by Nexus Inc.**

      ID:    **07841786**

2.    Current registered agent's name and registered office address on record (including the
      jurisdiction in which the registered office is physically located):

            GENTRY LOCKE RAKES & MOORE, LLP
            10 FRANKLIN RD SE STE 900
            ROANOKE, VA 24011-0000            (ROANOKE CITY)

3.    The current registered agent is Resigned.

4.    The registered agent's name and registered office address after this statement is filed with the
      Commission (including the jurisdiction in which the registered office is physically located):

            INCORP SERVICES, INC.
            7288 Hanover Green Drive
            Mechanicsville, VA 23111            (HANOVER COUNTY)

5.    The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
      limited liability company authorized to transact business in Virginia.

6.    After the foregoing change or changes are made, the corporation will be in compliance with the
      requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
    /s/ Richard Moore



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

## CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By _Judith Williams Jagdmann_

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

## ARTICLES OF INCORPORATION
## OF
## SECURE BY NEXUS INC.

1411500487

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.     The name of the corporation is Secure by Nexus Inc.

2.     The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.     The corporation is authorized to issue 100 shares of common stock.

4.     The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.     The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.     The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
|  | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
|  | Harrisonburg, VA 22802 |

7.     The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/      ilene marie tognini esq   Date: November 3, 2014
         ilene marie tognini esq

| **SCC eFile** | **2015 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 215510309 |
|---|---|---|

**1.) CORPORATION NAME:**

**Secure by Nexus Inc.**

DUE DATE: **3/19/2015**

**2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:**
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

SCC ID NO: **07841786**

**5.) STOCK INFORMATION**

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

**3.) CITY OR COUNTY OF VA REGISTERED OFFICE:**
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

**4.) STATE OR COUNTRY OF INCORPORATION:**
**VA**

**6.) PRINCIPAL OFFICE ADDRESS:**

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

**7.) DIRECTORS AND PRINCIPAL OFFICERS:**      All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MIKE DONOVAN<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD MOORE<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER<br>LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE<br>TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **Secure by Nexus Inc.**

ID:        **07841786**

DCN:       **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.  RE:   **Secure by Nexus Inc.**


     ID:   **07841786**

2.  Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):
              RICHARD MOORE
              2 NORTH MAIN STREET
              HARRISONBURG, VA 22802-0000          (HARRISONBURG CITY (FILED IN
     ROCKINGHAM COUNTY))

3.  The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.  The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):
              INCORP SERVICES, INC.
              7288 Hanover Green Drive
              Mechanicsville, VA 23111          (HANOVER COUNTY)

5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.  After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
     /s/ Richard Moore



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:      Secure by Nexus Inc.

ID:      0784178 - 6

DCN:     16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September 7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
RAC
CISCCJ



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED
OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:   **Secure by Nexus Inc.**          SCC ID No.:   **0784178 - 6**

160907 0637

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| Registered Agent Name: | INCORP SERVICES, INC. | *Gentry Locke Rakes & Moore, LLP* JOO11214 |
| Qualification: | B.E. AUTH IN VIRGINIA | (Use Section B to provide or change qualification information.) |
| Registered Office Address: | 7288 HANOVER GREEN DRIVE<br><br>MECHANICSVILLE, VA 23111 | (Provide a complete address when a change is being made.)<br>10 Franklin Road, SE<br>Suite 900<br>Roanoke, VA  24011 |
| Locality: | HANOVER COUNTY | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| **Section B** | The registered agent, whose business office address is identical with the registered office, is: | | |
|---|---|---|---|
| (1) an <u>individual</u> who is a resident of Virginia <u>and</u><br> ☐ an officer of the corporation whose title is<br><br>_____<br>(e.g., president, secretary, treasurer)<br> ☐ a director of the corporation.<br> ☐ a member of the Virginia State Bar. | | **OR** | (2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia. |

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

| The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be. | Signed on behalf of the corporation by:<br><br>_____  3/10/16<br>(signature)            (date)<br><br>Micheal Donovan<br>(printed name)<br><br>President<br>(title (e.g., president or chairman))    (See Instructions)<br><br>_____<br>(telephone number (optional)) | *The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*<br><br>☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission. |

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

216192353–6/14/2017



## 2016 ANNUAL REPORT
### COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

## REINSTATE

11




1. CORPORATION NAME
   Secure by Nexus Inc.

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE VA 24011

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217 - ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DUE DATE:

SCC ID NO.: 0784178-6

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

6-14-17

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS: **113 MILL PLACE PKWY** | ADDRESS: 113 Mill Place Parkway Suite 103 |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: Verona, VA 24482 |

7. DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed.
                                         An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below:☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒ | OFFICER ☒ DIRECTOR ☒ |
| NAME: **MIKE DONOVAN** | NAME: Micheal P. Donovan |
| TITLE: **DIRECTOR** | TITLE: President/CEO |
| ADDRESS: **2 NORTH MAIN STREET** | ADDRESS: 113 Mill Place Pkwy., Ste 103 |
| CITY/ST/ZIP: **HARRISONBURG VA 22802** | CITY/ST/ZIP: Verona, VA 24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Richard Mors EVP
PRINTED NAME AND TITLE

5/24/17
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216192353--6/14/2017

**2016 ANNUAL REPORT CONTINUED**

CORPORATE NAME:
Secure by Nexus Inc.

DUE DATE:
SCC ID NO.:   0784178-6

**7. DIRECTORS AND PRINCIPAL OFFICERS (continued):**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br>NAME: **RICHARD MOORE**<br><br>TITLE: **DIRECTOR**<br><br>ADDRESS: **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br>NAME: Richard E. Moore<br><br>TITLE: Vice President<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br>NAME: Evan M. Ajin<br><br>TITLE: Vice President<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☒ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☐<br>NAME: Timothy D. Okonski<br><br>TITLE: Secretary/Treasurer<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



1706660378

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 14, 2017

BRITTNEY A HASENBECK
GENTRY LOCKE
PO BOX 40013
ROANOKE, VA 24022-0013

**RECEIPT**

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    17-05-31-1464

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on June 14, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0353

```
CIS0353                        CIS                    06/14/17
1    78  CISM0180        CORPORATE DATA INQUIRY          11:07:18

   CORP ID:  0784178 - 6  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 03/31/17
   CORP NAME:  Secure by Nexus Inc._____

   _____
DATE OF CERTIFICATE:  11/03/2014 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                      CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR   MONITOR INDICATOR:
CHARTER FEE:  50.00     MON NO:         MON STATUS:  MONITOR DTE:
   R/A NAME:  GENTRY LOCKE RAKES & MOORE LLP

   STREET:  10 FRANKLIN RD SE STE 900              AR RTN MAIL:

   CITY:  ROANOKE             STATE : VA  ZIP: 24011-0000
 R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 09/07/16  LOC.: 217
ACCEPTED AR#: 215 51 0309  DATE: 03/19/15              ROANOKE CITY
 CURRENT AR#: 215 51 0309  DATE: 03/19/15 STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES    PENALTY   INTEREST    TAXES     BALANCE      TOTAL SHARES
 16    100.00    10.00                                              100
COMMAND:  .........................................................
4AÛ                                                         06,016
```

0784178 - 6

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, JUNE 14, 2017

ORDER OF REINSTATEMENT

The corporate existence of Secure by Nexus Inc., a domestic corporation, was automatically terminated on March 31, 2017.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.


