

February 2022 statement
February 1–February 28, 2022 (28 days)

**Nexus Services of Virginia Inc.**

113 Mill Place Parkway,
Verona, VA 24482

EIN ••

**Account details**

Checking account

Routing number

**Account activity overview**

| | |
|---|---:|
| Beginning balance | $26,849.72 |
| Total withdrawals | −$1,067,007.59 |
| Total deposits | $1,199,114.32 |
| **Statement Balance** | **$158,956.45** |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105
000071                                                                                    Exhibit 1

**All Transactions /**

| Date | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| Feb 01 | TabaPay | ACH In | $123,614.97 | |
| | TabaPay | ACH In | $18,129.40 | |
| | LIBRE EXPENSE | Transfer Out | −$30,000.00 | |
| | Nexus Expense | Transfer Out | −$45,000.00 | |
| | Richard Moore | Wire Payment | −$13,779.85 | |
| | American Express Travel Related Services Company, Inc. | Wire Payment | −$6,000.00 | |
| | Payroll | Transfer Out | −$20,000.00 | |
| | ADP, LLC. | Wire Payment | −$14,495.81 | $39,318.43 |
| Feb 02 | TabaPay | ACH In | $67,833.11 | |
| | TabaPay | ACH In | $73,923.47 | $181,075.01 |
| Feb 03 | American Express Travel Related Services Company, Inc. | Wire Payment | −$7,981.29 | |
| | ADP, LLC. | Wire Payment | −$32,244.47 | |
| | ADP, LLC. | Wire Payment | −$1,564.76 | |
| | ADP, LLC. | Wire Payment | −$3,461.54 | |
| | Richard Moore | Wire Payment | −$4,135.94 | |
| | Payroll | Transfer Out | −$12,500.00 | |
| | Fixify Solutions | Wire Payment | −$8,000.00 | |
| | TabaPay | ACH In | $17,747.40 | $128,934.41 |
| Feb 04 | Fixify Solutions | Wire Payment | −$8,000.00 | |
| | Richard Moore | Wire Payment | −$4,215.96 | |
| | American Express Travel Related Services Company, Inc. | Wire Payment | −$7,981.29 | |
| | Five9 | Wire Payment | −$7,186.67 | |
| | O'Connor and Associates | Wire Payment | −$5,000.00 | |
| | Paseo Caribe Commercial | Wire Payment | −$6,310.00 | |
| | TabaPay | ACH In | $26,253.54 | $116,494.03 |
| Feb 07 | Richard Moore | Wire Payment | −$4,215.96 | |
| | American Express Travel Related Services Company, Inc. | Wire Payment | −$6,018.71 | |
| | Optima Insurance | Wire Payment | −$3,014.68 | |
| | Optima Insurance | Wire Payment | −$13,975.19 | |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105
000072                                                                                    Exhibit 1

**All Transactions /**

| Date | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| | Paseo Caribe Commercial | Wire Payment | −$5,600.00 | |
| | TabaPay | ACH Pull | −$700.00 | |
| | TabaPay | ACH In | $68,101.37 | $151,070.86 |
| Feb 08 | LIBRE EXPENSE | Transfer Out | −$12,000.00 | |
| | ADP, LLC. | Wire Payment | −$472.32 | |
| | Fixify Solutions | Wire Payment | −$8,000.00 | |
| | American Express Travel Related Services Company, Inc. | Wire Payment | −$5,714.71 | |
| | ADP, LLC. | Wire Payment | −$14,478.81 | |
| | Richard Moore | Wire Payment | −$3,895.42 | |
| | Payroll | Transfer Out | −$35,000.00 | |
| | ADP, LLC. | Wire Payment | −$3,461.54 | |
| | ADP, LLC. | Wire Payment | −$1,624.46 | |
| | TabaPay | ACH In | $25,315.61 | $91,739.21 |
| Feb 09 | Check Deposit | Check Deposit | $132,172.84 | |
| | ADP, LLC. | Wire Payment | −$30,270.86 | |
| | Lowther Walker LLC | Wire Payment | −$12,000.00 | |
| | TabaPay31111068 | ACH In | $15,993.76 | $197,634.95 |
| Feb 10 | LIBRE EXPENSE | Transfer Out | −$26,000.00 | |
| | Lowther Walker LLC | Wire Payment | −$20,000.00 | |
| | TabaPay | ACH In | $14,529.64 | $166,164.59 |
| Feb 11 | LIBRE EXPENSE | Transfer Out | −$50,000.00 | |
| | Nexus Expense | Transfer Out | −$20,000.00 | |
| | Nexus Expense | Transfer Out | −$18,000.00 | |
| | Rock Spring Law Group | Wire Payment | −$10,000.00 | |
| | Mack LLC | Wire Payment | −$2,650.00 | |
| | Mercury Savings | Transfer Out | −$16,600.00 | |
| | TabaPay | ACH In | $13,385.73 | $62,300.32 |
| Feb 12 | [RETURN] Mack LLC | Wire Payment | $2,650.00 | $64,950.32 |
| Feb 14 | Nexus Expense | Transfer Out | −$16,500.00 | |
| | LAW OFFICE OF CHRIS OKAY | Wire Payment | −$3,150.00 | |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105
000073                                                                    Exhibit 1

