IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>NEXUS SERVICES INC.,<br>LIBRE BY NEXUS INC.,<br>HOMES BY NEXUS INC.,<br><br>    Defendants. | Case No.: 5:18-CV-00066-MFU-JCH |

## **MOTION TO SEAL OR RESTRICT ACCESS**

COMES NOW Nexus Services, Inc., who, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 5.2(e) or alternatively (d) or alternatively under the Court's inherent powers, respectfully requests an order to limit or prohibit a nonparties' remote electronic access to ECF Docket Number 862-1 (Exhibit A to Counsel's Declaration). It has come to counsel's attention that a page of that document, specifically page 206, was inadvertently not redacted and that such contains personal identifying information.

| | |
|---|---|
| Dated: September 17, 2023 | Respectfully submitted, |
| Cold Brook, NY | /s/Zachary Lawrence |

Lawrence Law Firm PLLC
166 Five Acres Lane
Cold Brook, NY 13324
202-468-9486
zach@zlawpllc.com
*Pro hac vice* (NY Bar No.: 5798202)
*Attorney for Nexus Services, Inc.*