# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Harrisonburg Division

| | |
|---|---|
| **RLI INSURANCE COMPANY,** | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Case Numbers: **5:18-CV-00066** |
| | ) |
| **NEXUS SERVICES, INC.,** | ) |
| **HOMES BY NEXUS, INC.,** and | ) |
| **LIBRE BY NEXUS, INC.,** | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## NOTICE OF SUBSTITUTION

**NOTICE** is hereby given that **Amina Matheny-Willard**, a member of the bar of this Court and an attorney with the firm of Amina Matheny-Willard, PLLC, will substitute in as counsel on behalf of:

1) Defendant, *Nexus Services, Inc.*, in the place and stead of **Peter T. Hansen**;

2) Defendant, *Nexus Services, Inc.*, in the place and stead of **Christopher Michael Okay**;

3) Defendant, *Homes by Nexus, Inc.*, in the place and stead of **Christopher Michael Okay**; and

4) Defendant, *Libre by Nexus, Inc.*, in the place and stead of **Christopher Michael Okay**.

Amina Matheny-Willard will also substitute in the place and stead of Peter T. Hansen in sponsoring Zachary Lawrance's *Pro Hac Vice* Admission to this Court.

Dated: **November 12, 2023**

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com

**PARALEGAL**
Ameera Matheny / Cell: 757.633.9891
Email: ameera@aminalaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division**

*Respectfully Submitted,*

*/s/ Amina Matheny-Willard*
Amina Matheny-Willard (VSB No. 43566)
Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Tel.: 757-777-3441
Fax: 757-282-7808
Email: amina@aminalaw.com

*Counsel for Defendants: Nexus Services, Inc., Homes by Nexus, Inc. and Libre by Nexus, Inc.*

*/s/ Zachary Lawrence*
Zachary Lawrence, Attorney and Counselor at Law
Lawrence Law Firm, PLLC
166 Five Acre Lane
Cold Brook, New York 13324
Tel.: 202-468-9486
Email: zach@zlawpllc.com

*/s/ Christopher Michael Okay*
Chris Okay, Attorney and Counselor at Law
117 South Lewis Street, Suite 218
Staunton, Virginia 24401
Tel.: 540-466-3130
Email: chrisokay@icloud.com

*/s/ Peter T. Hansen*
Peter T. Hansen, Attorney and Counselor at Law
Peter Thos. Hansen, P.C.
65 Culpeper Street, Suite 102
Warrenton, Virginia 20186
Tel.: 540-347-0010
Fax: 540-347-7577
Email: peter@hansenandhansenlaw.com

Amina Matheny-Willard, PLLC
999 Waterside Drive, Suite 2525
Norfolk, Virginia 23510
Amina Matheny-Willard, Esq.
Cell: 757.652.6462
(757-65-A-M-I-N-A)
Firm Tel.: 757.777.3441
Firm Text: 757.239.3961
Firm Fax: 757.282.7808
Email: amina@aminalaw.com

**PARALEGAL**
Ameera Matheny / Cell: 757.633.9891
Email: ameera@aminalaw.com