# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF VIRGINIA
### Harrisonburg

| | |
|---|---|
| RLI INSURANCE COMPANY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 5:18CV00066-MFU-JCH<br>) |
| NEXUS SERVICES, INC.,<br>LIBRE BY NEXUS, INC.,<br>HOMES BY NEXUS, INC., | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT**

Pursuant to applicable Federal Rules of Civil Procedure, including Rule 64, Plaintiff/Judgment Creditor RLI Insurance Company ("RLI"), through its undersigned counsel of record, hereby motion this Court to issue a writ of garnishment after judgment by stating that:

1. On June 2, 2023, this Court entered Judgment against Michael Donovan ("Judgment Debtor"), for the amount of $315,000.00.

2. To date, there still remains due and unpaid a balance of $275,000.00 on the Judgment.

3. RLI motions this Court to issue a Writs of Garnishment to Judgment Debtor's employers as follows:

    a. Nexus Services, Inc., c/o Michael Donovan, President, 47 S. Windsong Court, Fishersville, Virginia 22939.

    b. Libre by Nexus, Inc. c/o Michael Donovan, President, 47 S. Windsong Court, Fishersville, Virginia 22939.

      c. Subversivo LLC, c/o David See, Manager, 1201 Fannin Street, Suite 262, Houston, Texas 77002.

Dated: January 5, 2024

                                RLI INSURANCE COMPANY

                                 */s/ Dustin M. Paul*

Dustin M. Paul (VSB No.: 75287)
Jennifer L. Eaton (VSB No.: 87491)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600
Facsimile: 757-446-8670
Dustin.Paul@wrvblaw.com
Jennifer.Eaton@wrvblaw.com
*Attorneys for Plaintiff RLI Insurance Company*