**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Harrisonburg**

| | |
|---|---|
| RLI INSURANCE COMPANY,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>NEXUS SERVICES, INC.,  )<br>LIBRE BY NEXUS, INC.,  )<br>HOMES BY NEXUS, INC.,  )<br>  )<br>  Defendants.  )<br>_____ ) | C.A. No. 5:18CV00066-MFU-JCH |

**MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT**

Pursuant to applicable Federal Rules of Civil Procedure, including Rule 64, Plaintiff/Judgment Creditor RLI Insurance Company ("RLI"), through its undersigned counsel of record, hereby motion this Court to issue a writ of garnishment after judgment by stating that:

1. On October 28, 2020, this Court entered Judgment against Nexus Services, Inc., Libre by Nexus, Inc. and Homes by Nexus, Inc. ("Judgment Debtor"), for the amount of $3,331.197.55.

2. To date, there still remains due and unpaid a balance of $3,014,477.82 on the Judgment.

3. RLI motions this Court to issue a Writ of Garnishment to Judgment Debtor's affiliate as follows:  Subversivo LLC, c/o David See, Manager, 1201 Fannin Street, Suite 262, Houston, Texas 77002.

Dated: January 5, 2024

                                                RLI INSURANCE COMPANY

                                              */s/ Dustin M. Paul*

Dustin M. Paul (VSB No.: 75287)
Jennifer L. Eaton (VSB No.: 87491)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600
Facsimile: 757-446-8670
Dustin.Paul@wrvblaw.com
Jennifer.Eaton@wrvblaw.com
*Attorneys for Plaintiff RLI Insurance Company*