**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Harrisonburg**

| | |
|---|---|
| RLI INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEXUS SERVICES, INC., )<br>LIBRE BY NEXUS, INC., )<br>HOMES BY NEXUS, INC., )<br>)<br>Defendants. )<br>_____ ) | C.A. No. 5:18CV00066-MFU-JCH |

## **WRIT OF GARNISHMENT**

THE COMMONWEALTH OF VIRGINIA:

To each Sheriff of the Commonwealth or Process Server:

YOU ARE HEAREBY COMMANDED to summon the following Garnishee:

1. Subversivo LLC, 1201 Fannin Street, Suite 262, Houston, TX 77002, payroll or other monies owed to Judgment Debtor Libre by Nexus, Inc., is subject to a writ of garnishment.  YOU ARE HEREBY COMMANDED to serve answers to this writ on Plaintiff/Judgment Creditor RLI Insurance Company's attorneys of record:  Dustin M. Paul and Jennifer L. Eaton, Woods Rogers Vandeventer Black PLC, 101 W. Main Street, Suite 500, Norfolk, Virginia 23510.

2. On October 28, 2020, this Court entered the Judgment against Judgment Debtor, Libre by Nexus, Inc. for the amount of $3,331,197.55.

3. To date, there still remains due and unpaid a balance of $3,014,477.82.

4. Upon service of the Garnishment, Garnishee is to withhold payroll and/or monies owed to Libre by Nexus, Inc. as directed on the Garnishment Summons for the purpose of satisfying any remaining balance of the Judgment.

5. Subject to the Garnishee's response to this writ, and upon Creditor RLI Insurance Company's request for any amounts subject to seizure for the purposes of satisfying any remaining balance of the Judgment, Garnishee is to release all withheld funds to the Court.

Dated: this __19th__ day of __January__, 2024

                                      Clerk of Court

                                      By: _____ Deputy Clerk