IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NEXUS SERVICES INC.,<br>LIBRE BY NEXUS INC.,<br>HOMES BY NEXUS INC.,<br><br>Defendants. | Case No.: 5:18-cv-00066 |

### Answer to Writ of Garnishment/Statement Pursuant to Virginia Code § 8.01-515

I, MICHEAL DONOVAN, being duly sworn, state and depose as follows:

1. I, Micheal Donovan, am authorized by Garnishee, Libre by Nexus, Inc., to answer to the writ of garnishment served on the Garnishee in the above referenced proceeding.

2. Judgment debtor, Micheal Donovan, owns significant interest in garnishee, Libre by Nexus, Inc.; however, Micheal Donovan currently receives neither payments, distributions, or property from Libre by Nexus, Inc.

3. Currently Garnishee is neither indebted to judgment debtor, Micheal Donovan, nor has control over any property of judgment debtor.

Sworn to before me this 13th day of March, 2024

_Lisa Breeden_ (signature)

Micheal Donovan (signature)

City/County of Augusta
Commonwealth of Virginia
Subscribed and sworn to before me
this 13 day of March,
by Micheal Donovan
Lisa Breeden   Notary Public
Reg # 7743501   Com Exp 7/31/25