# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **RLI INSURANCE COMPANY** | Action No:   5:18CV00066 |
| | Date:   3/13/2024 |
| vs. | Judge:   Michael F. Urbanski, CUSDJ |
| | Court Reporter:   Judy Webb |
| **NEXUS SERVICES, INC., ET AL** | Deputy Clerk:   Kristin Ayersman |

Plaintiff Attorney(s)            Defendant Attorney(s)

Jennifer Eaton                      Amina Matheny-Willard, Zachary Lawrence

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:            DEFENDANT:

1.                                                1.

PROCEEDINGS:
Parties present via Zoom re ECF 878 and 879Motion for Writ of Garnishment by RLI Insurance Company.
RLI notes responses were due today, and the answers that were filed within 30 minutes of this hearing are insufficient.   RLI believes both are in contempt of court, requesting a receiver.
Nexus responds.
Court notes Answers were not signed by counsel and clarifies that a check was brought over to the Clerk's Office in Harrisonburg by Subversivo however it could not be accepted.
RLI responds, asking for a show cause for Subversivo, for reasons stated.
Nexus responds.
RLI responds.
Court addresses the parties, as stated. Court will enter a show cause order, setting ddl's as stated.

Time in Court:   11:03-11:48   45m