CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

March 13, 2024

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

RLI INSURANCE COMPANY,

    Plaintiff,

v().

NEXUS SERVICES INC.,
LIBRE BY NEXUS INC.,
HOMES BY NEXUS INC.,

    Defendants.

Case No.: 5:18-cv-00066

## SUBVERSIVO LLC'S ANSWER TO WRIT OF GARNISHMENT

I, DAVID SEE, being duly sworn, state and depose as follows:

1. I, DAVID SEE, am authorized by Garnishee, Subversivo LLC, to answer to the writ of garnishment served on the Garnishee in the above referenced proceeding.

2. Garnishee possesses and controls certain property of judgment debtor, Micheal Donovan, in the form of payroll owed by a third party and to be paid in the amount of $908.02, weekly, in the form of payroll, pursuant to an administrative services agreement entered into between Garnishee and a third-party.

3. Beyond the payroll noted above, Garnishee is neither indebted to judgment debtor nor has control over any property of judgment debtor.

4. Garnishee has caused the payroll noted above in paragraph 2, owed to judgment debtor, to be withheld and has delivered those amounts to the Court.

1



_David See_

David See

Sworn to before me this 13th day of March, 2024

_Lisa Breeden_

City/County of Augusta
Commonwealth of Virginia
Subscribed and sworn to before me this 13 day of March,
by David See
Lisa Breeden                Notary Public
Reg # 7745501 Com Exp 7/31/25