# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **RLI INSURANCE COMPANY** ) | |
| ) | Case No. 5:18CV00066 |
| **v.** ) | |
| ) | **ORDER** |
| **NEXUS SERVICES, INC. ET AL** ) | |
| ) | By: Michael F. Urbanski |
| ) | Chief United States District Judge |

There has been deposited with the court the sum of $2,747.05 in response to writs of garnishment (DE 885 & DE 888) issued in this case. It is **ORDERED** that the Clerk is directed to hold this amount, and any future amounts presented, within the Court's registry until further order in this case.

ENTER: March 15, 2024
*Nunc pro tunc March 13, 2024*

Michael F. Urbanski
Chief U.S. District Judge
2024.03.15 10:20:06 -04'00'

_____
Michael F. Urbanski
Chief United States District Judge