# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF VIRGINIA
### Harrisonburg

| | |
|---|---|
| RLI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 5:18cv00066-MFU-JCH |
| ) | |
| NEXUS SERVICES, INC., ) | |
| LIBRE BY NEXUS, INC., ) | |
| HOMES BY NEXUS, INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## **MEMORANDUM IN SUPPORT OF MOTION FOR WITHDRAWAL**

NOW COMES Dustin M. Paul and in support of his Motion for Withdrawal as counsel of record for Plaintiff RLI Insurance Company ("RLI"), states as follows:

1. Dustin M. Paul will be leaving the law firm of Woods Rogers Vandeventer Black PLC to take an in-house counsel position at the end of March.

2. Jennifer L. Eaton with the law firm of Woods Rogers Vandeventer Black PLC, will continue to serve as counsel of record on behalf of RLI in this case.

3. The parties will not be prejudiced by the withdrawal of Mr. Paul as counsel of record at this time, and Mr. Paul's withdrawal will not affect any deadlines.

WHEREFORE, Dustin M. Paul for the reasons stated above and for good cause shown, respectfully moves to withdraw as counsel for RLI in this action, that the Clerk's Office remove his name from the list of individuals who receive notices through the CM/ECF system for this case, and for such other and further relief as the Court finds appropriate.

Dated: March 15, 2024

RLI INSURANCE COMPANY

*/s/ Dustin M. Paul*

Dustin M. Paul (VSB No.: 75287)
Jennifer L. Eaton (VSB No.: 87491)
Woods Rogers Vandeventer Black PLC
101 W. Main Street, Suite 500
Norfolk, VA 23510
Phone: 757-446-8600
Facsimile: 757-446-8670
Dustin.Paul@wrvblaw.com
Jennifer.Eaton@wrvblaw.com
*Attorneys for Plaintiff RLI Insurance Company*