IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | | |
|---|---|---|
| RLI Insurance Company,       ) | | |
|     Plaintiff,       ) | Civil Action No. 5:18-cv-00066 | |
|            ) | | |
| v.       ) | ORDER | |
|            ) | | |
| Nexus Services, Inc. et al,       ) | By:    Joel C. Hoppe | |
|     Defendants.       ) | United States Magistrate Judge | |
|            ) | | |

In May 2019, this Court issued an Order directing the United States Marshals Service ("USMS") for the Western District of Virginia to take custody of a laptop computer (and any copies of its contents) allegedly belonging to Defendant Nexus Services. ECF No. 230. Although this civil action has been closed since November 2020, ECF No. 599, these materials remain in the custody of the USMS in Charlottesville, Virginia. ECF Nos. 242, 317. The Court intends to direct the USMS to dispose of the laptop (and any remaining copies of its contents). ECF Nos. 230, 317. Accordingly, within fourteen (14) days from the date of this Order, any party may file a paper briefly stating its position as to how the USMS should dispose of this property. ECF No. 230.

    It is so ORDERED.

    The Clerk shall send certified copies of this Order to the parties.

ENTER: April 2, 2024

Joel C. Hoppe
United States Magistrate Judge

1