CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

May 17, 2024

LAURA A. AUSTIN, CLERK
BY: s/J.Vasquez
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| RLI INSURANCE COMPANY, | )<br>) |
| Plaintiff, | ) Case No. 5:18-cv-066<br>) |
| v. | ) By:   Michael F. Urbanski<br>) Chief United States District Judge |
| NEXUS SERVICES, INC., et al., | )<br>) |
| Defendants. | ) |

## ORDER

This matter is before the court on the Report of Special Master Paul G. Beers, in which he recommends that the court suspend or terminate the Special Master appointment and place Nexus in receivership under a qualified forensic accountant. ECF No. 891, at 6.

The court, having appointed by separate memorandum opinion and order a receiver to facilitate complete responses to RLI's post-judgment discovery by defendants and the related Entities,[1] also hereby **TERMINATES** Mr. Beers as Special Master and **DISCHARGES** him from any further responsibility in this case. The court is appreciative of Mr. Beers's work as Special Master in this action.

It is **SO ORDERED**.

Entered: May 16, 2024

Michael F. Urbanski
Chief United States District Judge

---

[1] RLI's post-judgment discovery was sought from Nexus and three related entities, Nexus Commercial Ventures, LLC, Nexus Properties, LLC, and One Fish, Two Fish, LLC (collectively, "the Entities").

1