IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

RLI INSURANCE COMPANY,

Plaintiff,

v.

NEXUS SERVICES INC.,
LIBRE BY NEXUS INC.,
HOMES BY NEXUS INC.,

Defendants.

Case No.: 5:18-CV-00066-MFU-JCH

## **MOTION FOR LEAVE TO WITHDRAW**

I, Zachary Lawrence, of the Lawrence Law Firm PLLC, represent defendants Libre by Nexus, Inc., Nexus Services, Inc., and Homes by Nexus, Inc. ("Defendants") and request that this Court permit me to withdraw as counsel of record for good cause shown, and state the following in support thereof:

1. Pursuant to Rule 1.16 of the Rules of Professional Conduct of the Virginia State Bar, undersigned counsel is unable to continue to represent the plaintiff in this matter due to Defendants' inability to fulfill their financial obligations and the unreasonable financial burden that places on counsel.

2. I first provided notice to corporate defendants in May, that payments under their retainer agreement were untimely. Since then, I have attempted to enter various agreements that would allow my representation of Defendants, both directly with

- 1 -

Defendants and third-party guarantors, to continue representations but payment obligations have not been met under those agreements.

3. I made the principals and former principals of the Defendants aware of both the nonpayment issues and my intention to withdraw. I made Mr. Donovan aware of the nonpayment issues in May and later made Mr. Ajin and Mr. Moore aware of the same. I specifically noted the necessity of withdrawing from matters for nonpayment in or about June 2024 to Mr. Donovan and later made Mr. Moore and Mr. Ajin aware of the same in October of 2024; since that time, I have provided additional notice of this motion, to the Defendants and to guarantors who agreed, but failed, to pay the fees of Defendants.

4. Since May, I have attempted to negotiate various retainer arrangements that would allow for my representation of Defendants, but no satisfactory arrangement has been reached, and it has become impossible for my firm to continue to represent Defendants without either payment of amounts outstanding and without payment for work to be completed.

5. Despite good faith efforts, the amount Defendants owe my firm is substantial and continues to grow and my firm can no longer continue to represent defendants without significant financial hardship.

6. Specifically, my firm cannot advance litigation expenses, namely litigation costs associated with travel and accommodations while also not receiving fees, nor can my firm afford the opportunity costs involved in litigation absent payment.

7. The above, combined with non-payment of other clients, represents, a significant burden which my firm currently lacks the wherewithal sustain—my firm lost well over half-a-million dollars due to non-payment on various retainer agreements in the past year. Given that my firm earned a great portion of its revenue from true retainers, which limited the firm's ability to take on business for other clients, the nonpayment hit the firm particularly hard; this is only compounded in that I am the sole attorney working for the firm currently.

8. It was less than apparent, at times, that continuing my firm was economically viable: there were months in the past year when my firm's revenues were negative.

9. If the Court finds it necessary, I have prepared a detailed declaration, as well as a motion to seal, which could be filed to supplement this motion.

WHEREFORE, Zachary Lawrence, counsel for Defendants, respectfully moves this Court for entry of an Order permitting him to immediately withdraw as counsel of record in this case.

Dated: March 17, 2025
Cold Brook, NY

Respectfully submitted,
/s/Zachary Lawrence
Lawrence Law Firm PLLC
166 Five Acres Ln
Cold Brook, NY 13324
202-468-9486
zach@zlawpllc.com
*Pro hac vice* (NY Bar No.: 5798202)
*Attorney for Defendants*