Case 5:18-cv-00066-MFU-JCH    Document 926    Filed 06/16/25    Page 1 of 3
Pageid#: 25160

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
210 FRANKLIN RD., RM 540
ROANOKE, VA 24011

OFFICIAL BUSINESS

GREENSBORO NC 270
6 JUN 2025 PM 6 L
ZIP 24011
02 7H
0006155042
$ 000.69⁰
JUN 05 2025

RECEIVED
JUN 16 2025
USDC Clerk's Office
Mail Room

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED

6/16/2025

LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK

Stephanie Cash
633 Spottswood Road
Steeles Tavern, VA 24476

NIXIE       231    DE 1         0006/12/25
        RETURN TO SENDER
              REFUSED
        UNABLE TO FORWARD

BC: 24011220840    *1280-02192-06-30

MIME-Version:1.0 From:ecfnoticing@vawd.uscourts.gov To:vawd_ecf_nef@vawd.uscourts.gov Bcc: Message-Id:<4681386@vawd.uscourts.gov>Subject:Activity in Case 5:18-cv-00066-MFU-JCH RLI Insurance Company v. Nexus Services, Inc. et al Order on Motion to Withdraw as Attorney Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Western District of Virginia

**Notice of Electronic Filing**

The following transaction was entered on 6/3/2025 at 12:29 PM EDT and filed on 6/3/2025

**Case Name:**      RLI Insurance Company v. Nexus Services, Inc. et al

**Case Number:**    5:18-cv-00066-MFU-JCH

**Filer:**

**WARNING: CASE CLOSED on 11/19/2020**

**Document Number:**    925(No document attached)

**Docket Text:**
ORAL ORDER denying without prejudice [924] Motion to Withdraw as Attorney. On May 17, 2024, the Court entered an order appointing a Receiver for Defendants. While the receivership is in place, the Defendants, which are entities, must have legal representation. Counsel may renew his motion to withdraw after substitute counsel has entered an appearance for Defendants in this matter, or the Defendants have made suitable arrangements for continuity of legal representation. Entered by Magistrate Judge Joel C. Hoppe on 6/3/25. *This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.* (The Clerk is directed to mail a copy of this Order to any applicable pro se party/parties via US Mail)(JCH)

**5:18-cv-00066-MFU-JCH Notice has been electronically mailed to:**
Vivian Katsantonis     vkatsantonis@watttieder.com
Jennifer Lynn Eaton    jennifer.eaton@wrvblaw.com, amanda.smith@wrvblaw.com, cassie.jennings@wrvblaw.com
Christopher Matthew Harris    charris@watttieder.com
Krista Consiglio Frith    krista.frith@usdoj.gov, CaseView.ECF@usdoj.gov, Christy.Nicklas@usdoj.gov, Mary.Reed@usdoj.gov, Michele.Sierra-Davis@usdoj.gov, USAVAW.ECFCivil@usdoj.gov,

erica.jones@usdoj.gov
John Francis Finnegan, III    jfinnegan@watttieder.com
John E. Sebastian    jsebastian@watttieder.com, chicago_docket@wthf.com, jcopeland@watttieder.com, srivera@watttieder.com, ycazares@watttieder.com
Brian C. Padove    bpadove@watttieder.com, chicago_docket@wthf.com, dhrynewycz@watttieder.com, jcopeland@watttieder.com, srivera@watttieder.com
Amina Matheny-Willard    amina@aminalaw.com
Zachary Lawrence    zach@zlawpllc.com

**5:18-cv-00066-MFU-JCH Notice has been delivered by other means to:**

Subversivo LLC
David See, Authorized Representative
1201 Fannin Street, Suite 262
Houston, TX 77002

David R. Quintana
800 Belvedere Drive
Conroe, TX 77301

David Barye Briggman(Terminated)
7556 Mountain Valley Road
Keezletown, VA 22832

Richard W. Nagel
91 Blue Stone Hills Dr.
Harrisonburg, VA 22801

Stephanie Cash
633 Spottswood Road
Steeles Tavern, VA 24476

Tania Cortes
95 Blue Stone Hills Dr.
Harrisonburg, VA 22801