STATE CORPORATION COMMISSION

By         *Judith Williams Jagdmann*

Judith Williams Jagdmann
Commissioner


CC:      BRITTNEY A HASENBECK
         GENTRY LOCKE
         PO BOX 40013
         ROANOKE, VA 24022-0013


REINACPT
CIS0353
17-05-31-1464

# APPLICATION FOR REINSTATEMENT

## OF A VIRGINIA CORPORATION

SCC-CLK
OPERATIONS
2017 MAY 31  AM 10: 06

Date: _____

To:   State Corporation Commission

      Office of the Clerk

| Last Day for Reinstatement |
| **March 31, 2022** |

From: **Secure by Nexus Inc.**

      SCC ID No. **0784178 - 6**

| 11 |

On behalf of Secure by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_(signature)_

**Micheal P. Donovan**

_(printed name)_

**President/CEO**

_(title)_

| For Office Use Only |
|---|
| DCN: **170531 - 1464** |
| |
| Reinstatement Fee:   $ 100 |
| Past Due Fees: (        ) $ |
| Total:                       $ 150 |
| R/A? Yes: ___ No: ✓ N/C: |
| A/R?: Yes: ✓ No: ___ YR: 2016 |
| Exam By: US   Date: 6-14-17 |

Signing Requirements:

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

**Brittney A. Hasenbeck, Paralegal**        (540) 983-9326

_(name)_                                                      _(telephone number)_

**C/o Gentry Locke   P.O. Box 40013, Roanoke, VA  24022-0013**

_(mailing address)_

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**

**2017 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

217151876--10/2/2017

1. CORPORATION NAME:

   Secure by Nexus Inc.

   DUE DATE:   **11/30/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.:   **0784178-6**

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0010628

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:   MICHAEL P. DONOVAN | NAME: |
| TITLE:   PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Tim Okonski.   CFO
PRINTED NAME AND CORPORATE TITLE

9/28/2017
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

## 2017 ANNUAL REPORT CONTINUED

217151876--10/2/2017

CORPORATION NAME:

Secure by Nexus Inc.

DUE DATE: **11/30/17**

SCC ID NO.: **0784178-6**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME:  EVAN M. AJIA | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐  DIRECTOR ☐ |
| NAME:  RICHARD E. MOORE | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐ |
| NAME:  TIMOTHY D. OKONSKI | NAME: |
| TITLE:  SECRET/TREASURE | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐ |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |



| SCC eFile | **2017 ANNUAL REPORT**<br>COMMONWEALTH OF VIRGINIA<br>STATE CORPORATION COMMISSION | 217542322 |

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**GENTRY LOCKE RAKES & MOORE, LLP**
**10 FRANKLIN RD SE STE 900**
**ROANOKE, VA**

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**ROANOKE CITY**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

DUE DATE: **11/30/2017**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:  113 MILL PLACE PARKWAY

CITY/ST/ZIP:  VERONA, VA 24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MICHAEL P. DONOVAN<br>PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER    [x] DIRECTOR

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | EVAN M. AJIA<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER    [x] DIRECTOR

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD E. MOORE<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER    [x] DIRECTOR

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | TIMOTHY D. OKONSKI<br>SECRET/TREASURE<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER    [ ] DIRECTOR

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ MICHAEL P. DONOVAN | MICHAEL P. DONOVAN, PRESIDENT | 11/22/2017 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

Secure by Nexus Inc.
113 MILL PLACE PARKWAY
VERONA, VA 24482

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 0784178 - 6

DCN: 18-08-13-0755

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)          **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

Secure by Nexus Inc.
_____
(name of corporation)

0784178-6
_____
(corporation's SCC ID #)

☑   The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)     (printed name)          (date)

                              **OR**

Gentry Locke Rakes & Moore, LLP                    180813 0755
_____
(name of business entity resigning as registered agent)

By: _W. William Gust_ (signature)    W. William Gust, Esq. - Partner    8-6-18
                                      (printed name and title)          (date)

**PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**NOTICE TO THE ABOVE-REFERENCED CORPORATION**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

**SEE INSTRUCTIONS ON THE REVERSE**

1809540808



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **Secure by Nexus Inc.**

ID:        **07841786**

DCN:       **1809186876**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                              Sincerely,
CISECOM

                                     Joel H. Peck
                                     Clerk of the Commission

1809540808



eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.   RE:   **Secure by Nexus Inc.**

     ID:   **07841786**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):
     GENTRY LOCKE RAKES & MOORE, LLP
     10 FRANKLIN RD SE STE 900
     ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.   The current registered agent is Resigned.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):
     INCORP SERVICES, INC.
     7288 Hanover Green Drive
     Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
     /s/ Richard Moore

**2018 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

218168610--11/29/201

1. CORPORATION NAME:

   Secure by Nexus Inc.

   DUE DATE:   **11/30/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:

   SCC ID NO.:   **0784178-6**

   PRINCIPAL OFFICE ADDRESS (RA RESIGNED)
   113 MILL PLACE PARKWAY
   VERONA, VA 24482

   5. TOTAL NUMBER OF AUTHORIZED
      SHARES: 100

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   -

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

001573

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:  MICHAEL P. DONOVAN | NAME: |
| TITLE:  PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____          Tim Olkonski - Officer          11/23/2016
SIGNATURE OF DIRECTOR/OFFICER                PRINTED NAME AND CORPORATE TITLE          DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

## 2018 ANNUAL REPORT CONTINUED

218168610--11/29/201

CORPORATION NAME:

Secure by Nexus Inc.

DUE DATE:  **11/30/18**
SCC ID NO.:  **0784178-6**

### 7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct  ☐ Information is incorrect  ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☒  DIRECTOR ☒

NAME:  EVAN M. AJIA

TITLE:  VICE PRESIDENT

ADDRESS:  113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐  DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct  ☐ Information is incorrect  ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☒  DIRECTOR ☒

NAME:  RICHARD E. MOORE

TITLE:  VICE PRESIDENT

ADDRESS:  113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐  DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct  ☐ Information is incorrect  ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☒  DIRECTOR ☐

NAME:  TIMOTHY D. OKONSKI

TITLE:  SECRET/TREASURE

ADDRESS:  113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐  DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

0001573



---

Mark appropriate box unless area below is blank:
☐ Information is correct  ☐ Information is incorrect  ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction  ☐ Addition  ☐ Replacement

OFFICER ☐  DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐  DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

1411500487

**ARTICLES OF INCORPORATION**

**OF**

**SECURE BY NEXUS INC.**

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is Secure by Nexus Inc.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 100 shares of common stock.

4.    The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.    The following individuals are to serve as an initial director of the corporation:

| Name | Address |
| --- | --- |
| Richard Moore | 2 North Main Street |
|  | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
|  | Harrisonburg, VA 22802 |

7.    The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/    ilene marie tognini esq   Date: November 3, 2014
       ilene marie tognini esq

| SCC eFile | **2015 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 215510309 |

| 1.) CORPORATION NAME: | DUE DATE: **3/19/2015** |
| --- | --- |

**Secure by Nexus Inc.**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
| --- | --- |
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

    ADDRESS:   113 MILL PLACE PKWY

    CITY/ST/ZIP:  VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:    All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | X DIRECTOR |
| --- | --- | --- | --- |
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MIKE DONOVAN<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

| | | OFFICER | X DIRECTOR |
| --- | --- | --- | --- |
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD MOORE<br>DIRECTOR<br>2 NORTH MAIN STREET<br>HARRISONBURG, VA 22802 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
| --- | --- | --- |
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:    **Secure by Nexus Inc.**

ID:    **07841786**

DCN:    **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT                                    Sincerely,
CISECOM

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1602521110



eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.  RE:    **Secure by Nexus Inc.**


    ID:    **07841786**


2.  Current registered agent's name and registered office address on record (including the
    jurisdiction in which the registered office is physically located):

    RICHARD MOORE
    2 NORTH MAIN STREET
    HARRISONBURG, VA 22802-0000          (HARRISONBURG CITY (FILED IN
    ROCKINGHAM COUNTY))


3.  The current registered agent is an individual who is a resident of Virginia and a director of the
    corporation.


4.  The registered agent's name and registered office address after this statement is filed with the
    Commission (including the jurisdiction in which the registered office is physically located):

    INCORP SERVICES, INC.

    7288 Hanover Green Drive

    Mechanicsville, VA 23111          (HANOVER COUNTY)


5.  The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
    limited liability company authorized to transact business in Virginia.