## All Transactions /

| Date | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---|---|
| | LAW OFFICE OF CHRIS OKAY | Wire Payment | −$2,070.00 | |
| | Richard Moore | Wire Payment | −$6,250.81 | |
| | Fixify Solutions | Wire Payment | −$8,000.00 | |
| | Premier Jury Consulting | Wire Payment | −$20,000.00 | |
| | TabaPay | ACH In | $51,589.14 | $60,568.65 |
| Feb 15 | LIBRE EXPENSE | Transfer Out | −$8,000.00 | |
| | Payroll | Transfer Out | −$12,500.00 | |
| | TabaPay | ACH Pull | −$990.00 | |
| | TabaPay | ACH In | $16,195.95 | |
| | Payroll | Transfer Out | −$10,000.00 | $45,274.60 |
| Feb 16 | ADP, LLC. | Wire Payment | −$1,624.46 | |
| | TabaPay | ACH In | $18,824.05 | |
| | LIBRE EXPENSE | Transfer Out | −$12,000.00 | |
| | Payroll | Transfer Out | −$6,000.00 | |
| | Nexus Expense | Transfer Out | −$6,000.00 | $38,474.19 |
| Feb 17 | TabaPay | ACH In | $16,769.90 | $55,244.09 |
| Feb 18 | TabaPay | ACH In | $22,306.43 | $77,550.52 |
| Feb 22 | ADP, LLC. | Wire Payment | −$14,050.22 | |
| | TabaPay | ACH In | $80,372.98 | $143,873.28 |
| Feb 23 | Nexus Expense | Transfer Out | −$12,500.00 | |
| | Payroll | Transfer Out | −$30,000.00 | |
| | Nexus Expense | Transfer Out | −$12,000.00 | |
| | Payroll | Transfer Out | −$6,000.00 | |
| | MICK OR MACK LC | Wire Payment | −$2,800.00 | |
| | Richard Moore | Wire Payment | −$2,982.44 | |
| | TabaPay | ACH In | $25,278.09 | $102,868.93 |
| Feb 24 | Nexus Expense | Transfer Out | −$26,000.00 | |
| | LIBRE EXPENSE | Transfer Out | −$18,000.00 | |
| | Richard Moore | Wire Payment | −$3,828.57 | |
| | TabaPay | ACH In | $27,908.68 | $82,949.04 |
| Feb 25 | TabaPay | ACH In | $23,311.41 | $106,260.45 |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105
000074
Exhibit 1

**All Transactions /**

| Date | Description | Trx Type | Amount | End of Day Balance |
|---|---|---|---:|---:|
| Feb 26 | Nexus Expense | ⇄ Transfer Out | −$25,000.00 | |
| | LIBRE EXPENSE | ⇄ Transfer Out | −$25,000.00 | |
| | Payroll | ⇄ Transfer Out | −$25,000.00 | $31,260.45 |
| Feb 28 | ARSENAL FUNDING | ← ACH In | $188,000.00 | |
| | Valmar_Fees | → ACH Pull | −$210.85 | |
| | TabaPay | ← ACH In | $128,906.85 | |
| | LIBRE EXPENSE | ⇄ Transfer Out | −$189,000.00 | $158,956.45 |
| **Total** | | | | **$158,956.45** |

Banking services provided by Evolve Bank & Trust, Member FDIC
Mercury | help@mercury.com | 660 Mission Street, San Francisco, CA 94105
000075                                                                    Exhibit 1