6.  After the foregoing change or changes are made, the corporation will be in compliance with the
    requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.


Signed on February 11, 2016, on behalf of Secure by Nexus Inc.

By: Richard Moore, Vice-President

   /s/ Richard Moore

16090303077

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

.

RECEIPT
RAC
CISCCJ



**COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED
OFFICE AND/OR REGISTERED AGENT**

SCC635/834
(04/16)

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:   **Secure by Nexus Inc.**                    SCC ID No.:  **0784178 - 6**

160907 0637

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| **Registered Agent** Name: | **INCORP SERVICES, INC.** | *Gentry Locke Rakes & Moore, LLP* J0011214 |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use **Section B** to provide or change qualification information.) |
| **Registered Office** Address: | **7288 HANOVER GREEN DRIVE** **MECHANICSVILLE, VA 23111** | (Provide a complete address when a change is being made.) 10 Franklin Road, SE Suite 900 Roanoke, VA   24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of  Roanoke |

*Section B must be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent.*

| **Section B** | The registered agent, whose business office address is identical with the registered office, is: |
|---|---|

(1) an <u>individual</u> who is a resident of Virginia **and**
    ☐ an officer of the corporation whose title is

_____
(e.g., president, secretary, treasurer)

    ☐ a director of the corporation.

    ☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| **Section C** | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____   3/10/16
(signature)                    (date)

**Micheal Donovan**
(printed name)

**President**
(title (e.g., president or chairman))    (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

**Personal Information**, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

216192353=6/14/2017

# 2016 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

### REINSTATE

11

1. CORPORATION NAME
   Secure by Nexus Inc.

DUE DATE:

SCC ID NO.: 0784178-6

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE VA 24011

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217 - ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

6-14-17

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS: **113 MILL PLACE PKWY** | ADDRESS: 113 Mill Place Parkway Suite 103 |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: Verona, VA 24482 |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct ☒ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below:☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR [X]<br>NAME: **MIKE DONOVAN**<br>TITLE: **DIRECTOR**<br>ADDRESS: **2 NORTH MAIN STREET**<br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER [X] DIRECTOR [X]<br>NAME: Micheal P. Donovan<br>TITLE: President/CEO<br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br>CITY/ST/ZIP: Verona, VA 24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Richard Mons EVP
PRINTED NAME AND TITLE

5/24/17
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216192353--6/14/2017

## 2016 ANNUAL REPORT CONTINUED

CORPORATE NAME:
Secure by Nexus Inc.

DUE DATE:
SCC ID NO.:  0784178-6

**7. DIRECTORS AND PRINCIPAL OFFICERS (continued):**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct ☒ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br>NAME: **RICHARD MOORE**<br>TITLE: **DIRECTOR**<br>ADDRESS: **2 NORTH MAIN STREET**<br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br>NAME: Richard E. Moore<br>TITLE: Vice President<br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☒ Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br>NAME: Evan M. Ajin<br>TITLE: Vice President<br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☒ Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☐<br>NAME: Timothy D. Okonski<br>TITLE: Secretary/Treasurer<br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

1706660378



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 14, 2017

BRITTNEY A HASENBECK
GENTRY LOCKE
PO BOX 40013
ROANOKE, VA 24022-0013

## RECEIPT

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    17-05-31-1464

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on June 14, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0353

```
CIS0353                        CIS                    06/14/17
1    78  CISM0180        CORPORATE DATA INQUIRY        11:07:18

    CORP ID:  0784178 - 6  STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 03/31/17
    CORP NAME:  Secure by Nexus Inc._____

DATE OF CERTIFICATE:  11/03/2014 PERIOD OF DURATION:     INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                     CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR   MONITOR INDICATOR:
CHARTER FEE: 50.00    MON NO:          MON STATUS:  MONITOR DTE:
   R/A NAME:  GENTRY LOCKE RAKES & MOORE LLP

    STREET:  10 FRANKLIN RD SE STE 900              AR RTN MAIL:

    CITY:  ROANOKE            STATE : VA  ZIP: 24011-0000
  R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 09/07/16  LOC.: 217
ACCEPTED AR#: 215 51 0309  DATE: 03/19/15              ROANOKE CITY
 CURRENT AR#: 215 51 0309  DATE: 03/19/15 STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES     PENALTY   INTEREST   TAXES      BALANCE     TOTAL SHARES
 16    100.00     10.00                                              100
COMMAND:  ........................................................
4AÛ                                                      06,016
```

0784178 - 6

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

AT RICHMOND, JUNE 14, 2017

ORDER OF REINSTATEMENT

The corporate existence of Secure by Nexus Inc., a domestic corporation, was automatically terminated on March 31, 2017.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CC:     BRITTNEY A HASENBECK
        GENTRY LOCKE
        PO BOX 40013
        ROANOKE, VA 24022-0013

REINACPT
CIS0353
17-05-31-1464

# APPLICATION FOR REINSTATEMENT

## OF A VIRGINIA CORPORATION

2017 MAY 31  AM 10: 06

Date: _____

To:   State Corporation Commission

Office of the Clerk

| Last Day for Reinstatement |
| :--: |
| **March 31, 2022** |

From: **Secure by Nexus Inc.**

SCC ID No. **0784178 - 6**

| 11 |
| :--: |

On behalf of Secure by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

*[signature]*

(signature)

**Micheal P. Donovan**

(printed name)

**President/CEO**

(title)

| For Office Use Only |
| :-- |
| DCN: **170531 - 1464** |
| |
| Reinstatement Fee:      $ **100** |
| Past Due Fees: (        ) $ _____ |
| Total:                  $ **150** |
| R/A?  Yes: ____  No: ✓  N/C: ____ |
| A/R?: Yes: ✓  No: ____  YR: **2015** |
| Exam By: **LES**   Date: **6-14-17** |

**Signing Requirements:**

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

**Brittney A. Hasenbeck, Paralegal**       **(540) 983-9326**

(name)                                      (telephone number)

**C/o Gentry Locke   P.O. Box 40013, Roanoke, VA   24022-0013**

(mailing address)

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**

217151876--10/2/2017

# 2017 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
### STATE CORPORATION COMMISSION

1. CORPORATION NAME:

   Secure by Nexus Inc.

   DUE DATE: **11/30/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS: ENTITY

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.: **0784178-6**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

0010628

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ☐ DIRECTOR ☐ |
| NAME:  MICHAEL P. DONOVAN | NAME: |
| TITLE:  PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

| _(signature)_ | Tim Okonski  CFO | 9/28/2017 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2017 ANNUAL REPORT CONTINUED**

217151876--10/2/2017

**CORPORATION NAME:**

Secure by Nexus Inc.

DUE DATE: **11/30/17**

SCC ID NO.: **0784178-6**

**7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct  ☐ Information is incorrect  ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction  ☐ Addition  ☐ Replacement

**OFFICER** ☒ **DIRECTOR** ☒

NAME: EVAN M. AJIA

TITLE: VICE PRESIDENT

ADDRESS: 113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP: VERONA, VA 24482

**OFFICER** ☐ **DIRECTOR** ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct  ☐ Information is incorrect  ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction  ☐ Addition  ☐ Replacement

**OFFICER** ☒ **DIRECTOR** ☒

NAME: RICHARD E. MOORE

TITLE: VICE PRESIDENT

ADDRESS: 113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP: VERONA, VA 24482

**OFFICER** ☐ **DIRECTOR** ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct  ☐ Information is incorrect  ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction  ☐ Addition  ☐ Replacement

**OFFICER** ☒ **DIRECTOR** ☐

NAME: TIMOTHY D. OKONSKI

TITLE: SECRET/TREASURE

ADDRESS: 113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP: VERONA, VA 24482

**OFFICER** ☐ **DIRECTOR** ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



---

Mark appropriate box unless area below is blank:
☐ Information is correct  ☐ Information is incorrect  ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction  ☐ Addition  ☐ Replacement

**OFFICER** ☐ **DIRECTOR** ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

**OFFICER** ☐ **DIRECTOR** ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

| SCC eFile | **2017 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 217542322 |

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

DUE DATE: **11/30/2017**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**GENTRY LOCKE RAKES & MOORE, LLP**
**10 FRANKLIN RD SE STE 900**
**ROANOKE, VA**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|------------|
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**ROANOKE CITY**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:  113 MILL PLACE PARKWAY

CITY/ST/ZIP:  VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:     All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MICHAEL P. DONOVAN<br>PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER   [x] DIRECTOR

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | EVAN M. AJIA<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER   [x] DIRECTOR

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD E. MOORE<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER   [x] DIRECTOR

| | |
|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | TIMOTHY D. OKONSKI<br>SECRET/TREASURE<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 |

[x] OFFICER   [ ] DIRECTOR

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

/s/ MICHAEL P. DONOVAN
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

MICHAEL P. DONOVAN,
PRESIDENT
PRINTED NAME AND CORPORATE
TITLE

11/22/2017
DATE

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

Secure by Nexus Inc.
113 MILL PLACE PARKWAY
VERONA, VA 24482

**RECEIPT**

RE:      Secure by Nexus Inc.

ID:      0784178 - 6

DCN:      18-08-13-0755

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)               **STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
                              (name of registered agent)

                        hereby resigns as the registered agent for

Secure by Nexus Inc.
_____
                              (name of corporation)

                    0784178-6
                  _____
                     (corporation's SCC ID #)

☑    The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by
certified mail to the principal office of the corporation on or before the business day following the day
on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)     (printed name)          (date)

                              **OR**

Gentry Locke Rakes & Moore, LLP                  180813 0755
_____
(name of business entity resigning as registered agent)

By: _____        W. William Gust, Esq. - Partner      8-6-18
      (signature)                           (printed name and title)            (date)

┌─────────────────────────────────────────────────────────────────────────────────────┐
│ **PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT │
│ required to be included in business entity documents filed with the Office of the Clerk of the Commission.  Any information provided on these │
│ documents is subject to public viewing.                                                                                                      │
└─────────────────────────────────────────────────────────────────────────────────────┘

**NOTICE TO THE ABOVE-REFERENCED CORPORATION**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of
Resignation is filed with the Commission.  The law requires each domestic and foreign corporation authorized to
transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office.  The
corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or
before the effective date of the resignation by filing with the Commission a Statement of Change of Registered
Office and/or Registered Agent on a form prescribed by the Commission.  A Statement of Change form can be
completed   and   filed   electronically   through   the   Commission's   SCC   eFile   portal   at
**https://sccefile.scc.virginia.gov/**.  A Statement of Change form can also be requested on the Commission's
website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office
at (804) 371-9733 or toll-free in Virginia at (866) 722-2551.  If the corporation fails to appoint a new registered
agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its
certificate of authority to transact business in Virginia ultimately will be automatically revoked.

**SEE INSTRUCTIONS ON THE REVERSE**

1809540808



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:         **Secure by Nexus Inc.**

ID:         **07841786**

DCN:        **1809186876**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

Sincerely,

RECEIPT
CISECOM

Joel H. Peck
Clerk of the Commission

1809540808



eFile
(12/09)

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

1.    RE:    **Secure by Nexus Inc.**

      ID:    **07841786**

2.    Current registered agent's name and registered office address on record (including the
      jurisdiction in which the registered office is physically located):
            GENTRY LOCKE RAKES & MOORE, LLP
            10 FRANKLIN RD SE STE 900
            ROANOKE, VA 24011-0000            (ROANOKE CITY)

3.    The current registered agent is Resigned.

4.    The registered agent's name and registered office address after this statement is filed with the
      Commission (including the jurisdiction in which the registered office is physically located):
            INCORP SERVICES, INC.
            7288 Hanover Green Drive
            Mechanicsville, VA 23111            (HANOVER COUNTY)

5.    The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
      limited liability company authorized to transact business in Virginia.

6.    After the foregoing change or changes are made, the corporation will be in compliance with the
      requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
      /s/ Richard Moore

**2018 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

218168610--11/29/201



1. CORPORATION NAME:

   Secure by Nexus Inc.

   DUE DATE:   **11/30/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:

   PRINCIPAL OFFICE ADDRESS (RA RESIGNED)
   113 MILL PLACE PARKWAY
   VERONA, VA 24482

   SCC ID NO.:   **0784178-6**

   5. TOTAL NUMBER OF AUTHORIZED
      SHARES: 100

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   -

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

001573

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒ DIRECTOR ☒<br><br>NAME:   MICHAEL P. DONOVAN<br>TITLE:   PRESIDENT<br>ADDRESS:   113 MILL PLACE PKWY., STE 103<br>CITY/ST/ZIP:   VERONA, VA 24482 | OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Tim Okonski - Officer
PRINTED NAME AND CORPORATE TITLE

11/23/2018
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2018 ANNUAL REPORT CONTINUED**

218168610--11/29/201

CORPORATION NAME:

Secure by Nexus Inc.

DUE DATE: **11/30/18**

SCC ID NO.: **0784178-6**

7.  DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☒   DIRECTOR ☒

NAME:  EVAN M. AJIA

TITLE:  VICE PRESIDENT

ADDRESS:  113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☒   DIRECTOR ☒

NAME:  RICHARD E. MOORE

TITLE:  VICE PRESIDENT

ADDRESS:  113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☒   DIRECTOR ☐

NAME:  TIMOTHY D. OKONSKI

TITLE:  SECRET/TREASURE

ADDRESS:  113 MILL PLACE PKWY., STE 103

CITY/ST/ZIP:  VERONA, VA 24482

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:



0001573

---

Mark appropriate box unless area below is blank:
☐ Information is correct   ☐ Information is incorrect   ☐ Delete information

If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:
☐ Correction   ☐ Addition   ☐ Replacement

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

OFFICER ☐   DIRECTOR ☐

NAME:

TITLE:

ADDRESS:

CITY/ST/ZIP:

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07841786
Filing Number: 200603727069
Filing Date/Time: 06/03/2020 05:34 PM
Effective Date/Time: 06/03/2020 05:34 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Secure by Nexus Inc. | Entity Type: | Stock Corporation |
| Entity ID: | 07841786 | Formation Date: | 11/03/2014 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 06/03/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services Inc | Stock Corporation | RICHARD MOORE | RICHARD MOORE | Executive Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 06/03/2020 05:30 PM | Stock Corporation | Annual Report | Pending |



1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

November 3, 2014

RICHARD MOORE
2 NORTH MAIN STREET
HARRISONBURG, VA 22802

**RECEIPT**

RE: Secure by Nexus Inc.

ID: 07841786

DCN: 14-11-03-6198

Dear Customer:

This is your receipt for $75.00 to cover the fee(s) for filing articles of incorporation with this office.

The effective date of the certificate of incorporation is November 3, 2014.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

CORPRCPT
NEWCD
CISECOM

P.O. Box 1197, Richmond, VA 23218-1197
Tyler Building, First Floor, 1300 East Main Street, Richmond, VA 23219-3630
Clerk's Office (804) 371-9733 or (866) 722-2551 (toll-free in Virginia) www.scc.virginia.gov/clk
Telecommunications Device for the Deaf-TDD/Voice: (804) 371-9206

1411500487

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

AT RICHMOND, NOVEMBER 3, 2014

The State Corporation Commission has found the accompanying articles submitted on behalf of

Secure by Nexus Inc.

to comply with the requirements of law, and confirms payment of all required fees.  Therefore, it is
ORDERED that this

CERTIFICATE OF INCORPORATION

be issued and admitted to record with the articles of incorporation in the Office of the Clerk of the
Commission, effective November 3, 2014.

The corporation is granted the authority conferred on it by law in accordance with the articles, subject to
the conditions and restrictions imposed by law.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CORPACPT
CISECOM
14-11-03-6198

eFile

**ARTICLES OF INCORPORATION**

**OF**

**SECURE BY NEXUS INC.**

1411500487

The undersigned, pursuant to Chapter 9 of Title 13.1 of the Code of Virginia, states as follows:

1.    The name of the corporation is Secure by Nexus Inc.

2.    The purpose for which the corporation is formed is to engage in any lawful business not required to be specifically set forth in these Articles for which a corporation may be incorporated under the Virginia Stock Corporation Act.

3.    The corporation is authorized to issue 100 shares of common stock.

4.    The name of the corporation's initial registered agent is Richard Moore.  The initial registered agent is an individual who is a resident of Virginia and an initial director of the corporation.

5.    The address of the corporation's initial registered office, which is identical to the business office of the initial registered agent, is 2 North Main Street, Harrisonburg, VA 22802.  The initial registered office is located in Harrisonburg City (Filed In Rockingham County), Virginia.

6.    The following individuals are to serve as an initial director of the corporation:

| Name | Address |
|------|---------|
| Richard Moore | 2 North Main Street |
|  | Harrisonburg, VA 22802 |
| Mike Donovan | 2 North Main Street |
|  | Harrisonburg, VA 22802 |

7.    The address of the corporation's principal office is 2 North Main Street, Harrisonburg, VA 22802.

INCORPORATOR:

/s/    ilene marie tognini esq   Date: November 3, 2014
       ilene marie tognini esq

| **SCC eFile** | **2015 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 215510309 |
|---|---|---|

**1.) CORPORATION NAME:**

**Secure by Nexus Inc.**

DUE DATE: **3/19/2015**

**2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:**
**RICHARD MOORE**
**2 NORTH MAIN STREET**
**HARRISONBURG, VA**

SCC ID NO: **07841786**

**5.) STOCK INFORMATION**

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

**3.) CITY OR COUNTY OF VA REGISTERED OFFICE:**
**HARRISONBURG CITY (FILED IN ROCKINGHAM COUNTY)**

**4.) STATE OR COUNTRY OF INCORPORATION:**
**VA**

**6.) PRINCIPAL OFFICE ADDRESS:**

ADDRESS:   113 MILL PLACE PKWY

CITY/ST/ZIP:   VERONA, VA  24482

**7.) DIRECTORS AND PRINCIPAL OFFICERS:**      All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME: | MIKE DONOVAN | | |
| TITLE: | DIRECTOR | | |
| ADDRESS: | 2 NORTH MAIN STREET | | |
| CITY/ST/ZIP/CO: | HARRISONBURG, VA 22802 | | |

| | | OFFICER | X DIRECTOR |
|---|---|---|---|
| NAME: | RICHARD MOORE | | |
| TITLE: | DIRECTOR | | |
| ADDRESS: | 2 NORTH MAIN STREET | | |
| CITY/ST/ZIP/CO: | HARRISONBURG, VA 22802 | | |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ RICHARD MOORE | RICHARD MOORE, DIRECTOR | 3/19/2015 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

February 11, 2016

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:     **Secure by Nexus Inc.**

ID:     **07841786**

DCN:    **1602116240**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is February 11, 2016.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

Joel H. Peck
Clerk of the Commission

1602521110



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Secure by Nexus Inc.**

     ID:   **07841786**

2.   Current registered agent's name and registered office address on record (including the jurisdiction in which the registered office is physically located):

         RICHARD MOORE
         2 NORTH MAIN STREET
         HARRISONBURG, VA 22802-0000         (HARRISONBURG CITY (FILED IN
ROCKINGHAM COUNTY))

3.   The current registered agent is an individual who is a resident of Virginia and a director of the corporation.

4.   The registered agent's name and registered office address after this statement is filed with the Commission (including the jurisdiction in which the registered office is physically located):

         INCORP SERVICES, INC.
         7288 Hanover Green Drive
         Mechanicsville, VA 23111         (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on February 11, 2016, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
     /s/ Richard Moore

1609030377

**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September  7, 2016

GENTRY LOCKE RAKES & MOORE LLP
10 FRANKLIN RD SE STE 900
ROANOKE, VA 24011

**RECEIPT**

RE:      Secure by Nexus Inc.

ID:      0784178 - 6

DCN:     16-09-07-0637

Dear Customer:

This is your acknowledgement for filing a statement of change of registered office / registered agent (SCC635/834) with this office.

The effective date of the change is September  7, 2016.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, 1-866-722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

.

RECEIPT
RAC
CISCCJ



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED**
**OFFICE AND/OR REGISTERED AGENT**

**SCC635/834**
**(04/16)**

*This form can be completed and filed online at www.sccefile.scc.virginia.gov.*

**REVIEW THE INSTRUCTIONS BEFORE SUBMITTING THIS FORM.**

Corporation's Name:  **Secure by Nexus Inc.**  SCC ID No.:  **0784178 - 6**

160907 0637

| *Section A* | **Current Information** | **Revised Information** |
|---|---|---|
| Registered Agent Name: | **INCORP SERVICES, INC.** | Gentry Locke Rakes & Moore, LLP  J0011214 |
| Qualification: | **B.E. AUTH IN VIRGINIA** | (Use Section B to provide or change qualification information.) |
| Registered Office Address: | **7288 HANOVER GREEN DRIVE**  **MECHANICSVILLE, VA 23111** | (Provide a complete address when a change is being made.)  10 Franklin Road, SE  Suite 900  Roanoke, VA 24011 |
| Locality: | **HANOVER COUNTY** | ☐ County or ☒ City of  Roanoke |

| *Section B* | The registered agent, whose business office address is identical with the registered office, is: | | |
|---|---|---|---|
| Section B *must* be completed (i) for a new registered agent or (ii) to change the qualification of the current registered agent. | | | |

(1) an <u>individual</u> who is a resident of Virginia **and**
   ☐ an officer of the corporation whose title is

   _____
   (e.g., president, secretary, treasurer)

   ☐ a director of the corporation.

   ☐ a member of the Virginia State Bar.

**OR**

(2) ☒ a Virginia or foreign stock or nonstock corporation, limited liability company or registered limited liability partnership authorized to transact business in Virginia.

| *Section C* | **IMPORTANT: See Instructions for who is authorized to sign this statement and for acceptable titles.** |
|---|---|

The person signing this statement affirms that after the foregoing change or changes are made, the corporation will be in compliance with the requirements of § 13.1-634 or § 13.1-833 of the Code of Virginia, as the case may be.

Signed on behalf of the corporation by:

_____    3/10/16
(signature)        (date)

**Micheal Donovan**
(printed name)

**President**
(title (e.g., president or chairman)) (See Instructions)

_____
(telephone number (optional))

*The following box must be checked when this form is signed by the current registered agent. See the Instructions for additional information.*

☐ By checking this box, the registered agent affirms that a copy of this statement has been or will be mailed to the Company's principal office address on or before the business day following the day on which this statement is filed with the Commission.

Personal Information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission. For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

216192353--6/14/2017

**2016 ANNUAL REPORT**
COMMONWEALTH OF VIRGINIA
STATE CORPORATION COMMISSION

**REINSTATE**

11

||||||||||||||||||||||||||||||||||
1 0 4 0 7 8 4 1 7 8 8

1. CORPORATION NAME
   Secure by Nexus Inc.

DUE DATE:

SCC ID NO.: **0784178-6**

2. VA REGISTERED AGENT NAME AND ADDRESS: B.E. AUTH IN VIRGINI.

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE VA 24011

5. STOCK INFORMATION:

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:
   217 - ROANOKE CITY

6-14-17

4. STATE OR COUNTRY OF INCORPORATION:
   VA - VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE. Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below. |
|---|---|
| ADDRESS: **113 MILL PLACE PKWY** | ADDRESS: 113 Mill Place Parkway Suite 103 |
| CITY/ST/ZIP: **VERONA VA 24482** | CITY/ST/ZIP: Verona, VA 24482 |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank: ☐ Information is correct ☒ Information is incorrect ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below: ☒ Correction ☐ Addition ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒ | OFFICER ☒ DIRECTOR ☒ |
| NAME: **MIKE DONOVAN** | NAME: Micheal P. Donovan |
| TITLE: **DIRECTOR** | TITLE: President/CEO |
| ADDRESS: **2 NORTH MAIN STREET** | ADDRESS: 113 Mill Place Pkwy., Ste 103 |
| CITY/ST/ZIP: **HARRISONBURG VA 22802** | CITY/ST/ZIP: Verona, VA 24482 |

I affirm that the information contained in this report is accurate and complete as of the date below.

SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT

Richard Moss EVP
PRINTED NAME AND TITLE

5/24/17
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

CISEMM

216192353--6/14/2017

2 1 6 1 9 2 3 5 3

**2016 ANNUAL REPORT CONTINUED**

CORPORATE NAME:
Secure by Nexus Inc.

DUE DATE:
SCC ID NO.: 0784178-6

**7. DIRECTORS AND PRINCIPAL OFFICERS (continued):**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☒ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☒ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐ DIRECTOR ☒<br><br>NAME: **RICHARD MOORE**<br><br>TITLE: **DIRECTOR**<br><br>ADDRESS: **2 NORTH MAIN STREET**<br><br>CITY/ST/ZIP: **HARRISONBURG VA 22802** | OFFICER ☒ DIRECTOR ☒<br><br>NAME: Richard E. Moore<br><br>TITLE: Vice President<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☒<br><br>NAME: Evan M. Ajin<br><br>TITLE: Vice President<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☒ DIRECTOR ☐<br><br>NAME: Timothy D. Okonski<br><br>TITLE: Secretary/Treasurer<br><br>ADDRESS: 113 Mill Place Pkwy., Ste 103<br><br>CITY/ST/ZIP: Verona, VA  24482 |
| Mark appropriate box unless area below is blank:<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete Information | If information at lower left is incorrect or blank, please mark appropriate box<br>and enter information below: ☐ Correction  ☐ Addition  ☐ Replacement |
| OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: | OFFICER ☐ DIRECTOR ☐<br><br>NAME:<br><br>TITLE:<br><br>ADDRESS:<br><br>CITY/ST/ZIP: |



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

June 14, 2017

BRITTNEY A HASENBECK
GENTRY LOCKE
PO BOX 40013
ROANOKE, VA 24022-0013

## RECEIPT

RE:      Secure by Nexus Inc.

ID:      0784178 - 6

DCN:     17-05-31-1464

This is your receipt for $100.00 to cover the fees for filing an application for reinstatement with this office.

The order of reinstatement was entered on June 14, 2017.

If you have any questions, please call (804) 371-9733 or toll-free in Virginia, (866) 722-2551.

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

RECEIPT
REIN
CIS0353

```
CIS0353                        CIS                  06/14/17
1    78  CISM0180        CORPORATE DATA INQUIRY         11:07:18

    CORP ID:  0784178 - 6   STATUS: 10  TERM(AUTO AR/$)  STATUS DATE: 03/31/17
    CORP NAME:  Secure by Nexus Inc._____

DATE OF CERTIFICATE:  11/03/2014 PERIOD OF DURATION:      INDUSTRY CODE: 00
STATE OF INCORPORATION:  VA VIRGINIA      STOCK INDICATOR:  S STOCK
MERGER IND:                     CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: N TERM(AUTO AR   MONITOR INDICATOR:
CHARTER FEE:  50.00     MON NO:         MON STATUS:  MONITOR DTE:
    R/A NAME:  GENTRY LOCKE RAKES & MOORE LLP

    STREET:  10 FRANKLIN RD SE STE 900              AR RTN MAIL:

     CITY:  ROANOKE              STATE : VA  ZIP: 24011-0000
  R/A STATUS:  5  B.E. AUTH IN VI  EFF. DATE: 09/07/16  LOC.: 217
ACCEPTED AR#: 215 51 0309  DATE: 03/19/15              ROANOKE CITY
 CURRENT AR#: 215 51 0309  DATE: 03/19/15 STATUS: A  ASSESSMENT INDICATOR:  0
YEAR    FEES     PENALTY    INTEREST    TAXES      BALANCE      TOTAL SHARES
 16    100.00     10.00                                              100
COMMAND:  ..............................................................
4AÛ                                                      06,016
```

0784178 - 6

## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION

AT RICHMOND, JUNE 14, 2017

ORDER OF REINSTATEMENT

The corporate existence of Secure by Nexus Inc., a domestic corporation, was automatically terminated on March 31, 2017.  The corporation has filed an application for reinstatement and has otherwise complied with the applicable requirements of law.

Therefore, it is ORDERED that the existence of the aforementioned corporation is reinstated.

STATE CORPORATION COMMISSION

By

Judith Williams Jagdmann
Commissioner

CC:      BRITTNEY A HASENBECK
         GENTRY LOCKE
         PO BOX 40013
         ROANOKE, VA 24022-0013

REINACPT
CIS0353
17-05-31-1464

# APPLICATION FOR REINSTATEMENT
## OF A VIRGINIA CORPORATION

2017 MAY 31   AM 10: 06

Date: _____

To:   State Corporation Commission

Office of the Clerk

| Last Day for Reinstatement |
| **March 31, 2022** |

From:  **Secure by Nexus Inc.**

SCC ID No. **0784178 - 6**

| 11 |

On behalf of Secure by Nexus Inc., the undersigned hereby requests the Commission to reinstate the corporation's existence.  All required documents and fees are enclosed.

Sincerely,

_(signature)_

**Micheal P. Donovan**
(printed name)

**President/CEO**
(title)

| For Office Use Only |
|---|
| DCN: **170531 ᴧ 1464** |
| Reinstatement Fee:  $ 100 |
| Past Due Fees: (          ) $ _____ |
| Total:  $ 150 |
| R/A?  Yes: _____  No: ✓  N/C: _____ |
| A/R?: Yes: ✓  No: _____  YR: 2015 |
| Exam By: UES   Date: 6-14-17 |

<u>Signing Requirements:</u>

This application <u>must</u> be signed on behalf of the corporation by an officer (such as, president, vice-president, secretary or treasurer) or by a director.  "Owner" and "registered agent" are not acceptable titles.  See § 13.1-604 of the Code of Virginia for stock corporations and § 13.1-804 of the Code for nonstock corporations.

Note: If this application is submitted with an annual report, the person signing this application must be listed in the annual report with the same title as is designated above.

Provide a name and mailing address to which correspondence regarding the filing of this document is to be sent.  (If left blank, it will be sent to the address on a cover letter, if any, or to the registered agent at the registered office.)

**Brittney A. Hasenbeck, Paralegal**   (540) 983-9326
(name)                                                                        (telephone number)

**C/o Gentry Locke   P.O. Box 40013, Roanoke, VA**   24022-0013
(mailing address)

Personal information, such as a social security number, should NOT be included in a business entity document submitted to the Office of the Clerk for filing with the Commission.  For more information, see Notice Regarding Personal Identifiable Information at www.scc.virginia.gov/clk.

REINSTAX
CISEMM

**CORP**

**2017 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

217151876--10/2/2017

1. CORPORATION NAME:

   Secure by Nexus Inc.

   DUE DATE:  **11/30/17**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:  ENTITY

   GENTRY LOCKE RAKES & MOORE LLP
   10 FRANKLIN RD SE STE 900
   ROANOKE, VA 24011

   SCC ID NO.:  **0784178-6**

5. STOCK INFORMATION

| CLASS | AUTHORIZED |
|-------|-----------|
| COMMON | 100 |

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   217-ROANOKE CITY

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0010628

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒ | OFFICER ☐   DIRECTOR ☐ |
| NAME:   MICHAEL P. DONOVAN | NAME: |
| TITLE:   PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____
SIGNATURE OF DIRECTOR/OFFICER
LISTED IN THIS REPORT

Tim Okonski.  CFO
PRINTED NAME AND CORPORATE TITLE

9/28/2017
DATE

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

**2017 ANNUAL REPORT CONTINUED**

217151876--10/2/2017

CORPORATION NAME:

Secure by Nexus Inc.

DUE DATE: **11/30/17**
SCC ID NO.: **0784178-6**

---

7. **DIRECTORS AND PRINCIPAL OFFICERS: (continued)**

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

---

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| **OFFICER ☒  DIRECTOR ☒** | **OFFICER ☐  DIRECTOR ☐** |
| NAME:  EVAN M. AJIA | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| **OFFICER ☒  DIRECTOR ☒** | **OFFICER ☐  DIRECTOR ☐** |
| NAME:  RICHARD E. MOORE | NAME: |
| TITLE:  VICE PRESIDENT | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| **OFFICER ☒  DIRECTOR ☐** | **OFFICER ☐  DIRECTOR ☐** |
| NAME:  TIMOTHY D. OKONSKI | NAME: |
| TITLE:  SECRET/TREASURE | TITLE: |
| ADDRESS:  113 MILL PLACE PKWY., STE 103 | ADDRESS: |
| CITY/ST/ZIP:  VERONA, VA 24482 | CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank: ☐ Information is correct ☐ Information is incorrect ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below: ☐ Correction ☐ Addition ☐ Replacement |
|---|---|
| **OFFICER ☐  DIRECTOR ☐** | **OFFICER ☐  DIRECTOR ☐** |
| NAME: | NAME: |
| TITLE: | TITLE: |
| ADDRESS: | ADDRESS: |
| CITY/ST/ZIP: | CITY/ST/ZIP: |



| SCC eFile | **2017 ANNUAL REPORT**<br>**COMMONWEALTH OF VIRGINIA**<br>**STATE CORPORATION COMMISSION** | 217542322 |
|---|---|---|

1.) CORPORATION NAME:

**Secure by Nexus Inc.**

DUE DATE: **11/30/2017**

2.) VA REGISTERED AGENT NAME AND OFFICE ADDRESS:
**GENTRY LOCKE RAKES & MOORE, LLP**
**10 FRANKLIN RD SE STE 900**
**ROANOKE, VA**

SCC ID NO: **07841786**

5.) STOCK INFORMATION

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 100 |

3.) CITY OR COUNTY OF VA REGISTERED OFFICE:
**ROANOKE CITY**

4.) STATE OR COUNTRY OF INCORPORATION:
**VA**

6.) PRINCIPAL OFFICE ADDRESS:

ADDRESS:  113 MILL PLACE PARKWAY

CITY/ST/ZIP:  VERONA, VA  24482

7.) DIRECTORS AND PRINCIPAL OFFICERS:      All directors and principal officers must be listed. An individual may be designated as both a director and an officer.

| | | | |
|---|---|---|---|
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | MICHAEL P. DONOVAN<br>PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | [x] OFFICER | [x] DIRECTOR |
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | EVAN M. AJIA<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | [x] OFFICER | [x] DIRECTOR |
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | RICHARD E. MOORE<br>VICE PRESIDENT<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | [x] OFFICER | [x] DIRECTOR |
| NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP/CO: | TIMOTHY D. OKONSKI<br>SECRET/TREASURE<br>113 MILL PLACE PKWY., STE 103<br>VERONA, VA 24482 | [x] OFFICER | [ ] DIRECTOR |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS ELECTRONIC REPORT IS ACCURATE AND COMPLETE AS OF THE DATE BELOW AND THAT I AM LEGALLY AUTHORIZED TO SIGN THIS REPORT.

| /s/ MICHAEL P. DONOVAN | MICHAEL P. DONOVAN, PRESIDENT | 11/22/2017 |
|---|---|---|
| SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT | PRINTED NAME AND CORPORATE TITLE | DATE |

It is a Class 1 misdemeanor for any person to sign a document, which includes this electronic record, that is false in any material respect with the intent that the document be delivered to the Commission for filing.



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

August 14, 2018

Secure by Nexus Inc.
113 MILL PLACE PARKWAY
VERONA, VA 24482

**RECEIPT**

RE:     Secure by Nexus Inc.

ID:     0784178 - 6

DCN:    18-08-13-0755

Dear Customer:

The registered agent of the above-referenced corporation filed with the State Corporation Commission on August 14, 2018, a statement of resignation as registered agent. As provided by statute, the resignation will become effective on the 31st day after the date on which the statement was filed.

Virginia law requires the corporation to maintain at all times a registered agent and registered office located in the Commonwealth for the purpose of receiving legal process, notice, etc. that is served by mail, personal delivery or otherwise. The law also provides for the automatic termination of the corporation's existence or revocation of the corporation's authority to transact business in Virginia, as the case may be, if it fails to establish a new registered agent and registered office in a timely manner.

Enclosed is the Commission form required to change the corporation's Virginia registered agent/office, which should be completed and returned to this office prior to the effective date of the agent's resignation. The Statement of Change of Registered Office and/or Registered Agent can also be filed online at https://sccefile.scc.virginia.gov. If you need more information with respect to the form you may contact us by telephone, (804) 371-9733 or toll-free in Virginia at 1-866-722-2551, or in writing.

Sincerely yours,

Clerk's Office

CORARES
CIS0363



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

SCC636/835
(07/10)

**STATEMENT OF RESIGNATION OF REGISTERED AGENT**

Gentry Locke Rakes & Moore, LLP
_____
(name of registered agent)

hereby resigns as the registered agent for

Secure by Nexus Inc.
_____
(name of corporation)

0784178-6
_____
(corporation's SCC ID #)

☑ The registered office of the corporation is also discontinued.
**(MARK THIS BOX IF APPLICABLE)**

The above-named registered agent hereby certifies that a copy of this statement will be mailed by certified mail to the principal office of the corporation on or before the business day following the day on which this statement is filed with the Commission.

_____
(signature of individual resigning as registered agent)   (printed name)   (date)

**OR**

Gentry Locke Rakes & Moore, LLP
_____
(name of business entity resigning as registered agent)

By: _____   W. William Gust, Esq. - Partner   8-6-18
    (signature)                (printed name and title)        (date)

180813 0755

> **PRIVACY ADVISORY:** Information such as social security number, date of birth, maiden name, or financial institution account numbers is NOT required to be included in business entity documents filed with the Office of the Clerk of the Commission. Any information provided on these documents is subject to public viewing.

**NOTICE TO THE ABOVE-REFERENCED CORPORATION**

The registered agent's resignation becomes effective on the 31st day after the date on which the Statement of Resignation is filed with the Commission. The law requires each domestic and foreign corporation authorized to transact business in Virginia to continuously maintain in Virginia a registered agent and a registered office. The corporation must appoint a new registered agent and, if appropriate, establish a new registered office on or before the effective date of the resignation by filing with the Commission a Statement of Change of Registered Office and/or Registered Agent on a form prescribed by the Commission. A Statement of Change form can be completed and filed electronically through the Commission's SCC eFile portal at **https://sccefile.scc.virginia.gov/**. A Statement of Change form can also be requested on the Commission's website at **http://www.scc.virginia.gov/clk/ElectronicFormRequest.aspx**, or by contacting the Clerk's Office at (804) 371-9733 or toll-free in Virginia at (866) 722-2551. If the corporation fails to appoint a new registered agent and, if applicable, establish a new registered office, its existence will be automatically terminated or its certificate of authority to transact business in Virginia ultimately will be automatically revoked.

**SEE INSTRUCTIONS ON THE REVERSE**

1809540808



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**Office of the Clerk**

September 18, 2018

INCORP SERVICES, INC.
7288 HANOVER GREEN DRIVE
MECHANICSVILLE, VA 23111

**RECEIPT**

RE:        **Secure by Nexus Inc.**

ID:        **07841786**

DCN:        **1809186876**

Dear Customer:

This is to acknowledge the filing of a statement of change of registered office and/or registered agent for the above-referenced corporation with this office.

The effective date of the change is September 18, 2018.

If you have any questions about this matter, please contact this office at the addresses or telephone numbers shown below.

RECEIPT
CISECOM

Sincerely,

*Joel H. Peck*

Joel H. Peck
Clerk of the Commission

1809540808



**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

**STATEMENT OF CHANGE OF REGISTERED OFFICE**
**AND/OR REGISTERED AGENT CHANGE**

eFile
(12/09)

1.   RE:   **Secure by Nexus Inc.**

     ID:   **07841786**

2.   Current registered agent's name and registered office address on record (including the
     jurisdiction in which the registered office is physically located):

          GENTRY LOCKE RAKES & MOORE, LLP
          10 FRANKLIN RD SE STE 900
          ROANOKE, VA 24011-0000          (ROANOKE CITY)

3.   The current registered agent is Resigned.

4.   The registered agent's name and registered office address after this statement is filed with the
     Commission (including the jurisdiction in which the registered office is physically located):

          INCORP SERVICES, INC.
          7288 Hanover Green Drive
          Mechanicsville, VA 23111          (HANOVER COUNTY)

5.   The registered agent named in item 4 is a domestic or foreign stock or nonstock corporation or
     limited liability company authorized to transact business in Virginia.

6.   After the foregoing change or changes are made, the corporation will be in compliance with the
     requirements of §13.1-634, 13.1-763, 13.1-833 or 13.1-925 of the Code of Virginia.

Signed on September 18, 2018, on behalf of Secure by Nexus Inc.
By: Richard Moore, Vice-President
     /s/ Richard Moore

**2018 ANNUAL REPORT**
**COMMONWEALTH OF VIRGINIA**
**STATE CORPORATION COMMISSION**

218168610--11/29/201

1. CORPORATION NAME:

   Secure by Nexus Inc.

   DUE DATE:  **11/30/18**

2. VA REGISTERED AGENT NAME AND OFFICE ADDRESS:

   PRINCIPAL OFFICE ADDRESS (RA RESIGNED)
   113 MILL PLACE PARKWAY
   VERONA, VA 24482

   SCC ID NO.:  **0784178-6**

   5. TOTAL NUMBER OF AUTHORIZED
      SHARES: 100

3. CITY OR COUNTY OF VA REGISTERED OFFICE:

   -

4. STATE OR COUNTRY OF INCORPORATION:

   VA-VIRGINIA

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE.  Carefully read the enclosed instructions. Type or print in black only.

6. PRINCIPAL OFFICE ADDRESS:

| ☐ Mark this box if address shown below is correct | If the block to the left is blank or contains incorrect data please add or correct the address below. |
|---|---|
| ADDRESS:  113 MILL PLACE PARKWAY | ADDRESS: |
| CITY/ST/ZIP   VERONA, VA 24482 | CITY/ST/ZIP |

7. DIRECTORS AND PRINCIPAL OFFICERS:   All directors and principal officers must be listed.
   An individual may be designated as both a director and an officer.

0011573

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒   DIRECTOR ☒<br><br>NAME:  MICHAEL P. DONOVAN<br>TITLE:  PRESIDENT<br>ADDRESS:  113 MILL PLACE PKWY., STE 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐   DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

I affirm that the information contained in this report is accurate and complete as of the date below.

_____          *Tim Okonski - Officer*          11/23/2018
SIGNATURE OF DIRECTOR/OFFICER            PRINTED NAME AND CORPORATE TITLE          DATE
LISTED IN THIS REPORT

It is a Class 1 misdemeanor for any person to sign a document that is false in any material respect with intent that the document be delivered to the Commission for filing.

## 2018 ANNUAL REPORT CONTINUED

218168610--11/29/201

CORPORATION NAME:

Secure by Nexus Inc.

DUE DATE: **11/30/18**

SCC ID NO.: **0784178-6**

218168610

### 7. DIRECTORS AND PRINCIPAL OFFICERS: (continued)

All directors and principal officers must be listed.
An individual may be designated as both a director and an officer.

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br><br>NAME:  EVAN M. AJIA<br>TITLE:  VICE PRESIDENT<br>ADDRESS:  113 MILL PLACE PKWY., STE 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒<br><br>NAME:  RICHARD E. MOORE<br>TITLE:  VICE PRESIDENT<br>ADDRESS:  113 MILL PLACE PKWY., STE 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☐<br><br>NAME:  TIMOTHY D. OKONSKI<br>TITLE:  SECRET/TREASURE<br>ADDRESS:  113 MILL PLACE PKWY., STE 103<br>CITY/ST/ZIP:  VERONA, VA 24482 | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |



0011573

| Mark appropriate box unless area below is blank:<br>☐ Information is correct   ☐ Information is incorrect   ☐ Delete information | If the block to the left is blank or contains incorrect data, please mark appropriate box and enter information below:<br>☐ Correction   ☐ Addition   ☐ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: | OFFICER ☐  DIRECTOR ☐<br><br>NAME:<br>TITLE:<br>ADDRESS:<br>CITY/ST/ZIP: |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07841786
Filing Number: 200603727069
Filing Date/Time: 06/03/2020 05:34 PM
Effective Date/Time: 06/03/2020 05:34 PM

## Stock Corporation - Application for Reinstatement

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Secure by Nexus Inc. | Entity Type: | Stock Corporation |
| Entity ID: | 07841786 | Formation Date: | 11/03/2014 |
| Status: | Inactive | | |

### Signature Information

Date Signed: 06/03/2020

| Entity Name | Entity Type | Printed Name | Signature | Title |
|---|---|---|---|---|
| Nexus Services Inc | Stock Corporation | RICHARD MOORE | RICHARD MOORE | Executive Vice President |

### Additional Filings Required

| Date Time | Entity Type | Filing Type | Status |
|---|---|---|---|
| 06/03/2020 05:30 PM | Stock Corporation | Annual Report | Pending |

Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: 07841786
Filing Number: 200603727070
Filing Date/Time: 06/03/2020 05:34 PM
Effective Date/Time: 06/03/2020 05:34 PM

## Stock Corporation - Annual Report

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Secure by Nexus Inc. | Entity Type: | Stock Corporation |
| Entity ID: | 07841786 | Formation Date: | 11/03/2014 |
| Jurisdiction: | VA | | |
| Total Shares: | 100 | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA |
| Name: | INCORP SERVICES, INC. | Registered Office Address: | 7288 HANOVER GREEN DRIVE, MECHANICSVILLE, VA, 23111 - 0000, USA |
| Locality: | HANOVER COUNTY | | |

### Principal Office Address

Address:  113 Mill Place Pkwy, Verona, VA, 24482 - 2662, USA

### Principal Information

☐ **No Officers:** If the corporation does not have officers because an organizational meeting has not been held.

☐ **No Directors:** If the corporation does not have directors because (i) initial directors were not named in the articles of incorporation and an organizational meeting of the corporation has not been held or (ii) the board of directors has been eliminated by a wriffen agreement signed by all of the shareholders, or by the adoption of provision in the articles of incorporation or bylaws that was approved by all of the shareholders.

| Title | Director | Name | Address |
|---|---|---|---|
| Vice President | Yes | EVAN M. AJIA | 113 MILL PLACE PKWY., STE 103, VERONA, VA, 24482 - 0000, USA |
| Vice President | Yes | RICHARD E. MOORE | 113 MILL PLACE PKWY., STE 103, VERONA, VA, 24482 - 0000, USA |
| President | Yes | MICHAEL P. DONOVAN | 113 MILL PLACE PKWY., STE 103, VERONA, VA, 24482 - 0000, USA |

### Signature Information

Date Signed: 06/03/2020

| Printed Name | Signature | Title |
|---|---|---|
| Richard E Moore | Richard E Moore | Executive Vice President |